IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UCB INC., et al.

             )
             )
  v.           )  Civil Action No.
             )
CIPLA LIMITED and CIPLA USA INC. )


**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**


   Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):


    Date Patentee(s) Received Notice: <u>July 16, 2021</u>

    Date of Expiration of Patent: <u>January 18, 2028 (for all)</u>

    Thirty Month Stay Deadline: <u>January 16, 2024</u>


  <u>8/26/2021</u>          <u>/s/ Jack B. Blumenfeld</u>
   Date           Attorney(s) for Plaintiff