IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1229 (CFC) |
| CIPLA LIMITED and CIPLA USA INC., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF MAILING

Megan E. Dellinger declares as follows:

1.      I am an associate at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiffs in this action.

2.      Upon information and belief, defendant Cipla Limited has designated Anil Patel, Ph.D., Esquire, K&L Gates LLP, 1000 Main Street, Suite 2500, Houston, TX 77002, as its agent in the United States for purposes of accepting service of process on its behalf.

3.      On August 31, 2021, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104, to Cipla Limited c/o Anil Patel, Ph.D., Esquire, K&L Gates LLP, 1000 Main Street, Suite 2500, Houston, TX 77002. *See* Exhibit A.

4.      On September 1, 2021, I received notification that Dr. Patel received the Summons, Complaint and related papers on September 1, 2021. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief. Executed on September 1, 2021.

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

# EXHIBIT A

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

DENISE STITIK
(302) 351-9312
dstitik@morrisnichols.com

August 31, 2021

Cipla Limited                                          *VIA FEDERAL EXPRESS*
c/o Anil Patel, Ph.D., Esquire
K&L GATES LLP
1000 Main Street, Suite 2500
Houston, TX 77002

        Re:   *UCB Inc., et al. v. Cipla Limited, et al.,*
              <u>C.A. 21-1229 (District of Delaware)</u>

Dear Dr. Patel:

        Enclosed are copies of the Complaint, Summons and related papers in the above reference matter, which are being served herewith on Cipla Limited pursuant to 10 Del. C. § 3104. Pursuant to § 3104(g), the time for Cipla Limited to serve an answer shall be computed from the date of the mailing of this letter.

                              Sincerely,

                              */s/ Denise Stitik*

                              Denise Stitik
                              IP Litigation Paralegal

DSS
Enclosures

Case 1:21-cv-01229-UNA   Document 8-1   Filed 08/27/21   Page 1 of 2 PageID #: 92

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND <br> *Plaintiff(s)* <br> v. <br> CIPLA LIMITED and CIPLA USA INC. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Cipla Limited
  c/o Anil Patel, Ph.D., Esquire
  K&L Gates LLP
  1000 Main Street, Suite 2550
  Houston, TX  77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Jack B. Blumenfeld
  Morris, Nichols, Arsht & Tunnell LLP
  1201 North Market Street
  P.O. Box 1347
  Wilmington, DE  19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

FedEx Ship Manager - Print Your Label(s)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT B

**Stitik, Denise**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, September 1, 2021 12:16 PM |
| **To:** | Stitik, Denise |
| **Subject:** | [EXT] FedEx Shipment 774686329320: Your package has been delivered |



# Hi. Your package was delivered Wed, 09/01/2021 at 11:13am.



Delivered to 1000 MAIN ST 2550, HOUSTON, TX 77002
Received by A.GONZALES

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 774686329320 |
| **FROM** | Denise Stitik |
| | 1201 North Market Street |
| | 18th Floor |
| | Wilmington, DE, US, 19801 |
| **TO** | K&L Gates LLP |
| | Cipla Ltd. c/o Anil Patel, Esq. |

1

1000 Main Street
Suite 2550
HOUSTON, TX, US, 77002

| | |
|---|---|
| **REFERENCE** | 41767-0012 |
| **SHIPPER REFERENCE** | 41767-0012 |
| **SHIP DATE** | Tue 8/31/2021 07:06 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Wilmington, DE, US, 19801 |
| **DESTINATION** | HOUSTON, TX, US, 77002 |
| **SPECIAL HANDLING** | Deliver Weekday<br>ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FedEx**

September 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774686329320

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.GONZALES | Delivery Location: | 1000 MAIN ST 2550 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | HOUSTON, TX, 77002 |
| | | Delivery date: | Sep 1, 2021 11:13 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774686329320 | Ship Date: | Aug 31, 2021 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
Cipla Ltd. c/o Anil Patel, Esq., K&L Gates LLP
1000 Main Street
Suite 2550
HOUSTON, TX, US, 77002

Shipper:
Denise Stitik,
1201 North Market Street
18th Floor
Wilmington, DE, US, 19801

Reference                           41767-0012



Thank you for choosing FedEx