**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND,<br><br>       Plaintiffs,<br><br>       v.<br><br>CIPLA LIMITED and CIPLA USA INC.,<br><br>       Defendants. | C.A. No. 1:21-CV-01229-CFC |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**CIPLA'S RULE 26(a)(1) INIITAL DISCLOSURES**

**CIPLA'S PARAGRAPH 3 DISCLOSURES**

were served on this 18th day of November upon the attorneys as listed below via electronic mail

prior to 6:00 p.m. EST:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | George F. Pappas<br>Melissa Keech<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>gpappas@cov.com<br>mkeech@cov.com<br><br>*Attorneys for Plaintiffs* |

Alexa Hansen
David Denuyl
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
ahansen@cov.com
ddenuyl@cov.com

*Attorneys for Plaintiffs*

Dated: November 18, 2021

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Cipla Ltd. and Cipla USA Inc.*

2