IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-1229 (CFC) ) |
| CIPLA LIMITED and CIPLA USA INC., | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Initial Disclosure of Claim Terms* were caused to be served on February 22, 2022, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                   *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Cipla Limited and
Cipla USA Inc.*

Anil H. Patel, Esquire                                          *VIA ELECTRONIC MAIL*
K&L GATES LLP
1000 Main Street, Suite 2550
Houston, TX 77002
*Attorneys for Defendants Cipla Limited and
Cipla USA Inc.*

Harold Storey, Esquire                                         *VIA ELECTRONIC MAIL*
Jenna Bruce, Esquire
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
*Attorneys for Defendants Cipla Limited and
Cipla USA Inc.*

Peter L. Giunta, Esquire                                              *VIA ELECTRONIC MAIL*
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*


                                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                      */s/ Megan E. Dellinger*
                                                      _____

                                                      Jack B. Blumenfeld (#1014)
OF COUNSEL:                                           Megan E. Dellinger (#5739)
                                                      1201 North Market Street
George F. Pappas                                      P.O. Box 1347
Melissa Keech                                         Wilmington, DE  19899
COVINGTON & BURLING LLP                               (302) 658-9200
One CityCenter                                        jblumenfeld@morrisnichols.com
850 Tenth Street NW                                   mdellinger@morrisnichols.com
Washington, DC  20001-4956
(202) 662-6000
                                                      *Attorneys for Plaintiffs*

Alexa Hansen
David Denuyl
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

February 22, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2022, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                       *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

Anil H. Patel, Esquire                            *VIA ELECTRONIC MAIL*
K&L GATES LLP
1000 Main Street, Suite 2550
Houston, TX 77002
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

Harold Storey, Esquire                            *VIA ELECTRONIC MAIL*
Jenna Bruce, Esquire
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

Peter L. Giunta, Esquire                          *VIA ELECTRONIC MAIL*
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

/s/ Megan E. Dellinger

Megan E. Dellinger (#5739)