**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF, and UNIVERSITY OF ICELAND,<br><br>                Plaintiffs,<br><br>    v.<br><br>CIPLA LIMITED and CIPLA USA INC.,<br><br>             Defendants. | Civil Action No. 1:21-cv-01229-JLH |

## <u>NOTICE OF DEPOSITION OF HUGH SMYTH, Ph.D.</u>

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States of District Court for the District of Delaware, Defendants Cipla Limited and Cipla USA Inc. (collectively, "Cipla" or "Defendants"), by and through their counsel, will take the deposition upon oral examination of Hugh Smyth, Ph.D. at the offices of Covington & Burling, LLP at Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, CA 94105. The deposition will commence March 30, 2023 at 8:00 am (PT). The deposition will be conducted before an officer authorized by the laws of the United States to administer oaths, and will continue from day to day until complete. The deposition will be recorded by one or more of video, audio, stenographic means, or a combination of those means.

Dated: March 27, 2023

       */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Of Counsel*:

Anil H. Patel (anil.patel@klgates.com)
Adam S. Berlin (adam.berlin@klgates.com)
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
(*pro hac vice*)

Peter Giunta (peter.giunta@klgates.com)
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
(*pro hac vice*)

Harold Storey (harold.storey@klgates.com)
Jenna Bruce (Jenna.Bruce@klgates.com)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(*pro hac vice*)

*Attorneys for Defendants/Counterclaim-Plaintiffs Cipla Ltd. and Cipla USA Inc.*

2