IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-1229 (JLH) |
| CIPLA LIMITED and CIPLA USA INC., | ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTIONS**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the parties will not separately brief (pursuant to the procedure set forth in Paragraph 19(b) of the Scheduling Order (D.I. 19)) any objections to expert testimony pursuant to the principles in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), but instead, to the extent either side raises any *Daubert* issues, they will be addressed as one of that side's three motions *in limine* pursuant to the procedures set forth in Paragraph 22 of the Scheduling Order (D.I. 19).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

April 4, 2023

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney

_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Cipla Limited and
Cipla USA Inc.*

SO ORDERED this _____ day of _____, 2023.


_____
United States Magistrate Judge

2