**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, <br><br>        Plaintiffs, <br><br>       v. <br><br> CIPLA LIMITED and CIPLA USA INC., <br><br>       Defendants. | C.A. No. 1:21-CV-01229-JLH |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS CIPLA LIMITED AND CIPLA USA, INC.'S
NOTICE PURSUANT TO 35 U.S.C § 282**

were served on this 23rd day of June, 2023 upon the attorneys as listed below via electronic mail

prior to 5:00 p.m. Eastern:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

George F. Pappas
Melissa Keech
Saveh Saba
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
gpappas@cov.com
mkeech@cov.com
ksaba@cov.com

*Attorneys for Plaintiffs*

1

Alexa Hansen
Charles Hall
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
ahansen@cov.com
cwhall@cov.com

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
yfu@cov.com
UCB-Nayzilam@cov.com

*Attorneys for Plaintiffs*

Dated: June 23, 2023

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Cipla Ltd. and Cipla USA Inc.*

2