```
                IN THE UNITED STATES DISTRICT COURT

                 IN AND FOR THE DISTRICT OF DELAWARE


        UCB, INC., et al.,                )
                                          )
        -------------------Plaintiff,     )
                                          )Case No.
                    vs.                   )21-CV-1229-JLH
                                          )
        CIPLA LIMITED, et al.,            )
                                          )
        -------------------Defendant.     )


                TRANSCRIPT OF STATUS CONFERENCE


                STATUS CONFERENCE had before the

        Honorable Jennifer L. Hall, U.S.M.J., via

        teleconference on the 28th of June, 2023.



                            APPEARANCES

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                  BY:  MEGAN DELLINGER, ESQ.

                                  Counsel for Plaintiff


             MORRIS JAMES LLP
                  BY:  KENNETH DORSNEY, ESQ.
                       CORTLAN HITCH, ESQ.

                                  Counsel for Defendant
```

1          THE COURT:  Good afternoon.  This is
2     Jennifer Hall.  We are here on the line today
3     for a status call.  This is 21-1229-JLH.  It's
4     *UCB versus Cipla*.  Do we have somebody from the
5     plaintiff on the line.
6          MS. DELLINGER:  Good afternoon, Your
7     Honor.  This is Megan Dellinger from Morris
8     Nichols on behalf of the plaintiffs.
9          THE COURT:  Great and.  Do we have
10    somebody for Defendant on the line?
11         MR. DORSNEY:  Good afternoon, Your
12    Honor.  It's Ken Dorsney from Morris James, and
13    I believe Cortlan Hitch from Morris James on
14    the line too.
15         THE COURT:  Great.  Fantastic.  I
16    appreciate everybody getting on the call on
17    short notice.
18         I understand that we have a pretrial
19    conference set for this week, but I did want to
20    convey some information to you prior to the
21    pretrial conference.
22         And just to let you know, by the way, we
23    do have a court reporter on the line today.
24    The court reporter is Deanna Warner.
25         So here's what I want to convey to you:

1    I understand that the trial in this case is
2    currently scheduled for the week of July 24th,
3    and I understand that there's a dispute between
4    the parties about how many hours should be
5    allocated to the trial, and I will make a final
6    decision on that at the appropriate time.
7         I need to tell you, however, that I have
8    been told that I need to keep the week of
9    July 24th free, so, unfortunately, we're not
10   going to be able to have the trial the week of
11   July 24th, and I'm sorry for that, but I did
12   want to let you know that for tomorrow in case
13   you had time to talk to your outside counsel
14   and discuss amongst yourselves what you all
15   want to do.
16        We'll go ahead and have the pretrial
17   conference tomorrow if you all like.  If you
18   send me a letter for filing on the docket
19   tomorrow that both sides want to continue the
20   pretrial conference, that's fine too.  I
21   understand this is short notice, so I'm happy
22   to accommodate the parties either way.
23        Does anyone have any questions about
24   anything that I have conveyed?  I'm not going
25   to hear any argument at this time.  I just did

```
1        want to convey that information, but I'm happy
2        to answer questions.
3                Anything from Plaintiff?
4                MS. DELLINGER:  No, Your Honor.
5                THE COURT:  Anything from defendant.
6                MR. DORSNEY:  Yes, Your Honor.  Small
7        thing or two.  Will you be able to provide us
8        some additional or some availability tomorrow
9        on your calendar so we might be able to talk
10       about that to reschedule?
11               THE COURT:  Yeah.  In fact, why don't
12       I talk to you a little bit about that now.
13               MR. DORSNEY:  Okay.
14               THE COURT:  I'm generally free the
15       week of August 7th.  I'm free the following
16       week of August 14th.  I'm free to week of
17       August 28th.  I can make time the short week of
18       Labor Day, and I can find other time as well
19       so.  We also don't have to go with consecutive
20       trial days because this is a bench trial, so I
21       would ask the parties if there's an issue
22       regarding experts, I have no problem putting in
23       trial days.  If we need to have the trial over
24       a couple of weeks, that's fine as well.
25               I appreciate everybody consideration, and
```

```
 1        I apologize for the inconvenience, but that's
 2        the situation we're in.
 3                MR. DORSNEY:  We understand, Your
 4        Honor, completely.  It would be your preference
 5        to have it all in a few days but consecutive if
 6        possible?
 7                THE COURT:  I will -- whatever is
 8        most convenient for the parties is what we will
 9        make happen for you.
10                MR. DORSNEY:  That's very
11        accommodating, and I hope that your need for
12        that week off is because of your nomination by
13        the President.
14                THE COURT:  I won't be making any
15        comment on that.
16                MR. DORSNEY:  You don't have to.
17                THE COURT:  Thanks, everybody.
18
19
20
21
22
23
24
25
```

**C E R T I F I C A T E**

STATE OF DELAWARE        )
                         ) ss:
COUNTY OF NEW CASTLE     )

I, Deanna L. Warner, a Certified Shorthand Reporter, do hereby certify that as such Certified Shorthand Reporter, I was present at and reported in Stenotype shorthand the above and foregoing proceedings in Case Number 21-CV-1229-JLH, *UCB, INC., et al. Vs. CIPLA LIMITED, et al.*, heard on June 28, 2023.

I further certify that a transcript of my shorthand notes was typed and that the foregoing transcript, consisting of 6 typewritten pages, is a true copy of said **STATUS CONFERENCE**.

**SIGNED**, **OFFICIALLY SEALED**, and **FILED** with the Clerk of the District Court, NEW CASTLE County, Delaware, this 1st day of July, 2023.

_____
Deanna L. Warner, CSR, #1687
Speedbudget Enterprises, LLC

| # | | | | |
|---|---|---|---|---|
| **#1687** [1] - 7:21 | **ATTORNEY4** [1] - 2:1<br>**August** [3] - 5:17, 5:18, 5:19<br>**availability** [1] - 5:10 | **Deanna** [3] - 4:1, 7:4, 7:21<br>**decision** [1] - 4:8<br>**Defendant** [1] - 1:7<br>**defendant** [2] - 3:12, 5:7<br>**Delaware** [1] - 7:18<br>**DELAWARE** [2] - 1:2, 7:2<br>**DELLINGER** [2] - 3:8, 5:6<br>**Dellinger** [1] - 3:9<br>**discuss** [1] - 4:16<br>**dispute** [1] - 4:5<br>**District** [1] - 7:17<br>**DISTRICT** [2] - 1:1, 1:2<br>**docket** [1] - 4:20<br>**DORSNEY** [6] - 3:13, 5:8, 5:15, 6:5, 6:12, 6:18<br>**Dorsney** [1] - 3:14 | **H**<br><br>**Hall** [1] - 1:12<br>**hall** [1] - 3:4<br>**happy** [2] - 4:23, 5:3<br>**hear** [1] - 5:2<br>**heard** [1] - 7:10<br>**hereby** [1] - 7:5<br>**Hitch** [1] - 3:15<br>**Honor** [5] - 3:9, 3:14, 5:6, 5:8, 6:6<br>**Honorable** [1] - 1:12<br>**hope** [1] - 6:13<br>**hours** [1] - 4:6 | 5:15, 6:5, 6:12, 6:18<br>**MS** [2] - 3:8, 5:6<br><br>**N**<br><br>**need** [4] - 4:9, 4:10, 5:25, 6:13<br>**NEW** [2] - 7:3, 7:17<br>**Nichols** [1] - 3:10<br>**nomination** [1] - 6:14<br>**notes** [1] - 7:12<br>**notice** [2] - 3:19, 4:23<br>**Number** [1] - 7:9 |
| **1** | **B** | | | **O** |
| **14th** [1] - 5:18<br>**1st** [1] - 7:18 | **behalf** [1] - 3:10<br>**bench** [1] - 5:22<br>**between** [1] - 4:5<br>**bit** [1] - 5:14<br>**BY** [1] - 1:16 | | **I**<br><br>**I'ts** [1] - 3:5<br>**IN** [2] - 1:1, 1:2<br>**INC** [2] - 1:3, 7:9<br>**inconvenience** [1] - 6:3<br>**information** [2] - 3:22, 5:3<br>**issue** [1] - 5:23 | **OF** [4] - 1:2, 1:9, 7:2, 7:3<br>**OFFICIALLY** [1] - 7:16<br>**outside** [1] - 4:15 |
| **2** | | | | **P** |
| **2023** [3] - 1:13, 7:10, 7:19<br>**21-1229-JLH** [1] - 3:5<br>**21-CV-1229-JLH** [2] - 1:5, 7:9<br>**24th** [3] - 4:4, 4:11, 4:13<br>**28** [1] - 7:10<br>**28th** [2] - 1:13, 5:19 | **C**<br><br>**calendar** [1] - 5:11<br>**case** [2] - 4:3, 4:14<br>**Case** [2] - 1:5, 7:8<br>**CASTLE** [2] - 7:3, 7:18<br>**Certified** [2] - 7:4, 7:6<br>**certify** [2] - 7:5, 7:11<br>**CIPLA** [2] - 1:6, 7:10<br>**Cipla** [1] - 3:6<br>**Clerk** [1] - 7:17<br>**comment** [1] - 6:17<br>**completely** [1] - 6:6<br>**CONFERENCE** [3] - 1:9, 1:11, 7:15<br>**conference** [4] - 3:21, 3:23, 4:19, 4:22<br>**consecutive** [2] - 5:21, 6:7<br>**consideration** [1] - 6:2<br>**consisting** [1] - 7:13<br>**continue** [1] - 4:21<br>**convenient** [1] - 6:10<br>**convey** [3] - 3:22, 4:2, 5:3<br>**conveyed** [1] - 5:1<br>**copy** [1] - 7:14<br>**Cortlan** [1] - 3:15<br>**counsel** [2] - 1:21, 4:15<br>**COUNTY** [1] - 7:3<br>**County** [1] - 7:18<br>**couple** [1] - 6:1<br>**COURT** [10] - 1:1, 3:3, 3:11, 3:17, 5:7, 5:13, 5:16, 6:9, 6:16, 6:19<br>**Court** [1] - 7:17<br>**court** [2] - 3:25, 4:1<br>**CSR** [1] - 7:21 | | | **pages** [1] - 7:14<br>**parties** [4] - 4:6, 4:24, 5:23, 6:10<br>**Plaintiff** [2] - 1:4, 1:21<br>**plaintiff** [2] - 3:7, 5:5<br>**plaintiffs** [1] - 3:10<br>**possible** [1] - 6:8<br>**preference** [1] - 6:6<br>**present** [1] - 7:7<br>**president** [1] - 6:15<br>**pretrial** [4] - 3:20, 3:23, 4:18, 4:22<br>**problem** [1] - 5:24<br>**proceedings** [1] - 7:8<br>**provide** [1] - 5:9<br>**putting** [1] - 5:24 |
| **7** | | | **J** | |
| **7** [1] - 7:13<br>**7th** [1] - 5:17 | | **E**<br><br>**either** [1] - 4:24<br>**Enterprises** [1] - 7:22<br>**et** [4] - 1:3, 1:6, 7:9, 7:10<br>**experts** [1] - 5:24 | **James** [2] - 3:14, 3:15<br>**Jennifer** [2] - 1:12, 3:4<br>**July** [4] - 4:4, 4:11, 4:13, 7:18<br>**June** [2] - 1:13, 7:10 | **Q** |
| **A** | | | | **questions** [2] - 4:25, 5:4 |
| **able** [3] - 4:12, 5:9, 5:11<br>**accommodate** [1] - 4:24<br>**accommodating** [1] - 6:13<br>**additional** [1] - 5:10<br>**afternoon** [3] - 3:3, 3:8, 3:13<br>**ahead** [1] - 4:18<br>**al** [4] - 1:3, 1:6, 7:9, 7:10<br>**allocated** [1] - 4:7<br>**AND** [1] - 1:2<br>**answer** [1] - 5:4<br>**apologize** [1] - 6:3<br>**APPEARANCES** [1] - 1:15<br>**appreciate** [2] - 3:18, 6:2<br>**appropriate** [1] - 4:8<br>**argument** [1] - 5:2<br>**ATTORNEY1** [1] - 1:16<br>**ATTORNEY2** [1] - 1:20<br>**ATTORNEY3** [1] - 1:23 | | **F**<br><br>**fact** [1] - 5:13<br>**fantastic** [1] - 3:17<br>**few** [1] - 6:7<br>**FILED** [1] - 7:16<br>**filing** [1] - 4:20<br>**final** [1] - 4:7<br>**fine** [2] - 4:22, 6:1<br>**FIRM1** [1] - 1:16<br>**FIRM2** [1] - 1:19<br>**FIRM3** [1] - 1:22<br>**FIRM4** [1] - 1:25<br>**following** [1] - 5:17<br>**FOR** [1] - 1:2<br>**foregoing** [2] - 7:8, 7:13<br>**free** [4] - 4:11, 5:16, 5:17, 5:18 | **K**<br><br>**keep** [1] - 4:10<br>**Ken** [1] - 3:14<br><br>**L**<br><br>**labor** [1] - 5:20<br>**letter** [1] - 4:20<br>**LIMITED** [2] - 1:6, 7:10<br>**line** [5] - 3:4, 3:7, 3:12, 3:16, 3:25<br>**LLC** [1] - 7:22 | **R**<br><br>**regarding** [1] - 5:24<br>**reported** [1] - 7:7<br>**reporter** [2] - 3:25, 4:1<br>**Reporter** [2] - 7:5, 7:6<br>**reschedule** [1] - 5:12<br><br>**S**<br><br>**scheduled** [1] - 4:4 |
| | **D**<br><br>**days** [3] - 5:22, 5:25, 6:7 | **G**<br><br>**generally** [1] - 5:16<br>**great** [2] - 3:11, 3:17 | **M**<br><br>**Megan** [1] - 3:9<br>**might** [1] - 5:11<br>**Morris** [3] - 3:9, 3:14, 3:15<br>**most** [1] - 6:10<br>**MR** [6] - 3:13, 5:8, | |

| | |
|---|---|
| **SEALED** [1] - 7:16<br>**send** [1] - 4:20<br>**set** [1] - 3:21<br>**short** [3] - 3:19, 4:23, 5:19<br>**Shorthand** [2] - 7:5, 7:6<br>**shorthand** [2] - 7:7, 7:12<br>**sides** [1] - 4:21<br>**SIGNED** [1] - 7:16<br>**situation** [1] - 6:4<br>**small** [1] - 5:8<br>**sorry** [1] - 4:13<br>**Speedbudget** [1] - 7:22<br>**ss** [1] - 7:2<br>**STATE** [1] - 7:2<br>**STATES** [1] - 1:1<br>**STATUS** [3] - 1:9, 1:11, 7:15<br>**status** [1] - 3:5<br>**Stenotype** [1] - 7:7 | **W**<br><br>**Warner** [2] - 4:1, 7:21<br>**warner** [1] - 7:4<br>**week** [9] - 3:21, 4:4, 4:10, 4:12, 5:17, 5:18, 5:19, 6:14<br>**weeks** [1] - 6:1 |
| | **Y**<br><br>**yourselves** [1] - 4:16 |
| **T**<br><br>**teleconference** [1] - 1:13<br>**THE** [11] - 1:1, 1:2, 3:3, 3:11, 3:17, 5:7, 5:13, 5:16, 6:9, 6:16, 6:19<br>**today** [2] - 3:4, 3:25<br>**tomorrow** [4] - 4:14, 4:19, 4:21, 5:10<br>**transcript** [2] - 7:11, 7:13<br>**TRANSCRIPT** [1] - 1:9<br>**trial** [7] - 4:3, 4:7, 4:12, 5:22, 5:25<br>**true** [1] - 7:14<br>**two** [1] - 5:9<br>**typed** [1] - 7:12<br>**typewritten** [1] - 7:14 | |
| **U**<br><br>**U.S.M.J** [1] - 1:12<br>**UCB** [3] - 1:3, 3:6, 7:9<br>**unfortunately** [1] - 4:11<br>**UNITED** [1] - 1:1 | |
| **V**<br><br>**versus** [1] - 3:6<br>**via** [1] - 1:12<br>**vs** [2] - 1:5, 7:9 | |