```
 1          IN THE UNITED STATES DISTRICT COURT

 2         IN AND FOR THE DISTRICT OF DELAWARE

 3

     UCB, INC., et al.,                )
 4                                      )
     --------------------Plaintiff,     )
 5                                      ) Case No.
                vs.                     ) 21-CV-1229-JLH
 6                                      )
     CIPLA LIMITED, et al.,             )
 7                                      )
     --------------------Defendant.     )
 8

 9          TRANSCRIPT OF PRETRIAL CONFERENCE

10

11          PRETRIAL CONFERENCE had before the

12     Honorable Jennifer L. Hall, U.S.M.J., in

13     Courtroom 2B on the 29th of June, 2023.

14

15                     APPEARANCES

16     MORRIS, NICHOLS, ARSHT & TUNNELL LLP
              BY:  MEGAN DELLINGER, ESQ.
17
                     -and-
18
       COVINGTON & BURLING LLP
19            BY:  ALEXA HANSEN, ESQ.
                   KAVEH SABA, ESQ.
20                 MELISSA KEECH, ESQ.
                   JOHN VEISZLEMLEIN, ESQ.
21                 CHARLES HALL, ESQ.
                   YIYE FU, ESQ.
22
                          Counsel for Plaintiff
23

24

25
```

```
 1          (Appearances continued.)

 2

 3              MORRIS JAMES LLP
                    BY:  KENNETH DORSNEY, ESQ.
 4                       CORTLAN HITCH, ESQ.

 5                           -and-

 6              K&L GATES LLP
                    BY:  ANIL PATEL, ESQ.
 7                       PETER GIUNTA, ESQ.
                         HAROLD STOREY, ESQ.
 8                       ADAM BERLIN, ESQ.

 9                                    Counsel for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  We're here for a pretrial

2     conference.  This is *UCB versus Cipla*.  Why

3     don't we start out with appearances.  We'll

4     start with Plaintiffs

5          MS. DELLINGER:  Good afternoon, Your

6     Honor.  Megan Dellinger from Morris Nichols on

7     behalf of the plaintiffs, and I'm joined this

8     afternoon by my co-counsel from Covington and

9     Burling Alexa Hansen, Kaveh Saba, Yiye Fu,

10    Melissa Keech, Chip Hall, and John

11    Veiszlemlein.

12         THE COURT:  Good afternoon everyone.

13         MR. HITCH:  Good afternoon, Your

14    Honor.  On behalf of Cipla, it's Cortlan Hitch

15    from Morris James, and with me is Ken Dorsney

16    from Morris James as well as Anil Patel, Peter

17    Giunta, Harold Storey, and Adam Berlin from K&L

18    Gates.

19         THE COURT:  Good afternoon to you.

20    Welcome everyone.

21         So now that I see you all here sitting in

22    front of me, I am glad that we had a brief

23    teleconference yesterday just because I

24    wouldn't want to be shocking you all with the

25    news that we were going to have to reschedule

1    the trial.  So we talked about this a little

2    bit yesterday, and it probably makes sense just

3    to start with that issue.  I don't know if the

4    parties have had a chance to discuss how they

5    want to proceed, or if we need more time to

6    discuss how we want to proceed, that's fine as

7    well.  Who wants to go first?

8              MS. HANSEN:  Your Honor, Alexa Hansen

9    from Covington and Burling on behalf of UCB.

10             We were able to chat with Cipla prior to

11   conference.  We're still gathering dates.  We

12   need to assess availability of our experts and

13   also the client.  I think our preference is, if

14   at all possible, to find consecutive days to

15   hold the trial because a number of us are

16   traveling from the other coast.  But I think at

17   this point, the only week that doesn't work for

18   us is August 7th, and we're trying to figure

19   out what of the dates that you proposed we can

20   make work for our clients and experts.

21             THE COURT:  As long as I have you up

22   there, I had a chance to lock at the pretrial

23   orders submitted by the parties in detail

24   yesterday after we spoke, and I think I was

25   under the impression, and it was my own fault

1   and no one else's, that we were maybe on a

2   timetable to get a decision out right away, but

3   it looked to me, from reading the pretrial

4   order, that we have a number of years to get a

5   decision out.  That's not to say we shouldn't

6   get to trial expeditiously, especially since

7   everyone has spent time and resources

8   preparing.

9        On the other hand, if it happened to be

10  that a September or October date works for

11  everyone else, I have to say I wouldn't be

12  opposed to that, given that it looks like I'm

13  on less of a short timetable to get an opinion

14  out to you.  I'll offer that to all of you,

15  but, of course, we'll do whatever is most

16  convenient for the parties.

17       MS. HANSEN:  Okay.  I think our plan

18  at this point is to touch base with Cipla

19  sometime next week, once we have a better sense

20  of what schedules are, and see if we can align

21  on dates that work for us.  But I also think

22  that some of the issues we raised in the

23  pretrial order will help us identify dates,

24  because obviously length of trial --

25       THE COURT:  Understood completely.  I

1    would say that local counsel, once everyone has

2    had a chance to confer or if there are

3    questions about these dates or these dates

4    would work, to feel free to reach out jointly

5    to Ms. Garfinkel by e-mail.  We can be very

6    responsive in terms of getting you all dates.

7    The way that I calendar my hearings means that

8    I haven't really filled my slots yet starting

9    in later August, so those will start to fill up

10   in the next few weeks, but we will certainly

11   have the time for the parties get this trial

12   in.

13          Please have a seat.  All right.

14          Okay.  Well, we've got some some issues

15   that were in the pretrial order that I thought

16   we'd go over, unless there was something

17   somebody wanted to raise before we got started.

18          The first looked to me to be at page --

19   or paragraph 49, and it didn't look like there

20   was a dispute here.  It sounded to me like the

21   parties were open to what the first preference

22   is for playing the deposition testimony.  I

23   have the defendants are offering that parties

24   could submit on paper.  I actually think it

25   probably makes the most sense if we play the

1    depositions by video in open court just for

2    purposes of continuity.

3         I can tell you this:  Courtroom 6D, which

4    has been under construction for the last four

5    years, is actually supposed to be finished at

6    some point this summer, and it has a beautiful,

7    giant screen where we can all sit and enjoy the

8    testimony in the courtroom.  It's my hope and

9    expectation we'll do that there.  We'll adopt

10   the plaintiff's proposal at paragraph 49, and

11   it will give us a chance to test out the new

12   technology that the IT staff here has installed

13   in Courtroom 6D.

14        The second question the parties had was

15   about the trial time, and that's in paragraph

16   92.  I think I know what your answer to this is

17   going to be, but I guess one question I had was

18   if we lined up the maximum deposition

19   designations that everybody wanted to

20   introduce, what kind of time are we talking

21   about here?  Are we way over the time already?

22   Just so I have an idea.  If I start cutting

23   things, what am I cutting?

24        The question is, we've got a lot of

25   deposition designations in the pretrial order.

```
1        Does anybody have a back-of-the-envelope sense

2        of how many hours it's going to take if we play

3        all of them?

4                  MR. GIUNTA:  Peter Giunta on behalf

5        of the defendants, Your Honor.  If we played

6        all of them, I think we're on the order of five

7        or so hours.

8                  THE COURT:  Total or for each side?

9                  MR. GIUNTA:  That's just for the

10       defendant's side.

11                 MS. HANSEN:  Your Honor, there are a

12       lot of deposition designations.  We see this as

13       a validity case and so wouldn't, frankly,

14       expect that the depo designations would be such

15       a large part of the case.  I mean, with Cipla's

16       representation that they're planning on

17       designating five hours, we will, of course,

18       counterdesignate to make sure the record is

19       clear, but from our perspective, we were

20       thinking far less.

21                 THE COURT:  I guess I was thinking

22       about if we've got Defendants requesting a

23       total of 30 hours, about five hours of which is

24       deposition designations and putting aside a

25       couple of hours for openings and closings,
```

1    that's a lot of time for each expert.  Is that

2    time really needed?

3            MR. GIUNTA:  Peter Giunta again for

4    Cipla Defendants.  Our position is that it

5    absolutely is.  When we gave these estimates,

6    we were attempting to compromise with them.

7    We've come down to that 15-hour estimate.

8    Again, remember, we're shaving off about an

9    hour for opening, about an hour for closing,

10   attempting to incorporate the deposition

11   designations in there, and we've got a case

12   that has what we count in terms of sub-issues

13   as about ten issues.  About half of those, more

14   than half of those, come from secondary

15   considerations of nonobviousness that the

16   plaintiffs have raised.

17           So the way we structured our case, if you

18   have the pretrial order open at paragraph 88,

19   we have it in phases as a proposal, and in the

20   second phase, Plaintiffs would offer their

21   objective indicia.  For us, there's some degree

22   of unpredictability of how much time we're

23   going to need to use to put on our rebuttal

24   case, those objective indicia.  They have six

25   different categories of objective indicia, and

1    one of them is failure of others, which itself

2    has nine categories.

3        There's quite a lot on the table, and I

4    think you may see in other parts of the

5    pretrial order we proposed narrowing some of

6    that.  For that reason, 15 was a

7    very-much-earnest, our best estimate at being

8    very efficient with the trial.

9        THE COURT:  All right.

10    Counsel?

11        MS. HANSEN:  Alexa Hansen for

12    Plaintiffs.

13        This is going to, ultimately, be a

14    two-claim validity case across a shared

15    specification.  Of course, Defendants have a

16    number of invalidity challenges they've raised.

17    One of them is obviousness.  We are, of course,

18    mounting an objective indicia case, but we

19    don't see this as something that requires

20    30 hours to resolve.  We're guided by Judge

21    Andrews.  If you have an ANDA case, you get

22    three days, and we see this as much more in

23    line with that, given that we're dealing with

24    effectively one shared specification and two

25    claims.

1    THE COURT:  Thank you very much.

2    All right.  I had some thoughts about

3    this before I came out, and I appreciated

4    hearing from counsel today.  This doesn't seem

5    to me to be a particularly complicated case to

6    try, especially since we already have a

7    stipulation to infringement.  I've also taken a

8    look at the claims.

9    Given all of that, I think this case

10   probably very well could be tried in three

11   trial days.  That said, I'll give you four

12   trial days at six hours, so I think what that

13   will come up to is 24 hours of trial time.

14   That will include openings, and then what I

15   will do is if everybody agrees, we'll do

16   closing arguments after the case has been

17   briefed.  Each side will get an additional hour

18   to do a closing argument after the post-trial

19   briefs are in.  It's a grand total of 25 hours

20   for the presentation, but 24 hours of trial

21   time over four days.

22   I was thinking we would start at

23   9:30 a.m.  Of course, this is all subject to if

24   we have issues with the parties, witnesses, or

25   counsel that necessitates a different schedule,

1   but the default would be we start at 9:30, have

2   a 15-minute morning and afternoon break and

3   between a half an hour and hour lunch a break,

4   so we'll plan to try to finish around 5:00 p.m.

5   every day, but we could go later depending on

6   how long our lunch break is.

7        I don't expect that we'll have many, if

8   any, evidentiary issues or issues regarding

9   demonstratives, given this is a bench trial.  I

10  am perfectly fine with the parties' proposal in

11  paragraph 70 to require the parties to bring

12  their objections to the exhibits and

13  demonstratives at the beginning of the day or

14  else they're waived, so I will adopt that.  Any

15  objections that aren't brought up are going to

16  be waived, and I would like to have any

17  objections to demonstratives taken care of

18  before opening starts so we don't have any

19  interruptions in the openings.

20       That said, unless there's a reason that

21  an objection to an exhibit or demonstrative

22  that's going to be used with a witness needs to

23  be ruled on at the beginning of the day, I may

24  choose to deal with objections during the

25  course of the testimony or, in accordance with

1    the tradition of many judges on this court in a

2    bench trial, just to have your make your

3    objections for the record and have you re-raise

4    it in the post-trial briefing, and I'll defer

5    ruling on such objection until the post-trial

6    briefing, and it will be waived if you don't

7    renew it following the trial.

8         Does that make sense to everybody?  Okay.

9         I noticed that we have a lot of documents

10   on the exhibit list, but the parties' proposed

11   pretrial order in paragraph 72 does say in

12   accordance with my practice that only exhibits

13   that are admitted during the trial through a

14   witness are going to be admitted into evidence.

15   I haven't seen what all these documents are,

16   but I will say to the parties that if you want

17   to be able to rely on the admitted exhibit in

18   the post-trial briefing, you need to discuss

19   with the party the part of the exhibit that you

20   want to rely on.  You can't just admit a

21   hundred documents through a witness.  You need

22   to go through them and point the Court out to

23   what the relevant portions of that document

24   are.

25         So we have a couple of disputes in

1    paragraphs 95 to 96 where each side wants to

2    narrow the other side's case, and that's

3    natural.  We've got Plaintiff wanting to narrow

4    the defendant's obviousness references.  Looked

5    like, at least at the time this was filed,

6    Defendant had three primary references but 45

7    background references.  And Defendant wants to

8    limit the plaintiff's documents supportive of

9    objective indicia of nonobviousness, and it

10   looked to me at that time like there were 150

11   references.

12        I'm inclined to let the parties try their

13   case how they want.  On the other hand, I can't

14   see a world where we're going to have time to

15   admit all these in any meaningful way, and it

16   looked like, at least, there was the beginning

17   of some discussion where the parties might

18   agree to cut down on the types of references I

19   just mentioned.  Can somebody tell me what the

20   status is of that?

21        MS. HANSEN:  Your Honor, I think the

22   plaintiff's proposal is that the parties

23   meet-and-confer and exchange a reduced list of

24   both background references and objective

25   indicia references at a time closer to trial,

1     once we have a better sense of what our cases

2     look like.  We agree with you that there's no

3     way all these references would be discussed or

4     admitted during trial, so we propose that we

5     have a date certain by when the parties agree

6     to provide a reduced scope of references on

7     both counts.

8              THE COURT:  That makes sense to me.

9         Can I hear from Defendants?

10             MR. GIUNTA:  Yes, Your Honor.

11        First of all -- and part of this issue is

12    that they just mentioned that the claims have

13    been reduced to two of them, and we'd like to

14    know which ones those are because that's news

15    to us.

16             THE COURT:  Have Plaintiffs decided

17    that it will be reduced to two?  I know there

18    was an offer on the table.

19             MS. HANSEN:  We are happy to reduce

20    the claims to two, yes.  I think that was our

21    ultimate intention with the hope that

22    Defendants would reduce the number of

23    references, but it was a little bit of tit for

24    tat.

25             THE COURT:  Right.  I understand.

1    Why don't you have that as part of your
2    meet-and-confer.
3         I will say this:  I have read the
4    pretrial order thoroughly.  I've actually gone
5    back and looked at the asserted claims.  I
6    don't know that reducing the claims to two
7    narrows the case all that much, given my review
8    of the patents, so you can take that for what
9    it's worth in your meet-and-confer.
10         MR. GIUNTA:  Yes, Your Honor.  We're
11    willing to meet-and-confer.  Looks like you
12    caught us in the middle of one in the pretrial
13    order.
14         THE COURT:  Okay.
15    Yes.
16         MS. HANSEN:  So we would propose that
17    the parties agree to exchange a reduced set of
18    references, documents about ten days before
19    whenever trial is slated to begin.
20         THE COURT:  Why don't you all talk
21    about that when we find out when trial is
22    slated to begin.  There's no need for the
23    parties to engage in a fire drill ten days out
24    if you've got a little bit of time and can do
25    some advance work to make sure everybody gets a

1    good night's sleep the week before and during

2    trial.

3         All right.  And again, I already said

4    this once, but when you're thinking about how

5    you're going to reduce the number of exhibits

6    for the objective indicia and the background

7    references, just keep in mind that I do want to

8    see up on the screen exactly the lines from

9    each document that you're talking about.  When

10   you're thinking about how you're going to get

11   through all those, keep that in mind.

12        With respect to the exhibits, two days

13   before trial I'd like electronic versions of

14   all the trial exhibits in a single folder.  How

15   you get them to us is up to you.  It can be a

16   link you send us or a flash drive, doesn't

17   really matter, but we'd like to have them two

18   days before so we have them ready to go on the

19   first day of trial.  They should be named with

20   exhibit numbers and should be in a folder so we

21   can see them chronologically and pull them up

22   easily.

23        To the extent you're going to use witness

24   notebooks with the witnesses, I'd like copies,

25   four copies for the Court, so I can have one,

1    the law clerk, the court reporter, and

2    obviously the witness.

3         And then we've got a discussion about

4    post-trial briefing.  I think we already went

5    over this with respect to the closing argument.

6    I assume the parties will be asking to delay

7    closing argument until after the post-trial

8    briefing.  That's perfectly fine with me.

9         The way I understood Plaintiff's proposal

10   is that Plaintiffs wanted, essentially, for

11   Defendant to go first with 40 pages, Plaintiff

12   to respond with about 50 pages, and Defendants

13   reply with ten pages and then 60 pages of

14   findings of fact.  That's how I understood it.

15   What I was thinking was that after the Court

16   had a chance to see the evidence in the case,

17   we can discuss the post-trial briefing and the

18   schedule at that time.  It didn't look like

19   there's necessarily going to be a dispute

20   between the parties about what the post-trial

21   briefing should look at.  As of right now, I'm

22   not sure that we need to have 50 pages of

23   briefing per side plus findings of fact.  But

24   I'll reserve on that until after I've seen the

25   evidence.

1          In any event, I would like the briefs

2     that are ultimately submitted to the Court to

3     have hyperlinks with pin cites that will take

4     me to the parts of the evidence that the

5     parties are relying on.  That would be very

6     helpful to us.

7          We'd like you to review the trial

8     transcript and get any necessary corrections to

9     the court reporter within two weeks after the

10    trial so we can avoid having corrected

11    post-trial briefs.

12         There was a discussion about potentially

13    closing the courtroom in the pretrial order,

14    and, having just finished a jury trial where we

15    had multiple requests to close the courtroom, I

16    can tell you that it gets very complicated very

17    fast in terms of keeping the record clean, and

18    I'm generally disinclined to close the

19    courtroom.  So I'd like the parties to think

20    about when that might be required and let me

21    know at the beginning of the day before I hear

22    the testimony if there's going to be a request

23    to seal the courtroom.  We really do need to

24    keep it at the absolute bare minimum.  If the

25    confidential information can be maintained

1    confidential by us all looking at paper copies

2    of the document while the witness is on the

3    stand and not have to seal doors of the

4    courtroom, that would be preferred.

5         I did have a chance to look at the two

6    motions in limine filed by Plaintiffs, and here

7    are my thoughts on those:  Plaintiff's first

8    motion in limine to exclude Dr. Warmling's

9    opinions regarding anticipation, that will be

10   denied.  Mr. Warmling will be allowed to

11   testify regarding anticipation.  Plaintiff can

12   make its argument in the motion in limine in

13   the post-trial briefing.  I'm not ruling on the

14   merits.  I'm saying it's not going to be

15   granted as a matter of an evidentiary ruling.

16        Plaintiff's second motion in limine to

17   exclude undisclosed opinions regarding

18   enablement, here's what I'll say about that:

19   Plaintiffs seek to preclude Mr. Warmling from

20   offering two opinions:  One, lack of enablement

21   of Claim 13 of the '033; and, two, lack of

22   enablement of all the asserted claims based on

23   a lack of quantity limitations on excipients.

24   I've taken a look at the expert reports cited

25   by the parties and patents, and I do think

1    Mr. Warmling has offered an opinion that Claim

2    13 is not enabled.  I think he's also fairly

3    offered an opinion regarding a lack of

4    enablement based on lack of quantity

5    limitations on excipients.

6         I know the plaintiff disagrees that his

7    opinion is detailed enough to carry the day,

8    but what I'll say is to the extent that

9    Dr. Warmling attempts to testify on the stand

10   outside of what he's previously disclosed in

11   the expert reports, Plaintiff can make the

12   objection at that time, and I'll be able to

13   rule on it at that time or defer ruling until

14   post-trial briefs.  At this point in time, I'm

15   not going to preclude him entirely from raising

16   enablement for Claim 13 or prevent him from

17   testifying that the claims are enabled because

18   the full range of percentages of excipients.

19        Does anybody have questions about either

20   of those rulings?

21             MS. HANSEN:  No, Your Honor.

22             MR. GIUNTA:  No, Your Honor.

23             THE COURT:  And the last thing I

24   think I wanted to tell you was that I do expect

25   that we will be in Courtroom 6D, and so as we

1     get closer to the trial date, if you all need

2     to access that courtroom to set up for trial,

3     you can coordinate that with Ms. Garfinkel.  We

4     will have the most technologically advanced

5     courtroom in the building when it's finished,

6     but this is still the government, so I don't

7     know that that's saying all that much.  But you

8     might want to familiarize yourself with what we

9     have going on in there.

10          And I will give each side a chance to

11    raise anything else they wanted to raise.

12              MS. HANSEN:  Yes, Your Honor.  We

13    have just a couple of housekeeping questions.

14          First of all, we'd like to know your

15    preference for moving exhibits into evidence.

16    Would you prefer us to do it every time we

17    identify an exhibit or move it in at the end of

18    a given witness's total examination?

19              THE COURT:  I would prefer to go as

20    we're discussing each exhibit.

21              MS. HANSEN:  Okay.

22          And secondly, how would you prefer us to

23    handle impeachment by deposition testimony?  Is

24    it the sort of thing where we can just put it

25    up on the screen?  Do you have a particular

1    procedure you'd like us to follow?

2              THE COURT:  So it's not a jury trial.

3    On the other hand, I would like to preserve

4    some procedure, so I would like for you to

5    follow what's in the rule, which is to confirm

6    with the other side that the witness has

7    testified contrary to what's in their

8    deposition testimony, so you should show the

9    other side the transcript that you intend to

10   rely on and discuss with each other to agree

11   that that is, in fact, different than what the

12   witness is saying on the stand.  If there's a

13   dispute about that, I guess we can take a

14   sidebar outside of the hearing of the witness

15   and discuss that.  And then once that's been

16   confirmed, you can ask ask the witness the

17   question, and I don't think we necessarily need

18   it up on the screen, but I'd be okay, because

19   it is a bench trial, with a limited amount if

20   the other side doesn't object.

21        Any questions about that?

22              MR. GIUNTA:  No, Your Honor.

23              THE COURT:  Okay.  All right.

24              MS. HANSEN:  And those are my

25   questions.

1          THE COURT:  All right.  Thank you.

2          MR. GIUNTA:  We have nothing for

3     Defendants.

4          THE COURT:  Thanks very much,

5     everybody.  It's good to see everybody, and

6     we'll look forward to hearing from you on trial

7     dates.  If you need more time, like I said to

8     figure that out or if you have questions about

9     our availability, just reach out.  Looking

10    forward to trying the case with you.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2    STATE OF DELAWARE        )
                              ) ss:
3    COUNTY OF NEW CASTLE     )

4            I, Deanna L. Warner, a Certified

5    Shorthand Reporter, do hereby certify that as

6    such Certified Shorthand Reporter, I was

7    present at and reported in Stenotype shorthand

8    the above and foregoing proceedings in Case

9    Number 21-CV-1229-JLH, *UCB, INC., et al. Vs.*

10   *CIPLA LIMITED, et al.*, heard on June 29, 2023.

11           I further certify that a transcript of

12   my shorthand notes was typed and that the

13   foregoing transcript, consisting of 25

14   typewritten pages, is a true copy of said

15   **PRETRIAL CONFERENCE.**

16           **SIGNED**, **OFFICIALLY SEALED**, and **FILED**

17   with the Clerk of the District Court, NEW

18   CASTLE County, Delaware, this 1st day of July,

19   2023.

20

21   _____
             Deanna L. Warner, CSR, #1687
22           Speedbudget Enterprises, LLC

23

24

25

## #

**#1687** [1] - 25:21

## '

**'033** [1] - 20:21

## 1

**13** [3] - 20:21, 21:2, 21:16
**15** [1] - 10:6
**15-hour** [1] - 9:7
**15-minute** [1] - 12:2
**150** [1] - 14:10
**1st** [1] - 25:18

## 2

**2023** [3] - 1:13, 25:10, 25:19
**21-CV-1229-JLH** [2] - 1:5, 25:9
**24** [2] - 11:13, 11:20
**25** [2] - 11:19, 25:13
**29** [1] - 25:10
**29th** [1] - 1:13
**2B** [1] - 1:13

## 3

**30** [2] - 8:23, 10:20

## 4

**40** [1] - 18:11
**45** [1] - 14:6
**49** [2] - 6:19, 7:10

## 5

**50** [2] - 18:12, 18:22
**5:00** [1] - 12:4

## 6

**60** [1] - 18:13
**6D** [3] - 7:3, 7:13, 21:25

## 7

**70** [1] - 12:11

**72** [1] - 13:11
**7th** [1] - 4:18

## 8

**88** [1] - 9:18

## 9

**92** [1] - 7:16
**95** [1] - 14:1
**96** [1] - 14:1
**9:30** [2] - 11:23, 12:1

## A

**a.m** [1] - 11:23
**able** [3] - 4:10, 13:17, 21:12
**absolute** [1] - 19:24
**absolutely** [1] - 9:5
**access** [1] - 22:2
**accordance** [2] - 12:25, 13:12
**ADAM** [1] - 2:7
**Adam** [1] - 3:17
**additional** [1] - 11:17
**admit** [2] - 13:20, 14:15
**admitted** [4] - 13:13, 13:14, 13:17, 15:4
**adopt** [2] - 7:9, 12:14
**advance** [1] - 16:25
**advanced** [1] - 22:4
**afternoon** [6] - 3:5, 3:8, 3:12, 3:13, 3:19, 12:2
**agree** [5] - 14:18, 15:2, 15:5, 16:17, 23:10
**agrees** [1] - 11:15
**al** [4] - 1:3, 1:6, 25:9, 25:10
**Alexa** [3] - 3:9, 4:8, 10:11
**ALEXA** [1] - 1:19
**align** [1] - 5:20
**allowed** [1] - 20:10
**amount** [1] - 23:19
**AND** [1] - 1:2
**ANDA** [1] - 10:21
**Andrews** [1] - 10:21
**ANIL** [1] - 2:6
**Anil** [1] - 3:16
**answer** [1] - 7:16
**anticipation** [2] - 20:9, 20:11
**appearances** [1] - 3:3

**APPEARANCES** [1] - 1:15
**Appearances** [1] - 2:1
**appreciated** [1] - 11:3
**argument** [4] - 11:18, 18:5, 18:7, 20:12
**arguments** [1] - 11:16
**ARSHT** [1] - 1:16
**aside** [1] - 8:24
**asserted** [2] - 16:5, 20:22
**assess** [1] - 4:12
**assume** [1] - 18:6
**attempting** [2] - 9:6, 9:10
**attempts** [1] - 21:9
**August** [2] - 4:18, 6:9
**availability** [2] - 4:12, 24:9
**avoid** [1] - 19:10

## B

**back-of-the-envelope** [1] - 8:1
**background** [3] - 14:7, 14:24, 17:6
**bare** [1] - 19:24
**base** [1] - 5:18
**based** [2] - 20:22, 21:4
**beautiful** [1] - 7:6
**begin** [2] - 16:19, 16:22
**beginning** [4] - 12:13, 12:23, 14:16, 19:21
**behalf** [4] - 3:7, 3:14, 4:9, 8:4
**bench** [3] - 12:9, 13:2, 23:19
**BERLIN** [1] - 2:7
**Berlin** [1] - 3:17
**best** [1] - 10:7
**better** [2] - 5:19, 15:1
**between** [2] - 12:3, 18:20
**bit** [3] - 4:2, 15:23, 16:24
**break** [3] - 12:2, 12:3, 12:6
**brief** [1] - 3:22
**briefed** [1] - 11:17
**briefing** [9] - 13:4, 13:6, 13:18, 18:4, 18:8, 18:17, 18:21, 18:23, 20:13
**briefs** [4] - 11:19, 19:1, 19:11, 21:14
**bring** [1] - 12:11
**brought** [1] - 12:15

**building** [1] - 22:5
**Burling** [1] - 4:9
**BURLING** [1] - 1:18
**burling** [1] - 3:9
**BY** [1] - 1:16

## C

**calendar** [1] - 6:7
**care** [1] - 12:17
**carry** [1] - 21:7
**case** [16] - 8:13, 8:15, 9:11, 9:17, 9:24, 10:14, 10:18, 10:21, 11:5, 11:9, 11:16, 14:2, 14:13, 16:7, 18:16, 24:10
**Case** [2] - 1:5, 25:8
**cases** [1] - 15:1
**CASTLE** [2] - 25:3, 25:18
**categories** [2] - 9:25, 10:2
**caught** [1] - 16:12
**certain** [1] - 15:5
**certainly** [1] - 6:10
**Certified** [2] - 25:4, 25:6
**certify** [2] - 25:5, 25:11
**challenges** [1] - 10:16
**chance** [7] - 4:4, 4:22, 6:2, 7:11, 18:16, 20:5, 22:10
**CHARLES** [1] - 1:21
**chat** [1] - 4:10
**Chip** [1] - 3:10
**choose** [1] - 12:24
**chronologically** [1] - 17:21
**Cipla** [5] - 3:2, 3:14, 4:10, 5:18, 9:4
**CIPLA** [2] - 1:6, 25:10
**Cipla's** [1] - 8:15
**cited** [1] - 20:24
**cites** [1] - 19:3
**Claim** [1] - 20:21
**claim** [3] - 10:14, 21:1, 21:16
**claims** [8] - 10:25, 11:8, 15:12, 15:20, 16:5, 16:6, 20:22, 21:17
**clean** [1] - 19:17
**clear** [1] - 8:19
**clerk** [1] - 18:1
**Clerk** [1] - 25:17
**client** [1] - 4:13
**clients** [1] - 4:20

**close** [2] - 19:15, 19:18
**closer** [2] - 14:25, 22:1
**closing** [6] - 9:9, 11:16, 11:18, 18:5, 18:7, 19:13
**closings** [1] - 8:25
**co** [1] - 3:8
**co-counsel** [1] - 3:8
**coast** [1] - 4:16
**completely** [1] - 5:25
**complicated** [2] - 11:5, 19:16
**compromise** [1] - 9:6
**confer** [5] - 6:2, 14:23, 16:2, 16:9, 16:11
**conference** [2] - 3:2, 4:11
**CONFERENCE** [3] - 1:9, 1:11, 25:15
**confidential** [2] - 19:25, 20:1
**confirm** [1] - 23:5
**confirmed** [1] - 23:16
**consecutive** [1] - 4:14
**considerations** [1] - 9:15
**consisting** [1] - 25:13
**construction** [1] - 7:4
**continued** [1] - 2:1
**continuity** [1] - 7:2
**contrary** [1] - 23:7
**convenient** [1] - 5:16
**coordinate** [1] - 22:3
**copies** [3] - 17:24, 17:25, 20:1
**copy** [1] - 25:14
**corrected** [1] - 19:10
**corrections** [1] - 19:8
**CORTLAN** [1] - 2:3
**Cortlan** [1] - 3:14
**counsel** [6] - 1:22, 3:8, 6:1, 10:10, 11:4, 11:25
**Counsel** [1] - 2:8
**count** [1] - 9:12
**counterdesignate** [1] - 8:18
**counts** [1] - 15:7
**COUNTY** [1] - 25:3
**County** [1] - 25:18
**couple** [3] - 8:25, 13:25, 22:13
**course** [6] - 5:15, 8:17, 10:15, 10:17, 11:23, 12:25
**Court** [4] - 13:22, 18:15, 19:2, 25:17

**court** [5] - 7:1, 13:1, 17:25, 18:1, 19:9
**COURT** [21] - 1:1, 3:1, 3:12, 3:19, 4:21, 5:25, 8:8, 8:21, 10:9, 11:1, 15:8, 15:16, 15:25, 16:14, 16:20, 21:23, 22:19, 23:2, 23:23, 24:1, 24:4
**courtroom** [11] - 7:3, 7:8, 7:13, 19:13, 19:15, 19:19, 19:23, 20:4, 21:25, 22:2, 22:5
**Courtroom** [1] - 1:13
**Covington** [2] - 3:8, 4:9
**COVINGTON** [1] - 1:18
**CSR** [1] - 25:21
**cut** [1] - 14:18
**cutting** [2] - 7:22, 7:23

**D**

**date** [3] - 5:10, 15:5, 22:1
**dates** [8] - 4:11, 4:19, 5:21, 5:23, 6:3, 6:6, 24:7
**days** [9] - 4:14, 10:22, 11:11, 11:12, 11:21, 16:18, 16:23, 17:12, 17:18
**deal** [1] - 12:24
**dealing** [1] - 10:23
**Deanna** [2] - 25:4, 25:21
**decided** [1] - 15:16
**decision** [2] - 5:2, 5:5
**default** [1] - 12:1
**defendant** [3] - 14:6, 14:7, 18:11
**Defendant** [2] - 1:7, 2:8
**defendant's** [2] - 8:10, 14:4
**defendants** [9] - 6:23, 8:5, 8:22, 9:4, 10:15, 15:9, 15:22, 18:12, 24:3
**defer** [2] - 13:4, 21:13
**degree** [1] - 9:21
**DELAWARE** [2] - 1:2, 25:2
**Delaware** [1] - 25:18
**delay** [1] - 18:6
**Dellinger** [1] - 3:6
**DELLINGER** [2] -

1:16, 3:5
**demonstrative** [1] - 12:21
**demonstratives** [3] - 12:9, 12:13, 12:17
**denied** [1] - 20:10
**depo** [1] - 8:14
**deposition** [8] - 6:22, 7:18, 7:25, 8:12, 8:24, 9:10, 22:23, 23:8
**depositions** [1] - 7:1
**designating** [1] - 8:17
**designations** [6] - 7:19, 7:25, 8:12, 8:14, 8:24, 9:11
**detail** [1] - 4:23
**detailed** [1] - 21:7
**different** [3] - 9:25, 11:25, 23:11
**disagrees** [1] - 21:6
**disclosed** [1] - 21:10
**discuss** [6] - 4:4, 4:6, 13:18, 18:17, 23:10, 23:15
**discussed** [1] - 15:3
**discussing** [1] - 22:20
**discussion** [3] - 14:17, 18:3, 19:12
**disinclined** [1] - 19:18
**dispute** [3] - 6:20, 18:19, 23:13
**disputes** [1] - 13:25
**District** [1] - 25:17
**DISTRICT** [2] - 1:1, 1:2
**document** [3] - 13:23, 17:9, 20:2
**documents** [5] - 13:9, 13:15, 13:21, 14:8, 16:18
**doors** [1] - 20:3
**DORSNEY** [1] - 2:3
**Dorsney** [1] - 3:15
**down** [2] - 9:7, 14:18
**Dr** [2] - 20:8, 21:9
**drill** [1] - 16:23
**drive** [1] - 17:16
**during** [4] - 12:24, 13:13, 15:4, 17:1

**E**

**e-mail** [1] - 6:5
**earnest** [1] - 10:7
**easily** [1] - 17:22
**effectively** [1] - 10:24
**efficient** [1] - 10:8
**either** [1] - 21:19
**electronic** [1] - 17:13

**enabled** [2] - 21:2, 21:17
**enablement** [5] - 20:18, 20:20, 20:22, 21:4, 21:16
**end** [1] - 22:17
**engage** [1] - 16:23
**enjoy** [1] - 7:7
**Enterprises** [1] - 25:22
**entirely** [1] - 21:15
**envelope** [1] - 8:1
**especially** [2] - 5:6, 11:6
**ESQ** [13] - 1:16, 1:19, 1:19, 1:20, 1:20, 1:21, 1:21, 2:3, 2:3, 2:6, 2:6, 2:7, 2:7
**essentially** [1] - 18:10
**estimate** [2] - 9:7, 10:7
**estimates** [1] - 9:5
**et** [4] - 1:3, 1:6, 25:9, 25:10
**event** [1] - 19:1
**evidence** [5] - 13:14, 18:16, 18:25, 19:4, 22:15
**evidentiary** [2] - 12:8, 20:15
**exactly** [1] - 17:8
**examination** [1] - 22:18
**exchange** [2] - 14:23, 16:17
**excipients** [3] - 20:23, 21:5, 21:18
**exclude** [2] - 20:8, 20:17
**exhibit** [7] - 12:21, 13:10, 13:17, 13:19, 17:20, 22:17, 22:20
**exhibits** [6] - 12:12, 12:13, 17:5, 17:12, 17:14, 22:15
**expect** [3] - 8:14, 12:7, 21:24
**expectation** [1] - 7:9
**expeditiously** [1] - 5:6
**expert** [3] - 9:1, 20:24, 21:11
**experts** [2] - 4:12, 4:20
**extent** [2] - 17:23, 21:8

**F**

**fact** [3] - 18:14, 18:23,

23:11
**failure** [1] - 10:1
**fairly** [1] - 21:2
**familiarize** [1] - 22:8
**far** [1] - 8:20
**fast** [1] - 19:17
**fault** [1] - 4:25
**few** [1] - 6:10
**figure** [2] - 4:18, 24:8
**FILED** [1] - 25:16
**filed** [2] - 14:5, 20:6
**fill** [1] - 6:9
**filled** [1] - 6:8
**findings** [2] - 18:14, 18:23
**fine** [3] - 4:6, 12:10, 18:8
**finish** [1] - 12:4
**finished** [3] - 7:5, 19:14, 22:5
**fire** [1] - 16:23
**first** [8] - 4:7, 6:18, 6:21, 15:11, 17:19, 18:11, 20:7, 22:14
**five** [3] - 8:6, 8:17, 8:23
**flash** [1] - 17:16
**folder** [2] - 17:14, 17:20
**follow** [2] - 23:1, 23:5
**following** [1] - 13:7
**FOR** [1] - 1:2
**foregoing** [2] - 25:8, 25:13
**forward** [2] - 24:6, 24:10
**four** [4] - 7:4, 11:11, 11:21, 17:25
**frankly** [1] - 8:13
**free** [1] - 6:4
**front** [1] - 3:22
**FU** [1] - 1:21
**Fu** [1] - 3:9
**full** [1] - 21:18

**G**

**Garfinkel** [2] - 6:5, 22:3
**GATES** [1] - 2:5
**Gates** [1] - 3:18
**gathering** [1] - 4:11
**generally** [1] - 19:18
**giant** [1] - 7:7
**GIUNTA** [9] - 2:6, 8:4, 8:9, 9:3, 15:10, 16:10, 21:22, 23:22, 24:2
**Giunta** [3] - 3:17, 8:4,

9:3
**given** [6] - 5:12, 10:23, 11:9, 12:9, 16:7, 22:18
**glad** [1] - 3:22
**government** [1] - 22:6
**grand** [1] - 11:19
**granted** [1] - 20:15
**guess** [3] - 7:17, 8:21, 23:13
**guided** [1] - 10:20

**H**

**half** [3] - 9:13, 9:14, 12:3
**Hall** [1] - 1:12
**hall** [1] - 3:10
**HALL** [1] - 1:21
**hand** [3] - 5:9, 14:13, 23:3
**handle** [1] - 22:23
**Hansen** [3] - 3:9, 4:8, 10:11
**HANSEN** [12] - 1:19, 4:8, 5:17, 8:11, 10:11, 14:21, 15:19, 16:16, 21:21, 22:12, 22:21, 23:24
**happy** [1] - 15:19
**HAROLD** [1] - 2:7
**Harold** [1] - 3:17
**hear** [2] - 15:9, 19:21
**heard** [1] - 25:10
**hearing** [2] - 11:4, 23:14, 24:6
**hearings** [1] - 6:7
**help** [1] - 5:23
**helpful** [1] - 19:6
**hereby** [1] - 25:5
**HITCH** [3] - 2:3, 3:13
**hitch** [1] - 3:14
**hold** [1] - 4:15
**Honor** [12] - 3:6, 3:14, 4:8, 8:5, 8:11, 14:21, 15:10, 16:10, 21:21, 21:22, 22:12, 23:22
**Honorable** [1] - 1:12
**hope** [2] - 7:8, 15:21
**hour** [5] - 9:9, 11:17, 12:3
**hours** [11] - 8:2, 8:7, 8:17, 8:23, 8:25, 10:20, 11:12, 11:13, 11:19, 11:20
**housekeeping** [1] - 22:13
**hundred** [1] - 13:21
**hyperlinks** [1] - 19:3

## I

idea [1] - 7:22
identify [2] - 5:23, 22:17
impeachment [1] - 22:23
impression [1] - 4:25
IN [2] - 1:1, 1:2
INC [2] - 1:3, 25:9
inclined [1] - 14:12
include [1] - 11:14
incorporate [1] - 9:10
indicia [7] - 9:21, 9:24, 9:25, 10:18, 14:9, 14:25, 17:6
information [1] - 19:25
infringement [1] - 11:7
installed [1] - 7:12
intend [1] - 23:9
intention [1] - 15:21
interruptions [1] - 12:19
introduce [1] - 7:20
invalidity [1] - 10:16
issue [2] - 4:3, 15:11
issues [7] - 5:22, 6:14, 9:12, 9:13, 11:24, 12:8
IT [1] - 7:12
itself [1] - 10:1

## J

James [2] - 3:15, 3:16
JAMES [1] - 2:2
Jennifer [1] - 1:12
john [1] - 3:10
JOHN [1] - 1:20
joined [1] - 3:7
jointly [1] - 6:4
Judge [1] - 10:20
judges [1] - 13:1
July [1] - 25:18
June [2] - 1:13, 25:10
jury [2] - 19:14, 23:2

## K

K&L [2] - 2:5, 3:17
KAVEH [1] - 1:19
Kaveh [1] - 3:9
KEECH [1] - 1:20
Keech [1] - 3:10
keep [3] - 17:7, 17:11,

19:24
keeping [1] - 19:17
ken [1] - 3:15
KENNETH [1] - 2:3
kind [1] - 7:20

## L

lack [5] - 20:20, 20:21, 20:23, 21:3, 21:4
large [1] - 8:15
last [2] - 7:4, 21:23
law [1] - 18:1
least [2] - 14:5, 14:16
length [1] - 5:24
less [2] - 5:13, 8:20
limine [4] - 20:6, 20:8, 20:12, 20:16
limit [1] - 14:8
limitations [2] - 20:23, 21:5
limited [1] - 23:19
LIMITED [2] - 1:6, 25:10
line [1] - 10:23
lined [1] - 7:18
lines [1] - 17:18
link [1] - 17:16
list [2] - 13:10, 14:23
LLC [1] - 25:22
LLP [4] - 1:16, 1:18, 2:2, 2:5
local [1] - 6:1
lock [1] - 4:22
look [8] - 6:19, 11:8, 15:2, 18:18, 18:21, 20:5, 20:24, 24:6
looked [6] - 5:3, 6:18, 14:4, 14:10, 14:16, 16:5
looking [2] - 20:1, 24:9
looks [2] - 5:12, 16:11
lunch [2] - 12:3, 12:6

## M

mail [1] - 6:5
maintained [1] - 19:25
matter [2] - 17:17, 20:15
maximum [1] - 7:18
mean [1] - 8:15
meaningful [1] - 14:15
means [1] - 6:7
meet [4] - 14:23, 16:2, 16:9, 16:11
meet-and-confer [4] -

14:23, 16:2, 16:9, 16:11
MEGAN [1] - 1:16
Megan [1] - 3:6
MELISSA [1] - 1:20
Melissa [1] - 3:10
mentioned [2] - 14:19, 15:12
merits [1] - 20:14
middle [1] - 16:12
might [3] - 14:17, 19:20, 22:8
mind [2] - 17:7, 17:11
minimum [1] - 19:24
morning [1] - 12:2
Morris [3] - 3:6, 3:15, 3:16
MORRIS [2] - 1:16, 2:2
most [3] - 5:15, 6:25, 22:4
motion [2] - 20:8, 20:12, 20:16
motions [1] - 20:6
mounting [1] - 10:18
move [1] - 22:17
moving [1] - 22:15
MR [9] - 3:13, 8:4, 8:9, 9:3, 15:10, 16:10, 21:22, 23:22, 24:2
MS [12] - 3:5, 4:8, 5:17, 8:11, 10:11, 14:21, 15:19, 16:16, 21:21, 22:12, 22:21, 23:24
multiple [1] - 19:15

## N

named [1] - 17:19
narrow [2] - 14:2, 14:3
narrowing [1] - 10:5
narrows [1] - 16:7
natural [1] - 14:3
necessarily [2] - 18:19, 23:17
necessary [1] - 19:8
necessitates [1] - 11:25
need [8] - 4:5, 4:12, 9:23, 13:18, 13:21, 16:22, 18:22, 19:23, 22:1, 23:17, 24:7
needed [1] - 9:2
needs [1] - 12:22
new [1] - 7:11
NEW [2] - 25:3, 25:17
news [2] - 3:25, 15:14
next [2] - 5:19, 6:10
NICHOLS [1] - 1:16

Nichols [1] - 3:6
night's [1] - 17:1
nine [1] - 10:2
nonobviousness [2] - 9:15, 14:9
notebooks [1] - 17:24
notes [1] - 25:12
nothing [1] - 24:2
noticed [1] - 13:9
Number [1] - 25:9
number [5] - 4:15, 5:4, 10:16, 15:22, 17:5
numbers [1] - 17:20

## O

object [1] - 23:20
objection [3] - 12:21, 13:5, 21:12
objections [5] - 12:12, 12:15, 12:17, 12:24, 13:3
objective [7] - 9:21, 9:24, 9:25, 10:18, 14:9, 14:24, 17:6
obviously [2] - 5:24, 18:2
obviousness [2] - 10:17, 14:4
October [1] - 5:10
OF [4] - 1:2, 1:9, 25:2, 25:3
offer [3] - 5:14, 9:20, 15:18
offered [2] - 21:1, 21:3
offering [2] - 6:23, 20:20
OFFICIALLY [1] - 25:16
once [5] - 5:19, 6:1, 15:1, 17:4, 23:15
one [8] - 5:1, 7:17, 10:1, 10:17, 10:24, 16:12, 17:25, 20:20
ones [1] - 15:14
open [3] - 6:21, 7:1, 9:18
opening [2] - 9:9, 12:18
openings [3] - 8:25, 11:14, 12:19
opinion [4] - 5:13, 21:1, 21:3, 21:7
opinions [2] - 20:9, 20:17, 20:20
opposed [1] - 5:12
order [5] - 5:4, 5:23, 6:15, 7:25, 8:6, 9:18, 10:5, 13:11, 16:4,

16:13, 19:13
orders [1] - 4:23
outside [2] - 21:10, 23:14
own [1] - 4:25

## P

p.m [1] - 12:4
page [1] - 6:18
pages [6] - 18:11, 18:12, 18:13, 18:22, 25:14
paper [2] - 6:24, 20:1
paragraph [6] - 6:19, 7:10, 7:15, 9:18, 12:11, 13:11
paragraphs [1] - 14:1
part [4] - 8:15, 13:19, 15:11, 16:1
particular [1] - 22:25
particularly [1] - 11:5
parties [21] - 4:4, 4:23, 5:16, 6:11, 6:21, 6:23, 7:14, 11:24, 12:11, 13:16, 14:12, 14:17, 14:22, 15:5, 16:17, 16:23, 18:6, 18:20, 19:5, 19:19, 20:25
parties' [2] - 12:10, 13:10
parts [2] - 10:4, 19:4
party [1] - 13:19
PATEL [1] - 2:6
Patel [1] - 3:16
patents [2] - 16:8, 20:25
per [1] - 18:23
percentages [1] - 21:18
perfectly [2] - 12:10, 18:8
perspective [1] - 8:19
PETER [1] - 2:6
Peter [3] - 3:16, 8:4, 9:3
phase [1] - 9:20
phases [1] - 9:19
pin [1] - 19:3
Plaintiff [2] - 1:4, 1:22
plaintiff [5] - 14:3, 18:11, 20:11, 21:6, 21:11
plaintiff's [6] - 7:10, 14:8, 14:22, 18:9, 20:7, 20:16
plaintiffs [9] - 3:4, 3:7, 9:16, 9:20, 10:12,

15:16, 18:10, 20:6,
20:19
**plan** [2] - 5:17, 12:4
**planning** [1] - 8:16
**play** [2] - 6:25, 8:2
**played** [1] - 8:5
**playing** [1] - 6:22
**plus** [1] - 18:23
**point** [5] - 4:17, 5:18,
7:6, 13:22, 21:14
**portions** [1] - 13:23
**position** [1] - 9:4
**possible** [1] - 4:14
**post** [11] - 11:18, 13:4,
13:5, 13:18, 18:4,
18:7, 18:17, 18:20,
19:11, 20:13, 21:14
**post-trial** [11] - 11:18,
13:4, 13:5, 13:18,
18:4, 18:7, 18:17,
18:20, 19:11, 20:13,
21:14
**potentially** [1] - 19:12
**practice** [1] - 13:12
**preclude** [2] - 20:19,
21:15
**prefer** [3] - 22:16,
22:19, 22:22
**preference** [3] - 4:13,
6:21, 22:15
**preferred** [1] - 20:4
**preparing** [1] - 5:8
**present** [1] - 25:7
**presentation** [1] -
11:20
**preserve** [1] - 23:3
**pretrial** [12] - 3:1,
4:22, 5:3, 5:23, 6:15,
7:25, 9:18, 10:5,
13:11, 16:4, 16:12,
19:13
**PRETRIAL** [3] - 1:9,
1:11, 25:15
**prevent** [1] - 21:16
**previously** [1] - 21:10
**primary** [1] - 14:6
**procedure** [2] - 23:1,
23:4
**proceed** [2] - 4:5, 4:6
**proceedings** [1] - 25:8
**proposal** [5] - 7:10,
9:19, 12:10, 14:22,
18:9
**propose** [2] - 15:4,
16:16
**proposed** [3] - 4:19,
10:5, 13:10
**provide** [1] - 15:6
**pull** [1] - 17:21
**purposes** [1] - 7:2

**put** [2] - 9:23, 22:24
**putting** [1] - 8:24

## Q

**quantity** [2] - 20:23,
21:4
**questions** [6] - 6:3,
21:19, 22:13, 23:21,
23:25, 24:8
**quite** [1] - 10:3

## R

**raise** [4] - 6:17, 13:3,
22:11
**raised** [3] - 5:22, 9:16,
10:16
**raising** [1] - 21:15
**range** [1] - 21:18
**re** [1] - 13:3
**re-raise** [1] - 13:3
**reach** [2] - 6:4, 24:9
**read** [1] - 16:3
**reading** [1] - 5:3
**ready** [1] - 17:18
**really** [4] - 6:8, 9:2,
17:17, 19:23
**reason** [2] - 10:6,
12:20
**rebuttal** [1] - 9:23
**record** [3] - 8:18, 13:3,
19:17
**reduce** [3] - 15:19,
15:22, 17:5
**reduced** [5] - 14:23,
15:6, 15:13, 15:17,
16:17
**reducing** [1] - 16:6
**references** [12] - 14:4,
14:6, 14:7, 14:11,
14:18, 14:24, 14:25,
15:3, 15:6, 15:23,
16:18, 17:7
**regarding** [5] - 12:8,
20:9, 20:11, 20:17,
21:3
**relevant** [1] - 13:23
**rely** [3] - 13:17, 13:20,
23:10
**relying** [1] - 19:5
**remember** [1] - 9:8
**renew** [1] - 13:7
**reply** [1] - 18:13
**reported** [1] - 25:7
**reporter** [2] - 18:1,
19:9
**Reporter** [2] - 25:5,

25:6
**reports** [2] - 20:24,
21:11
**representation** [1] -
8:16
**request** [1] - 19:22
**requesting** [1] - 8:22
**requests** [1] - 19:15
**require** [1] - 12:11
**required** [1] - 19:20
**requires** [1] - 10:19
**reschedule** [1] - 3:25
**reserve** [1] - 18:24
**resolve** [1] - 10:20
**resources** [1] - 5:7
**respect** [2] - 17:12,
18:5
**respond** [1] - 18:12
**responsive** [1] - 6:6
**review** [2] - 16:7, 19:7
**rule** [2] - 21:13, 23:5
**ruled** [1] - 12:23
**ruling** [4] - 13:5,
20:13, 20:15, 21:13
**rulings** [1] - 21:20

## S

**SABA** [1] - 1:19
**Saba** [1] - 3:9
**schedule** [2] - 11:25,
18:18
**schedules** [1] - 5:20
**scope** [1] - 15:6
**screen** [4] - 7:7, 17:8,
22:25, 23:18
**seal** [2] - 19:23, 20:3
**SEALED** [1] - 25:16
**seat** [1] - 6:13
**second** [3] - 7:14,
9:20, 20:16
**secondary** [1] - 9:14
**secondly** [1] - 22:22
**see** [11] - 3:21, 5:20,
8:12, 10:4, 10:19,
10:22, 14:14, 17:8,
17:21, 18:16, 24:5
**seek** [2] - 20:19
**seem** [1] - 11:4
**send** [1] - 17:16
**sense** [7] - 4:2, 5:19,
6:25, 8:1, 13:8, 15:1,
15:8
**September** [1] - 5:10
**set** [2] - 16:17, 22:2
**shared** [2] - 10:14,
10:24
**shaving** [1] - 9:8
**shocking** [1] - 3:24

**short** [1] - 5:13
**Shorthand** [2] - 25:5,
25:6
**shorthand** [2] - 25:7,
25:12
**show** [1] - 23:8
**side** [9] - 8:8, 8:10,
11:17, 14:1, 18:23,
22:10, 23:6, 23:9,
23:20
**side's** [1] - 14:2
**sidebar** [1] - 23:14
**SIGNED** [1] - 25:16
**single** [1] - 17:14
**sit** [1] - 7:7
**sitting** [1] - 3:21
**six** [2] - 9:24, 11:12
**slated** [2] - 16:19,
16:22
**sleep** [1] - 17:1
**slots** [1] - 6:8
**sometime** [1] - 5:19
**sort** [1] - 22:24
**sounded** [1] - 6:20
**specification** [2] -
10:15, 10:24
**Speedbudget** [1] -
25:22
**spent** [1] - 5:7
**ss** [1] - 25:2
**staff** [1] - 7:12
**stand** [3] - 20:3, 21:9,
23:12
**start** [7] - 3:3, 3:4, 4:3,
6:9, 7:22, 11:22,
12:1
**started** [1] - 6:17
**starting** [1] - 6:8
**starts** [1] - 12:18
**STATE** [1] - 25:2
**STATES** [1] - 1:1
**status** [1] - 14:20
**Stenotype** [1] - 25:7
**still** [2] - 4:11, 22:6
**stipulation** [1] - 11:7
**STOREY** [1] - 2:7
**Storey** [1] - 3:17
**structured** [1] - 9:17
**sub** [1] - 9:12
**sub-issues** [1] - 9:12
**subject** [1] - 11:23
**submit** [1] - 6:24
**submitted** [2] - 4:23,
19:2
**summer** [1] - 7:6
**supportive** [1] - 14:8
**supposed** [1] - 7:5

## T

**table** [2] - 10:3, 15:18
**tat** [1] - 15:24
**technologically** [1] -
22:4
**technology** [1] - 7:12
**teleconference** [1] -
3:23
**ten** [4] - 9:13, 16:18,
16:23, 18:13
**terms** [3] - 6:6, 9:12,
19:17
**test** [1] - 7:11
**testified** [1] - 23:7
**testify** [2] - 20:11, 21:9
**testifying** [1] - 21:17
**testimony** [6] - 6:22,
7:8, 12:25, 19:22,
22:23, 23:8
**THE** [22] - 1:1, 1:2,
3:1, 3:12, 3:19, 4:21,
5:25, 8:8, 8:21, 10:9,
11:1, 15:8, 15:16,
15:25, 16:14, 16:20,
21:23, 22:19, 23:2,
23:23, 24:1, 24:4
**they've** [1] - 10:16
**thinking** [6] - 8:20,
8:21, 11:22, 17:4,
17:10, 18:15
**thoroughly** [1] - 16:4
**thoughts** [2] - 11:2,
20:7
**three** [3] - 10:22,
11:10, 14:6
**timetable** [2] - 5:2,
5:13
**tit** [1] - 15:23
**today** [1] - 11:4
**total** [4] - 8:8, 8:23,
11:19, 22:18
**touch** [1] - 5:18
**tradition** [1] - 13:1
**transcript** [4] - 19:8,
23:9, 25:11, 25:13
**TRANSCRIPT** [1] - 1:9
**traveling** [1] - 4:16
**trial** [42] - 4:1, 4:15,
5:6, 5:24, 6:11, 7:15,
10:8, 11:11, 11:12,
11:13, 11:18, 11:20,
12:9, 13:2, 13:4,
13:5, 13:7, 13:13,
13:18, 14:25, 15:4,
16:19, 16:21, 17:2,
17:13, 17:14, 17:19,
18:4, 18:7, 18:17,
18:20, 19:7, 19:10,

19:11, 19:14, 20:13, 21:14, 22:1, 22:2, 23:2, 23:19, 24:6
**tried** [1] - 11:10
**true** [1] - 25:14
**try** [3] - 11:6, 12:4, 14:12
**trying** [2] - 4:18, 24:10
**TUNNELL** [1] - 1:16
**two** [12] - 10:14, 10:24, 15:13, 15:17, 15:20, 16:6, 17:12, 17:17, 19:9, 20:5, 20:20, 20:21
**two-claim** [1] - 10:14
**typed** [1] - 25:12
**types** [1] - 14:18
**typewritten** [1] - 25:14

## U

**U.S.M.J** [1] - 1:12
**UCB** [4] - 1:3, 3:2, 4:9, 25:9
**ultimate** [1] - 15:21
**ultimately** [2] - 10:13, 19:2
**under** [2] - 4:25, 7:4
**Understood** [1] - 5:25
**understood** [2] - 18:9, 18:14
**undisclosed** [1] - 20:17
**UNITED** [1] - 1:1
**unless** [2] - 6:16, 12:20
**unpredictability** [1] - 9:22
**up** [11] - 4:21, 6:9, 7:18, 11:13, 12:15, 17:8, 17:15, 17:21, 22:2, 22:25, 23:18

## V

**validity** [2] - 8:13, 10:14
**Veiszlemlein** [1] - 3:11
**VEISZLEMLEIN** [1] - 1:20
**versions** [1] - 17:13
**versus** [1] - 3:2
**very-much-earnest** [1] - 10:7
**video** [1] - 7:1
**vs** [2] - 1:5, 25:9

## W

**waived** [3] - 12:14, 12:16, 13:6
**wants** [3] - 4:7, 14:1, 14:7
**warmling** [4] - 20:10, 20:19, 21:1, 21:9
**warmling's** [1] - 20:8
**warner** [1] - 25:4
**Warner** [1] - 25:21
**week** [3] - 4:17, 5:19, 17:1
**weeks** [2] - 6:10, 19:9
**welcome** [1] - 3:20
**willing** [1] - 16:11
**witness** [10] - 12:22, 13:14, 13:21, 17:23, 18:2, 20:2, 23:6, 23:12, 23:14, 23:16
**witness's** [1] - 22:18
**witnesses** [2] - 11:24, 17:24
**works** [1] - 5:10
**world** [1] - 14:14
**worth** [1] - 16:9

## Y

**years** [2] - 5:4, 7:5
**yesterday** [3] - 3:23, 4:2, 4:24
**YIYE** [1] - 1:21
**Yiye** [1] - 3:9
**yourself** [1] - 22:8