IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants. | Civil Action No. 21-1229-JLH |

**JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES FOR TRIAL**

The parties respectfully move this Court for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this motion the Parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which requires *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

1

2. A trial is currently scheduled for October 2nd through October 5th, in Courtroom 6D before Judge Jennifer L. Hall, with courtroom technology setup scheduled for September 29th.

3. Some members of the Parties' teams do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

4. The following persons that intend to appear at the trial set up and trial require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Erik Thorsnes, Trial Technician for Cipla
- Perry Brooks, paralegal for Cipla
- Peter Giunta, attorney for Cipla
- Anagha Tendulkar, Senior Manager - IP for Cipla
- Dr. Daniel Wermeling, Expert for Cipla
- Dr. Michael Privitera, Expert for Cipla
- Eric Sonnenschein, attorney for Plaintiffs
- Sara Apelbaum, paralegal for Plaintiffs
- Marissa Golub, paralegal for Plaintiffs
- Jurgen Hassa, In-House Counsel for UCB
- Natalia Wright, In-House Counsel for UCB
- Eric Braun, Trial Technician for Plaintiffs
- Robert Hodson, Trial Technician for Plaintiffs
- Dr. Hugh Smyth, Expert for Plaintiffs
- Dr. Pavel Klein, Expert for Plaintiffs

5. WHEREFORE, the Parties respectfully request that the Court issue an order in the form of an executed version of this Motion, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: September 21, 2023

| | |
|---|---|
| /s/ *Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendant Cipla Limited and Cipla USA, Inc.* | /s/ *Megan E. Dellinger* <br> Jack B. Blumenfeld (#1014) <br> Megan E. Dellinger (#5739) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> mdellinger@morrisnichols.com <br><br> *Attorneys for Plaintiffs UCB, Inc., UCB Biopharma SRL, Hananja EHF and University of Iceland* |

**SO ORDERED** this ___ day of _____, 2023.

_____
J.