IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND , Plaintiffs, v. CIPLA LIMITED and CIPLA USA INC. , Defendants. | ) | C.A. No. 21-1229-JLH |

Tuesday, October 3, 2023
9:30 a.m.
Bench Trial

Volume II

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.
and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.
BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

\- - - - - - - - - -

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 9:30 a.m.)

**THE COURT:** Good morning. Please be seated.

All right. We're here for the second day of trial. Just a couple of housekeeping matters. I'm sure you all checked with the courtroom deputy already, but we've got the time charged to each side. We have UCB charged two hours and 14 minutes, and Cipla charged three hours and 41 minutes.

The other thing I wanted to mention is that we are still getting used to the courtroom technology. We might have to make some adjustments after the trial. But just in the meantime, to make sure you are speaking directly into the microphone. It's not picking folks up both at the podium and on the witness stand unless you're kind of pointing your mouth right at it.

And then, finally, I was going to mention, hopefully, somebody will remind me tomorrow. I know that there is an emergency alert going off tomorrow at 2:20, so we'll try to time our break so we don't have to get disrupted in the middle of the testimony tomorrow. And I

think that's it.

Glad to see that everybody made it in today. Hopefully, the lines weren't too bad.

Are we ready to proceed?

**MS. HANSEN:** Yes, Your Honor.

**MR. GIUNTA:** Your Honor, we want to follow up on the evidentiary issue we had regarding deposition designations yesterday.

**THE COURT:** Okay.

**MR. GIUNTA:** You had indicated that you want evidentiary disputes to be addressed at the beginning of each day.

**THE COURT:** Sure. Sure.

Could you speak up.

**MR. GIUNTA:** Briefly. Yeah. Very briefly.

So Cipla is trying to introduce through deposition designations two e-mails and an attachment to one of those e-mails, and the e-mails each discuss the attachment.

The attachment is the testing that underlies -- our position is that it underlies table 4 in the patent that we were looking at yesterday, that dog pharmacokinetics study.

**THE COURT:** Uh-huh.

**MR. GIUNTA:** And so we have designated

testimony of the inventor receiving that dog study from someone at ITI, who is licensing/developing that product internally and conducting the study.

And so we have designated some deposition testimony, and we can either put it up or we can -- whichever you would like.

**THE COURT:** If it is part of your argument, you can go ahead and put it up if you would like.

You can have a seat if you like. We will give you a chance to respond.

**MR. GIUNTA:** Mr. Thorsnes, could you bring up the Gizurarson deposition. The designated portion at Lines 394:19 through 395:02.

(Deposition clip of SVEINBJORN GIZURARSON plays as follows:

**BY MR. PATEL:**

"**Question:** What I've just handed you is Bates-stamped -- well, marked Exhibit 31, Bates-stamped NAYZILAM_00034244 on the bottom right.

Do you see that?

"**Answer:** I see that.

"**Question:** Do you recognize this document?

"**Answer:** I've seen that before.

"**Answer:** Doctor, what I've put in front of you --

(Deposition clip concluded.)

**MR. GIUNTA:** Okay. And so that's what we have. The objection is that there is no substantive testimony surrounding it. And so we were attempting to enter this document that he's recognized into evidence.

**THE COURT:** How long is the document?

**MR. GIUNTA:** It is two pages.

**THE COURT:** Can I see it?

**MR. GIUNTA:** May I approach?

**THE COURT:** Yes.

**MR. GIUNTA:** Would you like the e-mail to which it is attached and which there is no dispute over?

**THE COURT:** Sure.

So counsel has handed me up DDX-2429, which is an e-mail. It's premarked as Exhibit 7, looks like from a deposition. And I also have DTX-2430. I'm looking at them now.

**MR. GIUNTA:** And it's DTX-2430, Your Honor, that is at issue here.

**THE COURT:** Understood.

Okay. Anything else you wanted to say before I hear from the other side?

**MR. GIUNTA:** I will note that if Your Honor does not admit it on this basis, there will be a separate basis which I alluded to yesterday in which this exhibit was shown to a different witness but that we had a

clerical issue with not designating, mainly because we thought we would get it in through the inventor.

**THE COURT:** Understood. All right. Thank you.

Counsel?

**MS. HANSEN:** Your Honor, the issue we have here is that we do not understand the substance of -- there's no testimony on the substance. The substance -- the testimony that we've seen just simply says:

"Do you see this document? Have you seen it before?"

"Yes."

And there's no discussion of what the document is, what it entails, what his understanding is, anything like that.

I mean, for that reason, there's no discussion of what the document is, and at this point, we don't know how they are going to use it. It's precisely the concern of they are just getting a document in and potentially using it during post-trial briefing, and we don't know how or why.

**THE COURT:** Was this document not discussed in their expert report?

**MS. HANSEN:** It was not, Your Honor.

**THE COURT:** Okay.

All right. So here's how we'll deal with this one. Well, we're already talking about it. So let's deal with it now.

So what's the relevance of this document, Counsel?

**MR. GIUNTA:** There is another e-mail, Your Honor, that is not disputed, in which the inventor replies and says that that data shows that the pilot formulation, Formulation E, which we identify as Dr. Wermeling's formulation, performed excellent against the test formulations.

**THE COURT:** Okay. So the point is, is that you want to show that Dr. Wermeling's formulation did, in fact, perform excellent, and this is just underlying that conclusion?

**MR. GIUNTA:** Correct. And it also underlies -- is the testing from the data that's presented in Table 4 of the patent-in-suit.

**THE COURT:** Okay. Are you going to have somebody talk about these numbers in here or have an expert talk about these numbers in here or you just want this in to back up and corroborate what the inventor is saying.

**MR. GIUNTA:** Wanted to back up -- we wanted to give context to what the inventor is talking about and

the responsive e-mail.

**THE COURT:** Okay. Counsel?

**MS. HANSEN:** If memory serves, Your Honor, the e-mail that they're talking about, there is no discussion of that document. It's about something else in the e-mail.

**THE COURT:** Okay.

**MS. HANSEN:** So, again, they are bringing the document in. They're going to be making the arguing based on the document and not testimony about the document.

**THE COURT:** Okay. I think this is -- you can have a seat.

So what we're going to do is we're going to let it in. If it turns out that plaintiffs have an argument that they're talking about a different document, that seems to be prime for something that can be pointed out in the brief. So that's how we are going to move on with this one.

Okay. Anything else we need to address today?

**MS. HANSEN:** Nothing from our side, Your Honor.

**MR. PATEL:** No, Your Honor.

**THE COURT:** All right. Very good.

All right. Let's continue with the

cross-examination.

DANIEL PAUL WERMELING, after having been previously duly sworn under oath, was questioned and testified as follows:

**THE COURT:** Good morning. Please have a seat.

And I will remind Dr. Wermeling that you are still under oath.

**THE WITNESS:** Yes, ma'am.

CROSS-EXAMINATION (continued)

**BY MS. HANSEN:**

**Q.** Good morning, Dr. Wermeling.

**A.** Good morning.

**Q.** Before we continue the examination, a bit of housekeeping. There were a couple of questions I asked that were asking you to confirm a negative, and your response was that -- stating that the document didn't have it, but the record is not wholly clear. So we're going to go through that again, just to make sure that the record is clear.

Now, first I want to talk about your formulation. That formulation did not contain mPEG 350, correct?

**A.** Correct.

**Q.** And after setting your formulation and acquiring the modified device through which you tested it, you never tried to reformulate your intranasal midazolam

formulation, correct?
**A.** Correct.
**Q.** Your midazolam intranasal formulation was never administered to patients who have acute repetitive seizures, correct?
**A.** Correct.
**Q.** And your intranasal midazolam formulation was never FDA approved, correct?
**A.** Correct.
**Q.** As of January 2007, the prior art did not disclose the solubility of mPEG 350; is that right?
**A.** The solubility -- sorry.
**Q.** Let me -- I withdraw the question.
As of January 2007, the prior art did not close the solubility of midazolam in mPEG 350; is that right?
**A.** Correct.
**Q.** Now turning to the Carbowax brochure, which is DTX-2022. The Carbowax brochure doesn't provide any data about the safety of mPEG for nasal administration, correct?
**A.** It doesn't provide safety data, but it provides a notion that it could be useful.
**Q.** And DTX-2022, the Carbowax brochure, doesn't provide any data about any potential ciliotoxicity of mPEG, correct?

**A.** No, it's not intended for that purpose.
**Q.** You don't know if Sigma Aldrich sold mPEG before 2007, correct?
**A.** I don't know, no.
**Q.** So it is correct that you don't know?
**A.** I said I don't know.
**Q.** Now, let's turn to DTX-2211, and this is the Tracy patent that we discussed yesterday. This document, DTX-2211, doesn't talk about your application, Wermeling '359, right?
**A.** Correct.
**Q.** If we could turn now to Bechgaard '608. I believe it's DTX-2134. And if we could go to Figure 10, please.
Figure 10 doesn't list any formulations with propylene glycol, water, PEG, and glycofurol, correct?
**A.** Correct.
**Q.** Let's pull up Merkus '893, which is DTX-2294.
This reference, Merkus '893, does not explicitly mention mPEG, correct?
**A.** It states PEG, which is a generic term for me.
**Q.** I will ask this again. This reference, Merkus '893, does not explicitly mention mPEG, correct?
**A.** The letters M-P-E-G are not in there.
**Q.** And methoxy-polyethylene glycol are also not in Merkus '893, correct?

**A.** I consider polyethylene glycol to include the family, as I always have.

**Q.** The words methoxy-polyethylene glycol do not appear in Merkus '893, correct?

**A.** Correct.

**Q.** Let's turn to -- keep up DTX-2294, please. And if we could go to Table 1 on Page 5. Let's talk about the Lui formulation. The Lui formulation doesn't contain propylene glycol, correct?

**A.** Correct.

**Q.** And Merkus '893 doesn't have any data in it about spray plumes, correct?

**A.** Correct.

**Q.** Now, I'd like to talk about your application, DTX-2208, Wermeling '359. This document doesn't mention Carbowax, right?

**A.** Correct.

**Q.** And this reference, the Wermeling '359 application, also doesn't mention Tracy '672, correct?

**A.** Correct.

**Q.** Let's take a look at Paragraph 85.

Now, this formulation in Paragraph 85 doesn't contain water, correct?

**A.** Correct.

**Q.** Okay. Now we can move on.

Let's pull up DTX-2251.

Dr. Wermeling, this is your paper from 2006; is that right?

**A.** Yes, ma'am.

**Q.** I'd like to walk through a few points here. The purpose of this article is to recount pharmacokinetic and pharmacodynamics of a new intranasal midazolam formulation in healthy volunteers, right?

**A.** Yes.

**Q.** That's the title?

**A.** Correct.

**Q.** And the words "mPEG 350" appear nowhere in this paper, correct?

**A.** Correct.

**Q.** Let's turn to the Bates page ending 998 and look at the left column about the middle -- middle two paragraphs, if we could, starting with "Gudmundsdóttir."

Now, in this top photograph, you discuss two intranasal midazolam formulations, correct?

**A.** Let's see. I see Gudmundsdóttir, and Knoester, yes.

**Q.** And we talked -- you talked about the Knoester formulation during your direct, right?

**A.** Correct.

**Q.** But you didn't talk about the Gudmundsdóttir, formulation, correct?

**A.** I did mention it because of the use of cyclodextrin. I believe that's in the testimony.
**Q.** Now, Gudmundsdóttir, the formulation there is described as being aqueous; is that right?
**A.** Yes.
**Q.** And it contains benzalkonium chloride; is that, correct?
**A.** Yes. Correct.
**Q.** And it contains cyclodextrin complexation; is that right?
**A.** Yes.
**Q.** The Gudmundsdóttir, formulation does not have propylene glycol, correct?
**A.** Correct.
**Q.** It also doesn't have mPEG, correct?
**A.** Correct.
**Q.** It also doesn't have PEG, correct?
**A.** Correct.
**Q.** And to clarify, at the end of this, you observed that the irritation discussed about these products is caused by midazolam; is that right?
**A.** I make a suggestion since the -- there's changes in formulations and one is aqueous based, and so you can't exclude the active from the excipients.
**Q.** We can put this down.

I'd like to take a look at another of your publications where you discuss your formulation. Let's turn to DTX-2253.

Now, this is an article that you wrote in 2009 entitled "Intranasal Delivery of Anti-Epileptic Medications for Treatment of Seizures."

**A.** The date is -- so it's published in 2009. It was written in 2008.

**Q.** Understood.

This was published two years after the priority date, correct?

**A.** Correct.

**Q.** Now, in this paper, on Page 4, the internal PDF Page 4, you have a Table 2 that lists several intranasal benzodiazepine formulations, right?

**A.** Yes.

**Q.** And they include clonazepam; is that right?

**A.** Yes.

**Q.** And the lorazepam formulations?

**A.** Yes.

**Q.** And diazepam formulations?

**A.** Yes.

**Q.** And none of the formulations -- and midazolam formulations, correct?

**A.** Yes.

**Q.** And none of these formulations contain mPEG, correct?
**A.** Correct.
**Q.** And only two of them contain propylene glycol, correct -- or sorry, three of them contain propylene glycol, correct?
**A.** Yes.
**Q.** Some of them contain B-DCE; is that right?
**A.** Yes. That's another -- that's a beta-cyclodextrin.
**Q.** And there's a lorazepam formulation with cremophor; is that right?
**A.** Yes.
**Q.** And there's a midazolam formulation with SBE-CDE; is that right?
**A.** Yes.
**Q.** And there's a diazepam formulation with PEG 300, right?
**A.** Yes.
**Q.** Now, if we turn to your final paragraph, you conclude -- I will wait until we get there.
The final line of your article states, "The literature demonstrates an unmet medical need exists to provide well-designed, nasally-delivered benzodiazepines for the treatment of seizures," correct?
**A.** Correct.

**Q.** Now, I'd like to look at what excipients you were suggesting for use in an intranasal midazolam formulation in 2009.

Let's turn to Page 354 of this document, in the upper right-hand column.

We're looking, in particular, at the paragraph beginning "Benzodiazepines satisfy."

Now, in this paragraph, you discuss how water is the preferred solvent, but many medications, including the benzodiazepines, do not have sufficient water solubility to formulate a nasal product. Do you see that?

**A.** Yes.

**Q.** And then you talk about the midazolam injection solution; is that right?

**A.** Yes.

**Q.** And then you finally say, "Additional solubilization strategies are necessary." And you provide, "including the use of organic cosolvents, excipients such as cyclodextrin, or other agents from water soluble inclusion complexes or preparation of emulsions"; is that right?

**A.** Yes. Just a general statement.

**Q.** But you don't suggest the use of mPEG in your article, correct?

**A.** PEG and mPEG would all fall under organic

cosolvents.
**Q.** There are a number of organic cosolvents in the world, correct?
**A.** There are, but there a very limited number that are in the USP, and an even smaller number that had a statement made in the FDA's inactive ingredients list. So the number gets pretty small if you're going to use all the references.
**Q.** And the IID that we're talking about is that 189-page document that we looked at earlier?
**A.** Yes. But you look at -- it's already narrowed for you by other references. So the total number of pages has so many other things that are not relevant to this discussion, that it's a distraction.
**Q.** And those are other excipients that are used in topical formulations, for example?
**A.** They could be used in all kinds of things, sure.
**Q.** Now, Dr. Wermeling, I'd like to take a look at one of your other slides. And for convenience, I put it on --
**MS. HANSEN:** Oh, I'd like to move to admit DTX-2253 into evidence.
**MR. GIUNTA:** No objection, Your Honor.
**THE COURT:** It's admitted.
(Exhibit DTX-2253 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Now, I'd like to take a look at one of your other slides. And this is Slide 19, which I've taken the liberty of putting on one of our backgrounds.

**MS. HANSEN:** If we can go to PDX-5-3.

**BY MS. HANSEN:**

**Q.** Now, this is a copy of your Slide 19, right?

**A.** Correct.

**Q.** And you identify several intranasal midazolam formulations in your timeline, starting around 1998, right?

**A.** Correct.

**Q.** But as we discussed, there are several additional intranasal midazolam formulations that various people developed all between 1990 and 2006, right?

**A.** There were some intermediate, sort of ad hoc things, but I don't remember them actually being for development. That they were part of academic research, if I recall.

**Q.** We talked about the Lui formulation?

**A.** Yeah. He's an academic.

**Q.** And that was made in 1991?

**A.** Yeah, but not for development. I know him.

**Q.** And we talked about the Loftsson formulation from 2001?

**A.** I think Loftsson and Gudmundsdóttir, are the same.

They're both using inclusion complexes.

**Q.** But those are additional intranasal midazolam formulations that were known in the prior art, correct?

**A.** Yeah. Although, you know, I was looking more in this case about things that were solutions and not complexation. So cosolvent is what I was really interested it.

**Q.** And you only focused on one method of formulation because those were the issues in this case?

**A.** I was looking at cosolvent systems, that was the main thrust of this discussion. Emulsions, for example, wouldn't seem to be part of what would need to be discussed here.

**Q.** Now, mPEG was -- but I think your timeline is actually a little incomplete.

**A.** I agree that it is. We didn't include every reference that's possible because of -- I didn't think that everything that had ever been published needed to be disclosed.

**Q.** Let's turn to PDX-5-4. We should really add when mPEG was first marketed to the POSA.

And mPEG was first marketed in 1940, right?

**A.** That's what I'm informed.

**Q.** And so despite mPEG being marketed in 1940, none of this intranasal work that you see 50 years later

disclosed a specific intranasal midazolam formulation with mPEG, right?

**A.** Correct, although PEGs, themselves, were known and disclosed in some of these documents.

**MS. HANSEN:** No further questions.

**THE COURT:** Thank you.

Any redirect?

**MR. GIUNTA:** Brief redirect, Your Honor.

REDIRECT EXAMINATION

**BY MR. GIUNTA:**

**Q.** Dr. Wermeling, do you recall having been asked some questions yesterday about Example 2 in the Merkus '893 publication?

**A.** I do.

**MR. GIUNTA:** If we go to Example 2, Mr. Thorsnes.

There it is.

**BY MR. GIUNTA:**

**Q.** And you were asked some questions yesterday about certain excipients and -- and the nature of the problem at hand.

My question for you is: What was expected about the impact of the viscosity from propylene glycol?

**A.** That it would contribute to a higher viscosity than water.

**Q.** What was expected with viscosity from glycerol?
**A.** Same.
**Q.** And what would have been expected with regard to viscosity from povidone?
**A.** Same.
**Q.** Now, how about viscosity of glycerol compared to viscosity of propylene glycol?
**A.** I don't remember the viscosities of the -- I mean, I don't remember what the viscosities are for each element or their subgroups.
**Q.** What are glycerols?
**A.** It's a sugar alcohol, basically.
**Q.** And what is povidone?
**A.** It's a polymer.
**MR. GIUNTA:** No further questions.
**THE COURT:** Thank you.
Dr. Wermeling, you may step down.
**THE WITNESS:** Thank you.
**THE COURT:** Would counsel like to approach to take down whatever we've got left at the witness stand?
**MS. HANSEN:** Absolutely, Your Honor.
**MR. PATEL:** Your Honor, as part of our affirmative case, we're finished with the live testimony, but we do have some video testimony.
**THE COURT:** Okay. Who is the first witness?

**MR. PATEL:** The first witness is Dr. -- the first witness is Dr. Richard Fisher, who was a member of Intranasal Therapeutics.

**THE COURT:** Okay. And approximately how long is this clip?

**MR. PATEL:** It's a short clip, about 15 minutes total, which includes designations from defendants and counter designations from plaintiffs.

**THE COURT:** Very good. Thank you.

(Deposition designation of DR. RICHARD A. FISHER plays as follows:

**BY MR. STOREY:**

**Q.** Can you please state your full name.

**A.** Richard A. Fisher.

**Q.** And do you understand that you are here under oath today?

**A.** Yes.

**Q.** So I'd like to discuss your educational background.

Can you please explain your education after graduating from high school?

**A.** After high school, I attended the university of Iowa for four years as a zoology major.

After graduation, I drove a truck for a year. And then I went back to school for graduate school for four more years, and received a PhD at the University of Iowa,

at the medical school campus. And that was in microbiology and molecular genetics.

And then I did a post-doctoral fellowship at the University of Chicago in the biophysics department.

**Q.** And what was your title at the Intranasal Therapeutics?

**A.** Chief scientific officer.

**Q.** Did any of your previous roles involve intranasal pharmaceuticals?

**A.** No.

**Q.** And approximately what year did you start at Intranasal Therapeutics?

**A.** I believe it was November or December 2006.

**Q.** And how long did you stay at Intranasal?

**A.** It was approximately two years.

**Q.** So when you started at ITI, who hired you?

**A.** A venture investor.

**Q.** And why did a venture investor seek your expertise?

**A.** My understanding was, really, as a management consultant.

**Q.** And what would your role as a management consultant involve?

**A.** To improve the work environment and increase its effectiveness.

**Q.** So what were your responsibilities to improve the

work environment?

**A.** Assess the situation and make adjustments.

**Q.** So what were some of the situations that you were assessing?

**A.** My understanding at the time was the current chief scientific officer was problematic, and that person had been asked to leave. And the -- so I was taking over that role.

**Q.** As the chief scientific officer, what responsibilities did you have?

**A.** Key responsibility was to get something into the clinic. In other words, get an IND filed.

**Q.** And what aspects of getting an IND filed were you involved in?

**A.** Aware of, or managing, most of the aspects, but not directly involved in the doing of them.

**Q.** Would your responsibilities include looking over formulation development?

**A.** Only insofar as reported to me; not directing any activities.

**Q.** Were you involved in clinical development?

**A.** No, not directly.

**MR. STOREY:** I would like to introduce some exhibits, Exhibits 107 and 108. Exhibit 107 is an e-mail bearing Bates label NAYZILAM_00034045, and 108 is a

document bearing Bates label NAYZILAM_00034046. And can we make these Exhibits Fisher 5 and Fisher 6?

**BY MR. STOREY:**

**Q.** Dr. Fisher, can you take a moment to look over the e-mail and attachment?

**A.** Yeah. Okay.

**Q.** What is Exhibit 5?

**A.** E-mail.

**Q.** And is this an e-mail, the lower part being an e-mail that you sent to Sveinbjorn and the upper part being his reply to you?

**A.** That's what it looks like.

**Q.** Do you have any reason to believe that you didn't send and receive this e-mail?

**A.** No reason to believe that. I don't recall any of it.

**Q.** What's the general subject matter of the e-mail?

**A.** It's a license agreement.

**Q.** And the license agreement is between ITI, Sveinbjorn, and the University of Iceland; is that correct?

**A.** Apparently.

**Q.** So turning to Fisher 6, this is the agreement?

**A.** Yes.

**Q.** So what is the subject matter of this agreement?

**A.** A license.
**Q.** And what is the license for?
**A.** The mPEG.
**MR. STOREY:** Let's go to document 113. And we can make this Exhibit Fisher 7. And this is an e-mail dated March 30, 2007, bearing Bates label Nayzilam_00034237.
**Q.** And Dr. Fisher, can you take a moment to review this document.
**A.** Yes, I would.
**MR. STOREY:** I would also like to bring up document 116. This is a two-page document, bearing Bates label NAYZILAM_00034244, and this should be Fisher 8.
**BY MR. STOREY:**
**Q.** And it is the attachment -- or one of the attachments to the e-mail.
**A.** Okay.
**Q.** And looking at that e-mail, Fisher 7, the first full page refers to a midazolam NS candidate?
Is NS referring to a nasal spray?
**A.** Yes.
**Q.** Later, you say, "ITI has two package inserts for approved topical products," correct?
**A.** Correct.
**Q.** Why was it helpful to have these package inserts?

**A.** To support safety.
**Q.** And how would these package inserts support safety?
**A.** Because they are approved products.
**Q.** So the package inserts for the approved products would help show the safety of a product to the FDA?
**A.** Correct.
**Q.** And do you recall collecting additional information about the safety of mPEG 350?
**A.** I don't. I don't recall any other safety information.
**Q.** Was ITI concerned about that inability to show safety information for mPEG 350?
**A.** Concerned? I think every excipient in a formulation has to have established safety. So the more safety for any excipient -- the more information on the safety of any excipient one can gather, one gathers.
**Q.** Okay.
**MR. STOREY:** Let's bring up document 138, and we can make this Fisher 11. And this is an e-mail, dated November 7, 2007, bearing Bates label Nayzilam_00036040.
**BY MR. STOREY:**
**Q.** Dr. Fisher, can you review the document?
**A.** Uh-huh. Okay.
**Q.** So what is this document?
**A.** It's an e-mail.

**Q.** And you sent this e-mail to Sveinbjorn?
**A.** Apparently.
**MR. STOREY:** Let me bring up document 139, which we can make Fisher 12. And Fisher 12 is the attachment to the e-mail that was marked as Fisher 11.
**THE WITNESS:** Okay.
**BY MR. STOREY:**
**Q.** Does reviewing the agenda refresh your recollection on the meeting?
**A.** No, not at all. I do not recall this meeting ever having happened.
**Q.** So what did it mean where: "ITI is very interesting in finding new drug candidates to which we can apply the mPEG formulation approach"?
**A.** Other than what literally what the sentence says, I don't recall.
**Q.** So you have no understanding as to what the mPEG formulation approach is?
**A.** Only it would be intranasal drug candidates. Other than that, I don't.
**Q.** And we've been referring to polyethylene glycol as PEG and methoxy-polyethylene glycol as mPEG, correct?
**A.** Correct.
**Q.** Okay. And do you agree that they are part of the same chemical family?

**A.** No.

**Q.** Why don't you consider them to be part of the same chemical family?

**A.** Because they are chemically distinct.

**MR. STOREY:** So I'd like to introduce document 120 as Fisher 15, and this document bears the Bates label Nayzilam_00573876.

**BY MR. STOREY:**

**Q.** What is this document?

**A.** It's the request to have a meeting with the FDA.

**Q.** And if you could turn to the page ending in Bates 885.

And it is titled "Quality Review Form"?

**A.** This is the quality review form, yes.

**Q.** And what is the quality review form?

**A.** It's a sign-off that what appears in the document is accurate.

**Q.** So going back to the third page of the document, ending in Bates 878.

Let me know when you make it to that page, please.

**A.** Product name and application number?

**Q.** Yes. So the product name and application number refers to an IND submitted on 29 August 2001.

Do you see where I'm referring to?

**A.** Yes.

**Q.** Do you have an understanding of what that IND was?
**A.** That IND was just the IND that was filed for midazolam.
**Q.** So the sentence ending on the top of 883 ends in: "How experimental formulations have not been optimized for nasal delivery."
Do you see where I'm referring to?
**A.** Yes.
**Q.** Do you have an understanding of how experimental formulations had not been developed or optimized for nasal delivery?
**A.** These were not given -- most of the time, from what I recall, they were simply taking midazolam and using a nasal drop and dropping it into somebody's nose with a dropper. So that's not optimized for nasal delivery. Or if it was sprayed, there was no formulation, as far as I recall, to make it a nasal spray formulation.
**Q.** Okay. So it was being used, but the administration hadn't been optimized?
**A.** Exactly.
(Deposition designation concludes.)
**MR. PATEL:** Your Honor, at this time we move to admit Exhibits DTX-2420, 2421, 2429, 2446, 2447, 2531.
**MS. HANSEN:** No objection, Your Honor.
**THE COURT:** Those are all admitted.

(Exhibits DTX-2420, DTX-2421, DTX-2429, DTX-2446, DTX-2447, DTX-2531 were admitted into evidence.)

**MR. PATEL:** Your Honor, the next video is of Dr. Raouf Ghaderi. He was director of formulation development at ITI. This video is about nine and a half minutes.

(Deposition designation of RAOUF GHADERI plays as follows:

**THE REPORTER:** Can I kindly have your name?

**THE WITNESS:** It's Raouf Ghaderi, R-A-O-U-F Ghaderi, G-H-A-D-E-R-I.

**BY MR. GIUNTA:**

**Q.** I would like to discuss your educational background. Can you give me your educational background, beginning from secondary school in the US, what we would consider high school, after that?

**A.** Sure. I joined the University of Uppsala, Sweden, where I studied Pharmacy. I went to school of Pharmacy there. I got my master's of science in Pharmacy in Sweden, and then I worked almost a year for Pharmacia, which was joined with Upjohn, I believe.

And then, I went back and I continued my studying in research in Pharmaceutical Technology and I got my Ph.D degree from the same university.

**Q.** And what was your Ph.D in?

**A.** Pharmaceutical Technology.
**Q.** So, before Prophase, you were at Ikano Therapeutics, Inc.; is that right?
**A.** Correct.
**Q.** And you were there from -- is this correct -- from about November 2007 to December 2010?
**A.** Yes, sir.
**Q.** And was Ikano Therapeutics the same company as Intranasal Therapeutics?
**A.** Yes. It was the former Intranasal, yes.
**Q.** Working at ITI doing regulatory science support and -- and particularly focusing on CMC, did that involve a lot of chemistry?
**A.** Not really. We did what we did. My job was I was hired as a formulation -- I was director of Formulation Development and then, I changed to Pharmaceutical Development. And what I was doing is supporting -- getting the formulation through the path for development required by FDA to get the product ready for NDA and be able to, at some point, submit to NDA and get the drug approved.
So, there are certain steps you need to take.
**Q.** Did you make any mPEG midazolam formulations in connection with the patent application?
**A.** Yes.

With the instruction of Sveinbjorn. So he wanted a couple of formulations we made. And so yes, we made it and we did characterize it the way he wanted it handled.

Basically, it's a day-to-day activity for me making a different type of formulation, and there was nothing unique that I contributed. And they said, Do you understand this, this, and this, and we did it for him.

**Q.** So you're saying there is certain routine work that you do as a formulator, and what you did here was nothing more than routine; is that right?

**A.** Nothing more than routine.

**Q.** Okay.

**A.** Nothing more than following the recipe that he was asking for.

**Q.** Let's have the court reporter mark this as RG4.

**A.** Thank you.

**Q.** I am showing you what has been marked RG4 for identification. It bears the Bates number Cipla_Mida_043818 through Cipla_Mida_043865.

Do you recognize this document?

**A.** Not really.

If I have seen it before? I don't know. It's from 2007. I don't remember that.

**Q.** If you turn to Bates ending 820.

**A.** Sorry. Page?

**Q.** 820. The bottom right-hand side, it's just like one page in?
**A.** 8 -- 820. Yes. Page 2.
**Q.** Do you see that you're listed there as an inventor?
That would be the second name on the page?
**A.** Yes.
**Q.** And then, we get to your sentence there: "Lower viscosity correlates with better spray pattern characteristics," right?
**A.** Yes, sir. Um-hum.
**Q.** In the course of this project, were you the first person to discover that lower viscosity had better spray pattern characteristics?
**A.** No.
**Q.** Was that known before?
**A.** It was known by Sveinbjorn, and that is how he selected the mPEG 350.
**Q.** The problem here is that, you know, they look like they got the same -- they got comparable pharmacokinetic results, in other words, the drug worked the same between the test and control formulations?
**A.** As a formulator, I can tell you, if you have a high viscosity -- you don't want to deal with that kind of formulation.
You always strive to go to the lowest possible

viscosity, and you can't have a low, low viscosity. That is not a good front either, because it was just -- it is running down from the nose, okay. So, you need to have a certain level of viscosity, but not too much. So that is why you need a formulation with the optimum level that you can deliver the maximum amount of drug -- that's your target always in bold. The lowest amount of drug at the lowest possible volume with the viscosity that you can have a reproducible results, if it's spray pattern for your application drug through the FDA or any regulatory body. It can be in Europe or in Iceland or wherever.

**Q.** That's on Pages 848 to through 849.

**A.** According to the interpretation they have here, the three formulations worked almost similar (indicating). That is what they say here, but having said that, it tells us that the Test Formulation 1 and 2, they had a lower viscosity.

So, for me as a formulator, I would absolutely go with the lower viscosity based on the knowledge, the common knowledge that lower viscosity is your friend, than higher viscosity, which you would have a control formulation.

**Q.** So this is my question: Did Sveinbjorn figure out that lower viscosity was better or was it already known?

**A.** Lower viscosity in what? In what formulation?

**Q.** In an intranasal formulation.

**A.** How are you going to get the lower viscosity?

As I said, you can dissolve it in water, it has a low viscosity, but then you have to give it maybe 20 milliliters of water you're required to apply it. It's just being smart. To me, I really -- I really admired the guy when he presented. I said, wow, as a formulator I was always looking for different applications, but I never came to the idea using mPEG 350. Yeah, PEG is used in polyethylene glycol formulations, but while you use it, you have a really low viscosity. You want to increase the viscosity. It doesn't help with your solubility.

But to me, it was really interesting and unique that he could dissolve, increase the solubility of the drug and at the same time dealing with the viscosity that is manageable for the device to be used.

So that's -- that's -- that's what I thought it was interesting, and I really liked the idea that he had and the level of knowledge that he had and the chemistry and he explained was there.

**Q.** You talk about his idea for mPEG, right? MPEG, you're saying, was his idea; correct? Is that right?

**A.** Yes. Yes. Absolutely.

**MR. GIUNTA:** Let's mark it as RG7 and let's

mark this one as RG8.

**BY MR. GIUNTA:**

**Q.** I am showing you what has been marked as RG7 bears Bates Number Cipla_Mida_043806 through 807.

And I am also showing you what has been marked RG8, bears Bates Number Cipla_Mida_043799 through 805.

**Q.** So, if you look at what has been marked RG7.

**A.** Yes, sir.

**Q.** Do you see it's labeled as an amendment. It's a document --

**A.** Yes.

**Q.** -- in the United States Patent and Trademark Office.

Do you see that?

**A.** Yes.

**Q.** So, once the idea was there, all of the formulation work -- once they had Midazolam and mPEG was there, all the formulation work was routine?

**A.** More or less.

More or less because you need to do the characterization and you need to understand the uniqueness.

(Deposition designation concludes.)

**MR. PATEL:** Your Honor, at this time, we'd like to admit -- move to admit DTX-2310, DTX-2311.

**MS. HANSEN:** No objection.

**MR. PATEL:** Your Honor, for timing purposes --

**THE COURT:** They're admitted.

(Exhibits DTX-2310 and DTX-2311 were admitted into evidence.)

**THE COURT:** I just had a question. There were a couple points in there where the transcript said something different than what I heard. I assume that the parties have agreed on what the transcript is, is what the testimony was?

**MS. HANSEN:** I believe there are errata, although I did note what I think was the same thing you might have seen. So let's confer and we'll --

**THE COURT:** I heard two places. One was he said, "PEG" but the transcript read "mPEG." And the other was, I think, "calculation" versus "characterization." Okay.

**MS. HANSEN:** We'll check those two things.

**THE COURT:** Okay.

**MS. HANSEN:** -- as well.

**MR. PATEL:** We'll do the same.

Your Honor, just for timing purposes, we have two more video depositions.

**THE COURT:** Okay.

**MR. PATEL:** One is going to be a total run

time of 24 minutes, approximately. And then the other one is going to be a total run time of one hour, 46 minutes.

**THE COURT:** I think that sounds perfect to do the 24-minute if you're ready, and then we will take our morning break.

**MR. PATEL:** So the next -- Cipla calls Dr. Michael Lusty, who was part of the pharmaceutical development team at ITI.

(Deposition designation of DR. MICHAEL LUSTY plays as follows:

**BY MS. BRUCE:**

**Q.** Can you please state your full name.

**A.** Sure. My name is Michael Edward Lusty.

**Q.** And do you understand that you are under oath here today?

**A.** Yes.

**Q.** And do you understand that the oath is just as binding here as it would be if you were in a courtroom in front of a judge or jury?

**A.** Yes.

**Q.** So I'd like to move to discuss your background. Can you please explain your educational background starting after high school?

**A.** Sure. I'll refer to the declaration as a little

reminder, since it's spelled out there in Paragraph 3. So after high school, I did a bachelor of science degree at the University of Ulster in 1984, and that had, I guess, two majors. One was physics, the other geology. I chose to specialize in physics and did a master's degree, which is not mentioned here, and a PhD at the University of St Andrews in Scotland, graduating with the master's degree in 1985 and the PhD in 1989.

**Q.** We touched a little bit on your work history. Can you describe your other work history from graduation until joining Intranasal Therapeutics.

And if I use ITI going forward, will you understand?

**A.** I will, yes, certainly. Yes.

Okay. So I can do that chronologically, which probably makes the most sense. So upon graduation, really, the first significant job I had was with what I just mentioned, PA Consulting Group based in Cambridge in England, and not really in what's called the healthcare department. We focused on pharmaceutical clients, working on drug developments where I worked on a number of developments, such as, again, mentioned tripattern inhaler, nasal drug delivery.

Worked there for seven years, transferred with that organization to the United States and was working in Princeton, New Jersey. While there, I interviewed for a

position at Schering-Plough Pharmaceutical Company in Kenilworth, New Jersey. And that role was very specifically focused on inhalation product development. So I joined that company as manager of repackaging and device development, they call it. So that encompasses inhalation, nasal, and other dosage forms. Really with -- again, with a focus on device and packaging.

While there -- I was there for seven years. While there, you know, I grew within the organization, was promoted, headed up that device group within Schering-Plough, but also started to take on increasing responsibilities for what we would call a matrix management role where I could be managing a project across multiple disciplines, including formulation research, analytical research, process development, as well as sort of device packaging section.

So in a matrix management role I could be project manager across those various disciplines. I finished that in 1997 at Schering-Plough, worked for one year, which is not mentioned here -- oh, it is mentioned, sorry, with Becton Dickinson in a drug delivery role with a very particular focus on insulin drug delivery. I transitioned relatively quickly, I think about one year, to a company called KOS Pharmaceuticals, where I joined KOS Pharmaceuticals, again, with a very specific focus on

inhalation product development. Again, a device formulation process/analytical aspect to it, and was promoted to vice president within the organization very quickly.

So then, exited as KOS Pharmaceuticals in, I guess, 2007 -- I'm refreshing my memory by reading the declaration here. Exited KOS in 2007. So that's kind of the thumbnail sketch of the career up to before joining ITI.

**Q.** Great. Thank you.

So beginning at PA Consulting Group, you mentioned that you were working on formulation. Can you expand a little bit about what you were doing as far as formulating -- your roles in the formulation process?

**A.** Yeah. So, that's correct. I don't think I said I was doing formulation at PA Consulting, because I certainly wasn't. The sort of focus at PA Consulting was more on device, supplementing the skills gap within the pharmaceutical industry, we had the more specialist formulation, analytical process, expertise.

**Q.** Okay. So you were more focused on working on the devices side of it?

**A.** Yes, yes.

**Q.** And in your work at ED, you mentioned it was focused on insulin delivery. What route of administration were

you focused on?

**A.** That's very much injectable.

**Q.** And did you receive any compensation in connection with submitting your declaration?

**A.** The declaration, no.

**Q.** And are you being compensated for being here today?

**A.** Today, no.

**Q.** And have you been compensated at all in connection with this litigation?

**A.** Yes.

**Q.** Can you describe the compensation, please?

**A.** I was compensated for some of the preparation that I did for the declaration, and I'm expecting to be compensated for the work I did in preparation for this deposition.

**Q.** Who will be compensating you?

**A.** I'm billing to Covington.

**Q.** And what is the amount of compensation?

**A.** That is my consulting hourly rate, which is $300 per hour.

**Q.** And can you please just explain the roles you held while you were employed at ITI?

**A.** Yeah, so the role was, again, reporting to the CEO of the organization to manage the -- what I would call the pharmaceutical development of our candidate drugs.

What I mean by "pharmaceutical development," it's the actual turning the idea, turning the -- you know, the early embodiment, turning that into a pharmaceutical product which is acceptable to the FDA.
**Q.** And can you please just explain the roles you held while you were employed at ITI?
**A.** So the role was, again, reporting to the CEO of the organization to manage the -- what I would call the pharmaceutical development of our candidate drugs. What I mean by "pharmaceutical development," it's the actual turning the idea, turning the -- you know, the early embodiment, turning that into a pharmaceutical product which is acceptable to the FDA.
**Q.** You mentioned you started as a consultant with ITI --
**A.** Yes.
**Q.** -- and then shifted into a different role. Would you be able to explain both roles, or were the responsibilities the same for each role?
**A.** I would say it was more formal being upon being hired as an employee. I think the initial consulting role was kind of a transition role. It would be for a chance for the company to look at me and me to look at the company. I signed a very -- I think there was a very particular assignment which I took on to justify the

consulting role, if you like, but it was a very general preparation if you like for the more general role as an employee.

**Q.** And what was the particular assignment that you took on as a consultant?

**A.** Yeah, I don't actually remember the full details. I think there was a device aspect of that. Again, we were in that device world. So I think some of that was to have a look at the device aspect and the overall picture of the development.

**Q.** Was the midazolam formulation with mPEG 350? And when I say, "mPEG 350," I'm referring to methoxy-polyethylene.

**A.** Yes. I believe that certainly had been established at the time I joined.

**Q.** When you joined, was there a single midazolam formulation, or were they still considering variations of the formulation?

**A.** I mean, there was never what I would call a single formulation. At this stage one still has to be doing development to, if you like, optimize. There were certainly prototypes around. We'd optimize those and make those suitable for FDA approval and marketability.

**Q.** When you stated that there was never -- there was not a single formulation at this stage, can you explain

what you mean by "at this stage"?
**A.** So this was prior -- obviously, it's prior to approval, it's also prior to what I think someone would call "pivotal registration studies." So I'm still working with the prototypes to try and make sure you have the most robust formulation possible to ultimately meet patient and FDA needs.
**Q.** Were there specific teams that you led?
**A.** Rather than teams, I think -- I would try to -- I think there are elements to the development which need to be led. So in the early stages, formulation; later on, analytical development, process development, how to manufacture the product, and any sort of device aspects. So I had oversight of that various -- those various activities rather than teams.
**Q.** At the time you started with ITI, was ITI already working with Sveinbjorn Gizurarson?
**A.** I believe so, yes.
**Q.** Do you have any understanding of what potential advantages of mPEG 350 for intranasal formulations would be outside of this agenda?
**A.** Well, I think the advantage that was proven was that the -- this particular solvent offered the ability to solubilize or dissolve midazolam at the concentrations in combination of other excipients that enabled the

pharmaceutical product Nayzilam.

**Q.** Would you agree that the molecular weight melting and freezing points and viscosity were similar between mPEG 350 and PEG 400 based on this slide?

**A.** No, I would not agree. They're different.

**Q.** Can you explain why you disagree?

**A.** Look, you asked me were they the same. They're clearly not the same.

**Q.** I asked if they were similar. Does similar mean something different to you than same?

**A.** Yes. Sorry. Thanks for clarifying that. Similar, I mean, they are, to my mind, quite dissimilar.

**Q.** And why are they dissimilar?

**A.** Well, their viscosities are -- that's almost an order of two magnitude difference of viscosity. That's very meaningful in nasal drug development. And one product is a liquid at the freezing point of water, zero C. One is a liquid, one could be -- well, there's a range there, which is kind of weird. One could be a liquid or a solid. So those two, even those two physical parameters are really quite different for those two -- those two particular molecules.

**Q.** Was there a certain value of viscosity that you were targeting in nasal drug delivery?

**A.** Well, I mean, that's very different to the question

you asked originally, which was are these two dissimilar. So I commented these two are very dissimilar.

**Q.** Sure. I'm asking just in general if there's --

**A.** There's no -- there is no magic number that could -- a formulation in combination with the device would yield -- should yield or could potentially yield pharmaceutically acceptable product, call it the attributes, such as spray pattern, plume geometry, droplet size distribution, et cetera.

**Q.** Would you agree that PEG could be replaced with mPEG?

**A.** I'm sorry. I wasn't expecting the question; didn't mean to flippant, sorry. There is no way I would accept that what's written as a statement of fact.

**Q.** And why is that?

**A.** There's absolutely no basis to -- to say that.

**Q.** So do you think Dr. Gizurarson had no basis to say that?

**A.** I don't know what his basis for saying that. Obviously, he's an advocate of this product. I, sitting here today, would not -- no way I would say that all formulations can replace mPEG with PEG. I'm sorry, PEG with mPEG.

**Q.** So you mentioned that Dr. Gizurarson was an advocate for --

**A.** I'm sorry. That was supposition on my part. Just looking at this, it's a little bit of pitch deck clearly, so I didn't mean to speculate outside my scope there.
**Q.** So when you say, "pitch deck," what are you --
**A.** I'm sorry. That was a little -- you have an advocate for this particular -- obviously, you have an advocate for this particular excipient here selling its benefits.
**Q.** Did ITI have a goal to replace formulations where PEG had been used with mPEG?
**A.** No. In fact, as a formulator, I would say -- I don't want to do that. Back to the previous slide, which does not mention nasal use. This would be a significant hurdle to using mPEG and -- in these formulations because it's an unapproved excipient.
**Q.** You mentioned it would be a significant hurdle to use mPEG. Why did ITI undertake that significant hurdle?
**A.** It was -- again, I think that decision was made before me, but it was obviously an enabling excipient.
**Q.** What do you mean by "enabling"?
**A.** It enabled -- it enabled to -- it enabled use of mPEG in combination with water, another excipient, enabled us to formulate midazolam at a concentration sufficient to get a pharmaceutically effective dose with a very small dose volume which is compatible with the

Pfeiffer device which is a 100 microliters.

**Q.** If I had asked if ITI had a goal to replace formulation -- to replace PEG with mPEG in formulations, would your answer change that that was limited to at this time, the presentation in the 2007 time period?

**A.** I mean, I don't think there was a goal to replace formulation with mPEG formulations. The goal would be to get formulations which are acceptable which meet the clinical requirement of FDA hurdle for approval.

**Q.** Did anyone oppose the idea of interchanging PEG and mPEG at the time of this presentation?

**A.** Not that I'm aware of.

**Q.** Did anyone oppose the idea of interchanging PEG with mPEG at any time during the formulation of midazolam?

**A.** I'm not aware of any.

**Q.** Were there any other formulations developed by ITI used that used mPEG?

**A.** There may have been -- yeah, maybe is the short answer. Sorry. I think subsequent to midazolam there were a number of other products in development. I don't recall offhand the exact formulations from those.

**Q.** Would you agree that mPEG would be expected to protect proteins, peptides, and large molecules from the immune system because PEG was used for that purpose?

**A.** Yeah. I'm not agreeing or disagreeing. I'm aware

of PEGylated injectable formulations. Whether they used this or other forms of PEGalation, I can't comment.

**Q.** And you testified previously that mPEG was already a part of the midazolam formulation by the time you joined ITI. Is that accurate?

**A.** I think -- that's what I said, and I think that's right.

**Q.** Okay.

**A.** It's a long time ago, but I think that's right.

**Q.** Dr. Lusty, can you see this document?

**A.** I can.

**Q.** Can you please take a moment to review?

**A.** Certainly.

Okay. Thank you.

**Q.** What is this document?

**A.** Top one -- it's an e-mail seemingly from me to Sveinbjorn and Rich Fisher. And a response to a suggestion about collaboration.

**Q.** And this e-mail is dated November 29th, 2007.

Do you agree?

**A.** Looks like, yeah. Thank you. Yeah.

**Q.** What do you mean by potential novel excipients?

**A.** Well, I think that's a novel excipient is a defined term per FDA, that would be an excipient which has not been previously used in the concentration potentially and

in the dosage form for the particular delivery system in question.

**MS. BRUCE:** Okay. I'd like to introduce exhibit bearing Bates No. MLUSTY_0000075.

**BY MS. BRUCE:**

**Q.** What is this document?

**A.** This document is another example of a file which was in my folders from I'm guessing around 2007 which describes some nasal -- midazolam nasal spray formulation development studies.

**Q.** Do you recognize this document?

**A.** I very, very vaguely recognize this document.

I do not think I was involved in its preparation or its work.

**Q.** Can you describe for me what you do remember about this document or the contents?

**A.** Well, I mean this is another document of a -- I supplied to counsel within the last few days so I did glance at it then as well of course. It's a document which describes some development studies which were done I guess around 2007.

**Q.** So based on this -- the metadata, would you agree that Exhibit 9, which is MLUSTY 75, was prepared around November of 2006 timeframe?

**MR. SABA:** Objection. Mischaracterizes.

**THE WITNESS:** Again, I don't know if I can agree on that. I think that's a reasonable conclusion looking at this. I don't know what this document is about, but I'm not agreeing to it.

**BY MS. BRUCE:**

**Q.** Do you have a reason to disagree that these dates are incorrect?

**A.** I have no reason to disagree.

**Q.** Do you have any understanding whether these were the primary excipients considered with a midazolam formulation as of today?

**A.** When I look at this list I see a number of what -- I would consider at that time to be standard excipients for nasal formulations. Propylene glycol, glycerin, polysorbate 80, that's kind of a whacky one to have in there, ethanol. The standard is the mPEG, which I think at the time was certainly not what I would regard as -- certainly not in the FDA's active ingredient -- inactive ingredient database as an approved excipient for nasal spray.

**Q.** So I'm just trying to understand how a formulator would select excipients from the compatibility study and create them into a formulation.

**A.** Okay. Well, it looks like the process here is if it's true they were sequential and starting to buy into

that, again with the knowledge of that, and it's kind of an attrition process so we're excluding things, we're starting with a universe and we're excluding things. And when get down to a manageable number, we can, I guess we can either rank or assess those against not just these criteria but other criteria to estimate or, you know, best -- I won't say guess -- I hate to use the word guess in the space, but to evaluate our best most likelihood of success for a commercial product.

(Deposition designation concludes.)

**MR. PATEL:** I think Your Honor said this was probably a good time to take a morning break.

**THE COURT:** That's right. And there were no exhibits to be entered with Mr. Lusty's testimony; is that right?

**MR. PATEL:** I think if you can give us, during the break, to discuss. We cross-designated this. So there was one exhibit discussed, we just want to sort that out.

**THE COURT:** Okay. All right. Very good. We'll take a morning break and be back in 15.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

**MR. PATEL:** Your Honor, we have the housekeeping matter cleared up.

DTX-2392, which was discussed in that last deposition of Dr. Michael Lusty, we move to admit that exhibit.

**MS. HANSEN:** No objection, Your Honor.

**THE COURT:** All right. We will admit that.

(Exhibit DTX-2392 is admitted into evidence.)

**MS. HANSEN:** Before we move on, if you could just put on the record the splits between the plaintiffs and defendants.

**THE COURT:** Oh, that's great. And this goes to both of the last depositions?

**MS. HANSEN:** The last three, yes, Your Honor.

**THE COURT:** Okay.

**MS. HANSEN:** For the deposition of Dr. Fisher, time for plaintiffs is four minutes and 19 seconds, time for defendants is ten minutes, 24 seconds.

For Dr. Ghaderi, plaintiffs time is two minutes, 12 seconds; for defendants is seven minutes and 17 seconds.

For Dr. Lusty or -- I'm not sure what his title is -- Lusty deposition, plaintiffs 11 minutes, 44 seconds and for defendants, 12 minutes, 20 seconds.

**THE COURT:** Thank you very much.

**MR. PATEL:** Your Honor, as I mentioned, the last video is the longest. And this is a video of

Dr. Sveinbjorn Gizurarson, was the only named inventor of the patents. And he was actually deposed over two days, and so you will see -- the first day was longer and there are more designations from the first day. But you will see the video cut off and the next video start.

Unless Your Honor wants me to come up, we'll just transition to the second video.

**THE COURT:** That's fine.

**MR. PATEL:** Thank you.

**THE COURT:** Thank you.

(Deposition designation of Sveinbjorn Gizurarson plays as follows:

**BY MR. PATEL:**

**Q.** Can you state your full name for the record.

**A.** Sveinbjorn Gizurarson.

**Q.** Okay. So I want to go through kind of the different companies you've worked with during the course of your R&D on midazolam.

Which company did you first start working with?

**A.** Novo Nordisk.

**Q.** And can you give me the general time frame for when you work with Novo on midazolam?

**A.** From 1987 until 1990.

**Q.** So during those four years at Novo, generally, what did you work with in respect -- what did you work on with

respect to midazolam?

**A.** Intranasal formulations.

**Q.** Can you be more specific?

**A.** We were trying to develop a formulation that could deliver midazolam in sufficient amount into the systemic circulation. So we had to carry out a number of animal studies in order to understand the pharmacokinetics and also the difficult part to find a formulation that could solubilize enough midazolam.

**Q.** When you say "a formulation that could solubilize midazolam," do you recall, during your time at Novo, what solvents you worked with for those formulations?

**A.** We explored a large number of solvents, but we ended up using a certain fraction of between 200 -- a very narrow fraction of -- of -- PEG-200 as well as glycofurol.

**Q.** And you'll understand if I refer to polyethylene glycol as "PEG"?

**A.** I do.

**Q.** And you will understand if I refer to methoxy-polyethylene glycol as "mPEG"?

**A.** I do.

**Q.** During your time at Novo, did you work with any of PEG, mPEG, or propylene glycol?

**A.** I worked with PEGs and propylene glycol on -- among

other compounds, but mPEG was not on the list.
**Q.** And then after Novo, after 1990, what was the next company that you were associated with relating to your research on midazolam?
**A.** Lyfjathroun.
**Q.** And how long were you with -- is that Lyfjathroun?
**A.** Yes.
**Q.** How long were you with Lyfjathroun?
**A.** From '91 until 2005.
**Q.** Do you remember who the inventors of these patents were?
**A.** Dr. Bechgaard and Rolf Hjortkjaer -- Hjortkjaer, and myself. I do not think there were others inventors.
**Q.** And you mentioned that you started working with formulations that were the subject of those patents. Can you tell me what those formulations are?
**A.** We were working on -- we used PEG 200 very much, and then we realized that there was variation between -- from one manufacturer to another. That's why we started fractionating or buying single fractions of single chain links of ethylene glycols, like di- or tri-ethylene glycol, or tetra-ethylene glycol, hepta-ethylene glycol. So we bought the single chain links and -- to look at the -- how -- how we could use that in -- in -- formulations. And I actually found the compound called

glycofurol. So that was also part of the -- the work that we were doing on using glycols.

**Q.** So can you give me an example of a formulation that you tried that contained more than one compound besides midazolam and one solvent?

**A.** A mixture of tetra-ethylene glycol and glycol -- and glycofurol.

**Q.** What else? Give me another example.

**A.** A mixture of PEG 200 and glycofurol.

**Q.** During your time with Lyfjathroun in your various capacity from 1991 to 2005, did you also work with propylene glycol?

**A.** That was one of the components that we looked at.

**Q.** And then you mentioned earlier you worked with PEG?

**A.** That's correct.

**Q.** Glycofurol?

**A.** That is correct.

**Q.** Did you work with mPEG during this time, 1991 to 2005?

**A.** No.

**Q.** When did you first come across the idea of using mPEG in the midazolam formulation?

**A.** That was in 2006.

**Q.** Do you remember what time frame in 2006?

**A.** Approximately May.

**Q.** How did you come up with the idea of using mPEG in the midazolam formulation?
**A.** As I shared with you earlier, I had been working with PEG, PEG 200. I worked with fractions of PEG 200. I worked with glycofurol. And I was browsing a list of brochures that I had from different companies that were providing conjugated PEGs, and the -- in one of the brochures, I saw just the chemical formula, and I got really surprised that I had never seen that formula before, and it took all my attention. I became fascinated of just the chemical structure. This was new to me, having worked with PEGs for so long time.
**Q.** And you said you had never seen the chemical formula of mPEG before?
**A.** That was the first time I saw that formula.
**Q.** So have you ever heard of mPEG before May 2006?
**A.** I had never heard of that before.
**Q.** But you had heard -- you had worked with polyethylene glycols for -- at that time for over a decade?
**A.** That is correct.
**Q.** What about the chemical formula of mPEG struck you?
**A.** Seeing the methoxy group at one end of the formula.
**Q.** So I'm asking you what specifically about the chemical formula of mPEG you found fascinating?

**A.** I just answered that.
**Q.** Can you answer it again?
**A.** Yeah. It was the methoxy group.
**Q.** And then can you explain why the methoxy group fascinated you?
**A.** I also answered that before.
**Q.** Can you answer that again?
**A.** If you want to. I had never seen that group on PEG before, and I was just fascinating seeing this methoxy group there. I never -- after exploring so many different types of PEGs, so many different types of excipients, when I saw this structure -- chemical structure, I became fascinated.
**Q.** Did you become fascinated in the context of finding it useful for a midazolam formulation, or just generally?
**A.** For benzodiazepines, including midazolam.
**Q.** And was it for any dosage form of benzodiazepines, or was it specifically for nasal spray?
**A.** For nasal spray.
**Q.** And why you did you think the methoxy group was beneficial for a nasal formulation of benzodiazepines?
**A.** At that time, I had no idea whether it would be beneficial or not.
**Q.** And so I'm focusing in on that you were fascinated by the methoxy group. With your chemical experience,

what chem -- what chemical properties of that methoxy group fascinated you?
**A.** I know that small changes to a chemical structure can change phys- -- chemical parameters quite a lot. And that's why I really wanted to explore is there a possibility that this compound could have some effects that I've been struggling to find since 1987.
**Q.** And can you give me an example of what kind of effects you're referring to right now?
**A.** Solubility.
**Q.** What else?
**A.** Sprayability.
**Q.** What else?
**A.** Viscosity, bioadhesion.
**Q.** Repeat that. Sorry.
**A.** Bio-adhesion.
**Q.** Okay. Anything else?
**A.** I may have been thinking about these parameters, except bioadhesion at that time. I was mainly focusing on the solubility, sprayability, viscosity.
**Q.** And how did you think this methoxy group would be a factor for solubility of midazolam?
**A.** Looking at the structure, with experience using different types of PEGs, with experience of using glycofurol, I was hoping that this methoxy group could

improve the solubility over at least PEG, but that was just my thoughts at that time.

**Q.** When you looked at that chemical formula of mPEG in May 2006, what about the methoxy group led you to believe that the solubility of midazolam may be different in PEG as compared to mPEG?

**A.** Replacing a hydroxy group with a methoxy group, I believed that you would increase, slightly, the lipophilicity -- or potential lipophilicity of methoxy polyethylene glycol, but I -- at that time, I had no idea because I needed to test that before knowing. And this was just a hypothesis at that time.

**Q.** And the difference between a PEG and an mPEG is that, instead of a hydrogen group at one end, you have a CH3, a methyl group; is that correct?

**A.** Yes.

**Q.** Yes?

**A.** Yes, the difference is that you have a hydroxy group for -- and when you have PEG, and a methoxy group, CH3, on mPEG.

**Q.** You mentioned sprayability. What about the chemical formula, and specifically the methoxy group, led you to believe, in May 2006, that the -- that using mPEG may impact the sprayability of the formulation of midazolam?

**A.** As soon as I saw this chemical structure, I started

searching on the Internet for information, and I saw that Dow is -- was making it, and they had some physical chemical properties in their -- in the information they provided. And there I could see that the viscosity was lower.

So at that time, I was hoping that having lower viscosity may solve some of the sprayability problems that we had been struggling with, but I had no idea whether it would do that or not because there are so many parameters that are influencing sprayability. Viscosity is only one of many, but worth trying or testing.

**Q.** And you mentioned in your answer that you came across some information from Dow. Was that online, or was that like a physical brochure?

**A.** I may have had the physical brochure, but I know I got a brochure online.

**Q.** And on the brochure, you noticed that mPEG had a lower viscosity you just you said; is that right?

**A.** That's correct.

**Q.** Lower viscosity as compared to what?

**A.** Compared to PEG 200.

**Q.** And what was your expectation when you saw that mPEG had a lower viscosity than PEG?

**A.** I had no expectations other than I wanted to test this compound.

**Q.** At that time, you had work -- been working with midazolam formulations for two decades; is that correct?
**A.** That is correct.
**Q.** So what was your expectation and what was -- what was your expectation of the properties that could be impacted when you saw that mPEG had lower viscosity than PEG?
**A.** At that time, I saw something that really caught my attention, and I was fascinated with the structure. So I just wanted to get ahold of that compound and try it.
**Q.** Did you believe that the lower viscosity could have an impact on the sprayability properties of a formulation containing mPEG?
**A.** Viscosity is one of many factors that have an influence.
**Q.** And at that time, May of 2006, what was your understanding of how viscosity could impact the sprayability of a formulation?
**A.** I had worked with compounds -- sorry. I had worked with formulations with different viscosities and different surface tension and different other properties, and sometimes I had to modify the device to in order to get a spray that was proper for intranasal delivery.
**Q.** Based on your experience at the time in May 2006, what was your understanding of how viscosity can impact

the sprayability of a midazolam intranasal formulation?

**A.** There's a simple formula for -- that is used called -- called Reynolds number, and the Reynolds number has an important function when you are making a spray. It describes how the fluid flows from the vehicle into the nostril and pulverizes there into a spray pattern.

And viscosity is one of the factors that influences Reynolds number. And I had experienced that, working with viscous fluids, it was often difficult to press them. You could spray them, but -- but I wanted to try -- would this -- would this help. Could I solve some of the struggles that I had been facing for 20 years. Would it be possible to solve it with -- with a lower viscous PEG.

**Q.** So you wanted to see if this lower viscous PEG could --

**A.** I'm sorry, mPEG. I'm talking about mPEG here.

**Q.** So you got mPEG and PEG confused?

**A.** No.

**Q.** So you wanted to see if this lower viscous mPEG could improve the sprayability of a midazolam formulation you had been working with?

**A.** I wanted to know if -- if I may be able to spray using mPEG instead of -- of PEG.

**Q.** But you had an expectation that lower viscosity

could help with the sprayability of a midazolam formulation?

**A.** I knew that all excipients that you add to a formulation would affect the sprayability. And here, I wanted to know how would mPEG affect the sprayability of a formulation.

**Q.** Did you then use mPEG in a midazolam solution?

**A.** I tried mPEG for different benzos.

**Q.** And this was all in 2006?

**A.** That was in 2006, yes.

**Q.** What benzodiazepine did you start with?

**A.** The most difficult ones.

**Q.** Which one?

**A.** Diazepam.

**Q.** So in that formulation, besides diazepam and mPEG, what else was in that formulation you tested?

**A.** I started testing in midazolam -- no -- in mPEG alone.

**Q.** What did you test?

**A.** The solubility.

**Q.** And what did you find or discover?

**A.** It was superior, not only over PEGs, but also glycofurol.

**Q.** And can you describe how you did this solubility study?

**A.** I measured certain amount of compound that I wanted to solubilize, and then I added mPEG to that compound in a certain volume, and I tried to dissolve it. If nothing happens, I continue adding more and more solvent to that compound until it is fully dissolved.

**Q.** When did you first test a solution of midazolam in mPEG as -- a solution containing midazolam in mPEG?

**A.** I don't remember.

**Q.** Was it 2006?

**A.** Yes.

**Q.** Do you remember, when you tested a solution of midazolam in mPEG, were there any other solvents that you used in that solution -- that formulation?

**A.** When I test the solubility, I use mPEG alone. And the reason is that I have information on the solubility of midazolam in PEG 200, in glycofurol, for example, and I could compare my results directly with my previous data.

**Q.** So when you tested the solution -- the solubility of midazolam in mPEG alone, what did you find?

**A.** Superior.

**Q.** Superior as compared to what?

**A.** PEG 200.

**Q.** Did you compare the solubility of midazolam to any other PEG besides PEG 200?

**A.** No, I did not. And the reason is that when I had previously done solubility studies with different type of PEGs, the solubility decreased for most benzodiazepines when I increased the size of the PEG. So going from 200 to 300 to 400, the solubility decreased.

So PEG 200 was the compound that was the best to solubilize at that time, among the PEGs. So I wanted to compare my new found mPEG with the best PEG that I had used before.

**Q.** What other test did you perform on solutions or formulations containing mPEG in 2006, besides solubility?

**A.** Sprayability.

**Q.** So in 2006, you did tests on sprayability of mPEG solutions?

**A.** I did.

**Q.** Can you tell me -- can you describe the test you performed on sprayability?

**A.** We had -- I had a system, which I believe is described -- I think it is in the pharmacopoeia -- where you hold a piece of -- a piece of paper in a certain pos- -- distance from the nos- -- nostril of the spray bottle, and so this paper is on a certain stand. So you have -- all -- all the dimensions are fixed. And then you spray, and then you look at how the spray gets distributed in that distance.

**Q.** And -- and you -- you mentioned pharmacopoeia. Which pharmacopoeia?
**A.** I think I've seen it in U.S., but I'm not -- I don't remember.
**Q.** And so you did this test that you just described in 2006?
**A.** Yeah. This is something that I had done multiple times earlier.
**Q.** But as a -- I'm talk -- I'm talking specifically about the sprayability test that you just described.
You did that using -- you did that in 2006?
**A.** Yes.
**Q.** Do you understand that the subject of this litigation are certain patents for which you are an inventor?
I'm going to show you those patents, but do you understand that, generally?
**A.** Yes.
**Q.** Do you know if this test that you just described is described in those patents?
**A.** I don't remember if I described the -- how the tests were performed. So the answer is "no."
**Q.** Doctor, I've placed an exhibit in front of you marked as Exhibit 3.
**A.** Uh-huh.

**Q.** Do you see on the top it says, "Meeting Discussion Points"?
**A.** Yes.
**Q.** Do you see it's dated November 7, 2005?
**A.** Yes.
**Q.** And feel free to flip through this document.
And my question is: Do you recognize this document?
**A.** I must have seen it, but I -- it doesn't really ring a bell.
**Q.** Letter A, it says, "Viscosity." And it says: "Viscosity. Since it affects sprayability, most PEGs are highly viscous and may require some modifications."
Do you see that?
**A.** I see that.
**Q.** What does that mean to you?
**A.** That means that we need to add excipients to the formulation in order to make it sprayable.
**Q.** And what types of excipients? What properties?
**A.** That depends on the -- there are so many factors influencing sprayability. And you really have to test. But one is viscosity, among others.
**Q.** So, Doctor, what's been marked as Exhibit 6 in front of you is Bates -- starting with Bates stamp 35492.
Do you see that document?
**A.** 354?

**Q.** Ninety-two, on the bottom right.

**A.** Ninety-two, yes.

**Q.** That's been marked as Exhibit 6. Do you see that?

**A.** Yes.

**Q.** Do you see that on the top that's an e-mail from you to Greg Plucinski from University of Iceland email address.

Do you see that?

**A.** Yes.

**Q.** Do you see that first e-mail from you to Greg Plucinski on May 4, 2006?

Do you see that?

**A.** Yes.

**Q.** It says -- you say in the first paragraph that, "It has been so exciting working with this new formulation that I decided to write a patent application."

Do you see that?

**A.** Yes.

**Q.** Did you write this patent application yourself?

**A.** I do.

**Q.** And is this the application that becomes the first Icelandic application on mPEG?

**A.** Yes.

**Q.** And you testified earlier that you came across the chemical formula of mPEG in May of 2006; is that right?

**A.** That is correct.
**Q.** And on May 4th, you had already written to Greg Plucinski, referring to this new formulation; is that correct?
**A.** That is correct.
**Q.** So that means that somewhere between May 1st and May 4th is when you came across the chemical formula of mPEG?
**A.** I came across the formula probably May 1st.
**Q.** Okay. So you remember May 1st being the exact date because that's the date you came back after a year to work on midazolam?
**A.** Yes.
**Q.** And on that day, that very day you found mPEG?
**A.** I was so surprised, yes.
**Q.** And three days later, you wrote to Greg Plucinski telling him about this new formulation?
**A.** That's correct.
**Q.** Four days after, for the very first time discovering mPEG, you were ready to write a patent application on it?
**A.** I remember I was sitting -- it was a long evening, when I realized how this -- how -- how it affected the solubility and things like that, and I told -- if I remember correctly, I told my wife, I'm going to sit here this evening and I'm going to draft up a patent

application.
**Q.** At the time, on May 4th, you yet had not done any solubility experiments on mPEG; is that right?
**A.** I don't remember.
**Q.** I'm asking you. So you had to go review your own patent, where you were one of the inventors, to see if it disclosed a molecule that you said just 30 days prior to this e-mail you had never come across?
**A.** That is correct.
**Q.** And then you conclude -- and you go on -- again, I'm referring to Number 1, your response to Mr. Plucinski you write, "The methoxy group is never mentioned in the three Bechgaard patents." And then you conclude that, because of that, "mPEG is therefore unique and we may file it as a new patent application."
Do you see that? It's the last sentence of Number 1.
**A.** Yes.
**Q.** So your conclusion is just because mPEG is not disclosed in Bechgaard, according to you, it is unique, and you -- you're entitled to a new patent?
**A.** I conclude that it's unique and worth trying to file a patent.
**Q.** And you see that what's been marked as Exhibit 7 in front of you, starting with Bates numbers 35496?

**A.** Yeah.
**Q.** Says "Contract of Employment," do you see that?
**A.** I see that.
**Q.** And that's the contract of employment between you and Lyfjathroun, right?
**A.** Yes.
**Q.** And have you seen this document before?
**A.** I believe this is a part of a larger document.
**Q.** What's been marked as Exhibit 8 is Bates-stamped 35511 on the bottom. Do you see that?
**A.** Yeah.
**Q.** Do you recognize this as an e-mail from your Iceland address to Greg Plucinski?
**A.** That is what it says in the top.
**Q.** And it's dated May -- June 30, 2006?
**A.** That is what it says, yes.
**Q.** But as far as the focus on Bechgaard patents in this e-mail -- and I'm looking specifically at the one you write to Greg Plucinski on May 30, 2006, you're looking at the Bechgaard patents to see what it says on mPEG, correct?
**A.** I am looking at it to see whether -- yeah, with respect to mPEG. But then if you see this from -- from the perspective that the reason we picked Bechgaard's patent is because there PEG 200 was used, that the aim

was to use it to treat epileptic seizures. That's why we -- it was important to know whether that usage would prevent us from using mPEG for the same purpose.

**Q.** What's been marked Exhibit 9 on the top is an e-mail from Greg Plucinski to you on your University of Iceland address.

Do you see that?

**A.** Yes.

**Q.** So I think it's been marked Exhibit 10, with Bates number 34077. Do you see this document?

**A.** Yes.

**Q.** And that's an e-mail -- this is an e-mail from your University of Iceland address to Greg Plucinski, dated July 25, 2006?

**A.** Yes.

**Q.** Is that right?

**A.** I see that.

**Q.** I want to ask you again, besides solubility and sprayability studies, what other experiments do you remember doing in 2006?

**A.** I don't remember.

**Q.** And then you say here -- again, stick with letter A, "Characterizing the mPEG as formulation agent, evaluate its potentials, understanding its mechanisms, and compare it with other PEGs."

Do you see that?

**A.** Yes.

**Q.** You use the word "other." Is it because you consider mPEG a type of PEG as well?

**A.** No.

**Q.** Why did you say "other PEGs"?

**A.** I'm thinking about those PEGs that are used in formulations which are PEG 300 and 400.

**Q.** When you say "other PEGs," other than what?

**A.** This is just the way I pronounce this when I'm translating my thoughts from Icelandic to English. And -- so I'm thinking about these PEGs that are available for -- for -- for use, for example, PEG 300, 400.

**Q.** So you wanted to compare the mechanism -- you wanted to understand the mechanism and compare mPEG to other PEGs?

**A.** Compare mPEG with those PEGs that I was thinking about at that time.

**Q.** Do you recall what study you did to understand bioadhesion?

**A.** We used an equipment called "tensiometer."

**Q.** What did you learn about mPEG in this bioadhesion study?

**A.** It was surprisingly better than PEGs.

**MR. PATEL:** Let's mark that Exhibit 11. It's Bates-stamped 34197.
**Q.** Do you see that on the bottom right?
**A.** One -- yeah, 197, yes.
**Q.** And you understand that this is an e-mail from you dated October 10, 2006 to Greg Plucinski?
**A.** Yes.
**Q.** And you recognize that as your e-mail address for the University of Iceland?
**A.** Yes.
**Q.** Had you shared that draft with anyone?
**A.** Not that I recall.
**Q.** Before you filed that patent application, did anybody give you input?
**A.** No.
**Q.** Doctor, what's been marked as Exhibit 12 has Bates number NAYZILAM_0034107 on the bottom.
Do you see that?
**A.** 107, yeah.
**Q.** And you see that this is an e-mail from your Icelandic e-mail address to Joan Brown?
**A.** Yes.
**Q.** Put in front of you marked as Exhibit 13, it's a document on the bottom right that starts -- on the first page says NAYZILAM_00034125.

Do you see that?
**A.** Yes.
**Q.** What's been marked as Exhibit 14, which is also in front of you, is a document that starts with Bates NAYZILAM_00034127.
Do you see that?
**A.** Yes.
**Q.** So starting with Exhibit 13, is it fair to assume that's Icelandic?
**A.** This is Icelandic, yes.
**Q.** And who are you writing to?
**A.** I'm writing to Agust, the person I mentioned earlier, and he was managing the Hugverkanfnd, which is the intellectual property rights group or whatever you call it in Icelandic.
**Q.** Do you see Exhibit 14 as an attachment to that e-mail or to that document?
**A.** I see Exhibit 14. I don't know if it was attached to this document or not.
**Q.** If you look at the last paragraph of Exhibit 13 on Page 34126, are you saying there that you're attaching the abstract or enclosing the abstract?
**A.** I'm attaching -- it says, "Attached is the abstract of the patent application, including the claims."
**Q.** Okay. And do you see that Exhibit 14 is that

abstract with claims ending at the end?

**A.** Yeah. This is an abstract yes.

**Q.** But all you had done, as far as Example 1 is concerned, was take 10 milligrams, dissolve it in 2 mils of mPEG 350, and then waited for funding to do additional studies?

**A.** Yes.

**Q.** And so as far as Example 2 is concerned, all you did was take 10 milligrams of midazolam, dissolve it in 2 mils of mPEG, and then waited for funding?

**A.** Yes.

**Q.** So you tested the sprayability of PEG 200, 300, PG and mPEG 350 at the time of this document?

**A.** Yes.

**Q.** And that was the sprayability experiment you were referring to earlier today?

**A.** Yes.

**Q.** Where are the results? Why doesn't Example 3 not have the results of this study?

**A.** I don't know. I don't remember.

**Q.** So you suggested that you did it, but you don't disclose the results?

**A.** Not in this document.

**Q.** Example four, did you do it or were you planning to do it?

**A.** This is pharmacodynamic response -- pharmacodynamic study, and that required funding so I could buy animals. So that was -- what was the name you used earlier?

**Q.** Prophetic?

**A.** Prophetic, yeah.

**Q.** When did you end up doing Example 4, if you ever did it?

**A.** I did not do it.

**Q.** Same questions with parts of the Example 1 and 2 where you said you had yet done it. When did you end up doing those studies?

**A.** I never got the funding.

**Q.** So, sitting here today, you've never done it?

**A.** I did not do the animal studies, no. I never got the funding to do that.

**Q.** Example 5. Same questions for example -- two Example 5s. You haven't done those studies? Did you do those studies at the time of this application?

**A.** I formulated testosterone and testosterone is a really -- really tough compound, but it -- to our surprise, it dissolved easily, and it was really good. So I really wanted to do the animal studies afterwards. So I did the formulation, but not the animal studies.

**Q.** And same answer as far as you've never done those animal studies sitting here today?

**A.** Same answer.
**Q.** Going to Example 6 --
**A.** Yes.
**Q.** -- did you prepare the formulation that's described in Example 6: 4 milligrams of midazolam in 100 microliters of mPEG-350?
**A.** I made the formulations, but I did not do the actual studies. Based on my -- the way things have been explained to me when I was writing my first applications at Novo is that they told me put down the --
**Q.** Example 7, had you ever done that study?
**A.** No.
**Q.** Example 8, had you ever done that study?
**A.** I did the formulation. I did not do the animal studies.
**Q.** So all we know from this application so far is that mPEG dissolves -- sorry -- midazolam dissolves in mPEG?
**A.** And we know that it's sprays well.
**Q.** We know that it sprays well because Example 3 tells me that?
**A.** No, because I had tried that before.
**Q.** But me, reading this application, how do I know that mPEG -- midazolam in mPEG sprays well?
**A.** I don't remember how the -- this is a draft from January 3rd. I don't remember how things changed when it

came to filing.

**Q.** What's been marked as Exhibit 15 -- again, the language here is Icelandic; is that right?

**A.** The first page, yes.

**Q.** And its first Bates -- Bates label is Cipla_Mida_043736.

Do you see that on the bottom right?

**A.** Yes.

**Q.** And the date on the top right is January 19, 2007.

Do you see that?

**A.** I see that.

**Q.** Do you recognize this document? You can flip through it if you like.

**A.** Yes.

**Q.** And what is this document?

**A.** The first two pages is the application to the Icelandic patent office. Page 3 is -- what is it called in English? Where they transfer the ownership or -- I'm not sure what you call it -- to the University of Iceland, and -- and that's -- yeah, and from 04-3739, it's the application as filed.

**Q.** If you look at Page 43741, so 741, starting on line 18, do you see the paragraph that starts with "For compositions"?

**A.** Yes.

**Q.** And here you're disclosing that you can use this mPEG for all those different dosage forms?
**A.** That is correct.
**Q.** So I'm asking you: When you say "The methoxypolyethylene glycol of the formula I are considered to be a pharmaceutically acceptable carrier," would you agree that methoxy-polyethylene glycol was known to be a pharmaceutically acceptable carrier at the time of writing of this application?
**A.** As I said, I'm not an expert in -- in patent's text or patenting.
**Q.** But you wrote this?
**A.** Yeah.
Dow had made mPEG, and they made pharmaceutical-grade of 350, which made it pharmaceutical acceptable.
**Q.** So you're saying you may have done this study in Example 3 as well?
**A.** As I said, I don't remember.
**Q.** But this application does not -- to the extent this study was done, this application does not report the results of that study, agreed?
**A.** Yes.
**Q.** Do you consider mPEG to be an active ingredient in Nayzilam?

**A.** No.
**Q.** It's -- it's an excipient?
**A.** I view mPEG as an excipient.
**Q.** Doctor, what's been placed in front of you is marked Exhibit 16, and it's Bates-labeled Nayzilam_00002114.
Do you see that? The first page, bottom right.
**A.** Yes.
**Q.** Do you recognize this document?
**A.** Yes.
**Q.** What do you recognize this document as?
**A.** The patent, US patent, the PCT.
**Q.** At the time of filing of the US application, the first one of January 8, 2000 -- January 18, 2008, had you done any studies on whether a solution containing midazolam in mPEG would be irritating to the mucus membrane?
**A.** Actually, yes.
**Q.** And you did those studies yourself?
**A.** Yes.
**Q.** When did you do those studies?
**A.** I don't remember.
**Q.** But it was between January -- between the filing of the Icelandic application and filing of the first US application?
**A.** I don't remember.

**Q.** But you do know it was before you filed the first US application?
**A.** Yes.
**Q.** Okay. And in preparation for this deposition, did you review any such studies?
**A.** No.
**Q.** Did you look for any such studies?
**A.** No.
**Q.** But you remember you did them?
**A.** Yes.
**Q.** And what were the results of those studies? Well, strike that.
What did you do? What did you do in that study?
**A.** I tested it on myself.
**Q.** You tested it on yourself?
**A.** Yes.
**Q.** Okay. You're going to have to describe in detail for me what you did?
**A.** I made the formulation, and I sprayed it up into my nose.
**Q.** And you -- it did not irritate your nose?
**A.** No.
**Q.** And, then, did you test another solution on yourself as well? There's --
**A.** I have --

**Q.** -- a lot of midazolam.

**A.** I have tested a lot of formulations.

**Q.** On yourself?

**A.** Yeah. I don't want to go into clinical trial with something that can be painful or irritating for -- for patients -- or participants. Sorry.

**Q.** So at the time, you tested -- what exactly did you test? Was it midazolam in mPEG, or was it mPEG by itself?

**A.** It was without active ingredient, without API.

**Q.** What else was in the solution besides mPEG?

**A.** I don't remember.

**Q.** You remember testing it on yourself. You remember mPEG was in it. You remember midazolam was not, but you don't remember what else was in it?

**A.** No.

**Q.** Well, and then based on your years of experience at the time, you sprayed mPEG into your nose. There was no irritation, and so you concluded, based on that, that it causes less irritation than other formulations, at the time, of midazolam?

**A.** Based on my experience, I tested the formulation, and it was less irritating than other formulations that I have tried.

**Q.** And that's referring to the -- on the top, first

sentence is referring to the fact that you can buy mPEGs from Dow Chemical Company; is that right?
**A.** These are examples of trade names for mPEG.
**Q.** Okay. And these are examples of trade names of mPEG that are available to be purchased from Dow Chemical Company; is that right?
**A.** Yes.
**Q.** But my question is: Were the viscosities of mPEG-350, PEG-200 known at the time of filing of the Icelandic application?
**A.** That was known.
**Q.** I'm asking you: Can you give me an example -- based on your experience over 30 years dealing with nasal spray solutions, an example when you lower the viscosity of a solution, keeping everything else constant, and the sprayability does not increase -- or improve?
**A.** For certain devices, if you go from water to ethanol, which has lower viscosity, you definitely don't always see a good -- better sprayability.
**Q.** Example 1 of Column 17. You see here where it says: 10 milligrams of lorazepam is dissolved in 2 mils of mPEG?
**A.** Yes.
**Q.** That's about the only part of this example that was done, right? The rest of it is hypothetical?

**A.** Yes.
**Q.** Similar question for Example 2. You did dissolve midazolam in mPEG, but the rest of the example remains a hypothetical?
**A.** Yes.
**Q.** Example 3 is something we haven't seen before.
So this is an example that looks like it was added after your Icelandic application was filed, correct?
**A.** Yes.
**Q.** In here, the first sentence says: "The results demonstrate that the test formulations, when administered intranasally to the dogs, produced comparable pharmacokinetics to the control formulation."
Do you see that?
**A.** Where are you?
**Q.** The first sentence right below Table 4.
**A.** Okay.
**Q.** Do you see it? Do you see that sentence?
**A.** Yes.
**Q.** So it's not that your conclusion here is that the test formulations are superior or even better than the test formulation, just that they're comparable; is that right?
**A.** That is correct.
**Q.** And just for the record, the -- the control

formulation is in table 3. It contains PEG 400, propylene glycol, and butylated hydroxytoluene; is that right?

**A.** Yes.

**Q.** And each, obviously it also contains 50 milligrams per mL of midazolam base?

**A.** Yes.

**Q.** And you compared that control formulations to formulation of table 1 and table 2, which contain midazolam, mPEG, and other solvents, or other excipients; is that right?

**A.** Yes.

**Q.** And what you reported in your patents is these two test formulations containing mPEG and other excipients are comparable to the control formulation not containing mPEG?

**A.** Yes, that is what I'm saying.

**Q.** So they're manufacturing -- they're making various formulations and then measuring the viscosity of those formulations?

**A.** Yes.

**Q.** Then what information does viscosity give you about these formulations?

**A.** What do you mean?

**Q.** Well, why are they measuring the viscosity? What

information does that give you about mPEG?

**A.** By looking at the inference of mPEG on the viscosity, the final viscosity.

**Q.** And why does viscosity matter for whether mPEG is a suitable excipient or not?

**A.** Because one of the parameters that we are using when we are analyzing sprayability, when we are analyzing droplet size, when we are analyzing deposition inside the nasal cavity, viscosity have an influence on all these parameters. Not only viscosity, but other factors as well, which is why it is good to know the viscosity, and it would be best to know all the other parameters as well.

**Q.** You don't recall who did the viscosity measurements, do you?

**A.** I don't know. I know we have this brooking -- Brookfield instrument in our -- in my lab, but I don't recall who did this analysis.

**Q.** And then Line 15 of Column 20 says: "The spray patterns produced by the two test formulations of tables 5 and 6 were tested using a Proveris SprayVIEW instrument."

Do you see that?

**A.** I see that.

**Q.** Are the results of that spray pattern reported here?

**A.** No.
**Q.** Do you know one way or the other if that experiment was performed before filing of this U.S. application -- filing the first U.S. application as of January 18, 2008?
**A.** I don't remember.
**Q.** Do you know sitting here if anywhere in this patent the sprayability -- the results of the sprayability of midazolam formulations is reported?
**A.** Example 5 has a small indication of sprayability.
**Q.** You mentioned Example 5 when I asked you about sprayability of midazolam formulations, but reviewing Example 5, are you testing midazolam formulations in Example 5?
**A.** No, not midazolam formulations.
**Q.** If you really wanted to know the sprayability of a formulation, wouldn't you want to test the actual formulation with midazolam?
**A.** First, I would like to know the individual parameters, and then I would use that to optimize the formulation, and when I have a formulation that I'm pleased with, then I can go back and repeat the sprayability.
**Q.** But you did not go back and repeat the sprayability before the filing of this application; is that accurate?
**A.** We were still optimizing when this was filed.

**Q.** You were still optimizing the parameters when this was filed?
**A.** Yes.
**Q.** What's marked as Exhibit 17 is Bates stamped NAYZILAM_00035213 at the bottom right.
Do you see this?
**A.** Yes.
**Q.** Do you recognize this document?
**A.** I see this is something I made. I don't recall it specifically.
**Q.** What's now marked as Exhibit 18, a big document. The first Bates number on the bottom right is NAYZILAM_00062556.
Do you see that?
**A.** 62556, yes.
**Q.** Do you recognize this document?
**A.** Nope.
**Q.** It's fair to say you did not review this document in preparation for our deposition?
**A.** I've never seen it before.
**Q.** So what Upsher-Smith found in testing these formulations is that it is not mPEG or the mPEG that is making the key difference in the solubility, it's the amount of water.
Do you agree?

**A.** I don't agree.
**Q.** Why not?
**A.** Because you're turning things upside. You have to look at what is the solubility of mPEG and then how much water can you allow through the formulation before you -- before there's a precipitation. Everyone knows that water has some negative effect on the solubility.
**Q.** Do you see that Upsher-Smith is concluding in that first bullet point that the saturation solubility of midazolam in mPEG 350 and mPEG 400 were comparable?
**A.** Yes.
**Q.** Is that a surprise to you?
**A.** Not really.
**Q.** Doctor, what's been put in front of you as exhibit -- marked as Exhibit 19, Bates-stamped 00037002.
Do you see that?
**A.** I see that, yes.
**Q.** Do you recognize this document?
**A.** I don't recall it. It's a long time ago.
**Q.** You see that's you writing that e-mail from your university -- University of Iceland?
**A.** I see it.
**Q.** You see you are writing at Richard Fisher of Intranasal?
**A.** Yes.

**Q.** And the dates -- top date is November 18, 2007.
Do you see that?
**A.** Yes, November 18th. Yeah, November 18th, yeah.
**Q.** Do you remember meeting with Intranasal?
**A.** I met -- I remember meeting with three people, I believe from Intranasal.
**Q.** One of them was Dr. Fisher?
**A.** Yes.
**Q.** Who else did you meet with?
**A.** I think one of them was -- has the last name Raouf Ghaderi, and I don't remember the third person.
**Q.** And then in this e-mail, Dr. Fisher asks you for a copy of the slides that you must have presented at the meeting.
Do you see that? It starts with "in the meantime."
**A.** Yes.
**Q.** And then on the top e-mail where you write to Dr Fisher, you send him those presentations. You said, "Attached are the two files I showed you."
Do you see that?
**A.** Yes.
**Q.** But you -- based on the e-mail and the context, do you recognize this as a presentation you gave and you sent to Dr. Fisher in November 2007?
**A.** I don't recall that.

**Q.** Even based on the e-mail, you can't conclude that?
**A.** I -- I must have done that, but that doesn't mean I remember it.
**Q.** You see that your name is on the bottom of this -- bottom of this presentation?
**A.** Yes, I see that.
**Q.** On the first page, first slide ending in Bates 004, you say patents owned by -- how do you pronounce that name again?
**A.** Lyfjathroun.
**Q.** "Lyfjathroun may be fully avoided."
What patents are you referring to?
**A.** Patents that I made with Novo Nordisk and Bechgaard.
**Q.** And why were you trying to avoid those patents?
**A.** Because I had left Lyfjathroun, and the -- they owned -- now they were the new owners of these patents. So if we were going to do something together without involving Lyfjathroun, it would be better to avoid the patent coverage that is described in patents owned by Lyfjathroun.
**Q.** And in this slide, you're specifying the amount of PEG you would want to use to avoid those patents; is that correct?
**A.** That's correct.
**Q.** For example, you're saying, "Don't use PEG 200"?

**A.** That is correct.

**Q.** And you see that the concentrations that you state are for PEG 200, PEG 300, and PEG 400.

Do you see that?

**A.** I see that, yes.

**Q.** And you're saying that you can't really use PEG 200, and the concentration of PEG 300 has to be less than 37.7 percent; is that right?

**A.** That is what I write here.

**Q.** And you're saying that the concentration of PEG-400, to avoid the Lyfjathroun patent, has to be less than 72.2 percent; is that right?

**A.** That is what I described here.

**Q.** And you were saying that all three of these compounds belong to the same chemical family; is that right?

**A.** You usually group compounds into families even though they are quite different in behavior and structure, and what I'm describing here is a certain type of family where you have different compounds. Like, mPEG is very different from PEG and much more different from glyconfurol.

**Q.** That's what you see this slide as saying. You see this slide as saying that mPEG is very different than PEG?

**A.** Yes.

**Q.** And I'm not asking you if these compounds are the same. All I'm asking you is: This slide is showing that mPEG and PEG, when you presented to -- to Intranasal, you put them both in the same chemical family.

**A.** I'm showing that there are certain similarities, but they are very different.

**Q.** If you look at the next slide, you say: MPEG is "Soluble in all ratios with water as well as with" many "other solvents."

Do you see that?

**A.** I see that.

**Q.** Is that based on a study that you performed, or was that already known about mPEG?

**A.** The solubility with water was known and was provided in information from that -- that you could get from Dow with many other solvents. Some of them may have been in the information from Dow. Others I may have collected myself by -- by mixing mPEG with other solvents, but I don't remember.

**Q.** You're saying that the basis for that last bullet point isn't just Dow chemicals. It could have been studies you performed about the --

**A.** It could have been, yes.

**Q.** Do you remember doing these studies at the time of

this presentation?
**A.** I don't remember.
**Q.** Okay. So you don't remember one way or the other if you did any such studies?
**A.** I did -- I mixed mPEG with other excipients, and -- and it was -- it -- it mixed together, but I don't remember which excipient I tested and which I did not.
**Q.** The "Technical data" at the top of that page, are you now presenting the technical data for mPEG to Intranasal?
**A.** The focus of this presentation is mPEG.
**Q.** So when you say the "Stability is excellent below" 300 degrees Celsius "in the absence of oxygen," you're talking about mPEG?
**A.** Yes.
**Q.** "like other PEGs," you say?
**A.** I am comparing mPEG stability under these circumstances with PEG-200 and 300 and 400.
**Q.** When you say: "Best stored under nitrogen," are you talking about mPEG again?
**A.** I don't remember. Yeah, probably I'm talking about mPEG versus PEG-2-, 3-, and 4- --
**Q.** So you're -- so you're saying best stored under nitrogen like other PEGs; is that right?
**A.** Yes.

**Q.** Next, you talk about "Stability in water is excellent."
Are you talking about mPEG?
**A.** I'm talking about mPEG.
**Q.** Like other PEGs?
**A.** I'm comparing it with PEG 2-, 3-, and 400.
**Q.** "Chemical reactivity is similar for both PEGs and mPEGs."
Do you see that?
**A.** These are information that I have extracted from Dow's information and copied to this text.
**Q.** Okay. So now you are getting this from Dow? This is not based on experiments you've done? Is that what you're saying with respect to the third bullet point?
**A.** With all these points, these are information from Dow.
**Q.** But you note to Intranasal, on that second bullet point, that mPEG has been used in drugs; is that correct?
**A.** I don't recall that mPEG has been used in drugs.
**Q.** You don't recall it, but that's what you're noting to Intranasal in your PowerPoint presentation; is that correct?
**A.** I don't know why this is there, because I am not -- I don't think mPEG had been used in drugs prior to my application.

**Q.** Okay. So that's an answer to a different question than what I'm asking you.
These slides that you're using to present to Intranasal, you're telling them that mPEG had been used in drugs; is that correct?
**A.** These are bullet points, and I gave a presentation. What was behind this bullet point, I don't remember.
**Q.** You specifically spell out here that mPEG has been used in drugs, specifically "tablet coatings, plasticizer, lubricant & adhesive."
Do you see that?
**A.** No.
**Q.** You don't see that on the second bullet point?
**A.** No.
**Q.** What do you see?
**A.** Because you sneaked in a word that is not there.
**Q.** What's the word that I snuck in?
**A.** "mPEG." I don't see the word "mPEG" in this sentence.
**Q.** Okay. So you're saying that these bullet points are not describing mPEG anymore?
**A.** I told you I don't -- these are bullet points. I don't know what I was -- I don't know what I said when I was presenting this.
**Q.** I see.

**A.** So when you are adding text to bullet points, I don't know how you can do that without knowing what I was really saying at that time.

**Q.** What's the title of these slides?

**A.** The title of this presentation is "mPEG."

**Q.** But you're not sure when -- in this slide that says "Usage," if you are describing usage of mPEGs?

**A.** As I assert with you just before, I don't know what I was referring when I made these bullet points.

**Q.** On the next slide, it says "Comparison," and under the first big bullet point you have "Molecular weight, melting/freezing," and "viscosity."

Do you see that?

**A.** I see that, yes.

**Q.** And is it okay if I say PEG-200, PEG-300, PEG-400, and mPEG-350 are listed here?

**A.** Yes.

**Q.** And you report the viscosity of each one of these substances; is that right?

**A.** That is correct.

**Q.** The next slide says: "Selecting drugs for mPEG."

Would you agree that these three bullet points are referring to mPEG at this point?

**A.** Yes.

**Q.** So first one you're telling, basically, Intranasal:

Go replace all formulations where PEG has been used with mPEG.

Is that right?

**A.** Not really because these are bullet points, and I was giving a presentation, and then I used bullet points, and then I talk about each point.

The bullet may sound or look sharp or -- or dramatic, but you really have to know what is behind each bullet point, and I don't remember what I was talking about exactly when I gave this presentation.

**Q.** The next bullet point says, "PEG, and therefore mPEG, is one of the few compounds that are used and are able to protect proteins, peptides and large molecules from the immune system."

Do you see that?

**A.** That is correct.

**Q.** What do you mean "PEG, and therefore mPEG."

**A.** MPEG had been used to conjugate proteins and peptides.

**Q.** But the fact that you say "PEG, and therefore, mPEG," it seems that you're saying because PEG has those properties it follows that mPEG has those properties; is that right?

**A.** No. There is -- there's a big difference with respect to the immune system how you would use PEG and

mPEG.

**Q.** But you're saying "and therefore mPEG," what did you mean by "and therefore"?

**A.** You are expecting that I was reading from this text, but I did not. When I give presentation, I hate reading what I have already written -- put here. I talk about things. Because if I want people to read, I just give them the presentation, handouts. And then -- so these are bullet points, and I prefer to discuss and have a conversation about things.

**Q.** The last bullet point says, "PEG, and therefore mPEG," are bioadhesive and prolong duration of drugs at the mucosal surface."

Do you see that?

**A.** I see that.

**Q.** In this bullet point you are saying "both PEG and mPEG are bioadhesive," right?

**A.** I'm not saying that they are equally bioadhesive. I am saying that there is a certain bioadhesive effect of PEG, and I would probably have explained in much more detail, the bioadhesive effect of mPEG.

**Q.** In the slides that we just viewed, from the beginning until this slide, are there any statements that you make in the slides that show a difference between mPEG and PEG that matter?

**A.** Yes.
**Q.** Show me.
**A.** Page 37005.
**Q.** Okay. The chemical formula?
**A.** Yes.
**Q.** Okay. What else?
**A.** I gave a presentation with bullet points, and there I prioritized to talk about things. So I must have given -- provided that verbally to compare the difference.
**Q.** On the slides themselves, besides the chemical formula, is there anything else you -- that is displayed on the sides that show a difference between mPEG and PEG that matters?
**A.** That was not the purpose of this presentation.
**Q.** But I'm not asking you about the purpose. I'm asking you, on the slides that you presented, is there anything on the slides, besides a difference in chemical formula, that you present on the slides themselves about the difference between mPEG and PEG that matters?
**A.** I am suggesting that formulations are replaced using mPEG instead of PEG.
**Q.** Where is?
**A.** And there's a purpose for that.
**Q.** What's been marked as Exhibit 22 is Bates-labeled

NAYZILAM_00573876. Do you see those Bates numbers at the bottom of this document, Doctor?
**A.** Yes.
**Q.** And you see here that in preparation for this meeting, ITI is noting that mPEG has been used in four topical marketed products?
**A.** This is interesting. I was not aware.
**Q.** What experiment did you your daughter do?
**A.** We were optimizing some ratios of excipients that we had already suggested in the patent, and we wanted to look at the deposition inside the nasal cavity. So we were measuring the location of the droplets inside the nasal cavity, and the excipient ratios were within the scope of the patent that I had filed in Iceland.
**Q.** So you were experimenting with the amounts of excipients to use?
**A.** That's one way to define it. I look at it as the ratio because I'm looking at the total amount of excipients. It's 100 percent. And when you changes [sic] the ratio, you still have 100 percent, but you vary certain excipients.
**Q.** And these experiments you were doing with midazolam solutions?
**A.** I have to admit, I don't remember if midazolam was in the formulation or if I only used the excipients.

**Q.** Do you recall which excipients you were working with?
**A.** Yeah. I hope so.
**Q.** Can you tell me which excipients they were?
**A.** MPEG, PEG 400, propylene glycol, ethanol, and water.
**Q.** Doctor, do you think in your experience you can make a pharmaceutical composition of midazolam containing only midazolam in mPEG?
**A.** Yes.
**Q.** So you think it's possible to make a commercial product of midazolam nasal spray containing only midazolam and mPEG?
**A.** That is completely different question.
**Q.** Why don't you answer the last question?
**A.** That need to be tested.
**Q.** What's different between my first question and second question that changes your answer?
**A.** To be able to make it commercially, you have to go through Phase I, II, and III, with all required subtests and -- that is required. But to make a formulation, you don't have to think about Phase I, II, and III, when you are starting.
**Q.** What's been marked as Exhibit 23 and placed in front of you, Doctor, starts with Bates label Cipla_Mida_037286 do you see that?

**A.** I see that.
**Q.** Do you recognize this patent?
**A.** I recognize it, yes.
**Q.** Is this a patent that you reviewed before filing of your Icelandic application?
**A.** Yes.
**Q.** Can you look at Example 10 on Column 18?
**A.** Yes.
**Q.** So this example discloses midazolam in a PEG 200 solution; is that right?
**A.** That's correct.
**Q.** Do you remember if, generally, this Bechgaard patent discloses midazolam in a PEG 200 solution?
**A.** It does. It discloses.
**Q.** But did you know at the timing of the Icelandic -- filing of the Icelandic application that Bechgaard 608 patent disclosed midazolam in a PEG 200 solution?
**A.** Yes, I did.
**Q.** So the difference between this example and the Claim 1 we looked at is only that instead of PEG you have mPEG; is that correct?
**A.** That is correct.
**Q.** What's been marked as Exhibit 24 and placed in front of you is Patent No. 5,397,771. At the bottom right, Bates Cipla_Mida_037106. Do you see that?

**A.** Yes.
**Q.** Do you recognize this patent?
**A.** Yes.
**Q.** And the inventors of this patent, Erik Bechgaard, is one of the inventors; is that correct?
**A.** That's correct.
**Q.** You're also one of inventors, correct?
**A.** That is correct.
**Q.** Do you recall seeing this patent before filing of your Icelandic application?
**A.** I knew about this patent before filing my Icelandic application.
**Q.** Doctor, what's been placed in front of you as Exhibit 25. It's Cipla Bates-labeled Cipla_Mida_038926 on the bottom right. Do you see that?
**A.** Yes.
**Q.** What's been placed in front of you, Doctor, is a document marked Exhibit 26. On the bottom right, the Bates -- beginning Bates numbers are Nayzilam_00036078.
**A.** Yes.
**Q.** Do you see this document?
**A.** I see that.
**Q.** Do you recognize this document?
**A.** I don't recall.
**Q.** And you see this is from a Dr. Fisher, whom we spoke

about yesterday?

**A.** Yes.

**Q.** And you see that this is being sent to you at your University of Iceland address?

**A.** Yes.

**Q.** In this e-mail, after referring to two references from Dr. Merkus, you say, "That patent is a tough one," but mPEG is not mentioned. Why do you say "That patent is a tough one"?

**A.** I do not remember.

**Q.** Generally speaking, at the time, were you trying to make formulations that were not covered by patents?

**A.** My goal was to make a usable product. I had really tried since 2000 -- 87, when I started working on the project at NovoNordisk, where the goal was to make benzodiazepine formulation to terminate epileptic seizures. There have been so many attempts to do that. Multiple companies have tried to develop nasal formulations, and somehow all of them have failed. The excipients have not done their job or there have been something else that caused the formulation to fail.

So what I was thinking here when I saw this, I cannot remember, but I believed in the mPEG. And we see that that was the first product that became a rescue nasal spray.

**Q.** A rescue nasal spray?
**A.** Yes. To terminate epileptic seizures.
**Q.** Based on what you are saying here, you're letting Dr. Fisher know that two Merkus references that you state here disclose midazolam with propylene glycol and PEG?
**A.** It looks like that.
**Q.** Doctor, what's been put in front of you is marked as Exhibit 28.
**A.** Yes.
**Q.** And it's Bates-labeled Cipla_Mida_036035.
**A.** Yes.
**Q.** Do you recognize this document?
**A.** Yes, I do.
**Q.** Do you recall having seen this document prior to the filing of your Icelandic application?
**A.** I saw -- I don't know what version I saw from Dow prior to the application -- of my application, but I believe I saw -- I was able to download some brochures from Dow, but I do not remember the version or when that -- when that publication was made.
**Q.** So you remember seeing a version of this document, but you don't know if it was exactly this specific one?
**A.** That is correct.
**Q.** Can you describe, generally, what this document is?
**A.** They are describing products that they are selling

to different industries.
**Q.** And this brochure, generally, what products are they selling?
**A.** Both PEGs and mPEGs.
**Q.** But you agree that based on the first page, the focus of this brochure is polyethylene glycols and methoxy-polyethylene glycols?
**A.** Yes. There are two groups they are highlighting there.
**Q.** Do you recall in the brochure that you came across prior to the filing of your Icelandic application whether that brochure also focused on PEGs and mPEGs?
**A.** The brochure contained both PEGs and mPEGs.
**Q.** How long had you been working with PEGs prior to the filing of your Icelandic application?
**A.** Since -- at least since 1987. I do not remember what I did as a student at the Royal School of Pharmacy in Copenhagen, whether I used PEGs there.
**Q.** Okay.
If you go to Page 4 of this document, on the top, where it says "Introduction."
Do you see that?
**A.** Yes.
**Q.** The first sentence says that "Carbowax and Carbowax, Sentry brand Polyethylene Glycols and Methoxypolyethylene

Glycols were commercialized in 1940 by Union Carbide Corporation."

Do you see that?

**A.** Yeah.

**Q.** So this says that mPEG has been around since 1940s, right?

**A.** Yes.

**Q.** And you had been working with PEGs as of the time of filing your Icelandic application for 20 years, right?

**A.** That is correct.

**Q.** You yourself had never come across mPEG before May 1st of 2006?

**A.** That is correct. I was -- as I said with you yesterday, I was really surprised when I saw mPEG because I had never -- I had never seen that before.

**Q.** In this entire "Solubility" section, do you see Dow making any distinctions between the properties of PEG and mPEG as it concerns solubility?

**A.** They do a clear distinction.

**Q.** And where is that?

**A.** They characterize PEGs separately from mPEG.

**Q.** I'm asking you if this section entitled "Solubility," does Dow make a distinction between the properties of PEGs and the properties of mPEGs as it pertains to solubility?

**A.** They are indicating that PEGs are water soluble and mPEGs are also water soluble.
**Q.** Okay.
Do you see them making a distinction between the properties of mPEGs and PEGs?
**A.** I view this as distinction. They are two different compounds, both of them water soluble.
**Q.** You understand those two -- Dow to be saying here that if you wanted viscosities that are in between the PEGs and mPEGs that are being sold, you can make a blend?
**A.** Yeah, if it is only the viscosity that you are looking at.
**Q.** So at least as it pertains to viscosity, if you want intermediate viscosity, you can make something that's higher viscosity and lower viscosity into proportions to get the viscosity you desire?
**A.** That is correct.
**Q.** And when you testified earlier that you had come across a Dow brochure before filing your Icelandic application, do you remember seeing a figure like the Figure 23 here?
**A.** That was probably in that brochure. I don't really remember exactly how those figures looked like.
**Q.** And in this Figure 23, what is it generally showing you?

**A.** It shows at the top line that you can blend Carbowax PEG from 400 up to 3,350 in different percentage ratios to achieve certain viscosity.

**Q.** You're taking two different substances, two different PEGs with different viscosities, and this graph is showing you, depending on the proportion of each one of those two, you can get intermediate viscosity; is that right?

**A.** Yeah, at the fixed temperature.

**Q.** Doctor, what's been marked as Exhibit 30 and placed in front of you is a document Bates stamped 00034237 on the bottom right.

Do you see that?

**A.** Yes.

**Q.** Do you see that this is an e-mail from Dr. Fisher to you at your University of Iceland address?

**A.** Yes.

**Q.** Do you recognize this e-mail?

**A.** No.

**Q.** Have you seen this e-mail before?

**A.** I must have since it has been addressed to me.

**Q.** In this e-mail, Dr. Fisher is telling you in March of 2007 that they have two package inserts for two approved U.S. topical products.

Do you see that?

**A.** Yes.
**Q.** And he's suggesting to you here that both of these products contain mPEG; is that correct?
**A.** Yes.
**Q.** What I've just handed you is Bates stamped -- well, marked Exhibit 31, Bates stamped Nayzilam_00034244 on the bottom right.
Do you see that?
**A.** I see that.
**Q.** Do you recognize this document?
**A.** I've seen that before.
**Q.** Doctor, what I've put in front of you is marked Exhibit 32. Bottom right, the Bates numbers are Nayzilam_00034042.
Do you see that?
**A.** I see that.
**Q.** Have you seen this e-mail before?
**A.** Yes. It's addressed to me.
Sorry, I am responding to it.
**Q.** Can you tell me why you would be interested in the sprayability of these formulations?
**A.** I would like to see how it sprays, the droplet size and the spray angle and the plume geometry. These are all factors that I love to look into.
**Q.** So then, you're suggesting to Dr. Fisher:

"Independent of the sprayability results, go forward with formulation A"; is that right?
**A.** Yes, I am suggesting that he go forward with formulation A.
**Q.** Doctor, what's been marked as Exhibit 33. It's a document that starts with Bates stamp NAYZILAM_00033997.
**A.** Yes.
**Q.** That's okay. On the top, you see this is an e-mail from Dr. Fisher to you at your Icelandic e-mail address?
**A.** Yes.
**Q.** So you actually remember looking at the inactive ingredient list prior to filing your Icelandic application?
**A.** I'm not sure if I looked at -- I searched it myself. I think I did, but I had the list as a printout.
**Q.** What's been placed in front of you as Exhibit 35. It's Bates labeled NAYZILAM_00034284.
Do you see that?
**A.** I see that, yes.
**Q.** Do you recognize this document?
**A.** I don't recall it.
**Q.** But you do see that this is an e-mail addressed by Dr. Fisher to you at your Icelandic e-mail address?
**A.** I see that.
**Q.** And then, if you look at Exhibit 36, you're welcome

to flip through it, but, generally, do you see that this is a tox report on midazolam?

**A.** I'm not sure this is a tox report on midazolam.

**Q.** But you see this has some results of toxicity in this document, agree? Toxicity studies. For example, if you look at page ending 296, it says, "Summary of toxicology"?

**A.** Yes, I see.

**Q.** So based on this e-mail, as of September 20, 2007, mPEG was used in at least these four products, you agree?

**A.** Yeah. Three of them are cosmetics, and one is a gel for dermal delivery.

**Q.** And at least the study -- this document reports that mPEGs are essentially polyethylene glycols with a terminal methoxy group.

Do you see that?

**A.** The writer of this report is -- is saying that.

**Q.** Do you agree with that statement?

**A.** I agree that a certain structure is the same. And the methoxy group is what makes all the difference.

**Q.** Does it say here that the methoxy group makes all the difference?

**A.** Not in this sentence.

**Q.** Doctor, what's been placed in front of you is marked Exhibit 37. On the bottom right, it says

NAYZILAM_00039455.
Do you see that?
**A.** Yes.
**Q.** Do you see that this is a document titled "A short report on hyperostosis following nasal delivery of midazolam"?
**A.** I see.
**Q.** And you see that this report was written by you?
**A.** This was confidential report for Schwarz Bioscience.
**Q.** A report written by you?
**A.** Yeah. I'm surprised it's in here.
**Q.** And you say here that "The solubility of midazolam is really high in aqueous PEG formulations."
**A.** I do.
**Q.** And you say here that "Using PEG or tetra-glycol as cosolvent, one may easily get clinical doses in hundred microliters."
Do you see that?
**A.** I see that.
**Q.** So you are stating here that it's possible to dissolve midazolam in a cosolvent system of PEG and tetra-glycol and be able to dissolve clinically -- clinical doses in just 100 microliters; is that correct?
**A.** That is correct. And tetra glycol is the same as glycofurol.

**Q.** When you write this sentence that says, "Understanding the technical details of that patent, one may find that there are roads around it."

When you say write that sentence, you are suggesting that we have to design around these patents, correct?

**A.** I am saying -- I am informing that there are a possibility to go around it. I'm not suggesting them to do that.

**Q.** And is, in this case, freedom of operation around the Novo patents?

**A.** Yes.

**Q.** Do you recall which Novo patents these were?

**A.** I do not recall the number.

**Q.** Were you an inventor on the patent?

**A.** Yes, I was an inventor.

**Q.** And one way you wanted to show them or offer them was to say, "I can show you how to design around my own patents"?

**A.** I am giving them an example around my own patent, yes.

**Q.** And do you feel that you're being -- you and Hananja are being fairly compensated for the sale of the Nayzilam product?

**A.** I think we have made many people very rich. And of course, I wish we had got bigger shares in the cake,

higher royalties. But this is the numbers I agreed on at that time when I made the agreement. I have to accept that that is what I agreed on at that time.

(Deposition designation concludes.)

**MR. PATEL:** Your Honor, at this time defendants move to admit DTX-2434, 2439, 2440, 2441, 2422, 2423, 2427, 2424, 2425, 2426, 2507, 2437, 2455, 2456, 2430, 2134, 2120, 2448, 2429, 2419, 2418, 2431, 2432, and 2465.

**MS. HANSEN:** Your Honor, we're going to have to confer on that. That's not in line with the list I have.

**THE COURT:** Okay. It is around lunchtime, so why don't you all confer on that, and we'll figure out what the exact list is and we will get those admitted as appropriate after the lunch break.

It's 1:08 right now, so let's come back here at 2:00 p.m.

**MR. PATEL:** Thank you.

(Whereupon, a recess was taken.)

**THE COURT:** Okay. Please be seated.

All right. We had issues with some exhibits before we took a break.

**MR. PATEL:** Your Honor, we were able to sort

those issues out.

**THE COURT:** Great.

**MR. PATEL:** And so the exhibits I read on the record --

**THE COURT:** Yes.

**MR. PATEL:** -- I don't think I need to read them again, but we move all those exhibits for admission.

**MS. HANSEN:** No objection.

**THE COURT:** Admitted.

(Exhibits DTX-2434, 2439, 2440, 2441, 2422, 2423, 2427, 2424, 2425, 2426, 2507, 2437, 2455, 2456, 2430, 2134, 2120, 2448, 2429, 2419, 2418, 2431, 2432, and 2465 were admitted into evidence.)

**MR. PATEL:** So then Ms. Hansen doesn't have to come up here for this. The last designation we played was split in time. Plaintiffs, 16 minutes and 44 seconds; defendants, one hour 29 minutes and 37 seconds.

**THE COURT:** Okay. We will note that for the record.

**MR. PATEL:** And with that, Your Honor, defendants rest their affirmative case. We will come back on for response to their secondary considerations positions.

**THE COURT:** That's fine.

**MS. HANSEN:** Your Honor, at this time, I would

like to make a motion under Rule 52(c). Will you be willing to hear that?

**THE COURT:** You can say in three or four sentences what the basis of it is, and we'll reserve.

**MS. HANSEN:** Sure. A motion for Rule 52(c) is a motion on partial judgment based on the evidence that has affirmatively come in.

And on that basis, we move for judgment of no lack of enablement. It is not an issue that defendants even raised in their opening. It was only after we highlighted it that they said that they were still maintaining it, but we heard not a word of evidence from Dr. Wermeling with respect to enablement.

And, in fact, the only testimony that they elicited from Dr. Wermeling was establishing that the claims could be practiced with routine experimentation. So for that reason, we move for partial judgment.

We also move for partial judgment on the issue of anticipation. The Wermeling reference does not disclose all of the limitations of the asserted claims. In particular, it does disclose mPEG, and for that reason we also move for no -- or that they -- a finding of no invalidity based on anticipation.

**THE COURT:** All right. Thank you very much.

Counsel?

**MR. PATEL:** Your Honor, our response to enablement is, for lack of enablement, we want to rest on the facts.

Meaning, if Your Honor finds that the prior art that -- what we want to do is, if Your Honor finds that the prior art does not render the claims anticipated are obvious, then we want to be able to argue, then, the specification does not enable the asserted claims.

**THE COURT:** Okay. Well, you have the burden of proof on the issue of enablement; isn't that right?

**MR. PATEL:** That's correct.

**THE COURT:** All right. Well, I will have to think about this some more, but I've got to tell you, I wasn't hearing clear and convincing evidence that the patents were not enabled based on what I have heard so far.

That said, I will reserve on both motions, they're preserved, and you can reraise them at the close of evidence.

**MS. HANSEN:** Thank you, Your Honor.

**MS. KEECH:** Good afternoon, Your Honor. Melissa Keech for the plaintiffs. We will now call Dr. Pavel Klein.

**THE COURT:** You can just come up here to the witness stand.

**THE CLERK:** Please state and spell your name for the record.

**THE WITNESS:** Pavel Klein, P-A-V-E-L, K-L-E-I-N.

**THE CLERK:** Thank you. Please raise your right hand.

PAVEL KLEIN, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**THE CLERK:** Thank you. Please be seated.

DIRECT EXAMINATION

**MR. SABA:** Your Honor, may we approach with binders?

**THE COURT:** Yes, please.

**BY MS. KEECH:**

**Q.** Good afternoon, Dr. Klein. Could you please state your full name for the record?

**A.** Pavel Klein.

**Q.** What is your profession?

**A.** I am a physician and neurologist, and I specialize in the treatment of epilepsy and sleep disorders.

**Q.** Are you board-certified?

**A.** I am.

**Q.** And do you treat patients with epilepsy?

**A.** Yes.
**Q.** How long have you been treating patients with epilepsy?
**A.** Approximately 36 years.
**Q.** And has your work included treatment of patients with acute repetitive seizures?
**A.** It has.
**Q.** How many patients with epilepsy do you currently treat?
**A.** Just under 1500.
**Q.** And what is the age range of the patients that you treat?
**A.** Roughly, from six to the end of life, but most of the patients I treat are adults and adolescents.
**Q.** I'd like to discuss your background in more detail. Have you assisted in preparing slides to aid your testimony today?
**A.** I have.
**MS. KEECH:** If we could pull up PDX-2.
**BY MS. KEECH:**
**Q.** Are these the slides that you prepared?
**A.** They are.
**Q.** Turning to Slide 2, could you tell us about your current practice?
**A.** Yes. I am the director of a practice called the

Mid-Atlantic Epilepsy and Sleep Center, and I have been there since 2003. I also have a position as a clinical professor of neurology at the George Washington University. And I'm also the CEO of a biotech startup called PreVep, which stands for preventing epilepsy.

**Q.** What do you do as the director of the Mid-Atlantic Epilepsy and Sleep Center?

**A.** I see patients. I do administrative work. And I engage in clinical research.

**Q.** So in addition to the three experiences that you highlighted, is there anything else in your current clinical practice?

**A.** I am involved in research that's involved in the development of new treatments for epilepsy and other aspects of epilepsy.

**Q.** Turning to Slide 3, can you tell us about your educational background?

**A.** Yes. I trained in the UK. I did my medical degree at the University of Cambridge. I then did a number of years of residency in the UK, primarily in London. I came to the U.S. in 1986 to do a residency in neurology at the University of Virginia, where I then stayed onto do an epilepsy and EEG fellowship. I then went to private practice for a few years, and then went back to academia to do two fellowships in neuroendocrinology and

in sleep at the Beth Israel Deaconess Medical Center, which is part of the Harvard Medical School in Boston.

**Q.** How does your medical degree from the University of Cambridge compare for a medical degree in the United States?

**A.** It's the same; it just has different initials.

**Q.** Moving to Slide 4, you testified about your current professional experience. Can you summarize your prior professional experience?

**A.** Yes. As I mentioned, I was in private practice for a number of years. I was then, while doing the fellowships at Beth Israel Deaconess Medical Center, also an attending physician there. And then I moved to be an assistant Professor at the Georgetown University Medical Center. I was an attending physician while I was there. I was the director of the epilepsy center, of the EEG and neurophysiology laboratory, and of the neuroendocrinology unit.

And then I left to start the private practice that I am the director of, but then became assistant professor followed by associate professor of neurology and pediatrics at the Children's National Medical Center, which is associated with the George Washington University, and I had an appointment there also.

**Q.** If we move to Slide 5, you mentioned also that you

were involved in clinical research and drug development. Does Slide 5 reflect some of those activities?

**A.** It does.

**Q.** Can you describe the work you've done with CURE, DOD, NIH, and the American Epilepsy Society?

**A.** Yes. It all has to do with epilepsy that happens after traumatic brain injury. So epilepsy affects about 1 percent of the population, and about 20 percent of it happens after an acute injury such as head injury, stroke or infection. And you have a time lapse between the injury and the development of epilepsy which allows you potentially to treat patients to prevent the epilepsy from happening.

I have an interest in that, and the grants that I have had from the Department of Defense, the NIH, and American Epilepsy Society all have to do with that.

**Q.** How are the funds from those grants used?

**A.** They are used to do the work for which the grant has applied. So I will give you an example. The current grant that we have with the Department of Defense is to look at patients who have severe brain injury, head injury, to see whether we can predict who will go on to develop epilepsy after their head injury. Not everybody does.

And we are doing a study to look at proteins in

blood and genes in blood to see whether they could help us predict which patients with head injury will develop epilepsy.

So we have clinical centers -- seven in the U.S., three in Europe -- that recruit patients, they evaluate the patients, they draw blood. The blood is then analyzed by a center that does the protein analysis, another center that does the genetic analysis. That's all put together by a statistical center. And all of that work is being funded by the grant. The money goes to do that work.

**Q.** Can you describe the work that you've done with the pharmaceutical industry?

**A.** Yes. So it's primarily to do with the development of new treatments for epilepsy, but also some other aspects of epilepsy. And it falls broadly into two baskets. Studies that the pharmaceutical industry designs to evaluate a new drug for treatment of epilepsy. And that's the largest part of it. And then in those studies, the pharmaceutical industry has got a drug that they are evaluating for possible treatment of epilepsy.

And all drugs that are brought to life to treat diseases are developed by the pharmaceutical industry. Not all, but the vast majority.

So the industry doesn't have access to patients, so

they come to centers like ours that has the patients and does clinical research, whether those centers be academic or private as ours is, and they collaborate with those centers to do the studies.

So the centers that enroll the patients and do the work that the pharmaceutical industry has written up as a protocol to evaluate the treatment. And for that work, the centers get funded.

The other part of the research is studies that we design ourselves to evaluate a certain aspect of epilepsy or a certain aspect of treatment of epilepsy. We write the -- by "we," I mean our center writes the protocol, and then go to a company to see whether they would be interested in funding it.

**Q.** And you mentioned funding for those studies. How is the funding used?

**A.** In a similar way to the grants. So it's used to fund the work that is done to evaluate the patients: Patients' visits, patients' clinical evaluation, blood drawing, et cetera, et cetera.

**Q.** And finally, can you describe the work that you do with PrevEp?

**A.** Yes, so I am at CEO of the company. So I am sort of the person who tries to keep everything all together. I am also the clinical researcher there who is interested

in the main aspect of the company.

So the company is aiming to develop treatments to prevent epilepsy after these acute events starting with head injury.

And I have clinical research experience in traumatic brain injury, so when we develop those treatments, and they will come to the clinical testing, that will be my -- under my purview.

**Q.** Why do you participate in drug development and research?

**A.** So my professional mission is to help patients with epilepsy. Epilepsy affects about 1 percent of the population, give or take about 3.4 million people in the U.S.

About two-thirds of those patients have their seizures controlled with currently available medications. One-third of them don't. That's about 1 million people.

For those patients, the currently available medications are not effective. And my goal is to try to help those patients, as best as I can, to mitigate the disease, and if we're lucky, try to get the seizures stopped.

One of the options of doing that are the new drugs that are being developed. In the last 30 years, about 20 new drugs have been approved for treatment of epilepsy.

There has been a lot of research, and we're fortunate enough to be able to participate in that research.

And for that patient whose seizures are not controlled and life has been taken over by epilepsy, that is an opportunity to try something that might help.

And just -- we've taken part in a large number of studies over the years, and roughly speaking, in each study, maybe one out of ten patients have a dramatic response to the new medication. So seizures stop or they become dramatically reduced. And it really turns the patient's life around.

I will give you an example. Recently, a new medication has been approved in 2019 that has a higher rate of this dramatic success, 25 to 30 percent give or take. We have taken part in those studies since 2011.

I had a patient who had terrible epilepsy, uncontrolled, surgery didn't help, 15-plus medications didn't help. Her life was in ruins. She went into the study of this new medication back in 2013. She's been free of seizures since then. The medication came to the market in 2020. So she has gained seven years of her life that would otherwise have been lost.

And it's an opportunity for us to try to help patients in a way that we couldn't do without participating in the studies of the new treatments.

**Q.** Rounding out your professional experience --

**MS. KEECH:** Can we turn to Slide 6?

**BY MS. KEECH:**

**Q.** -- what other professional activities have you been involved in relating to epilepsy?

**A.** In academic work, I write papers. I also review other papers. I'm on the editorial board of a journal called Neuropharmacology. I review papers for journals such as Lancet Neurology, JAMA Neurology, Epilepsia, and a number of others.

I, also, am a member of the executive committee of an entity called the Epilepsy Study Consortium, which is a consortium that evaluates large proportion of the designs of studies of new treatments in epilepsy.

**Q.** You mentioned you have publications. About how many publications?

**A.** About 90.

**MS. KEECH:** If we could pull up PTX-1383.

**BY MS. KEECH:**

**Q.** Can you identify this exhibit?

**A.** It's my curriculum vitae.

**Q.** Is it generally accurate and up-to-date?

**A.** Yes.

**MS. KEECH:** Your Honor, we move to admit PTX-1383 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1383 is admitted into evidence.)

**MS. KEECH:** And, Your Honor, at this time, based on his education, training, and experience, plaintiffs offer Dr. Klein as an expert in epilepsy and neurology, including the diagnosis and treatment of acute repetitive seizures.

**MR. PATEL:** No objection.

**THE COURT:** All right. We'll qualify Dr. Klein as an expert.

**BY MS. KEECH:**

**Q.** Going back to your slide deck on Slide 7, can you provide us a summary of the opinions you'll be offering today?

**A.** Yes. I will talk about the clinical background of epilepsy of acute repetitive seizures, and of Nayzilam, and I will opine that objective indicia of non-obviousness of the asserted claims are that there was a long-felt need for a rescue medication for the treatment of acute repetitive seizures, including the particular need for an intranasal medication, that others failed to meet.

I will also opine that Nayzilam significantly addresses the long-felt need and has received industry

praise and recognition.

**Q.** Let's start with your clinical background on epilepsy.

**MS. KEECH:** If we could look at Slide 9.

**BY MS. KEECH:**

**Q.** What is epilepsy?

**A.** Epilepsy is a brain disorder, where a large number of neurons will fire together when they shouldn't, to cause, if you like, a storm or a shortcut of the brain function that results in altered behavior, or altered perception, a seizure.

And epilepsy is a condition with recurrent seizures. So during a seizure, a patient may stop responding, be confused, be unable to speak. They may have something more minor, like shaking of a hand, but they may also have something more major -- what used to be called as "grand mal seizure," where you convulse, you may fall to the ground, foam at the mouth, bite your tongue, lose control of your bowel and bladder, have a generalized seizure.

**Q.** How is epilepsy typically treated?

**A.** With anti-seizure medications.

**Q.** Are anti-seizure medications effective in treating seizures -- or in treating epilepsy?

**A.** They are in approximately two-thirds of patients, as

I mentioned. So about one-third of patients -- again, about 1 million people in the U.S. -- are not adequately treated with currently available treatments.

**Q.** And for patients who aren't adequately treated by the current available treatments, how does uncontrolled epilepsy affect their life?

**A.** It's got a terrible impact on your life. So seizures happen unpredictably, and the patient with epilepsy never knows when it will strike them. So you spend your life in fear of it happening. You never know when it will happen.

And when it happens, you fall to the ground, you convulse, you lose control of your bladder, or you become confused and unresponsive. It's a fear that stays with you all the time.

Patients with epilepsy have increased mortality because of injury, drowning. There is increased rate of psychiatry disease, including depression; increased rate of suicides. You also have, over the years, cognitive impairment, loss of memory in a significant proportion of patients.

I'll sort of walk you through a hypothetical patient. You have a seizure at work, you've got a very responsive employer. No big deal. And then you start having seizures three, four times a month. And after the

seizure for a couple of hours, you're out of it and you may go home. And two, three years later, you're unemployed. You have been let go.

You can't drive with seizures. A friend drives you to shopping. You have a seizure at Giant, and all of a sudden you wake up on the floor in a pool of urine with a group of people around you that you don't know. You stop going shopping.

You have a seizure at Thanksgiving with the family; you start withdrawing from the family. You have a seizure at an evening dinner with friends; you start withdrawing from friends.

You have a seizure at home. Your spouse is very understanding, but over the years, it takes a toll. And it may take a toll on the marriage. The relationship starts creaking.

You have a seizure where you're carrying your two-year-old in your arm. You fall to the ground. You're, then, scared to death of that happening again.

You have a seizure at a park, playing with your seven-year-old. All of the sudden, you change your role from being a parent, guiding your children, to your children minding you.

Your relationships fall apart. You started going down deeper, socioeconomic declining path because you

lost your job, you've lost your income, and you've lost your role in life. You've lost your friends, you lost your family, not necessarily because of them withdrawing, but partly because of them withdrawing and partly because of you withdrawing.

And all of the sudden -- and then you sort of develop depression. Your seizures started at the age of 13. You've had surgery. You suffer from medication side effects. You're sleepy and tired all the time. You may see things double sometimes for an hour or two after you take your medications. And 20 years later, you're now in your 30s, your memory is failing, and all that makes life meaningful has gone.

**Q.** Let's talk about acute repetitive seizures on Slide 10. What are acute repetitive seizures?

**A.** They are seizures that recur within a certain period of time. The definition -- there have been several definitions, and none has been settled on. But the most commonly used one is when seizures recur two or more times within 24 hours.

**Q.** And throughout the course of this trial, we may hear the phrase "seizure clusters" or "ARS."

Is there any distinction between those two types of seizures?

**A.** No. They are synonymous.

**Q.** And you just discussed the effect of uncontrolled epilepsy on a patient's life.

How do acute repetitive seizures affect a patient's life?

**A.** Worse than what I described. So imagine you've got that fear of seizure that I mentioned, and now you've got a situation where you know that sometimes, you may have a second or a third seizure six or 12 or 18 hours after the first one. So if -- you had the first seizure and you're now doubly afraid of the next one.

You've got -- with acute repetitive seizures, you've got increased risk of injury, increased risk of having to go to the hospital, of waking intubated in -- in ICU, of status epilepticus, and of dying. So you're more afraid by factor of several times than you are without the acute repetitive seizures.

**Q.** What is "status epilepticus"?

**A.** It is a condition of continued seizures without interruption of seizure that lasts for five minutes or longer, or of recurring seizures, again, for five minutes or longer, without recovery of consciousness between.

And it's -- it is a condition that carries with it a significant fatality and mortality, as well as morbidity.

**Q.** And does the literature reflect the effects of acute repetitive seizures on patients' lives?

**A.** It does.
**Q.** Let's look at a reference, PTX-1165. What is this exhibit?
**A.** It's an article describing "A systematic review of seizure clusters: Prevalence, risk factors, burden of disease, and treatment patterns," by Dr. Chung and colleagues, published in Epilepsy Research in 2021.
**Q.** Is this a reliable publication you considered for your opinions?
**A.** It is.
**Q.** And if we look at Page 5 under the heading "3.3.2," can you give some examples of how acute repetitive seizures affect patients' lives that are discussed in this article?
**A.** Yes. This is a survey of patients, of caregivers and of clinicians.
And here, in this extract, it gives the results of how they perceive acute repetitive seizures in affecting their lives. And more than half of them said that it made their lives, quote, miserable, unquote. The patients felt exhausted, confused, slow thinking, stressed, depressed, and, as I mentioned, helpless and scared.
And the caregivers reported similar things.
**Q.** And if we look at the next section, the first two

paragraphs under the heading 3.4, what does this article reflect about the economic impact of seizure clusters?

**A.** It describes the negative effect of -- on economic well-being of patients with acute repetitive seizures. You've got increased burden because of hospitalizations and costs associated with that. You also have an increase in negative impact on your employment.

So over about -- just about 70 percent of patients reported that seizure clusters affected their employment adversely, including just under 50 percent of patients who lost their jobs because of seizure clusters.

**Q.** And then if we look at table 1 on this same page, what does this table reflect about seizure clusters impact on patients lives?

**A.** So it compares things like injuries, status epilepticus, and mortality between patients with epilepsy who have seizure clusters in the left-sided column, and those who do not in the right-sided column.

And you can see that you have increased injuries in patients with epilepsy who have acute repetitive seizures. You've got increased risk of status epilepticus in patients with epilepsy who have acute repetitive seizures, and you have increased mortality of those patients compared to patients with epilepsy who do not have seizure clusters.

Adversely, if you look at favorable outcome of epilepsy, namely cessation of seizures, here described as remission, that is lower in patients with acute repetitive seizures than in epilepsy patients who do not have acute repetitive seizures.

**Q.** So how does this article, Chung 2021, relate to your opinion on the effect of seizure clusters?

**A.** It underscores the added burden of disease that seizure clusters have on patients with epilepsy.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1165 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1165 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** So, Dr. Klein, considering the risk with acute repetitive seizures that you've discussed, what are the key considerations for a treatment for acute repetitive seizures?

**A.** You wish to have a treatment that is effective and safe, like for all treatments, but you also wish to have treatment that is easy to administer and convenient.

Maybe, if I may take a step aside. So there's a distinction between treating acute repetitive seizures in hospital setting or ambulance, where you have got

qualified healthcare providers that can administer the treatment, and treatment at home.

And I'm specifically referring to the treatment at home or outside of hospitals.

**Q.** Let's talk about Nayzilam on Slide 11. What is Nayzilam?

**A.** It is intranasally formulated midazolam. And it was the first intranasal product approved for the treatment of acute repetitive seizures.

**Q.** What class of drugs does midazolam belong to?

**A.** Benzodiazepines.

**Q.** And what are benzodiazepines?

**A.** As we have had explained before, benzodiazepines are a group of medications that affect a molecule -- that affect receptors on neurons for a molecule called GABA, which is responsible for the bulk of down-toning the activity of neurons. And in affecting receptors for GABA, benzodiazepines further the down-toning of neuron activity, and, therefore, makes seizures less likely to happen.

**Q.** And you may have mentioned this, but when was Nayzilam approved?

**A.** In 2019.

**Q.** Do you prescribe Nayzilam?

**A.** I do.

**Q.** How has Nayzilam impacted your patients?

**A.** It has had a dramatic impact on patients and their caregivers insofar as it allows a patient to have treatment with them.

You can see from the slide that it is an easily carryable device. We've seen it before. And patients know that, in the early phase of a seizure, they can administer it themselves, or people around them, be it family, friends, teachers at school, et cetera, can administer it to them, including during a seizure, readily.

So it gives patients an added comfort in terms of their fear that I discussed before. It also, by virtue of effectively reducing the risk of further seizures in acute repetitive seizures, makes it less likely for those bad consequences that I mentioned to happen.

Specifically, I have patients who before would go to the emergency room once or twice or three times a year because of the uncontrolled acute repetitive seizures who may now no longer need to do so.

**Q.** I see you have JTX-3005 on this slide.

**MS. KEECH:** If we could pull up that exhibit.

**BY MS. KEECH:**

**Q.** What is this document?

**A.** It is the FDA prescribing label for Nayzilam.

**Q.** When was this prescribing information last updated?
**A.** In February 2021.
**Q.** We look at Page 3 under the heading "indications and usage."
For the record, what is Nayzilam's approved indication?
**A.** It is indicated for the acute treatment of intermittent stereotypic episodes of frequent seizure activity, i.e., seizure clusters, also known as acute repetitive seizures, that are distinct from a patient's usual seizure pattern in patients with epilepsy age 12 and older.
**Q.** Then looking at Page 4 under the heading "Dosage Forms and Strengths," what dosage form and strength does Nayzilam come in?
**A.** It's 5 milligrams of midazolam in 0.1 milliliters solution.
**MS. KEECH:** Your Honor, plaintiffs move to admit JTX-3005.
**MR. PATEL:** No objection.
**THE COURT:** It's admitted.
(Exhibit JTX-3005 is admitted into evidence.)
**BY MS. KEECH:**
**Q.** Now, if we turn to Slide 12, I'd like to start with your opinions on the long-felt but unmet need.

And on Slide, 13, can you define the needs that existed as of January 2007?

**A.** Yes. There was a need for suitable at-home rescue medications for the treatment of acute repetitive seizures, and in particular for an intranasal formulation for the treatment of acute repetitive seizures.

**Q.** I want to start with an overview of your opinions on Slide 14.

When was the need for an at-home treatment for acute repetitive seizures recognized?

**A.** I think it goes back all the way to 1960s.

**Q.** And you mentioned that Nayzilam was approved in 2019. When was the application for the patents-in-suit filed?

**A.** In 2007.

**Q.** Prior to 2007, were there any treatments for -- were there any at-home treatments for acute repetitive seizures?

**A.** Yes.

**Q.** What were those treatment options?

**A.** Rectal gel of diazepam, another benzodiazepine. The brand name was Diastat.

**Q.** When was Diastat approved?

**A.** In 1997.

**Q.** Were there any nonFDA-approved treatment options

that were explored prior to 2007?

**A.** There were.

**Q.** What were those treatment options?

**A.** Oral benzodiazepines, most commonly lorazepam, but also clonazepam, sublingual benzodiazepines, again, lorazepam and clonazepam being the two most commonly used ones. There was buccal midazolam, by using intravenal formulated midazolam applied in the mouth. And then there was intravenously formulated midazolam used intranasally.

**Q.** And we'll discuss those treatment options in more detail, but did any of those treatments satisfy the need for an at-home rescue treatment for acute repetitive seizures?

**A.** No.

**Q.** And did any new treatments for acute repetitive seizures become available between 2007 and Nayzilam's approval in 2019?

**A.** No.

**Q.** I'd like to now walk through this timeline in more detail, starting with the 1960s to the 1980s.

Have you found literature supporting the recognition of acute repetitive seizures and need for treatments during that time period?

**A.** Yes.

**MS. KEECH:** Let's pull up PTX-1148.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** It's a paper describing intravenous diphenylhydantoin -- that's phenytoin -- in treatment of acute repetitive seizures by Dr. Wallis and colleagues, published in Neurology in 1968.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** Yes.

**Q.** And if we turn to the first sentence of this article, what does Wallis 1968 say about treating acute repetitive seizures?

**A.** They say that the main aim of acute seizure control is rapid termination of convulsions with minimal depression of both consciousness and cardiopulmonary function. That would be the heart and respiration.

**Q.** And how does Wallis 1968 relate to your opinions?

**A.** It suggests that people are thinking about the problem, but did not have a solution other than intravenous medications, including phenytoin.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1148 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1148 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at another reference, PTX-1197.

What is this exhibit?

**A.** This is another paper that describes a clinical trial of single dose rectal and oral administration of diazepam for the prevention of serial seizures in adult epileptic patients, by Dr. Milligan and colleagues, published in the Journal of Neurologogy, Neurosurgery, and Psychiatry in 1984.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** It is.

**Q.** And if we turn to the first page, the first paragraph in the left-hand column, what does this article say about treating acute repetitive seizures?

**A.** It says that serial seizures should be controlled as soon as possible to prevent more serious consequences of acute repetitive seizures, or more serious complications, and that ideally this would require an agent, which is both effective and easily administered, without the skills required for parenteral administration. That means intravenous administration.

**Q.** Who has the skills required to administer medication by the parenteral or the intravenous route?

**A.** Healthcare providers, nurses, physicians, midlevels, and ambulance, emergency medical service personnel.

**Q.** Why does Milligan 1984 say that treatments ideally should be administered without the skills required for intravenous administration?

**A.** Because most seizures do not happen in a place where you have healthcare providers around. Most seizures do not happen in hospitals and ambulances. They happen at home, at school, in shopping centers and so on.

And there, you don't have people who can administer the medication intravenously. You have family, you have teachers, you have friends, and they can only administer things that don't need intravenous access.

**Q.** And in 1984, were there any treatments approved for the at-home treatment of acute repetitive seizures by nonmedical personnel?

**A.** There were not.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1197.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1197 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Moving back to your timeline on Slide 15, one of the treatment options you mentioned was oral lorazepam. I'd

like to talk about that on Slide 16.

What is oral lorazepam?

**A.** It is an oral formulated benzodiazepine, lorazepam, formulated as a tablet.

**Q.** How long has oral lorazepam been available?

**A.** Since 1977.

**Q.** Was oral lorazepam a suitable treatment option for patients with acute repetitive seizures?

**A.** For most patients, it was not.

**Q.** Why not?

**A.** For a number of reasons.

So when -- you cannot administer it to patients in the middle of a seizure, who have altered consciousness or who are convulsing, because patients cannot cooperate to take the oral tablet.

Patients often go on from having a seizure to having a state that's described as "postical state" after an event, where they may be asleep or they may continue -- they may be confused, unresponsive, and uncooperative, and therefore, again, cannot take the medication.

And that postical state may last from minutes to hours, sometimes even longer. And so that means that the patient cannot take the medication. If they cannot take the medication, it doesn't help them.

Once they can take the medication, let's say half an

hour or an hour after the seizure, oral medication takes longer to reach the blood and the brain than nonoral medication, intravenous, for instance.

In the case of lorazepam, the time to maximum concentration in blood is about two hours. So you're administering the medication late and you've got a delayed effect. And during that time, the patient may well be having more seizures which you have not been able to protect them against.

And, last, if you do get the patient -- the medication into the patient -- into the patient in the middle of a seizure, they could swallow it the wrong way; namely, instead of it going down the gastrointestinal track, they could inhale it. When you inhale things, you may have a risk of developing pneumonia.

**Q.** And has the literature supported your concerns with oral lorazepam?

**A.** It has.

**MS. KEECH:** Let's pull up Exhibit PTX-1194.

**BY MS. KEECH:**

**Q.** What is PTX-1194?

**A.** It's a paper describing rectal diazepam gel for treatment of acute repetitive seizures by Dr. Kriel and colleagues, published in Pediatric Neurology in 1999.

**Q.** Is this a reliable publication that you reviewed for

your opinions?

**A.** Yes.

**Q.** Looking at the first page in the right-hand column, the sentence starting "Oral diazepam," what does this article say about oral administration of benzodiazepines for the treatment of acute repetitive seizures?

**A.** It says that oral medications such as diazepam or lorazepam, as well as sublingual lorazepam and rectal solutions of diazepam and lorazepam and diazepam suppositories, have been used to treat acute repetitive seizures.

It also goes on to say that oral and sublingual administration is frequently difficult, it may be impossible or hazardous when the patient is in the middle of a seizure or in a postictal state, and that absorption of oral medications of tablets is slower than when the medication is administered rectally.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1194 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1194 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at another reference, DTX-2356. What is this article?

**A.** This is the paper describing bioavailability in pharmacokinetics of lorazepam after intranasal, intravenous and intramuscular administration by Dr. Wermeling and colleagues, published in the Journal of Clinical Pharmacology in 2001.

**Q.** Is this a reliable publication that you considered for your opinions?

**A.** Yes.

**Q.** If we look at the first paragraph of this article in the left-hand column, what does it say about different routes of administration for lorazepam?

**A.** So it says that lorazepam is available both orally and parenterally. And it says that it may be necessary to administer it by intravenous or intramuscular route for rapid onset of action and for assured dose bioavailability.

**Q.** Is rapid onset of action an important aspect of treating acute repetitive seizures?

**A.** It is because the seizures may recur sometimes soon, sometimes late after the first seizure.

Roughly, 12 percent of seizures of the second seizures happen within the first hour after the first seizure.

Roughly, 25, 24 percent to be exact, happen within two hours after the first seizure.

So you need to get the medication in as fast as you can to try to prevent these early recurrences of seizures in patients who may have them. And you don't necessarily know which patient will have the seizure early or will have the second seizure early after the first seizure and which patient will have it later on.

**MS. KEECH:** Your Honor, plaintiffs move to admit DTX-2356 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2356 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Now, we go back to your timeline on Slide 15. The next point you described was Diastat's approval in 1997.

What, if anything, does Diastat's approval reflect about the unmet need?

**A.** So it reflects the fact that there was effort to develop treatment, other than oral and intravenous and intramuscular, but the fact that the best outcome was rectal gel also suggests to me that it was difficult to come up with formulation of a benzodiazepine that could be administered in a socially more acceptable way.

**Q.** And have you reviewed literature reflecting efforts to develop treatments for acute repetitive seizures?

**A.** I have.

**MS. KEECH:** If we could pull up PTX-1359.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** This is a paper of "Perspectives on Seizure Clusters, Gaps in Lexicon, Awareness, and Treatment," by Janice Buelow, published Epilepsy & Behavior in 2016.

**Q.** Is this a reliable publication you reviewed for your opinions?

**A.** Yes.

**Q.** If we turn to the paragraph starting on Page 1 and spanning to Page 2, what is discussed here?

**A.** It talks about interest in potential treatments for seizure clusters, which led to the FDA convening an advisory panel to define these episodes.

**Q.** When did FDA convene this advisory panel?

**A.** In 1996.

**Q.** And how does the fact that FDA convened this advisory panel in 1996 relate to your opinions on unmet need?

**A.** It suggests that the FDA was concerned about lack of treatment options for patients with acute repetitive seizures and convened this advisory in order to both discuss the condition and potential for developing treatment for it.

**MS. KEECH:** Your Honor, Plaintiffs move to

admit PTX-1359 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1359 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's talk now about Diastat on Slide 17. And you've discussed it some already, but what is Diastat?

**A.** It is rectal formulation of diazepam in the form of a gel.

**Q.** Is Diastat safe and effective for treating acute repetitive seizures?

**A.** Yes.

**Q.** So why do you opine that Diastat did not -- or why do you opine that an unmet need still existed after Diastat's approval?

**A.** Because of the limitations in the way it is administered, namely, through the rectum, which makes it very embarrassing and socially unacceptable for all those individuals who are aware of themselves and of their environment, which is the majority of patients with acute repetitive seizures.

**Q.** Do you prescribe Diastat?

**A.** Yes.

**Q.** To which patients do you prescribe Diastat?

**A.** So I mentioned before that I don't treat very small

children.

So I prescribe it primarily to adults and adolescents who are not aware of themselves and their environment. In other words, individuals with epilepsy who also have pronounced intellectual impairment.

**Q.** Let's look at Diastat's route of administration.

Pulling up PTX-1188. What is this exhibit?

**A.** It is instruction manual for administration and disposal of Diastat.

**Q.** And if we turn to the diagram on the second page, what is reflected here?

**A.** It's an illustration of the steps that need to be taken to administer Diastat.

And it shows you, in the first picture, a child who is in pain, in the middle of a seizure indicated by deflection of the right wrist and left elbow.

And then it shows you how you draw up the diazepam gel into a syringe, how you prepare the syringe, and then it shows how you turn the child on their side, you bring down their trousers or skirt to bare their legs and bare their buttocks. You separate the buttocks to obtain access to the rectum. You insert the syringe into the rectum. You plunge the syringe to dispose of the diazepam inside the gel. Then you withdraw the syringe, you close the buttocks together so that the gel does not

leak out. All of that with a patient's behind and legs exposed.

**Q.** What do these prescribing instructions for Diastat reflect about the unmet need?

**A.** They speak for themselves. They show graphically why nobody who is aware of themselves would wish to have this medication administered in public.

**Q.** How soon after Diastat's approval in 1997 were limitations with its route of administration recognized?

**A.** Immediately.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1188 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1188 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** And have you reviewed literature reflecting the concerns regarding Diastat's route?

**A.** I have.

**MS. KEECH:** If we could pull up PTX-1109.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** So this is a report of "Nasal rather than rectal benzodiazepines in the management of acute childhood seizures?"

There's a question mark in the title. And it's by Mary O'Regan and her colleagues, published in Developmental Medicine & Child Neurology in 1996.

**Q.** Is this a reliable publication you reviewed for your opinions?

**A.** Yes.

**Q.** Looking at Page 1, in the left-hand column, the second paragraph, what does this article say about rectal administration of benzodiazepines?

**A.** So it says that benzodiazepines are routinely used by rectal administration for treatment of acute seizures. But it also says that teachers were at that time reluctant to use this method in schools and that older children found the procedure very embarrassing.

And then it also go on to say that they felt if benzodiazepine was absorbed from nasal instillation, this could provide a more acceptable alternative to rectal administration.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1109 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1109 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at another reference, PTX-1366.

What is this exhibit?

**A.** This is another paper, "Midazolam via the Intranasal Route, an Effective Rescue Medication for Severe Epilepsy in Adults with a Learning Disability," by Dr. Scheepers and colleagues, published in "Seizure" in 1998.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** Yes.

**Q.** If we turn to the last paragraph on Page 1, continuing on to Page 2, what does this paragraph say about rectal diazepam?

**A.** It says that fear of rectal diazepam administration has been cited as a reason for truancy; i.e., not taking the medication, among older children with epilepsy, embarrassment after the administration of a rectal drug has been described, and that some caregivers felt that this was a form of sexual abuse, and that it was an unacceptable treatment to administer in a public place.

**Q.** And if we turn to Page 3 in the second and third paragraph under the conclusion, does Scheepers 1999 discuss any alternatives to rectal diazepam?

**A.** Yes. They suggest that evaluation -- initial evaluation of intranasal midazolam seemed to show that it had significant advantages over rectal diazepam, but they also say that further refinement of the drug and the

delivery system where needed to make this a universally accepted treatment.

**Q.** Now, I know we've gone over your timeline, but in 1999, were there any approved intranasal treatments for acute repetitive seizures?

**A.** No.

**MS. KEECH:** Your Honor, Plaintiffs move to admit PTX-1366 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1366 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** If we look at Slide 18. In your timeline, you mentioned the off-label use of the midazolam injection formulation. What is the midazolam injection formulation?

**A.** It's an intravenously formulated form of midazolam.

**Q.** How long has it been available?

**A.** Approved in 1980s.

**Q.** And you mentioned that it had been used off-label for intranasal administration.

Was the intranasal administration of the midazolam IV formulation an approved use?

**A.** It was not.

**Q.** Was intranasal administration of IV midazolam a

satisfactory treatment for acute repetitive seizures?

**A.** It was not.

**Q.** Why not?

**A.** So you'll see on the bottle, as has been pointed out before, that the concentration is 50 milligrams per 10 milliliters or 5-milligram per 1 milliliter.

And as Dr. Wermeling discussed yesterday, the nasal cavity has a volume of about 100 microliters. To administer 100 microliters, you would be administering 0.5 milliliters of midazolam. That is not a therapeutic dose.

So what happened instead is that the whole 5 milliliters were injected. That's too -- or 1 milliliter was injected. That is too large a volume for the nasal cavity to absorb. So some of it leaks out. Some of it is swallowed by the patient.

And that results in unpredictable amount of the medication getting into the patient. So you don't know how much you're administering; therefore, you don't know whether or not it will be effective.

It also results in discomfort because you are administering a large volume of liquid into the nose.

The IV formulation has low pH, as Dr. Wermeling pointed out yesterday. That adds to the discomfort. And similar to what may happen with the oral administration

of lorazepam that I mentioned before, if the patient is in the middle of a seizure and they inhale the excess of the IV formulation, they may develop pneumonia.

**Q.** Now, before this litigation, were you aware of the use of the IV midazolam formulation administered intranasally?

**A.** I was.

**Q.** Had you ever prescribed the intra- -- or the intravenous midazolam formulation to patients for an intranasal administration?

**A.** No.

**Q.** And prior to this litigation, did you know of any other physicians who administered or prescribed the intravenous midazolam formulation for intranasal administration?

**A.** I did not. I may know physicians who prescribed it, but I am not aware of them prescribing it.

**Q.** And does the literature reflect the limitations regarding the use of the IV midazolam formulation administered intranasally?

**A.** Yes.

**MS. KEECH:** Let's pull up PTX-1360.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** This is an article of "Rectal diazepam gel for

treatment of acute repetitive seizures in adults," by Dr. Jim Cereghino and colleagues, published in the Archives of Neurology in 2001.

**Q.** You said it was 2001. When was this article published?

**A.** 2001, I think. Am I wrong?

**Q.** If you want to look towards the bottom of the first page, when was this article published?

**A.** It says 2022, but I think that's not correct.

**Q.** We'll move on.

Is this a reliable publication that you considered for your opinions?

**A.** Yes.

**Q.** And looking at the first page in the right-hand column, what does this say about the intranasal administration of the IV midazolam formulation?

**A.** It says that midazolam, by intramuscular administration, has been used in hospital settings, and that it has also been used intranasally. But it says that midazolam is not formulated for this route, and that the solution may be irritating, and the required dose of several milliliters has not been fully explored for the potential for aspiration.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1360 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1360 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at DTX-2251. What is this exhibit?

**A.** This is a paper of "Pharmacokinetics and pharmacodynamics of a new intranasal midazolam formulation in healthy volunteers," published by Dr. Wermeling and colleagues, in Anesthesia and Analgesia in the year 2006.

**Q.** Is this a reliable publication you considered for your opinions?

**A.** Yes.

**Q.** If we look at the first page in the left-hand column, at the end of the first paragraph, what did Dr. Wermeling and his colleagues say in this article about the use of the midazolam injection solution?

**A.** They say that most studies have used a dilute aqueous midazolam injection solution, and that this was not suitable for nasal administration because of low pH and suboptimal concentration which could cause a runoff.

**Q.** And how do these two articles that we've looked at, Wermeling 2006 and Cereghino 2002, relate to your opinions?

**A.** They support my opinion that the intravenously

formulated intranasal application of midazolam was not good treatment for acute repetitive seizures.

**Q.** Let's move forward in your timeline on Slide 19.

Now, we've discussed the treatment options that were available prior to 2007. To summarize, why, in your opinion, did a long-felt but unmet need exist at that time?

**A.** Because there still was not any treatment for acute repetitive seizures that was approved, could be used outside of the hospital setting, other than the rectal Diastat.

**Q.** Did the industry recognize the need for a treatment for acute repetitive seizures in and around 2007?

**A.** Yes.

**MS. KEECH:** Let's pull up PTX-1361.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** This is a paper of "Pharmacologic considerations in the treatment of repetitive or prolonged seizures" by Jim Cloyd in Journal of Child Neurology, published in 2007.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** Yes.

**Q.** If we turn to the conclusions on Page 6, it's the

sentence that continues on to Page 7. What does this article say about the need in 2007?

**A.** It says that intranasal administration of benzodiazepines could offer a convenient alternative for extra hospital treatment, but that improved formulations and better evidence from controlled clinical trials were needed before this form of therapy could be recommended.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1361.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1361 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at PTX-1121. What is this exhibit?

**A.** It's a paper of "Bioavailability and tolerability of intranasal diazepam in healthy adult volunteers," by Dr. Ivaturi and colleagues, published in Epilepsy Research in 2009.

**Q.** And is this a reliable publication you reviewed for your opinions?

**A.** It is.

**Q.** If we look at Page 2 in the third paragraph, what does this article say about the need in 2007?

**A.** It says that availability of a fast-acting intranasal treatment that could be easily administered by

the patient, or by a caregiver, could greatly improve the management of out-of-hospital seizure emergencies.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1121 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1121 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** And how do these two articles, Ivaturi 2009 and Cloyd 2007, relate to your opinion on unmet need?

**A.** They recognize that there was a need to develop intranasal formulation of a benzodiazepine for intranasal treatment of seizure emergencies outside of hospitals.

**Q.** Now, we've looked at a number of literature references. I'd like to turn to other industry participants.

Have you reviewed any documents reflecting FDA's views?

**A.** Yes.

**MS. KEECH:** Let's pull up PTX-1372.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** It's a clinical review by Center for Drug Evaluation and Research. In other words, the FDA.

**Q.** If we look at the heading on Page 2, what was the

product that was the subject of this clinical review?

**A.** Nayzilam.

**Q.** And also on this page, when was this review completed?

**A.** On February 20, 2019.

**Q.** And if we turn to Page 20, under the heading "Summary of Pre-submissions Submission Regulatory Activity," what happened in 2008?

**A.** The FDA granted a fast-track designation for Nayzilam's evaluation.

**Q.** What is "fast-track designation"?

**A.** It's a designation that the FDA has to allow more rapid development and regulatory approval process for drugs or treatments that are aimed at serious conditions for which there is a significant clinical unmet need.

**Q.** So what is the significance of FDA granting Nayzilam fast-track designation in 2008?

**A.** It indicates that the FDA recognized that there was an unmet need for treatment of acute repetitive seizures.

**Q.** Now, let's look at their opinions in 2019, staying in this document, turning to Page 13. And in the table in the first row under "Conclusions and Reasons," what did FDA say in 2019?

**A.** They said that there was an unmet need for the treatment of seizure clusters and other episodic

recurrent bouts of increased seizures, and that if treated promptly, there would be significant reduction in use of emergency medical services, resources, and reduction in the risk of more severe complications such as progression to status epilepticus.

**Q.** And if we look in the next row, also under "Conclusions and Reasons," what did FDA say about the other treatment options available at that time?

**A.** It said that the only approved treatment alternative at that time was rectal diazepam, which was not practical for patients over a certain age because of the size of the patients, because of difficulty with administration, or because of social stigma, and that these problems often resulted in poor compliance with rescue treatment plans, and that off-label use of benzodiazepines was prescribed, but the use of parenteral medications intranasally or buccally could lead to dosing errors.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1372 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1372 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** In addition to FDA and the literature references, have you reviewed any documents from Cipla?

**A.** I have.

**MS. KEECH:** Could we pull up PTX-1369.

**BY MS. KEECH:**

**Q.** What is this document?

**A.** It is a patent application.

**Q.** What is the application number?

**A.** 201821047778.

**Q.** And when was this application filed?

**A.** On the 18th of December of 2018.

**Q.** We turn to Page 9. Who filed this patent application?

**A.** Cipla.

**Q.** And what is the subject matter of this patent application?

**A.** Intranasal formulation of midazolam.

**Q.** If you turn to Page 14, at the beginning of the top paragraph, what did Cipla say about intranasal administration of the commercially available midazolam injection solution?

**A.** Cipla says that it was "clear that the use of commercially available midazolam injection solutions for intranasal administration was inefficient and unpleasant for the patients due to the large volumes that needed to be applied." And that this "could lead to reduced nasal bioavailability and ineffective plasma peak

concentrations of midazolam, and, therefore, to an insufficient therapeutic efficacy." And they go on to say that "For efficient and comfortable nasal drug delivery, volumes of about 200 microliters, so 100 microliters per each nostril, were normally the maximum that should be administered to a patient."

**Q.** And what does Cipla conclude in the next sentence?

**A.** They say that because of that, "there was an urgent need for the availability of nasal formulations with highly increased midazolam concentrations compared with the midazolam injection solutions."

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1369?

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1183 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** If we pull up Slide 20. You can also turn to PTX-1183 in your binder.

What is Exhibit PTX-1183 shown on this slide?

**A.** It's from Cipla's website.

**Q.** And what is discussed in this exhibit?

**A.** A study called Artemis-1, which was a study of midazolam nasal spray for out-patient treatment of seizure clusters.

**Q.** What particular midazolam nasal spray was studied in the Artemis-1 study?
**A.** Nayzilam.
**Q.** So when this document refers to midazolam nasal spray, what product is it referring to?
**A.** Nayzilam.
**Q.** And looking at the excerpt from Page 5 on this slide, what does Cipla describe as the background for this study of Nayzilam?
**A.** They say that management of acute seizures remained a problem without a solution.
**Q.** And if you could turn to PTX-1183 in your binder and confirm that's the same exhibit that is on this slide?
**A.** Yes.
**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1183 into evidence.
**MR. PATEL:** No objection.
**THE COURT:** It's admitted.
(Exhibit PTX-1183 is admitted into evidence.)
**BY MS. KEECH:**
**Q.** So how do these two documents from Cipla relate to your opinion on the unmet need?
**A.** They confirm that there was an unmet need for intranasal midazolam formulation for treatment of acute repetitive seizures.

**Q.** We discussed the products that existed prior to Nayzilam's approval in 2019. Have you reviewed literature discussing the prevalence of the use of those treatment options?

**A.** I have.

**MS. KEECH:** If we could pull up PTX-1182.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** This is a paper describing "Prevalence and risk factors for seizure clusters in adult patients with epilepsy," by Dr. Chen and colleagues, published in Epilepsy Research in 2017.

**Q.** Is this a reliable publication that you considered for your opinions?

**A.** Yes.

**Q.** Looking at Page 2 under the heading "benzodiazepine use," according to this study, how many patients with seizure clusters were prescribed a rescue medication?

**A.** So this is a study between Yale and Columbia University of roughly 4,100 patients. And they reviewed charts between 2005 and 2015. And they found that, of the patients who had seizure clusters, roughly 44 percent were prescribed at least one benzodiazepine rescue medication.

**Q.** What percent of those patients were prescribed

rectal diazepam?

**A.** About 8 percent.

**Q.** And what percent were prescribed intranasal midazolam?

**A.** About 7 percent.

**Q.** And what percent were prescribed oral lorazepam?

**A.** About 29 percent.

**Q.** How does this article relate to whether the treatment options prior to Nayzilam satisfied the long-felt need?

**A.** It suggests that they did not, because the condition was markedly undertreated.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1182 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1182 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Turning back to your slide deck on Slide 21, and we discussed your opinions on long-felt but unmet need. I'd like to turn to your opinions that others failed to meet that need.

Have you reviewed literature reflecting efforts to develop treatments for acute repetitive seizures?

**A.** I have.

**Q.** Turn to Slide 22. What is shown on this slide?

**A.** This is a table that summarizes some of those developments. And it shows six developments: One of intranasal midazolam by Dr. Merkus and Schwarz Pharma; another one of intranasal clonazepam by Jazz Pharmaceuticals; another of intranasal diazepam by Acorda Therapeutics; yet another of intranasal midazolam by Dr. Wermeling; another one of intranasal lorazepam by ITI; and one of intranasal diazepam, again, by Archimedes.

**Q.** Let's start with the Merkus Schwarz Pharma intranasal midazolam formulation. Looking at PTX-1370 which is shown on Slide 24, what is this exhibit?

**A.** This is an internal document by Schwarz Pharma of toxicology describing local tolerance studies in dogs using midazolam nasal spray, which is labeled SPM960, otherwise also known as the Merkus formulation.

**Q.** When is this presentation dated?

**A.** It is dated in the 22nd of August 2006.

**Q.** Looking at the excerpts on the right-hand side of the slide, what does this exhibit say are the findings from the local tolerance studies?

**A.** So it describes the findings of the effect of that particular intranasal formulation, the Merkus formulation, on bones in studies of dogs. And the

effects were to cause inflammation of the bone, ulceration of the bone, necrosis or death of the bone, resulting in reformatting of the bone, hyperostosis, and buildup of new bone.

**Q.** What did Schwarz Pharma conclude from those study findings?

**A.** That these findings were not -- had not been seen before, and that they were unusual and severe.

**Q.** If you could turn to PTX-1370 in your binder and confirm it's the same document shown on Slide 24.

**A.** It is.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1370.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1370 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Move to Slide 25. What exhibit what is PTX-1264 shown on this slide?

**A.** It's another internal document by Schwarz Pharma, which is a project overview of the midazolam nasal spray.

**Q.** And what is discussed in this PowerPoint?

**A.** The time course of the project.

**Q.** And what is reflected in the time course of the project?

**A.** That in August of 2006, Schwarz terminated the project, and that in September of 2006, Schwarz terminated the license agreement with Dr. Merkus.

**Q.** Why didn't the Merkus 2006 intranasal Midazolam formulation satisfy the need?

**A.** Because it was not developed further in patients with epilepsy. And, therefore, was not available to them.

**Q.** If you could turn to PTX-1264 in your binder and confirm it's the same exhibit on Slide 25.

**A.** Sorry. I'm jumping around the numbers.

It is.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1264 into evidence?

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1264 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's move to the second formulation you discussed. What was that formulation?

**MS. KEECH:** If we could move to Slide 26.

**THE WITNESS:** This is intranasal clonazepam formulation developed by Jazz Pharmaceuticals.

**BY MS. KEECH:**

**Q.** And if we look at the next slide, what is PTX-1026

shown on this slide.

**A.** It's a web page from a site called Clinical Trials.GOV, which is a site where all human treatment studies are listed.

**Q.** And what product is the subject of this post on Clinical Trials.GOV?

**A.** Intranasal clonazepam. And it's a report of the intranasal clonazepam in adult subjects with epileptic seizure by Jazz Pharmaceuticals.

**Q.** Next to pre-assignment details, what does this posting reflect about the clinical study of Jazz's formulation?

**A.** So it says that, based on the pharmacokinetic preliminary data, the study was terminated early before it could enroll the predesigned number of subjects.

**Q.** What conclusions can you draw from the fact that the study was terminated based on preliminary PK data?

**A.** That something in the pharmacokinetics of those four subjects that were evaluated made it such that those pharmacokinetics were not likely to meet the therapeutic needs of patients with epilepsy.

**Q.** And if you could turn to PTX-1026 in your outline and confirm it's the same document shown on the slide.

**A.** Yes.

**MS. KEECH:** Your Honor, plaintiffs move to

admit PTX-1026 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1026 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Turning to Slide 28, what is the third formulation you discussed?

**A.** It is intranasal diazepam, which is developed by Acorda Therapeutics.

**Q.** If we look at the next slide, what is PTX-1020 shown on this slide?

**A.** It's an announcement by Acorda, public announcement, which says that Acorda was going to discontinue development of Plumiaz, that's intranasal diazepam, for treatment of epilepsy seizure clusters.

**Q.** Was Plumiaz ever tested in patients with epilepsy?

**A.** Yes.

**Q.** And what does this press release say about the results of those studies?

**A.** It says that the study demonstrated unexpectedly lower nasal mucosa absorption of Plumiaz in patients with epilepsy compared with healthy volunteers. And in the development of the drug, the FDA required that Plumiaz shows bioequivalence with rectal Diastat, which had been shown to be effective.

In healthy volunteers, the pharmacokinetics did indeed show bioequivalence with Diastat, but in patients with epilepsy, that was not the case. And that is why the development was discontinued.

**Q.** So why is the Plumiaz intranasal diazepam formulation a failed effort to satisfy the need?

**A.** Because it was not further developed. It was not approved by the FDA. And it is not available to patients with epilepsy.

**Q.** If you could turn to PTX-1020 in your binder and confirm it is the same exhibit on Slide 29.

**A.** Yes.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1020.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1020 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Turn to the fourth formulation you have listed. Dr. Wermeling's intranasal midazolam formulation.

If we turn to Slide 31, what is DTX-2252 shown on this slide?

**A.** It is a paper of "Pharmacokinetics and pharmacodynamic study, in healthy volunteers, of a rapidly absorbed intranasal midazolam formulation," by

Dr. Wermeling and colleagues, published in Epilepsy Research in 2009.

**Q.** Are you aware of any other development of Dr. Wermeling's formulation that occurred after 2009?

**A.** I am not.

**Q.** And we may hear, and we have heard some about Dr. Wermeling's formulation. We may hear that -- from Cipla's experts that the formulation satisfied the long-felt but unmet need.

Do you agree?

**A.** I do not.

**Q.** Why not?

**A.** Because this is a study in healthy volunteers of pharmacokinetics, and as has been pointed out before, there is a necessary clinical development of a potential new drug.

And just as a brief aside, it goes in three phases. Phase I, you have a drug that's administered initially to healthy volunteers to determine how the body handles it, pharmacokinetics, and the dose range, and whether there are any initial side effects, usually with either single dose followed by repeated doses followed, say, one week.

If the medication passes that, it is then taken to patients with the condition, epilepsy in this case, small number of patients to, again, determine a range of doses

that could be evaluated and whether the medication is tolerated.

If it passes that, it goes to stage two, which, again, is divided into two phases. Phase II B is in patients with epilepsy, a small number of patients, looking, again, at safety, maybe a signal of efficacy by primary safety. And then Phase II B is a large number of patients looking at both safety and efficacy.

And if that is passed, then you go to the pivotal Phase III studies, which are large studies evaluating both safety and efficacy.

So large development, the end goal of which is to show that the drug is safe and effective in the patients with the disease. The FDA then evaluates it. If it approves it, the drug become available to patients.

In the Wermeling formulation, the drug never reached a stage past healthy volunteers where it was administered as a single dose. So there's no way how it could be available to patients. And if it's not available to patients, it has failed.

**Q.** Can you flip to DTX-2252 in your binder and confirm it's the same exhibit shown on Slide 31.

**A.** Yes.

**MS. KEECH:** Your Honor, plaintiffs move to admit DTX-2252.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2252 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at the fifth formulation. Which was that formulation?

**A.** It's an intranasal lorazepam formulation developed by Intranasal Therapeutics Incorporated.

**Q.** Looking at the next slide, what is PTX-1062 shown on this slide?

**A.** It's a public display of ADIS insight of lorazepam intranasal by Intranasal Therapeutics.

**Q.** And what does this document reflect is the status of ITI's intranasal lorazepam in 2007?

**A.** That lorazepam was still in Phase I trials for both anxiety disorders and seizures in the U.S.

**Q.** And what does it reflect as the development status for ITI's formulation in 2009?

**A.** That it was discontinued in Phase I for both seizures and anxiety disorders in the U.S.

**Q.** Why didn't the ITI intranasal lorazepam formulation satisfy the need?

**A.** Again, it was not developed further beyond Phase I, therefore, was not available to patients and, therefore, didn't satisfy the need.

**Q.** If you could turn to PTX-1062 in your binder and confirm it's the same exhibit on this slide.

**A.** It is.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1062 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1062 is admitted into evidence.).

**BY MS. KEECH:**

**Q.** Let's turn to the last formulation, Archimedes Intranasal Diazepam.

**MS. KEECH:** And if we can turn to the next slide.

**BY MS. KEECH:**

**Q.** What is PTX-1058 shown on this slide?

**A.** So it's an internal spreadsheet, Excel spreadsheet from UCB Pharma showing a report by Citeline in 2020 relating to Archimedes Pharma.

**Q.** And if you look in the column titled "Summary," what does this reflect about the development of Archimedes intranasal diazepam formulation?

**A.** So it says that Archimedes was developing an intranasal formulation of diazepam for the treatment of bouts of increased seizure activity in refractory epilepsy patients.

**Q.** And then if you look at the very last column on the right under "Development Status," what does this Citeline report reflect for the Archimedes intranasal diazepam?
**A.** It says that the development has ceased.
**Q.** Why didn't the Archimedes intranasal diazepam formulation satisfy the need?
**A.** Again, it was not developed through the clinical development and, therefore, was not available to patients and, therefore, did not satisfy the need.
**Q.** And if you could turn to PTX-1058 in your binder, which is -- can you confirm that that's an excerpt of PTX-1058 shown on this slide?
**A.** Yes.
**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1058 into evidence.
**MR. PATEL:** No objection.
**THE COURT:** It's admitted.
(Exhibit PTX-1058 is admitted into evidence.)
**BY MS. KEECH:**
**Q.** Now let's go back to your full chart. For the last three formulations, Dr. Wermeling's intranasal midazolam, ITI's intranasal lorazepam, and Archimedes' intranasal diazepam, have you reviewed literature explaining why these formulations were discontinued?
**A.** Yes. There is no literature that I'm aware of.

**Q.** Does the absence of that literature surprise you?
**A.** No. Because, generally speaking, pharmaceutical companies don't report negative results.
**Q.** And what does the fact that these three formulations were brought to clinical studies but ultimately discontinued reflect to you about whether they were suitable treatments for acute repetitive seizures?
**A.** That they were not suitable treatments for acute repetitive seizures because they were not available to patients.
**Q.** And do you understand that Cipla's experts have pointed to the pharmacokinetic data for Wermeling formulation, and they point to it for others and opine that those formulations could treat patients?
**A.** I am.
**Q.** Do you agree with that opinion?
**A.** I do not.
**Q.** Why not?
**A.** Because, as I mentioned before, there's a world of difference between pharmacokinetic study in healthy volunteers giving one dose of a medication and documentation of that medication being safe and effective in patients with a disease.
And you cannot imply that pharmacokinetics, which might meet the need of blood levels of the medication,

either predict safety or efficacy or can be used to demonstrate safety and efficacy in order to use the medication in patients. You just cannot do that.

**Q.** And I'd like to return your attention to the first formulation we discussed, the Merkus Schwarz Pharma intranasal midazolam formulation.

You've reviewed reports from Cipla's experts regarding Dr. Merkus' EMA approval for a different intranasal midazolam product in 2022; is that right?

**A.** Yes.

**Q.** And does the approval of that different product in 2022 change your opinion as to whether Dr. Merkus and Schwarz Pharma failed in 2007?

**A.** No.

**Q.** Why not?

**A.** Because in 2007, the only formulation that was available, the only Merkus formulation that was available was the one that was toxic in dogs with that severe toxicity that we discussed earlier.

The other formulation that was subsequently approved was not available at that time.

**Q.** I'd like to talk about one more formulation that we heard a little bit about yesterday, the Knoester intranasal midazolam formulation.

We may hear from Cipla's experts that that

formulation satisfied the need. Do you agree?

**A.** I do not.

**Q.** Are you aware of reports that the Knoester intranasal midazolam formulation has been magisterially prepared in the Netherlands?

**A.** I am.

**Q.** What does it mean to be magisterially prepared?

**A.** It means being compounded by pharmacies.

**Q.** Does that mean that it's approved for use in the Netherlands?

**A.** It does not.

**Q.** Has that formulation been approved for use in the United States?

**A.** It has not.

**Q.** And does the Knoester formulation or did the Knoester formulation satisfy the long-felt need?

**A.** No.

**Q.** Why not?

**A.** Because it is not available to patients, other than in Netherlands, by compounding pharmacies.

**Q.** Now, we've gone through various efforts to develop intranasal benzodiazepine formulations that you opine have failed.

Do you have an opinion as to why there were so many efforts to develop those products that were not

successful?

**A.** Yes.

**Q.** What is your opinion?

**A.** They were being developed because the companies felt that there was a need for intranasal treatment.

**Q.** Do you have an opinion as to why those efforts were not successful?

**A.** Yes.

**Q.** What is that opinion?

**A.** That it was difficult to find the solution to the problem, and the problem was to get a high enough concentration of a benzodiazepine to fit into 0.1-milliliter that the nose can accept.

**Q.** And have you reviewed literature supporting those challenges?

**A.** I have.

**MS. KEECH:** Let's pull up PTX-1362.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** It is a paper "Overcoming the Challenges of Developing an Intranasal Diazepam Rescue Therapy for the Treatment of Seizure Clusters," by Jim Cloyd and colleagues, published in "Epilepsia" in 2021.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** Yes.

**Q.** If we look at Page 3, in the left-hand column, the second paragraph, what does this article say about developing intranasal benzodiazepines?

**A.** It says that because of the challenges of developing such formulations, more than two decades lapsed before two intranasal products for the acute treatment of seizure clusters were approved.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1362 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1362 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Let's look at another article, PTX-1074.

What is this exhibit?

**A.** This is a paper on "Rescue Therapies for Seizure Emergencies Current and Future Landscape," published by Dr. Samanta in "Neurological Sciences" in 2021.

**Q.** Is this a reliable publication that you reviewed for your opinions?

**A.** Yes.

**Q.** Let's turn to Page 5, in the right-hand column under the heading "Intranasal Midazolam."

What does this article say about developing

intranasal treatments?

**A.** So it says that the intranasal route was considered an attractive alternative to other benzodiazepine administration methods because of its noninvasiveness, but it also says that the poor water solubility of benzodiazepines limited the initial development of a commercial product.

**Q.** How do these two articles, Samanta 2021 and Cloyd 2021, relate to your opinion that others failed to satisfy the need?

**A.** They confirm the difficulty there was in finding intranasal formulation and that the other efforts had failed.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1074 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1074 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Go to Slide 37. Like to turn now to your opinion that Nayzilam addressed the long-felt but unmet need. Turning to the next slide.

Why is it your opinion that Nayzilam met the need?

**A.** Because the need was there as we discussed, and there was no approved treatment intranasally until

Nayzilam was approved in 2019.

**Q.** And earlier, we talked about how Nayzilam has affected your patients. Has Nayzilam benefited those patients?

**A.** It has.

**Q.** And you've opined that Nayzilam is effective in treating patients with acute repetitive seizure. Have you reviewed literature relating to Nayzilam efficacy?

**A.** I have.

**MS. KEECH:** Can we pull up PTX-1166.

**BY MS. KEECH:**

**Q.** What is this exhibit?

**A.** It's a study of safety and efficacy of midazolam nasal spray in the outpatient treatment of patients with seizure clusters, describing a randomized, double-blind, placebo-controlled trial published by Dr. Detyniecki and colleagues in Epilepsia in 2019.

**Q.** Is this a reliable publication you considered for your opinions?

**A.** Yes.

**Q.** If we turn to Page 9, the bottom of the left-hand column under "Discussion," there's a reference to Artemis-1.

Can you remind us what product was studied in the Artemis-1 trial?

**A.** Nayzilam.

**Q.** What were the results of the Artemis-1 trial?

**A.** So the study compared patients with acute repetitive seizures treated with placebo versus Nayzilam. And overall, the study showed that Nayzilam was more effective than placebo in treating those seizure and was safe.

The difference between the groups was roughly 19 percent. Nayzilam better compared to placebo. And that the treatment effect was clinically meaningful and statistically significant showing difference in favor of Nayzilam compared to placebo.

**Q.** How does the 19.4 percent difference between Nayzilam and placebo compare to efficacy rates in other clinical studies for seizures, or in epilepsy?

**A.** So in most studies where you are comparing the new medication versus placebo in patients with epilepsy -- and that is the standard way of determining safety and efficacy of new treatments -- you have an impact on seizures in patients who treated placebo -- take a placebo also, usually improvement in seizures.

So you have change in seizures both in patients who are treated with placebo and patients treated with the active medication. For the active medication to be considered to be successful, it has to have a better

improvement in seizure control than placebo using statistical analysis.

Usually the difference between the placebo and the active medications is in the range of 15 to 30 percent for the new antiseizure medications. And so the 19 percent that was seen with Nayzilam falls into that range.

**MS. KEECH:** Your Honor, plaintiffs move to admit PTX-1166 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1166 is admitted into evidence.)

**BY MS. KEECH:**

**Q.** Moving to Slide 39 --

**THE COURT:** Counsel, do you know how much more you have with this witness? It might be a good time for us to take our afternoon break.

**MS. KEECH:** Happy to take a break. I think I have about 15 minutes, around there, but happy to take a break.

**THE COURT:** Okay. Why don't we take a break now. We'll be back at 4:00.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

All right. I will remind you, Doctor, you are

still under oath.

**THE WITNESS:** Thank you.

**BY MS. KEECH:**

**Q.** Now, before we get to your slides, Dr. Klein, we just discussed the Nayzilam clinical study, right?

**A.** Yes.

**Q.** Did you participate in that study?

**A.** No.

**Q.** Have you participated in other clinical studies with UCB?

**A.** We have. So we have taken part in most of the new treatment developments over the last 15, 20 years. And as I've mentioned, there have been a large number of them. So we have participated in a number of studies with UCB.

**Q.** Have you participated in studies with other pharmaceutical companies?

**A.** We have.

**Q.** What are some examples --

**A.** Oh, I -- I have.

**Q.** What are some examples of other pharmaceuticals companies you've worked with?

**A.** So Aquestive Pharmaceuticals, ASI, Jazz, Neurelis, SK Life Science, UCB, Takeda, and a number of others.

There have been a number of new antiseizure

medications that have been developed over the last 20 years.

**Q.** And remind us why do you participate in drug development and research?

**A.** To help the patients whose epilepsy is not controlled with current treatments.

As I mentioned before, it gives the patients an opportunity to access those treatments early. And besides, if people don't do those studies, the drugs will not become available. Somebody has to do the studies for the drug to be evaluated.

**Q.** Now, let's turn back to your slides on Slide 39.

We've now talked about the long-felt need and Nayzilam meeting the need, as well as failures to meet the need. I'd like to discuss the claims at issue for a moment in this case.

Have you reviewed the asserted claims at issue here?

**A.** I have.

**Q.** And do you have a view of whether there is a nexus between the long-felt need, failed efforts to meet the need, and the asserted claims?

**A.** I do.

**Q.** What is your opinion?

**A.** That the need remained because of failures to develop intranasal benzodiazepine formulations, that

midazolam met the need, and that there is a presumption of nexus because Nayzilam is an embodiment of the claims.

**Q.** Dr. Klein, are you aware that Cipla's experts have opined that another product called Valtoco negates Nayzilam meeting the need?

**A.** Yes.

**Q.** What is Valtoco?

**A.** It's an intranasal formulation of another benzodiazepine diazepam.

**Q.** When was Valtoco approved?

**A.** In 2022 -- in 2020.

**Q.** Was that before or after Nayzilam's approval?

**A.** After Nayzilam.

**Q.** Did Valtoco satisfy the long-felt need in 2007?

**A.** It did not.

**Q.** Why not?

**A.** It did not exist.

**Q.** Did Valtoco satisfy the long-felt need in 2019?

**A.** No.

**Q.** Why not?

**A.** It was not approved for treatment of acute repetitive seizures in 2019.

**Q.** Do you prescribe Valtoco to your patients?

**A.** I do.

**Q.** In general, when do you use Nayzilam and when do you

use Valtoco?

**A.** So both medications have benzodiazepines and both are effective. They have some differences in the pharmacokinetics. And you can use those to try to tailor the treatment to the patient's particular needs.

So to give you an example, Nayzilam is absorbed more quickly than Valtoco. The time to maximum plasma concentration with Nayzilam is about 17 minutes. It's about one-and-a-half hours with Valtoco.

So for patients in whom you know that the second seizure may follow shortly after the first seizure, Nayzilam may be the better medication.

And similarly, in patients in whom you do not know the pattern, but there is a possibility that a second seizure could happen shortly after the first one, maybe Nayzilam may be a better choice.

Adversely, if you have a patient in whom you know that their pattern of repetitive seizure is such that the second seizure happens, well, let's say, 12 hours after the first seizure, Valtoco may be a better choice because the way the drugs are disposed of by the body -- which is formally called "half life" -- is longer for Valtoco -- the half life is 49 hours -- than it is for Nayzilam, where it has been variably estimated to be somewhere between three and six hours.

So for those patients whose seizures you know will happen later, Valtoco may be a better choice.

That said, you will have patients in whom you will start one medication -- one or the other, doesn't matter -- who do not respond to the medication or who have side effects. And for those patients, whichever medication you chose first, you will then move on to the next -- to the second medication.

**Q.** Does having Valtoco as a treatment option for your patients now change your opinion as to whether Nayzilam met the need in 2019?

**A.** No.

**Q.** Turning to the next slide, I'd like to finally turn to your opinions on industry praise and recognition.

What is PTX-1364 shown on this slide?

**A.** It's an article of "Refining the Approach to Seizure Rescue Medications," in a magazine called Neurology Live published in 2021.

**Q.** And on the excerpt on this slide, which is from Page 45, there's a depiction of Dr. Jacqueline French.

Who is Dr. French?

**A.** She is a very well respected epileptologist, who is a past president of the American Epilepsy Society, and current chief medical and innovation officer of the Epilepsy Foundation of America, who's also a professor of

neurology at the New York University Langone Health in New York.

**Q.** And at the beginning of this excerpt, what products does Dr. French discuss?

**A.** She discusses Nayzilam and Valtoco.

**Q.** And then in the final paragraph excerpted here, what does Dr. French say?

**A.** She says that these two intranasal benzodiazepines formulations are a better way of treatment of acute repetitive seizures than the previously available rectal gel Diastat.

And she says that they were, quote -- or are, quote, game changers, unquote, in the treatment of acute repetitive seizure.

**Q.** So what aspect of Nayzilam does Dr. French recognize here?

**A.** The intranasal formulation and delivery.

**Q.** I'd like to go back to Cipla's summary of the Nayzilam clinical study that we looked at earlier, pulling up PTX-1183.

And we previously looked at the background for this clinical study. And if you can remind us when this document refers to the midazolam nasal spray, what product is it referring to?

**A.** It's Nayzilam.

**Q.** We look at the Conclusion section on Page 7, based on the Artemis-1 study, what does Cipla conclude about Nayzilam's efficacy?

**A.** That in outpatient setting, treatment with Nayzilam resulted in rapid and sustained seizure control in patients with seizure clusters.

**Q.** And what did Cipla conclude about Nayzilam's safety?

**A.** That Nayzilam also had an acceptable safety profile in patients age 12 and older.

**Q.** And then, finally, what did Cipla conclude about the unmet need?

**A.** That Nayzilam potentially provides a solution for a critical unmet clinical need of acute treatment of seizure clusters in outpatient setting.

**MS. KEECH:** Your Honor, I'd like to admit PTX-1364 into evidence. That was a previous document that we looked at.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1364 is admitted into evidence.)

**MS. KEECH:** And no further questions, Your Honor.

**THE COURT:** Thank you.

**MR. PATEL:** May we approach, Your Honor?

**THE COURT:** Yes.

CROSS EXAMINATION

**BY MR. PATEL:**

**Q.** Dr. Klein, are you currently prescribing any medication for ARS that you would not consider safe and effective?

**A.** I don't think so.

**Q.** And you currently prescribe Nayzilam for ARS, correct?

**A.** Yes.

**Q.** You also currently prescribe Valtoco for ARS, correct?

**A.** Yes.

**Q.** You also prescribe intranasal diazepam -- sorry -- that, and Valtoco is intranasal diazepam?

**A.** Yes.

**Q.** You also prescribe Diastat, correct?

**A.** Yes.

**Q.** And that's the rectal diazepam you've testified on?

**A.** Yes.

**Q.** You considered Diastat safe and effective; is that right?

**A.** Yes.

**Q.** And you also considered Diastat safe and effective for treatment of ARS patients; is that right?

**A.** Yes.
**Q.** You also currently prescribe sublingual lorazepam; is that correct?
**A.** Rarely now, since the intranasal formulations have become available. I used to do it relatively commonly, before other treatments were available, but I do it rarely now.
**Q.** But you still do prescribe -- you still do prescribe sublingual lorazepam, correct?
**A.** Infrequently.
**Q.** You also currently prescribe sublingual clonazepam, correct?
**A.** Virtually never anymore.
**Q.** And when did you stop?
**A.** Because of the availability of -- when?
**Q.** When did you stop?
**A.** In 2020. Let me rephrase that.
Nayzilam became commercially available in December 2019. So December 2019.
**Q.** For the majority of the patients with ARS, you currently prescribe either Nayzilam or Valtoco; is that accurate?
**A.** Yes.
**Q.** And between the two, in your practice, the split in terms of number of ARS patients for which you prescribe

Valtoco versus Nayzilam is probably 50-50; is that correct?
**A.** Yes.
**Q.** And if you are treating a patient where a second seizure is expected before four hours, then Nayzilam is a better option; would you agree?
**A.** That's what I think.
**Q.** And if the second seizure for a patient is expected -- for a patient with ARS is expected after four hours, than Valtoco would have been a better choice; would you agree?
**A.** That is what I usually think.
**Q.** Most of the patients you treat are over 12 years of age; is that correct?
**A.** Yes.
**Q.** So as far as the split between Valtoco and Nayzilam, in the patients that you're currently treating for ARS over 12, the split is still 50-50; is that accurate?
**A.** Roughly.
**Q.** And in terms of side effects between Nayzilam and Valtoco, you would agree that one does not have significantly worse side effects than the other; is that accurate?
**A.** Yes.
**Q.** Dr. Klein, you're not an expert on pharmaceutical

formulations, correct?

**A.** Yes. Yes, I'm not. So correct. Sorry.

**Q.** In a pharmaceutical formulation, you may know the role of an active ingredient, correct?

**A.** Correct.

**Q.** But you would not know the role of each excipient in that formulation; would that be accurate?

**A.** Yes.

**Q.** So you would not know how a given excipient allows the drug to be formulated in a given way in terms of physical chemistry?

**A.** That's correct.

**Q.** Knowing the role of each excipient in Nayzilam is outside the scope of your expertise?

**A.** Yes.

**Q.** In Nayzilam, how the excipients do what they do is something that is outside the scope of your expertise, correct?

**A.** Correct.

**Q.** Your expertise in pharmacodynamics of pharmaceutical drugs relates to mechanism of drugs and how they work on the brain; is that correct?

**A.** Yes.

**Q.** And that expertise in pharmacodynamics does not extend to evaluation of the basics of how a drug works;

is that accurate?
**A.** Not quite, because I am familiar with the literature and, furthermore, I collaborate with basic scientists. So I am aware of the mechanisms of how the drugs work.
**Q.** You are aware of mechanism, but you're not aware of the basic chemistry behind why those drugs work, are you?
**A.** I'm sorry. I misunderstood the question. I am not aware of basic chemistry.
**Q.** You are not an expert of the FDA regulatory requirements as it pertains to pharmaceutical drugs, are you?
**A.** I am not an expert. I am familiar with it.
**Q.** And you are not an expert in FDA regulatory aspects of pharmaceutical drugs in the epilepsy space either; is that right?
**A.** I am fairly familiar with it, but you could say that I'm not an expert.
**Q.** Dr. Klein, you have been working with UCB or its predecessors, Schwarz Pharma, since at least 2004; is that accurate?
**A.** Yes.
**Q.** And UCB has frequently approached you on multiple occasions to conduct studies on patients; is that correct?
**A.** Yes.

**Q.** And UCB pays you for these studies; is that accurate?
**A.** They pay our center for doing the studies.
**Q.** And this money goes to your practice that you own; is that correct?
**A.** That is correct.
**Q.** In fact, your practice has received somewhere between $500,000 to a million dollars since 2004 from UCB and its predecessor on these types of studies; is that accurate?
**A.** That's probably accurate.
**Q.** You are also on the speaker bureau for UCB; is that accurate?
**A.** Yes.
**Q.** And you get paid for these talks, correct?
**A.** Yes. So these talks are given to educate other physicians about new treatments. They are educational programs.
**Q.** But you get paid for the speaking roles, correct?
**A.** Yes.
**Q.** And this money also goes to your practice; is that accurate?
**A.** Yes.
**Q.** And for these speaking roles, you receive between 1,000 to $3,500 per role; is that accurate?

**A.** Generally speaking, yes.

**Q.** For UCB, since 2004, you have been a speaker between 50 to 100 times; is that approximately correct?

**A.** That's approximately correct. Although I should also say that a substantial proportion of that -- I don't know the numbers, but maybe a fifth to a quarter -- involves programs given overseas.

**Q.** But that doesn't change the fact that you get paid for these talks and you have given between 50 to 100 talks on behalf of UCB; is that right?

**A.** It doesn't change the fact.

**Q.** When you do serve as a speaker, you obviously have to present some sort of content to these doctors; is that right?

**A.** Yes.

**Q.** And this content is either prepared by UCB or in collaboration with you; is that right?

**A.** That's correct, except for those overseas programs where I do the material myself alone, without UCB's input.

**Q.** We will restrict my questions to the U.S.

For the U.S., when you do these presentations, it's either UCB giving you a presentation or you may do it in collaboration with UCB; is that right?

**A.** That's right.

**Q.** And for the U.S., you do not prepare these presentations on your own without the input of UCB; is that right?
**A.** That is right.
**Q.** And you have spoken specifically on Nayzilam on these types of speaking roles for UCB approximately 12 times?
**A.** Give or take.
**Q.** Have you done any more of these since I deposed you earlier this year?
**A.** I don't think I have.
So, for the deposition was the end of March. And I may be wrong, but I don't think I have done any programs for Nayzilam since then.
**Q.** And same question. For some of these presentations for UCB on Nayzilam, on Nayzilam specifically, the content was in collaboration with you and other times UCB just gave you content to present; is that accurate?
**A.** That is correct. But let me, if I may, elaborate.
On the occasions when the company, be it UCB or other companies, and I speak for other companies also when they develop a new drug, which I believe is a useful drug, when the company gives the speaker slides and tells them this is what you need to deliver, those slides are always developed with the input of the FDA, line by line

FDA approved.

And the company then goes to the speakers and say, this is what you have to deliver educationally because it cannot be changed because the FDA has said this is how it has to be.

**Q.** But either way, you're provided a content of material and you go present it. Would that be accurate?

**A.** Yes.

**Q.** And on behalf of Nayzilam -- on behalf of UCB, on Nayzilam, you've spoken -- I think I asked you that question, so strike that.

And then besides the speaking roles, besides the studies you do for UCB, you also -- you also get paid by UCB for your consultation services; is that accurate?

**A.** That is correct. These consultation services also have to do with education and development of educational directions and programs.

So to give you an example, I was a member of the UCB Neuroscience Counsel, where we met two or three times a year, together with a number of other experts, and the content of those meetings was developing educational material regarding epilepsy.

**Q.** If you could just stick to an answer to my questions here.

And the question was: In addition to the speaking

roles and the studies that you do for UCB, you also provide them with consultation service; is that accurate?
**A.** Yes. For educational and scientific purposes.
**Q.** And you collected over $50,000 in this role as well from UCB; is that accurate?
**A.** Yes.
**Q.** And you have specifically consulted UCB on Nayzilam after its approval; is that accurate?
**A.** That is correct, again, for educational and scientific purposes.
**Q.** If you have a drug approved for one indication and there are examples of physicians -- strike that.
If you have a drug approved for one indication, are there examples of physicians prescribing that drug for a different indication?
**A.** Yes. It's called off-label use.
**Q.** And you have done that many times as a practicing physician; is that right?
**A.** Yes. You can argue about definition of "many," but I do it.
**Q.** And prior to Nayzilam, you had several prescription options for ARS; is that right?
**A.** Yes.
**Q.** For example, you could prescribe a patient Diastat; is that right?

**A.** Yes.
**Q.** You can prescribe a patient sublingual lorazepam; is that correct?
**A.** Yes, that would be a off-label use.
**Q.** Say that again?
**A.** That would be off-label use. The Diastat would be on-label use.
**Q.** And you can prescribe a patient sublingual clonazepam; is that correct?
**A.** Yes, again, off-label use.
**Q.** And you had a choice of oral medications as well, including oral lorazepam; is that right?
**A.** Yes.
**Q.** Then you had a choice of compounded medications; is that right?
**A.** Yes.
**Q.** And you talked about -- you talked about a few, but when you talked about IV midazolam that was administered by intranasal; is that right?
**A.** Yes, although I never used it.
**Q.** You are aware that that was commonly used?
**A.** I was.
**Q.** And you prescribed compounded buccal midazolam using IV formulation; is that accurate?
**A.** That is. I used it infrequently, but, yes.

**Q.** And were -- all of these questions are preNayzilam?
**A.** Yes.
**Q.** And buccal midazolam has been approved in Europe for a number of years under the name Buccolam; is that right?
**A.** That's correct. For the use -- in children.
**Q.** And out of the group we just discussed, oral lorazepam was most common one.
Would you agree with that?
**A.** Yes.
**Q.** You had list of available options for patients with ARS before Nayzilam and before 2007.
Would you agree with that?
**A.** But none of them were adequate treatment for numerous patients with acute repetitive seizures.
**Q.** But that doesn't change the fact that you had a number of options available to you for a patient with ARS; would you agree?
**A.** It does, because if you have choice of suboptimal treatment, it is not the same as having a choice of adequate treatment.
**Q.** Understood. But all of the options I just noted were options available to you, and you did utilize those options in treating patients with ARS; is that right?
**A.** That is right, because there no other options that were more adequate.

**Q.** Well, that's true today as well with Nayzilam, right?

When Nayzilam was approved, that would have been true as well, right, that you would have had a number of options, including Nayzilam, and those were the options you had until you had something else come along?

**A.** But you have fewer patients with less than adequate treatment options now than you did before Nayzilam.

**Q.** Would you agree with my principle, Doctor, that, even after Nayzilam, you had a list of options, including Nayzilam, but you would not know what options would become available after that, for example, Valtoco; would you agree?

**A.** Yes. But, again, the number of patients that did not have an adequate treatment option was smaller after the approval of Nayzilam, and subsequently, Valtoco, than before.

**Q.** We already established that Valtoco was approved a few months after Nayzilam; is that right?

**A.** That's correct.

**Q.** We already established that, currently, the number of patients you prescribe Valtoco to is approximately 50/50 with Nayzilam; is that right?

**A.** Yes.

**Q.** I want you to turn, Doctor, to DTX-2375 in your

binder.

**A.** So please give me time. I'm slow in rummaging through the different tabs that I have the option to go through.

**Q.** No problem. It should be the first tab.

**A.** Oh, okay. Thank you. That helps.

**Q.** You are familiar with this paper; is that right?

**A.** I am.

**Q.** And you've reviewed this paper before?

**A.** Yes.

**Q.** You see that this paper is self-reported information by over 29,000 patients under seizure cluster episodes.

Do you agree?

**A.** Yes.

**Q.** And this paper reports a number of statistics that we're going to look at. And I'll direct your attention first to Page 69 of this paper, which is table 3.

**A.** Uh-huh, yeah.

**Q.** And on the left here -- so title of this table is "Number of sequential seizure pairs categorized by time interval between seizures."

Do you see that?

**A.** I do.

**Q.** So on the left here, you have the timing interval between seizure clusters?

**A.** Yes.
**Q.** The middle column -- sorry, and we'll skip the middle column.
The right column the cumulative percent of patients who have a seizure, a second seizure within that time frame.
Do you see that?
**A.** I do.
**Q.** So, for example, this chart shows that less than .07 percent of patients have seizures less than ten minutes between the first and the second seizure; is that right?
**A.** That's right.
**Q.** I should clarify, actually, that it's .07 percent where the seizures are -- not necessarily the first and second seizures, but the seizure are less than ten minutes apart; is that right?
**A.** I am not sure about that. I think that the table describes the interval between the first and second seizure.
**Q.** We'll go with that. So with that in mind, this table shows that -- the second row shows that only 6 percent, 6.4 percent of patients have seizure intervals less than 30 minutes, correct?
**A.** Yes.

**Q.** 12.5 percent of patients have a seizure interval less than 60 minutes?
**A.** Yes.
**Q.** 24.4 percent of patients have a seizure interval less than 120 minutes; is that correct?
**A.** Yes.
**Q.** And then you see that 36.9 percent of patients have a seizure interval less than 180 minutes; is that correct?
**A.** Yes.
**Q.** 65 percent have a seizure interval less than 360 minutes; is that right?
**A.** Yes.
**Q.** So this chart shows that more -- if you look at the 180 minute number, more than 63 percent of patients the seizure interval is higher than three hours, correct?
**A.** That is correct; however, what the table does not show you is proportion of patients in whom this interval is predictable.
So firstly, you have roughly 24 percent of patients in whom the second seizure happens within two hours, and roughly 13 percent of patients for whom the second seizure happens within one hour. But -- so that's a substantial number.
But more importantly, perhaps, you cannot tell with

everybody when the next seizure will happen. A proportion of the patients have predictable timing of their seizures in acute repetitive seizure episodes, but most of them don't.

So even though these figures are true, you can't treat a patient based on these statistics. If I have a first seizure, and I don't have a predictable seizure pattern, I will fear that my next seizure could be within that one hour, and I should use the treatment, for myself, in this case, to try to prevent that from happening.

**Q.** Understood. But statistically speaking, in a report of over 28,000 patients, what this shows are the facts. And the facts say that more than 63 percent of patients, the seizure interval is greater than 180 minutes.

Would you agree with that?

**A.** I would, but with the caveat you can't predict which --

**Q.** I am not asking you to predict --

**A.** -- those patients would be.

**Q.** I'm not asking you to predict, Doctor. I'm asking you that that's what the stats show.

Would you agree with that?

**A.** I do, but patient is not a statistic.

**Q.** Understood. So there are patients in the

.07 percent range as well. But that doesn't change the fact that more than 63 percent of the patients have a seizure interval that's more than 180 minutes, correct?

**A.** Yes, but you can't predict which those patients will be.

**Q.** On the same page, can you refer to table 5, please?

**A.** Yes.

**Q.** You see that the bottom table here -- I'm going to take two -- in the table 5, there's a bottom section.

Do you see that?

**A.** Yes.

**Q.** It starts, the left column says, "Seizures per hour"?

**A.** I do.

**Q.** And you see that the middle column says, "Percent of patients having greater than two seizures within interval."

Do you see that?

**A.** Yes.

**Q.** And you see that only 6.8 percent of patients had two or more seizures in one hour?

**A.** Yes.

**Q.** You see that only 9.7 percent of patients had two or more seizures in two hours?

**A.** Yes.

**Q.** And you see that only 8 -- sorry, only 9.0 percent had two or more in three hours?

**A.** Yes.

**Q.** And then you have only 8.2 percent with two or more in four hours, correct?

**A.** Yes.

**Q.** And so you would agree that this shows that a majority of seizure clusters resulted in a seizure interval of greater than four hours, correct?

**A.** Yes. Again, with the following caveat. You are taking all seizures.

And let us say the patient has more than two seizures in 24 hours. So you are taking patients who have third and fourth and fifth seizures also.

And then the second caveat is the one that I've already mentioned, that the seizures are not predictable in a given patient, for many patients.

**Q.** And understood, Doctor. Understood, Doctor.

And we see that this table has patients in each range. But that doesn't change the answer to my question about what this study shows, not what they're asking you to prescribe, what this study shows.

And what it shows is that a majority of seizure clusters resulted in a seizure interval greater than four hours; is that right?

**A.** That is right.
**Q.** Now, the purpose of Nayzilam is not to shorten the time of seizure in patients -- in a patient that is already seizing; do you agree?
**A.** Yes.
**Q.** The purpose is only to prevent further seizures from happening; would you agree?
**A.** Yes.
**Q.** I'm going to take you to the Nayzilam label, which is JTX-3005.
**MR. PATEL:** Just one housekeeping matter. The Fisher article that I just discussed with Dr. Klein, DTX-2375, I'd like to move that for admission.
**MS. KEECH:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2375 is admitted into evidence.)
**BY MR. PATEL:**
**Q.** Do you recognize this label, Doctor?
**A.** Yes.
**Q.** You've reviewed this label many times?
**A.** Yes.
**Q.** And it's the label for Nayzilam; is that right?
**A.** Yes.
**Q.** I want to take you to JTX-3005.0022 of the label, which is -- I'm referring to the Bates number at the

bottom. You can also look at it on your screen, if you like.

Do you recognize this study?

**A.** Yes.

**Q.** So this is a study of 201 patients that were treated after a single seizure episode; is that right?

**A.** Yes.

**Q.** And they were treated with either Nayzilam 5 milligrams or a placebo; is that right?

**A.** Yes.

**Q.** And if seizures persisted or recurred, patients in both groups were given option of a second unblinded dose of Nayzilam; is that right?

**A.** Yes.

**Q.** And then the two efficacy endpoints for treatment success are listed in this bottom paragraph; do you see that?

**A.** Yes.

**Q.** And the two efficacy end points are termination of seizures within ten minutes. That's the first one; is that right?

**A.** Yes.

**Q.** And the other one is absence of recurrence of seizures within six hours; is that right?

**A.** Yes. And in this study, it was both of these

outcomes that were combined to define, quote, treatment success, unquote.

**Q.** Understood. And so I will use that word, treatment success.

So if you can go to the next -- if you can go to the table that reports the results.

So this is Nayzilam or placebo being prescribed to patients with seizure clusters; is that right?

**A.** Yes.

**Q.** And what this shows is that the treatment success for this study for Nayzilam was 53.7 percent; is that right?

**A.** Yes.

**Q.** So almost half the patients that were administered Nayzilam, the study did not result in a treatment success; is that right?

**A.** No. In over half the patients treated with Nayzilam, the study resulted in treatment success.

**Q.** Okay. I will try to do math on the spot here.

46.3 percent of patients that were administered Nayzilam, for those patients, it was -- the treatment success was not achieved; is that right?

**A.** Yes.

**Q.** So you are prescribing Nayzilam to a hundred patients, as a hypothetical number, and for this hundred

patients, 46 of those patients, based on this number, would not be treated with Nayzilam; is that right?

**A.** Not quite. Because in this study, you are looking at the results following treatment with 5 milligrams of Nayzilam.

Patients have an option to administer a second dose of 5 milligrams if a seizure happens. And in real life treatment, that would happen, and you might have a different outcome.

In this study, you had the option to use a second treatment only after the failure of the first treatment.

So let me rephrase that. I'm not clear.

In this study, you had to use 5 milligrams, and you could only use, for the second 5 milligrams if the treatment failed.

In real life, you could use 5 milligrams followed by another 5 milligrams. You might have a different outcome.

**Q.** But in this study, the outcome is such that 46.3 percent of patients did not achieve treatment success with Nayzilam; is that right?

**A.** That's correct. But you previously asked for the real life --

**Q.** That was my previous question. I'm only asking you answer my most recent question. So I'll ask again.

This study resulted in only 40 -- this study resulted in 46.3 percent of patients who were administered Nayzilam not having treatment success; is that right?

**A.** Correct. For the 5-milligram dose.

**Q.** I want you to go, Doctor, on Page -- I think we're on Page 23 of the label, to the chart, figure 1.

**A.** Uh-huh.

**Q.** And you recognize this chart?

**A.** Yes.

**Q.** And on the y-axis you have the probability of no seizures; is that right?

**A.** Yes.

**Q.** And on the x-axis is referring to the time after administration; is that right?

**A.** Yes.

**Q.** And this is the time after the first seizure in what is expected to be a seizure cluster; is that right?

**A.** Yes.

**Q.** The dashed line is placebo; is that right?

**A.** Yes.

**Q.** And the solid line is Nayzilam; is that right?

**A.** Yes.

**Q.** And above this figure -- if you could go just above this figure for me. Starting with Study 1. It says that

a smaller proportion of patients suffered a second seizure within 24 hours after being administered with Nayzilam.

Do you see that?

**A.** I do.

**Q.** And that number is 37.3 percent.

Do you see that?

**A.** Yes.

**Q.** And the number for placebo is 46.3 percent.

Do you see that?

**A.** Yes.

**Q.** Do you consider this number statistically different?

**A.** So this number was --

**Q.** For now, just yes or no. Are they statistically different?

**A.** No.

**Q.** Thank you.

**A.** Could I add something?

**Q.** On Page 19 -- so, actually now I want to take you to -- I think this has been admitted already.

I want to take you PTX-1350. You recognize this document?

**A.** I do.

**Q.** And what do you recognize it as?

**A.** The FDA prescribing label for Valtoco.

**Q.** And that's the drug we just discussed was approved a few months after Nayzilam?
**A.** In 2020.
**Q.** And I want to take you to a similar chart, which is on PTX-1350.0019.
**A.** Yes.
**Q.** Here, again, the y-axis is a probability of no seizures.
Do you see that?
**A.** Yes.
**Q.** And the x-axis is the time after administration.
Do you see that?
**A.** Yes.
**THE COURT:** Counsel, do we have this one? Could you say the exhibit number again?
**MR. PATEL:** It's PTX-1354, I believe. Sorry PTX-1350. I have it in my binder. Third tab.
Do you have it?
**THE COURT:** I've got it.
Is it on the exhibit list that the courtroom deputy has, is the question.
**THE CLERK:** No, judge.
**THE COURT:** Okay. We don't have it on the exhibit list?
**THE CLERK:** No, it's not admitted. He said it

was previously admitted.

**THE COURT:** Oh, was not previously admitted, our courtroom deputy advised us. Okay. Got it.

**MR. PATEL:** I must have misspoke.

**THE COURT:** Okay.

**BY MR. PATEL:**

**Q.** So we're looking at this figure in the Valtoco, a similar figure to the Nayzilam label; is that right?

**A.** No.

**Q.** Why is that?

**A.** Because this is not Valtoco; it is Diastat.

**Q.** Okay. So the figure, itself, is similar, but it's displaying data for Diastat. Thank you for that correction. Is that right?

**A.** Yes.

**Q.** And we're looking at the language right below the figure. It says: "62 percent of patients treated with diazepam rectal gel were seizure free during the observation period compared to 20 percent of placebo patients."

Do you see that?

**A.** Yes.

**Q.** So as compared to Nayzilam, you see a clear distinction between diazepam rectal gel and placebo; would you agree with that?

**A.** No.

**Q.** Why is that?

**A.** The age groups evaluated were different, and the medication, again, is rectal diazepam as opposed to nasal midazolam.

**Q.** So I am asking the question with respect to rectal diazepam, though, so you don't have to worry about the intranasal part.

So with respect to rectal diazepam, you agree that 62 percent -- this study -- this label shows that 62 percent of the patients were seizure free during the observation period, which was 24 hours, as compared to 20 percent for placebo; is that right?

**A.** Yes.

**MR. PATEL:** You can take that down.

**BY MR. PATEL:**

**Q.** Prior to -- you testified earlier that prior to the approval of Nayzilam, you had prescribed oral lorazepam to patients for the treatment of ARS; is that right?

**A.** Yes.

**MR. PATEL:** Your Honor, I want to move to admit Exhibit PTX-1350 into evidence.

**MS. KEECH:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1350 is admitted into evidence.)

**MR. PATEL:** I said 1350.

**BY MR. PATEL:**

**Q.** And you also testified earlier that oral lorazepam was the most commonly prescribed medication prior to Nayzilam for ARS; is that right?

**A.** Yes. But prescribed, still, for a minority of patients with acute repetitive seizures.

**Q.** But, nonetheless, the most commonly prescribed medication; is that right?

**A.** Of the off-label medications prescribed before Nayzilam.

**Q.** And oral lorazepam was safe and effective for patients with ARS; is that right?

**A.** Not quite. It was safe, but it was not effective if it could not be administered or was administered too late because of the conditions that I described earlier; namely, a patient not being able to cooperate to take an oral medication, and the time for which an orally administered medication takes to reach the blood.

**Q.** But if it's prescribed at the right time and the patient is able to cooperate, then oral lorazepam would be safe and effective; do you agree?

**A.** For those patients in that category, which is not all patients with acute repetitive seizures, there may be a minority of patients with acute repetitive seizures.

**Q.** But I think that's giving me more than what I am asking, which is, for those category of patients, who are able to cooperate and for whom timing is right, oral lorazepam is safe and effective, right? I'm asking for that category of patients.
**A.** Yes.
**Q.** And then you have sublingual clonazepam that you also testified you prescribed prior to Nayzilam; is that right?
**A.** Yes.
**Q.** And you would agree that that medicine, sublingual clonazepam, would also be safe and effective for patients as long as they're able to cooperate and you administer at the right time; do you agree?
**A.** Yes, with the same caveat.
**Q.** Buccal midazolam was another option you talked about earlier; is that right?
**A.** Yes.
**Q.** And buccal midazolam is actually administered orally, right?
**A.** Yes.
**Q.** And in terms of limitations, would oral -- you agree that buccal midazolam would have similar limitations to oral lorazepam in terms of the patient being able to cooperate and the right time?

**A.** Yes.
**Q.** But you would expect that buccal midazolam would have a faster onset of action; is that right?
**A.** Yes, because it will be absorbed by the buccal mucosa to some degree, and that absorption rate is faster than oral. Although some, if not much of it, will be swallowed also, at which case the rate of absorption will be similar to an oral medication.
**Q.** But the difference between -- strike that.
You would expect that time -- you would expect the time to peak concentration for buccal midazolam to be faster than the oral -- than the other oral benzodiazepines; would you agree with that?
**A.** If it is absorbed from the buccal mucosa, yes.
**Q.** But it's also the characteristics of midazolam that provides it with that short time of onset; is that right?
**A.** I'm not sure I understand the question.
**Q.** So if you compare buccal midazolam to other oral benzodiazepines, one of the reasons why buccal midazolam would have a faster onset of action is because it contains midazolam as opposed to other benzodiazepines; is that right?
**A.** But mainly, because it's absorbed through the buccal mucosa.
**Q.** It is the characteristic of midazolam that provides

buccal midazolam with a shorter time; is that right, Dr. Klein?

**A.** Partly.

**MR. PATEL:** Your Honor, can I confer with counsel for impeachment?

**THE COURT:** Yes.

(Counsel confer.)

**MS. KEECH:** Your Honor, we're not in agreement on whether this is impeachment.

**THE COURT:** Okay. Why don't you come to sidebar, please.

(Whereupon, the following occurred at sidebar:

**THE COURT:** Can I see the prior inconsistent answer? We are going to take this very slow. Point to where it is for me.

**MR. PATEL:** The prior inconsistent answer is right there, but I can give you context.

**THE COURT:** That's fine. Just hold on.

Okay. Why don't you explain why you think this is inconsistent.

**MR. PATEL:** So if you can read it back when I asked him when I questioned him oral benzodiazepines then here, I tell him then here, I asked him if the same limitations would apply for buccal midazolam, he says it would be very similar. Then he adds the difference in

that time to peak concentration can be expected to be shorter for buccal midazolam.

So I follow that up, said, because it's the same molecule as Nayzilam. He says, that's correct. He says it is the characteristic of midazolam. That provides with that shorter time, and he says that's correct.

**THE COURT:** Okay. I'm not seeing that as necessarily inconsistent to the questions that were asked. If you want to get after that, you can try again. And then if we have to take another sidebar, we can.

**MR. PATEL:** Thank you, Your Honor.

(Whereupon, the discussion at sidebar concludes.)

\- - -

**BY MR. PATEL:**

**Q.** I want to go to the Wermeling publication, which is DTX-2251.

Doctor, you've seen this publication before; is that right?

**A.** Yes.

**Q.** And do you agree that this publication discloses a 2.5-milligram per 100 microliter composition of intranasal midazolam?

**A.** Yes.

**Q.** So this would meet your requirement of 5 milligrams

being administered by one spray in each nostril; is that right?

**A.** Altogether.

**Q.** And you can do that without too much volume at this stage?

**A.** Yes.

**Q.** And if you go to Page 347, that's Table 1, you see here that the 5-milligram midazolam versions of intramuscular IV and intranasal are being compared here?

**A.** Yes.

**Q.** You see that the right-hand Column F represents the bioavailability?

**A.** Yes.

**Q.** And you see that the bioavailability in Dr. Wermeling's publication of 5-milligram intranasal is 72.5?

**A.** Yes.

**Q.** And that is an acceptable number for absorption; would you agree?

**A.** Yes.

**MR. PATEL:** Can I go to PTX-1354? I think you already admitted this one.

Your Honor, I'll move DTX-2251 for admission.

**MS. KEECH:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2251 is admitted into evidence.)

**BY MR. PATEL:**

**Q.** Are you familiar with this paper, Dr. Klein?

**A.** Yes.

**Q.** And in this paper, an intranasal formulation is disclosed that contains 2.5 milligrams of midazolam in 90 microliters; is that right?

**A.** Yes.

**Q.** So you would also agree that this meets the requirement, that you can achieve a 5-milligram dose with one spray in each nostril; is that right?

**A.** Yes.

**Q.** And you can do that without having too much volume?

**A.** Yes.

**Q.** And in this paper, I also want you -- I want you to refer to Table 1, which is on Page 505.

And do you see that here, some parameters of the Knoester formulation are displayed?

**A.** Yes.

**Q.** And do you see that the Tmax is recorded as 14 minutes?

**A.** Yes.

**Q.** And that is lower or comparable to Nayzilam; would you agree?

**A.** It's similar or higher than a comparable study in

healthy volunteers with Nayzilam. This is a healthy volunteer study of pharmacokinetics. The similar study for Nayzilam, which is published in 2015 with the first author being Bancke, had a time to maximum concentration of ten minutes.

**Q.** But in terms of -- and then I'll take you to the Cmax value.

The Cmax value of 71, do you see that on the bottom?

**A.** Yes.

**Q.** And that's the concentration in blood -- the peak concentration in blood; is that right?

**A.** Yes.

**Q.** And would you consider this value acceptable?

**A.** Yes.

**MR. PATEL:** Can you go to Slide 22 of Dr. Klein's demonstrative?

**BY MR. PATEL:**

**Q.** And you testified in length about this slide, and your testimony that all of these are examples of failed attempts; is that right?

**A.** Yes.

**Q.** Have you reviewed the asserted claims in this litigation?

**A.** Yes.

**Q.** Do the asserted claims go to benzodiazepines

generally, or do they go to midazolam?

**A.** They go to midazolam.

**Q.** And you agree that three of your formulations -- so in this case, you have clonazepam, diazepam -- so four of the failures you point to are not midazolam; is that right?

**A.** Yes.

**Q.** And we just looked at Dr. Wermeling's publication that had acceptable bioavailability; is that right?

**A.** Yes.

**MR. PATEL:** And I also want to admit PTX-1354, Your Honor.

**MS. KEECH:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1354 is admitted into evidence.)

**MR. PATEL:** Thank you. I have no further questions.

**MS. KEECH:** Your Honor, I have just a few questions on redirect.

**THE COURT:** Please proceed.

REDIRECT EXAMINATION

**BY MS. KEECH:**

**Q.** Dr. Klein, if you could turn to JTX-3005 in the binder that Cipla's counsel gave you. And if we could turn to Page 23.

**A.** Did you say 3005?
**Q.** That's correct. JTX-3005.
**A.** I have JTX-3003, 3004, Klein depo, but I do not see 3005.
**Q.** It should also be in your other binder. It's the Nayzilam prescribing information that we looked at earlier.
**A.** Yep. Thank you.
**Q.** And if you turn to Page 23.
**A.** Yep.
**Q.** And you'll recall that Cipla's counsel asked you some questions about the paragraph above Figure 1, and whether the results of that study were statistically significant.
Do you remember that?
**A.** I do.
**Q.** And I think you wanted to add some explanation to this study?
**A.** Yes.
So the question, if I recall correctly, was about the difference between the seizure freedom between placebo and Nayzilam-treated patients at 24 hours after per the administration.
The success here was defined as two points. One was the cessation of seizures within ten minutes after

administration of the drug; and second, seizure freedom up to a certain point.

This figure shows the composite treatment success, including the seizure cessation within first ten minutes. There was very different -- very little difference between placebo and Nayzilam in terms of seizure cessation within ten minutes, 80 percent for Nayzilam, 70 percent for -- 70 percent for placebo, 80 percent for Nayzilam, because most seizures stop naturally before ten minutes are up. So if you include that in the overall success rate, you may be diluting the efficacy of the medication.

There was another outcome of the study, which was seizure freedom from ten minutes out to 24 hours. And there, you had a difference between Nayzilam and placebo, which was very similar to the 19 percent difference that was shown at six hours, specifically as almost 20 percent. There was seizure freedom at 24 hours, which was, if I recall correctly, about 58 percent for Nayzilam and about 39 percent for placebo.

**Q.** Thank you.

You were also asked questions about the off-label -- sorry, you can set that document aside.

You were also asked questions about off-label use of the IV midazolam formulation intranasally.

Do you recall?

**A.** Yes.

**Q.** And Cipla's counsel asked you if you were aware that that use was commonly used.

Do you remember?

**A.** Yes.

**Q.** And in your clinical experience, was the use of IV midazolam administered intranasally a common use?

**A.** No. So -- and so, as I said before, I was not aware of neurologists who were using. It doesn't mean that they weren't using it; I just wasn't aware of them.

**Q.** And you were also asked with the Fisher 2015 article about various intervals between seizures.

Do you remember that?

**A.** Yes.

**Q.** And you were also asked about your prescribing habits for Nayzilam and Valtoco where patients have a four-hour difference between their seizures.

Do you remember that?

**A.** Yes.

**Q.** Would Nayzilam still be a useful treatment for your patients who have seizures that are have an interval that is longer than four hours?

**A.** Yes. For the following reasons: One, the graph we just discussed, which shows that Nayzilam's efficacy

continues for the 24 hours that were evaluated.

And secondly, as a possible explanation, is that there is a difference between the pharmacokinetic data, which describes how the body gets rid of all, deals with the medication, and pharmacodynamic effect, which is the effect of the medication on the target organ.

So pharmacokinetics describes how the body disposes of the medication; pharmacodynamics describes how the medication acts on the body. And the pharmacodynamic effect may be longer than the rate of disposal of the medication by the body.

So let us say that Nayzilam binds to the GABA receptor. And let us say that it modifies the receptor in such a way that the modification may last for 24 hours. Just for argument's sake. By that time, Nayzilam is gone from the blood, but the pharmacodynamic effect may persist, which may explain the efficacy that we saw at 24 hours.

**Q.** Thank you, Dr. Klein.

**MS. KEECH:** I don't have any further questions.

**THE COURT:** Thank you very much.

All right, Doctor. You may step down.

**THE WITNESS:** Thank you.

(Witness excused).

**THE COURT:** All right. This probably is a good natural end to our trial day.

Do plaintiffs have a sense of who we're going to be hearing from tomorrow?

**MS. HANSEN:** Yes, Your Honor. We have three relatively short deposition clips that we'll play in the morning, and then we will be hearing from Dr. Smyth.

**THE COURT:** Okay. And then at that point --

**MS. HANSEN:** At that point, we will rest.

**THE COURT:** All right. Is there a chance we're going to be done tomorrow?

**MS. HANSEN:** I don't think that's likely. I understand that Cipla has some additional witnesses that they still intend to call; Dr. Wermeling on rebuttal and Dr. Privitera.

**THE COURT:** Okay. Very good. All right. Then we will look forward to seeing everyone tomorrow.

Do we have anything we need to deal with today?

Go ahead.

**MS. HANSEN:** Yes, briefly, Your Honor.

There were a couple of exhibits that were admitted into evidence. We're perfectly happy to have them do so, but we would prefer them not to be put into the public record. They contain licensing terms.

They are the contract agreements from Dr. Gizurarson. We would prefer to keep under seal.

I've talked to counsel for Cipla, they have no objection.

**THE COURT:** So what we'll do right now, we will admit them under seal. Why don't you say which ones they are for the record.

**MS. HANSEN:** Sure. DTX-2420, DTX-2421, DTX-2422, DTX-2440.

**THE COURT:** Okay. All right. And why don't you just take a look at them and at least be prepared if I have questions about whether or not the entirety of the exhibit should be sealed that you can answer those questions. If there's a possibility of us having redacted versions that are available to the public, that would be preferrable.

**MS. HANSEN:** Thank you, Your Honor.

**THE COURT:** Anything else we need to deal with today?

**MR. PATEL:** Nothing else.

**THE COURT:** All right. Have a good night, everyone. See you tomorrow.

(The proceedings concluded at 5:07 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer
Official Court Reporter
U.S. District Court

**BY MR. GIUNTA: [4]** 298/10 298/18 309/12 315/2
**BY MR. PATEL: [10]** 281/16 334/13 483/3 502/17 509/6 510/16 511/2 515/15 517/2 518/17
**BY MR. STOREY: [6]** 300/12 303/3 304/14 305/21 306/7 307/8
**BY MS. BRUCE: [3]** 317/12 330/5 331/5
**BY MS. HANSEN: [3]** 286/10 296/1 296/6
**BY MS. KEECH: [49]** 403/16 404/20 412/3 412/19 413/12 414/5 421/15 423/23 424/23 427/2 428/2 429/23 431/20 432/23 434/12 435/2 436/5 438/16 438/21 439/24 441/12 443/23 445/4 446/16 447/13 448/8 448/21 450/23 451/3 452/17 453/20 454/7 455/18 457/17 458/18 458/24 460/5 461/18 464/4 465/9 465/14 466/19 470/18 471/14 472/19 473/11 475/13 476/3 519/22
**MR. GIUNTA: [19]** 280/6 280/10 280/15 280/25 281/11 282/1 282/6 282/8 282/10 282/17 282/22 284/6 284/16 284/24 295/23 298/8 298/15 299/15 314/25
**MR. PATEL: [72]** 285/23 299/22 300/1 300/6 308/22 309/3 315/23 316/1 316/21 316/25 317/7 332/11 332/16 332/24 333/24 334/9 356/1 399/6 399/20 399/25 400/3 400/6 400/14 400/20 402/1 402/11 413/1 413/9 421/12 424/20 427/24 429/20 432/20 434/9 436/2 438/13 439/21 441/9 445/1 447/10 448/5 450/20 452/14 453/17 455/15 457/14 458/15 460/2 461/15 464/1 465/6 466/16 471/11 472/16 475/10 482/18 482/24 502/11 508/16 509/4 510/15 510/21 511/1 514/4 514/16 514/21 515/12 516/21 518/15 519/11 519/16 525/20
**MR. SABA: [2]** 330/25 403/13
**MR. STOREY: [6]** 302/23 304/4 304/11 305/18 306/3 307/5
**MS. BRUCE: [1]** 330/3
**MS. HANSEN: [30]** 280/5 283/6 283/24 285/3 285/8 285/21 295/21 296/5 298/5 299/21 308/24 315/25 316/1[illegible] 316/18 316/20 333/4 333/7 333/12 333/14 399/11 400/8 400/25 401/5 402/20 524/5 524/9 524/12 524/21 525/8 525/17
**MS. KEECH: [58]** 402/21 404/19 412/2 412/18 412/24 413/4 414/4 421/10 423/22 424/18 427/1 427/22 429/18 431/19 432/18 434/7 435/1 435/25 438/11 438/20 439/19 441/7 443/22 444/24 446/15 447/8 448/3 448/20 450/18 451/2 452/12 453/15 454/6 455/13 457/12 458/13 458/21 459/25 461/13 463/24 465/4 465/12 466/14 470/17 471/9 472/14 473/10 475/8 475/18 482/15 482/21 502/14 510/23 514/8 516/24 519/13 519/18 523/20
**THE CLERK: [5]** 403/1 403/5 403/10 508/22 508/25
**THE COURT: [115]** 279/7 280/9 280/13 280/24 281/7 282/5 282/7 282/9 282/12 282/19 283/3 283/22 283/25 284/12 284/19 285/2 285/7 285/12 285/24 286/5 295/24 298/6 299/16 299/19 299/25 300/4 300/9 308/25 316/2 316/6 316/14 316/19 316/24 317/4 332/13 332/20 332/23 333/5 333/10 333/13 333/23 334/8 334/10 399/14 399/22 400/2 400/5 400/9 400/18 400/24 401/3 401/24 402/9 402/12 402/24 403/15 413/2 413/10 421/13 424/21 427/25 429/21 432/21 434/10 436/3 438/14 439/22 441/10 445/2 447/11 448/6 450/21 452/15 453/18 455/16 457/15 458/16 460/3 461/16 464/2 465/7 466/17 471/12 472/17 475/11 475/15 475/21 475/24 482/19 482/23 482/25 502/15 508/14 508/19 508/23 509/2 509/5 510/24 514/6 514/10 514/13 514/18 515/18 516/25 519/14 519/20 523/22 524/1 524/8 524/10 524/16 525/5 525/10 525/18 525/21
**THE REPORTER: [1]** 309/9
**THE WITNESS: [9]** 286/8 299/18 306/6 309/10 331/1 403/3 458/22 476/2 523/24

**$**

**$3,500 [1]** 488/25
**$300 [1]** 321/19
**$50,000 [1]** 492/4
**$500,000 [1]** 488/8

**'**

**'359 [3]** 288/10 289/15 289/18
**'608 [1]** 288/12
**'672 [1]** 289/19
**'893 [7]** 288/17 288/18 288/21 288/25 289/4 289/11 298/12
**'91 [1]** 336/9

**.**

**.07 [3]** 497/10 497/14 500/1
**.07 percent [3]** 497/10 497/14 500/1

**/**

**/s [1]** 526/7

**0**

**0.1 milliliters [1]** 424/16
**0.1-milliliter [1]** 470/13
**0.5 milliliters [1]** 442/10
**0000075 [1]** 330/4
**00002114 [1]** 363/5
**00033997 [1]** 395/6
**00034042 [1]** 394/14
**00034045 [1]** 302/25
**00034046 [1]** 303/1
**00034125 [1]** 356/25
**00034127 [1]** 357/5
**00034237 [2]** 304/7 393/11
**00034244 [3]** 281/19 304/13 394/6
**00034284 [1]** 395/17
**00035213 [1]** 371/5
**00036040 [1]** 305/20
**00036078 [1]** 387/19
**00037002 [1]** 372/15
**00039455 [1]** 397/1
**00062556 [1]** 371/13
**0034107 [1]** 356/17
**004 [1]** 374/7
**00573876 [2]** 307/7 384/1
**036035 [1]** 389/10
**037106 [1]** 386/25
**037286 [1]** 385/24
**038926 [1]** 387/14
**04-3739 [1]** 361/20
**043736 [1]** 361/6
**043799 [1]** 315/6
**043806 [1]** 315/4
**043818 [1]** 311/19
**043865 [1]** 311/19

**1**

**1 milliliter [1]** 442/14
**1 million [2]** 410/17 415/2
**1 percent [2]** 407/8 410/12
**1,000 [1]** 488/25
**10 [6]** 288/13 288/14 354/9 356/6 386/7 417/15
**10 milligrams [3]** 358/4 358/9 366/21
**10 milliliters [1]** 442/6
**100 [7]** 360/5 397/23 442/8 452/4 489/3 489/9 515/22
**100 microliters [2]** 328/1 442/9
**100 percent [2]** 384/19 384/20
**1020 [4]** 460/10 461/10 461/14 461/17
**1026 [4]** 458/25 459/22 460/1 460/4
**1058 [5]** 465/15 466/10 466/12 466/15 466/18
**1062 [4]** 464/9 465/1 465/5 465/8
**107 [3]** 302/24 302/24 356/19
**1074 [3]** 471/15 472/15 472/18
**108 [2]** 302/24 302/25
**11 [4]** 305/19 306/5 356/1 422/5
**11 minutes [1]** 333/21
**1109 [3]** 438/20 439/20 439/23
**1121 [3]** 447/14 448/4 448/7
**113 [1]** 304/4
**1148 [3]** 427/1 427/23 428/1
**116 [1]** 304/12
**1165 [3]** 419/2 421/11 421/14
**1166 [3]** 473/10 475/9 475/12
**1182 [3]** 454/6 455/14 455/17
**1183 [7]** 452/16 452/19 452/20 453/12 453/16 453/19 481/20
**1188 [3]** 437/7 438/12 438/15
**1194 [4]** 431/19 431/21 432/19 432/22
**1197 [3]** 428/3 429/19 429/22
**12 [10]** 306/4 306/4 356/16 418/8 424/11 424/24 482/9 485/13 485/18 490/6
**12 hours [1]** 479/19
**12 minutes [1]** 333/22
**12 percent [1]** 433/21
**12 seconds [1]** 333/18
**12.5 percent [1]** 498/1
**120 [2]** 307/6 498/5
**1264 [4]** 457/18 458/9 458/14 458/17
**13 [6]** 356/23 357/8 357/20 417/8 425/1 449/21
**13 percent [1]** 498/22
**1350 [5]** 507/21 508/17 510/22 510/25 511/1

**1**

**1350.0019 [1]** 508/5
**1354 [4]** 508/16 516/21 519/11 519/15
**1359 [3]** 435/1 436/1 436/4
**1360 [3]** 443/22 444/25 445/3
**1361 [3]** 446/15 447/9 447/12
**1362 [3]** 470/17 471/10 471/13
**1364 [3]** 480/15 482/16 482/20
**1366 [3]** 439/25 441/8 441/11
**1369 [2]** 451/2 452/13
**1370 [4]** 456/12 457/9 457/13 457/16
**1372 [3]** 448/20 450/19 450/22
**138 [1]** 305/18
**1383 [3]** 412/18 412/25 413/3
**139 [1]** 306/3
**14 [7]** 279/12 357/3 357/16 357/18 357/25 425/8 451/16
**14 minutes [1]** 517/21
**15 [8]** 307/6 332/21 361/2 369/19 429/24 434/13 475/4 476/12
**15 minutes [2]** 300/7 475/19
**15-plus [1]** 411/17
**1500 [1]** 404/10
**16 [3]** 363/5 400/16 430/1
**17 [3]** 366/20 371/4 436/6
**17 minutes [1]** 479/8
**17 seconds [1]** 333/19
**18 [7]** 361/23 363/13 370/4 371/11 373/1 386/7 441/13
**18 hours [1]** 418/8
**180 [4]** 498/8 498/15 499/15 500/3
**189-page [1]** 295/10
**18th [2]** 373/3 373/3
**18th of [1]** 451/9
**19 [6]** 296/3 296/7 361/9 372/15 446/3 507/19
**19 percent [3]** 474/9 475/6 521/16
**19 seconds [1]** 333/15
**19.4 percent [1]** 474/13
**1940 [3]** 297/22 297/24 391/1
**1940s [1]** 391/5
**1960s [2]** 425/11 426/21
**1968 [3]** 427/7 427/12 427/18
**197 [1]** 356/4
**1977 [1]** 430/6
**1980s [2]** 426/21 441/19
**1984 [4]** 318/3 428/10 429/3 429/14
**1985 [1]** 318/8
**1986 [1]** 405/21
**1987 [3]** 334/23 340/7 390/16
**1989 [1]** 318/8
**1990 [3]** 296/15 334/23 336/2
**1991 [3]** 296/21 337/11 337/18
**1996 [3]** 435/16 435/18 439/3
**1997 [4]** 319/19 425/24 434/14 438/8
**1998 [2]** 296/10 440/5
**1999 [3]** 431/24 440/20 441/4
**1:08 [1]** 399/18
**1st [4]** 351/6 351/9 351/10 391/12

**2**

**2 mils [3]** 358/4 358/10 366/21
**2.5 milligrams [1]** 517/6
**2.5-milligram [1]** 515/22
**20 [7]** 344/12 369/19 396/9 410/24 449/5 449/6 452/18
**20 milliliters [1]** 314/5
**20 percent [4]** 407/8 509/19 510/13 521/18
**20 seconds [1]** 333/22
**20 years [4]** 391/9 417/11 476/12 477/2
**200 [24]** 335/14 335/15 336/17 337/9 338/4 338/4 342/21 346/16 346/23 346/25 347/4 347/6 353/25 358/12 366/9 374/25 375/3 375/6 377/18 380/15 386/9 386/13 386/17 452/4
**2000 [2]** 363/13 388/14
**2001 [6]** 296/24 307/23 433/5 444/3 444/4 444/6
**2002 [1]** 445/23
**2003 [1]** 405/2
**2004 [3]** 487/19 488/8 489/2
**2005 [5]** 336/9 337/11 337/19 349/4 454/21
**2006 [32]** 290/2 296/15 301/13 330/24 337/23 337/24 338/16 341/4 341/23 343/16 343/24 345/9 345/10 346/9 347/11 347/13 348/6 348/11 350/11 350/25 353/15 353/19 354/14 354/20 356/6 391/12 445/10 445/23 456/19 458/1 458/2 458/4
**2007 [34]** 287/10 287/14 288/3 304/6 305/20 310/6 311/23 320/6 320/7 328/5 329/19 330/8 330/21 361/9 373/1 373/24 393/23 396/9 425/2 425/15 425/16 426/1 426/17 446/5 446/13 446/21 447/2 447/23 448/10 464/14 468/13 468/16 478/14 494/11
**2008 [5]** 292/8 363/13 370/4 449/8 449/17
**2009 [8]** 292/4 292/7 294/3 447/18 448/9 462/2 462/4 464/18
**201 [1]** 503/5
**2010 [1]** 310/6
**2011 [1]** 411/15
**2013 [1]** 411/19
**2015 [3]** 454/21 518/3 522/12
**2016 [1]** 435/6
**2017 [1]** 454/12
**2018 [1]** 451/9
**201821047778 [1]** 451/7
**2019 [15]** 411/13 422/23 425/13 426/18 449/5 449/20 449/23 454/2 473/1 473/17 478/18 478/22 480/11 484/19 484/19
**2020 [5]** 411/21 465/17 478/11 484/17 508/3
**2021 [8]** 419/7 421/6 424/2 470/23 471/19 472/8 472/9 480/18
**2022 [6]** 287/18 287/23 444/9 468/9 468/12 478/11
**2023 [1]** 277/12
**21 [1]** 455/19
**21-1229-JLH [1]** 277/5
**2120 [2]** 399/9 400/12
**2134 [3]** 288/13 399/9 400/12
**22 [3]** 383/25 456/1 518/15
**2208 [1]** 289/15
**2211 [2]** 288/7 288/9
**2251 [5]** 290/1 445/5 515/17 516/23 517/1
**2252 [4]** 461/21 463/21 463/25 464/3
**2253 [3]** 292/3 295/22 295/25
**2294 [2]** 288/17 289/6
**22nd of [1]** 456/19
**23 [6]** 385/23 392/21 392/24 506/7 519/25 520/9
**2310 [2]** 315/24 316/3
**2311 [2]** 315/24 316/3
**2356 [3]** 432/24 434/8 434/11
**2375 [3]** 495/25 502/13 502/16
**2392 [2]** 333/1 333/6
**24 [9]** 317/1 386/23 456/13 457/10 501/13 507/2 523/1 523/14 523/18
**24 hours [5]** 417/20 510/12 520/22 521/14 521/18
**24 percent [2]** 433/24 498/20
**24 seconds [1]** 333/16
**24-minute [1]** 317/5
**24.4 percent [1]** 498/4
**2418 [2]** 399/9 400/12
**2419 [2]** 399/9 400/12
**2420 [3]** 308/23 309/1 525/8
**2421 [3]** 308/23 309/1 525/8
**2422 [3]** 399/8 400/10 525/9
**2423 [2]** 399/8 400/10
**2424 [2]** 399/8 400/11
**2425 [2]** 399/8 400/11
**2426 [2]** 399/8 400/11
**2427 [2]** 399/8 400/11
**2429 [5]** 282/13 308/23 309/1 399/9 400/12
**2430 [4]** 282/15 282/17 399/9 400/11
**2431 [2]** 399/9 400/12
**2432 [2]** 399/10 400/12
**2434 [2]** 399/7 400/10
**2437 [2]** 399/8 400/11
**2439 [2]** 399/7 400/10
**2440 [3]** 399/7 400/10 525/9
**2441 [2]** 399/7 400/10
**2446 [2]** 308/23 309/1
**2447 [2]** 308/23 309/2
**2448 [2]** 399/9 400/12
**2455 [2]** 399/8 400/11
**2456 [2]** 399/9 400/11
**2465 [2]** 399/10 400/12
**25 [6]** 354/14 387/14 411/14 433/24 457/18 458/10
**2507 [2]** 399/8 400/11
**2531 [2]** 308/23 309/2
**26 [2]** 387/18 458/21
**28 [2]** 389/8 460/6
**28,000 [1]** 499/13
**29 [3]** 307/23 400/17 461/11
**29 percent [1]** 455/7
**29,000 [1]** 496/12
**296 [1]** 396/6
**29th [1]** 329/19
**2:00 p.m [1]** 399/19
**2:20 [1]** 279/23

**3**

**3,350 [1]** 393/2
**3.3.2 [1]** 419/11
**3.4 [1]** 420/1
**3.4 million [1]** 410/13
**30 [7]** 304/6 352/7 353/15 353/19 393/10 410/24 497/24
**30 percent [2]** 411/14 475/4
**30 years [1]** 366/13
**300 [9]** 293/16 347/5 355/8 355/13 358/12 375/3 375/7 377/18 380/15
**300 degrees [1]** 377/13
**3003 [1]** 520/3
**3004 [1]** 520/3
**3005 [8]** 423/21 424/19 424/22 502/10 519/23 520/1 520/2 520/4
**3005.0022 [1]** 502/24
**30s [1]** 417/12
**31 [4]** 281/18 394/6 461/21 463/22
**32 [1]** 394/13
**33 [1]** 395/5
**34077 [1]** 354/10
**34126 [1]** 357/21
**34197 [1]** 356/2
**347 [1]** 516/7
**35 [1]** 395/16

**3**

**350 [19]** 286/21 287/11 287/15 290/12 305/8 305/12 312/17 314/10 323/11 323/12 324/20 325/4 358/5 358/13 360/6 362/15 366/9 372/10 380/16
**354 [2]** 294/4 349/25
**35492 [1]** 349/23
**35496 [1]** 352/25
**35511 [1]** 353/10
**36 [2]** 395/25 404/4
**36.9 [1]** 498/7
**360 [1]** 498/11
**37 [3]** 396/25 400/17 472/20
**37.3 percent [1]** 507/6
**37.7 percent [1]** 375/8
**37005 [1]** 383/3
**3739 [1]** 361/20
**39 [2]** 475/14 477/12
**39 percent [1]** 521/20
**394:19 [1]** 281/13
**395:02 [1]** 281/13
**3rd [1]** 360/25

**4**

**4 milligrams [1]** 360/5
**4,100 [1]** 454/20
**40 [1]** 506/1
**400 [13]** 325/4 347/5 355/8 355/14 368/1 372/10 375/3 375/10 377/18 378/6 380/15 385/5 393/2
**41 [1]** 279/13
**43741 [1]** 361/22
**44 [1]** 400/16
**44 percent [1]** 454/22
**44 seconds [1]** 333/22
**45 [1]** 480/20
**46 [2]** 317/2 505/1
**46.3 percent [4]** 504/20 505/20 506/2 507/9
**49 hours [1]** 479/23
**4:00 [1]** 475/22
**4th [3]** 351/2 351/7 352/2

**5**

**5 milligrams [9]** 424/16 503/9 505/4 505/7 505/13 505/14 505/16 505/17 515/25
**5 milliliters [1]** 442/13
**5,397,771 [1]** 386/24
**5-milligram [5]** 442/6 506/5 516/8 516/15 517/10
**50 [5]** 485/1 485/18 489/3 489/9 495/23
**50 milligrams [2]** 368/5 442/5
**50 percent [1]** 420/10
**50 years [1]** 297/25
**50-50 [2]** 485/1 485/18
**50/50 [1]** 495/23
**505 [1]** 517/16
**52 [2]** 401/1 401/5
**53.7 percent [1]** 504/11
**58 percent [1]** 521/19
**5:07 [1]** 525/23
**5s [1]** 359/17

**6**

**6 percent [1]** 497/23
**6.4 percent [1]** 497/23
**6.8 percent [1]** 500/20
**60 [1]** 498/2
**608 [1]** 386/16
**62 percent [3]** 509/17 510/10 510/11
**62556 [1]** 371/15
**63 percent [3]** 498/15 499/14 500/2
**65 percent [1]** 498/11
**69 [1]** 496/17

**7**

**7 percent [1]** 455/5
**70 percent [3]** 420/8 521/8 521/8
**71 [1]** 518/8
**72.2 percent [1]** 375/12
**72.5 [1]** 516/16
**741 [1]** 361/22
**75 [1]** 330/23

**8**

**8 percent [1]** 455/2
**8.2 percent [1]** 501/4
**80 [1]** 331/15
**80 percent [2]** 521/7 521/8
**805 [1]** 315/6
**807 [1]** 315/4
**820 [3]** 311/24 312/1 312/3
**844 [1]** 277/16
**848 [1]** 313/12
**849 [1]** 313/12
**85 [2]** 289/21 289/22
**87 [1]** 388/14
**878 [1]** 307/19
**883 [1]** 308/4
**885 [1]** 307/12

**9**

**9.0 percent [1]** 501/1
**9.7 percent [1]** 500/23
**90 [1]** 412/17
**90 microliters [1]** 517/7
**998 [1]** 290/15
**9:30 [2]** 277/12 279/5

**A**

**A. [1]** 300/14
**a.m [2]** 277/12 279/5
**ability [1]** 324/23
**able [16]** 310/20 322/18 344/23 381/13 385/18 389/18 397/22 399/25 402/7 411/2 431/8 511/17 511/21 512/3 512/13 512/24
**about [156]** 284/2 284/20 284/21 284/25 285/4 285/5 285/10 285/16 286/20 287/19 287/24 288/9 289/7 289/11 289/14 290/16 290/21 290/24 291/20 294/13 295/9 296/19 296/23 297/5 298/12 298/19 298/22 299/6 300/6 305/8 305/11 309/5 310/6 314/22 319/23 320/13 329/18 330/15 331/4 338/22 338/24 340/18 341/4 341/21 344/17 348/10 351/17 355/7 355/12 355/19 355/23 366/24 368/22 369/1 370/10 376/14 376/23 377/14 377/20 377/21 378/1 378/3 378/4 381/6 381/10 382/6 382/10 383/8 383/16 383/19 385/21 387/11 388/1 402/13 404/23 405/16 406/7 407/7 407/8 410/12 410/13 410/15 410/17 410/24 412/15 412/17 413/16 415/1 415/2 417/14 420/2 420/8 420/8 420/13 422/5 427/12 427/19 428/16 430/1 431/5 432/5 433/10 434/16 435/12 435/20 436/6 438/4 439/8 440/11 442/8 444/15 445/17 447/2 447/23 450/7 451/17 452/4 455/2 455/5 455/7 459/11 460/18 462/6 465/20 467/6 468/22 468/23 471/3 471/25 473/2 475/19 477/13 479/8 479/9 482/2 482/7 482/10 488/17 492/19 493/17 493/17 493/18 497/18 501/21 510/7 512/16 518/18 520/12 520/20 521/19 521/20 521/22 521/24 522/13 522/16 525/12
**above [3]** 506/24 506/24 520/12
**absence [3]** 377/13 467/1 503/23
**absolutely [4]** 299/21 313/18 314/24 326/16
**absorb [1]** 442/15
**absorbed [6]** 439/16 461/25 479/6 513/4 513/14 513/23
**absorption [5]** 432/15 460/21 513/5 513/7 516/18
**abstract [5]** 357/22 357/22 357/23 358/1 358/2
**abuse [1]** 440/17
**academia [1]** 405/25
**academic [4]** 296/18 296/20 409/2 412/6
**accept [3]** 326/13 399/2 470/13
**acceptable [13]** 322/4 322/13 326/7 328/8 362/6 362/8 362/16 434/22 439/17 482/8 516/18 518/13 519/9
**accepted [1]** 441/2
**access [4]** 408/25 429/13 437/22 477/8
**according [3]** 313/13 352/20 454/17
**accurate [24]** 307/17 329/5 370/24 412/22 484/22 485/18 485/23 486/7 487/1 487/20 488/2 488/10 488/11 488/13 488/22 488/25 490/18 491/7 491/14 492/2 492/5 492/8 493/24 526/5
**achieve [3]** 393/3 505/20 517/10
**achieved [1]** 504/22
**Acorda [4]** 456/6 460/9 460/12 460/13
**acquiring [1]** 286/23
**across [11]** 319/14 319/18 337/21 342/13 350/24 351/7 351/9 352/8 390/10 391/11 392/19
**acting [1]** 447/24
**action [4]** 433/15 433/17 513/3 513/20
**active [8]** 291/24 331/18 362/24 365/10 474/24 474/24 475/4 486/4
**activities [4]** 302/20 324/15 407/2 412/4
**activity [6]** 311/4 422/17 422/19 424/9 449/8 465/24
**acts [1]** 523/9
**actual [4]** 322/2 322/10 360/7 370/16
**actually [10]** 296/17 297/15 323/6 334/2 336/25 363/17 395/11 497/14 507/19 512/19
**acute [76]** 287/4 404/6 407/9 410/3 413/7 413/17 413/21 417/14 417/15 418/3 418/11 418/15 418/24 419/12 419/18 420/4 420/20 420/22 421/3 421/5 421/16 421/18 421/24 422/9 423/15 423/19 424/7 424/9 425/4 425/6 425/9 425/17 426/13 426/16 426/23 427/6 427/12 427/14 428/16 428/19 429/15 430/8 431/23 432/6 432/10 433/18 434/24 435/21 436/10 436/20 438/24 439/11 441/5 442/1 444/1 446/2 446/8 446/13 449/19 453/10 453/24 455/24 467/7 467/8 471/7 473/7 474/3 478/21 481/9 481/13 482/13 494/14 499/3 511/7 511/24 511/25
**ad [1]** 296/16
**ADAM [1]** 278/7
**add [5]** 297/20 345/3 349/16 507/18 520/17
**added [4]** 346/2 367/7 421/8 423/12
**adding [2]** 346/4 380/1
**addition [3]** 405/10 450/24 491/25

**A**
**additional [6]** 294/16 296/13 297/2 305/7 358/5 524/13
**address [11]** 285/20 350/7 353/13 354/6 354/13 356/8 356/21 388/4 393/16 395/9 395/23
**addressed [5]** 280/11 393/21 394/18 395/22 472/21
**addresses [1]** 413/25
**adds [2]** 442/24 514/25
**adequate [5]** 494/13 494/20 494/25 495/7 495/15
**adequately [2]** 415/2 415/4
**adhesion [1]** 340/16
**adhesive [1]** 379/10
**ADIS [1]** 464/11
**adjustments [2]** 279/16 302/2
**administer [14]** 421/22 422/1 423/8 423/10 428/24 429/10 429/12 430/12 433/14 437/13 440/18 442/9 505/6 512/13
**administered [26]** 287/4 367/11 428/21 429/4 432/17 434/22 436/17 438/7 443/5 443/13 443/20 447/25 452/6 462/18 463/17 493/18 504/14 504/20 506/3 507/2 511/15 511/15 511/19 512/19 516/1 522/8
**administering [4]** 431/6 442/9 442/19 442/22
**administration [37]** 287/19 308/18 320/25 428/6 428/22 428/23 429/5 432/5 432/13 433/3 433/11 437/6 437/8 438/9 439/9 439/11 439/18 440/12 440/15 441/21 441/22 441/25 442/25 443/10 443/15 444/16 444/18 445/20 447/3 450/12 451/18 451/22 472/4 506/15 508/11 520/23 521/1
**administrative [1]** 405/8
**admired [1]** 314/7
**admission [3]** 400/7 502/13 516/23
**admit [41]** 282/23 295/21 308/23 315/24 315/24 333/2 333/5 384/24 399/7 412/24 421/11 424/19 427/23 429/19 432/19 434/8 436/1 438/12 439/20 441/8 444/25 447/9 448/4 450/19 452/13 453/16 455/14 457/13 458/14 460/1 461/14 463/25 465/5 466/15 471/10 472/15 475/9 482/15 510/22 519/11 525/6
**admitted [82]** 295/24 295/25 308/25 309/2 316/2 316/3 333/6 399/16 400/9 400/13 413/2 413/3 421/13 421/14 424/21 424/22 427/25 428/1 429/21 429/22 432/21 432/22 434/10 434/11 436/3 436/4 438/14 438/15 439/22 439/23 441/10 441/11 445/2 445/3 447/11 447/12 448/6 448/7 450/21 450/22 452/15 452/16 453/18 453/19 455/16 455/17 457/15 457/16 458/16 458/17 460/3 460/4 461/16 461/17 464/2 464/3 465/7 465/8 466/17 466/18 471/12 471/13 472/17 472/18 475/11 475/12 482/19 482/20 502/15 502/16 507/20 508/25 509/1 509/2 510/24 510/25 516/22 516/25 517/1 519/14 519/15 524/23
**adolescents [2]** 404/14 437/3
**adult [4]** 428/7 447/16 454/10 459/8
**adults [4]** 404/14 437/2 440/4 444/1
**advantage [1]** 324/22
**advantages [2]** 324/20 440/24
**adversely [3]** 420/10 421/1 479/17
**advised [1]** 509/3
**advisory [4]** 435/14 435/15 435/18 435/22
**advocate [4]** 326/20 326/24 327/6 327/7
**affect [7]** 345/4 345/5 415/6 418/3 419/13 422/14 422/15
**affected [3]** 351/22 420/9 473/3
**affecting [2]** 419/18 422/17
**affects [3]** 349/11 407/7 410/12
**affirmative [2]** 299/23 400/21
**affirmatively [1]** 401/7
**affirmed [1]** 403/8
**afraid [2]** 418/10 418/14
**after [58]** 279/16 286/2 286/23 292/10 300/19 300/21 300/23 309/16 317/24 318/2 336/2 336/2 339/10 351/11 351/19 367/8 388/6 399/17 401/10 407/7 407/9 407/23 410/3 415/25 417/10 418/8 430/17 431/1 433/2 433/20 433/22 433/25 434/5 436/14 438/8 440/15 462/4 478/12 478/13 479/11 479/15 479/19 485/9 492/8 495/10 495/12 495/15 495/19 503/6 505/11 506/14 506/17 507/2 508/2 508/11 515/10 520/22 520/25
**afternoon [3]** 402/21 403/17 475/17
**afterwards [1]** 359/22
**again [43]** 285/8 286/18 288/21 318/21 319/7 319/25 320/1 321/23 322/7 323/7 327/18 331/1 332/1 339/2 339/7 352/10 354/18 354/22 361/2 374/9 377/20 400/7 415/1 416/19 418/20 426/5 430/20 456/9 462/25 463/4 463/6 464/23 466/7 492/9 493/5 493/10 495/14 501/10 505/25 508/7 508/15 510/4 515/10
**against [3]** 284/10 332/5 431/9
**age [7]** 404/11 417/7 424/11 450/11 482/9 485/14 510/3
**agenda [2]** 306/8 324/21
**agent [2]** 354/23 428/20
**agents [1]** 294/19
**ago [2]** 329/9 372/19
**agree [47]** 297/16 306/24 325/2 325/5 326/10 328/22 329/20 330/22 331/2 362/7 371/25 372/1 380/22 390/5 396/5 396/10 396/18 396/19 462/10 467/16 469/1 485/6 485/11 485/21 494/8 494/12 494/17 495/9 495/13 496/13 499/16 499/23 501/7 502/4 502/7 509/25 510/9 511/22 512/11 512/14 512/22 513/13 515/21 516/19 517/9 517/24 519/3
**agreed [4]** 316/9 362/22 399/1 399/3
**agreeing [2]** 328/25 331/4
**agreement [7]** 303/18 303/19 303/23 303/25 399/2 458/3 514/8
**agreements [1]** 525/1
**Agust [1]** 357/12
**ahead [2]** 281/8 524/20
**ahold [1]** 343/10
**aid [1]** 404/16
**aim [2]** 353/25 427/14
**aimed [1]** 449/14
**aiming [1]** 410/2
**alcohol [1]** 299/12
**Aldrich [1]** 288/2
**alert [1]** 279/23
**ALEXA [1]** 277/23
**all [77]** 279/8 279/10 283/3 284/1 285/24 285/25 294/25 295/8 295/17 296/15 306/10 308/25 315/15 315/16 321/8 326/21 332/20 333/5 338/10 345/3 345/9 347/23 347/23 358/3 358/8 360/16 362/2 369/9 369/12 375/14 376/3 376/9 378/15 381/1 385/19 388/19 394/24 396/20 396/21 399/15 399/23 400/7 401/20 401/24 402/12 407/6 407/16 408/9 408/9 408/22 408/24 409/24 413/10 415/15 416/5 416/21 417/6 417/9 417/12 421/21 425/11 436/18 438/1 459/3 475/25 494/1 494/21 501/11 511/24 518/19 523/4 523/23 524/1 524/10 524/16 525/10 525/21
**allow [2]** 372/5 449/12
**allows [3]** 407/11 423/3 486/9
**alluded [1]** 282/24
**almost [5]** 309/20 313/14 325/14 504/14 521/17
**alone [4]** 345/18 346/14 346/20 489/19
**along [1]** 495/6
**already [17]** 279/10 284/2 295/11 313/24 324/16 329/3 351/2 376/14 382/6 384/10 436/7 495/18 495/21 501/16 502/4 507/20 516/22
**also [84]** 282/15 284/16 288/24 289/19 291/15 291/17 304/11 315/5 319/11 324/3 335/8 337/1 337/11 339/6 345/22 357/3 368/5 387/7 390/12 392/2 401/18 401/22 405/2 405/4 406/12 406/24 406/25 408/15 409/25 412/6 412/11 413/24 414/15 415/19 420/6 421/21 423/13 424/9 426/5 432/12 434/20 437/5 439/12 439/15 440/25 442/21 444/19 449/3 450/6 452/18 456/17 472/5 474/21 480/25 482/8 483/11 483/14 483/17 483/24 484/2 484/11 488/12 488/21 489/5 490/21 491/13 491/13 491/15 492/1 501/14 503/1 511/3 512/8 512/12 513/7 513/15 517/9 517/15 519/11 520/5 521/22 521/24 522/12 522/16
**altered [3]** 414/10 414/10 430/13
**alternative [4]** 439/17 447/4 450/9 472/3
**alternatives [1]** 440/21
**although [6]** 297/4

**A**

**although... [5]** 298/3 316/12 489/4 493/20 513/6
**Altogether [1]** 516/3
**always [6]** 289/2 312/25 313/7 314/8 366/19 490/25
**am [38]** 311/17 315/3 315/5 353/22 377/17 378/23 382/19 383/21 394/19 395/3 398/6 398/6 398/19 403/21 403/24 404/25 405/13 406/20 409/23 409/23 409/25 412/11 443/17 444/6 462/5 467/15 469/6 487/2 487/4 487/7 487/12 487/12 487/16 496/8 497/18 499/19 510/6 512/1
**ambulance [2]** 421/25 429/2
**ambulances [1]** 429/8
**amendment [1]** 315/9
**America [1]** 480/25
**American [3]** 407/5 407/16 480/23
**among [4]** 335/25 347/7 349/21 440/14
**amount [9]** 313/6 313/7 321/18 335/5 346/1 371/24 374/21 384/18 442/17
**amounts [1]** 384/15
**Analgesia [1]** 445/9
**analysis [4]** 369/18 408/7 408/8 475/2
**analytical [4]** 319/15 320/2 320/20 324/12
**analyzed [1]** 408/7
**analyzing [3]** 369/7 369/7 369/8
**Andrews [1]** 318/7
**Anesthesia [1]** 445/9
**angle [1]** 394/23
**ANIL [1]** 278/6
**animal [6]** 335/6 359/14 359/22 359/23 359/25 360/14
**animals [1]** 359/2
**announcement [2]** 460/12 460/12
**another [28]** 284/6 292/1 293/9 327/22 330/7 330/17 336/19 337/8 364/23 408/8 425/21 428/3 428/5 432/24 439/25 440/2 456/5 456/6 456/7 456/8 457/20 471/15 478/4 478/8 505/17 512/16 515/11 521/13
**answer [17]** 328/4 328/19 339/2 339/7 342/12 348/22 359/24 360/1 379/1 385/14 385/17 491/23 501/20 505/25 514/14 514/16 525/13
**answered [2]** 339/1 339/6
**anti [3]** 292/5 414/22 414/23
**Anti-Epileptic [1]** 292/5
**anti-seizure [2]** 414/22 414/23
**anticipated [1]** 402/6
**anticipation [2]** 401/19 401/23
**antiseizure [2]** 475/5 476/25
**anxiety [2]** 464/16 464/20
**any [52]** 287/18 287/24 287/24 288/14 289/11 298/7 301/8 302/19 303/13 303/15 305/9 305/15 305/16 310/23 313/10 321/3 324/13 324/19 328/14 328/15 328/16 331/9 335/23 339/17 346/12 346/24 352/2 363/14 364/5 364/7 377/4 382/23 391/17 417/23 425/16 425/17 425/25 426/12 426/16 429/14 440/21 441/4 443/12 446/8 448/17 450/25 462/3 462/21 483/4 490/9 490/13 523/20
**anybody [1]** 356/14
**anymore [2]** 379/21 484/13
**anyone [3]** 328/10 328/13 356/11
**anything [10]** 282/20 283/14 285/20 340/17 383/12 383/18 405/11 434/15 524/18 525/18
**anywhere [1]** 370/6
**apart [2]** 416/24 497/17
**API [1]** 365/10
**Apparently [2]** 303/22 306/2
**appear [2]** 289/3 290/12
**APPEARANCES [2]** 277/21 278/2
**appears [1]** 307/16
**application [53]** 288/9 289/14 289/18 307/21 307/22 310/24 313/10 350/16 350/19 350/21 350/22 351/20 352/1 352/15 356/13 357/24 359/18 360/16 360/22 361/16 361/21 362/9 362/20 362/21 363/12 363/23 363/24 364/2 366/10 367/8 370/3 370/4 370/24 378/25 386/5 386/16 387/10 387/12 389/15 389/17 389/17 390/11 390/15 391/9 392/20 395/13 425/13 446/1 451/5 451/6 451/8 451/11 451/14
**applications [2]** 314/9 360/9
**applied [3]** 407/19 426/8 451/24
**apply [3]** 306/13 314/5 514/24
**appointment [1]** 406/24
**approach [7]** 282/8 299/19 306/14 306/18 403/13 480/16 482/24
**approached [1]** 487/22
**appropriate [1]** 399/17
**approval [16]** 323/23 324/3 328/9 426/18 434/14 434/15 436/15 438/8 449/13 454/2 468/8 468/11 478/12 492/8 495/16 510/18
**approved [37]** 287/8 304/23 305/3 305/4 310/21 331/19 393/24 410/25 411/13 422/8 422/22 424/5 425/12 425/23 425/25 429/14 441/4 441/19 441/23 446/9 450/9 461/8 468/20 469/9 469/12 471/8 472/25 473/1 478/10 478/21 491/1 492/11 492/13 494/3 495/3 495/18 508/1
**approves [1]** 463/15
**approximately [11]** 300/4 301/11 301/15 317/1 337/25 404/4 414/25 489/3 489/4 490/6 495/22
**aqueous [4]** 291/4 291/23 397/13 445/19
**Aquestive [1]** 476/23
**Archer [2]** 526/7 526/8
**Archimedes [7]** 456/10 465/10 465/18 465/20 465/22 466/3 466/5
**Archimedes' [1]** 466/22
**Archives [1]** 444/3
**are [222]** 279/15 279/17 280/4 283/18 283/19 284/19 285/8 285/18 286/6 288/23 288/24 294/17 295/2 295/4 295/4 295/13 295/15 295/15 296/13 296/25 297/2 299/9 299/11 300/15 305/3 306/24 307/4 308/25 310/22 314/2 316/11 317/15 321/6 324/10 325/12 325/13 325/14 325/21 326/1 326/2 327/4 328/8 331/7 334/4 336/16 342/9 342/10 344/4 347/23 348/14 348/14 349/11 349/19 355/7 355/8 355/12 357/11 357/21 358/18 362/5 366/3 366/4 366/5 367/15 367/21 368/15 368/25 369/6 369/7 369/7 369/8 369/25 370/12 372/23 373/19 374/12 375/3 375/18 376/2 376/6 376/7 377/8 377/19 378/3 378/10 378/12 378/15 379/6 379/20 379/22 380/1 380/7 380/16 380/22 381/4 381/12 381/12 382/4 382/9 382/12 382/16 382/17 382/18 382/23 383/21 385/22 387/19 389/3 389/25 389/25 390/2 390/8 390/8 392/1 392/1 392/2 392/6 392/9 392/10 392/11 394/13 394/23 396/11 396/14 397/20 398/3 398/4 398/6 398/22 402/7 403/23 404/14 404/21 404/22 407/17 407/18 407/25 408/21 408/22 408/23 410/19 410/23 410/24 411/3 413/19 414/23 414/25 415/2 417/15 417/16 417/25 418/15 419/13 421/17 422/12 422/13 424/10 427/19 430/14 436/19 437/3 439/10 442/21 449/14 456/21 459/4 462/3 462/21 463/10 469/3 474/16 474/23 475/25 476/19 476/21 478/3 479/3 479/21 481/9 481/12 483/4 485/4 485/13 487/5 487/6 487/9 487/10 487/13 488/12 488/16 488/17 490/24 492/12 492/13 493/21 494/1 496/7 497/15 497/16 499/5 499/13 499/25 501/10 501/13 501/16 503/16 503/19 504/24 505/3 507/14 512/2 514/14 516/9 517/3 517/18 518/19 519/5 521/10 522/22 525/1 525/7 525/15
**aren't [1]** 415/4
**argue [2]** 402/7 492/19
**arguing [1]** 285/9
**argument [2]** 281/7 285/16
**argument's [1]** 523/15
**arm [1]** 416/18
**around [20]** 296/10 323/22 330/8 330/21 330/23 391/5 398/3 398/5 398/7 398/9 398/17 398/19 399/14 411/11 416/7 423/8 429/7 446/13 458/11 475/19
**ARS [16]** 417/22 483/5 483/8 483/11 483/25 484/20 484/25 485/9 485/17 492/22 494/11 494/17 494/23 510/19 511/5 511/13
**art [5]** 287/10 287/14 297/3 402/5 402/6
**Artemis [6]** 452/23 453/2 473/23 473/25 474/2 482/2
**Artemis-1 [6]** 452/23 453/2 473/23 473/25 474/2 482/2
**article [27]** 290/6 292/4 293/21 294/24 419/4 419/14 420/1 421/6 427/12 428/15 432/5 432/25 433/9 439/8 443/25 444/4 444/8 445/16 447/2

**A**

**article... [8]** 447/23 455/8 471/3 471/15 471/25 480/16 502/12 522/12
**articles [3]** 445/22 448/9 472/8
**as [219]** 281/14 282/14 284/9 286/4 287/10 287/14 289/2 291/4 294/18 296/13 299/22 300/11 300/22 301/19 301/21 302/9 302/19 306/5 306/17 306/21 306/22 307/6 308/16 308/16 309/7 310/8 310/15 311/9 311/15 312/4 312/22 313/18 314/3 314/7 314/25 315/1 315/3 315/9 316/20 317/11 317/18 317/19 317/25 318/21 319/4 319/15 319/16 320/5 320/13 320/13 322/14 322/21 323/2 323/5 326/8 326/14 327/11 330/19 331/11 331/17 331/19 333/24 334/12 335/15 335/15 335/18 335/21 338/3 341/6 341/25 341/25 342/20 346/7 346/22 348/9 348/24 349/22 350/3 352/14 352/24 353/9 353/12 353/17 353/17 354/23 355/4 356/8 356/16 356/23 357/3 357/16 358/3 358/3 358/8 358/8 359/24 359/24 361/2 361/21 362/10 362/18 362/19 363/3 363/10 364/24 369/10 369/12 370/4 371/4 371/11 372/14 372/15 373/23 375/23 375/24 376/9 376/9 380/8 383/25 384/17 385/23 386/23 387/13 389/7 390/17 391/8 391/13 391/18 391/24 392/6 392/13 393/10 395/5 395/15 395/16 396/9 397/15 397/24 399/16 403/7 403/8 405/2 405/6 406/10 407/9 409/3 409/6 410/20 410/20 412/9 413/6 413/11 414/16 414/25 418/23 418/23 419/22 421/2 422/13 423/3 424/9 425/2 428/17 428/18 430/4 430/17 432/7 432/8 432/8 434/1 434/1 440/13 442/4 442/7 442/23 450/5 453/8 456/17 462/14 462/17 463/18 464/17 467/19 468/12 469/24 470/6 472/24 476/13 477/7 477/14 477/14 480/9 480/10 485/16 485/16 487/10 489/12 492/4 492/17 493/11 494/19 495/1 495/4 500/1 504/25 507/24 509/23 510/4 510/12 512/13 512/13 513/21 515/4 515/8 517/20 520/24 521/17 522/9 523/2
**ASI [1]** 476/23
**aside [3]** 421/23 462/17 521/23
**ask [3]** 288/21 354/18 505/25
**asked [20]** 286/14 298/11 298/19 302/7 325/7 325/9 326/1 328/2 370/10 491/10 505/22 514/22 514/23 515/10 520/11 521/22 521/24 522/3 522/12 522/16
**asking [21]** 286/15 311/14 326/3 338/24 352/5 362/4 366/12 376/2 376/3 379/2 383/16 383/17 391/22 499/19 499/21 499/21 501/21 505/24 510/6 512/2 512/4
**asks [1]** 373/12
**asleep [1]** 430/18
**aspect [8]** 320/2 323/7 323/9 409/10 409/11 410/1 433/17 481/15
**aspects [6]** 302/13 302/15 324/13 405/15 408/16 487/13
**aspiration [1]** 444/23
**assert [1]** 380/8
**asserted [7]** 401/20 402/8 413/19 477/17 477/21 518/22 518/25
**assess [2]** 302/2 332/5
**assessing [1]** 302/4
**assignment [3]** 322/25 323/4 459/10
**assistant [2]** 406/14 406/20
**assisted [1]** 404/16
**associate [1]** 406/21
**associated [3]** 336/3 406/23 420/6
**assume [2]** 316/8 357/8
**assured [1]** 433/15
**Atlantic [2]** 405/1 405/6
**attached [4]** 282/11 357/18 357/23 373/19
**attaching [2]** 357/21 357/23
**attachment [7]** 280/17 280/19 280/20 303/5 304/15 306/5 357/16
**attachments [1]** 304/16
**attempting [1]** 282/3
**attempts [2]** 388/17 518/20
**attended [1]** 300/21
**attending [2]** 406/13 406/15
**attention [4]** 338/10 343/9 468/4 496/16
**attractive [1]** 472/3
**attributes [1]** 326/8
**attrition [1]** 332/2
**August [3]** 307/23 456/19 458/1
**August 2001 [1]** 307/23
**August 2006 [1]** 456/19
**author [1]** 518/4
**availability [3]** 447/24 452/9 484/15
**available [36]** 355/13 366/5 410/16 410/18 415/3 415/5 426/17 430/5 433/12 441/18 446/5 450/8 451/18 451/21 458/7 461/8 463/15 463/19 463/19 464/24 466/8 467/9 468/17 468/17 468/21 469/19 477/10 481/10 484/5 484/6 484/18 494/10 494/16 494/22 495/12 525/15
**avoid [4]** 374/14 374/18 374/22 375/11
**avoided [1]** 374/11
**aware [22]** 302/15 328/12 328/15 328/25 384/7 436/19 437/3 438/6 443/4 443/17 462/3 466/25 469/3 478/3 487/4 487/5 487/5 487/8 493/21 522/3 522/9 522/11
**Awareness [1]** 435/5
**axis [4]** 506/11 506/14 508/7 508/11

**B**

**B-DCE [1]** 293/8
**bachelor [1]** 318/2
**back [24]** 284/22 284/24 300/24 307/18 309/22 327/12 332/21 351/11 370/21 370/23 399/18 400/22 405/24 411/19 413/13 425/11 429/24 434/13 455/19 466/20 475/22 477/12 481/18 514/21
**background [11]** 300/18 309/13 309/14 317/22 317/23 404/15 405/17 413/16 414/2 453/8 481/21
**backgrounds [1]** 296/4
**bad [2]** 280/3 423/16
**Bancke [1]** 518/4
**bare [2]** 437/20 437/20
**base [1]** 368/6
**based [28]** 285/10 291/23 313/19 318/17 325/4 330/22 343/24 360/8 365/17 365/19 365/22 366/12 373/22 374/1 376/13 378/13 389/3 390/5 396/9 401/6 401/23 402/15 413/5 459/13 459/17 482/1 499/6 505/1
**basic [3]** 487/3 487/6 487/8
**basically [3]** 299/12 311/4 380/25
**basics [1]** 486/25
**basis [8]** 282/23 282/24 326/16 326/17 326/19 376/21 401/4 401/8
**baskets [1]** 408/17
**Bates [46]** 281/18 281/18 290/15 302/25 303/1 304/6 304/12 305/20 307/6 307/12 307/19 311/18 311/24 315/4 315/6 330/4 349/23 349/23 352/25 353/9 354/9 356/2 356/16 357/4 361/5 361/5 363/5 371/4 371/12 372/15 374/7 383/25 384/1 385/24 386/25 387/14 387/19 387/19 389/10 393/11 394/5 394/6 394/13 395/6 395/17 502/25
**Bates 885 [1]** 307/12
**Bates-labeled [4]** 363/5 383/25 387/14 389/10
**Bates-stamped [5]** 281/18 281/18 353/9 356/2 372/15
**be [154]** 279/7 280/11 282/23 285/9 285/17 285/17 287/22 295/17 297/12 297/12 297/18 304/13 306/19 307/2 310/19 312/5 313/11 314/17 316/25 317/2 317/19 319/13 319/17 321/13 321/16 322/18 322/22 323/20 324/11 324/21 325/18 325/19 326/10 327/13 327/16 328/7 328/22 329/24 331/13 332/14 332/21 332/23 335/3 339/22 340/21 341/5 343/5 344/13 344/23 362/6 362/8 362/24 363/15 365/5 366/5 369/12 374/11 374/18 375/7 375/11 385/15 385/18 392/8 394/20 397/22 399/22 401/1 401/16 402/7 403/10 406/13 409/2 409/13 410/7 411/2 413/14 414/13 414/14 414/16 423/8 427/17 428/17 429/4 430/18 430/19 431/8 432/13 433/13 433/24 434/22 437/12 442/9 442/20 444/21 446/9 447/7 447/25 450/2 451/24 452/6 460/25 463/1 463/18 468/1 469/7 474/24 474/25 475/16 475/22 475/24 477/11 479/12 479/16 479/20 479/24 480/2 486/7 486/10 490/13 490/20 491/4 491/5 491/7 493/4 493/6 493/6 496/5 499/8 499/20 500/5 505/2 506/18 511/15 511/22 511/24 512/12 513/4 513/6 513/8 513/11 514/25 515/1 515/1 520/5 521/11 522/21 523/10 524/4 524/7 524/11 524/24 525/11 525/13 525/16

B

**bearing [6]** 302/25 303/1 304/6 304/12 305/20 330/4
**bears [4]** 307/6 311/18 315/3 315/6
**became [5]** 338/10 339/13 388/24 406/20 484/18
**because [79]** 283/1 291/1 297/9 297/17 305/3 307/4 313/2 315/19 320/16 327/14 328/24 341/11 342/9 351/11 352/13 352/19 353/25 355/3 360/19 360/21 369/6 372/3 374/15 378/23 379/16 381/4 381/21 382/7 384/18 391/14 415/17 416/25 417/3 417/4 417/4 420/5 420/11 423/19 429/6 430/14 433/19 436/16 442/21 445/20 446/8 450/11 450/12 450/13 452/8 455/11 458/6 461/7 462/13 467/2 467/9 467/19 468/16 469/19 470/4 471/5 472/4 472/24 477/24 478/2 479/20 484/15 487/2 491/3 491/4 494/18 494/24 505/3 509/11 511/16 513/4 513/20 513/23 515/3 521/9
**Bechgaard [10]** 288/12 336/12 352/13 352/20 353/17 353/20 374/13 386/12 386/16 387/4
**Bechgaard's [1]** 353/24
**become [8]** 339/14 411/10 415/13 426/17 463/15 477/10 484/5 495/12
**becomes [1]** 350/21
**Becton [1]** 319/21
**been [104]** 286/2 297/18 298/11 299/3 302/7 306/21 308/5 308/10 308/19 311/17 315/3 315/5 315/7 321/8 323/14 327/10 328/18 329/25 338/3 340/7 340/18 342/8 343/1 344/12 344/22 349/22 350/3 350/15 352/24 353/9 354/4 354/9 356/16 357/3 360/8 361/2 363/4 372/14 376/17 376/22 376/24 378/18 378/19 378/24 379/4 379/8 381/1 381/18 383/25 384/5 385/23 386/23 387/13 387/17 388/17 388/20 389/7 390/14 391/5 391/8 393/10 393/21 395/5 395/16 396/24 403/7 404/2 405/1 410/25 411/1 411/4 411/13 411/19 411/22 412/4 416/3 417/17 417/18 430/5 431/8 432/10 440/13 440/16 441/18 441/20 442/4 444/18 444/19 444/22 457/7 460/24 462/14 469/4 469/12 476/13 476/25 477/1 479/24 485/10 487/18 489/2 494/3 495/3 507/20
**before [69]** 277/18 281/23 282/20 283/11 286/13 288/2 310/2 311/22 312/15 320/8 327/19 333/7 338/10 338/14 338/16 338/17 339/6 339/9 341/11 347/9 353/7 356/13 360/21 364/1 367/6 370/3 370/24 371/20 372/5 372/6 380/8 386/4 387/9 387/11 391/11 391/15 392/19 393/20 394/11 394/17 399/24 422/13 423/6 423/13 423/17 436/25 442/5 443/1 443/4 447/7 457/8 459/14 462/14 467/19 471/6 476/4 477/7 478/12 484/6 485/5 494/11 494/11 495/8 495/17 496/9 511/10 515/18 521/9 522/9
**beginning [9]** 279/4 280/11 294/7 309/14 320/11 382/23 387/19 451/16 481/3
**behalf [3]** 489/10 491/9 491/9
**behavior [3]** 375/18 414/10 435/6
**behind [4]** 379/7 381/8 438/1 487/6
**being [32]** 291/4 296/17 297/24 303/9 303/11 308/18 314/6 321/6 321/6 322/20 322/20 351/10 388/3 392/10 398/21 398/22 403/7 408/10 410/24 416/22 420/4 426/6 467/22 469/8 470/4 504/7 507/2 511/17 512/24 516/1 516/9 518/4
**believe [18]** 288/12 291/2 301/13 303/13 303/15 309/21 316/11 323/14 324/18 341/4 341/23 343/11 347/18 353/8 373/6 389/18 490/22 508/16
**believed [2]** 341/8 388/23
**bell [1]** 349/9
**belong [2]** 375/15 422/10
**below [3]** 367/16 377/12 509/16
**Bench [1]** 277/13
**beneficial [2]** 339/21 339/23
**benefited [1]** 473/3
**benefits [1]** 327/8
**benzalkonium [1]** 291/6
**benzodiazepine [15]** 292/15 345/11 388/16 425/21 430/3 434/21 439/16 448/12 454/16 454/23 469/22 470/12 472/3 477/25 478/9
**benzodiazepines [28]** 293/23 294/7 294/10 339/16 339/17 339/21 347/3 422/11 422/12 422/13 422/18 426/4 426/5 432/5 438/24 439/9 439/10 447/4 450/15 471/4 472/6 479/2 481/8 513/13 513/19 513/21 514/22 518/25
**benzos [1]** 345/8
**BERLIN [1]** 278/7
**besides [11]** 337/4 345/15 346/25 347/11 354/18 365/11 383/11 383/18 477/9 491/12 491/12
**best [9]** 332/7 332/8 347/6 347/8 369/12 377/19 377/23 410/20 434/19
**beta [1]** 293/9
**beta-cyclodextrin [1]** 293/9
**Beth [2]** 406/1 406/12
**better [17]** 312/8 312/12 313/24 355/25 366/19 367/21 374/18 447/6 474/9 474/25 479/12 479/16 479/20 480/2 481/9 485/6 485/10
**between [55]** 296/15 303/19 312/20 325/3 333/8 335/14 336/18 341/13 351/6 353/4 363/22 363/22 382/24 383/13 383/20 385/16 386/19 391/17 391/23 392/4 392/9 407/10 417/23 418/21 420/16 421/24 426/17 454/19 454/21 467/20 474/8 474/13 475/3 477/20 479/25 484/24 485/16 485/20 488/8 488/24 489/2 489/9 496/21 496/25 497/11 497/19 509/24 513/9 520/21 520/21 521/6 521/15 522/13 522/18 523/3
**beyond [1]** 464/23
**big [4]** 371/11 380/11 381/24 415/24
**bigger [1]** 398/25
**billing [1]** 321/17
**binder [12]** 452/19 453/12 457/9 458/9 461/10 463/21 465/1 466/10 496/1 508/17 519/24 520/5
**binders [1]** 403/14
**binding [1]** 317/19
**binds [1]** 523/12
**Bio [1]** 340/16
**Bio-adhesion [1]** 340/16
**bioadhesion [4]** 340/14 340/19 355/21 355/23
**bioadhesive [5]** 382/12 382/17 382/18 382/19 382/21
**bioavailability [7]** 433/1 433/16 447/15 451/25 516/12 516/14 519/9
**bioequivalence [2]** 460/24 461/2
**BIOPHARMA [1]** 277/3
**biophysics [1]** 301/4
**Bioscience [1]** 397/9
**biotech [1]** 405/4
**bit [5]** 286/13 318/9 320/13 327/2 468/23
**bite [1]** 414/18
**bladder [2]** 414/19 415/13
**blend [2]** 392/10 393/1
**blind [1]** 473/15
**blood [12]** 408/1 408/1 408/6 408/6 409/19 431/2 431/5 467/25 511/19 518/10 518/11 523/16
**board [2]** 403/23 412/7
**board-certified [1]** 403/23
**body [7]** 313/11 462/19 479/21 523/4 523/7 523/9 523/11
**bold [1]** 313/7
**bone [5]** 457/1 457/2 457/2 457/3 457/4
**bones [1]** 456/25
**Bonnie [2]** 526/7 526/8
**Boston [1]** 406/2
**both [25]** 279/19 297/1 322/18 333/11 376/5 378/7 382/16 390/4 390/13 392/7 394/2 402/17 427/16 428/21 433/12 435/22 463/8 463/11 464/15 464/19 474/22 479/2 479/2 503/12 503/25
**bottle [2]** 347/22 442/4
**bottom [28]** 281/19 312/1 350/1 353/10 356/3 356/17 356/24 361/7 363/6 371/5 371/12 374/4 374/5 384/2 386/24 387/15 387/18 393/12 394/7 394/13 396/25 444/7 473/21 500/8 500/9 503/1 503/16 518/8
**bought [1]** 336/23
**bouts [2]** 450/1 465/24
**bowel [1]** 414/19
**brain [7]** 407/7 407/21 410/6 414/7 414/9 431/2 486/22
**brand [2]** 390/25 425/22
**break [11]** 279/24 317/6 332/12 332/17 332/21 399/17 399/24 475/17 475/18 475/20 475/21
**brief [3]** 285/18 298/8 462/17
**briefing [1]** 283/20
**briefly [3]** 280/15 280/15 524/21
**bring [5]** 281/11 304/11 305/18 306/3 437/19

**B**

**bringing [1]** 285/8
**broadly [1]** 408/16
**brochure [14]** 287/17 287/18 287/23 342/14 342/15 342/16 342/17 390/2 390/6 390/10 390/12 390/13 392/19 392/22
**brochures [3]** 338/6 338/8 389/18
**Brookfield [1]** 369/17
**brooking [1]** 369/16
**brought [2]** 408/22 467/5
**Brown [1]** 356/21
**browsing [1]** 338/5
**buccal [16]** 426/7 493/23 494/3 512/16 512/19 512/23 513/2 513/4 513/11 513/14 513/18 513/19 513/23 514/1 514/24 515/2
**buccally [1]** 450/17
**Buccolam [1]** 494/4
**Buelow [1]** 435/6
**buildup [1]** 457/4
**bulk [1]** 422/16
**bullet [22]** 372/9 376/21 378/14 378/17 379/6 379/7 379/13 379/20 379/22 380/1 380/9 380/11 380/22 381/4 381/5 381/7 381/9 381/11 382/9 382/11 382/16 383/7
**burden [4]** 402/9 419/5 420/5 421/8
**bureau [1]** 488/12
**BURLING [1]** 277/22
**buttocks [3]** 437/21 437/21 437/25
**butylated [1]** 368/2
**buy [3]** 331/25 359/2 366/1
**buying [1]** 336/20

**C**

**C.A [1]** 277/5
**cake [1]** 398/25
**calculation [1]** 316/16
**call [11]** 319/5 319/12 321/24 322/8 323/19 324/4 326/7 357/15 361/19 402/22 524/14
**called [20]** 318/18 319/24 336/25 344/3 344/3 355/22 361/17 403/7 404/25 405/5 412/8 412/12 414/16 422/15 452/23 459/2 478/4 479/22 480/17 492/16
**calls [1]** 317/7
**Cambridge [3]** 318/17 405/19 406/4
**came [10]** 314/9 342/12 350/24 351/7 351/9 351/11 361/1 390/10 405/21 411/20
**campus [1]** 301/1
**can [136]** 281/5 281/5 281/8 281/9 282/7 285/12 285/17 289/25 291/25 296/5 300/13 300/19 303/1 303/4 304/5 304/8 305/16 305/19 305/22 306/4 306/13 309/9 309/14 312/22 313/6 313/8 313/11 314/3 317/13 317/22 318/9 318/14 320/12 321/11 321/21 322/5 323/25 325/6 326/22 329/10 329/11 329/12 330/15 331/1 332/4 332/5 332/16 334/14 334/21 335/3 336/15 337/3 339/2 339/4 339/7 340/4 340/8 343/25 345/24 347/16 347/16 361/12 362/1 365/5 366/1 366/12 370/21 372/5 380/2 385/4 385/6 386/7 389/24 392/10 392/14 393/1 393/7 394/20 398/17 401/3 402/18 402/24 405/16 406/8 407/4 407/22 408/12 409/21 410/20 412/2 412/20 413/13 419/12 420/19 422/1 423/5 423/7 423/9 425/1 429/10 429/12 430/25 434/2 452/18 459/16 463/21 465/12 466/11 468/1 470/13 473/10 473/24 479/4 481/22 492/19 493/2 493/8 500/6 503/1 504/5 504/5 510/15 514/4 514/13 514/17 514/21 515/1 515/10 515/11 516/4 516/21 517/10 517/13 518/15 521/23 525/13
**can't [9]** 291/23 313/1 329/2 374/1 375/6 416/4 499/5 499/17 500/4
**candidate [3]** 304/19 321/25 322/9
**candidates [2]** 306/13 306/19
**cannot [10]** 388/23 430/12 430/14 430/20 430/23 430/23 467/24 468/3 491/4 498/25
**capacity [1]** 337/11
**Carbide [1]** 391/1
**Carbowax [7]** 287/17 287/18 287/23 289/16 390/24 390/24 393/1
**cardiopulmonary [1]** 427/16
**career [1]** 320/8
**caregiver [1]** 448/1
**caregivers [4]** 419/15 419/24 423/3 440/16
**carrier [2]** 362/6 362/8
**carries [1]** 418/22
**carry [1]** 335/6
**carryable [1]** 423/6
**carrying [1]** 416/17
**case [12]** 297/5 297/9 299/23 398/9 400/21 431/4 461/3 462/24 477/16 499/10 513/7 519/4
**categorized [1]** 496/20
**category [3]** 511/25 512/2 512/5
**caught [1]** 343/8
**cause [3]** 414/9 445/21 457/1
**caused [2]** 291/21 388/21
**causes [1]** 365/20
**caveat [4]** 499/17 501/10 501/15 512/15
**cavity [5]** 369/9 384/11 384/13 442/8 442/15
**CDE [1]** 293/13
**ceased [1]** 466/4
**Celsius [1]** 377/13
**center [13]** 405/1 405/7 406/1 406/12 406/15 406/16 406/22 408/7 408/8 408/9 409/12 448/23 488/3
**centers [7]** 408/4 409/1 409/2 409/4 409/5 409/8 429/9
**CEO [4]** 321/23 322/7 405/4 409/23
**Cereghino [2]** 444/2 445/23
**certain [23]** 298/20 310/22 311/8 313/4 325/23 335/14 346/1 346/3 347/20 347/22 348/14 366/17 375/19 376/6 382/19 384/21 393/3 396/19 409/10 409/11 417/16 450/11 521/2
**certainly [7]** 318/13 320/17 323/14 323/22 329/13 331/17 331/18
**CERTIFICATE [1]** 526/2
**certified [1]** 403/23
**certify [1]** 526/4
**cessation [4]** 421/2 520/25 521/4 521/7
**cetera [4]** 326/9 409/20 409/20 423/9
**CH3 [2]** 341/15 341/19
**chain [2]** 336/20 336/23
**challenges [3]** 470/15 470/20 471/5
**chance [3]** 281/10 322/23 524/10
**change [11]** 328/4 340/4 416/21 468/12 474/22 480/10 489/8 489/11 494/15 500/1 501/20
**changed [3]** 310/16 360/25 491/4
**changers [1]** 481/13
**changes [4]** 291/22 340/3 384/19 385/17
**characteristic [2]** 513/25 515/5
**characteristics [3]** 312/9 312/13 513/15
**characterization [2]** 315/20 316/17
**characterize [2]** 311/3 391/21
**Characterizing [1]** 354/23
**charged [3]** 279/11 279/12 279/12
**CHARLES [1]** 277/24
**chart [6]** 496/20 497/9 498/14 506/7 506/9 508/4
**charts [1]** 454/21
**check [1]** 316/18
**checked [1]** 279/10
**chem [1]** 340/1
**chemical [26]** 306/25 307/3 338/8 338/11 338/13 338/22 338/25 339/12 339/25 340/1 340/3 340/4 341/3 341/21 341/25 342/3 350/25 351/7 366/2 366/5 375/15 376/5 378/7 383/4 383/11 383/18
**chemically [1]** 307/4
**chemicals [1]** 376/22
**chemistry [5]** 310/13 314/20 486/11 487/6 487/8
**Chen [1]** 454/11
**Chicago [1]** 301/4
**chief [4]** 301/7 302/5 302/9 480/24
**child [4]** 437/14 437/19 439/3 446/20
**childhood [1]** 438/24
**children [6]** 416/22 416/23 437/1 439/14 440/14 494/5
**Children's [1]** 406/22
**chloride [1]** 291/6
**choice [8]** 479/16 479/20 480/2 485/10 493/11 493/14 494/18 494/19
**chose [2]** 318/5 480/7
**chronologically [1]** 318/14
**Chung [2]** 419/6 421/6
**Chung 2021 [1]** 421/6
**ciliotoxicity [1]** 287/24
**CIPLA [27]** 277/7 277/7 279/12 280/16 311/19 311/19 315/4 315/6 317/7 361/6 385/24 386/25 387/14 387/14 389/10 450/25 451/12 451/17 451/20 452/7 453/8 453/21 482/2 482/7 482/10 524/13 525/3
**Cipla's [10]** 452/21 462/8 467/11 468/7 468/25 478/3 481/18 519/24 520/11 522/3
**circulation [1]** 335/6
**circumstances [1]** 377/18
**cited [1]** 440/13
**Citeline [2]** 465/17 466/2
**Claim [1]** 386/20
**Claim 1 [1]** 386/20
**claims [13]** 357/24 358/1 401/16 401/20 402/6 402/8 413/19 477/15 477/17 477/21 478/2 518/22 518/25
**clarify [2]** 291/19

**C**


**clarify... [1]** 497/14
**clarifying [1]** 325/11
**class [1]** 422/10
**clear [7]** 286/17 286/19 391/19 402/14 451/20 505/12 509/23
**cleared [1]** 332/25
**clearly [2]** 325/8 327/2
**clerical [1]** 283/1
**clients [1]** 318/19
**clinic [1]** 302/12
**clinical [36]** 302/21 328/9 365/4 397/16 397/23 405/2 405/9 405/12 407/1 408/4 409/2 409/19 409/25 410/5 410/7 413/16 414/2 428/5 433/5 447/6 448/23 449/1 449/15 459/2 459/6 459/11 462/15 466/7 467/5 474/15 476/5 476/9 481/19 481/22 482/13 522/7
**clinically [2]** 397/22 474/10
**clinicians [1]** 419/16
**clip [4]** 281/14 281/25 300/5 300/6
**clips [1]** 524/6
**clonazepam [12]** 292/17 426/5 426/6 456/5 458/22 459/7 459/8 484/11 493/9 512/7 512/12 519/4
**close [3]** 287/14 402/18 437/25
**Cloyd [4]** 446/20 448/10 470/22 472/8
**cluster [2]** 496/12 506/18
**clusters [28]** 417/22 419/5 420/2 420/9 420/11 420/13 420/17 420/25 421/7 421/9 424/9 435/5 435/13 449/25 452/25 454/10 454/18 454/22 460/15 470/22 471/8 473/15 482/6 482/14 496/25 501/8 501/24 504/8
**Cmax [2]** 518/7 518/8
**CMC [1]** 310/12
**coatings [1]** 379/9
**cognitive [1]** 415/19
**collaborate [2]** 409/3 487/3
**collaboration [4]** 329/18 489/17 489/24 490/17
**colleagues [15]** 419/7 427/6 428/8 431/24 433/4 439/2 440/5 444/2 445/9 445/16 447/17 454/11 462/1 470/23 473/17
**collected [2]** 376/18 492/4
**collecting [1]** 305/7
**Columbia [1]** 454/19
**column [24]** 290/16 294/5 366/20 369/19 386/7 420/17 420/18 428/15 432/3 433/10 439/7 444/15 445/19 465/19 466/1 471/2 471/23 473/22 497/2 497/3 497/4 500/12 500/15 516/11
**Column 17 [1]** 366/20
**Column 18 [1]** 386/7
**Column 20 [1]** 369/19
**combination [3]** 324/25 326/5 327/22
**combined [1]** 504/1
**come [17]** 334/6 337/21 338/1 352/8 391/11 392/18 399/18 400/15 400/21 401/7 402/24 409/1 410/7 424/15 434/21 495/6 514/10
**comfort [1]** 423/12
**comfortable [1]** 452/3
**commenced [1]** 279/4
**comment [1]** 329/2
**commented [1]** 326/2
**commercial [3]** 332/9 385/10 472/7
**commercialized [1]** 391/1
**commercially [4]** 385/18 451/18 451/21 484/18
**committee [1]** 412/11
**common [3]** 313/20 494/7 522/8
**commonly [8]** 417/19 426/4 426/6 484/5 493/21 511/4 511/8 522/4
**companies [9]** 334/17 338/6 388/18 467/3 470/4 476/17 476/22 490/21 490/21
**company [17]** 310/8 319/1 319/4 319/24 322/23 322/24 334/19 336/3 366/2 366/6 409/13 409/23 410/1 410/2 490/20 490/23 491/2
**comparable [7]** 312/19 367/12 367/22 368/15 372/10 517/23 517/25
**compare [11]** 346/17 346/24 347/8 354/24 355/15 355/16 355/18 383/9 406/4 474/14 513/18
**compared [16]** 299/6 341/6 342/20 342/21 346/22 368/8 420/24 452/10 460/22 474/3 474/9 474/12 509/19 509/23 510/12 516/9
**compares [1]** 420/15
**comparing [3]** 377/17 378/6 474/16
**Comparison [1]** 380/10
**compatibility [1]** 331/22
**compatible [1]** 327/25
**compensated [5]** 321/6 321/8 321/12 321/14 398/22
**compensating [1]** 321/16
**compensation [3]** 321/3 321/11 321/18
**completed [1]** 449/4
**completely [1]** 385/13
**complexation [2]** 291/9 297/6
**complexes [2]** 294/20 297/1
**compliance [1]** 450/14
**complications [2]** 428/19 450/4
**components [1]** 337/13
**composite [1]** 521/3
**composition [2]** 385/7 515/22
**compositions [1]** 361/24
**compound [10]** 336/25 337/4 340/6 342/25 343/10 346/1 346/2 346/5 347/6 359/20
**compounded [3]** 469/8 493/14 493/23
**compounding [1]** 469/20
**compounds [8]** 336/1 343/19 375/15 375/17 375/20 376/2 381/12 392/7
**concentration [14]** 327/23 329/25 375/7 375/10 431/5 442/5 445/21 470/12 479/8 513/11 515/1 518/4 518/10 518/11
**concentrations [4]** 324/24 375/2 452/1 452/10
**concern [1]** 283/18
**concerned [5]** 305/11 305/13 358/4 358/8 435/20
**concerns [3]** 391/18 431/16 438/18
**conclude [10]** 293/20 352/10 352/13 352/22 374/1 452/7 457/5 482/2 482/7 482/10
**concluded [3]** 281/25 365/19 525/23
**concludes [5]** 308/21 315/22 332/10 399/4 515/13
**concluding [1]** 372/8
**conclusion [6]** 284/15 331/2 352/19 367/20 440/20 482/1
**conclusions [4]** 446/25 449/22 450/7 459/16
**condition [6]** 414/12 418/18 418/22 435/23 455/11 462/24
**conditions [2]** 449/14 511/16
**conduct [1]** 487/23
**conducting [1]** 281/3
**confer [5]** 316/13 399/12 399/15 514/4 514/7
**confidential [1]** 397/9
**confirm [11]** 286/15 453/13 453/23 457/10 458/10 459/23 461/11 463/21 465/2 466/11 472/11
**confused [5]** 344/18 414/14 415/14 419/21 430/19
**conjugate [1]** 381/18
**conjugated [1]** 338/7
**connection [3]** 310/24 321/3 321/8
**consciousness [3]** 418/21 427/16 430/13
**consequences [2]** 423/16 428/18
**consider [9]** 289/1 307/2 309/15 331/13 355/4 362/24 483/5 507/12 518/13
**considerations [3]** 400/22 421/18 446/18
**considered [12]** 331/10 362/6 419/8 433/6 444/11 445/11 454/13 472/2 473/18 474/25 483/21 483/24
**considering [2]** 323/17 421/16
**consortium [2]** 412/12 412/13
**constant [1]** 366/15
**consultant [4]** 301/20 301/21 322/14 323/5
**consultation [3]** 491/14 491/15 492/2
**consulted [1]** 492/7
**consulting [7]** 318/17 320/11 320/16 320/17 321/19 322/21 323/1
**contain [10]** 286/21 289/8 289/23 293/1 293/4 293/5 293/8 368/9 394/3 524/25
**contained [2]** 337/4 390/13
**containing [8]** 343/13 346/7 347/11 363/14 368/14 368/15 385/7 385/11
**contains [6]** 291/6 291/9 368/1 368/5 513/21 517/6
**content [6]** 489/13 489/16 490/17 490/18 491/6 491/21
**contents [1]** 330/16
**context [4]** 284/25 339/14 373/22 514/17
**continue [4]** 285/25 286/13 346/4 430/18
**continued [4]** 278/2 286/9 309/22 418/18
**continues [2]** 447/1 523/1
**continuing [1]** 440/10
**contract [3]** 353/2 353/4 525/1
**contribute [1]** 298/24
**contributed [1]** 311/6
**control [11]** 312/21 313/21 367/13 367/25 368/8 368/15 414/19 415/13 427/14 475/1 482/5
**controlled [6]** 410/16 411/4 428/17 447/6 473/16 477/6
**convene [1]** 435/15
**convened [2]** 435/17 435/22
**convenience [1]** 295/19

**C**

**convenient [2]** 421/22 447/4
**convening [1]** 435/13
**conversation [1]** 382/10
**convincing [1]** 402/14
**convulse [2]** 414/17 415/13
**convulsing [1]** 430/14
**convulsions [1]** 427/15
**cooperate [6]** 430/14 511/17 511/21 512/3 512/13 512/25
**Copenhagen [1]** 390/18
**copied [1]** 378/11
**copy [2]** 296/7 373/13
**Corporation [1]** 391/2
**correct [155]** 284/16 286/21 286/22 287/1 287/2 287/5 287/6 287/8 287/9 287/16 287/20 287/25 288/3 288/5 288/11 288/15 288/16 288/19 288/22 288/25 289/4 289/5 289/9 289/10 289/12 289/13 289/17 289/19 289/20 289/23 289/24 290/11 290/13 290/14 290/19 290/23 290/25 291/7 291/8 291/13 291/14 291/15 291/16 291/17 291/18 292/11 292/12 292/24 293/2 293/3 293/5 293/6 293/24 293/25 294/24 295/3 296/8 296/12 297/3 298/3 303/21 304/23 304/24 305/6 306/22 306/23 310/4 310/5 314/23 320/15 337/15 337/17 338/21 341/15 342/19 343/2 343/3 351/1 351/4 351/5 351/18 352/9 353/21 362/3 367/8 367/24 374/23 374/24 375/1 378/18 378/22 379/5 380/20 381/16 386/11 386/21 386/22 387/5 387/6 387/7 387/8 389/23 391/10 391/13 392/17 394/3 397/23 397/24 398/5 402/11 444/9 483/9 483/12 483/17 484/3 484/9 484/12 485/2 485/14 486/1 486/2 486/4 486/5 486/12 486/18 486/19 486/22 487/24 488/5 488/6 488/15 488/19 489/3 489/4 489/18 490/19 491/15 492/9 493/3 493/9 494/5 495/20 497/24 498/5 498/9 498/16 498/17 500/3 501/5 501/9 505/22 506/5 515/4 515/7 520/2
**correction [1]** 509/14
**correctly [3]** 351/24 520/20 521/19
**correlates [1]** 312/8
**corroborate [1]** 284/22
**cosmetics [1]** 396/11
**cosolvent [4]** 297/6 297/10 397/16 397/2[illegible]
**cosolvents [3]** 294/18 295/1 295/2
**costs [1]** 420/6
**could [87]** 280/14 281/11 287/22 288/12 288/13 289/7 290/17 295/17 307/11 314/15 319/13 319/17 325/18 325/19 326/4 326/6 326/10 333/7 335/4 335/8 335/10 336/24 340/6 340/25 342/4 343/5 343/11 343/17 344/10 344/11 344/16 344/21 345/1 346/17 359/2 376/16 376/22 376/24 401/16 403/17 404/19 404/23 408/1 412/18 414/4 423/22 431/12 431/14 434/21 435/1 438/20 439/17 445/21 446/9 447/4 447/7 447/25 448/1 450/17 451/2 451/24 453/12 454/6 457/9 458/9 458/21 459/15 459/22 461/10 463/1 463/18 465/1 466/10 467/14 479/15 487/16 491/23 492/24 499/8 505/14 505/16 506/24 507/18 508/15 511/15 519/23 519/24
**couldn't [1]** 411/24
**counsel [18]** 277/25 278/9 282/13 283/5 284/5 285/2 299/19 330/18 401/25 475/15 491/19 508/14 514/5 514/7 519/24 520/11 522/3 525/3
**counter [1]** 300/8
**couple [6]** 279/9 286/14 311/2 316/7 416/1 524/22
**course [7]** 312/11 330/19 334/17 398/25 417/21 457/23 457/24
**court [6]** 277/1 277/18 311/15 526/2 526/8 526/9
**courtroom [6]** 279/4 279/10 279/15 317/19 508/20 509/3
**coverage [1]** 374/19
**covered [1]** 388/12
**COVINGTON [2]** 277/22 321/17
**creaking [1]** 416/16
**create [1]** 331/23
**cremophor [1]** 293/10
**criteria [2]** 332/6 332/6
**critical [1]** 482/13
**cross [4]** 286/1 286/9 332/17 483/2
**cross-designated [1]** 332/17
**cross-examination [2]** 286/1 286/9
**cumulative [1]** 497/4
**CURE [1]** 407/4
**current [9]** 302/5 404/24 405/11 406/7 407/19 415/5 471/18 477/6 480/24
**currently [12]** 404/8 410/16 410/18 415/3 483/4 483/8 483/11 484/2 484/11 484/21 485/17 495/21
**curriculum [1]** 412/21
**cut [1]** 334/5
**cyclodextrin [4]** 291/1 291/9 293/9 294/19

**D**

**DANIEL [1]** 286/2
**dashed [1]** 506/20
**data [14]** 284/8 284/17 287/18 287/21 287/24 289/11 346/18 377/8 377/9 459/14 459/17 467/12 509/13 523/3
**database [1]** 331/19
**date [7]** 292/7 292/11 351/10 351/11 361/9 373/1 412/22
**dated [9]** 304/6 305/19 329/19 349/4 353/15 354/13 356/6 456/18 456/19
**dates [2]** 331/6 373/1
**daughter [1]** 384/8
**day [9]** 279/8 280/12 311/4 311/4 334/3 334/4 351/14 351/14 524/2
**days [5]** 330/18 334/2 351/16 351/19 352/7
**DCE [1]** 293/8
**DDX [1]** 282/13
**DDX-2429 [1]** 282/13
**Deaconess [2]** 406/1 406/12
**deal [6]** 284/1 284/3 312/23 415/24 524/18 525/18
**dealing [2]** 314/16 366/13
**deals [1]** 523/4
**death [2]** 416/19 457/2
**decade [1]** 338/20
**decades [2]** 343/2 471/6
**December [5]** 301/13 310/6 451/9 484/19 484/19
**December 2006 [1]** 301/13
**December 2010 [1]** 310/6
**December 2019 [2]** 484/19 484/19
**December of [1]** 451/9
**decided [1]** 350/16
**decision [1]** 327/18
**deck [4]** 327/2 327/4 413/13 455/19
**declaration [5]** 317/25 320/7 321/4 321/5 321/13
**declining [1]** 416/25
**decreased [2]** 347/3 347/5
**deeper [1]** 416/25
**defendants [11]** 277/8 278/9 300/8 333/9 333/16 333/18 333/22 399/7 400/1[illegible] 400/21 401/9
**Defense [2]** 407/15 407/20
**define [4]** 384/17 425/1 435/14 504/1
**defined [2]** 329/23 520/24
**definitely [1]** 366/18
**definition [2]** 417/17 492/19
**definitions [1]** 417/18
**deflection [1]** 437/16
**degree [8]** 309/24 318/2 318/6 318/8 405/18 406/3 406/4 513/5
**degrees [1]** 377/13
**DELAWARE [2]** 277/2 277/16
**delayed [1]** 431/7
**deliver [4]** 313/6 335/5 490/24 491/3
**delivered [1]** 293/23
**delivery [16]** 292/5 308/6 308/11 308/15 318/22 319/21 319/22 320/25 325/24 330/1 343/23 396/12 397/5 441/1 452/4 481/17
**demonstrate [2]** 367/11 468/2
**demonstrated [1]** 460/20
**demonstrates [1]** 293/22
**demonstrative [1]** 518/16
**department [4]** 301/4 318/19 407/15 407/20
**depending [1]** 393/6
**depends [1]** 349/19
**depiction [1]** 480/20
**depo [1]** 520/3
**deposed [2]** 334/2 490/9
**deposition [25]** 280/7 280/17 281/4 281/12 281/14 281/25 282/15 300/10 308/21 309/7 315/22 317/10 321/15 332/10 333/2 333/14 333/21 334/11 364/4 369/8 371/19 384/11 399/4 490/12 524/6
**depositions [2]** 316/23 333/11
**depressed [1]** 419/22
**depression [3]** 415/18 417/7 427/16
**deputy [3]** 279/10 508/21 509/3
**dermal [1]** 396/12
**describe [11]** 318/10 321/11 330/15 345/24 347/16 364/17 389/24 407/4 408/12 409/21 453/8
**described [16]** 291/4 347/19 348/5 348/10 348/19 348/20 348/21 360/4 374/19 375/13 418/5 421/2 430/17 434/14 440/16 511/16
**describes [10]** 330/9 330/20 344/5 420/3 428/5 456/23 497/19

D


**describes... [3]** 523/4 523/7 523/8
**describing [11]** 375/19 379/21 380/7 389/25 419/4 427/4 431/22 433/1 454/9 456/15 473/15
**design [3]** 398/5 398/17 409/10
**designated [4]** 280/25 281/4 281/12 332/17
**designating [1]** 283/1
**designation [13]** 300/10 308/21 309/7 315/22 317/10 332/10 334/11 399/4 400/15 449/9 449/11 449/12 449/17
**designations [5]** 280/8 280/17 300/7 300/8 334/4
**designed [1]** 293/23
**designs [2]** 408/18 412/14
**desire [1]** 392/16
**despite [1]** 297/24
**detail [5]** 364/17 382/21 404/15 426/12 426/21
**details [3]** 323/6 398/2 459/10
**determine [2]** 462/19 462/25
**determining [1]** 474/18
**Detyniecki [1]** 473/16
**develop [16]** 335/4 388/18 407/23 408/2 410/2 410/6 417/7 434/18 434/24 443/3 448/11 455/24 469/21 469/25 477/25 490/22
**developed [15]** 296/15 308/10 328/16 408/23 410/24 458/6 458/23 460/8 461/7 464/7 464/23 466/7 470/4 477/1 490/25
**developing [9]** 281/2 431/15 435/23 465/22 470/21 471/4 471/5 471/25 491/21
**development [46]** 296/17 296/22 302/18 302/21 309/5 310/16 310/17 310/18 317/9 319/3 319/5 319/15 320/1 321/25 322/1 322/9 322/10 323/10 323/21 324/10 324/12 324/12 325/16 328/20 330/10 330/20 405/14 407/1 407/11 408/14 410/9 449/13 460/14 460/23 461/4 462/3 462/15 463/12 464/17 465/20 466/2 466/4 466/8 472/6 477/4 491/16
**Developmental [1]** 439/3
**developments [5]** 318/20 318/21 456/3 456/3 476/12
**device [16]** 286/24 314/17 319/5 319/7 319/10 319/16 320/1 320/18 323/7 323/8 323/9 324/15 326/5 328/1 343/22 423/6
**devices [2]** 320/22 366/17
**di [1]** 336/21
**diagnosis [1]** 413/7
**diagram [1]** 437/10
**Diastat [22]** 425/22 425/23 436/6 436/7 436/10 436/13 436/22 436/24 437/9 437/13 438/3 446/11 460/24 461/2 481/11 483/17 483/21 483/24 492/24 493/6 509/11 509/13
**Diastat's [6]** 434/14 434/15 436/15 437/6 438/8 438/18
**diazepam [44]** 292/21 293/16 345/14 345/15 425/21 428/7 431/22 432/4 432/7 432/9 432/9 436/8 437/17 437/24 440/11 440/12 440/21 440/24 443/25 447/16 450/10 455/1 456/6 456/9 460/8 460/14 461/5 465/11 465/21 465/23 466/3 466/5 466/23 470/21 478/9 483/14 483/15 483/19 509/18 509/24 510/4 510/7 510/9 519/4
**Dickinson [1]** 319/21
**did [139]** 284/13 286/21 287/10 287/14 291/1 301/3 301/8 301/11 301/14 301/18 302/10 306/12 310/12 310/14 310/14 310/23 311/3 311/7 311/9 313/23 316/12 318/2 318/5 321/3 321/13 321/14 327/9 327/17 328/10 328/13 330/18 334/19 334/25 334/25 335/23 337/11 337/18 337/21 338/1 339/14 339/20 340/21 343/11 345/7 345/11 345/19 345/21 345/24 346/6 346/20 346/24 347/1 347/10 347/13 347/15 348/5 348/11 348/11 350/19 355/6 355/20 355/23 356/13 358/8 358/21 358/24 359/6 359/6 359/8 359/10 359/14 359/17 359/23 360/4 360/7 360/14 360/14 363/18 363/20 364/4 364/7 364/9 364/13 364/13 364/18 364/21 364/23 365/7 367/2 369/14 369/18 370/23 371/18 373/9 377/4 377/5 377/7 382/2 382/5 384/8 386/15 386/18 390/17 395/15 405/18 405/19 426/12 426/16 427/20 435/15 436/13 443/12 443/16 445/15 446/6 446/12 449/23 450/7 451/17 455/11 457/5 461/1 466/9 469/15 476/7 478/14 478/15 478/17 478/18 482/7 482/10 484/14 484/16 494/22 495/8 495/14 504/15 505/20 520/1
**didn't [13]** 286/16 290/24 297/16 297/17 303/13 326/12 327/3 411/17 411/18 458/4 464/21 464/25 466/5
**difference [26]** 325/15 341/13 341/18 371/23 381/24 382/24 383/10 383/13 383/18 383/20 386/19 396/20 396/22 467/20 474/8 474/11 474/13 475/3 513/9 514/25 520/21 521/5 521/15 521/16 522/18 523/3
**differences [1]** 479/3
**different [49]** 282/25 285/16 311/5 314/8 316/8 322/17 325/5 325/10 325/21 325/25 334/16 338/6 339/11 339/11 340/24 341/5 343/20 343/21 343/21 345/8 347/2 362/2 375/18 375/20 375/21 375/21 375/24 376/7 379/1 385/13 385/16 390/1 392/6 393/2 393/4 393/5 393/5 406/6 433/10 468/8 468/11 492/15 496/3 505/9 505/17 507/12 507/15 510/3 521/5
**difficult [6]** 335/8 344/9 345/12 432/13 434/20 470/10
**difficulty [2]** 450/12 472/11
**dilute [1]** 445/18
**diluting [1]** 521/11
**dimensions [1]** 347/23
**dinner [1]** 416/11
**diphenylhydantoin [1]** 427/5
**direct [3]** 290/22 403/12 496/16
**directing [1]** 302/19
**directions [1]** 491/17
**directly [4]** 279/18 302/16 302/22 346/17
**director [6]** 309/4 310/15 404/25 405/6 406/16 406/20
**Disability [1]** 440/4
**disagree [3]** 325/6 331/6 331/8
**disagreeing [1]** 328/25
**disciplines [2]** 319/14 319/18
**disclose [5]** 287/10 358/22 389/5 401/20 401/21
**disclosed [7]** 297/19 298/1 298/4 352/7 352/20 386/17 517/6
**discloses [4]** 386/9 386/13 386/14 515/21
**disclosing [1]** 362/1
**discomfort [2]** 442/21 442/24
**discontinue [1]** 460/13
**discontinued [4]** 461/4 464/19 466/24 467/6
**discover [2]** 312/12 345/21
**discovering [1]** 351/19
**discuss [15]** 280/18 290/18 292/2 294/8 300/18 309/13 317/22 332/17 382/9 404/15 426/11 435/23 440/21 477/15 481/4
**discussed [29]** 283/22 288/8 291/20 296/13 297/13 332/18 333/1 418/1 419/13 421/17 423/13 435/11 436/7 442/7 446/4 452/22 454/1 455/20 457/22 458/19 460/7 468/5 468/19 472/24 476/5 494/6 502/12 508/1 522/25
**discusses [1]** 481/5
**discussing [1]** 454/3
**discussion [8]** 283/13 283/16 285/4 295/14 297/11 349/1 473/22 515/13
**disease [6]** 410/21 415/18 419/6 421/8 463/14 467/23
**diseases [1]** 408/23
**disorder [1]** 414/7
**disorders [3]** 403/22 464/16 464/20
**display [1]** 464/11
**displayed [2]** 383/12 517/18
**displaying [1]** 509/13
**disposal [2]** 437/9 523/10
**dispose [1]** 437/23
**disposed [1]** 479/21
**disposes [1]** 523/7
**dispute [1]** 282/11
**disputed [1]** 284/7
**disputes [1]** 280/11
**disrupted [1]** 279/25
**dissimilar [4]** 325/12 325/13 326/1 326/2
**dissolve [9]** 314/3 314/15 324/24 346/3 358/4 358/9 367/2 397/21 397/22
**dissolved [3]** 346/5 359/21 366/21
**dissolves [2]** 360/17 360/17
**distance [2]** 347/21 347/25
**distinct [2]** 307/4 424/10
**distinction [7]** 391/19 391/23 392/4 392/6 417/23 421/24 509/24
**distinctions [1]** 391/17
**distraction [1]** 295/14
**distributed [1]** 347/25
**distribution [1]** 326/9

**DISTRICT [4]** 277/1 277/2 277/18 526/9
**divided [1]** 463/4
**do [309]**
**Doctor [26]** 281/24 348/23 349/22 356/16 363/4 372/14 384/2 385/6 385/24 387/13 387/17 389/7 393/10 394/12 395/5 396/24 475/25 495/9 495/25 499/21 501/18 501/18 502/18 506/6 515/18 523/23
**doctoral [1]** 301/3
**doctors [1]** 489/13
**document [95]** 281/22 282/4 282/5 283/10 283/13 283/17 283/19 283/22 284/4 285/5 285/9 285/10 285/11 285/16 286/16 288/8 289/15 294/4 295/10 303/1 304/4 304/9 304/12 304/12 305/18 305/22 305/24 306/3 307/5 307/6 307/9 307/16 307/18 311/20 315/10 329/10 329/15 330/6 330/7 330/11 330/12 330/16 330/17 330/19 331/3 349/6 349/7 349/24 353/7 353/8 354/10 356/24 357/4 357/17 357/19 358/13 358/23 361/12 361/15 363/8 363/10 371/8 371/11 371/16 371/18 372/18 384/2 387/18 387/21 387/23 389/12 389/14 389/21 389/24 390/20 393/11 394/10 395/6 395/20 396/5 396/13 397/4 423/24 449/21 451/4 453/4 456/14 457/10 457/20 459/23 464/13 481/23 482/16 507/22 521/23
**documentation [1]** 467/22
**documents [4]** 298/4 448/17 450/25 453/21
**DOD [1]** 407/5
**does [81]** 282/23 288/18 288/22 291/12 306/8 325/9 327/13 349/15 362/20 362/21 366/16 368/22 369/1 369/4 386/14 391/23 396/21 401/19 401/21 402/6 402/8 406/3 407/2 407/3 407/24 408/7 408/8 409/2 415/5 418/24 419/1 420/1 420/13 421/6 422/10 424/14 427/12 427/18 428/15 429/3 432/4 433/10 434/15 435/17 437/25 439/8 440/10 440/20 443/18 444/15 447/1 447/23 452/7 453/8 455/8 456/21 459/10 460/18 464/13 464/17 465/20 466/2 467/1 467/4 468/11 469/7 469/9 469/11 469/15 471/3 471/25 474/13 480/9 481/4 481/7 481/15 482/2 485/21 486/24 494/18 498/17
**doesn't [26]** 287/18 287/21 287/23 288/9 288/14 289/8 289/11 289/15 289/19 289/22 291/15 291/17 314/13 349/8 358/18 374/2 400/14 408/25 430/24 480/4 489/8 489/11 494/15 500/1 501/20 522/10
**dog [2]** 280/22 281/1
**dogs [4]** 367/12 456/15 456/25 468/18
**doing [16]** 302/16 310/11 310/17 320/13 320/16 323/20 337/2 354/20 359/6 359/11 376/25 384/22 406/11 407/25 410/23 488/3
**dollars [1]** 488/8
**don't [109]** 279/24 283/17 283/20 288/2 288/4 288/5 288/6 294/23 296/17 299/8 299/9 303/15 305/9 305/9 306/16 306/20 307/2 311/22 311/23 312/23 320/15 323/6 326/19 327/12 328/6 328/20 331/1 331/3 346/8 348/3 348/21 352/4 354/21 357/18 358/20 358/20 358/21 360/24 360/25 362/19 363/21 363/25 365/4 365/12 365/15 366/18 369/14 369/16 369/17 370/5 371/9 372/1 372/19 373/11 373/25 374/25 376/20 377/2 377/3 377/6 377/21 378/19 378/20 378/23 378/24 379/7 379/13 379/18 379/22 379/23 379/23 380/2 380/8 381/9 384/24 385/14 385/21 387/24 389/16 389/22 392/22 395/21 399/15 400/6 410/17 416/7 429/10 429/13 434/3 436/25 442/18 442/19 467/3 475/21 477/9 483/7 489/5 490/11 490/13 499/4 499/7 508/23 510/7 514/10 514/19 523/20 524/12 525/6 525/10
**done [25]** 330/20 347/2 348/7 352/2 358/3 359/10 359/13 359/17 359/24 360/11 360/13 362/17 362/21 363/14 366/25 374/2 378/13 388/20 407/4 408/12 409/18 490/9 490/13 492/17 524/11
**DORSNEY [1]** 278/4
**dosage [6]** 319/6 330/1 339/17 362/2 424/13 424/14
**dose [14]** 327/24 327/25 428/6 433/15 442/11 444/21 462/20 462/22 463/18 467/21 503/12 505/6 506/5 517/10
**doses [4]** 397/16 397/23 462/22 462/25
**dosing [1]** 450/17
**double [2]** 417/10 473/15
**double-blind [1]** 473/15
**doubly [1]** 418/10
**Dow [16]** 342/2 342/13 362/14 366/2 366/5 376/16 376/18 376/22 378/12 378/16 389/16 389/19 391/16 391/23 392/8 392/19
**Dow's [1]** 378/11
**down [13]** 291/25 299/17 299/20 313/3 332/4 360/10 416/25 422/16 422/18 431/13 437/20 510/15 523/23
**down-toning [2]** 422/16 422/18
**download [1]** 389/18
**Dr [19]** 300/1 300/10 317/10 373/12 373/18 373/24 387/25 388/7 394/25 395/9 395/23 440/4 468/8 468/12 471/19 485/25 502/12 523/19 524/15
**Dr Fisher [1]** 373/18
**Dr. [73]** 284/10 284/13 286/6 286/11 290/2 295/18 298/11 299/17 300/2 303/4 304/8 305/22 309/4 317/8 326/17 326/24 329/10 333/2 333/14 333/17 333/20 334/1 336/12 373/7 389/4 393/15 393/22 401/13 401/15 402/23 403/17 413/6 413/11 419/6 421/16 427/6 428/8 431/23 433/4 442/7 442/23 444/2 445/9 445/16 447/17 454/11 456/4 456/8 458/3 461/20 462/1 462/4 462/7 466/21 473/16 476/4 478/3 480/20 480/21 481/4 481/7 481/15 483/4 487/18 514/2 516/15 517/3 518/16 519/8 519/23 524/7 524/14 525/2
**Dr. Bechgaard [1]** 336/12
**Dr. Chen [1]** 454/11
**Dr. Chung [1]** 419/6
**Dr. Detyniecki [1]** 473/16
**Dr. Fisher [8]** 303/4 304/8 305/22 333/14 373/7 389/4 393/15 393/22
**Dr. French [4]** 480/21 481/4 481/7 481/15
**Dr. Ghaderi [1]** 333/17
**Dr. Gizurarson [3]** 326/17 326/24 525/2
**Dr. Ivaturi [1]** 447/17
**Dr. Jacqueline French [1]** 480/20
**Dr. Jim Cereghino [1]** 444/2
**Dr. Klein [11]** 403/17 413/6 413/11 421/16 476/4 478/3 483/4 487/18 514/2 517/3 519/23
**Dr. Klein's [1]** 518/16
**Dr. Kriel [1]** 431/23
**Dr. Lusty [2]** 329/10 333/20
**Dr. Merkus [2]** 456/4 458/3
**Dr. Michael [1]** 317/8
**Dr. Michael Lusty [1]** 333/2
**Dr. Milligan [1]** 428/8
**Dr. Pavel [1]** 402/23
**Dr. Raouf [1]** 309/4
**Dr. Richard Fisher [1]** 300/2
**Dr. Smyth [1]** 524/7
**Dr. Sveinbjorn Gizurarson [1]** 334/1
**Dr. Wallis [1]** 427/6
**Dr. Wermeling [16]** 286/6 286/11 290/2 295/18 298/11 299/17 401/13 401/15 433/4 442/7 442/23 445/9 445/16 456/8 462/1 524/14
**Dr. Wermeling's [8]** 284/10 284/13 461/20 462/4 462/7 466/21 516/15 519/8
**draft [3]** 351/25 356/11 360/24
**dramatic [4]** 381/8 411/8 411/14 423/2
**dramatically [1]** 411/10
**draw [3]** 408/6 437/17 459/16
**drawing [1]** 409/20
**drive [1]** 416/4
**drives [1]** 416/4
**drop [1]** 308/14
**droplet [3]** 326/9 369/8 394/22
**droplets [1]** 384/12
**dropper [1]** 308/15
**dropping [1]** 308/14
**drove [1]** 300/23
**drowning [1]** 415/17
**drug [39]** 306/13 306/19 310/20 312/20 313/6 313/7 313/10 314/15 318/20 318/22 319/21 319/22 325/16 325/24 407/1 408/18 408/20 410/9 440/15 440/25 448/23 452/3 460/23 462/16 462/18 463/13 463/15 463/16 477/3 477/11 486/10 486/25 490/22 490/23 492/11

D
**drug... [4]** 492/13 492/14 508/1 521/1
**drugs [22]** 321/25 322/9 378/18 378/19 378/24 379/5 379/9 380/21 382/12 408/22 410/23 410/25 422/10 449/14 477/9 479/21 486/21 486/21 487/4 487/6 487/10 487/14
**DTX [47]** 282/15 282/17 287/18 287/23 288/7 288/9 288/13 288/17 289/6 289/15 290/1 292/3 295/22 295/25 308/23 309/1 309/1 309/1 309/1 309/2 309/2 315/24 315/24 316/3 316/3 333/1 333/6 399/7 400/10 432/24 434/8 434/11 445/5 461/21 463/21 463/25 464/3 495/25 502/13 502/16 515/17 516/23 517/1 525/8 525/8 525/9 525/9
**DTX-2022 [2]** 287/18 287/23
**DTX-2134 [1]** 288/13
**DTX-2208 [1]** 289/15
**DTX-2211 [2]** 288/7 288/9
**DTX-2251 [5]** 290/1 445/5 515/17 516/23 517/1
**DTX-2252 [4]** 461/21 463/21 463/25 464/3
**DTX-2253 [3]** 292/3 295/22 295/25
**DTX-2294 [2]** 288/17 289/6
**DTX-2310 [2]** 315/24 316/3
**DTX-2311 [2]** 315/24 316/3
**DTX-2356 [3]** 432/24 434/8 434/11
**DTX-2375 [3]** 495/25 502/13 502/16
**DTX-2392 [2]** 333/1 333/6
**DTX-2420 [3]** 308/23 309/1 525/8
**DTX-2421 [2]** 309/1 525/8
**DTX-2422 [1]** 525/9
**DTX-2429 [1]** 309/1
**DTX-2430 [2]** 282/15 282/17
**DTX-2434 [2]** 399/7 400/10
**DTX-2440 [1]** 525/9
**DTX-2446 [1]** 309/1
**DTX-2447 [1]** 309/2
**DTX-2531 [1]** 309/2
**due [1]** 451/23
**duly [2]** 286/3 403/8
**duration [1]** 382/12
**during [16]** 283/20 290/22 328/14 332/16 334/17 334/24 335/11 335/23 337/10 337/18 414/13 423/10 426/24 431/7 509/18 510/11
**dying [1]** 418/14

E
**e-mail [51]** 282/10 282/14 284/6 285/1 285/4 285/6 302/24 303/5 303/8 303/9 303/10 303/14 303/17 304/5 304/16 304/18 305/19 305/25 306/1 306/5 329/16 329/19 350/5 350/10 352/8 353/12 353/18 354/4 354/12 354/12 356/5 356/8 356/20 356/21 357/17 372/20 373/12 373/17 373/22 374/1 388/6 393/15 393/18 393/20 393/22 394/17 395/8 395/9 395/22 395/23 396/9
**e-mails [3]** 280/17 280/18 280/18
**each [17]** 279/11 280/12 280/18 299/9 322/19 368/5 380/18 381/6 381/8 393/6 411/7 452/5 486/6 486/13 501/19 516/1 517/11
**earlier [18]** 295/10 337/14 338/3 348/8 350/24 357/13 358/16 359/3 392/18 468/19 473/2 481/19 490/10 510/17 511/3 511/16 512/17 520/7
**early [9]** 322/3 322/11 324/11 423/7 434/2 434/4 434/5 459/14 477/8
**easily [5]** 359/21 397/16 423/5 428/21 447/25
**easy [1]** 421/22
**economic [2]** 420/2 420/3
**ED [1]** 320/24
**editorial [1]** 412/7
**educate [1]** 488/16
**education [3]** 300/19 413/5 491/16
**educational [10]** 300/18 309/13 309/14 317/23 405/17 488/17 491/16 491/21 492/3 492/9
**educationally [1]** 491/3
**Edward [1]** 317/14
**EEG [2]** 405/23 406/16
**effect [13]** 372/7 382/19 382/21 418/1 420/3 421/7 431/7 456/23 474/10 523/5 523/6 523/10 523/16
**effective [22]** 327/24 410/19 414/23 421/20 428/21 436/10 440/3 442/20 460/25 463/13 467/22 473/6 474/6 479/3 483/6 483/21 483/24 511/12 511/14 511/22 512/4 512/12
**effectively [1]** 423/14
**effectiveness [1]** 301/24
**effects [9]** 340/6 340/9 417/9 418/24 457/1 462/21 480/6 485/20 485/22
**efficacy [16]** 452/2 463/6 463/8 463/11 468/1 468/2 473/8 473/13 474/14 474/19 482/3 503/15 503/19 521/11 522/25 523/17
**efficient [1]** 452/3
**effort [2]** 434/17 461/6
**efforts [7]** 434/23 455/23 469/21 469/25 470/6 472/12 477/20
**EHF [1]** 277/3
**either [11]** 281/5 313/2 332/5 462/21 468/1 484/21 487/14 489/16 489/23 491/6 503/8
**elaborate [1]** 490/19
**elbow [1]** 437/16
**element [1]** 299/9
**elements [1]** 324/10
**elicited [1]** 401/15
**else [19]** 282/20 285/5 285/20 337/8 340/11 340/13 340/17 345/16 365/11 365/15 366/15 373/9 383/6 383/12 388/21 405/11 495/6 525/18 525/20
**EMA [1]** 468/8
**email [1]** 350/6
**embarrassing [2]** 436/18 439/14
**embarrassment [1]** 440/15
**embodiment [3]** 322/3 322/12 478/2
**emergencies [3]** 448/2 448/13 471/18
**emergency [4]** 279/23 423/18 429/2 450/3
**employed [2]** 321/22 322/6
**employee [2]** 322/21 323/3
**employer [1]** 415/24
**employment [4]** 353/2 353/4 420/7 420/9
**emulsions [2]** 294/20 297/11
**enable [1]** 402/8
**enabled [6]** 324/25 327/21 327/21 327/21 327/23 402/15
**enablement [5]** 401/9 401/13 402/2 402/2 402/10
**enabling [2]** 327/19 327/20
**enclosing [1]** 357/22
**encompasses [1]** 319/5
**end [12]** 291/19 338/23 341/14 358/1 359/6 359/10 404/13 445/15 463/12 490/12 503/19 524/2
**ended [1]** 335/13
**ending [8]** 290/15 307/11 307/19 308/4 311/24 358/1 374/7 396/6
**endpoints [1]** 503/15
**ends [1]** 309/4
**engage [1]** 405/9
**England [1]** 318/18
**English [2]** 355/11 361/18
**enough [3]** 335/9 411/2 470/11
**enroll [2]** 409/5 459/15
**entails [1]** 283/14
**enter [1]** 282/4
**entered [1]** 332/14
**entire [1]** 391/16
**entirety [1]** 525/12
**entitled [3]** 292/5 352/21 391/22
**entity [1]** 412/12
**environment [4]** 301/23 302/1 436/20 437/4
**Epilepsia [3]** 412/9 470/23 473/17
**epilepsy [80]** 403/22 403/25 404/3 404/8 405/1 405/5 405/7 405/14 405/15 405/23 406/16 407/5 407/6 407/7 407/11 407/12 407/16 407/23 408/3 408/15 408/16 408/18 408/21 409/10 409/11 410/3 410/12 410/12 410/25 411/4 411/16 412/5 412/12 412/14 413/6 413/17 414/3 414/6 414/7 414/12 414/21 414/24 415/6 415/9 415/16 418/2 419/7 420/16 420/20 420/22 420/24 421/2 421/4 421/9 424/11 435/6 437/4 440/3 440/14 447/17 454/11 454/12 458/7 459/21 460/15 460/16 460/22 461/3 461/9 462/1 462/24 463/5 465/25 474/15 474/17 477/5 480/23 480/25 487/14 491/22
**epileptic [6]** 292/5 354/1 388/16 389/2 428/8 459/8
**epilepticus [5]** 418/14 418/17 420/16 420/22 450/5
**epileptologist [1]** 480/22
**episode [1]** 503/6
**episodes [4]** 424/8 435/14 496/12 499/3
**episodic [1]** 449/25
**equally [1]** 382/18
**equipment [1]** 355/22
**Erik [1]** 387/4
**errata [1]** 316/11
**errors [1]** 450/17
**ESQ [9]** 277/23 277/23 277/24 277/24 278/4 278/6 278/7 278/7 278/8
**essentially [1]** 396/14
**established [4]** 305/14 323/14 495/18 495/21
**establishing [1]** 401/15
**estimate [1]** 332/6

**E**


**estimated [1]** 479/24
**et [4]** 326/9 409/20 409/20 423/9
**ethanol [3]** 331/16 366/18 385/5
**ethylene [5]** 336/21 336/21 336/22 336/22 337/6
**Europe [3]** 313/11 408/5 494/3
**evaluate [7]** 332/8 354/23 408/5 408/18 409/7 409/10 409/18
**evaluated [5]** 459/19 463/1 477/11 510/3 523/1
**evaluates [2]** 412/13 463/14
**evaluating [2]** 408/21 463/10
**evaluation [6]** 409/19 440/22 440/23 448/23 449/10 486/25
**even [9]** 295/5 325/20 367/21 374/1 375/17 401/10 430/22 495/10 499/5
**evening [3]** 351/21 351/25 416/11
**event [1]** 430/18
**events [1]** 410/3
**ever [8]** 297/18 306/10 338/16 359/6 360/11 360/13 443/8 460/16
**every [2]** 297/16 305/13
**everybody [3]** 280/2 407/23 499/1
**everyone [3]** 372/6 524/17 525/22
**everything [3]** 297/18 366/15 409/24
**evidence [69]** 282/4 295/22 295/25 309/2 316/4 333/6 400/13 401/6 401/12 402/14 402/19 412/25 413/3 421/11 421/14 424/22 427/23 428/1 429/22 432/19 432/22 434/8 434/11 436/1 436/4 438/12 438/15 439/20 439/23 441/8 441/11 444/25 445/3 447/6 447/12 448/4 448/7 450/19 450/22 452/16 453/16 453/19 455/14 455/17 457/16 458/14 458/17 460/1 460/4 461/17 464/3 465/5 465/8 466/15 466/18 471/10 471/13 472/15 472/18 475/9 475/12 482/16 482/20 502/16 510/22 510/25 517/1 519/15 524/23
**evidentiary [2]** 280/7 280/11
**exact [4]** 328/21 351/10 399/16 433/24
**exactly [5]** 308/20 365/7 381/10 389/22 392/23
**examination [7]** 286/1 286/9 286/13 298/9 403/12 485/2 519/21
**example [50]** 295/16 297/11 298/12 298/15 330/7 337/3 337/8 340/8 346/16 355/13 358/3 358/8 358/18 358/24 359/6 359/9 359/16 359/16 359/17 360/2 360/5 360/11 360/13 360/19 362/18 366/12 366/14 366/20 366/24 367/2 367/3 367/6 367/7 370/9 370/10 370/12 370/13 374/25 386/7 386/9 386/19 396/5 398/19 407/19 411/12 479/6 491/18 492/24 495/12 497/9
**Example 1 [1]** 366/20
**Example 2 [3]** 298/12 298/15 367/2
**Example 3 [3]** 360/19 362/18 367/6
**Example 5 [4]** 370/9 370/10 370/12 370/13
**Example 5s [1]** 359/17
**Example 6 [2]** 360/2 360/5
**Example 7 [1]** 360/11
**Example 8 [1]** 360/13
**examples [8]** 366/3 366/4 419/12 476/19 476/21 492/12 492/14 518/19
**Excel [1]** 465/16
**excellent [4]** 284/10 284/14 377/12 378/2
**except [2]** 340/19 489/18
**excerpt [4]** 453/7 466/11 480/19 481/3
**excerpted [1]** 481/6
**excerpts [1]** 456/20
**excess [1]** 443/2
**excipient [18]** 305/13 305/15 305/16 327/7 327/15 327/19 327/22 329/23 329/24 331/19 363/2 363/3 369/5 377/7 384/13 486/6 486/9 486/13
**excipients [26]** 291/24 294/1 294/18 295/15 298/20 324/25 329/22 331/10 331/13 331/22 339/12 345/3 349/16 349/18 368/10 368/14 377/5 384/9 384/16 384/19 384/21 384/25 385/1 385/4 388/20 486/16
**exciting [1]** 350/15
**exclude [1]** 291/24
**excluding [2]** 332/2 332/3
**excused [1]** 523/25
**executive [1]** 412/11
**exhausted [1]** 419/21
**exhibit [115]** 281/18 282/14 282/24 295/25 302/24 303/7 304/5 330/4 330/23 332/18 333/3 333/6 348/23 348/24 349/22 350/3 352/24 353/9 354/4 354/9 356/1 356/16 356/23 357/3 357/8 357/16 357/18 357/20 357/25 361/2 363/5 371/4 371/11 372/15 372/15 383/25 385/23 386/23 387/14 387/18 389/8 393/10 394/6 394/13 395/5 395/16 395/25 396/25 412/20 413/3 419/3 421/14 423/22 424/22 427/3 428/1 428/4 429/22 431/19 432/22 434/11 435/3 436/4 437/7 438/15 438/22 439/23 440/1 441/11 443/24 445/3 445/5 446/17 447/12 447/14 448/7 448/22 450/22 452/16 452/20 452/22 453/13 453/19 454/8 455/17 456/13 456/21 457/16 457/18 458/10 458/17 460/4 461/11 461/17 463/22 464/3 465/2 465/8 466/18 470/19 471/13 471/16 472/18 473/12 475/12 482/20 502/16 508/15 508/20 508/24 510/22 510/25 517/1 519/15 525/13
**Exhibit 10 [1]** 354/9
**Exhibit 107 [1]** 302/24
**Exhibit 12 [1]** 356/16
**Exhibit 13 [2]** 357/8 357/20
**Exhibit 14 [3]** 357/3 357/16 357/18
**Exhibit 15 [1]** 361/2
**Exhibit 16 [1]** 363/5
**Exhibit 17 [1]** 371/4
**Exhibit 18 [1]** 371/11
**Exhibit 19 [1]** 372/15
**Exhibit 22 [1]** 383/25
**Exhibit 23 [1]** 385/23
**Exhibit 24 [1]** 386/23
**Exhibit 25 [1]** 387/14
**Exhibit 26 [1]** 387/18
**Exhibit 28 [1]** 389/8
**Exhibit 3 [1]** 348/24
**Exhibit 30 [1]** 393/10
**Exhibit 31 [2]** 281/18 394/6
**Exhibit 32 [1]** 394/13
**Exhibit 33 [1]** 395/5
**Exhibit 35 [1]** 395/16
**Exhibit 36 [1]** 395/25
**Exhibit 37 [1]** 396/25
**Exhibit 5 [1]** 303/7
**Exhibit 6 [2]** 349/22 350/3
**Exhibit 7 [2]** 282/14 352/24
**Exhibit 8 [1]** 353/9
**Exhibit 9 [2]** 330/23 354/4
**exhibits [12]** 302/24 302/24 303/2 308/23 309/1 316/3 332/14 399/23 400/3 400/7 400/10 524/22
**Exhibits 107 [1]** 302/24
**Exhibits Fisher 5 [1]** 303/2
**exist [2]** 446/6 478/17
**existed [3]** 425/2 436/14 454/1
**exists [1]** 293/22
**exited [2]** 320/5 320/7
**expand [1]** 320/12
**expect [3]** 513/2 513/10 513/10
**expectation [4]** 342/22 343/4 343/5 344/25
**expectations [1]** 342/24
**expected [9]** 298/22 299/1 299/3 328/22 485/5 485/9 485/9 506/18 515/1
**expecting [3]** 321/13 326/12 382/4
**experience [14]** 339/25 340/23 340/24 343/24 365/17 365/22 366/13 385/6 406/8 406/9 410/5 412/1 413/5 522/7
**experienced [1]** 344/8
**experiences [1]** 405/10
**experiment [3]** 358/15 370/2 384/8
**experimental [2]** 308/5 308/9
**experimentation [1]** 401/16
**experimenting [1]** 384/15
**experiments [4]** 352/3 354/19 378/13 384/22
**expert [10]** 283/23 284/21 362/10 413/6 413/11 485/25 487/9 487/12 487/13 487/17
**expertise [6]** 301/18 320/20 486/14 486/17 486/20 486/24
**experts [6]** 462/8 467/11 468/7 468/25 478/3 491/20
**explain [10]** 300/19 317/23 321/21 322/5 322/18 323/25 325/6 339/4 514/19 523/17
**explained [4]** 314/21 360/9 382/20 422/13
**explaining [1]** 466/23
**explanation [2]** 520/17 523/2
**explicitly [2]** 288/18 288/22
**explore [1]** 340/5
**explored [3]** 335/13 426/1 444/22
**exploring [1]** 339/10
**exposed [1]** 438/2
**extend [1]** 486/25
**extent [1]** 362/20
**extra [1]** 447/5
**extract [1]** 419/17
**extracted [1]** 378/10


**F**


**facing [1]** 344/12
**fact [16]** 284/14 326/14 327/11 366/1 381/20 401/14 434/17 434/19

Case 1:21-cv-01229-JLH Document 149 Filed 10/30/23 Page 265 of 290 PageID #: 5508


**F**

**fact... [8]** 435/17 459/16 467/4 488/7 489/8 489/11 494/15 500/2
**factor [2]** 340/22 418/15
**factors [7]** 343/14 344/7 349/19 369/10 394/24 419/5 454/10
**facts [3]** 402/3 499/13 499/14
**fail [1]** 388/21
**failed [12]** 388/19 413/23 455/21 461/6 463/20 468/13 469/23 472/9 472/13 477/20 505/15 518/19
**failing [1]** 417/12
**failure [1]** 505/11
**failures [3]** 477/14 477/24 519/5
**fair [2]** 357/8 371/18
**fairly [2]** 398/22 487/16
**fall [5]** 294/25 414/17 415/12 416/18 416/24
**falls [2]** 408/16 475/6
**familiar [5]** 487/2 487/12 487/16 496/7 517/3
**families [1]** 375/17
**family [11]** 289/2 306/25 307/3 375/15 375/20 376/5 416/9 416/10 417/3 423/9 429/11
**far [9]** 308/16 320/13 353/17 358/3 358/8 359/24 360/16 402/16 485/16
**fascinated [7]** 338/11 339/5 339/13 339/14 339/24 340/2 343/9
**fascinating [2]** 338/25 339/9
**fast [5]** 434/1 447/24 449/9 449/11 449/17
**fast-acting [1]** 447/24
**fast-track [3]** 449/9 449/11 449/17
**faster [4]** 513/3 513/5 513/12 513/20
**fatality [1]** 418/23
**favor [1]** 474/11
**favorable [1]** 421/1
**FDA [33]** 287/8 305/5 307/10 310/19 313/10 322/4 322/13 323/23 324/7 328/9 329/24 423/25 435/13 435/15 435/17 435/20 448/24 449/9 449/12 449/16 449/18 449/23 450/7 450/24 460/23 461/8 463/14 487/9 487/13 490/25 491/1 491/4 507/25
**FDA's [3]** 295/6 331/18 448/17
**fear [6]** 415/10 415/14 418/6 423/13 440/12 499/8
**February [2]** 424/2 449/5
**February 20 [1]** 449/5
**February 2021 [1]** 424/2
**feel [2]** 349/6 398/21
**fellowship [2]** 301/3 405/23
**fellowships [2]** 405/25 406/12
**felt [17]** 413/20 413/25 419/21 424/25 439/15 440/16 446/6 455/10 455/20 462/9 469/16 470/4 472/21 477/13 477/20 478/14 478/18
**few [8]** 290/5 330/18 381/12 405/24 493/17 495/19 508/2 519/18
**fewer [1]** 495/7
**fifth [3]** 464/5 489/6 501/14
**figure [16]** 288/13 288/14 313/23 392/20 392/21 392/24 399/15 506/7 506/24 506/25 509/7 509/8 509/12 509/17 520/12 521/3
**figure 1 [2]** 506/7 520/12
**Figure 10 [2]** 288/13 288/14
**Figure 23 [2]** 392/21 392/24
**figures [2]** 392/23 499/5
**file [3]** 330/7 352/14 352/22
**filed [13]** 302/12 302/13 308/2 356/13 361/21 364/1 367/8 370/25 371/2 384/14 425/14 451/8 451/10
**files [1]** 373/19
**filing [18]** 361/1 363/12 363/22 363/23 366/9 370/3 370/4 370/24 386/4 386/16 387/9 387/11 389/15 390/11 390/15 391/9 392/19 395/12
**final [4]** 293/19 293/21 369/3 481/6
**finally [5]** 279/21 294/16 409/21 480/13 482/10
**find [6]** 335/8 340/7 345/21 346/20 398/3 470/10
**finding [4]** 306/13 339/14 401/22 472/11
**findings [4]** 456/21 456/23 457/6 457/7
**finds [2]** 402/4 402/5
**fine [3]** 334/8 400/24 514/18
**finished [2]** 299/23 319/18
**fire [1]** 414/8
**first [80]** 286/20 297/21 297/22 299/25 300/1 300/2 304/18 312/11 318/16 334/3 334/4 334/19 337/21 338/15 346/6 350/10 350/14 350/21 351/19 356/24 360/9 361/4 361/5 361/10 363/6 363/13 363/23 364/1 365/25 367/10 367/16 370/4 370/18 371/12 372/9 374/7 374/7 380/11 380/25 385/16 388/24 390/5 390/24 403/8 418/9 418/9 419/25 422/8 427/11 428/14 428/14 432/3 433/9 433/20 433/22 433/22 433/25 434/5 437/14 444/7 444/14 445/14 445/15 449/22 468/4 479/11 479/15 479/20 480/7 496/5 496/17 497/11 497/15 497/19 499/7 503/20 505/11 506/17 518/3 521/4
**firstly [1]** 498/20
**Fisher [33]** 300/2 300/11 300/14 303/2 303/2 303/4 303/23 304/5 304/8 304/13 304/18 305/19 305/22 306/4 306/4 306/5 307/6 329/17 333/14 372/23 373/7 373/12 373/18 373/24 387/25 389/4 393/15 393/22 394/25 395/9 395/23 502/12 522/12
**Fisher 6 [2]** 303/2 303/23
**Fisher 7 [2]** 304/5 304/18
**Fisher 8 [1]** 304/13
**fit [1]** 470/12
**five [2]** 418/19 418/20
**five minutes [2]** 418/19 418/20
**fixed [2]** 347/23 393/9
**flip [4]** 349/6 361/12 396/1 463/21
**flippant [1]** 326/13
**floor [1]** 416/6
**flows [1]** 344/5
**fluid [1]** 344/5
**fluids [1]** 344/9
**foam [1]** 414/18
**focus [7]** 319/7 319/22 319/25 320/17 353/17 377/11 390/6
**focused [7]** 297/8 318/19 319/3 320/21 320/24 321/1 390/12
**focusing [3]** 310/12 339/24 340/19
**folders [1]** 330/8
**folks [1]** 279/18
**follow [3]** 280/6 479/11 515/3
**followed [4]** 406/21 462/22 462/22 505/16
**following [6]** 311/13 397/5 501/10 505/4 514/12 522/24
**follows [8]** 281/15 286/4 300/11 309/8 317/11 334/12 381/22 403/9
**foregoing [1]** 526/4
**form [10]** 307/13 307/14 307/15 330/1 339/17 424/14 436/8 440/17 441/17 447/7
**formal [1]** 322/20
**formally [1]** 479/22
**former [1]** 310/10
**forms [4]** 319/6 329/2 362/2 424/14
**formula [17]** 338/8 338/9 338/13 338/15 338/22 338/23 338/25 341/3 341/22 344/2 350/25 351/7 351/9 362/5 383/4 383/12 383/19
**formulate [2]** 294/11 327/23
**formulated [10]** 359/19 422/7 426/8 426/9 430/3 430/4 441/17 444/20 446/1 486/10
**formulating [1]** 320/14
**formulation [178]** 284/9 284/9 284/10 284/13 286/20 286/21 286/23 287/1 287/3 287/7 289/8 289/8 289/22 290/8 290/22 290/25 291/3 291/12 292/2 293/10 293/13 293/16 294/2 296/19 296/23 297/8 298/1 302/18 305/13 306/14 306/18 308/16 308/17 309/4 310/15 310/15 310/18 311/5 312/24 313/5 313/16 313/22 313/25 314/1 315/15 315/17 319/14 320/2 320/12 320/14 320/16 320/20 323/11 323/17 323/18 323/20 323/25 324/6 324/11 326/5 328/3 328/7 328/14 329/4 330/9 331/11 331/23 335/4 335/8 335/10 337/3 337/22 338/2 339/15 339/21 341/24 343/12 343/18 344/1 344/21 345/2 345/4 345/6 345/15 345/16 346/13 349/17 350/15 351/3 351/17 354/23 359/23 360/4 360/14 364/19 365/22 367/13 367/22 368/1 368/9 368/15 370/16 370/17 370/20 370/20 372/5 384/25 385/20 388/16 388/21 395/2 395/4 425/5 434/21 436/8 441/15 441/16 441/23 442/23 443/3 443/5 443/9 443/14 443/19 444/16 445/8 448/12 451/15 453/24 456/12 456/17 456/24 456/25 458/5 458/19 458/20 458/23 459/12 460/6 461/6 461/19 461/20 461/25 462/4 462/7 462/8 463/16 464/5 464/6 464/7 464/18 464/21

**F**


**formulation... [26]** 465/10 465/21 465/23 466/6 467/13 468/5 468/6 468/16 468/17 468/20 468/22 468/24 469/1 469/4 469/12 469/15 469/16 472/12 478/8 481/17 486/3 486/7 493/24 517/5 517/18 521/25
**Formulation 1 [1]** 313/16
**formulations [77]** 284/11 288/14 290/19 291/23 292/15 292/19 292/21 292/23 292/24 293/1 295/16 296/10 296/14 297/3 308/5 308/10 310/23 311/2 312/21 313/14 314/11 324/20 326/22 327/9 327/14 328/3 328/7 328/8 328/16 328/21 329/1 331/14 335/2 335/12 336/15 336/16 336/25 343/2 343/20 347/11 355/8 360/7 365/2 365/20 365/23 367/11 367/21 368/8 368/14 368/19 368/20 368/23 369/20 370/8 370/11 370/12 370/14 371/22 381/1 383/21 388/12 388/19 394/21 397/13 447/5 452/9 466/21 466/24 467/4 467/14 469/22 471/6 477/25 481/9 484/4 486/1 519/3
**formulator [6]** 311/9 312/22 313/18 314/8 327/11 331/21
**fortunate [1]** 411/1
**forward [5]** 318/12 395/1 395/3 446/3 524/17
**found [8]** 336/25 338/25 347/8 351/14 371/21 426/22 439/14 454/21
**Foundation [1]** 480/25
**four [19]** 300/22 300/24 333/15 334/24 351/19 358/24 384/5 396/10 401/3 415/25 459/18 485/5 485/10 501/5 501/9 501/24 519/4 522/18 522/23
**four hours [1]** 485/10
**four minutes [1]** 333/15
**four years [2]** 300/22 334/24
**four-hour [1]** 522/18
**fourth [2]** 461/19 501/14
**fraction [2]** 335/14 335/15
**fractionating [1]** 336/20
**fractions [2]** 336/20 338/4
**frame [3]** 334/21 337/24 497/6
**free [4]** 349/6 411/20 509/18 510/11
**freedom [5]** 398/9 520/21 521/1 521/14 521/18
**freezing [3]** 325/3 325/17 380/12
**French [5]** 480/20 480/21 481/4 481/7 481/15
**frequent [1]** 424/8
**frequently [2]** 432/13 487/22
**friend [2]** 313/20 416/4
**friends [5]** 416/11 416/12 417/2 423/9 429/12
**front [19]** 281/24 313/2 317/20 348/23 349/22 352/25 356/23 357/4 363/4 372/14 385/23 386/23 387/13 387/17 389/7 393/11 394/12 395/16 396/24
**full [7]** 300/13 304/18 317/13 323/6 334/14 403/18 466/20
**fully [3]** 346/5 374/11 444/22
**function [3]** 344/4 414/10 427/17
**fund [1]** 409/18
**funded [2]** 408/10 409/8
**funding [8]** 358/5 358/10 359/2 359/12 359/15 409/14 409/15 409/16
**funds [1]** 407/17
**further [12]** 298/5 299/15 422/18 423/14 440/25 458/6 461/7 464/23 482/21 502/6 519/16 523/20
**furthermore [1]** 487/3
**Future [1]** 471/18


**G**


**G-H-A-D-E-R-I [1]** 309/11
**GABA [3]** 422/15 422/18 523/12
**gained [1]** 411/21
**game [1]** 481/13
**gap [1]** 320/18
**Gaps [1]** 435/5
**gastrointestinal [1]** 431/13
**GATES [1]** 278/6
**gather [1]** 305/16
**gathers [1]** 305/16
**gave [6]** 373/23 379/6 381/10 383/7 490/18 519/24
**gel [12]** 396/11 425/21 431/22 434/20 436/9 437/18 437/24 437/25 443/25 481/11 509/18 509/24
**general [7]** 294/22 303/17 323/1 323/2 326/3 334/21 478/25
**generalized [1]** 414/19
**generally [13]** 334/24 339/15 348/17 386/12 388/11 389/24 390/2 392/24 396/1 412/22 467/2 489/21 519/1
**generic [1]** 288/20
**genes [1]** 408/1
**genetic [1]** 408/8
**genetics [1]** 301/2
**geology [1]** 318/4
**geometry [2]** 326/8 394/23
**George [2]** 405/3 406/23
**Georgetown [1]** 406/14
**get [30]** 279/24 283/2 293/20 302/11 302/12 310/19 310/20 312/7 314/2 327/24 328/8 332/4 343/10 343/23 376/16 392/16 393/7 397/16 399/16 409/8 410/21 431/10 434/1 470/11 476/4 488/15 488/19 489/8 491/13 515/10
**gets [3]** 295/7 347/24 523/4
**getting [6]** 279/15 283/19 302/13 310/18 378/12 442/18
**Ghaderi [6]** 309/4 309/7 309/10 309/11 333/17 373/11
**Giant [1]** 416/5
**GIUNTA [1]** 278/7
**give [25]** 281/9 284/25 309/14 314/4 332/16 334/21 337/3 337/8 340/8 356/14 366/12 368/22 369/1 382/5 382/7 407/19 410/13 411/12 411/14 419/12 479/6 490/8 491/18 496/2 514/17
**given [9]** 308/12 383/9 486/9 486/10 488/16 489/7 489/9 501/17 503/12
**gives [4]** 419/17 423/12 477/7 490/23
**giving [5]** 381/5 398/19 467/21 489/23 512/1
**Gizurarson [9]** 281/12 281/14 324/17 326/17 326/24 334/1 334/12 334/15 525/2
**Glad [1]** 280/2
**glance [1]** 330/19
**glycerin [1]** 331/14
**glycerol [2]** 299/1 299/6
**glycerols [1]** 299/11
**glycofurol [11]** 288/15 335/16 337/1 337/7 337/9 337/16 338/5 340/25 345/23 346/16 397/25
**glycol [33]** 288/15 288/24 289/1 289/3 289/9 291/13 293/4 293/6 298/23 299/7 306/21 306/22 314/10 331/14 335/18 335/21 335/24 335/25 336/22 336/22 336/22 337/6 337/6 337/12 341/10 362/5 362/7 368/2 385/5 389/5 397/15 397/22 397/24
**glycols [8]** 336/21 337/2 338/19 390/6 390/7 390/25 391/1 396/14
**glyconfurol [1]** 375/22
**go [51]** 281/8 286/18 288/13 289/7 296/5 298/15 304/4 312/25 313/18 334/16 352/5 352/10 365/4 366/17 370/21 370/23 381/1 385/18 390/20 395/1 395/3 398/7 407/22 409/13 416/2 416/3 418/13 423/17 430/16 434/13 439/15 452/2 463/9 466/20 472/20 481/18 491/7 496/3 497/21 504/5 504/5 506/6 506/24 515/16 516/7 516/21 518/15 518/25 519/1 519/2 524/20
**goal [8]** 327/9 328/2 328/6 328/7 388/13 388/15 410/19 463/12
**goes [9]** 333/10 408/10 425/11 432/12 462/17 463/3 488/4 488/21 491/2
**going [34]** 279/21 279/23 283/18 284/19 285/9 285/14 285/14 285/18 286/18 295/7 307/18 314/2 316/25 317/2 318/12 347/4 348/16 351/24 351/25 360/2 364/17 374/17 399/11 413/13 416/8 416/24 431/13 460/13 496/16 500/8 502/9 514/14 524/3 524/11
**gone [4]** 417/13 441/3 469/21 523/16
**good [19]** 279/7 285/24 286/5 286/11 286/12 300/9 313/2 332/12 332/20 359/21 366/19 369/11 402/21 403/17 446/2 475/16 524/2 524/16 525/21
**got [26]** 279/11 299/20 309/19 309/23 312/19 312/19 338/8 342/16 344/18 359/12 359/14 398/25 402/13 408/20 415/7 415/23 418/5 418/6 418/11 418/12 420/5 420/21 421/25 431/6 508/19 509/3
**grade [1]** 362/15
**graduate [1]** 300/24
**graduating [2]** 300/20 318/7
**graduation [3]** 300/23 318/10 318/15
**grand [1]** 414/17
**grant [3]** 407/18 407/20 408/10
**granted [1]** 449/9
**granting [1]** 449/16
**grants [3]** 407/14

## G


**grants... [2]** 407/17 409/17
**graph [2]** 393/5 522/24
**graphically [1]** 438/5
**great [3]** 320/10 333/10 400/2
**greater [4]** 499/15 500/16 501/9 501/24
**greatly [1]** 448/1
**Greg [9]** 350/6 350/11 351/2 351/16 353/13 353/19 354/5 354/13 356/6
**Greg Plucinski [2]** 350/6 350/11
**grew [1]** 319/9
**ground [3]** 414/18 415/12 416/18
**group [30]** 318/17 319/10 320/11 338/23 339/3 339/4 339/8 339/10 339/20 339/25 340/2 340/21 340/25 341/4 341/7 341/7 341/14 341/15 341/18 341/19 341/22 352/12 357/14 375/17 396/15 396/20 396/21 416/7 422/14 494/6
**groups [4]** 390/8 474/8 503/12 510/3
**Gudmundsdóttir [6]** 290/17 290/20 290/24 291/3 291/12 296/25
**guess [6]** 318/4 320/5 330/21 332/4 332/7 332/7
**guessing [1]** 330/8
**guiding [1]** 416/22
**guy [1]** 314/7


## H


**habits [1]** 522/17
**had [116]** 280/7 280/10 282/25 295/5 297/18 302/6 308/10 312/12 313/16 314/19 314/20 315/16 316/6 318/3 318/16 320/19 323/14 324/14 326/17 327/10 328/2 328/2 335/6 338/3 338/6 338/9 338/13 338/17 338/18 338/18 339/8 339/22 341/10 342/2 342/8 342/8 342/15 342/17 342/23 342/24 343/1 343/6 343/19 343/19 343/22 344/8 344/12 344/22 344/25 347/1 347/8 347/18 347/18 348/7 351/2 352/2 352/5 352/8 356/11 358/3 359/10 360/11 360/13 360/21 362/14 363/13 374/15 378/24 379/4 381/18 384/10 384/14 388/13 390/14 391/8 391/11 391/15 391/15 392/18 395/15 398/25 399/23 406/24 407/15 411/16 411/16 417/8 418/9 422/13 423/2 440/24 441/20 443/8 454/22 457/7 460/24 472/12 482/8 492/21 493/11 493/14 494/10 494/15 495/4 495/6 495/6 495/10 500/20 500/23 501/2 505/10 505/13 510/18 518/4 519/9 521/15
**hadn't [1]** 308/19
**half [8]** 309/5 419/19 430/25 479/9 479/22 479/23 504/14 504/17
**HALL [2]** 277/18 277/24
**HANANJA [2]** 277/3 398/21
**hand [16]** 294/5 298/21 312/1 403/6 414/15 428/15 432/3 433/10 439/7 444/14 445/14 456/20 471/2 471/23 473/21 516/11
**handed [3]** 281/17 282/13 394/5
**handled [1]** 311/3
**handles [1]** 462/19
**handouts [1]** 382/8
**HANSEN [2]** 277/23 400/14
**happen [14]** 415/8 415/11 422/20 423/16 429/6 429/8 429/8 433/22 433/24 442/25 479/15 480/2 499/1 505/8
**happened [3]** 306/11 442/12 449/8
**happening [5]** 407/13 415/10 416/19 499/11 502/7
**happens [8]** 346/4 407/6 407/9 415/12 479/19 498/21 498/23 505/7
**happy [3]** 475/18 475/19 524/23
**HAROLD [1]** 278/8
**Harvard [1]** 406/2
**has [85]** 282/13 295/13 304/22 305/14 311/17 314/3 315/3 315/5 315/7 323/20 329/24 344/4 350/15 356/16 366/18 370/9 372/7 373/10 375/7 375/11 378/18 378/19 379/8 381/1 381/21 381/22 384/5 391/5 393/21 396/4 401/7 404/5 404/7 406/6 407/6 407/18 408/20 409/1 409/6 411/1 411/4 411/13 411/13 411/21 413/25 417/13 417/18 423/1 423/2 428/24 430/5 431/16 431/18 440/13 440/16 441/18 442/4 442/8 442/23 444/18 444/19 444/22 449/12 462/14 463/20 466/4 469/4 469/12 469/14 473/2 473/3 473/5 474/25 477/10 479/24 487/22 488/7 491/4 491/5 494/3 501/12 501/19 507/20 508/21 524/13
**hate [2]** 332/7 382/5
**have [311]**
**haven't [2]** 359/17 367/6
**having [19]** 286/2 298/11 306/11 313/15 338/12 342/6 389/14 403/7 415/25 418/12 430/16 430/16 431/8 480/9 494/19 500/16 506/3 517/13 525/14
**hazardous [1]** 432/14
**he [20]** 309/4 311/1 311/3 311/13 312/16 314/7 314/15 314/19 314/20 314/21 316/14 334/2 357/13 395/3 508/25 514/24 514/25 515/4 515/4 515/6
**he's [4]** 282/4 296/20 326/20 394/2
**head [5]** 407/9 407/21 407/23 408/2 410/4
**headed [1]** 319/10
**heading [8]** 419/11 420/1 424/3 424/13 448/25 449/6 454/16 471/24
**Health [1]** 481/1
**healthcare [4]** 318/18 422/1 429/1 429/7
**healthy [12]** 290/8 445/8 447/16 460/22 461/1 461/24 462/13 462/19 463/17 467/20 518/1 518/1
**hear [6]** 282/21 401/2 417/21 462/6 462/7 468/25
**heard [9]** 316/8 316/14 338/16 338/17 338/18 401/12 402/15 462/6 468/23
**hearing [3]** 402/14 524/4 524/7
**heart [1]** 427/17
**held [2]** 321/21 322/5
**help [13]** 305/5 314/13 344/11 345/1 408/1 410/11 410/20 411/5 411/17 411/18 411/23 430/24 477/5
**helpful [1]** 304/25
**helpless [1]** 419/22
**helps [1]** 496/6
**hepta [1]** 336/22
**hepta-ethylene [1]** 336/22
**her [3]** 411/18 411/21 439/2
**here [74]** 279/8 282/18 283/7 284/20 284/21 290/5 297/13 300/15 311/9 312/18 313/13 313/15 317/15 317/19 318/6 319/20 320/7 321/6 326/21 327/7 331/24 344/17 345/4 351/24 354/22 359/13 359/25 361/3 362/1 366/20 367/10 367/20 369/25 370/6 375/9 375/13 375/19 379/8 380/16 382/6 384/4 388/22 389/3 389/5 392/8 392/21 394/2 396/21 397/11 397/12 397/15 397/20 399/18 400/15 402/24 419/17 421/2 435/11 437/11 477/17 481/6 481/16 491/24 496/19 496/24 500/8 504/19 508/7 514/23 514/23 516/8 516/9 517/17 520/24
**here's [1]** 284/1
**hereby [1]** 526/4
**high [8]** 300/20 300/21 309/16 312/22 317/24 318/2 397/13 470/11
**higher [7]** 298/24 313/21 392/15 399/1 411/13 498/16 517/25
**highlighted [2]** 401/11 405/11
**highlighting [1]** 390/8
**highly [2]** 349/12 452/10
**him [8]** 296/22 311/7 351/17 373/18 514/22 514/22 514/23 514/23
**hired [3]** 301/16 310/15 322/21
**his [8]** 283/14 303/11 314/22 314/23 326/19 333/20 413/5 445/16
**history [2]** 318/9 318/10
**Hjortkjaer [2]** 336/12 336/12
**hoc [1]** 296/16
**hold [2]** 347/20 514/18
**home [10]** 416/2 416/13 422/2 422/4 425/3 425/9 425/17 426/13 429/9 429/15
**Honor [79]** 280/5 280/6 282/17 282/22 283/6 283/24 284/7 285/3 285/22 285/23 295/23 298/8 299/21 299/22 308/22 308/24 309/3 315/23 316/1 316/22 332/11 332/24 333/4 333/12 333/24 334/6 399/6 399/11 399/25 400/20 400/25 402/1 402/4 402/5 402/20 402/21 403/13 412/24 413/4 421/10 424/18 427/22 429/18 432/18 434/7 435/25 438/11 439/19 441/7 444/24 447/8 448/3 450/18 452/12 453/15 455/13 457/12 458/13 459/25 461/13 463/24 465/4 466/14 471/9 472/14 475/8 482/15 482/22 482/24 510/21 514/4 514/8 515/12 516/23 519/12 519/18 524/5 524/21 525/17
**HONORABLE [1]** 277/18
**hope [1]** 385/3
**hopefully [2]** 279/22 280/3

**H**

**hoping [2]** 340/25 342/6
**hospital [6]** 418/13 421/25 444/18 446/10 447/5 448/2
**hospitalizations [1]** 420/5
**hospitals [3]** 422/4 429/8 448/13
**hour [12]** 317/2 321/20 400/17 417/10 431/1 431/1 433/22 498/23 499/9 500/13 500/21 522/18
**hourly [1]** 321/19
**hours [33]** 279/12 279/13 416/1 417/20 418/8 430/22 431/5 433/25 479/9 479/19 479/23 479/25 485/5 485/10 498/16 498/21 500/24 501/2 501/5 501/9 501/13 501/25 503/24 507/2 510/12 520/22 521/14 521/17 521/18 522/23 523/1 523/15 523/18
**housekeeping [4]** 279/9 286/14 332/25 502/11
**how [85]** 282/5 283/18 283/21 284/1 285/18 294/8 299/6 300/4 301/14 305/2 308/5 308/9 312/16 314/2 324/12 331/21 336/6 336/8 336/24 336/24 338/1 340/21 343/17 343/25 344/5 345/5 345/24 347/24 348/21 351/22 351/22 351/22 360/22 360/24 360/25 372/4 374/8 380/2 381/25 390/14 392/23 394/22 398/17 404/2 404/8 406/3 407/17 409/15 412/15 414/21 415/5 418/3 419/12 419/18 421/6 423/1 427/18 430/5 435/17 437/17 437/18 437/19 438/8 441/18 442/19 445/22 448/9 453/21 454/17 455/8 462/19 463/18 472/8 473/2 474/13 475/15 486/9 486/16 486/21 486/25 487/4 491/4 523/4 523/7 523/8
**however [1]** 498/17
**Hugverkanfnd [1]** 357/13
**huh [5]** 280/24 305/23 348/25 496/18 506/8
**hum [1]** 312/10
**human [1]** 459/3
**hundred [3]** 397/16 504/24 504/25
**hurdle [4]** 327/14 327/16 327/17 328/9
**hydrogen [1]** 341/14
**hydroxy [2]** 341/7 341/18
**hydroxytoluene [1]** 368/2
**hyperostosis [2]** 397/5 457/3
**hypothesis [1]** 341/12
**hypothetical [4]** 366/25 367/4 415/22 504/25

**I**

**I'd [24]** 289/14 290/5 292/1 294/1 295/18 295/21 296/2 300/18 307/5 317/22 330/3 404/15 424/24 426/20 429/25 448/15 455/20 468/4 468/22 477/15 480/13 481/18 482/15 502/13
**I'll [6]** 317/25 415/22 496/16 505/25 516/23 518/6
**I'm [83]** 279/9 282/15 297/23 307/24 308/7 320/6 321/13 321/17 323/12 324/4 326/3 326/12 326/22 327/1 327/5 328/12 328/15 328/25 328/25 330/8 331/4 331/21 333/20 338/24 339/24 344/17 344/17 348/3 348/9 348/9 348/16 351/24 351/25 352/5 352/10 353/18 355/7 355/10 355/12 357/12 357/23 361/18 362/4 362/10 366/12 368/17 370/20 375/19 376/2 376/3 376/6 377/21 378/4 378/6 379/2 382/18 383/16 383/16 384/18 391/22 395/14 396/3 397/11 398/7 405/4 412/7 422/3 458/11 466/25 486/2 487/7 487/17 496/2 499/21 499/21 500/8 502/9 502/25 505/12 505/24 512/4 513/17 515/8
**I've [16]** 281/17 281/23 281/24 296/3 340/7 348/3 348/23 371/20 394/5 394/11 394/12 402/13 476/13 501/15 508/19 525/3
**i.e [2]** 424/9 440/13
**ICELAND [13]** 277/4 303/20 313/11 350/6 353/12 354/5 354/13 356/9 361/20 372/21 384/14 388/4 393/16
**Icelandic [24]** 350/22 355/11 356/21 357/9 357/10 357/15 361/3 361/17 363/23 366/10 367/8 386/5 386/15 386/16 387/10 387/11 389/15 390/11 390/15 391/9 392/19 395/9 395/12 395/23
**ICU [1]** 418/13
**idea [14]** 314/9 314/19 314/22 314/23 315/15 322/2 322/11 328/10 328/13 337/21 338/1 339/22 341/10 342/8
**ideally [2]** 428/20 429/3
**identification [1]** 311/18
**identify [3]** 284/9 296/9 412/20
**II [5]** 277/14 385/19 385/21 463/4 463/7
**IID [1]** 295/9
**III [3]** 385/19 385/21 463/10
**Ikano [2]** 310/2 310/8
**illustration [1]** 437/12
**imagine [1]** 418/5
**Immediately [1]** 438/10
**immune [3]** 328/24 381/14 381/25
**impact [11]** 298/23 341/24 343/12 343/17 343/25 415/7 420/2 420/7 420/14 423/2 474/19
**impacted [2]** 343/6 423/1
**impairment [2]** 415/20 437/5
**impeachment [2]** 514/5 514/9
**imply [1]** 467/24
**important [3]** 344/4 354/2 433/17
**importantly [1]** 498/25
**impossible [1]** 432/14
**improve [6]** 301/23 301/25 341/1 344/21 366/16 448/1
**improved [1]** 447/5
**improvement [2]** 474/21 475/1
**inability [1]** 305/11
**inactive [3]** 295/6 331/18 395/11
**INC [3]** 277/3 277/7 310/3
**include [5]** 289/1 292/17 297/16 302/17 521/10
**included [1]** 404/5
**includes [1]** 300/7
**including [15]** 294/9 294/17 319/14 339/16 357/24 413/7 413/21 415/18 420/10 423/10 427/21 493/12 495/5 495/10 521/4
**inclusion [2]** 294/20 297/1
**income [1]** 417/1
**incomplete [1]** 297/15
**inconsistent [4]** 514/13 514/16 514/20 515/9
**Incorporated [1]** 464/8
**incorrect [1]** 331/7
**increase [6]** 301/23 314/12 314/15 341/8 366/16 420/7
**increased [13]** 347/4 415/16 415/17 415/18 418/12 418/12 420/5 420/19 420/21 420/23 450/1 452/10 465/24
**increasing [1]** 319/11
**IND [6]** 302/12 302/13 307/23 308/1 308/2 308/2
**indeed [1]** 461/2
**independent [1]** 395/1
**indicated [3]** 280/10 424/7 437/15
**indicates [1]** 449/18
**indicating [2]** 313/14 392/1
**indication [5]** 370/9 424/6 492/11 492/13 492/15
**indications [1]** 424/3
**indicia [1]** 413/18
**individual [1]** 370/18
**individuals [2]** 436/19 437/4
**industries [1]** 390/1
**industry [11]** 320/19 408/13 408/17 408/20 408/23 408/25 409/6 413/25 446/12 448/15 480/14
**ineffective [1]** 451/25
**inefficient [1]** 451/22
**infection [1]** 407/10
**inference [1]** 369/2
**inflammation [1]** 457/1
**influence [2]** 343/15 369/9
**influences [1]** 344/7
**influencing [2]** 342/10 349/20
**information [18]** 305/7 305/10 305/12 305/15 342/1 342/3 342/13 346/15 368/22 369/1 376/16 376/18 378/10 378/11 378/15 424/1 496/11 520/6
**informed [1]** 297/23
**informing [1]** 398/6
**infrequently [2]** 484/10 493/25
**ingredient [6]** 331/18 331/19 362/24 365/10 395/12 486/4
**ingredients [1]** 295/6
**inhalation [3]** 319/3 319/6 320/1
**inhale [3]** 431/14 431/14 443/2
**inhaler [1]** 318/22
**initial [4]** 322/21 440/22 462/21 472/6
**initially [1]** 462/18
**initials [1]** 406/6
**injectable [2]** 321/2 329/1
**injected [2]** 442/13 442/14
**injection [8]** 294/13 441/14 441/15 445/17 445/19 451/19 451/21 452/11
**injuries [2]** 420/15 420/19
**injury [12]** 407/7 407/9 407/9 407/11 407/21 407/22 407/23 408/2 410/4 410/6 415/17 418/12
**innovation [1]** 480/24
**input [4]** 356/14 489/20 490/2 490/25
**insert [1]** 437/22

**I**

**inserts [5]** 304/22 304/25 305/2 305/4 393/23
**inside [4]** 369/8 384/11 384/12 437/24
**insight [1]** 464/11
**insofar [2]** 302/19 423/3
**instance [1]** 431/3
**instead [6]** 341/14 344/24 383/22 386/20 431/13 442/12
**instillation [1]** 439/16
**instruction [2]** 311/1 437/8
**instructions [1]** 438/3
**instrument [2]** 369/17 369/22
**insufficient [1]** 452/2
**insulin [2]** 319/22 320/25
**intellectual [2]** 357/14 437/5
**intend [1]** 524/14
**intended [1]** 288/1
**interchanging [2]** 328/10 328/13
**interest [2]** 407/14 435/12
**interested [4]** 297/7 394/20 409/14 409/25
**interesting [4]** 306/12 314/14 314/19 384/7
**intermediate [3]** 296/16 392/14 393/7
**intermittent [1]** 424/8
**internal [4]** 292/13 456/14 457/20 465/16
**internally [1]** 281/3
**Internet [1]** 342/1
**interpretation [1]** 313/13
**interruption [1]** 418/19
**interval [15]** 496/21 496/24 497/19 498/1 498/4 498/8 498/11 498/16 498/18 499/15 500/3 500/17 501/9 501/24 522/22
**intervals [2]** 497/23 522/13
**interviewed [1]** 318/25
**intra [1]** 443/8
**intramuscular [5]** 433/3 433/14 434/19 444/17 516/9
**intranasal [118]** 286/25 287/3 287/7 290/7 290/19 292/5 292/14 294/2 296/9 296/14 297/2 297/25 298/1 300/3 301/5 301/8 301/12 301/14 306/19 310/9 310/10 314/1 318/11 324/20 335/2 343/23 344/1 372/24 373/4 373/6 376/4 377/10 378/17 378/21 379/4 380/25 413/22 422/8 425/5 433/2 440/2 440/23 441/4 441/21 441/22 441/25 443/10 443/14 444/15 445/7 446/1 447/3 447/16 447/25 448/12 448/12 451/15 451/17 451/22 453/24 455/3 456/4 456/5 456/6 456/7 456/8 456/9 456/12 456/24 458/4 458/22 459/7 459/8 460/8 460/14 461/5 461/20 461/25 464/7 464/8 464/12 464/12 464/14 464/21 465/11 465/21 465/23 466/3 466/5 466/21 466/22 466/22 468/6 468/9 468/24 469/4 469/22 470/5 470/21 471/4 471/7 471/24 472/1 472/2 472/12 477/25 478/8 481/8 481/17 483/14 483/15 484/4 493/19 510/8 515/23 516/9 516/15 517/5
**intranasally [10]** 367/12 422/7 426/10 443/6 443/20 444/19 450/17 472/25 521/25 522/8
**intravenal [1]** 426/7
**intravenous [12]** 427/4 427/21 428/23 428/25 429/5 429/13 431/3 433/3 433/14 434/18 443/9 443/14
**intravenously [4]** 426/9 429/11 441/17 445/25
**introduce [4]** 280/16 302/23 307/5 330/3
**Introduction [1]** 390/21
**intubated [1]** 418/13
**invalidity [1]** 401/23
**inventor [10]** 281/1 283/2 284/7 284/22 284/25 312/4 334/1 348/15 398/14 398/15
**inventors [6]** 336/10 336/13 352/6 387/4 387/5 387/7
**investor [2]** 301/17 301/18
**involve [3]** 301/8 301/22 310/12
**involved [8]** 302/14 302/16 302/21 330/13 405/13 405/13 407/1 412/5
**involves [1]** 489/7
**involving [1]** 374/18
**Iowa [2]** 300/21 300/25
**irritate [1]** 364/21
**irritating [4]** 363/15 365/5 365/23 444/21
**irritation [3]** 291/20 365/19 365/20
**is [796]**
**isn't [2]** 376/22 402/10
**Israel [2]** 406/1 406/12
**issue [9]** 280/7 282/18 283/1 283/6 401/9 401/18 402/10 477/15 477/17
**issues [3]** 297/9 399/23 400/1
**it [450]**
**it's [149]** 279/18 282/14 282/17 283/18 285/5 288/1 288/13 292/7 295/11 295/14 295/24 299/12 299/14 300/6 303/18 305/25 307/10 307/16 309/10 311/4 311/22 312/1 313/9 314/6 315/9 315/9 318/1 322/1 322/10 324/2 324/3 327/2 327/15 329/9 329/16 330/19 331/25 332/1 349/4 352/16 352/22 353/15 354/9 356/1 356/23 360/18 361/21 363/2 363/2 363/5 367/20 371/18 371/23 372/19 384/19 385/10 387/14 389/10 394/18 395/5 395/17 397/11 397/20 399/18 406/6 408/14 409/17 411/23 412/21 413/2 415/7 415/14 418/22 419/4 421/13 424/16 424/21 427/4 427/25 429/21 431/22 432/21 434/10 436/3 437/12 438/14 439/1 439/22 441/10 441/17 445/2 446/25 447/11 447/15 448/6 448/23 449/12 450/21 452/15 452/21 453/18 455/16 457/10 457/15 457/20 458/10 458/16 459/2 459/7 459/23 460/3 460/12 461/16 463/19 463/22 464/2 464/7 464/11 465/2 465/7 465/16 466/17 469/9 471/12 472/17 473/13 475/11 478/8 479/8 480/16 481/25 482/19 489/22 492/16 497/14 502/15 502/22 508/16 508/25 509/12 510/24 511/20 513/15 513/23 515/3 516/25 517/25 519/14 520/5
**ITI [24]** 281/2 301/16 303/19 304/22 305/11 306/12 309/5 310/11 317/9 318/12 320/9 321/22 322/6 322/15 324/16 324/16 327/9 327/17 328/2 328/16 329/5 384/5 456/9 464/21
**ITI's [3]** 464/14 464/18 466/22
**its [12]** 301/23 327/7 330/13 330/14 354/24 354/24 361/5 438/9 472/4 487/18 488/9 492/8
**itself [2]** 365/9 509/12
**IV [12]** 441/23 441/25 442/23 443/3 443/5 443/19 444/16 493/18 493/24 516/9 521/25 522/7
**Ivaturi [2]** 447/17 448/9

**J**

**Jacqueline [1]** 480/20
**JAMA [1]** 412/9
**JAMES [1]** 278/4
**Janice [1]** 435/6
**January [9]** 287/10 287/14 360/25 361/9 363/13 363/13 363/22 370/4 425/2
**January 18 [2]** 363/13 370/4
**January 19 [1]** 361/9
**January 2007 [3]** 287/10 287/14 425/2
**January 3rd [1]** 360/25
**January 8 [1]** 363/13
**Jazz [4]** 456/5 458/23 459/9 476/23
**Jazz's [1]** 459/11
**JENNIFER [1]** 277/18
**Jersey [2]** 318/25 319/2
**Jim [3]** 444/2 446/20 470/22
**Jim Cloyd [2]** 446/20 470/22
**JLH [1]** 277/5
**Joan [1]** 356/21
**job [4]** 310/14 318/16 388/20 417/1
**jobs [1]** 420/11
**joined [7]** 309/17 309/21 319/4 319/24 323/15 323/16 329/4
**joining [2]** 318/11 320/8
**journal [4]** 412/7 428/9 433/4 446/20
**journals [1]** 412/8
**JTX [8]** 423/21 424/19 424/22 502/10 502/24 519/23 520/2 520/3
**JTX-3003 [1]** 520/3
**JTX-3005 [6]** 423/21 424/19 424/22 502/10 519/23 520/2
**JTX-3005.0022 [1]** 502/24
**judge [3]** 277/18 317/20 508/22
**judgment [4]** 401/6 401/8 401/17 401/18
**July [1]** 354/14
**July 25 [1]** 354/14
**jumping [1]** 458/11
**June [1]** 353/15
**June 30 [1]** 353/15
**jury [1]** 317/20
**just [75]** 279/9 279/17 281/17 283/9 283/19 284/14 284/21 286/18 294/22 308/2 312/1 313/2 314/6 316/6 316/22 317/18 318/17 321/21 322/5 326/3 327/1 331/21 332/5 332/18 333/8 334/7 338/8 338/11 339/1 339/9 339/15 341/2 341/12 342/18 343/10 348/5 348/10 348/19 352/7 352/19 355/10 367/22 367/25 376/22 380/8 382/7 382/22 394/5 397/23 402/24

**J**

**just... [25]** 404/10 406/6 411/6 418/1 420/8 420/10 462/17 468/3 476/5 490/18 491/23 494/6 494/21 502/11 502/12 506/24 507/14 508/1 514/18 519/8 519/18 522/11 522/25 523/15 525/11
**justify [1]** 322/25

**K**

**K-L-E-I-N [1]** 403/4
**KAVEH [1]** 277/23
**KEECH [2]** 277/24 402/22
**keep [3]** 289/6 409/24 525/2
**keeping [1]** 366/15
**Kenilworth [1]** 319/2
**KENNETH [1]** 278/4
**key [3]** 302/11 371/23 421/18
**kind [9]** 279/20 312/23 320/7 322/22 325/19 331/15 332/1 334/16 340/8
**kindly [1]** 309/9
**kinds [1]** 295/17
**King [1]** 277/16
**Klein [19]** 402/23 403/3 403/7 403/17 403/19 413/6 413/11 421/16 476/4 478/3 483/4 485/25 487/18 502/12 514/2 517/3 519/23 520/3 523/19
**Klein's [1]** 518/16
**knew [2]** 345/3 387/11
**Knoester [7]** 290/20 290/21 468/23 469/3 469/15 469/16 517/18
**know [70]** 279/22 283/17 283/20 288/2 288/4 288/5 288/6 296/22 297/4 307/20 311/22 312/18 319/9 322/2 322/11 326/19 331/1 331/3 332/6 340/3 342/15 344/23 345/5 348/19 354/2 357/18 358/20 360/16 360/18 360/19 360/22 364/1 369/11 369/12 369/16 369/16 370/2 370/6 370/15 370/18 378/23 379/23 379/23 380/2 380/8 381/8 386/15 389/4 389/16 389/22 415/10 416/7 418/7 423/7 434/4 441/3 442/18 442/19 443/12 443/16 475/15 479/10 479/13 479/17 480/1 486/3 486/6 486/9 489/6 495/11
**knowing [3]** 341/11 380/2 486/13
**knowledge [4]** 313/19 313/20 314/20 332/1
**known [12]** 297/3 298/3 312/15 312/16 313/24 362/8 366/9 366/11 376/14 376/15 424/9 456/17
**knows [2]** 372/6 419/9
**KOS [4]** 319/24 319/25 320/5 320/7
**Kriel [1]** 431/23

**L**

**lab [1]** 369/17
**label [29]** 302/25 303/1 304/6 304/13 305/20 307/6 361/5 385/24 423/25 441/14 441/20 450/15 492/16 493/4 493/6 493/7 493/10 502/9 502/18 502/20 502/22 502/24 506/7 507/25 509/8 510/10 511/10 521/22 521/24
**labeled [7]** 315/9 363/5 383/25 387/14 389/10 395/17 456/16
**laboratory [1]** 406/17
**lack [3]** 401/9 402/2 435/20
**Lancet [1]** 412/9
**Landscape [1]** 471/18
**Langone [1]** 481/1
**language [2]** 361/3 509/16
**lapse [1]** 407/10
**lapsed [1]** 471/6
**large [13]** 328/23 335/13 381/13 411/6 412/13 414/7 442/14 442/22 451/23 463/7 463/10 463/12 476/13
**larger [1]** 353/8
**largest [1]** 408/19
**last [23]** 330/18 333/1 333/11 333/12 333/25 352/16 357/20 373/10 376/21 382/11 385/14 400/15 410/24 424/1 430/21 431/10 440/9 465/10 466/1 466/20 476/12 477/1 523/14
**lasts [1]** 418/19
**late [3]** 431/6 433/20 511/15
**later [8]** 297/25 304/22 324/11 351/16 416/2 417/11 434/6 480/2
**LAURENCE [1]** 278/4
**lead [2]** 450/17 451/24
**leak [1]** 438/1
**leaks [1]** 442/15
**learn [1]** 355/23
**Learning [1]** 440/4
**least [8]** 341/1 390/16 392/13 396/10 396/13 454/23 487/19 525/11
**leave [1]** 302/7
**led [5]** 324/8 324/11 341/4 341/22 435/13
**left [15]** 290/16 299/20 374/15 406/19 420/17 428/15 433/10 437/16 439/7 445/14 471/2 473/21 496/19 496/24 500/12
**left-hand [6]** 428/15 433/10 439/7 445/14 471/2 473/21
**left-sided [1]** 420/17
**legs [2]** 437/20 438/1
**length [1]** 318/18
**less [17]** 315/18 315/19 365/20 365/23 375/7 375/11 422/19 423/15 495/7 497/9 497/10 497/16 497/24 498/2 498/5 498/8 498/11
**let [11]** 285/15 287/13 306/3 307/20 416/3 484/17 490/19 501/12 505/12 523/12 523/13
**let's [50]** 284/2 285/25 288/7 288/17 289/6 289/7 289/21 290/1 290/15 290/20 292/2 294/4 297/20 304/4 305/18 311/15 314/25 314/25 316/13 356/1 399/18 414/2 417/14 419/2 422/5 427/1 428/3 430/25 431/19 432/24 436/6 437/6 439/25 443/22 445/5 446/3 446/15 447/14 448/20 449/20 456/11 458/19 464/5 465/10 466/20 470/17 471/15 471/23 477/12 479/19
**letter [2]** 349/10 354/22
**letters [1]** 288/23
**letting [1]** 389/3
**level [3]** 313/4 313/5 314/20
**levels [1]** 467/25
**Lexicon [1]** 435/5
**liberty [1]** 296/4
**license [5]** 303/18 303/19 304/1 304/2 458/3
**licensing [2]** 281/2 524/25
**licensing/developing [1]** 281/2
**life [19]** 404/13 408/22 411/4 411/11 411/18 411/22 415/6 415/7 415/10 417/2 417/12 418/2 418/4 476/24 479/22 479/23 505/7 505/16 505/23
**like [65]** 281/6 281/8 281/9 282/10 282/14 283/15 289/14 290/5 292/1 294/1 295/18 295/21 296/2 299/19 300/18 302/23 303/12 304/11 307/5 309/13 312/1 312/18 315/24 317/22 323/1 323/2 323/21 329/21 330/3 331/24 336/21 342/14 351/23 361/13 367/7 370/18 375/20 377/16 377/24 378/5 389/6 392/20 392/23 394/22 401/1 404/15 409/1 414/9 414/15 420/15 421/21 424/24 426/20 430/1 448/15 455/21 468/4 468/22 472/20 477/15 480/13 481/18 482/15 502/13 503/2
**liked [1]** 314/19
**likelihood [1]** 332/8
**likely [4]** 422/19 423/15 459/20 524/12
**limitations [7]** 401/20 436/16 438/9 443/18 512/22 512/23 514/24
**limited [4]** 277/7 295/4 328/4 472/6
**line [9]** 293/21 361/23 369/19 393/1 399/12 490/25 490/25 506/20 506/22
**Line 15 [1]** 369/19
**line 18 [1]** 361/23
**lines [2]** 280/3 281/13
**Lines 394:19 [1]** 281/13
**links [2]** 336/21 336/23
**lipophilicity [2]** 341/9 341/9
**liquid [4]** 325/17 325/18 325/20 442/22
**list [13]** 288/14 295/6 331/12 336/1 338/5 395/12 395/15 399/12 399/16 494/10 495/10 508/20 508/24
**listed [5]** 312/4 380/16 459/4 461/19 503/16
**lists [1]** 292/14
**literally [1]** 306/15
**literature [17]** 293/22 418/24 426/22 431/16 434/23 438/17 443/18 448/14 450/24 454/3 455/23 466/23 466/25 467/1 470/14 473/8 487/2
**litigation [5]** 321/9 348/14 443/4 443/12 518/23
**little [8]** 297/15 317/25 318/9 320/13 327/2 327/5 468/23 521/5
**live [2]** 299/23 480/17
**lives [5]** 418/25 419/13 419/19 419/20 420/14
**LLP [2]** 277/22 278/6
**local [2]** 456/15 456/22
**location [1]** 384/12
**Loftsson [2]** 296/23 296/25
**London [1]** 405/20
**long [27]** 282/5 300/4 301/14 329/9 336/6 336/8 338/12 351/21 372/19 390/14 404/2 413/20 413/25 424/25 430/5 441/18 446/6 455/10 455/20 462/9 469/16 472/21 477/13 477/20 478/14 478/18 512/13
**long-felt [13]** 413/20 413/25 424/25 446/6 455/10 455/20 462/9 469/16 472/21 477/13 477/20 478/14 478/18
**longer [9]** 334/3 418/20 418/21 423/20 430/22 431/2 479/22 522/23 523/10
**longest [1]** 333/25

**L**

**look [65]** 289/21 290/15 292/1 294/1 295/11 295/18 296/2 303/4 312/18 315/7 322/23 322/23 323/9 325/7 331/12 336/23 347/24 357/20 361/22 364/7 372/4 376/8 381/7 384/11 384/17 386/7 394/24 395/25 396/6 407/21 407/25 414/4 419/2 419/11 419/25 420/12 421/1 424/3 428/3 432/24 433/9 437/6 439/25 441/13 444/7 445/5 445/14 447/14 447/22 448/25 449/20 450/6 458/25 460/10 464/5 465/19 466/1 471/2 471/15 482/1 496/16 498/14 503/1 524/17 525/11
**looked [13]** 295/10 337/13 341/3 386/20 392/23 395/14 445/22 448/14 481/19 481/21 482/17 519/8 520/6
**looking [32]** 280/22 282/15 294/6 297/4 297/10 302/17 304/18 314/8 327/2 331/3 340/23 353/18 353/19 353/22 369/2 384/18 392/12 395/11 424/13 432/3 439/7 444/14 453/7 454/16 456/12 456/20 463/6 463/8 464/9 505/3 509/7 509/16
**looks [6]** 282/14 303/12 329/21 331/24 367/7 389/6
**lorazepam [38]** 292/19 293/10 366/21 426/4 426/6 429/25 430/2 430/3 430/5 430/7 431/4 431/17 432/8 432/8 432/9 433/2 433/11 433/12 443/1 455/6 456/8 464/7 464/11 464/14 464/15 464/21 466/22 484/2 484/9 493/2 493/12 494/7 510/18 511/3 511/12 511/21 512/4 512/24
**lose [2]** 414/18 415/13
**loss [1]** 415/20
**lost [7]** 411/22 417/1 417/1 417/1 417/2 417/2 420/11
**lot [5]** 310/13 340/4 365/1 365/2 411/1
**love [1]** 394/24
**low [6]** 313/1 313/1 314/4 314/11 442/23 445/20
**lower [26]** 303/9 312/7 312/12 313/17 313/19 313/20 313/24 313/25 314/2 342/5 342/6 342/18 342/20 342/23 343/6 343/11 344/13 344/15 344/20 344/25 366/14 366/18 392/15 421/3 460/21 517/23
**lowest [3]** 312/25 313/7 313/8
**lubricant [1]** 379/10
**lucky [1]** 410/21
**Lui [3]** 289/8 289/8 296/19
**lunch [1]** 399/17
**lunchtime [1]** 399/14
**Lusty [7]** 317/8 317/10 317/14 329/10 333/2 333/20 333/21
**Lusty's [1]** 332/14
**Lyfjathroun [11]** 336/5 336/6 336/8 337/10 353/5 374/10 374/11 374/15 374/18 374/20 375/11

**M**

**M-P-E-G [1]** 288/23
**ma'am [2]** 286/8 290/4
**made [19]** 280/2 295/6 296/21 311/2 311/2 327/18 360/7 362/14 362/14 362/15 364/19 371/9 374/13 380/9 389/20 398/24 399/2 419/20 459/19
**magazine [1]** 480/17
**magic [1]** 326/4
**magisterially [2]** 469/4 469/7
**magnitude [1]** 325/15
**mail [51]** 282/10 282/14 284/6 285/1 285/4 285/6 302/24 303/5 303/8 303/9 303/10 303/14 303/17 304/5 304/16 304/18 305/19 305/25 306/1 306/5 329/16 329/19 350/5 350/10 352/8 353/12 353/18 354/4 354/12 354/12 356/5 356/8 356/20 356/21 357/17 372/20 373/12 373/17 373/22 374/1 388/6 393/15 393/18 393/20 393/22 394/17 395/8 395/9 395/22 395/23 396/9
**mails [3]** 280/17 280/18 280/18
**main [3]** 297/11 410/1 427/14
**mainly [3]** 283/1 340/19 513/23
**maintaining [1]** 401/12
**major [2]** 300/22 414/16
**majority [5]** 408/24 436/20 484/20 501/8 501/23
**majors [1]** 318/4
**make [28]** 279/16 279/17 286/18 291/22 302/2 303/2 304/5 305/19 306/4 307/20 308/17 310/23 323/23 324/5 349/17 382/24 385/6 385/10 385/18 385/20 388/12 388/13 388/15 391/23 392/10 392/14 401/1 441/1
**makes [7]** 318/15 396/20 396/21 417/12 422/19 423/15 436/17
**making [8]** 285/9 311/4 342/2 344/4 368/18 371/23 391/17 392/4
**mal [1]** 414/17
**manage [2]** 321/24 322/8
**manageable [2]** 314/17 332/4
**management [7]** 301/19 301/21 319/13 319/17 438/24 448/2 453/10
**manager [2]** 319/4 319/18
**managing [3]** 302/15 319/13 357/13
**manual [1]** 437/8
**manufacture [1]** 324/13
**manufacturer [1]** 336/19
**manufacturing [1]** 368/18
**many [20]** 294/9 295/13 339/10 339/11 342/9 342/11 343/14 349/19 376/9 376/17 388/17 398/24 404/8 412/15 454/17 469/24 492/17 492/19 501/17 502/20
**March [3]** 304/6 393/22 490/12
**March 30 [1]** 304/6
**mark [5]** 311/15 314/25 315/1 356/1 439/1
**marked [31]** 281/18 306/5 311/17 315/3 315/5 315/7 348/24 349/22 350/3 352/24 353/9 354/4 354/9 356/16 356/23 357/3 361/2 363/4 371/4 371/11 372/15 383/25 385/23 386/23 387/18 389/7 393/10 394/6 394/12 395/5 396/24
**markedly [1]** 455/12
**market [1]** 411/21
**marketability [1]** 323/23
**marketed [4]** 297/21 297/22 297/24 384/6
**marriage [1]** 416/15
**Mary [1]** 439/2
**master's [3]** 309/19 318/5 318/8
**material [3]** 489/19 491/7 491/22
**math [1]** 504/19
**matrix [2]** 319/12 319/17
**matter [8]** 303/17 303/25 332/25 369/4 382/25 451/13 480/5 502/11
**matters [3]** 279/9 383/14 383/20
**maximum [5]** 313/6 431/4 452/5 479/7 518/4
**may [82]** 282/8 299/17 328/18 337/25 338/16 340/18 341/4 341/5 341/23 341/23 342/7 342/15 343/16 343/24 344/23 349/12 350/11 350/25 351/2 351/6 351/7 351/9 351/10 352/2 352/14 353/15 353/19 362/17 374/11 376/17 376/18 381/7 391/12 397/16 398/3 403/13 414/13 414/14 414/15 414/17 416/2 416/15 417/9 417/21 418/7 421/23 422/21 423/20 430/18 430/18 430/19 430/21 431/7 431/15 432/13 433/13 433/19 434/3 442/25 443/3 443/16 444/21 462/6 462/7 468/25 479/11 479/12 479/16 479/20 480/2 482/24 486/3 489/23 490/13 490/19 511/24 521/11 523/10 523/14 523/17 523/17 523/23
**May 1st [4]** 351/6 351/9 351/10 391/12
**May 2006 [4]** 338/16 341/4 341/23 343/24
**May 30 [1]** 353/19
**May 4 [1]** 350/11
**May 4th [3]** 351/2 351/7 352/2
**maybe [7]** 314/4 328/18 411/8 421/23 463/6 479/15 489/6
**me [45]** 279/22 282/13 287/13 288/20 302/19 306/3 307/20 309/14 311/4 313/18 314/6 314/14 322/23 322/23 325/7 327/19 329/16 330/15 334/6 334/21 336/16 337/3 337/8 338/12 340/8 347/16 360/9 360/10 360/20 360/22 364/18 366/12 383/2 385/4 393/21 394/18 394/20 434/20 484/17 490/19 496/2 505/12 506/25 512/1 514/15
**mean [25]** 283/16 299/8 306/12 322/1 322/10 323/19 324/1 325/9 325/12 325/25 326/13 327/3 327/20 328/6 329/22 330/17 349/15 368/24 374/2 381/17 382/3 409/12 469/7 469/9 522/10
**Meaning [1]** 402/4
**meaningful [3]** 325/16 417/13 474/10
**means [5]** 349/16 351/6 428/23 430/22 469/8
**meantime [2]** 279/17 373/15
**measured [1]** 346/1
**measurements [1]** 369/14
**measuring [3]** 368/19 368/25 384/12
**mechanism [4]** 355/15 355/16 486/21 487/5
**mechanisms [2]** 354/24 487/4
**medical [13]** 293/22

**medical... [12]** 301/1 405/18 406/1 406/2 406/3 406/4 406/12 406/14 406/22 429/2 450/3 480/24
**medication [52]** 411/9 411/13 411/19 411/20 413/20 413/22 417/8 428/24 429/11 430/20 430/23 430/24 430/25 431/1 431/3 431/6 431/11 432/17 434/1 438/7 440/3 440/14 442/18 454/18 454/24 462/23 463/1 467/21 467/22 467/25 468/3 474/17 474/24 474/24 479/12 480/4 480/5 480/7 480/8 483/5 510/4 511/4 511/9 511/18 511/19 513/8 521/12 523/5 523/6 523/8 523/9 523/11
**medications [22]** 292/6 294/9 410/16 410/19 411/17 414/22 414/23 417/11 422/14 425/4 427/21 432/7 432/16 450/16 475/4 475/5 477/1 479/2 480/17 493/11 493/14 511/10
**medicine [2]** 439/3 512/11
**meet [10]** 324/6 328/8 373/9 413/23 455/21 459/20 467/25 477/14 477/20 515/25
**meeting [10]** 306/9 306/10 307/10 349/1 373/4 373/5 373/14 384/5 477/14 478/5
**meetings [1]** 491/21
**meets [1]** 517/9
**MELISSA [2]** 277/24 402/22
**melting [2]** 325/2 380/12
**melting/freezing [1]** 380/12
**member [3]** 300/2 412/11 491/18
**membrane [1]** 363/16
**memory [4]** 285/3 320/6 415/20 417/12
**mention [8]** 279/14 279/21 288/19 288/22 289/15 289/19 291/1 327/13
**mentioned [39]** 318/6 318/17 318/21 319/20 319/20 320/11 320/24 322/14 326/24 327/16 333/24 336/14 337/14 341/21 342/12 348/1 352/12 357/12 370/10 388/8 406/10 406/25 409/15 412/15 415/1 418/6 419/22 422/21 423/16 425/12 429/25 436/25 441/14 441/20 443/1 467/19 476/13 477/7 501/16
**Merkus [18]** 288/17 288/18 288/21 288/25 289/4 289/11 298/12 388/7 389/4 456/4 456/11 456/17 456/24 458/3 458/4 468/5 468/12 468/17
**Merkus' [1]** 468/8
**met [5]** 373/5 472/23 478/1 480/11 491/19
**metadata [1]** 330/22
**method [2]** 297/8 439/13
**methods [1]** 472/4
**methoxy [25]** 288/24 289/3 306/22 323/13 335/21 338/23 339/3 339/4 339/9 339/20 339/25 340/1 340/21 340/25 341/4 341/7 341/9 341/19 341/22 352/12 362/7 390/7 396/15 396/20 396/21
**methoxy-polyethylene [7]** 288/24 289/3 306/22 323/13 335/21 362/7 390/7
**methoxypolyethylene [2]** 362/5 390/25
**methyl [1]** 341/15
**Michael [4]** 317/8 317/10 317/14 333/2
**microbiology [1]** 301/2
**microliter [1]** 515/22
**microliters [9]** 328/1 360/6 397/17 397/23 442/8 442/9 452/4 452/5 517/7
**microphone [1]** 279/18
**Mid [2]** 405/1 405/6
**Mid-Atlantic [2]** 405/1 405/6
**Mida [9]** 311/19 311/19 315/4 315/6 361/6 385/24 386/25 387/14 389/10
**midazolam [169]** 286/25 287/3 287/7 287/15 290/7 290/19 291/21 292/23 293/13 294/2 294/13 296/9 296/14 297/2 298/1 304/19 308/3 308/13 310/23 315/16 323/11 323/16 324/24 327/23 328/14 328/19 329/4 330/9 331/10 334/18 334/22 335/1 335/5 335/9 335/11 336/4 337/5 337/22 338/2 339/15 339/16 340/22 341/5 341/24 343/2 344/1 344/21 345/1 345/7 345/17 346/6 346/7 346/12 346/16 346/20 346/24 351/12 358/9 360/5 360/17 360/23 363/15 365/1 365/8 365/14 365/21 367/3 368/6 368/10 370/8 370/11 370/12 370/14 370/17 372/10 384/22 384/24 385/7 385/8 385/11 385/12 386/9 386/13 386/17 389/5 396/2 396/3 397/6 397/12 397/21 422/7 422/10 424/16 426/7 426/8 426/9 440/2 440/23 441/14 441/15 441/17 441/22 441/25 442/10 443/5 443/9 443/14 443/19 444/16 444/17 444/20 445/7 445/17 445/19 446/1 451/15 451/18 451/21 452/1 452/10 452/11 452/24 453/1 453/4 453/24 455/4 456/4 456/7 456/12 456/16 457/21 458/4 461/20 461/25 466/21 468/6 468/9 468/24 469/4 471/24 473/13 478/1 481/23 493/18 493/23 494/3 510/5 512/16 512/19 512/23 513/2 513/11 513/15 513/18 513/19 513/21 513/25 514/1 514/24 515/2 515/5 515/23 516/8 517/6 519/1 519/2 519/5 521/25 522/8
**middle [11]** 279/25 290/16 290/16 430/13 431/12 432/14 437/15 443/2 497/2 497/3 500/15
**midlevels [1]** 429/1
**might [7]** 279/16 316/13 411/5 467/25 475/16 505/8 505/17
**Milligan [2]** 428/8 429/3
**milligram [6]** 442/6 506/5 515/22 516/8 516/15 517/10
**milligrams [16]** 358/4 358/9 360/5 366/21 368/5 424/16 442/5 503/9 505/4 505/7 505/13 505/14 505/16 505/17 515/25 517/6
**milliliter [3]** 442/6 442/14 470/13
**milliliters [6]** 314/5 424/16 442/6 442/10 442/13 444/22
**million [4]** 410/13 410/17 415/2 488/8
**mils [3]** 358/4 358/10 366/21
**mind [2]** 325/12 497/21
**minding [1]** 416/23
**minimal [1]** 427/15
**minor [1]** 414/15
**minority [2]** 511/6 511/25
**minute [2]** 317/5 498/15
**minutes [36]** 279/12 279/13 300/7 309/6 317/1 317/3 333/15 333/16 333/18 333/18 333/21 333/22 400/16 400/17 418/19 418/20 430/21 475/19 479/8 497/11 497/17 497/24 498/2 498/5 498/8 498/12 499/15 500/3 503/20 517/21 518/5 520/25 521/4 521/7 521/10 521/14
**Mischaracterizes [1]** 330/25
**miserable [1]** 419/20
**mission [1]** 410/11
**misspoke [1]** 509/4
**misunderstood [1]** 487/7
**mitigate [1]** 410/20
**mixed [2]** 377/5 377/6
**mixing [1]** 376/19
**mixture [2]** 337/6 337/9
**mL [1]** 368/6
**MLUSTY [2]** 330/4 330/23
**MLUSTY 75 [1]** 330/23
**modification [1]** 523/14
**modifications [1]** 349/12
**modified [1]** 286/24
**modifies [1]** 523/13
**modify [1]** 343/22
**molecular [3]** 301/2 325/2 380/11
**molecule [4]** 352/7 422/14 422/15 515/4
**molecules [3]** 325/22 328/23 381/13
**moment [4]** 303/4 304/8 329/12 477/16
**money [3]** 408/10 488/4 488/21
**month [1]** 415/25
**months [2]** 495/19 508/2
**morbidity [1]** 418/23
**more [57]** 297/4 300/25 305/14 305/15 311/10 311/11 311/13 315/18 315/19 316/23 320/18 320/19 320/21 322/20 323/2 334/4 335/3 337/4 346/4 346/4 375/21 382/20 402/13 404/15 414/15 414/16 417/19 418/14 419/19 426/11 426/20 428/18 428/19 431/8 434/22 439/17 449/12 450/4 468/22 471/6 474/5 475/15 479/6 490/9 494/25 498/14 498/15 498/25 499/14 500/2 500/3 500/21 500/24 501/2 501/4 501/12 512/1
**morning [8]** 279/7 286/5 286/11 286/12 317/6 332/12 332/21 524/7
**MORRIS [1]** 278/4
**mortality [4]** 415/16 418/23 420/16 420/23
**most [25]** 302/15 308/12 318/15 324/6 332/8 345/12 347/3 349/11 404/13 417/18 426/4 426/6 429/6 429/7 430/9 445/18 474/16 476/11 485/13 494/7 499/4 505/25 511/4 511/8 521/9
**motion [3]** 401/1 401/5 401/6
**motions [1]** 402/17
**mouth [3]** 279/20 414/18 426/8
**move [52]** 285/18 289/25

**M**

**move... [50]** 295/21 308/22 315/24 317/22 333/2 333/7 399/7 400/7 401/8 401/17 401/18 401/22 406/25 412/24 421/10 424/18 427/22 429/18 432/18 434/7 435/25 438/11 439/19 441/7 444/10 444/24 446/3 447/8 448/3 450/18 452/12 453/15 455/13 457/12 457/18 458/13 458/19 458/21 459/25 461/13 463/24 465/4 466/14 471/9 472/14 475/8 480/7 502/13 510/21 516/23
**moved [1]** 406/13
**Moving [3]** 406/7 429/24 475/14
**mPEG [195]** 286/21 287/11 287/15 287/19 287/24 288/2 288/19 288/22 290/12 291/15 293/1 294/23 294/25 297/14 297/21 297/22 297/24 298/2 304/3 305/8 305/12 306/14 306/17 306/22 310/23 312/17 314/10 314/22 314/22 315/16 316/15 323/11 323/12 324/20 325/4 326/11 326/22 326/23 327/10 327/14 327/17 327/22 328/3 328/7 328/11 328/14 328/17 328/22 329/3 331/16 335/21 335/24 336/1 337/18 337/22 338/1 338/14 338/16 338/22 338/25 341/3 341/6 341/13 341/20 341/23 342/17 342/22 343/6 343/13 344/17 344/17 344/18 344/20 344/24 345/5 345/7 345/8 345/15 345/17 346/2 346/7 346/7 346/12 346/14 346/20 347/8 347/11 347/13 350/22 350/25 351/8 351/14 351/20 352/3 352/14 352/19 353/20 353/23 354/3 354/23 355/4 355/16 355/18 355/23 358/5 358/10 358/13 360/6 360/17 360/17 360/23 360/23 362/2 362/14 362/24 363/3 363/15 365/8 365/8 365/11 365/14 365/18 366/3 366/4 366/9 366/22 367/3 368/10 368/14 368/16 369/1 369/2 369/4 371/22 371/22 372/4 372/10 372/10 375/20 375/24 376/4 376/8 376/14 376/19 377/5 377/9 377/11 377/14 377/17 377/20 377/22 378/3 378/4 378/18 378/19 378/24 379/4 379/8 379/18 379/18 379/21 380/5 380/10 380/21 380/23 381/2 381/12 381/17 381/18 381/21 381/22 382/1 382/2 382/12 382/17 382/21 382/25 383/13 383/20 383/22 384/5 385/5 385/8 385/12 386/21 388/8 388/23 391/5 391/11 391/14 391/18 391/21 394/3 396/10 401/21
**mPEG 350 [2]** 312/17 314/10
**mPEG-350 [3]** 360/6 366/9 380/16
**mPEGs [11]** 366/1 378/8 380/7 390/4 390/12 390/13 391/24 392/2 392/5 392/10 396/14
**Mr. [4]** 281/11 298/16 332/14 352/11
**Mr. Lusty's [1]** 332/14
**Mr. Plucinski [1]** 352/11
**Mr. Thorsnes [2]** 281/11 298/16
**Ms. [1]** 400/14
**Ms. Hansen [1]** 400/14
**much [14]** 313/4 321/2 333/23 336/17 372/4 375/21 382/20 401/24 442/19 475/15 513/6 516/4 517/13 523/22
**mucosa [4]** 460/21 513/5 513/14 513/24
**mucosal [1]** 382/13
**mucus [1]** 363/15
**multiple [4]** 319/14 348/7 388/18 487/22
**must [6]** 349/8 373/13 374/2 383/8 393/21 509/4
**my [53]** 298/22 301/19 302/5 309/19 309/22 309/23 310/14 313/23 317/14 320/6 321/19 325/12 327/1 327/3 330/8 338/10 341/2 343/8 346/17 346/17 347/8 349/7 351/24 355/11 360/8 360/9 364/19 365/22 366/8 369/17 378/24 385/16 387/11 388/13 389/17 398/17 398/19 405/18 410/8 410/8 410/11 410/19 412/21 445/25 489/21 491/23 495/9 499/8 501/20 505/24 505/25 508/17 526/5
**myself [6]** 336/13 364/14 376/19 395/14 489/19 499/10

**N**

**name [16]** 300/13 307/21 307/22 309/9 312/5 317/13 317/14 334/14 359/3 373/10 374/4 374/9 403/1 403/18 425/22 494/4
**named [1]** 334/1
**namely [4]** 421/2 431/13 436/17 511/17
**names [2]** 366/3 366/4
**narrow [1]** 335/15
**narrowed [1]** 295/11
**nasal [46]** 287/19 294/11 304/20 308/6 308/11 308/14 308/15 308/17 318/22 319/6 325/16 325/24 327/13 330/9 330/9 331/14 331/19 339/18 339/19 339/21 366/13 369/9 384/11 384/13 385/11 388/18 388/25 389/1 397/5 438/23 439/16 442/7 442/15 445/20 451/24 452/3 452/9 452/24 453/1 453/4 456/16 457/21 460/21 473/14 481/23 510/4
**nasally [1]** 293/23
**nasally-delivered [1]** 293/23
**National [1]** 406/22
**natural [1]** 524/2
**naturally [1]** 521/9
**nature [1]** 298/20
**NAYZILAM [138]** 281/19 302/25 303/1 304/7 304/13 305/20 307/7 325/1 356/17 356/25 357/5 362/25 363/5 371/5 371/13 384/1 387/19 394/6 394/14 395/6 395/17 397/1 398/22 413/17 413/24 422/5 422/6 422/22 422/24 423/1 423/25 424/15 425/12 449/2 449/16 453/3 453/6 453/9 455/9 472/21 472/23 473/1 473/2 473/3 473/6 473/8 474/1 474/4 474/5 474/9 474/12 474/14 475/6 476/5 477/14 478/2 478/5 478/13 478/25 479/6 479/8 479/12 479/16 479/23 480/10 481/5 481/15 481/19 481/25 482/4 482/8 482/12 483/8 484/18 484/21 485/1 485/5 485/16 485/20 486/13 486/16 490/5 490/14 490/16 490/16 491/9 491/10 492/7 492/21 494/11 495/1 495/3 495/5 495/8 495/10 495/11 495/16 495/19 495/23 502/2 502/9 502/22 503/8 503/13 504/7 504/11 504/15 504/18 504/21 504/24 505/2 505/5 505/21 506/3 506/22 507/3 508/2 509/8 509/23 510/8 511/5 511/11 512/8 515/4 517/23 518/1 518/3 520/6 520/22 521/6 521/7 521/9 521/15 521/19 522/17 522/21 523/12 523/15
**Nayzilam's [8]** 424/5 426/17 449/10 454/2 478/12 482/3 482/7 522/25
**Nayzilam-treated [1]** 520/22
**NDA [2]** 310/19 310/20
**necessarily [4]** 417/3 434/3 497/15 515/9
**necessary [3]** 294/17 433/13 462/15
**necrosis [1]** 457/2
**need [74]** 285/20 293/22 297/12 310/22 313/3 313/5 315/19 315/20 324/10 349/16 385/15 400/6 413/20 413/22 413/25 423/20 424/25 425/3 425/9 426/12 426/23 429/13 434/1 434/16 435/19 436/14 437/12 438/4 446/6 446/12 447/2 447/23 448/10 448/11 449/15 449/19 449/24 452/9 453/22 453/23 455/10 455/20 455/22 458/5 461/6 462/9 464/22 464/25 466/6 466/9 467/25 469/1 469/16 470/5 472/10 472/21 472/23 472/24 477/13 477/14 477/15 477/20 477/21 477/24 478/1 478/5 478/14 478/18 480/11 482/11 482/13 490/24 524/18 525/18
**needed [5]** 297/18 341/11 441/1 447/7 451/23
**needs [4]** 324/7 425/1 459/21 479/5
**negates [1]** 478/4
**negative [5]** 286/15 372/7 420/3 420/7 467/3
**Netherlands [3]** 469/5 469/10 469/20
**Neurelis [1]** 476/23
**neuroendocrinology [2]** 405/25 406/17
**Neurological [1]** 471/19
**neurologist [1]** 403/21
**neurologists [1]** 522/10
**Neurologogy [1]** 428/9
**neurology [13]** 405/3 405/21 406/21 412/9 412/9 413/7 427/7 431/24 439/3 444/3 446/20 480/17 481/1
**neuron [1]** 422/18
**neurons [3]** 414/8 422/15 422/17
**Neuropharmacology [1]** 412/8
**neurophysiology [1]** 406/17
**Neuroscience [1]** 491/19
**Neurosurgery [1]** 428/9
**never [26]** 286/24 287/3 287/7 314/9 323/19 323/24 338/9 338/13 338/17 339/8 339/10 352/8 352/12 359/12

## N


**never... [12]** 359/13 359/14 359/24 371/20 391/11 391/15 391/15 415/9 415/10 463/16 484/13 493/20
**new [35]** 290/7 306/13 318/25 319/2 338/11 347/8 350/15 351/3 351/17 352/15 352/21 374/16 405/14 408/15 408/18 410/23 410/25 411/9 411/12 411/19 411/25 412/14 426/16 445/7 457/4 462/16 474/16 474/19 475/5 476/11 476/25 481/1 481/2 488/17 490/22
**New York [1]** 481/2
**next [25]** 309/3 317/7 334/5 336/2 376/8 378/1 380/10 380/21 381/11 418/10 419/25 434/14 450/6 452/7 458/25 459/10 460/10 464/9 465/12 472/22 480/8 480/13 499/1 499/8 504/5
**nexus [2]** 477/19 478/2
**night [1]** 525/21
**NIH [2]** 407/5 407/15
**nine [1]** 309/5
**Ninety [2]** 350/1 350/2
**Ninety-two [2]** 350/1 350/2
**nitrogen [2]** 377/19 377/24
**no [133]** 277/5 282/2 282/11 283/8 283/13 283/16 285/4 285/23 288/1 288/4 295/23 298/5 299/15 301/10 302/22 303/15 306/10 306/17 307/1 308/16 308/24 312/14 315/25 321/5 321/7 325/5 326/4 326/4 326/13 326/16 326/17 326/21 327/11 330/4 331/8 332/13 333/4 337/20 339/22 341/10 342/8 342/24 344/19 345/17 347/1 348/22 355/5 356/15 359/14 360/12 360/21 363/1 364/6 364/8 364/22 365/16 365/18 370/1 370/14 379/12 379/14 381/24 386/24 393/19 400/8 401/8 401/22 401/22 413/1 413/9 415/24 417/25 421/12 423/20 424/20 426/15 426/19 427/24 429/20 432/20 434/9 436/2 438/13 439/21 441/6 441/9 443/11 445/1 447/10 448/5 450/20 452/14 453/17 455/15 457/14 458/15 460/2 461/15 463/18 464/1 465/6 466/16 466/25 467/2 468/14 469/17 471/11 472/16 472/25 475/10 476/8 478/19 480/12 482/18 482/21 494/24 496/5 502/14 504/17 506/15 507/14 507/16 508/7 508/22 508/25 509/9 510/1 510/23 516/24 519/13 519/16 522/9 525/3
**nobody [1]** 438/6
**non [1]** 413/19
**non-obviousness [1]** 413/19
**none [5]** 292/23 293/1 297/24 417/18 494/13
**nonetheless [1]** 511/8
**nonFDA [1]** 425/25
**nonFDA-approved [1]** 425/25
**noninvasiveness [1]** 472/4
**nonmedical [1]** 429/16
**nonoral [1]** 431/2
**Nope [1]** 371/17
**Nordisk [2]** 334/20 374/13
**normally [1]** 452/5
**nos [1]** 347/21
**nose [7]** 308/14 313/3 364/20 364/21 365/18 442/22 470/13
**nostril [5]** 344/6 347/21 452/5 516/1 517/11
**not [246]** 279/18 282/23 283/1 283/7 283/22 283/24 284/7 285/10 286/17 286/21 287/10 287/14 288/1 288/18 288/22 288/23 288/24 289/3 291/12 294/10 295/13 296/22 297/5 302/15 302/19 302/22 306/10 306/10 308/5 308/10 308/12 308/15 310/14 311/21 313/2 313/4 318/6 318/18 319/20 323/25 325/5 325/8 326/21 327/13 328/12 328/15 328/25 329/24 330/13 331/4 331/17 331/18 332/5 333/20 336/1 336/13 339/23 342/9 345/22 347/1 348/3 352/2 352/19 356/12 357/19 358/18 358/23 359/8 359/14 359/23 360/7 360/14 361/19 362/10 362/20 362/21 364/21 365/14 366/16 367/20 368/15 369/5 369/10 370/14 370/23 371/18 371/22 372/2 372/13 376/2 377/7 378/13 378/23 379/16 379/21 380/6 381/4 382/5 382/18 383/15 383/16 384/7 388/8 388/10 388/12 388/20 389/19 390/16 395/14 396/3 396/23 398/7 398/13 399/12 401/9 401/12 401/19 402/6 402/8 402/15 407/23 408/24 410/19 411/3 415/2 417/3 420/18 420/25 421/4 427/20 429/6 429/8 429/17 430/9 430/10 431/8 436/13 437/3 437/25 440/13 441/24 442/2 442/3 442/10 442/20 443/16 443/17 444/9 444/20 444/22 445/20 446/1 446/8 450/10 455/11 457/7 457/7 458/6 458/7 459/20 461/3 461/7 461/7 461/8 462/5 462/11 462/12 463/19 464/23 464/24 466/7 466/8 466/9 467/8 467/9 467/17 467/18 468/15 468/21 469/2 469/11 469/14 469/18 469/19 469/25 470/7 477/5 477/10 478/15 478/16 478/17 478/20 478/21 479/13 480/5 483/5 485/21 485/25 486/2 486/6 486/9 486/24 487/2 487/5 487/7 487/9 487/12 487/13 487/17 490/1 494/19 495/11 495/15 497/15 497/18 498/17 499/19 499/21 499/24 501/16 501/21 502/2 504/15 504/22 505/2 505/3 505/12 505/20 506/3 508/25 509/2 509/11 511/14 511/14 511/15 511/17 511/23 513/6 513/17 514/8 515/8 519/5 520/3 522/9 524/24 525/12
**note [4]** 282/22 316/12 378/17 400/18
**noted [1]** 494/21
**notes [1]** 526/5
**nothing [7]** 285/21 311/5 311/9 311/11 311/13 346/3 525/20
**noticed [1]** 342/17
**noting [2]** 378/20 384/5
**notion [1]** 287/22
**novel [2]** 329/22 329/23
**November [10]** 301/13 305/20 310/6 329/19 330/24 349/4 373/1 373/3 373/3 373/24
**November 18 [1]** 373/1
**November 18th [2]** 373/3 373/3
**November 2007 [2]** 310/6 373/24
**November 29th [1]** 329/19
**November 7 [2]** 305/20 349/4
**Novo [10]** 334/20 334/22 334/24 335/11 335/23 336/2 360/10 374/13 398/10 398/12
**NovoNordisk [1]** 388/15
**now [56]** 282/16 284/3 286/20 287/17 288/7 288/12 289/14 289/22 289/25 290/18 291/3 292/4 292/13 293/19 294/1 294/8 295/18 296/2 296/7 297/14 299/6 340/9 371/11 374/16 377/9 378/12 399/18 402/22 417/11 418/6 418/10 423/20 424/24 426/20 434/13 436/6 441/3 443/4 446/4 448/14 449/20 466/20 469/21 472/20 475/22 476/4 477/12 477/13 480/10 484/4 484/7 495/8 502/2 507/14 507/19 525/5
**nowhere [1]** 290/12
**NS [2]** 304/19 304/20
**number [62]** 295/2 295/4 295/5 295/7 295/12 307/21 307/22 311/18 315/4 315/6 318/20 326/4 328/20 331/12 332/4 335/6 335/13 344/3 344/3 344/8 352/11 352/17 354/10 356/17 371/12 398/13 405/19 406/11 411/6 412/10 414/7 430/11 448/14 451/6 459/15 462/25 463/5 463/7 476/13 476/14 476/24 476/25 484/25 491/20 494/4 494/16 495/4 495/14 495/21 496/15 496/20 498/15 498/24 502/25 504/25 505/1 507/6 507/9 507/12 507/13 508/15 516/18
**Number 1 [2]** 352/11 352/17
**number is [1]** 507/6
**numbers [9]** 284/20 284/21 352/25 384/1 387/19 394/13 399/1 458/11 489/6
**numerous [1]** 494/14
**nurses [1]** 429/1


## O


**O'Regan [1]** 439/2
**oath [7]** 286/3 286/7 300/15 317/15 317/18 403/8 476/1
**objection [42]** 282/2 295/23 308/24 315/25 330/25 333/4 400/8 413/1 413/9 421/12 424/20 427/24 429/20 432/20 434/9 436/2 438/13 439/21 441/9 445/1 447/10 448/5 450/20 452/14 453/17 455/15 457/14 458/15 460/2 461/15 464/1 465/6 466/16 471/11 472/16 475/10 482/18 502/14 510/23 516/24 519/13 525/4
**objective [1]** 413/18
**observation [2]** 509/19 510/12
**observed [1]** 291/19
**obtain [1]** 437/21
**obvious [1]** 402/7
**obviously [6]** 324/2

**O**


**obviously... [5]** 326/20 327/6 327/19 368/5 489/12
**obviousness [1]** 413/19
**occasions [2]** 487/23 490/20
**occurred [2]** 462/4 514/12
**October [2]** 277/12 356/6
**October 10 [1]** 356/6
**off [13]** 279/23 307/16 334/5 441/14 441/20 450/15 492/16 493/4 493/6 493/10 511/10 521/22 521/24
**off-label [10]** 441/14 441/20 450/15 492/16 493/4 493/6 493/10 511/10 521/22 521/24
**offer [3]** 398/16 413/6 447/4
**offered [1]** 324/23
**offering [1]** 413/14
**offhand [1]** 328/21
**office [2]** 315/12 361/17
**officer [4]** 301/7 302/6 302/9 480/24
**Official [1]** 526/8
**often [3]** 344/9 430/16 450/14
**oh [6]** 295/21 319/20 333/10 476/20 496/6 509/2
**okay [68]** 280/9 282/1 282/20 283/25 284/12 284/19 285/2 285/7 285/12 285/20 289/25 299/25 300/4 303/6 304/17 305/17 305/23 306/6 306/24 308/18 311/12 313/3 316/17 316/19 316/24 318/14 320/21 329/8 329/14 330/3 331/24 332/20 333/13 334/16 340/17 351/10 357/25 364/4 364/17 366/4 367/17 377/3 378/12 379/1 379/20 380/15 383/4 383/6 390/19 392/3 395/8 399/14 399/22 400/18 402/9 475/21 496/6 504/19 508/23 509/3 509/5 509/12 514/10 514/19 515/8 524/8 524/16 525/10
**old [2]** 416/18 416/21
**older [4]** 424/12 439/13 440/14 482/9
**once [4]** 315/15 315/16 423/18 430/25
**one [103]** 280/18 284/2 285/19 291/23 295/18 296/2 296/4 297/8 304/15 305/16 305/16 312/1 315/1 316/14 316/25 317/2 317/2 318/4 319/19 319/23 323/20 325/16 325/18 325/18 325/19 329/16 331/15 332/18 336/19 337/4 337/5 337/13 338/7 338/25 341/14 342/11 343/14 344/7 345/13 349/21 352/6 353/18 356/4 363/13 369/6 370/2 373/7 373/10 377/3 380/18 380/25 381/12 384/17 387/5 387/7 388/7 388/9 389/22 393/6 396/11 397/16 398/2 398/16 400/17 410/17 410/23 411/8 415/1 417/19 418/9 418/10 429/24 454/23 456/3 456/5 456/8 456/9 462/22 467/21 468/18 468/22 479/9 479/15 480/4 480/4 485/21 492/11 492/13 494/7 498/23 499/9 500/21 501/15 502/11 503/20 503/23 508/14 513/19 516/1 516/22 517/11 520/24 522/24
**one-third [2]** 410/17 415/1
**ones [3]** 345/12 426/7 525/6
**online [2]** 342/13 342/16
**only [31]** 293/4 297/8 302/19 306/19 334/1 342/11 345/22 366/24 369/10 384/25 385/7 385/11 386/20 392/11 401/10 401/14 429/12 450/9 468/16 468/17 497/22 500/20 500/23 501/1 501/1 501/4 502/6 505/11 505/14 505/24 506/1
**onset [5]** 433/15 433/17 513/3 513/16 513/20
**opening [1]** 401/10
**operation [1]** 398/9
**opine [6]** 413/18 413/24 436/13 436/14 467/13 469/22
**opined [2]** 473/6 478/4
**opinion [16]** 421/7 445/25 446/6 448/10 453/22 467/16 468/12 469/24 470/3 470/6 470/9 472/9 472/20 472/23 477/23 480/10
**opinions [26]** 413/14 419/9 424/25 425/7 427/9 427/18 428/12 432/1 433/7 435/8 435/18 439/5 440/7 444/12 445/12 445/24 446/23 447/20 449/20 454/14 455/20 455/21 470/25 471/21 473/19 480/14
**opportunity [3]** 411/5 411/23 477/8
**oppose [2]** 328/10 328/13
**opposed [2]** 510/4 513/21
**optimize [3]** 323/21 323/22 370/19
**optimized [4]** 308/5 308/10 308/15 308/19
**optimizing [3]** 370/25 371/1 384/9
**optimum [1]** 313/5
**option [9]** 430/7 480/9 485/6 495/15 496/3 503/12 505/6 505/10 512/16
**options [23]** 410/23 425/20 425/25 426/3 426/11 429/25 435/21 446/4 450/8 454/4 455/9 492/22 494/10 494/16 494/21 494/22 494/23 494/24 495/5 495/5 495/8 495/10 495/11
**oral [35]** 426/4 428/6 429/25 430/2 430/3 430/5 430/7 430/15 431/1 431/17 432/4 432/5 432/7 432/12 432/16 434/18 442/25 455/6 493/11 493/12 494/6 510/18 511/3 511/12 511/18 511/21 512/3 512/22 512/24 513/6 513/8 513/12 513/12 513/18 514/22
**orally [3]** 433/12 511/18 512/20
**order [6]** 325/15 335/7 343/22 349/17 435/22 468/2
**organ [1]** 523/6
**organic [3]** 294/18 294/25 295/2
**organization [5]** 318/24 319/9 320/3 321/24 322/8
**originally [1]** 326/1
**other [89]** 279/14 282/21 294/19 295/12 295/13 295/15 295/19 296/2 302/12 305/9 306/15 306/19 312/20 316/16 317/1 318/4 318/10 319/6 324/25 328/16 328/20 329/2 332/6 336/1 342/24 343/21 346/12 346/25 347/10 354/19 354/25 355/3 355/6 355/9 355/9 355/16 365/20 365/23 368/10 368/10 368/14 369/10 369/12 370/2 376/10 376/17 376/19 377/3 377/5 377/16 377/24 378/5 405/14 408/15 409/9 412/4 412/7 427/20 434/18 437/4 443/13 446/10 448/15 448/24 449/25 450/8 462/3 468/20 469/19 472/3 472/12 474/14 476/9 476/16 476/21 480/4 484/6 485/22 488/16 490/17 490/21 490/21 491/20 494/24 503/23 513/12 513/18 513/21 520/5
**others [9]** 336/13 349/21 376/18 412/10 413/22 455/21 467/13 472/9 476/24
**otherwise [2]** 411/22 456/17
**our [18]** 279/24 280/21 285/21 296/4 299/22 317/5 321/25 322/9 332/8 359/20 369/17 371/19 402/1 409/12 475/17 488/3 509/3 524/2
**ours [2]** 409/1 409/3
**ourselves [1]** 409/10
**out [21]** 285/15 285/18 313/23 318/1 332/19 335/6 379/8 399/15 400/1 411/8 412/1 416/1 438/1 442/4 442/15 442/24 448/2 452/24 462/14 494/6 521/14
**out-patient [1]** 452/24
**outcome [6]** 421/1 434/19 505/9 505/18 505/19 521/13
**outcomes [1]** 504/1
**outline [1]** 459/22
**outpatient [3]** 473/14 482/4 482/14
**outside [7]** 324/21 327/3 422/4 446/10 448/13 486/14 486/17
**over [25]** 282/11 302/7 302/17 303/4 334/2 338/19 341/1 345/22 366/13 411/4 411/7 415/19 416/14 420/8 440/24 441/3 450/11 476/12 477/1 485/13 485/18 492/4 496/12 499/13 504/17
**overall [3]** 323/9 474/5 521/11
**Overcoming [1]** 470/20
**overseas [2]** 489/7 489/18
**oversight [1]** 324/14
**overview [2]** 425/7 457/21
**own [5]** 352/5 398/17 398/19 488/4 490/2
**owned [3]** 374/8 374/16 374/19
**owners [1]** 374/16
**ownership [1]** 361/18
**oxygen [1]** 377/13


**P**


**P-A-V-E-L [1]** 403/3
**p.m [2]** 399/19 525/23
**PA [4]** 318/17 320/11 320/16 320/17
**package [5]** 304/22 304/25 305/2 305/4 393/23
**packaging [2]** 319/7 319/16
**page [69]** 289/7 290/15 292/13 292/14 294/4 295/10 304/12 304/19 307/11 307/18 307/20 311/25 312/2 312/3 312/5 356/25 357/21 361/4 361/17 361/22 363/6 374/7 377/8 383/3 390/5 390/20 396/6

P

**page... [42]** 419/11 420/12 424/3 424/13 428/14 432/3 435/10 435/11 437/10 439/7 440/9 440/10 440/19 444/8 444/14 445/14 446/25 447/1 447/22 448/25 449/3 449/6 449/21 451/10 451/16 453/7 454/16 459/2 471/2 471/23 473/21 480/20 482/1 496/17 500/6 506/6 506/7 507/19 516/7 517/16 519/25 520/9
**Page 1 [3]** 435/10 439/7 440/9
**Page 13 [1]** 449/21
**Page 14 [1]** 451/16
**Page 19 [1]** 507/19
**Page 2 [6]** 312/3 435/11 440/10 447/22 448/25 454/16
**Page 20 [1]** 449/6
**Page 23 [3]** 506/7 519/25 520/9
**Page 3 [4]** 361/17 424/3 440/19 471/2
**Page 34126 [1]** 357/21
**Page 347 [1]** 516/7
**Page 354 [1]** 294/4
**Page 37005 [1]** 383/3
**Page 4 [4]** 292/13 292/14 390/20 424/13
**Page 43741 [1]** 361/22
**Page 45 [1]** 480/20
**Page 5 [4]** 289/7 419/11 453/7 471/23
**Page 505 [1]** 517/16
**Page 6 [1]** 446/25
**Page 69 [1]** 496/17
**Page 7 [2]** 447/1 482/1
**Page 9 [2]** 451/10 473/21
**pages [4]** 282/6 295/12 313/12 361/16
**Pages 848 [1]** 313/12
**paid [4]** 488/15 488/19 489/8 491/13
**pain [1]** 437/15
**painful [1]** 365/5
**pairs [1]** 496/20
**panel [3]** 435/14 435/15 435/18
**paper [26]** 290/2 290/13 292/13 347/20 347/22 427/4 428/5 431/22 433/1 435/4 440/2 445/6 446/18 447/15 454/9 461/23 470/20 471/17 496/7 496/9 496/11 496/15 496/17 517/3 517/5 517/15
**papers [3]** 412/6 412/7 412/8
**paragraph [23]** 289/21 289/22 293/19 294/6 294/8 318/1 350/14 357/20 361/23 428/15 433/9 435/10 439/8 440/9 440/10 440/20 445/15 447/22 451/17 471/3 481/6 503/16 520/12
**Paragraph 3 [1]** 318/1
**Paragraph 85 [2]** 289/21 289/22
**paragraphs [2]** 290/17 420/1
**parameters [10]** 325/21 340/4 340/18 342/10 369/6 369/10 369/12 370/19 371/1 517/17
**parent [1]** 416/22
**parenteral [3]** 428/22 428/25 450/16
**parenterally [1]** 433/13
**park [1]** 416/20
**part [22]** 281/7 296/18 297/12 299/22 303/9 303/10 306/24 307/2 317/8 327/1 329/4 335/8 337/1 353/8 366/24 406/2 408/19 409/9 411/6 411/15 476/11 510/8
**partial [3]** 401/6 401/17 401/18
**participants [2]** 365/6 448/16
**participate [4]** 410/9 411/2 476/7 477/3
**participated [3]** 476/9 476/14 476/16
**participating [1]** 411/25
**particular [15]** 294/6 319/22 322/25 323/4 324/23 325/22 327/6 327/7 330/1 401/21 413/22 425/5 453/1 456/24 479/5
**particularly [1]** 310/12
**parties [1]** 316/9
**partly [3]** 417/4 417/4 514/3
**parts [1]** 359/9
**passed [1]** 463/9
**passes [2]** 462/23 463/3
**past [2]** 463/17 480/23
**PATEL [1]** 278/6
**patent [41]** 280/22 284/18 288/8 310/24 315/12 350/16 350/19 351/20 351/25 352/6 352/15 352/21 352/23 353/25 356/13 357/24 361/17 363/11 363/11 370/6 374/19 375/11 384/10 384/14 386/2 386/4 386/12 386/17 386/24 387/2 387/4 387/9 387/11 388/7 388/8 398/2 398/14 398/19 451/5 451/10 451/13
**patent's [1]** 362/10
**patenting [1]** 362/11
**patents [24]** 334/2 336/10 336/15 348/14 348/16 348/20 352/13 353/17 353/20 368/13 374/8 374/12 374/13 374/14 374/16 374/19 374/22 388/12 398/5 398/10 398/12 398/18 402/15 425/13
**path [2]** 310/18 416/25
**patient [37]** 324/7 411/3 411/16 414/13 415/8 415/23 423/3 430/23 431/7 431/10 431/11 431/11 432/14 434/4 434/6 442/16 442/18 443/1 448/1 452/6 452/24 479/17 485/4 485/8 485/9 492/24 493/2 493/8 494/16 499/6 499/24 501/12 501/17 502/3 511/17 511/21 512/24
**patient's [6]** 411/11 418/2 418/3 424/10 438/1 479/5
**patients [177]** 287/4 365/6 403/25 404/2 404/5 404/8 404/11 404/14 405/8 407/12 407/21 408/2 408/5 408/6 408/25 409/1 409/5 409/18 410/11 410/15 410/18 410/20 411/8 411/24 414/25 415/1 415/4 415/16 415/21 419/15 419/21 420/4 420/8 420/10 420/14 420/16 420/20 420/22 420/24 420/24 421/3 421/4 421/9 423/1 423/2 423/6 423/12 423/17 424/11 428/8 430/8 430/9 430/12 430/14 430/16 434/3 435/21 436/20 436/24 443/9 450/11 450/12 451/23 454/10 454/17 454/20 454/22 454/25 458/6 459/21 460/16 460/21 461/2 461/8 462/24 462/25 463/5 463/5 463/8 463/13 463/15 463/19 463/20 464/24 465/25 466/8 467/10 467/14 467/23 468/3 469/19 473/3 473/4 473/7 473/14 474/3 474/17 474/20 474/22 474/23 477/5 477/7 478/23 479/10 479/13 480/1 480/3 480/6 480/10 482/6 482/9 483/25 484/20 484/25 485/13 485/17 487/23 494/10 494/14 494/23 495/7 495/14 495/22 496/12 497/4 497/10 497/23 498/1 498/4 498/7 498/15 498/18 498/20 498/22 499/2 499/13 499/14 499/20 499/25 500/2 500/4 500/16 500/20 500/23 501/13 501/17 501/19 502/3 503/5 503/11 504/8 504/14 504/17 504/20 504/21 504/25 505/1 505/1 505/6 505/20 506/2 507/1 509/17 509/20 510/11 510/19 511/7 511/13 511/23 511/24 511/25 512/2 512/5 512/12 520/22 522/17 522/22
**patients' [4]** 409/19 409/19 418/25 419/13
**pattern [10]** 312/8 312/13 313/9 326/8 344/6 369/25 424/11 479/14 479/18 499/8
**patterns [2]** 369/20 419/6
**PAUL [1]** 286/2
**Pavel [4]** 402/23 403/3 403/7 403/19
**pay [1]** 488/3
**pays [1]** 488/1
**PCT [1]** 363/11
**PDF [1]** 292/13
**PDX [3]** 296/5 297/20 404/19
**PDX-2 [1]** 404/19
**PDX-5-3 [1]** 296/5
**PDX-5-4 [1]** 297/20
**peak [4]** 451/25 513/11 515/1 518/10
**Pediatric [1]** 431/24
**pediatrics [1]** 406/22
**PEG [93]** 288/15 288/20 291/17 293/16 294/25 306/22 314/10 316/15 325/4 326/10 326/22 326/22 327/10 328/3 328/10 328/13 328/24 335/15 335/18 335/24 336/17 337/9 337/14 338/4 338/4 338/4 339/8 341/1 341/5 341/13 341/19 342/21 342/23 343/7 344/14 344/15 344/18 344/24 346/16 346/23 346/25 346/25 347/4 347/6 347/8 353/25 355/4 355/8 355/13 358/12 366/9 368/1 374/22 374/25 375/3 375/3 375/3 375/6 375/7 375/10 375/21 375/25 376/4 377/18 377/22 378/6 380/15 380/15 380/15 381/1 381/11 381/17 381/20 381/21 381/25 382/11 382/16 382/20 382/25 383/13 383/20 383/22 385/5 386/9 386/13 386/17 386/20 389/5 391/17 393/2 397/13 397/15 397/21
**PEG 200 [3]** 346/23 346/25 375/6
**PEG 300 [1]** 375/7
**PEG-2 [1]** 377/22
**PEG-200 [4]** 335/15 366/9 377/18 380/15
**PEG-300 [1]** 380/15
**PEG-400 [2]** 375/10 380/15
**PEGalation [1]** 329/2
**PEGs [34]** 298/3 335/25 338/7 338/12 339/11 340/24 345/22 347/3 347/7 349/11 354/25 355/6 355/7 355/9 355/12 355/17 355/18

**P**


**PEGs... [17]** 355/25 377/16 377/24 378/5 378/7 390/4 390/12 390/13 390/14 390/18 391/8 391/21 391/24 392/1 392/5 392/10 393/5
**PEGylated [1]** 329/1
**people [12]** 296/14 373/5 382/7 398/24 410/13 410/17 415/2 416/7 423/8 427/19 429/10 477/9
**peptides [3]** 328/23 381/13 381/19
**per [10]** 321/19 329/24 368/6 442/5 442/6 452/5 488/25 500/12 515/22 520/23
**perceive [1]** 419/18
**percent [62]** 375/8 375/12 384/19 384/20 407/8 407/8 410/12 411/14 420/8 420/10 433/21 433/24 454/22 454/25 455/2 455/3 455/5 455/6 455/7 474/9 474/13 475/4 475/6 497/4 497/10 497/14 497/23 497/23 498/1 498/4 498/7 498/11 498/15 498/20 498/22 499/14 500/1 500/2 500/15 500/20 500/23 501/1 501/4 504/11 504/20 505/20 506/2 507/6 507/9 509/17 509/19 510/10 510/11 510/13 521/7 521/8 521/8 521/8 521/16 521/18 521/19 521/20
**percentage [1]** 393/2
**perception [1]** 414/11
**perfect [1]** 317/4
**perfectly [1]** 524/23
**perform [2]** 284/14 347/10
**performed [6]** 284/10 347/17 348/22 370/3 376/13 376/23
**perhaps [1]** 498/25
**period [5]** 328/5 417/16 426/24 509/19 510/12
**persist [1]** 523/17
**persisted [1]** 503/11
**person [5]** 302/6 312/12 357/12 373/11 409/24
**personnel [2]** 429/2 429/16
**perspective [1]** 353/24
**Perspectives [1]** 435/4
**pertains [3]** 391/25 392/13 487/10
**PETER [1]** 278/7
**Pfeiffer [1]** 328/1
**PG [1]** 358/12
**pH [2]** 442/23 445/20
**Ph.D [2]** 309/23 309/25
**Pharma [10]** 456/4 456/11 456/14 457/5 457/20 465/17 465/18 468/5 468/13 487/19
**pharmaceutical [29]** 309/23 310/1 310/16 317/8 318/19 319/1 320/19 321/25 322/1 322/3 322/9 322/10 322/12 325/1 362/15 362/15 385/7 408/13 408/17 408/20 408/23 409/6 467/2 476/17 485/25 486/3 486/20 487/10 487/14
**pharmaceutical-grade [1]** 362/15
**pharmaceutically [4]** 326/7 327/24 362/6 362/8
**pharmaceuticals [9]** 301/9 319/24 319/25 320/5 456/6 458/23 459/9 476/21 476/23
**Pharmacia [1]** 309/20
**pharmacies [2]** 469/8 469/20
**pharmacodynamic [6]** 359/1 359/1 461/24 523/5 523/9 523/16
**pharmacodynamics [5]** 290/7 445/7 486/20 486/24 523/8
**pharmacokinetic [6]** 290/6 312/19 459/13 467/12 467/20 523/3
**pharmacokinetics [15]** 280/23 335/7 367/13 433/2 445/6 459/18 459/20 461/1 461/23 462/14 462/20 467/24 479/4 518/2 523/7
**Pharmacologic [1]** 446/18
**Pharmacology [1]** 433/5
**pharmacopoeia [3]** 347/19 348/1 348/2
**Pharmacy [4]** 309/18 309/18 309/19 390/17
**phase [10]** 385/19 385/21 423/7 462/18 463/4 463/7 463/10 464/15 464/19 464/23
**Phase II [1]** 463/7
**phases [2]** 462/17 463/4
**PhD [3]** 300/25 318/6 318/8
**phenytoin [2]** 427/5 427/21
**photograph [1]** 290/18
**phrase [1]** 417/22
**phys [1]** 340/4
**physical [5]** 325/20 342/2 342/14 342/15 486/11
**physician [4]** 403/21 406/13 406/15 492/18
**physicians [6]** 429/1 443/13 443/16 488/17 492/12 492/14
**physics [2]** 318/4 318/5
**picked [1]** 353/24
**picking [1]** 279/18
**picture [2]** 323/9 437/14
**piece [2]** 347/20 347/20
**pilot [1]** 284/8
**pitch [2]** 327/2 327/4
**pivotal [2]** 324/4 463/9
**PK [1]** 459/17
**place [2]** 429/6 440/18
**placebo [24]** 473/16 474/4 474/6 474/9 474/12 474/14 474/17 474/20 474/21 474/23 475/1 475/3 503/9 504/7 506/20 507/9 509/19 509/24 510/13 520/22 521/6 521/8 521/15 521/20
**placebo-controlled [1]** 473/16
**placed [9]** 348/23 363/4 385/23 386/23 387/13 387/17 393/10 395/16 396/24
**places [1]** 316/14
**plaintiffs [39]** 277/5 277/25 285/15 300/8 333/8 333/15 333/17 333/21 400/16 402/22 413/6 421/10 424/18 427/22 429/18 432/18 434/7 435/25 438/11 439/19 441/7 444/24 447/8 448/3 450/18 452/12 453/15 455/13 457/12 458/13 459/25 461/13 463/24 465/4 466/14 471/9 472/14 475/8 524/3
**planning [1]** 358/24
**plans [1]** 450/15
**plasma [2]** 451/25 479/7
**plasticizer [1]** 379/10
**play [1]** 524/6
**played [1]** 400/15
**playing [1]** 416/20
**plays [5]** 281/14 300/11 309/7 317/11 334/12
**please [25]** 279/7 286/5 288/13 289/6 300/13 300/19 307/20 317/13 317/23 321/11 321/21 322/5 329/12 332/23 399/22 403/1 403/5 403/10 403/15 403/17 475/24 496/2 500/6 514/11 519/20
**pleased [1]** 370/21
**Plough [3]** 319/1 319/11 319/19
**Plucinski [10]** 350/6 350/11 351/3 351/16 352/11 353/13 353/19 354/5 354/13 356/6
**plume [2]** 326/8 394/23
**plumes [1]** 289/12
**Plumiaz [5]** 460/14 460/16 460/21 460/23 461/5
**plunge [1]** 437/23
**plus [1]** 411/17
**pneumonia [2]** 431/15 443/3
**podium [1]** 279/19
**point [24]** 283/17 284/12 310/20 325/17 372/9 376/22 378/14 378/18 379/7 379/13 380/11 380/23 381/6 381/9 381/11 382/11 382/16 434/14 467/13 514/14 519/5 521/2 524/8 524/9
**pointed [5]** 285/17 442/4 442/24 462/14 467/12
**pointing [1]** 279/20
**points [17]** 290/5 316/7 325/3 349/2 378/15 379/6 379/20 379/22 380/1 380/9 380/22 381/4 381/5 382/9 383/7 503/19 520/24
**polyethylene [16]** 288/24 289/1 289/3 306/21 306/22 314/10 323/13 335/17 335/21 338/19 341/10 362/7 390/6 390/7 390/25 396/14
**polymer [1]** 299/14
**polysorbate [1]** 331/15
**pool [1]** 416/6
**poor [2]** 450/14 472/5
**population [2]** 407/8 410/13
**portion [1]** 281/12
**pos [1]** 347/21
**POSA [1]** 297/21
**position [3]** 280/21 319/1 405/2
**positions [1]** 400/23
**possibility [4]** 340/6 398/7 479/14 525/14
**possible [10]** 297/17 312/25 313/8 324/6 344/13 385/10 397/20 408/21 428/18 523/2
**post [3]** 283/20 301/3 459/5
**post-doctoral [1]** 301/3
**post-trial [1]** 283/20
**postictal [3]** 430/17 430/21 432/15
**posting [1]** 459/11
**potential [8]** 287/24 324/19 329/22 341/9 435/12 435/23 444/23 462/15
**potentially [5]** 283/19 326/6 329/25 407/12 482/12
**potentials [1]** 354/24
**povidone [2]** 299/4 299/13
**PowerPoint [2]** 378/21 457/22
**practical [1]** 450/10
**practice [10]** 404/24 404/25 405/12 405/24 406/10 406/19 484/24 488/4 488/7 488/21
**practiced [1]** 401/16
**practicing [1]** 492/17
**praise [2]** 414/1 480/14
**pre [2]** 449/7 459/10
**pre-assignment [1]** 459/10
**Pre-submissions [1]** 449/7
**precipitation [1]** 372/6
**precisely [1]** 283/18
**predecessor [1]** 488/9
**predecessors [1]** 487/19
**predesigned [1]** 459/15

P

**predict [7]** 407/22 408/2 468/1 499/17 499/19 499/21 500/4
**predictable [4]** 498/19 499/2 499/7 501/16
**prefer [3]** 382/9 524/24 525/2
**preferrable [1]** 525/16
**preferred [1]** 294/9
**preliminary [2]** 459/14 459/17
**premarked [1]** 282/14
**preNayzilam [1]** 494/1
**preparation [8]** 294/20 321/12 321/14 323/2 330/13 364/4 371/19 384/4
**prepare [3]** 360/4 437/18 490/1
**prepared [6]** 330/23 404/21 469/5 469/7 489/16 525/11
**preparing [1]** 404/16
**prescribe [20]** 422/24 436/22 436/24 437/2 478/23 483/8 483/11 483/14 483/17 484/2 484/8 484/8 484/11 484/21 484/25 492/24 493/2 493/8 495/22 501/22
**prescribed [18]** 443/8 443/13 443/16 450/16 454/18 454/23 454/25 455/3 455/6 493/23 504/7 510/18 511/4 511/6 511/8 511/10 511/20 512/8
**prescribing [10]** 423/25 424/1 438/3 443/17 483/4 492/14 504/24 507/25 520/6 522/16
**prescription [1]** 492/21
**present [5]** 379/3 383/19 489/13 490/18 491/7
**presentation [17]** 328/5 328/11 373/23 374/5 377/1 377/11 378/21 379/6 380/5 381/5 381/10 382/5 382/8 383/7 383/15 456/18 489/23
**presentations [4]** 373/18 489/22 490/2 490/15
**presented [5]** 284/18 314/7 373/13 376/4 383/17
**presenting [2]** 377/9 379/24
**preserved [1]** 402/18
**president [2]** 320/3 480/23
**press [2]** 344/9 460/18
**presumption [1]** 478/1
**pretty [1]** 295/7
**prevalence [3]** 419/5 454/3 454/9
**prevent [7]** 354/3 407/12 410/3 428/18 434/2 499/10 502/6
**preventing [1]** 405/5
**prevention [1]** 428/7
**PreVep [2]** 405/5 409/22
**previous [5]** 301/8 327/12 346/17 482/16 505/24
**previously [9]** 286/3 329/3 329/25 347/2 481/10 481/21 505/22 509/1 509/2
**primarily [3]** 405/20 408/14 437/2
**primary [2]** 331/10 463/7
**prime [1]** 285/17
**Princeton [1]** 318/25
**principle [1]** 495/9
**printout [1]** 395/15
**prior [29]** 287/10 287/14 297/3 324/2 324/2 324/3 352/7 378/24 389/14 389/17 390/11 390/14 395/12 402/4 402/6 406/8 425/16 426/1 443/12 446/5 454/1 455/9 492/21 510/17 510/17 511/4 512/8 514/13 514/16
**prioritized [1]** 383/8
**priority [1]** 292/10
**private [4]** 405/24 406/10 406/19 409/3
**Privitera [1]** 524/15
**probability [2]** 506/11 508/7
**probably [9]** 318/15 332/12 351/9 377/21 382/20 392/22 485/1 488/11 524/1
**problem [7]** 298/20 312/18 427/20 453/11 470/11 470/11 496/5
**problematic [1]** 302/6
**problems [2]** 342/7 450/13
**procedure [1]** 439/14
**proceed [2]** 280/4 519/20
**proceeding [1]** 526/6
**proceedings [2]** 279/4 525/23
**process [8]** 319/15 320/2 320/14 320/20 324/12 331/24 332/2 449/13
**process/analytical [1]** 320/2
**produced [2]** 367/12 369/20
**product [30]** 281/2 294/11 305/5 307/21 307/22 310/19 319/3 320/1 322/4 322/12 324/13 325/1 325/17 326/7 326/20 332/9 385/11 388/13 388/24 398/23 422/8 449/1 453/5 459/5 468/9 468/11 472/7 473/24 478/4 481/24
**products [15]** 291/20 304/23 305/3 305/4 328/20 384/6 389/25 390/2 393/24 394/3 396/10 454/1 469/25 471/7 481/3
**profession [1]** 403/20
**professional [5]** 406/8 406/9 410/11 412/1 412/4
**professor [5]** 405/3 406/14 406/20 406/21 480/25
**profile [1]** 482/8
**programs [5]** 488/18 489/7 489/18 490/13 491/17
**progression [1]** 450/5
**project [8]** 312/11 319/13 319/17 388/15 457/21 457/23 457/25 458/2
**prolong [1]** 382/12
**prolonged [1]** 446/19
**promoted [2]** 319/10 320/3
**promptly [1]** 450/2
**pronounce [2]** 355/10 374/8
**pronounced [1]** 437/5
**proof [1]** 402/10
**proper [1]** 343/23
**properties [12]** 340/1 342/3 343/5 343/12 343/21 349/18 381/22 381/22 391/17 391/24 391/24 392/5
**property [1]** 357/14
**Prophase [1]** 310/2
**Prophetic [2]** 359/4 359/5
**proportion [7]** 393/6 412/13 415/20 489/5 498/18 499/2 507/1
**proportions [1]** 392/15
**propylene [14]** 288/15 289/9 291/13 293/4 293/5 298/23 299/7 331/14 335/24 335/25 337/12 368/2 385/5 389/5
**protect [3]** 328/23 381/13 431/9
**protein [1]** 408/7
**proteins [4]** 328/23 381/13 381/18 407/25
**protocol [2]** 409/7 409/12
**prototypes [2]** 323/22 324/5
**proven [1]** 324/22
**Proveris [1]** 369/21
**provide [8]** 287/18 287/21 287/23 293/23 294/17 413/14 439/17 492/2
**provided [4]** 342/4 376/15 383/9 491/6
**providers [3]** 422/1 429/1 429/7
**provides [5]** 287/21 482/12 513/16 513/25 515/6
**providing [1]** 338/7
**psychiatry [2]** 415/18 428/10
**PTX [98]** 412/18 412/25 413/3 419/2 421/11 421/14 427/1 427/23 428/1 428/3 429/19 429/22 431/19 431/21 432/19 432/22 435/1 436/1 436/4 437/7 438/12 438/15 438/20 439/20 439/23 439/25 441/8 441/11 443/22 444/25 445/3 446/15 447/9 447/12 447/14 448/4 448/7 448/20 450/19 450/22 451/2 452/13 452/16 452/19 452/20 453/12 453/16 453/19 454/6 455/14 455/17 456/12 457/9 457/13 457/16 457/18 458/9 458/14 458/17 458/25 459/22 460/1 460/4 460/10 461/10 461/14 461/17 464/9 465/1 465/5 465/8 465/15 466/10 466/12 466/15 466/18 470/17 471/10 471/13 471/15 472/15 472/18 473/10 475/9 475/12 480/15 481/20 482/16 482/20 507/21 508/5 508/16 508/17 510/22 510/25 516/21 519/11 519/15
**PTX-1020 [4]** 460/10 461/10 461/14 461/17
**PTX-1026 [4]** 458/25 459/22 460/1 460/4
**PTX-1058 [5]** 465/15 466/10 466/12 466/15 466/18
**PTX-1062 [4]** 464/9 465/1 465/5 465/8
**PTX-1074 [3]** 471/15 472/15 472/18
**PTX-1109 [3]** 438/20 439/20 439/23
**PTX-1121 [3]** 447/14 448/4 448/7
**PTX-1148 [3]** 427/1 427/23 428/1
**PTX-1165 [3]** 419/2 421/11 421/14
**PTX-1166 [3]** 473/10 475/9 475/12
**PTX-1182 [3]** 454/6 455/14 455/17
**PTX-1183 [7]** 452/16 452/19 452/20 453/12 453/16 453/19 481/20
**PTX-1188 [3]** 437/7 438/12 438/15
**PTX-1194 [4]** 431/19 431/21 432/19 432/22
**PTX-1197 [3]** 428/3 429/19 429/22
**PTX-1264 [4]** 457/18 458/9 458/14 458/17
**PTX-1350 [4]** 507/21 508/17 510/22 510/25
**PTX-1350.0019 [1]** 508/5
**PTX-1354 [4]** 508/16 516/21 519/11 519/15
**PTX-1359 [3]** 435/1 436/1 436/4
**PTX-1360 [3]** 443/22 444/25 445/3

**P**

**PTX-1361 [3]** 446/15 447/9 447/12
**PTX-1362 [3]** 470/17 471/10 471/13
**PTX-1364 [3]** 480/15 482/16 482/20
**PTX-1366 [3]** 439/25 441/8 441/11
**PTX-1369 [2]** 451/2 452/13
**PTX-1370 [4]** 456/12 457/9 457/13 457/16
**PTX-1372 [3]** 448/20 450/19 450/22
**PTX-1383 [3]** 412/18 412/25 413/3
**public [6]** 438/7 440/18 460/12 464/11 524/25 525/15
**publication [23]** 298/13 389/20 419/8 427/8 428/11 431/25 433/6 435/7 439/4 440/6 444/11 445/11 446/22 447/19 454/13 470/24 471/20 473/18 515/16 515/18 515/21 516/15 519/8
**publications [3]** 292/2 412/15 412/16
**published [24]** 292/7 292/10 297/18 419/7 427/7 428/9 431/24 433/4 435/6 439/2 440/5 444/2 444/5 444/8 445/8 446/20 447/17 454/11 462/1 470/23 471/18 473/16 480/18 518/3
**pull [17]** 288/17 290/1 404/19 412/18 423/22 427/1 431/19 435/1 438/20 443/22 446/15 448/20 451/2 452/18 454/6 470/17 473/10
**pulling [2]** 437/7 481/20
**pulverizes [1]** 344/6
**purchased [1]** 366/5
**purpose [9]** 288/1 290/6 328/24 354/3 383/15 383/16 383/24 502/2 502/6
**purposes [4]** 316/1 316/22 492/3 492/10
**purview [1]** 410/8
**put [15]** 281/5 281/8 281/24 291/25 295/19 333/8 356/23 360/10 372/14 376/5 382/6 389/7 394/12 408/9 524/24
**putting [1]** 296/4

**Q**

**qualified [1]** 422/1
**qualify [1]** 413/10
**quality [3]** 307/13 307/14 307/15
**quarter [1]** 489/6
**question [27]** 287/13 298/22 313/23 316/6 325/25 326/12 330/2 349/7 366/8 367/2 379/1 385/13 385/14 385/16 385/17 439/1 487/7 490/15 491/11 491/25 501/20 505/24 505/25 508/21 510/6 513/17 520/20
**questioned [2]** 286/3 514/22
**questions [20]** 286/14 298/5 298/12 298/19 299/15 359/9 359/16 482/21 489/21 491/23 494/1 515/9 519/17 519/19 520/12 521/22 521/24 523/21 525/12 525/14
**quickly [3]** 319/23 320/4 479/7
**quite [7]** 325/12 325/21 340/4 375/18 487/2 505/3 511/14
**quote [4]** 419/20 481/12 481/12 504/1

**R**

**R-A-O-U-F [1]** 309/10
**raise [1]** 403/5
**raised [1]** 401/10
**randomized [1]** 473/15
**range [8]** 325/19 404/11 462/20 462/25 475/4 475/7 500/1 501/20
**rank [1]** 332/5
**Raouf [4]** 309/4 309/7 309/10 373/10
**rapid [5]** 427/15 433/15 433/17 449/13 482/5
**rapidly [1]** 461/25
**rarely [2]** 484/4 484/7
**rate [8]** 321/19 411/14 415/17 415/18 513/5 513/7 521/11 523/10
**rates [1]** 474/14
**rather [3]** 324/9 324/15 438/23
**ratio [2]** 384/18 384/20
**ratios [4]** 376/9 384/9 384/13 393/2
**reach [2]** 431/2 511/19
**reached [1]** 463/16
**reactivity [1]** 378/7
**read [5]** 316/15 382/7 400/3 400/6 514/21
**readily [1]** 423/11
**reading [4]** 320/6 360/22 382/4 382/5
**ready [4]** 280/4 310/19 317/5 351/20
**real [3]** 505/7 505/16 505/23
**realized [2]** 336/18 351/22
**really [34]** 297/6 297/20 301/19 310/14 311/21 314/6 314/6 314/11 314/14 314/19 318/16 318/18 319/6 325/21 338/9 340/5 343/8 349/8 349/20 359/20 359/20 359/21 359/22 370/15 372/13 375/6 380/3 381/4 381/8 388/13 391/14 392/22 397/13 411/10
**reason [11]** 283/16 303/13 303/15 331/6 331/8 346/15 347/1 353/24 401/17 401/21 440/13
**reasonable [1]** 331/2
**reasons [5]** 430/11 449/22 450/7 513/19 522/24
**rebuttal [1]** 524/14
**recall [32]** 296/18 298/11 303/15 305/7 305/9 306/10 306/16 308/13 308/17 328/21 335/11 355/20 356/12 369/14 369/18 371/9 372/19 373/25 378/19 378/20 385/1 387/9 387/24 389/14 390/10 395/21 398/12 398/13 520/11 520/20 521/19 522/1
**receive [3]** 303/14 321/3 488/24
**received [3]** 300/25 413/25 488/7
**receiving [1]** 281/1
**recent [1]** 505/25
**Recently [1]** 411/12
**receptor [2]** 523/13 523/13
**receptors [2]** 422/15 422/17
**recess [3]** 332/22 399/21 475/23
**recipe [1]** 311/13
**recognition [3]** 414/1 426/22 480/14
**recognize [30]** 281/22 311/20 330/11 330/12 349/7 353/12 356/8 361/12 363/8 363/10 371/8 371/16 372/18 373/23 386/2 386/3 387/2 387/23 389/12 393/18 394/10 395/20 446/12 448/11 481/15 502/18 503/3 506/9 507/21 507/24
**recognized [4]** 282/4 425/10 438/9 449/18
**recollection [1]** 306/8
**recommended [1]** 447/7
**record [12]** 286/17 286/19 333/8 334/14 367/25 400/4 400/19 403/2 403/18 424/5 524/25 525/7
**recorded [1]** 517/20
**recount [1]** 290/6
**recovery [1]** 418/21
**recruit [1]** 408/5
**rectal [27]** 425/21 428/6 431/22 432/8 434/20 436/8 438/23 439/8 439/11 439/17 440/11 440/12 440/15 440/21 440/24 443/25 446/10 450/10 455/1 460/24 481/10 483/19 509/18 509/24 510/4 510/6 510/9
**rectally [1]** 432/17
**rectum [3]** 436/17 437/22 437/23
**recur [3]** 417/16 417/19 433/19
**recurred [1]** 503/11
**recurrence [1]** 503/23
**recurrences [1]** 434/2
**recurrent [2]** 414/12 450/1
**recurring [1]** 418/20
**redacted [1]** 525/15
**redirect [5]** 298/7 298/8 298/9 519/19 519/21
**reduced [2]** 411/10 451/24
**reducing [1]** 423/14
**reduction [2]** 450/2 450/4
**refer [5]** 317/25 335/17 335/20 500/6 517/16
**reference [10]** 288/18 288/21 289/18 297/17 401/19 419/2 428/3 432/24 439/25 473/22
**references [6]** 295/8 295/12 388/6 389/4 448/15 450/24
**referring [20]** 304/20 306/21 307/24 308/7 323/12 340/9 351/3 352/11 358/16 365/25 366/1 374/12 380/9 380/23 388/6 422/3 453/5 481/24 502/25 506/14
**refers [4]** 304/19 307/23 453/4 481/23
**refinement [1]** 440/25
**Refining [1]** 480/16
**reflect [13]** 407/2 418/24 420/2 420/13 434/15 438/4 443/18 459/11 464/13 464/17 465/20 466/3 467/6
**reflected [2]** 437/11 457/24
**reflecting [4]** 434/23 438/17 448/17 455/23
**reflects [1]** 434/17
**reformatting [1]** 457/3
**reformulate [1]** 286/25
**refractory [1]** 465/24
**refresh [1]** 306/8
**refreshing [1]** 320/6
**regard [2]** 299/3 331/17
**regarding [5]** 280/7 438/18 443/19 468/8 491/22
**registration [1]** 324/4
**regulatory [6]** 310/11 313/10 449/7 449/13 487/9 487/13
**relate [8]** 421/6 427/18 435/18 445/23 448/10 453/21 455/8 472/9
**relates [1]** 486/21
**relating [4]** 336/3 412/5 465/18 473/8
**relationship [1]** 416/15
**relationships [1]** 416/24
**relatively [3]** 319/23 484/5 524/6
**release [1]** 460/18

**R**
**relevance [1]** 284/4
**relevant [1]** 295/13
**reliable [16]** 419/8 427/8 428/11 431/25 433/6 435/7 439/4 440/6 444/11 445/11 446/22 447/19 454/13 470/24 471/20 473/18
**reluctant [1]** 439/13
**remained [2]** 453/10 477/24
**remains [1]** 367/3
**remember [57]** 296/17 299/8 299/9 311/23 323/6 330/15 336/10 337/24 346/8 346/11 348/4 348/21 351/10 351/21 351/24 352/4 354/20 354/21 358/20 360/24 360/25 362/19 363/21 363/25 364/9 365/12 365/13 365/13 365/14 365/15 370/5 373/4 373/5 373/11 374/3 376/20 376/25 377/2 377/3 377/7 377/21 379/7 381/9 384/24 386/12 388/10 388/23 389/19 389/21 390/16 392/20 392/23 395/11 520/15 522/5 522/14 522/19
**remind [6]** 279/22 286/6 473/24 475/25 477/3 481/22
**reminder [1]** 318/1
**remission [1]** 421/3
**render [1]** 402/6
**repackaging [1]** 319/4
**repeat [3]** 340/15 370/21 370/23
**repeated [1]** 462/22
**repetitive [69]** 287/4 404/6 413/8 413/17 413/21 417/14 417/15 418/3 418/11 418/16 418/25 419/12 419/18 420/4 420/20 420/23 421/4 421/5 421/17 421/18 421/24 422/9 423/15 423/19 424/10 425/4 425/6 425/10 425/17 426/13 426/16 426/23 427/6 427/13 428/16 428/19 429/15 430/8 431/23 432/6 432/10 433/18 434/24 435/21 436/11 436/21 441/5 442/1 444/1 446/2 446/9 446/13 446/19 449/19 453/25 455/24 467/7 467/9 473/7 474/3 478/22 479/18 481/10 481/14 494/14 499/3 511/7 511/24 511/25
**rephrase [2]** 484/17 505/12
**replace [6]** 326/22 327/9 328/2 328/3 328/6 381/1
**replaced [2]** 326/10 383/21
**Replacing [1]** 341/7
**replies [1]** 284/8
**reply [1]** 303/11
**report [16]** 283/23 362/21 380/18 396/2 396/3 396/17 397/5 397/8 397/9 397/10 438/23 459/7 465/17 466/3 467/3 499/12
**reported [7]** 302/19 368/13 369/25 370/8 419/24 420/9 496/11
**reporter [3]** 311/15 526/2 526/8
**reporting [2]** 321/23 322/7
**reports [5]** 396/13 468/7 469/3 496/15 504/6
**represents [1]** 516/11
**reproducible [1]** 313/9
**request [1]** 307/10
**require [2]** 349/12 428/20
**required [10]** 310/19 314/5 359/2 385/19 385/20 428/22 428/24 429/4 444/21 460/23
**requirement [3]** 328/9 515/25 517/10
**requirements [1]** 487/10
**reraise [1]** 402/18
**rescue [12]** 388/24 389/1 413/20 425/3 426/13 440/3 450/14 454/18 454/23 470/21 471/17 480/17
**research [20]** 296/18 309/23 319/15 319/15 336/4 405/9 405/13 407/1 409/2 409/9 410/5 410/10 411/1 411/2 419/7 447/18 448/24 454/12 462/2 477/4
**researcher [1]** 409/25
**reserve [2]** 401/4 402/17
**residency [2]** 405/20 405/21
**resources [1]** 450/3
**respect [8]** 334/25 335/1 353/23 378/14 381/25 401/13 510/6 510/9
**respected [1]** 480/22
**respiration [1]** 427/17
**respond [2]** 281/10 480/5
**responding [2]** 394/19 414/13
**response [7]** 286/16 329/17 352/11 359/1 400/22 402/1 411/9
**responsibilities [5]** 301/25 302/10 302/17 319/12 322/19
**responsibility [1]** 302/11
**responsible [1]** 422/16
**responsive [2]** 285/1 415/24
**rest [5]** 366/25 367/3 400/21 402/2 524/9
**restrict [1]** 489/21
**result [1]** 504/15
**resulted [7]** 450/14 482/5 501/8 501/24 504/18 506/1 506/2
**resulting [1]** 457/3
**results [23]** 312/20 313/9 346/17 358/18 358/19 358/22 362/22 364/11 367/10 369/25 370/7 395/1 396/4 414/10 419/17 442/17 442/21 460/19 467/3 474/2 504/6 505/4 520/13
**return [1]** 468/4
**review [15]** 304/8 305/22 307/13 307/14 307/15 329/12 352/5 364/5 371/18 412/6 412/8 419/4 448/23 449/1 449/3
**reviewed [26]** 386/4 427/8 428/11 431/25 434/23 435/7 438/17 439/4 440/6 446/22 447/19 448/17 450/25 454/2 454/20 455/23 466/23 468/7 470/14 470/24 471/20 473/8 477/17 496/9 502/20 518/22
**reviewing [2]** 306/8 370/11
**Reynolds [3]** 344/3 344/3 344/8
**RG4 [2]** 311/15 311/17
**RG7 [3]** 314/25 315/3 315/7
**RG8 [2]** 315/1 315/5
**rich [2]** 329/17 398/24
**Rich Fisher [1]** 329/17
**Richard [4]** 300/2 300/10 300/14 372/23
**Richard A. Fisher [1]** 300/14
**rid [1]** 523/4
**right [188]** 279/8 279/20 281/19 283/3 284/1 285/24 285/25 287/11 287/15 288/10 289/16 290/3 290/8 290/22 291/4 291/10 291/21 292/15 292/17 293/8 293/11 293/14 293/17 294/5 294/14 294/21 296/7 296/11 296/15 297/22 298/2 310/3 311/10 312/1 312/9 314/22 314/23 329/7 329/9 332/13 332/15 332/20 333/5 340/9 342/18 350/1 350/25 352/3 353/5 354/16 356/3 356/24 361/3 361/7 361/9 363/6 366/2 366/6 366/25 367/16 367/23 368/3 368/11 371/5 371/12 375/8 375/12 375/16 377/24 380/19 381/3 381/23 382/17 386/10 386/24 387/15 387/18 391/6 391/9 393/8 393/12 394/7 394/13 395/2 396/25 399/18 399/23 401/24 402/10 402/12 403/6 413/10 420/18 432/3 437/16 444/14 456/20 466/2 468/9 471/23 475/25 476/5 483/22 483/25 487/15 489/10 489/14 489/17 489/24 489/25 490/3 490/4 492/18 492/22 492/25 493/12 493/15 493/19 494/4 494/23 494/24 495/2 495/4 495/19 495/23 496/7 497/4 497/12 497/13 497/17 498/12 501/25 502/1 502/22 503/6 503/9 503/13 503/21 503/24 504/8 504/12 504/16 504/22 505/2 505/21 506/4 506/12 506/15 506/18 506/20 506/22 509/8 509/14 509/16 510/13 510/19 511/5 511/9 511/13 511/20 512/3 512/4 512/9 512/14 512/17 512/20 512/25 513/3 513/16 513/22 514/1 514/17 515/19 516/2 516/11 517/7 517/11 518/11 518/20 519/6 519/9 523/23 524/1 524/10 524/16 525/5 525/10 525/21
**right-hand [7]** 294/5 312/1 432/3 444/14 456/20 471/23 516/11
**right-sided [1]** 420/18
**rights [1]** 357/14
**ring [1]** 349/8
**risk [9]** 418/12 418/12 419/5 420/21 421/16 423/14 431/15 450/4 454/9
**roads [1]** 398/3
**robust [1]** 324/6
**role [21]** 301/21 302/8 319/2 319/13 319/17 319/21 321/23 322/7 322/17 322/19 322/22 322/22 323/1 323/2 416/21 417/2 486/4 486/6 486/13 488/25 492/4
**roles [10]** 301/8 320/14 321/21 322/5 322/18 488/19 488/24 490/6 491/12 492/1
**Rolf [1]** 336/12
**room [1]** 423/18
**roughly [10]** 404/13 411/7 433/21 433/24 454/20 454/22 474/8 485/19 498/20 498/22
**Rounding [1]** 412/1
**route [9]** 320/25 428/25 433/14 437/6 438/9 438/18 440/3 444/20 472/2
**routes [1]** 433/11
**routine [5]** 311/8 311/10 311/11 315/17 401/16
**routinely [1]** 439/10

**R**

**row [3]** 449/22 450/6 497/22
**Royal [1]** 390/17
**royalties [1]** 399/1
**ruins [1]** 411/18
**Rule [2]** 401/1 401/5
**Rule 52 [2]** 401/1 401/5
**rummaging [1]** 496/2
**run [2]** 316/25 317/2
**running [1]** 313/3
**runoff [1]** 445/21

**S**

**SABA [1]** 277/23
**safe [13]** 421/21 436/10 463/13 467/22 474/7 483/5 483/21 483/24 511/12 511/14 511/22 512/4 512/12
**safety [21]** 287/19 287/21 305/1 305/2 305/5 305/8 305/9 305/12 305/14 305/14 305/15 463/6 463/7 463/8 463/11 468/1 468/2 473/13 474/18 482/7 482/8
**said [31]** 288/6 311/6 313/15 314/3 314/7 316/7 316/15 320/15 329/6 332/11 338/13 342/18 352/7 359/10 362/10 362/19 373/18 379/23 391/13 401/11 402/17 419/19 444/4 449/24 450/9 480/3 491/4 508/25 511/1 515/3 522/9
**sake [1]** 523/15
**sale [1]** 398/22
**Samanta [2]** 471/19 472/8
**same [41]** 296/25 299/2 299/5 306/25 307/2 309/24 310/8 312/19 312/20 314/16 316/12 316/21 322/19 325/7 325/8 325/10 354/3 359/9 359/16 359/24 360/1 375/15 376/3 376/5 396/19 397/24 406/6 420/12 453/13 457/10 458/10 459/23 461/11 463/22 465/2 490/15 494/19 500/6 512/15 514/23 515/4
**satisfactory [1]** 442/1
**satisfied [3]** 455/9 462/8 469/1
**satisfy [12]** 294/7 426/12 458/5 461/6 464/22 464/25 466/6 466/9 469/16 472/10 478/14 478/18
**saturation [1]** 372/9
**saw [14]** 338/8 338/15 339/12 341/25 342/1 342/22 343/6 343/8 388/22 389/16 389/16 389/18 391/14 523/17
**say [75]** 282/20 294/16 304/22 313/15 322/20 323/12 326/16 326/17 326/21 327/4 327/11 332/7 335/10 350/14 354/22 355/6 355/9 362/4 371/18 374/8 376/8 377/12 377/16 377/19 380/15 381/20 388/7 388/8 396/21 397/12 397/15 398/4 398/17 401/3 427/12 427/14 428/16 429/3 430/25 432/5 432/12 433/10 439/8 439/15 440/10 440/25 444/15 445/16 445/18 447/2 447/23 449/23 450/7 451/17 452/3 452/8 453/10 456/21 460/18 462/22 471/3 471/25 479/19 481/7 487/16 489/5 491/2 493/5 499/14 501/12 508/15 520/1 523/12 523/13 525/6
**saying [27]** 284/23 311/8 314/23 326/19 357/21 362/17 368/17 374/25 375/6 375/10 375/14 375/23 375/24 376/21 377/23 378/14 379/20 380/3 381/21 382/2 382/16 382/18 382/19 389/3 392/8 396/17 398/6
**says [58]** 283/9 284/8 306/15 349/1 349/10 349/10 350/14 353/2 353/14 353/16 353/20 356/25 357/23 366/20 367/10 369/19 380/6 380/10 380/21 381/11 382/11 390/21 390/24 391/5 396/6 396/25 398/1 428/17 432/7 433/12 433/13 439/10 439/12 440/12 444/9 444/17 444/19 447/3 447/24 451/20 459/13 460/13 460/20 465/22 466/4 471/5 472/2 472/5 481/8 481/12 500/12 500/15 506/25 509/17 514/24 515/4 515/5 515/6
**SBE [1]** 293/13
**SBE-CDE [1]** 293/13
**scared [2]** 416/19 419/23
**Scheepers [2]** 440/4 440/20
**Schering [3]** 319/1 319/11 319/19
**Schering-Plough [3]** 319/1 319/11 319/19
**school [14]** 300/20 300/21 300/24 300/24 301/1 309/15 309/16 309/18 317/24 318/2 390/17 406/2 423/9 429/9
**schools [1]** 439/13
**Schwarz [11]** 397/9 456/4 456/11 456/14 457/5 457/20 458/1 458/2 468/5 468/13 487/19
**Schwarz Pharma [8]** 456/4 456/11 456/14 457/5 457/20 468/5 468/13 487/19
**science [4]** 309/19 310/11 318/2 476/24
**Sciences [1]** 471/19
**scientific [5]** 301/7 302/6 302/9 492/3 492/10
**scientists [1]** 487/3
**scope [4]** 327/3 384/14 486/14 486/17
**Scotland [1]** 318/7
**screen [1]** 503/1
**seal [2]** 525/2 525/6
**sealed [1]** 525/13
**searched [1]** 395/14
**searching [1]** 342/1
**seat [3]** 281/9 285/13 286/5
**seated [5]** 279/7 332/23 399/22 403/10 475/24
**second [34]** 279/8 312/5 334/7 378/17 379/13 385/17 418/8 433/21 434/5 437/10 439/8 440/19 458/19 471/3 479/10 479/14 479/19 480/8 485/4 485/8 497/5 497/11 497/16 497/19 497/22 498/21 498/22 501/15 503/12 505/6 505/10 505/14 507/1 521/1
**secondary [2]** 309/15 400/22
**secondly [1]** 523/2
**seconds [8]** 333/15 333/16 333/18 333/19 333/22 333/22 400/17 400/17
**section [6]** 319/16 391/16 391/22 419/25 482/1 500/9
**see [173]** 280/2 281/20 281/21 282/7 283/10 290/20 290/20 294/11 297/25 307/24 308/7 312/4 315/9 315/13 329/10 331/12 334/3 334/5 342/4 344/15 344/20 349/1 349/4 349/13 349/14 349/24 350/3 350/5 350/8 350/10 350/12 350/17 352/6 352/16 352/24 353/2 353/3 353/10 353/20 353/22 353/23 354/7 354/10 354/17 355/1 356/3 356/18 356/20 357/1 357/6 357/16 357/18 357/25 361/7 361/10 361/11 361/23 363/6 366/19 366/20 367/14 367/18 367/18 369/23 369/24 371/6 371/9 371/14 372/8 372/16 372/17 372/20 372/22 372/23 373/2 373/15 373/20 374/4 374/6 375/2 375/4 375/5 375/23 375/23 376/11 376/12 378/9 379/11 379/13 379/15 379/18 379/25 380/13 380/14 381/15 382/14 382/15 384/1 384/4 385/25 386/1 386/25 387/15 387/21 387/22 387/25 388/3 388/23 390/22 391/3 391/16 392/4 393/13 393/15 393/25 394/8 394/9 394/15 394/16 394/22 395/8 395/18 395/19 395/22 395/24 396/1 396/4 396/8 396/16 397/2 397/4 397/7 397/8 397/18 397/19 405/8 407/22 408/1 409/13 417/10 420/19 423/5 423/21 442/4 496/11 496/22 497/7 498/7 500/8 500/10 500/15 500/18 500/20 500/23 501/1 501/19 503/16 507/4 507/7 507/10 508/9 508/12 509/21 509/23 514/13 516/7 516/11 516/14 517/17 517/20 518/8 520/3 525/22
**seeing [7]** 338/23 339/9 387/9 389/21 392/20 515/8 524/17
**seek [1]** 301/18
**seem [1]** 297/12
**seemed [1]** 440/23
**seemingly [1]** 329/16
**seems [2]** 285/17 381/21
**seen [22]** 281/23 283/9 283/10 311/22 316/13 338/9 338/13 339/8 348/3 349/8 353/7 367/6 371/20 389/14 391/15 393/20 394/11 394/17 423/6 457/7 475/6 515/18
**seizing [1]** 502/4
**seizure [122]** 414/11 414/13 414/17 414/20 414/22 414/23 415/23 416/1 416/5 416/9 416/11 416/13 416/17 416/20 417/22 418/6 418/8 418/9 418/19 419/5 420/2 420/9 420/11 420/13 420/17 420/25 421/7 421/9 423/7 423/10 424/8 424/9 424/11 427/14 430/13 430/16 431/1 431/12 432/15 433/20 433/23 433/25 434/4 434/5 434/5 435/4 435/13 437/15 440/5 443/2 448/2 448/13 449/25 452/25 454/10 454/18 454/22 459/9 460/15 465/24 470/22 471/8 471/17 473/7 473/15 474/6 475/1 479/11 479/11 479/15 479/18 479/19 479/20 480/16 481/14 482/5 482/6 482/14 485/5

**S**


**seizure... [43]** 485/8 496/12 496/20 496/25 497/5 497/5 497/11 497/16 497/20 497/23 498/1 498/4 498/8 498/11 498/16 498/21 498/23 499/1 499/3 499/7 499/7 499/8 499/15 500/3 501/8 501/8 501/23 501/24 502/3 503/6 504/8 505/7 506/17 506/18 507/2 509/18 510/11 520/21 521/1 521/4 521/6 521/14 521/18
**seizures [133]** 287/5 292/6 293/24 354/1 388/17 389/2 404/6 410/16 410/21 411/3 411/9 411/20 413/8 413/17 413/21 414/12 414/24 415/8 415/25 416/4 417/7 417/14 417/15 417/16 417/19 417/24 418/3 418/11 418/16 418/18 418/20 418/25 419/13 419/18 420/4 420/21 420/23 421/2 421/4 421/5 421/17 421/19 421/24 422/9 422/19 423/14 423/15 423/19 424/10 425/5 425/6 425/10 425/18 426/14 426/17 426/23 427/6 427/13 428/7 428/16 428/17 428/19 429/6 429/7 429/15 430/8 431/8 431/23 432/6 432/11 433/18 433/19 433/21 433/22 434/2 434/24 435/22 436/11 436/21 438/25 439/11 441/5 442/1 444/1 446/2 446/9 446/13 446/19 449/19 450/1 453/10 453/25 455/24 464/16 464/20 467/7 467/9 474/4 474/15 474/20 474/21 474/22 478/22 480/1 481/10 494/14 496/21 497/10 497/15 497/16 499/3 500/12 500/16 500/21 500/24 501/11 501/13 501/14 501/16 502/6 503/11 503/20 503/24 506/12 508/8 511/7 511/24 511/25 520/25 521/9 522/13 522/18 522/22
**select [1]** 331/22
**selected [1]** 312/17
**Selecting [1]** 380/21
**self [1]** 496/11
**self-reported [1]** 496/11
**selling [3]** 327/7 389/25 390/3
**send [2]** 303/14 373/18
**sense [2]** 318/15 524/3
**sent [4]** 303/10 306/1 373/24 388/3
**sentence [17]** 306/15 308/4 312/7 352/16 366/1 367/10 367/16 367/18 379/19 390/24 396/23 398/1 398/4 427/11 432/4 447/1 452/7
**sentences [1]** 401/4
**Sentry [1]** 390/25
**separate [2]** 282/23 437/21
**separately [1]** 391/21
**September [2]** 396/9 458/2
**September 20 [1]** 396/9
**sequential [2]** 331/25 496/20
**serial [2]** 428/7 428/17
**serious [3]** 428/18 428/19 449/14
**serve [1]** 489/12
**serves [1]** 285/3
**service [2]** 429/2 492/2
**services [3]** 450/3 491/14 491/15
**set [1]** 521/23
**setting [5]** 286/23 421/25 446/10 482/4 482/14
**settings [1]** 444/18
**settled [1]** 417/18
**seven [6]** 318/23 319/8 333/18 408/4 411/21 416/21
**seven minutes [1]** 333/18
**seven-year-old [1]** 416/21
**several [7]** 292/14 296/9 296/13 417/17 418/15 444/22 492/21
**severe [5]** 407/21 440/3 450/4 457/8 468/18
**sexual [1]** 440/17
**shaking [1]** 414/15
**shared [2]** 338/3 356/11
**shares [1]** 398/25
**sharp [1]** 381/7
**she [6]** 411/18 411/21 480/22 481/5 481/8 481/12
**She's [1]** 411/19
**shifted [1]** 322/17
**shopping [3]** 416/5 416/8 429/9
**short [5]** 300/6 328/18 397/4 513/16 524/6
**shortcut [1]** 414/9
**shorten [1]** 502/2
**shorter [3]** 514/1 515/2 515/6
**shortly [2]** 479/11 479/15
**should [12]** 297/20 304/13 326/6 428/17 429/4 452/6 489/4 496/5 497/14 499/9 520/5 525/13
**shouldn't [1]** 414/8
**show [15]** 284/13 305/5 305/11 348/16 382/24 383/2 383/13 398/16 398/17 438/5 440/23 461/2 463/13 498/18 499/22
**showed [2]** 373/19 474/5
**showing [9]** 311/17 315/3 315/5 376/3 376/6 392/24 393/6 465/17 474/11
**shown [17]** 282/25 452/20 456/1 456/13 457/10 457/19 459/1 459/23 460/10 460/25 461/21 463/22 464/9 465/15 466/12 480/15 521/17
**shows [20]** 284/8 393/1 437/14 437/17 437/19 456/3 460/24 497/9 497/22 497/22 498/14 499/13 501/7 501/21 501/22 501/23 504/10 510/10 521/3 522/25
**sic [1]** 384/20
**side [12]** 279/11 282/21 285/21 312/1 320/22 417/8 437/19 456/20 462/21 480/6 485/20 485/22
**sidebar [4]** 514/11 514/12 515/11 515/13
**sided [2]** 420/17 420/18
**sides [1]** 383/13
**Sigma [1]** 288/2
**sign [1]** 307/16
**sign-off [1]** 307/16
**signal [1]** 463/6
**signed [1]** 322/24
**significance [1]** 449/16
**significant [11]** 318/16 327/13 327/16 327/17 415/20 418/23 440/24 449/15 450/2 474/11 520/14
**significantly [2]** 413/24 485/22
**similar [19]** 313/14 325/3 325/9 325/9 325/11 367/2 378/7 409/17 419/24 442/25 508/4 509/8 509/12 512/23 513/8 514/25 517/25 518/2 521/16
**similarities [1]** 376/6
**similarly [1]** 479/13
**simple [1]** 344/2
**simply [2]** 283/9 308/13
**since [19]** 291/22 318/1 340/7 349/11 388/14 390/16 390/16 391/5 393/21 405/2 411/15 411/20 430/6 484/4 487/19 488/8 489/2 490/9 490/14
**single [10]** 323/16 323/19 323/25 336/20 336/20 336/23 428/6 462/21 463/18 503/6
**sir [3]** 310/7 312/10 315/8
**sit [1]** 351/24
**site [2]** 459/2 459/3
**sitting [5]** 326/20 351/21 359/13 359/25 370/6
**situation [2]** 302/2 418/7
**situations [1]** 302/3
**six [6]** 404/13 418/8 456/3 479/25 503/24 521/17
**six hours [2]** 479/25 521/17
**size [5]** 326/9 347/4 369/8 394/22 450/11
**SK [1]** 476/24
**sketch [1]** 320/8
**skills [4]** 320/18 428/22 428/24 429/4
**skip [1]** 497/2
**skirt [1]** 437/20
**sleep [4]** 403/22 405/1 405/7 406/1
**sleepy [1]** 417/9
**slide [75]** 296/3 296/7 325/4 327/12 374/7 374/21 375/23 375/24 376/3 376/8 380/6 380/10 380/21 382/23 404/23 405/16 406/7 406/25 407/2 412/2 413/13 413/13 414/4 417/15 422/5 423/5 423/21 424/24 425/8 429/24 430/1 434/13 436/6 441/13 446/3 452/18 452/20 453/8 453/13 455/19 455/19 456/1 456/1 456/13 456/21 457/10 457/18 457/19 458/10 458/21 458/25 459/1 459/23 460/6 460/10 460/11 461/11 461/21 461/22 463/22 464/9 464/10 465/2 465/13 465/15 466/12 472/20 472/22 475/14 477/12 480/13 480/15 480/19 518/15 518/18
**Slide 10 [1]** 417/15
**Slide 11 [1]** 422/5
**Slide 12 [1]** 424/24
**Slide 14 [1]** 425/8
**Slide 15 [1]** 429/24
**Slide 16 [1]** 430/1
**Slide 19 [3]** 296/3 296/7 446/3
**Slide 2 [1]** 404/23
**Slide 21 [1]** 455/19
**Slide 22 [2]** 456/1 518/15
**Slide 3 [1]** 405/16
**Slide 31 [2]** 461/21 463/22
**Slide 39 [2]** 475/14 477/12
**Slide 4 [1]** 406/7
**Slide 5 [2]** 406/25 407/2
**Slide 6 [1]** 412/2
**Slide 7 [1]** 413/13
**Slide 9 [1]** 414/4
**Slide, [1]** 425/1
**Slide, 13 [1]** 425/1
**slides [17]** 295/19 296/3 373/13 379/3 380/4 382/22 382/24 383/11 383/17 383/18 383/19 404/16 404/21 476/4 477/12 490/23 490/24

S


**slightly [1]** 341/8
**slow [3]** 419/21 496/2 514/14
**slower [1]** 432/16
**small [7]** 295/7 327/25 340/3 370/9 436/25 462/24 463/5
**smaller [3]** 295/5 495/15 507/1
**smart [1]** 314/6
**Smith [2]** 371/21 372/8
**Smyth [1]** 524/7
**sneaked [1]** 379/16
**snuck [1]** 379/17
**so [307]**
**social [1]** 450/13
**socially [2]** 434/22 436/18
**Society [3]** 407/5 407/16 480/23
**socioeconomic [1]** 416/25
**sold [2]** 288/2 392/10
**solid [2]** 325/20 506/22
**solubility [35]** 287/11 287/12 287/15 294/10 314/13 314/15 340/10 340/20 340/22 341/1 341/5 345/20 345/24 346/14 346/15 346/19 346/24 347/2 347/3 347/5 347/11 351/23 352/3 354/18 371/23 372/4 372/7 372/9 376/15 391/16 391/18 391/23 391/25 397/12 472/5
**solubilization [1]** 294/16
**solubilize [5]** 324/24 335/9 335/10 346/2 347/7
**soluble [5]** 294/19 376/9 392/1 392/2 392/7
**solution [23]** 294/14 345/7 346/6 346/7 346/11 346/13 346/19 363/14 364/23 365/11 366/15 386/10 386/13 386/17 424/17 427/20 444/21 445/17 445/19 451/19 453/11 470/10 482/12
**solutions [8]** 297/5 347/10 347/14 366/14 384/23 432/9 451/21 452/11
**solve [3]** 342/7 344/11 344/13
**solvent [4]** 294/9 324/23 337/5 346/4
**solvents [7]** 335/12 335/13 346/12 368/10 376/10 376/17 376/19
**some [48]** 279/16 281/4 293/8 296/16 298/4 298/11 298/19 299/24 302/3 302/23 310/20 321/12 323/8 330/9 330/20 340/6 342/2 342/7 342/13 344/11 349/12 372/7 376/17 384/9 389/18 396/4 399/23 402/13 407/2 408/15 419/12 436/7 440/16 442/15 442/16 456/2 462/6 476/19 476/21 479/3 489/13 490/15 513/5 513/6 517/17 520/12 520/17 524/13
**somebody [3]** 279/22 284/20 477/10
**somebody's [1]** 308/14
**somehow [1]** 388/19
**someone [2]** 281/2 324/3
**something [20]** 285/5 285/17 302/11 316/8 325/10 343/8 348/7 365/5 367/6 371/9 374/17 388/21 392/14 411/5 414/14 414/16 459/18 486/17 495/6 507/18
**sometimes [6]** 343/22 417/10 418/7 430/22 433/19 433/20
**somewhere [3]** 351/6 479/24 488/7
**soon [4]** 341/25 428/18 433/19 438/8
**sorry [25]** 287/12 293/5 311/25 319/21 325/11 326/12 326/13 326/22 327/1 327/5 328/19 340/15 343/19 344/17 360/17 365/6 394/19 458/11 483/14 486/2 487/7 497/2 501/1 508/16 521/23
**sort [10]** 296/16 319/16 320/17 324/13 332/18 399/25 409/23 415/22 417/6 489/13
**sound [1]** 381/7
**sounds [1]** 317/4
**space [2]** 332/8 487/14
**spanning [1]** 435/11
**speak [4]** 280/14 414/14 438/5 490/21
**speaker [4]** 488/12 489/2 489/12 490/23
**speakers [1]** 491/2
**speaking [11]** 279/17 388/11 411/7 467/2 488/19 488/24 489/1 490/6 491/12 491/25 499/12
**specialist [1]** 320/19
**specialize [2]** 318/5 403/21
**specific [5]** 298/1 319/25 324/8 335/3 389/22
**specifically [15]** 319/3 338/24 339/18 341/22 348/9 353/18 371/10 379/8 379/9 422/3 423/17 490/5 490/16 492/7 521/17
**specification [1]** 402/8
**specifying [1]** 374/21
**speculate [1]** 327/3
**spell [2]** 379/8 403/1
**spelled [1]** 318/1
**spend [1]** 415/10
**split [4]** 400/16 484/24 485/16 485/18
**splits [1]** 333/8
**SPM960 [1]** 456/16
**spoke [1]** 387/25
**spoken [2]** 490/5 491/10
**spot [1]** 504/19
**spouse [1]** 416/13
**spray [35]** 289/12 304/20 308/17 312/8 312/12 313/9 326/8 330/9 331/20 339/18 339/19 343/23 344/4 344/6 344/10 344/23 347/21 347/24 347/24 366/13 369/19 369/25 385/11 388/25 389/1 394/23 452/24 453/1 453/5 456/16 457/21 473/14 481/23 516/1 517/11
**sprayability [34]** 340/12 340/20 341/21 341/24 342/7 342/10 343/12 343/18 344/1 344/21 345/1 345/4 345/5 347/12 347/13 347/17 348/10 349/11 349/20 354/19 358/12 358/15 366/16 366/19 369/7 370/7 370/7 370/9 370/11 370/15 370/22 370/23 394/21 395/1
**sprayable [1]** 349/17
**sprayed [3]** 308/16 364/19 365/18
**sprays [4]** 360/18 360/19 360/23 394/22
**SprayVIEW [1]** 369/21
**spreadsheet [2]** 465/16 465/16
**SRL [1]** 277/3
**St [1]** 318/7
**St Andrews [1]** 318/7
**stability [3]** 377/12 377/17 378/1
**stage [6]** 323/20 323/25 324/1 463/3 463/17 516/5
**stages [1]** 324/11
**stamp [2]** 349/23 395/6
**stamped [9]** 281/18 281/18 353/9 356/2 371/4 372/15 393/11 394/5 394/6
**stand [4]** 279/19 299/20 347/22 402/25
**standard [3]** 331/13 331/16 474/18
**stands [1]** 405/5
**start [13]** 301/11 334/5 334/19 345/11 406/19 414/2 415/24 416/10 416/11 424/24 425/7 456/11 480/4
**started [11]** 301/16 319/11 322/14 324/16 336/14 336/19 341/25 345/17 388/14 416/24 417/7
**starting [15]** 290/17 296/10 317/23 331/25 332/3 349/23 352/25 357/8 361/22 385/22 410/3 426/21 432/4 435/10 506/25
**starts [8]** 356/24 357/4 361/23 373/15 385/24 395/6 416/16 500/12
**startup [1]** 405/4
**state [11]** 300/13 317/13 334/14 375/2 389/4 403/1 403/17 430/17 430/17 430/21 432/15
**stated [1]** 323/24
**statement [4]** 294/22 295/6 326/14 396/18
**statements [1]** 382/23
**states [8]** 277/1 277/18 288/20 293/21 315/12 318/24 406/5 469/13
**stating [2]** 286/16 397/20
**statistic [1]** 499/24
**statistical [2]** 408/9 475/2
**statistically [5]** 474/11 499/12 507/12 507/14 520/13
**statistics [2]** 496/15 499/6
**stats [1]** 499/22
**status [8]** 418/14 418/17 420/15 420/21 450/5 464/13 464/17 466/2
**stay [1]** 301/14
**stayed [1]** 405/22
**staying [1]** 449/20
**stays [1]** 415/14
**stenographic [1]** 526/5
**step [3]** 299/17 421/23 523/23
**steps [2]** 310/22 437/12
**stereotypic [1]** 424/8
**stick [2]** 354/22 491/23
**stigma [1]** 450/13
**still [19]** 279/15 286/7 323/17 323/20 324/4 370/25 371/1 384/20 401/11 436/14 446/8 464/15 476/1 484/8 484/8 485/18 511/6 522/21 524/14
**stop [6]** 411/9 414/13 416/7 484/14 484/16 521/9
**stopped [1]** 410/22
**stored [2]** 377/19 377/23
**STOREY [1]** 278/8
**storm [1]** 414/9
**strategies [1]** 294/17
**Street [1]** 277/16
**strength [1]** 424/14
**Strengths [1]** 424/14
**stressed [1]** 419/22
**strike [5]** 364/12 415/9 491/11 492/12 513/9
**strive [1]** 312/25
**stroke [1]** 407/9
**struck [1]** 338/22
**structure [9]** 338/11 339/12 339/13 340/3 340/23 341/25 343/9 375/19 396/19
**struggles [1]** 344/12
**struggling [2]** 340/7

**S**


**struggling... [1]** 342/8
**student [1]** 390/17
**studied [3]** 309/18 453/1 473/24
**studies [57]** 324/4 330/10 330/20 335/7 347/2 354/19 358/6 359/11 359/14 359/17 359/18 359/22 359/23 359/25 360/8 360/15 363/14 363/18 363/20 364/5 364/7 364/11 376/23 376/25 377/4 396/5 408/17 408/20 409/4 409/9 409/15 411/7 411/15 411/25 412/14 445/18 456/15 456/22 456/25 459/4 460/19 463/10 463/10 467/5 474/15 474/16 476/9 476/14 476/16 477/9 477/10 487/23 488/1 488/3 488/9 491/13 492/1
**study [65]** 280/23 281/1 281/3 331/22 345/25 355/20 355/24 358/19 359/2 360/11 360/13 362/17 362/21 362/22 364/13 376/13 396/13 407/25 411/8 411/19 412/12 452/23 452/23 453/2 453/9 454/17 454/19 457/5 459/11 459/14 459/17 460/20 461/24 462/13 467/20 473/13 474/3 474/5 476/5 476/7 481/19 481/22 482/2 501/21 501/22 503/3 503/5 503/25 504/11 504/15 504/18 505/3 505/10 505/13 505/19 506/1 506/1 506/25 510/10 517/25 518/2 518/2 520/13 520/18 521/13
**studying [1]** 309/22
**subgroups [1]** 299/10
**subject [7]** 303/17 303/25 336/15 348/13 449/1 451/13 459/5
**subjects [3]** 459/8 459/15 459/19
**sublingual [10]** 426/5 432/8 432/12 484/2 484/9 484/11 493/2 493/8 512/7 512/11
**Submission [1]** 449/7
**submissions [1]** 449/7
**submit [1]** 310/20
**submitted [1]** 307/23
**submitting [1]** 321/4
**suboptimal [2]** 445/21 494/18
**subsequent [1]** 328/19
**subsequently [2]** 468/20 495/16
**substance [3]** 283/7 283/8 283/8
**substances [2]** 380/19 393/4
**substantial [2]** 489/5 498/24
**substantive [1]** 282/2
**subtests [1]** 385/19
**success [14]** 332/9 411/14 503/16 504/2 504/4 504/10 504/16 504/18 504/22 505/21 506/3 520/24 521/3 521/11
**successful [3]** 470/1 470/7 474/25
**such [15]** 294/18 318/21 326/8 364/5 364/7 377/4 407/9 412/9 432/7 450/4 459/19 471/6 479/18 505/19 523/14
**sudden [3]** 416/6 416/21 417/6
**suffer [1]** 417/8
**suffered [1]** 507/1
**sufficient [3]** 294/10 327/24 335/5
**sugar [1]** 299/12
**suggest [2]** 294/23 440/22
**suggested [2]** 358/21 384/10
**suggesting [7]** 294/2 383/21 394/2 394/25 395/3 398/4 398/7
**suggestion [2]** 291/22 329/18
**suggests [4]** 427/19 434/20 435/20 455/11
**suicides [1]** 415/19
**suit [2]** 284/18 425/13
**suitable [7]** 323/23 369/5 425/3 430/7 445/20 467/7 467/8
**summarize [2]** 406/8 446/5
**summarizes [1]** 456/2
**summary [5]** 396/6 413/14 449/7 465/19 481/18
**superior [4]** 345/22 346/21 346/22 367/21
**supplementing [1]** 320/18
**supplied [1]** 330/18
**support [4]** 305/1 305/2 310/11 445/25
**supported [1]** 431/16
**supporting [3]** 310/17 426/22 470/14
**supposition [1]** 327/1
**suppositories [1]** 432/10
**sure [21]** 279/9 279/17 280/13 280/13 282/12 286/18 295/17 309/17 317/14 317/25 324/5 326/3 333/20 361/19 380/6 395/14 396/3 401/5 497/18 513/17 525/8
**surface [2]** 343/21 382/13
**surgery [2]** 411/17 417/8
**surprise [3]** 359/21 372/12 467/1
**surprised [4]** 338/9 351/15 391/14 397/11
**surprisingly [1]** 355/25
**surrounding [1]** 282/3
**survey [1]** 419/15
**sustained [1]** 482/5
**SVEINBJORN [12]** 281/14 303/10 303/20 306/1 311/1 312/16 313/23 324/17 329/17 334/1 334/11 334/15
**swallow [1]** 431/12
**swallowed [2]** 442/16 513/7
**Sweden [2]** 309/17 309/20
**sworn [2]** 286/3 403/8
**synonymous [1]** 417/25
**syringe [5]** 437/18 437/18 437/22 437/23 437/24
**system [7]** 328/24 330/1 347/18 381/14 381/25 397/21 441/1
**systematic [1]** 419/4
**systemic [1]** 335/5
**systems [1]** 297/10


**T**


**tab [2]** 496/5 508/17
**table [24]** 280/21 284/18 289/7 292/14 367/16 368/1 368/9 368/9 420/12 420/13 449/21 456/2 496/17 496/19 497/18 497/22 498/17 500/6 500/8 500/9 501/19 504/6 516/7 517/16
**table 1 [4]** 368/9 420/12 516/7 517/16
**table 2 [2]** 292/14 368/9
**table 3 [2]** 368/1 496/17
**table 4 [2]** 280/21 367/16
**table 5 [2]** 500/6 500/9
**tables [1]** 369/21
**tables 5 [1]** 369/21
**tablet [3]** 379/9 430/4 430/15
**tablets [1]** 432/16
**tabs [1]** 496/3
**tailor [1]** 479/4
**take [43]** 289/21 292/1 295/18 296/2 299/20 303/4 304/8 310/22 317/5 319/11 329/12 332/12 332/21 358/4 358/9 410/13 411/15 416/15 417/11 421/23 430/15 430/20 430/23 430/23 430/25 474/20 475/17 475/18 475/19 475/21 490/8 500/9 502/9 502/24 507/19 507/21 508/4 510/15 511/17 514/14 515/11 518/6 525/11
**Takeda [1]** 476/24
**taken [10]** 296/3 332/22 399/21 411/4 411/6 411/15 437/13 462/23 475/23 476/11
**takes [3]** 416/14 431/1 511/19
**taking [6]** 302/7 308/13 393/4 440/13 501/11 501/13
**talk [20]** 284/20 284/21 286/20 288/9 289/7 289/14 290/24 294/13 314/22 348/9 378/1 381/6 382/6 383/8 413/16 417/14 422/5 430/1 436/6 468/22
**talked [11]** 290/21 290/21 296/19 296/23 473/2 477/13 493/17 493/17 493/18 512/16 525/3
**talking [13]** 284/2 284/25 285/4 285/16 295/9 344/17 348/9 377/14 377/20 377/21 378/3 378/4 381/9
**talks [5]** 435/12 488/15 488/16 489/9 489/10
**target [2]** 313/7 523/6
**targeting [1]** 325/24
**teachers [3]** 423/9 429/12 439/12
**team [1]** 317/9
**teams [3]** 324/8 324/9 324/15
**technical [3]** 377/8 377/9 398/2
**technology [3]** 279/15 309/23 310/1
**tell [10]** 312/22 336/16 347/16 385/4 394/20 402/13 404/23 405/16 498/25 514/23
**telling [4]** 351/17 379/4 380/25 393/22
**tells [3]** 313/16 360/19 490/23
**temperature [1]** 393/9
**ten [11]** 333/16 411/8 497/10 497/16 503/20 518/5 520/25 521/4 521/7 521/10 521/14
**ten minutes [7]** 333/16 518/5 520/25 521/4 521/7 521/10 521/14
**tensiometer [1]** 355/22
**tension [1]** 343/21
**term [2]** 288/20 329/24
**terminal [1]** 396/15
**terminate [2]** 388/16 389/2
**terminated [4]** 458/1 458/3 459/14 459/17
**termination [2]** 427/15 503/19
**terms [9]** 423/12 484/25 485/20 486/10 512/22 512/24 518/6 521/6 524/25
**terrible [2]** 411/16 415/7
**test [22]** 284/11 312/21 313/16 341/11 342/24 345/19 346/6 346/14 347/10 347/16 348/5 348/10 348/19 349/20 364/23 365/8 367/11 367/21 367/22 368/14 369/20 370/16
**tested [14]** 286/24

**T**

**tested... [13]** 345/16 346/11 346/19 358/12 364/14 364/15 365/2 365/7 365/22 369/21 377/7 385/15 460/16
**testified [11]** 286/4 329/3 350/24 392/18 403/8 406/7 483/19 510/17 511/3 512/8 518/18
**testimony [15]** 279/25 281/1 281/5 282/3 283/8 283/9 285/10 291/2 299/23 299/24 316/10 332/14 401/14 404/17 518/19
**testing [8]** 280/20 284/17 342/11 345/17 365/13 370/12 371/21 410/7
**testosterone [2]** 359/19 359/19
**tests [2]** 347/13 348/21
**tetra [5]** 336/22 337/6 397/15 397/22 397/24
**tetra-ethylene [2]** 336/22 337/6
**tetra-glycol [2]** 397/15 397/22
**text [4]** 362/10 378/11 380/1 382/4
**than [71]** 298/24 306/15 306/20 311/10 311/11 311/13 313/21 316/8 324/9 324/15 325/10 337/4 342/23 342/24 343/6 355/9 355/25 365/20 365/23 367/21 375/7 375/11 375/24 379/2 418/5 418/15 419/19 421/4 427/20 431/2 432/16 434/18 438/23 446/10 469/19 471/6 474/6 475/1 479/7 479/23 481/10 485/10 485/22 495/7 495/8 495/16 497/9 497/10 497/16 497/24 498/2 498/5 498/8 498/11 498/15 498/16 499/14 499/15 500/2 500/3 500/16 501/9 501/12 501/24 512/1 513/6 513/12 513/12 517/25 522/23 523/10
**Thank [30]** 283/3 298/6 299/16 299/18 300/9 311/16 320/10 329/14 329/21 333/23 334/9 334/10 399/20 401/24 402/20 403/5 403/10 476/2 482/23 496/6 507/17 509/13 515/12 519/16 520/8 521/21 523/19 523/22 523/24 525/17
**Thanks [1]** 325/11
**Thanksgiving [1]** 416/9
**that [1223]**
**that's [98]** 280/1 282/1 284/17 285/18 290/10 291/2 293/9 293/9 297/17 297/23 303/12 308/15 313/6 313/12 314/18 314/18 314/18 320/7 320/15 321/2 325/14 325/15 325/25 329/6 329/6 329/9 329/23 331/2 331/15 332/13 333/10 334/8 336/19 337/15 340/5 342/19 350/3 350/5 351/11 351/18 353/4 354/1 354/12 357/9 360/4 361/20 365/25 366/24 372/20 374/24 375/23 378/20 379/1 384/17 386/11 387/6 392/14 395/8 399/12 400/24 402/11 405/13 408/8 408/19 410/17 427/5 430/17 442/13 444/9 453/13 460/14 462/18 466/11 483/19 485/7 486/12 488/11 489/4 489/18 489/25 494/5 495/1 495/20 497/13 498/23 499/22 500/3 503/20 505/22 508/1 512/1 514/18 515/4 515/6 516/7 518/10 520/2 524/12
**their [27]** 283/23 299/10 325/14 342/3 388/20 400/21 400/22 401/10 407/23 410/15 415/6 419/19 419/20 420/9 420/11 423/2 423/13 436/19 437/3 437/19 437/20 437/20 437/21 449/20 479/18 499/3 522/18
**them [50]** 282/16 293/4 293/5 293/8 296/17 302/16 307/2 331/23 344/10 344/10 364/9 373/7 373/10 376/5 376/17 379/4 382/8 388/19 392/4 392/7 396/11 398/7 398/16 398/16 398/19 400/7 402/18 410/17 415/9 417/3 417/4 419/19 423/4 423/8 423/10 430/24 431/9 434/3 443/17 458/8 476/14 490/24 492/2 494/13 499/4 522/11 524/24 524/24 525/6 525/11
**themselves [8]** 298/3 383/11 383/19 423/8 436/19 437/3 438/5 438/6
**then [96]** 279/21 294/13 294/16 300/24 301/3 309/20 309/22 310/16 312/7 314/4 317/1 317/5 320/5 322/17 330/19 336/2 336/18 337/14 339/4 345/7 346/2 347/23 347/24 352/10 352/13 353/23 354/22 358/5 358/10 364/23 365/17 368/19 368/22 369/19 370/19 370/21 372/4 373/12 373/17 381/5 381/6 382/8 394/25 395/25 400/14 402/7 402/7 405/19 405/22 405/23 405/24 406/11 406/13 406/19 406/20 408/6 408/19 409/13 411/20 415/24 416/19 417/6 420/12 424/13 426/8 437/17 437/18 437/24 439/15 462/23 463/7 463/9 463/14 466/1 480/7 481/6 482/10 485/5 490/14 491/2 491/12 493/14 498/7 501/4 501/15 503/15 511/21 512/7 514/22 514/23 514/25 515/11 518/6 524/7 524/8 524/17
**therapeutic [3]** 442/10 452/2 459/20
**Therapeutics [11]** 300/3 301/6 301/12 310/2 310/8 310/9 318/11 456/7 460/9 464/8 464/12
**Therapies [1]** 471/17
**therapy [2]** 447/7 470/21
**there [144]** 279/23 282/2 282/11 282/23 284/6 285/4 286/14 288/23 291/3 293/20 295/2 295/4 295/4 296/13 296/16 298/17 308/16 309/19 310/5 310/22 311/5 311/8 312/4 312/7 314/21 315/15 315/16 316/6 316/7 316/11 318/1 318/23 318/25 319/8 319/8 319/9 322/24 323/7 323/16 323/19 323/21 323/24 323/24 324/8 324/10 325/19 325/23 326/4 326/13 327/3 328/6 328/16 328/18 328/19 331/16 332/13 332/18 334/3 336/13 336/18 339/10 340/5 342/4 342/9 344/6 346/12 349/19 353/25 357/21 365/18 376/6 378/23 379/16 381/24 382/19 382/23 383/7 383/12 383/17 388/17 388/20 390/8 390/9 390/18 398/3 398/6 405/2 405/11 406/13 406/15 406/24 409/25 411/1 413/19 415/17 417/17 417/23 425/3 425/16 425/17 425/25 426/2 426/7 426/9 429/10 429/14 429/17 434/17 441/4 446/8 448/11 449/15 449/18 449/24 450/2 452/8 453/23 462/15 462/20 466/25 469/24 470/5 472/11 472/24 472/25 475/19 476/13 476/25 477/19 478/1 479/14 492/12 492/14 494/24 499/25 511/24 514/17 521/5 521/13 521/15 521/18 523/3 524/10 524/22
**there's [24]** 283/8 283/13 283/16 291/22 293/10 293/13 293/16 325/18 326/3 326/4 326/16 344/2 364/24 372/6 381/24 383/24 421/23 439/1 463/18 467/19 473/22 480/20 500/9 525/14
**therefore [16]** 352/14 381/11 381/17 381/20 382/2 382/3 382/11 422/19 430/20 442/19 452/1 458/7 464/24 464/24 466/8 466/9
**these [81]** 284/20 284/21 291/20 293/1 298/4 303/2 304/25 305/2 308/12 326/1 326/2 327/14 331/6 331/9 332/5 336/10 340/18 355/12 366/3 366/4 368/13 368/23 369/9 371/21 374/16 375/14 376/2 376/25 377/17 378/10 378/15 378/15 379/3 379/6 379/20 379/22 380/4 380/9 380/18 380/22 381/4 382/8 384/22 394/2 394/21 394/23 396/10 398/5 398/12 404/21 410/3 434/2 435/14 438/3 445/22 448/9 450/13 453/21 457/7 466/24 467/4 472/8 481/8 488/1 488/9 488/15 488/16 488/24 489/9 489/13 489/22 490/1 490/6 490/9 490/15 491/15 494/1 499/5 499/6 503/25 518/19
**they [122]** 283/18 283/19 285/8 292/17 295/17 296/18 305/3 306/24 307/4 308/13 311/6 312/18 312/19 312/19 313/13 313/15 313/16 315/16 319/5 323/17 325/7 325/9 325/12 325/13 329/1 331/25 342/2 342/3 360/10 361/18 362/14 368/25 374/15 374/16 375/18 376/7 382/18 385/4 389/25 389/25 390/2 390/8 391/19 391/21 392/1 392/6 393/23 401/11 401/11 401/14 401/22 404/22 407/18 408/1 408/5 408/6 408/21 409/1 409/3 409/13 410/7 411/9 414/8 414/14 414/15 414/25 417/16 417/25 419/18 423/7 427/14 429/8 429/12 430/18 430/18 430/19 430/23 430/25 431/12 431/14 438/5 438/5

**T**


**they... [40]** 439/15 440/22 440/24 443/2 443/3 445/18 445/25 448/11 449/24 452/2 452/8 453/10 453/23 454/20 454/21 455/11 457/8 467/6 467/8 467/9 467/13 470/4 472/11 479/3 481/12 486/16 486/21 488/3 488/17 490/22 503/8 507/14 519/1 519/2 522/11 524/14 524/25 525/1 525/3 525/7
**they're [13]** 285/4 285/9 285/16 297/1 316/2 325/5 325/7 367/22 368/18 368/18 402/18 501/21 512/13
**thing [2]** 279/14 316/12
**things [19]** 295/13 295/17 296/16 297/5 316/18 332/2 332/3 351/23 360/8 360/25 372/3 382/7 382/10 383/8 417/10 419/24 420/15 429/13 431/14
**think [65]** 280/1 285/12 296/25 297/14 297/17 305/13 316/12 316/16 317/4 319/23 320/15 322/21 322/24 323/7 323/8 324/3 324/9 324/10 324/22 326/17 327/18 328/6 328/19 329/6 329/6 329/9 329/23 330/13 331/2 331/16 332/11 332/16 336/13 339/20 340/21 347/19 348/3 354/9 373/10 378/24 385/6 385/10 385/21 395/15 398/24 400/6 402/13 425/11 444/6 444/9 475/18 483/7 485/7 485/12 490/11 490/13 491/10 497/18 506/6 507/20 512/1 514/19 516/21 520/17 524/12
**thinking [7]** 340/18 355/7 355/12 355/18 388/22 419/21 427/19
**third [11]** 307/18 373/11 378/14 410/17 415/1 418/8 440/19 447/22 460/6 501/14 508/17
**thirds [2]** 410/15 414/25
**this [479]**
**Thorsnes [2]** 281/11 298/16
**those [96]** 280/18 295/15 297/2 297/9 308/25 316/18 319/18 323/22 323/23 324/14 325/20 325/20 325/21 325/22 328/21 332/5 334/24 335/12 336/15 336/16 348/16 348/20 355/7 355/18 359/11 359/17 359/18 359/24 362/2 363/18 363/20 364/11 368/19 373/18 374/14 374/22 381/21 381/22 384/1 392/8 392/23 393/7 399/16 400/1 400/7 407/2 407/17 408/19 409/2 409/3 409/15 410/6 410/15 410/18 410/20 411/15 417/23 420/18 420/24 423/15 425/20 426/3 426/11 426/12 436/18 454/3 454/25 456/2 457/5 459/18 459/19 460/19 467/14 469/25 470/6 470/14 473/3 474/6 477/8 477/9 479/4 480/1 480/6 487/6 489/18 490/24 491/21 494/22 495/5 499/20 500/4 504/21 505/1 511/23 512/2 525/13
**though [3]** 375/18 499/5 510/7
**thought [2]** 283/2 314/18
**thoughts [2]** 341/2 355/11
**three [25]** 279/12 293/5 313/14 333/12 351/16 352/12 373/5 375/14 380/22 396/11 401/3 405/10 408/5 415/25 416/2 423/18 462/17 466/21 467/4 479/25 491/19 498/16 501/2 519/3 524/5
**three years [1]** 416/2
**through [26]** 280/16 281/13 283/2 286/18 286/24 290/5 310/18 311/19 313/10 313/12 315/4 315/6 334/16 349/6 361/13 372/5 385/19 396/1 415/22 426/20 436/17 466/7 469/21 496/3 496/4 513/23
**throughout [1]** 417/21
**thrust [1]** 297/11
**thumbnail [1]** 320/8
**time [100]** 279/11 279/24 302/5 308/12 308/22 314/16 315/23 317/1 317/2 323/15 324/16 328/5 328/5 328/11 328/14 329/4 329/9 331/13 331/17 332/12 333/15 333/15 333/17 334/21 335/11 335/23 337/10 337/18 337/24 338/12 338/15 338/19 339/22 340/19 341/2 341/10 341/12 342/6 343/1 343/8 343/16 343/24 347/7 351/19 352/2 355/19 358/13 359/18 362/9 363/12 365/7 365/18 365/21 366/9 372/19 376/25 380/3 388/11 391/8 399/2 399/3 399/6 400/16 400/25 407/10 413/4 415/15 417/9 417/17 426/24 431/4 431/7 439/12 446/7 450/8 450/10 457/23 457/24 468/21 475/16 479/7 496/2 496/20 497/5 502/3 506/14 506/17 508/11 511/18 511/20 512/14 512/25 513/10 513/11 513/16 514/1 515/1 515/6 518/4 523/15
**timeframe [1]** 330/24
**timeline [8]** 296/10 297/14 426/20 429/24 434/13 441/3 441/13 446/3
**times [11]** 348/8 415/25 417/20 418/15 423/18 489/3 490/7 490/17 491/19 492/17 502/20
**timing [6]** 316/1 316/22 386/15 496/24 499/2 512/3
**tired [1]** 417/9
**title [7]** 290/10 301/5 333/21 380/4 380/5 439/1 496/19
**titled [3]** 307/13 397/4 465/19
**Tmax [1]** 517/20
**today [16]** 280/2 285/20 300/16 317/16 321/6 321/7 326/21 331/11 358/16 359/13 359/25 404/17 413/15 495/1 524/19 525/19
**together [7]** 374/17 377/6 408/9 409/24 414/8 437/25 491/20
**told [4]** 351/23 351/24 360/10 379/22
**tolerability [1]** 447/15
**tolerance [2]** 456/15 456/22
**tolerated [1]** 463/2
**toll [2]** 416/14 416/15
**tomorrow [7]** 279/22 279/23 279/25 524/4 524/11 524/17 525/22
**tongue [1]** 414/18
**toning [2]** 422/16 422/18
**too [7]** 280/3 313/4 442/13 442/14 511/15 516/4 517/13
**took [4]** 322/25 323/4 338/10 399/24
**top [16]** 290/18 308/4 329/16 349/1 350/5 353/14 354/4 361/9 365/25 373/1 373/17 377/8 390/20 393/1 395/8 451/16
**topical [4]** 295/16 304/23 384/6 393/24
**total [5]** 295/12 300/7 316/25 317/2 384/18
**touched [1]** 318/9
**tough [3]** 359/20 388/7 388/9
**towards [1]** 444/7
**tox [2]** 396/2 396/3
**toxic [1]** 468/18
**toxicity [3]** 396/4 396/5 468/19
**toxicology [2]** 396/7 496/15
**track [4]** 431/14 449/9 449/11 449/17
**Tracy [2]** 288/7 289/19
**trade [2]** 366/3 366/4
**Trademark [1]** 315/12
**trained [1]** 405/18
**training [1]** 413/5
**transcript [4]** 316/7 316/9 316/15 526/5
**transfer [1]** 361/18
**transferred [1]** 318/23
**transition [2]** 322/22 334/7
**transitioned [1]** 319/23
**translating [1]** 355/11
**traumatic [2]** 407/7 410/5
**treat [12]** 354/1 403/25 404/9 404/12 404/14 407/12 408/22 432/10 436/25 467/14 485/13 499/6
**treated [14]** 414/21 415/3 415/4 450/2 474/4 474/20 474/23 474/23 503/5 503/8 504/17 505/2 509/17 520/22
**treating [13]** 404/2 414/23 414/24 421/24 427/12 428/16 433/18 436/10 473/7 474/6 485/4 485/17 494/23
**treatment [102]** 292/6 293/24 403/22 404/5 408/18 408/21 409/7 409/11 410/25 413/7 413/21 419/6 421/18 421/20 421/22 422/2 422/2 422/3 422/8 423/4 424/7 425/4 425/6 425/9 425/20 425/25 426/3 426/11 426/13 427/5 429/15 429/25 430/7 431/23 432/6 434/18 435/5 435/21 435/24 439/11 440/18 441/2 442/1 444/1 446/2 446/4 446/8 446/12 446/19 447/5 447/25 448/13 449/19 449/25 450/8 450/9 450/14 452/24 453/24 454/4 455/9 459/3 460/15 465/23 470/5 470/22 471/7 472/25 473/14 474/10 476/12 478/21 479/5 480/9 481/9 481/13 482/4 482/13 483/25 494/13 494/19 494/20 495/8 495/15 499/9 503/15 504/1 504/3 504/10 504/15 504/18 504/21 505/4 505/8 505/11 505/11 505/15 505/20 506/3 510/19 521/3 522/21
**treatments [29]** 405/14 408/15 410/2 410/6 411/25 412/14 415/3 415/5 421/21 425/16 425/17 426/12 426/16 426/23 429/3 429/14

**T**

**treatments... [13]** 434/24 435/12 441/4 449/14 455/24 467/7 467/8 472/1 474/19 477/6 477/8 484/6 488/17
**tri [1]** 336/21
**tri-ethylene [1]** 336/21
**trial [11]** 277/13 279/9 279/16 283/20 365/4 417/21 428/6 473/16 473/25 474/2 524/2
**trials [2]** 447/6 464/15
**Trials.GOV [2]** 459/3 459/6
**tried [8]** 286/25 337/4 345/8 346/3 360/21 365/24 388/14 388/18
**tries [1]** 409/24
**tripattern [1]** 318/21
**trousers [1]** 437/20
**truancy [1]** 440/13
**truck [1]** 300/23
**true [5]** 331/25 495/1 495/4 499/5 526/4
**try [14]** 279/24 324/5 324/9 343/10 344/11 410/19 410/21 411/5 411/23 434/2 479/4 499/10 504/19 515/10
**trying [7]** 280/16 331/21 335/4 342/11 352/22 374/14 388/11
**Tuesday [1]** 277/12
**turn [47]** 288/7 288/12 289/6 290/15 292/3 293/19 294/4 297/20 307/11 311/24 412/2 424/24 427/11 428/14 435/10 437/10 437/19 440/9 440/19 446/25 448/15 449/6 451/10 451/16 452/18 453/12 455/21 456/1 457/9 458/9 459/22 461/10 461/19 461/21 465/1 465/10 465/12 466/10 471/23 472/20 473/21 477/12 480/13 495/25 519/23 519/25 520/9
**turning [16]** 287/17 303/23 322/2 322/2 322/3 322/11 322/11 322/12 372/3 404/23 405/16 449/21 455/19 460/6 472/22 480/13
**turns [2]** 285/15 411/10
**twice [1]** 423/18
**two [77]** 279/12 280/17 282/6 290/16 290/18 292/10 293/4 301/15 304/12 304/22 316/14 316/18 316/23 318/4 325/15 325/20 325/20 325/21 325/22 326/1 326/2 333/18 334/2 343/2 350/1 350/2 359/16 361/16 368/13 369/20 373/19 388/6 389/4 390/8 392/6 392/8 393/4 393/4 393/7 393/23 393/23 405/25 408/16 410/15 414/25 416/2 416/18 417/10 417/19 417/23 419/25 426/6 431/5 433/25 445/22 448/9 453/21 463/3 463/4 471/6 471/7 472/8 481/8 484/24 491/19 498/21 500/9 500/16 500/21 500/23 500/24 501/2 501/4 501/12 503/15 503/19 520/24
**two days [1]** 334/2
**two hours [1]** 431/5
**two minutes [1]** 333/18
**two years [1]** 301/15
**two-page [1]** 304/12
**two-thirds [2]** 410/15 414/25
**two-year-old [1]** 416/18
**type [4]** 311/5 347/2 355/4 375/19
**types [7]** 339/11 339/11 340/24 349/18 417/23 488/9 490/6
**typically [1]** 414/21

**U**

**U.S [14]** 348/3 370/3 370/4 393/24 405/21 408/4 410/14 415/2 464/16 464/20 489/21 489/22 490/1 526/9
**UCB [29]** 277/3 277/3 279/11 465/17 476/10 476/15 476/24 487/18 487/22 488/1 488/8 488/12 489/2 489/10 489/16 489/23 489/24 490/2 490/6 490/16 490/17 490/20 491/9 491/13 491/14 491/18 492/1 492/5 492/7
**UCB's [1]** 489/19
**Uh [5]** 280/24 305/23 348/25 496/18 506/8
**Uh-huh [5]** 280/24 305/23 348/25 496/18 506/8
**UK [2]** 405/18 405/20
**ulceration [1]** 457/2
**Ulster [1]** 318/3
**ultimately [2]** 324/6 467/5
**Um [1]** 312/10
**Um-hum [1]** 312/10
**unable [1]** 414/14
**unacceptable [2]** 436/18 440/18
**unapproved [1]** 327/15
**unblinded [1]** 503/12
**uncontrolled [4]** 411/17 415/5 418/1 423/19
**uncooperative [1]** 430/19
**under [31]** 286/3 286/7 294/25 300/15 317/15 377/17 377/19 377/23 380/10 401/1 403/8 404/10 410/8 419/11 420/1 420/10 424/3 424/13 440/20 449/6 449/22 450/6 454/16 466/2 471/23 473/22 476/1 494/4 496/12 525/2 525/6
**underlies [3]** 280/21 280/21 284/17
**underlying [1]** 284/14
**underscores [1]** 421/8
**understand [20]** 283/7 300/15 311/7 315/20 317/15 317/18 318/12 331/21 335/7 335/17 335/20 348/13 348/17 355/16 355/20 356/5 392/8 467/11 513/17 524/13
**understanding [13]** 283/14 301/19 302/5 306/17 308/1 308/9 324/19 331/9 343/17 343/25 354/24 398/2 416/14
**understood [9]** 282/19 283/3 292/9 494/21 499/12 499/25 501/18 501/18 504/3
**undertake [1]** 327/17
**undertreated [1]** 455/12
**unemployed [1]** 416/3
**unexpectedly [1]** 460/20
**Union [1]** 391/1
**unique [5]** 311/6 314/14 352/14 352/20 352/22
**uniqueness [1]** 315/21
**unit [1]** 406/18
**UNITED [6]** 277/1 277/18 315/12 318/24 406/4 469/13
**universally [1]** 441/1
**universe [1]** 332/3
**university [26]** 277/4 300/21 300/25 301/4 303/20 309/17 309/24 318/3 318/7 350/6 354/5 354/13 356/9 361/19 372/21 372/21 388/4 393/16 405/4 405/19 405/22 406/3 406/14 406/24 454/20 481/1
**unless [2]** 279/19 334/6
**unmet [18]** 293/22 424/25 434/16 435/18 436/14 438/4 446/6 448/10 449/15 449/19 449/24 453/22 453/23 455/20 462/9 472/21 482/11 482/13
**unpleasant [1]** 451/22
**unpredictable [1]** 442/17
**unpredictably [1]** 415/8
**unquote [3]** 419/20 481/13 504/2
**unresponsive [2]** 415/14 430/19
**until [8]** 293/20 318/11 334/23 336/9 346/5 382/23 472/25 495/6
**unusual [1]** 457/8
**up [53]** 279/18 280/6 280/14 281/5 281/8 281/11 282/13 284/22 284/24 288/17 289/6 290/1 304/11 305/18 306/3 319/10 320/8 332/25 334/6 335/14 338/1 351/25 359/6 359/10 364/19 393/2 400/13 402/24 407/19 409/6 412/18 412/22 416/6 423/22 427/1 431/19 434/21 435/1 437/7 437/17 438/20 443/22 446/15 448/20 451/2 452/18 454/6 470/17 473/10 481/20 515/3 521/2 521/10
**updated [1]** 424/1
**Upjohn [1]** 309/21
**upon [2]** 318/15 322/20
**upper [2]** 294/5 303/10
**Uppsala [1]** 309/17
**Upsher [2]** 371/21 372/8
**Upsher-Smith [2]** 371/21 372/8
**upside [1]** 372/3
**urgent [1]** 452/8
**urine [1]** 416/6
**us [23]** 309/15 313/16 327/23 332/16 354/3 363/11 363/12 363/23 364/1 404/23 405/16 408/2 411/23 413/14 473/24 475/17 477/3 481/22 501/12 509/3 523/12 523/13 525/14
**USA [1]** 277/7
**usable [1]** 388/13
**usage [4]** 354/2 380/7 380/7 424/4
**use [59]** 283/18 291/1 294/2 294/18 294/23 295/7 314/11 318/12 327/13 327/17 327/21 332/7 336/24 345/7 346/14 354/1 355/3 355/13 362/1 370/19 374/22 374/25 375/6 381/25 384/16 439/13 441/14 441/23 443/5 443/19 445/17 450/3 450/15 450/16 451/20 454/3 454/17 468/2 469/9 469/12 478/25 479/1 479/4 492/16 493/4 493/6 493/7 493/10 494/5 499/9 504/3 505/10 505/13 505/14 505/16 521/24 522/4 522/7 522/8
**used [54]** 279/15 295/15 295/17 308/18 314/10 314/17 327/10 328/17 328/17 328/24 329/1 329/25 336/17 344/2 346/13 347/9 353/25 355/7 355/22 359/3 378/18 378/19 378/24 379/4 379/9 381/1 381/5 381/12 381/18 384/5 384/25 390/18 396/10 407/17 407/18 409/16 409/17 414/16 417/19 426/6 426/9 432/10 439/10 441/20 444/18 444/19 445/18 446/9 468/1 484/5 493/20 493/21 493/25 522/4
**useful [4]** 287/22 339/15 490/22 522/21
**using [26]** 283/20 297/1

**U**

**using... [24]** 308/13 314/9 327/14 335/14 337/2 337/21 338/1 340/23 340/24 341/23 344/24 348/11 354/3 369/6 369/21 379/3 383/21 397/15 426/7 456/16 475/1 493/23 522/10 522/11
**USP [1]** 295/5
**usual [1]** 424/11
**usually [5]** 375/17 462/21 474/21 475/3 485/12
**utilize [1]** 494/22

**V**

**vaguely [1]** 330/12
**Valtoco [29]** 478/4 478/7 478/10 478/14 478/18 478/23 479/1 479/7 479/9 479/20 479/22 480/2 480/9 481/5 483/11 483/15 484/21 485/1 485/10 485/16 485/21 495/12 495/16 495/18 495/22 507/25 509/7 509/11 522/17
**value [4]** 325/23 518/7 518/8 518/13
**variably [1]** 479/24
**variation [1]** 336/18
**variations [1]** 323/17
**various [8]** 296/14 319/18 324/14 324/14 337/10 368/18 469/21 522/13
**vary [1]** 384/20
**vast [1]** 408/24
**vehicle [1]** 344/5
**venture [2]** 301/17 301/18
**verbally [1]** 383/9
**version [3]** 389/16 389/19 389/21
**versions [2]** 516/8 525/15
**versus [5]** 316/16 377/22 474/4 474/17 485/1
**very [44]** 280/15 285/24 295/4 300/9 306/12 319/2 319/22 319/25 320/3 321/2 322/24 322/24 323/1 325/16 325/25 326/2 327/25 330/12 330/12 332/20 333/23 335/14 336/17 351/14 351/19 375/21 375/24 376/7 398/24 401/24 415/23 416/13 436/18 436/25 439/14 466/1 480/22 514/14 514/25 521/5 521/5 521/16 523/22 524/16
**via [1]** 440/2
**vice [1]** 320/3
**video [9]** 299/24 309/3 309/5 316/23 333/25 333/25 334/5 334/5 334/7
**view [3]** 363/3 392/6 477/19
**viewed [1]** 382/22
**views [1]** 448/18
**Virginia [1]** 405/22
**Virtually [1]** 484/13
**virtue [1]** 423/13
**viscosities [7]** 299/8 299/9 325/14 343/20 366/8 392/9 393/5
**viscosity [67]** 298/23 298/24 299/1 299/4 299/6 299/7 312/8 312/12 312/23 313/1 313/1 313/4 313/8 313/17 313/19 313/20 313/21 313/24 313/25 314/2 314/4 314/12 314/12 314/16 325/3 325/15 325/23 340/14 340/20 342/4 342/7 342/10 342/18 342/20 342/23 343/6 343/11 343/14 343/17 343/25 344/7 344/25 349/10 349/11 349/21 366/14 366/18 368/19 368/22 368/25 369/3 369/3 369/4 369/9 369/10 369/11 369/14 380/12 380/18 392/11 392/13 392/14 392/15 392/15 392/16 393/3 393/7
**viscous [5]** 344/9 344/14 344/15 344/20 349/12
**visits [1]** 409/19
**vitae [1]** 412/21
**volume [9]** 277/14 313/8 327/25 346/3 442/8 442/14 442/22 516/4 517/13
**volumes [2]** 451/23 452/4
**volunteer [1]** 518/2
**volunteers [11]** 290/8 445/8 447/16 460/22 461/1 461/24 462/13 462/19 463/17 467/21 518/1

**W**

**wait [1]** 293/20
**waited [2]** 358/5 358/10
**wake [1]** 416/6
**waking [1]** 418/13
**walk [3]** 290/5 415/22 426/20
**Wallis [3]** 427/6 427/12 427/18
**want [34]** 280/6 280/10 284/13 284/21 286/20 312/23 314/12 327/12 332/18 334/16 339/8 354/18 365/4 370/16 374/22 382/7 392/13 402/2 402/5 402/7 425/7 444/7 495/25 502/24 506/6 507/19 507/21 508/4 510/21 515/10 515/16 517/15 517/15 519/11
**wanted [24]** 279/14 282/20 284/24 284/24 311/1 311/3 340/5 342/24 343/10 344/10 344/15 344/20 344/25 345/5 346/1 347/7 355/15 355/15 359/22 370/15 384/10 392/9 398/16 520/17
**wants [1]** 334/6
**was [378]**
**Washington [2]** 405/3 406/23
**wasn't [4]** 320/17 326/12 402/14 522/11
**water [22]** 288/15 289/23 294/8 294/10 294/19 298/25 314/3 314/5 325/17 327/22 366/17 371/24 372/5 372/7 376/9 376/15 378/1 385/5 392/1 392/2 392/7 472/5
**way [22]** 311/3 326/13 326/21 355/10 360/8 370/2 377/3 384/17 398/16 409/17 411/24 425/11 431/12 434/22 436/16 463/18 474/18 479/21 481/9 486/10 491/6 523/14
**we [238]** 279/11 279/14 279/15 279/24 280/4 280/6 280/7 280/22 280/25 281/4 281/5 281/5 281/9 282/1 282/3 282/25 283/1 283/2 283/6 283/7 283/17 283/20 284/9 284/24 285/18 285/20 286/13 288/8 288/12 288/13 289/7 289/25 290/17 290/21 291/25 293/19 293/20 295/10 296/5 296/13 296/19 296/23 297/16 297/20 298/15 299/24 303/2 304/4 305/19 306/4 306/13 308/22 309/15 310/14 310/14 311/2 311/2 311/3 311/7 312/7 316/22 317/5 318/9 318/19 319/12 320/19 323/7 332/4 332/4 332/17 332/18 332/24 333/2 333/5 333/7 335/4 335/6 335/13 335/13 336/17 336/17 336/18 336/19 336/23 336/24 337/2 337/13 342/8 347/18 349/16 352/14 353/24 354/2 355/22 360/16 360/18 360/19 367/6 369/6 369/7 369/7 369/8 369/16 370/25 374/17 382/22 384/9 384/9 384/10 384/11 386/20 387/25 388/23 398/5 398/24 398/25 399/16 399/23 399/24 399/25 400/7 400/15 400/18 400/21 401/8 401/10 401/12 401/17 401/18 401/22 402/2 402/5 402/7 402/22 403/13 404/19 406/25 407/20 407/22 407/25 408/4 409/9 409/11 409/12 410/6 411/15 411/24 412/2 412/18 412/24 414/4 417/21 419/11 419/25 420/12 422/13 423/22 424/3 424/24 427/11 428/14 433/9 434/13 435/1 435/10 437/10 438/20 440/9 440/19 441/13 445/14 446/25 447/22 448/25 449/6 450/6 451/2 451/10 452/18 454/1 454/6 455/19 458/21 458/25 460/10 461/21 462/6 462/6 462/7 465/12 468/5 468/19 468/22 468/25 471/2 472/24 473/2 473/10 473/21 475/21 476/4 476/4 476/11 476/11 476/14 476/18 481/19 481/21 482/1 482/17 482/24 489/21 491/19 494/6 495/18 495/21 501/19 508/1 508/14 508/23 514/14 515/11 515/11 519/8 519/24 520/6 522/24 523/17 524/5 524/7 524/9 524/17 524/18 524/18 524/24 525/2 525/5 525/18
**we'd [2]** 315/23 323/22
**we'll [17]** 279/24 284/1 316/13 316/18 316/21 332/21 334/6 399/15 401/4 413/10 426/11 444/10 475/22 497/2 497/21 524/6 525/5
**we're [22]** 279/8 284/2 285/14 285/14 286/17 294/6 295/9 299/23 332/2 332/2 332/3 399/11 410/21 411/1 496/16 506/6 509/7 509/16 514/8 524/3 524/11 524/23
**we've [12]** 279/11 283/9 299/20 306/21 411/6 423/6 441/3 445/22 446/4 448/14 469/21 477/13
**web [1]** 459/2
**website [1]** 452/21
**week [1]** 462/22
**weight [2]** 325/2 380/11
**weird [1]** 325/19
**welcome [1]** 395/25
**well [42]** 281/18 284/2 293/23 316/20 319/16 324/22 325/14 325/18 325/25 329/23 330/17 330/19 331/24 335/15 355/4 360/18 360/19 360/23 362/18 364/11 364/24 365/17 368/25 369/11 369/13 376/9 394/5 402/9 402/12 418/23 420/4 431/8 432/8 477/14 479/19 480/22 492/4 493/11 495/1 495/1 495/4 500/1
**well-being [1]** 420/4

**W**


**well-designed [1]** 293/23
**went [6]** 300/24 309/18 309/22 405/23 405/24 411/18
**were [157]** 280/22 282/3 286/14 286/15 294/1 296/16 296/18 297/3 297/5 297/9 298/3 298/19 301/25 302/3 302/3 302/13 302/21 308/12 308/13 309/2 310/2 310/5 312/11 316/3 316/6 317/19 320/12 320/13 320/21 320/25 321/22 322/6 322/18 323/7 323/17 323/21 324/8 325/3 325/7 325/9 325/23 328/16 328/20 330/20 331/9 331/25 332/13 335/4 336/3 336/6 336/8 336/11 336/13 336/15 336/17 337/2 338/6 339/24 346/12 348/22 351/20 352/6 358/15 358/24 364/11 366/8 369/21 370/25 371/1 372/10 374/14 374/16 374/17 375/14 384/9 384/12 384/13 384/15 384/22 385/1 385/4 388/11 388/12 391/1 398/12 398/14 399/25 400/13 401/11 402/15 407/1 425/16 425/16 425/20 425/25 426/1 426/2 426/3 429/14 429/17 438/8 439/12 441/4 442/13 443/4 446/4 447/6 452/5 454/18 454/23 454/25 455/3 455/6 457/1 457/7 457/8 459/19 459/20 466/24 467/5 467/6 467/8 467/9 469/24 469/25 470/4 470/6 471/8 474/2 481/12 484/6 494/1 494/13 494/22 494/25 495/5 503/5 503/8 503/12 504/1 504/14 504/20 506/2 509/18 510/3 510/11 515/9 520/13 521/22 521/24 522/3 522/10 522/12 522/16 523/1 524/22 524/22
**weren't [2]** 280/3 522/11
**WERMELING [25]** 286/2 286/6 286/11 288/9 289/15 289/18 290/2 295/18 298/11 299/17 401/13 401/15 401/19 433/4 442/7 442/23 445/9 445/16 445/23 456/8 462/1 463/16 467/12 515/16 524/14
**Wermeling's [8]** 284/10 284/13 461/20 462/4 462/7 466/21 516/15 519/8
**whacky [1]** 331/15
**what [316]**
**what's [28]** 284/4 303/17 318/18 326/14 349/22 352/24 353/9 354/4 356/16 357/3 361/2 363/4 371/4 371/11 372/14 379/17 380/4 383/25 385/16 385/23 386/23 387/13 387/17 389/7 393/10 395/5 395/16 396/24
**whatever [2]** 299/20 357/14
**when [103]** 297/20 301/16 307/20 314/7 323/12 323/16 323/24 327/4 331/12 332/4 334/21 335/10 337/21 339/12 341/3 341/19 342/22 343/6 344/4 346/6 346/11 346/14 346/19 347/1 347/4 351/7 351/22 355/9 355/10 359/6 359/10 360/9 360/25 362/4 363/20 366/14 367/11 369/6 369/7 369/8 370/10 370/20 370/25 371/1 376/4 377/12 377/19 379/23 380/1 380/6 380/9 381/10 382/5 384/19 385/21 388/14 388/22 389/19 389/20 391/14 392/18 398/1 398/4 399/2 410/6 414/8 415/9 415/11 415/12 417/19 422/21 424/1 425/9 425/13 425/23 430/12 431/14 432/14 432/16 435/15 444/4 444/8 449/3 451/8 453/4 456/18 478/10 478/25 478/25 481/22 484/14 484/15 484/16 489/12 489/22 490/20 490/22 490/23 493/18 495/3 499/1 514/21 514/22
**where [43]** 292/2 306/12 307/24 308/7 309/18 316/7 318/20 319/13 319/24 327/9 347/19 352/6 358/18 359/10 361/18 366/20 367/15 373/17 375/20 381/1 383/23 388/15 390/21 391/20 405/22 414/7 414/17 416/17 418/7 421/25 429/6 430/18 441/1 459/3 463/17 474/16 479/24 485/4 489/19 491/19 497/15 514/15 522/17
**Whereupon [5]** 332/22 399/21 475/23 514/12 515/13
**wherever [1]** 313/11
**whether [25]** 329/1 331/9 339/22 342/9 353/22 354/2 363/14 369/4 390/11 390/18 407/22 408/1 409/2 409/13 442/20 455/8 462/20 463/1 467/6 468/12 477/19 480/10 514/9 520/13 525/12
**which [116]** 282/11 282/11 282/13 282/24 282/24 284/7 284/9 286/24 287/17 288/17 288/20 296/3 300/7 306/4 306/13 309/21 313/21 318/6 318/14 319/20 321/19 322/4 322/13 322/25 324/10 325/19 326/1 327/12 327/25 328/1 328/8 328/8 329/24 330/7 330/8 330/20 330/20 330/23 331/16 333/1 334/19 345/13 347/18 348/2 348/14 355/8 357/3 357/13 362/15 366/18 368/9 369/11 377/7 377/7 385/1 385/4 398/12 405/5 406/2 406/23 407/11 407/18 408/2 412/12 422/16 428/20 431/8 434/4 434/6 435/13 436/17 436/20 436/24 445/21 449/15 450/10 452/23 456/13 456/16 457/21 459/3 460/8 460/13 460/24 463/3 463/10 463/12 464/5 466/11 467/24 479/21 480/19 484/25 490/22 496/17 499/18 500/4 502/9 502/25 508/4 510/12 511/18 511/23 512/2 513/7 515/16 517/16 518/3 521/13 521/16 521/18 522/25 523/4 523/5 523/17 525/6
**whichever [2]** 281/6 480/6
**while [8]** 314/11 318/25 319/8 319/8 321/22 322/6 406/11 406/15
**who [54]** 281/2 287/4 299/25 300/2 301/16 317/8 321/16 336/10 357/11 369/14 369/18 373/9 407/21 407/22 409/24 409/25 411/16 415/4 420/11 420/17 420/18 420/20 420/22 420/24 421/4 423/17 423/19 428/24 429/10 430/13 430/14 434/3 436/19 437/3 437/5 437/14 438/6 443/13 443/16 451/10 454/22 474/20 474/22 480/5 480/5 480/21 480/22 497/5 501/13 506/2 512/2 522/10 522/22 524/3
**who's [1]** 480/25
**whole [1]** 442/12
**wholly [1]** 286/17
**whom [9]** 387/25 479/10 479/13 479/17 480/3 498/18 498/21 498/22 512/3
**whose [3]** 411/3 477/5 480/1
**why [60]** 283/21 301/18 304/25 307/2 313/5 325/6 325/13 326/15 327/17 336/19 339/4 339/20 340/5 354/1 355/6 358/18 368/25 369/4 369/11 372/2 374/14 378/23 385/14 388/8 394/20 399/15 410/9 429/3 430/10 436/13 436/13 438/6 442/3 446/5 458/4 461/3 461/5 462/12 464/21 466/5 466/23 467/18 468/15 469/18 469/24 470/6 472/23 475/21 477/3 478/16 478/20 487/6 509/10 510/2 513/19 514/10 514/19 514/19 525/6 525/10
**wife [1]** 351/24
**will [57]** 279/22 281/9 282/22 282/23 286/6 288/21 293/20 317/5 318/12 318/13 321/16 333/5 334/3 334/4 335/20 399/16 400/18 400/21 401/1 402/12 402/17 402/22 407/19 407/22 408/2 410/7 410/7 411/12 413/16 413/18 413/24 414/8 415/9 415/11 434/4 434/4 434/6 442/20 475/25 477/9 480/1 480/3 480/3 480/7 489/21 499/1 499/8 500/4 504/3 504/19 513/4 513/6 513/7 524/7 524/9 524/17 525/6
**willing [1]** 401/2
**Wilmington [1]** 277/16
**wish [4]** 398/25 421/20 421/21 438/6
**withdraw [2]** 287/13 437/24
**withdrawing [5]** 416/10 416/12 417/3 417/4 417/5
**within [21]** 319/9 319/10 320/3 320/18 330/18 384/13 417/16 417/20 433/22 433/24 497/5 498/21 498/23 499/8 500/16 503/20 503/24 507/2 520/25 521/4 521/7
**without [15]** 365/10 365/10 374/17 380/2 411/24 418/15 418/18 418/21 428/21 429/4 453/11 489/19 490/2 516/4 517/13
**witness [10]** 279/19 282/25 299/20 299/25 300/1 300/2 402/25 403/7 475/16 523/25
**witnesses [1]** 524/13
**won't [1]** 332/7
**word [7]** 332/7 355/3 379/16 379/17 379/18 401/12 504/3
**words [6]** 289/3 290/12 302/12 312/20 437/4

## W


**words... [1]** 448/24
**work [36]** 297/25 301/23 302/1 311/8 315/16 315/17 318/9 318/10 320/24 321/14 330/14 334/22 334/25 334/25 335/23 337/1 337/11 337/18 343/1 351/12 404/5 405/8 407/4 407/18 408/10 408/11 408/12 409/6 409/7 409/18 409/21 412/6 415/23 486/21 487/4 487/6
**worked [17]** 309/20 312/20 313/14 318/20 318/23 319/19 334/17 335/12 335/25 337/14 338/4 338/5 338/12 338/18 343/19 343/19 476/22
**working [20]** 310/11 318/20 318/24 320/12 320/21 324/5 324/17 334/19 336/14 336/17 338/3 343/1 344/8 344/22 350/15 385/1 388/14 390/14 391/8 487/18
**works [1]** 486/25
**world [3]** 295/3 323/8 467/19
**worry [1]** 510/7
**worse [2]** 418/5 485/22
**worth [2]** 342/11 352/22
**would [135]** 281/6 281/8 282/10 283/2 294/25 297/12 298/24 299/3 299/19 301/21 302/17 302/23 304/10 304/11 305/2 305/5 306/19 309/13 309/15 312/5 313/18 313/21 317/19 319/12 321/24 322/8 322/17 322/20 322/22 323/19 324/3 324/9 324/20 325/2 325/5 326/5 326/10 326/13 326/21 326/21 327/11 327/13 327/16 328/4 328/7 328/22 328/22 329/24 330/22 331/13 331/17 331/22 339/22 340/21 341/8 342/9 344/11 344/11 344/13 345/4 345/5 354/2 362/7 363/15 369/12 370/18 370/19 374/18 374/22 380/22 381/25 382/20 394/20 394/22 400/25 409/13 411/22 423/17 427/17 428/20 438/6 442/9 450/2 483/5 485/6 485/10 485/11 485/21 486/6 486/7 486/9 491/7 493/4 493/6 493/6 494/8 494/12 494/17 495/3 495/4 495/9 495/11 495/11 495/12 499/16 499/17 499/20 499/23 501/7 502/7 505/2 505/8 509/25 511/21 512/11 512/12 512/22 512/23 513/2 513/2 513/10 513/10 513/13 513/20 514/24 514/25 515/25 516/19 517/9 517/23 518/13 522/21 524/24 525/2 525/16
**wouldn't [2]** 297/12 370/16
**wow [1]** 314/7
**wrist [1]** 437/16
**write [11]** 350/16 350/19 351/20 352/12 353/19 373/17 375/9 398/1 398/4 409/11 412/6
**writer [1]** 396/17
**writes [1]** 409/12
**writing [6]** 357/11 357/12 360/9 362/9 372/20 372/23
**written [7]** 292/8 326/14 351/2 382/6 397/8 397/10 409/6
**wrong [3]** 431/12 444/6 490/13
**wrote [3]** 292/4 351/16 362/12


## X


**x-axis [2]** 506/14 508/11


## Y


**y-axis [2]** 506/11 508/7
**Yale [1]** 454/19
**yeah [35]** 280/15 296/20 296/22 297/4 303/6 314/10 320/15 321/23 323/6 328/18 328/25 329/21 329/21 339/3 348/7 353/1 353/11 353/22 356/4 356/19 358/2 359/5 361/20 362/13 365/4 373/3 373/3 377/21 385/3 391/4 392/11 393/9 396/11 397/11 496/18
**year [12]** 300/23 301/11 309/20 319/19 319/23 351/11 416/18 416/21 423/18 445/10 490/10 491/20
**years [27]** 292/10 297/25 300/22 300/25 301/15 318/23 319/8 334/24 344/12 365/17 366/13 391/9 404/4 405/20 405/24 406/11 410/24 411/7 411/21 415/19 416/2 416/14 417/11 476/12 477/2 485/13 494/4
**Yep [2]** 520/8 520/10
**yes [346]**
**yesterday [11]** 280/8 280/22 282/24 288/8 298/12 298/19 388/1 391/14 442/7 442/24 468/23
**yet [3]** 352/2 359/10 456/7
**yield [3]** 326/6 326/6 326/6
**York [2]** 481/1 481/2
**you [1231]**
**you'll [4]** 335/17 413/14 442/4 520/11
**you're [52]** 279/19 295/7 311/8 312/4 314/5 314/23 317/5 340/9 352/21 353/19 357/21 362/1 362/17 364/17 372/3 374/21 374/25 375/6 375/10 376/21 377/13 377/23 377/23 378/14 378/20 379/3 379/4 379/20 380/6 380/25 381/21 382/2 387/7 389/3 393/4 394/25 395/25 398/21 416/1 416/2 416/17 416/19 417/9 417/11 418/9 418/14 431/5 442/19 485/17 485/25 487/5 491/6
**you've [28]** 334/17 359/13 359/24 378/13 407/4 408/12 415/23 417/1 417/1 417/2 417/8 418/5 418/6 418/11 418/11 420/5 420/21 421/17 431/6 436/7 468/7 473/6 476/22 483/19 491/10 496/9 502/20 515/18
**your [294]**
**Your Honor [3]** 299/21 482/22 519/12
**yourself [7]** 350/19 363/18 364/15 364/23 365/3 365/13 391/11


## Z


**zero [1]** 325/18
**zero C [1]** 325/18
**zoology [1]** 300/22