IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1229 (JLH) |
| | ) | |
| CIPLA LIMITED and CIPLA USA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING**

A bench trial in this matter was held between October 2 and October 5, 2023, at the conclusion of which the Court instructed the parties to discuss a proposal for post-trial briefing. The parties have been unable to reach agreement and present below their differing proposals for the deadlines and word limits for the Court's consideration:

**<u>Plaintiffs' Proposal</u>**

Because Defendants bear the burden of proof in this invalidity-only case, Plaintiffs propose that Defendants serve their proposed findings of fact and opening brief first for Plaintiffs to respond to. Defendants' proposal of a simultaneous exchange of findings of fact would require Plaintiffs to submit their responsive findings of fact without having seen what they are responding to. And consistent with the Court's instructions at the conclusion of trial that the parties could have the equivalent of 30 pages per side, Plaintiffs propose that each side be allocated 7,500 words for their briefing.

| Event | Plaintiffs' Proposed Deadline |
|---|---|
| Defendants serve proposed findings of fact and opening post-trial brief | December 21, 2023 |
| Plaintiffs serve proposed findings of fact and answering post-trial brief | February 1, 2024 |
| Defendants serve reply post-trial brief | February 22, 2024 |
| Both parties file their proposed findings of fact and post-trial briefing and submit hyperlinked versions | February 29, 2024 |

Each side will have up to 7,500 words for their briefing with Defendants' reply brief to use not more than 2,000 words.

**Defendants' Proposal**

Because Plaintiffs' proposal would restrict Cipla to 2000 words to respond not only to Plaintiffs' answering brief, but to also consider for the first time Plaintiffs' findings of facts, including to objective indicia, Cipla proposes the following deadlines and word limits:

| Event | Defendants' Proposed Deadline |
|---|---|
| Both parties serve proposed findings of fact | December 14, 2023 |
| Defendants serve opening post-trial brief | February 1, 2024 |
| Plaintiffs serve answering post-trial brief | February 22, 2024 |
| Defendants serve reply post-trial brief | March 7, 2024 |
| Both parties file their proposed findings of fact and post-trial briefing and submit hyperlinked versions | March 14, 2024 |

Each side will have up to 10,000 words for their briefing with Defendants' reply brief to use not more than 3,000 words. Defendants' proposed schedule is arranged to avoid a February 22, 2024 Federal Circuit briefing deadline in a separate matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

---

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

November 3, 2023

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

---

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*


SO ORDERED this _____ day of _____, 2023.


_____
United States Magistrate Judge