IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL,<br>HANANJA EHF and<br>UNIVERSITY OF ICELAND,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1229 (JLH)<br>)<br>)<br>)<br>) |

## NOTICE OF LODGING OF
## REDACTED VERSIONS OF ADMITTED TRIAL EXHIBITS

PLEASE TAKE NOTICE that Plaintiffs UCB Inc., UCB Biopharma SRL, Hananja EHF, and University of Iceland and Defendants Cipla Limited and Cipla USA Inc. hereby lodge with the Court hard copies of redacted versions of the admitted trial exhibits numbered as PTX-1028, PTX-1206, PTX-1210, PTX-1212, PTX-1219, DTX-2420 and DTX-2422 that were admitted into evidence during the trial held between October 2 and October 5, 2023.

The parties also respectfully request that admitted trial exhibits numbered as PTX-1031, PTX-1032, PTX-1211, PTX-1213, PTX-1216, PTX-1220, PTX-1229, PTX-1131, DTX-2324, DTX-2409, DTX-2414, DTX-2415, DTX-2416, DTX-2417, DTX-2421, DTX-2440, DTX-2462, DTX-2464, DTX-2475, DTX-2486, DTX-2518 remain fully sealed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

December 8, 2023

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*