IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA INC.,<br><br>Defendants. | C.A. No. 1:21-CV-01229-JLH |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS CIPLA LIMITED AND CIPLA USA, INC.'S POST TRIAL OPENING BRIEF**

**DEFENDANTS CIPLA LIMITED AND CIPLA USA, INC.'S POST TRIAL FINDINGS OF FACT**

were served on this 14th day of December, 2023 upon the attorneys as listed below via electronic mail prior to 5:00 p.m. Eastern:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

George F. Pappas
Melissa Keech
Saveh Saba
John Y. Veiszlemlein
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
gpappas@cov.com
mkeech@cov.com
ksaba@cov.com
jveiszlemlein@cov.com

*Attorneys for Plaintiffs*

1

        Alexa Hansen
        Charles Hall
        COVINGTON & BURLING LLP
        Salesforce Tower
        415 Mission Street, Suite 5400
        San Francisco, CA 94105
        ahansen@cov.com
        cwhall@cov.com

        Yiye Fu
        COVINGTON & BURLING LLP
        3000 El Camino Real
        5 Palo Alto Square, 10th Floor
        Palo Alto, CA 94306
        yfu@cov.com
        UCB-Nayzilam@cov.com

        *Attorneys for Plaintiffs*

Dated: December 14, 2023

        */s/ Cortlan S. Hitch*
        Kenneth L. Dorsney (#3726)
        Cortlan S. Hitch (#6720)
        Morris James LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, DE 19801
        (302) 888-6800
        kdorsney@morrisjames.com
        chitch@morrisjames.com

        *Attorneys for Defendants*
        *Cipla Ltd. and Cipla USA Inc.*