IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND ,

Plaintiffs,

v.

CIPLA LIMITED and CIPLA USA INC. ,

Defendants.

C.A. No. 21-1229-JLH

Monday, October 2, 2023
9:30 a.m.
Bench Trial

Volume I

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ.
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.

and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.

BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

_ _ _ _ _ _ _ _ _ _

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 9:30 a.m.)

**THE COURT:** Please be seated. Good morning, everyone.

We are here for the first day of bench trial in UCB versus Cipla. This is Civil Action Number 21-1229.

Let's put our appearances on the record.

**MS. HANSEN:** Good morning, Your Honor. Alexa Hansen on behalf of the plaintiffs, UCB Inc., UCB Biopharma SRL, Hananja, and University of Iceland.

With me today are Kaveh Saba.

**MR. SABA:** Good morning, Your Honor.

**MS. HANSEN:** Melissa Keech.

**MS. KEECH:** Good morning, Your Honor.

**MS. HANSEN:** Chip Hall.

**MR. HALL:** Good morning, Your Honor.

**MS. HANSEN:** Yiye Fu.

**MR. FU:** Good morning, Your Honor.

**MS. HANSEN:** We are also joined by our clients from UCB Inc., Jurgen Hassa, and Natalia Wright.

**THE COURT:** Good morning to all of you.

**MR. DORSNEY:** Good morning, Your Honor.

**THE COURT:** Good morning.

**MR. DORSNEY:** On behalf of Cipla Ltd. and Cipla USA, Inc., Ken Dorsney from Morris James. I will introduce our trial team from K&L Gates, Anil Patel.

**MR. PATEL:** Good morning.

**MR. DORSNEY:** Peter Giunta.

**MR. GIUNTA:** Good morning, Your Honor.

**MR. DORSNEY:** Adam Berlin.

**MR. BERLIN:** Good morning, Your Honor.

**MR. DORSNEY:** Harold Storey.

**MR. STOREY:** Good morning.

**MR. DORSNEY:** Perry Brooks is our paralegal from Cipla.

And, also, we have some other folks here from Cipla. Anagha Tendulkar. She's the senior IP manager for Cipla. We also have two expert witnesses, Dr. Daniel Wermeling, Dr. Michael Privitera -- I got that wrong. Our trial technician, Erik Thorsnes.

I think that's the entire time.

**THE COURT:** All right. Good morning to everyone.

Okay. Well, this is our first trial in this room. We've had some hearings, including a *Markman*

hearing where we were able to make use of the technology. So hopefully everybody has familiarized themselves. It's a good thing this is a bench trial. So if we have some hiccups, that's okay. We'll just roll with it.

Do we have anything we needed to raise before we get started with the opening statements?

**MR. SABA:** Yes, Your Honor.

**THE COURT:** Okay.

**MR. SABA:** Just a few minor matters. The first is an objection we have to an exhibit. We have had some back and forth on this. It's DTX-2430.

And our only objection is that, you know, we heard Your Honor at the pretrial conference saying that witnesses should actually discuss an exhibit.

And with this particular exhibit, the sum total of the testimony, as we understand it, to introduce it is simply asking -- simply representing what the exhibit is and the witness saying "okay." So that doesn't seem like substantive testimony, and that's why we stand behind our objection to that exhibit.

**THE COURT:** Okay. All right. My computer, actually -- I guess they shut down the power on Friday. So let me get booted up.

What is the exhibit?

**MR. SABA:** The exhibit is DTX-2430.

**THE COURT:** And what is it?

**MR. SABA:** It is a graph and chart with certain data. And the testimony doesn't discuss any of the actual contents of the exhibit. It is an attachment to an e-mail. There is some discussion of the e-mail, but no discussion of the separate exhibit, which is the attachment.

**THE COURT:** All right. Thank you very much.

Let's hear from the other side.

**MR. GIUNTA:** Your Honor, Peter Giunta. I represent the Cipla defendants.

I do think that this might be something that's premature to be handling right now. This is something where some testimony was lost in the shuffle of when testimony turns into spreadsheets in the course of designating testimony and exhibits.

**THE COURT:** So this is a deposition exhibit.

**MR. GIUNTA:** It will come in through deposition designations, and there is discussion of the document that was not designated.

I would like the opportunity to address that with counsel and, perhaps, resolve this after openings.

**THE COURT:** Okay. Is this something that's going to come into evidence today?

**MR. GIUNTA:** It would be something that comes

in through destination testimony today, but it would be at the end of the day.

**THE COURT:** Okay. All right. Why don't we have you talk about it during lunch, and see if it can get worked out, and if it can't, I'll hear about it at that point.

**MR. GIUNTA:** All right. Thank you.

**THE COURT:** All right. Thank you.

And another issue?

**MR. SABA:** One more. Yes.

**THE COURT:** Sure.

**MR. SABA:** This one is not so much of an issue, just confidentiality for opening statements. I think the vast majority can be on the public record.

Defendants do have two slides discussing subject matter that is UCB's confidential information. It's financial information. It's projections.

We've asked defendants whether, you know, we can seal the -- they object to moving to seal the courtroom on that. We understand there is no objection.

So what we would ask is to, once they get to that subject matter -- and that's their Slides 46 and 47 and the related subject matter that's presented on those slides, that if they are going to discuss that, that we seal the courtroom and put it on the confidential record.

Just for that narrow discussion.

**THE COURT:** Okay. All right.

Let me hear from the other side.

**MR. PATEL:** Good morning, Your Honor.

We don't have an objection to that. I will get to that during my opening. I'm happy to give you like a one-minute heads-up when we get there for us to have the folks that are not part of the protective order leave the courtroom.

**THE COURT:** I guess the question I have is: Is this a situation where we can just refer to electronic copies but not have it up on the screen, and we can leave everybody in the courtroom?

**MR. PATEL:** We could do that. I wonder if your screen would still be -- you wouldn't be able to see the exhibit.

**THE COURT:** Well, I could. If you sent me of copies of Slides 46 and 47, I could just look at it.

I'm saying that there might be some concern about that from the other side.

**MR. SABA:** Yes, Your Honor.

I think it's going to be very difficult to discuss the exhibit without actually revealing general contents of it on the public record and what the financial information says.

So just, you know, not putting the exhibit up probably does not resolve the confidentiality.

**THE COURT:** All right. Let me just -- can you discuss the exhibit without saying any confidential information?

**MR. PATEL:** That would be hard because that's all it is.

**THE COURT:** Okay.

**MR. PATEL:** What I can do is, I could skip those two slides, and they'll be little bit out of order, my presentation will be. But I can just do it at the end so that, you know, I could wrap up right after those two exhibits, and we can have folks -- while the counsel is changing the opening -- you know, just changing positions, the folks can come back in.

**THE COURT:** That sounds like a very reasonable compromise. All right. We'll just do that.

**MR. SABA:** That's fine. So that would be on the confidential record.

**THE COURT:** Yeah, we'll do that. Okay. Thank you very much.

**MR. SABA:** That sounds good.

**THE COURT:** All right. Anything else we need to address before we get started?

**MR. SABA:** No, Your Honor. Not from

plaintiffs.

**THE COURT:** All right. Anything from defendants?

**MR. PATEL:** No, Your Honor.

**THE COURT:** Let's begin with opening statements.

**MR. PATEL:** Good morning again.

**THE COURT:** Good morning.

**MR. PATEL:** Your Honor, Cipla submits that the patents-in-suit -- there's two asserted claims of the patents-in-suit that I'll show you here in a few minutes, are invalid for the primary -- our primary position is they're invalid for anticipation and obviousness.

And I'll talk about each. This is just a roadmap slide.

I'll also talk about secondary considerations that plaintiffs have put forward in this case. And then we'll end with a word from the inventor.

In this case, we'll end with a word with the confidential information.

**MR. DORSNEY:** Your Honor, may I approach?

**THE COURT:** Yes.

**MR. DORSNEY:** Three copies sufficient?

**THE COURT:** Yes.

**MR. DORSNEY:** Is that too many? I don't know.

**THE COURT:** That's perfect.

**MR. DORSNEY:** Okay.

**THE COURT:** Thank you.

**MR. PATEL:** Your Honor, I want to start with the patents-in-suit. And in this case, just to orient you to the relevant dates here, the patents -- there are only two patents-in-suit. They've asserted one claim from each patent.

The inventor, who you will hear from later today by video, is Dr. Sveinbjorn Gizurarson. He's the sole named inventor of the patent. And the priority date for this patent is January 2007. That's not really in dispute. We're going to be talking about patent prior art that is prior to 2007.

Just a couple of thoughts on the specification of this patent, Your Honor.

The abstract, what you will see are with the abstract is that it doesn't claim a specific therapeutic agent. It doesn't claim a very specific excipient. It does give an example, methoxy-polyethylene glycol, which we'll talk more about in a second.

But the idea here is that, when the inventor of this application, all he had was a general idea about therapeutic agents dissolving in methoxy-polyethylene glycols. And then he calls out methoxy-polyethylene

glycol.

There's not much data in the patent. There are no figures, and you will see why when you hear from the inventor later today.

All the patent contains is limited data. I'm going to highlight one aspect of it. So these are tables from an example in the patent. What you will see is Tables 1 and 2 are formulations, intranasal formulations according to the alleged invention -- according to their embodiments of the claim, the asserted claims.

What's important to note for Test Formulations 1 and 2, is they both contain 50 milligrams per mil of midazolam base. And then they contain commonly known excipients that have been used in the pharmaceutical products before.

What's also important to note here is that test formulations 1 and 2 actually include excipients that are not in the asserted claims. For example, Test Formulation 1 includes ethanol.

And then Table 3 is essentially -- I'm going to refer to it as a prior art formulation. That's their control formulation. And Table 3 also contains midazolam free base. And then also -- it also contains commonly available pharmaceutical excipients. And I'll talk more about the excipients. But it's also important to note

here, that the formulation itself is a prior art formulation when we talk about the control specification in the patent.

The reason I highlight this example and the reason I highlight the -- these specific formulations is the test that has been displayed in the specification of the patent.

So each one of these three formulations, the two test formulations and the one control formulation, is tested in three dogs, according to the specification of the patent. And the data resulted in which -- the resulting data, which you will hear from our experts today and over the course of the next four days, is essentially how much of the midazolam gets in the blood. Right?

Because the more -- there's a level of midazolam that needs to get in the blood for it to be therapeutically effective. And what the specification of the patent result -- reports is different values. Cmax, as well as the area under curve parameters, all three are some representation of how much of the midazolam is getting to the blood.

And then a Tmax is how quickly the peak concentration is realized. And a Tmax, if you're looking for a drug that -- where you want a quick onset of

action, then a lower Tmax, relatively speaking, is preferable.

But what I want to highlight is: What does the patent say about it?

First of all, the numbers themselves are clear, in terms of Tmax values and the other values, that the test -- two test formulations, which are according to the alleged invention, and the control formulation, which is a prior art formulation, have comparable -- have comparable numbers.

And it's not my interpretation of the math, it's not our experts' interpretation of the math -- it is, but it's more importantly what the specification says right below the table.

What the specification says, and you will see here, it says the results demonstrate that the test formulations -- I will skip some parts -- produce comparable pharmacokinetics to the control formulation.

Meaning, look, we are showing you this formulation according to our invention. It's not really any better than the control formulation, the prior art formulation in terms of -- in terms of pharmacokinetics properties. Here is why our formulation is different. And the next sentence says that.

The test formulation had a lower -- the test

formulations had a lower viscosity than the control formulations.

So they are saying -- and I will talk more about viscosity here in a few minutes, so you'll have to bear with me.

But essentially they're saying that the only difference -- key difference -- actually, the only difference between the test formulations, according to our invention and the control formulation, is the viscosity.

And this case revolves around routine optimization, and I'm previewing it now, which is would one of ordinary skill in the art be able to take a formulation -- an intranasal formulation and be able to achieve a lower viscosity, if that's what they were doing -- we're looking to do. And, obviously, we submit that they can.

I want to quickly talk about the claims. As usual, patent claims get messy. But in this case, they are probably very straightforward.

This is one of the two asserted claims and obviously the only asserted claims -- asserted claim of this patent, Claim 13, Dr. Wermeling, who you will hear from later today, will try to simplify Claim 13 so that all the claims it depends from are incorporated into it.

But if you can bear with me, Claim 13 is -- claims midazolam, in a specific amount, .001 percent to 20 percent, and then it depends from other claims.

Essentially, it means that they are claiming a midazolam formulation, a liquid pharmaceutical composition containing midazolam, propylene glycol, water, mPEG 350 and PEG 400.

What's more important is what's not present in this claim. These are not method of administration claims. There's no particular indication obviously. These are formulations claims.

What's also important is there are no amounts of excipients claimed. It's just a list of excipients and then an amount of the active, which is the midazolam, which is an important point that I will come back to later.

The only other asserted claim comes from the other patent, Your Honor, which is the '322 Patent. And here, we should have not highlighted both claims. But Claim 10 is a pharmaceutical composition of Claim 1, where the therapeutic agent is midazolam.

So here, they are claiming midazolam and mPEG. Not a specific mPEG, but an mPEG where the chain length, the N, can be anywhere from 2 to 12. That's how broad this claim is.

Again, what's missing is any other excipients in this case and certainly any amounts of the excipient, including any amounts of mPEG.

Again, if you can remember that, I will come back to it.

So what's our anticipation argument?

Your Honor, we submit that the claims, both of the asserted claims are invalid because one prior art publication, along with the knowledge of a person of ordinary skill in the art, would render this claim anticipated -- these claims anticipated. I will talk about that right now.

And the publication is the '359 publication. The author of this publication is Dr. Dan Wermeling, who is Cipla's exert.

He's a pharmacist who has been designing and developing intranasal formulations for over three decades. He also has an approved intranasal product in the market. And his detailed credentials will be on display later today.

Here -- so Dr. Wermeling's publication, which I will refer to as the '359 publication, is specifically directed to intranasal benzodiazepine compositions, so a category of drugs called benzodiazepines. Midazolam is one example of these types of drugs.

So all we're doing for anticipation is we are looking for where each one of the excipients are disclosed in the publication itself.

So what you will see here is that Dr. Wermeling's publication focuses on a -- focuses on midazolam. So it focuses on very specific benzodiazepine, midazolam.

So we're not pointing you to a prior art reference that discloses a laundry list of APIs and we're saying, there it is. We're actually saying, here's a publication that discusses intranasal midazolam compositions.

It also has excipients that I named earlier in this case, and I will get to more, polyethylene glycol and propylene glycol, as you will see here.

You will also see that it discloses aqueous and nonaqueous solutions. Aqueous solutions obviously will include water, which is also a claimed excipient.

And then, again, propylene glycol and polyethylene glycol are introduced.

And you will recall that the first claim I showed you, PEG 400 -- I will come back to it later, but the publication also discloses PEG 400.

So the key anticipation issue between the two sides essentially is does the Wermeling publication, with the understanding of a person of ordinary skill in the art, disclose mPEG, methoxy-polyethylene glycol.

What you will see here in this language, Your Honor, is you will see alcohols are disclosed and methoxy-polyethylene glycol and polyethylene glycol. So PEG and mPEG are both alcohols. But more specifically, it's an alcohol such as polyethylene glycol.

And the point here is, Your Honor, that one of ordinary skill in the art, and I'll take you to those references, will understand a disclosure like this that says polyethylene glycol to include its closest derivative, which is mPEG, and I will show you an example of that.

So here's a Tracy publication. This is a publication in December of 2004. And the focus of this publication -- so it's a pharmaceutical patent -- publication, and the focus is injectable sustained-release compositions.

I'm only going to take you to one part of this. I'm going to highlight three things on this one part.

First of all, on the top there, the formula you see in the second table is a formula for PEG. So it's talking about PEG, polyethylene glycol. But later, because, again, this is a patent to a pharmaceutical formulation -- a publication, sorry, to a pharmaceutical formulation, it says on the bottom, PEG can be PEG 200, it can be PEG 400, or it could mPEG 350.

Meaning, that's how one of ordinary skill in the art would view in the context of pharmaceutical compositions that these two excipients can be kind of taken together so to speak.

Also important to note is they are all three liquid at room temperature, which will be relevant when I talk about the Dow brochure. I might also refer to it as the Carbowax brochure, but you will hear that for the next four days as well.

Sorry. My last thought was on this slide, which is, they are also disclosed as viscosity-reducing agents. This is a paragraph on PEG. This is a section that has several paragraphs. This is one of them. And it says PEGs are viscosity-reducing agents, essentially. And that would include mPEG. Independent of whether on the bottom PEG equals mPEG, it's disclosing mPEG as a viscosity-reducing agent.

I want to move to obviousness, Your Honor. Not to the extent, but if the claims are anticipated, in addition, they are also obvious.

It is important to see the structure. And they're going to make a big deal about the structure of PEG versus mPEG.

This can be a long structure, because N could be -- in this case, N could be 6 or 8, depending upon which PEG

and mPEG you are talking about, and the only difference after this long chain between PEG and mPEG is hydrogen versus the methyl group on the left.

And I want to be making sure we are oriented here. We're not talking about a molecule patent. We are not talking about an active ingredient where minor changes can change the efficacy of the product.

Here, we are talking about an excipient whose job is in the formulation to, in this case, lower the viscosity and solubilize the active ingredient. That's what we're talking about.

And in that context, as an excipient -- and these two are both excipients, not the active. In that context, one of ordinary skill in the art would look at the two excipients as interchangeable, and I will show you why.

And I want to say at the outset, Your Honor, that in many ways the battle lines have been drawn in terms of obviousness because I highlighted to you earlier the claims do not claim any specific amount of any excipient.

Plaintiffs have admitted that once you have a list of excipients, varying the amounts to get the desired intranasal formulation would be a routine optimization. And that's in their findings of facts.

So all they are saying is, we are not saying one of

ordinary skill in the art can can't play around with the given excipients to get to a desired formulation. They are saying the claims are not obvious only because one would not think to include an mPEG. And we certainly submit that that's not true.

So we're going back to the Wermeling publication. And I should have mentioned at the outset -- I can flip back here -- that the Wermeling was published September 2004.

So the Wermeling publication, in contrast to the patents-in-suit, is a thorough disclosure of different studies that were performed on intranasal formulations of midazolam.

I'm going to give you one example, and, obviously, you will hear from Dr. Wermeling later in more detail about his publication here.

But what they did is they did a study of -- what he did was he did a study of the pharmacokinetics of intranasal midazolam to IV midazolam, which was IV midazolam had been well-known in the industry as well.

And what they did is they compared 2.5 and 5-milligram midazolam intranasally to 2.5-milligram intravenous midazolam.

And what's important to note in this slide is that the actual excipients. I mentioned to you earlier -- I

cheated because I didn't get to take you there then -- but PEG 400 is specifically disclosed.

So if you see the intranasal formulation halfway down in Paragraph 85, Dr. Wermeling is using an intranasal formulation that contains midazolam in 25 milligrams, that contains polyethylene glycol 400, one of the claimed excipients, and also contains propylene glycol, as you will see further down, which is another one of the claimed excipients.

I also want you to note that Dr. Wermeling, for his nasal spray study, used a modified version of a commercially available device. And I'll get to that in a second. I want you to note that it's modified, a modified version of a commercial device.

What results did Dr. Wermeling report? The '359 publication report. Well, again, we discussed earlier the Cmax, for example, which is the amount of midazolam that gets in the blood. And he shows that his intranasal formulation -- in this case I will refer to 5-milligram -- had Cmax value of 83.9, which is twice what's required to be therapeutically effective, as he will testify.

You will see in the ten minute is a short time frame for the amount of the time it takes to reach that Cmax, and, therefore, he's showing you favorable results using

an intranasal formulation before the patents-in-suit that have promising efficacy.

So what would one do with the Wermeling formulation? First, as I mentioned, Dr. Wermeling used, the Wermeling publication discloses, an intranasal device that was modified. He did that because he was using his formulation was higher viscosity composition. Because the viscosity is higher, if you -- you need a modified device so you can still get an optimized spray, if you will, for intranasal.

However, it was well-known in the art that if you wanted to use an unmodified device, meaning a commercially available device, then one way to still obtain a favorable spray pattern would be to make formulations of lower viscosity.

So we're in the obviousness argument. And I should have said at the outset the defendants' obviousness position is that Wermeling publication in view of the Dow brochure and in view of an understanding of a person of ordinary skill in the art renders the asserted claims obvious.

I'm going to talk about more underlying knowledge to show where the motivation is and understanding for viscosity is.

Here's the fascinating part. It's not only that it

was well-known that you could -- actually, one more point. I interrupted myself.

So really, one of ordinary skill in the art, looking to optimize their spray has two options. They can use a modified device or they can use an unmodified device and lower the viscosity of the formulation.

So we're not having several options; we have two options to achieve intranasal formulation that is optimized.

So not only was it well known in the art, the sole inventor of the patent-in-suit, himself, disclosed it ten years prior to his application that led to the patent. And this is in 1997.

Dr. Gizurarson is one of the named inventors. You might hear this exhibit being referred to as the Bechgaard patent, just to distinguish.

But you should note that Dr. Gizurarson is the same Dr. Gizurarson that is the inventor of the patents-in-suit.

Ten years prior to the priority date of his patent, he told the world -- it was already well known, but he told the world: The delivery system, the intranasal delivery system, according to the invention, can be optimized with respect to bioadhesion, sprayability or viscosity.

And how do you modify the viscosity in order to get optimized formulation? He goes on. He says: Glycofurol in concentration of only 5 percent has a surprisingly positive effect on the sprayability by reducing viscosity.

So he's saying that one way you can optimize intranasal formulations to have a better spray is to reduce the viscosity. And this was a principle that was well known as Dr. Wermeling will testify a little bit later today.

Now I get to the Dow brochure that I have been pointing to, which is also referred to as the Carbowax brochure.

So now we have the Wermeling formulation. We know that he used a modified device. We know that another way to do it is use a commercially available unmodified device and just work on optimizing to lower the viscosity.

How do we get there?

Well, first of all, it is not a long road because you have one of the most widely distributed brochure by Dow Chemicals for PEG and mPEG. Again, not a laundry list.

We're not taking you to some brochure that has a bunch of excipients. We're taking you to a brochure that

has on two categories of excipients: PEGs and mPEGs.

What does the brochure say about PEGs and mPEGs. It says they are the same family.

It says they are both pharmaceutically acceptable excipients, they're pharmaceutical grade, and he cites to the U.S. Pharmacopeia.

What does it say about what your options are? Remember, one of ordinary skill in the art is looking to make an intranasal formulation. So you would choose in the table provided between the PEGs and mPEGs, those PEGs and mPEGs that are liquid.

And you will see here that there are three PEGs listed that are liquid. And you'll see that mPEG 350, which is the middle column, is a liquid.

So here are the options: One is looking to make an intranasal formulation with lower viscosity.

How do the properties of PEG and mPEG differ?

Well, Dow doesn't focus on that because Dow says, no, they are, basically, interchangeable. So it doesn't distinguish between the properties.

If you see the top left highlight, it says: The physical properties of Carbowax PEGs and mPEGs depend on molecular weight.

So it's not distinguishing between PEGs and mPEGs. It's saying, within a category of PEGs or within a

category of mPEGs, it's the molecule weight that dictates the properties. But I am not drawing a distinction between a PEG and an mPEG if they are of similar weight.

Another thing I want to point to -- I'm going to skip a couple of highlights here, but on the bottom right here is a component, a wide range of substances are soluble in Carbowax PEGs and mPEGs.

The idea being that as far as different substances are considered, if they are soluble in PEG, they're probably going to be soluble in mPEG as well. It's not going to be any kind of surprise that that would happen.

And that's why I made the point at the outset. We are not talking about an API. We're talking about an excipient that is one of few excipients that is claimed and one of the few excipients that is actually in the commercial embodiment, Nayzilam.

It goes further. It says: Intermediate viscosities may be obtained by blending two different Carbowax products.

Meaning, if you wanted somewhere in the middle of a viscosity of a PEG and mPEG, use different proportions of each, so that you get the viscosity you want.

And it doesn't leave anything to the imagination. It goes on and gives you the viscosities.

You will see, for example, that the viscosity of PEG

400, which is the last row, is -- sorry, PEG 200, which is the first row, is 4.3. Then you will see mPEG 350 has the lowest viscosity.

And as I mentioned to you earlier, it is liquid at room temperature. MPEG 350 has a viscosity of 3.9.

So what's the reasonable expectation of success?

So if one were to combine mPEG and with formulations that were in the prior art, meaning combining Dow with the Wermeling publication, what are the expectations?

First, I would note that one would expect intranasal formulations of midazolam, generally speaking, to be safe and would have efficacy.

This exhibit is the Florida Regional Common EMS Protocol. I will refer to it as the EMS Protocols.

It's basically a protocol for emergency personnel to -- it's a protocol for emergency personnel to -- how to treat a seizing patient. And the idea is before they get to the hospital, what can we give them if they are just seizing or if they just had a seizure.

You see that one of the options that is provided to them is use the commonly available IV formulation of midazolam, put it in an atomization device, and give it to the patient.

This was publicly done before the priority date of the patent. Meaning, one of ordinary skill in the art

generally would have a reasonable expectation of success if they were using a non-optimized midazolam formulation for nasal spray and gave it as a nasal spray.

There's more. The solubilities of mPEG and PEG are expected to be similar. That's important because we are using both of them as an excipient in an intranasal solution, a midazolam solution.

Before I get to -- this is a U.S. Pharmacopeia, I should say. This one is dated 2006. It's basically a list of excipients and how they can be used.

What's important to note here is it says a grouping of excipients is done by functional category that is intended to summarize the most typically identified purpose for this excipient.

Meaning, when they take an excipient, they put it under the column where -- how they're usually used. And, again, this is in drug product formulations.

You have it here. You have in here every claimed excipient of the patents-in-suit.

It's listed under solvents. There are 31 solvents listed here. And you will see polyethylene glycol, which is a recited element. You will see propylene glycol, you will see water.

But more importantly, you'll see mPEG, which is one -- right below PEG is mPEG, but it's saying it can be

used as a solvent. We already saw the Dow brochure say they're basically interchangeable in terms of using them.

Here's another example. We're still continuing with reasonable expectation of success of using mPEG now.

And in this case, this is a list -- FDA keeps a list of all inactive ingredients that are present in FDA-approved products. MPEG has been use topically in an FDA-approved product. And one of ordinary skill in the art, knowing that mPEG is safe for -- in the topical product would know that it would also be safe for an intranasal product.

So this is not just our story, Your Honor. I want to show you some other documents that also confirm this story, in terms the understanding of intranasal midazolam formulations, how PEGs can be used, how mPEGs can be used.

This is an internal ITI document. You will hear more about Intranasal Therapeutics. It was a predecessor in interest to the -- to the plaintiffs' intranasal product.

And what you will see here, and I will flip you to the next page. This is a pre-IND document. And what this document essentially is doing is ITI is writing to the FDA and saying: Can we move to clinical studies for our midazolam formulation? What support do they provide

is the question.

So I will take you to one portion of this document, where ITI is talking about how they evaluated a pilot formulation. This pilot formulation does not contain mPEG, as I will show you in a second. But they are evaluating a pilot formulation against the formulation -- they call it the optimized midazolam nasal spray formulation.

So they're comparing this prior art pilot formulation to an optimized midazolam nasal spray solution -- formulation, and they're saying it was demonstrated -- they're saying this to the FDA. It was demonstrated that the two formulations have similar bioavailability.

Again, consistent with what the patent said. The prior art formulation and the formulation they're working on in the case and trying to optimize it, have similar bioavailability when administered at the same concentration.

They're saying to the FDA, because the pilot formulation is something that you know is effective, our new formulation has mPEG but can move and initiate clinical studies.

They say further, kind of continuing with the story and consistent with the story I presented, they're

saying, look, to the extent you have questions about mPEG -- this is them talking to the FDA, mPEG has already been used in products, topical products, and they give four examples of those topical products.

And again, they are using this to say, can we please move forward with clinical studies for our other formulation which contains mPEG.

This is just to confirm, Your Honor, that each formulation had midazolam base. Pilot formulation is E on the right there, and you will see it has no mPEG. And then the other formulations they are using have certain amounts of mPEGs.

Again, just to wrap it up, they conclude that formulation A, which is one of the ones with mPEG, have equivalent bioavailability compared to the pilot formulation E, which is the one without mPEG.

I want to move to secondary considerations, Your Honor, with the idea that, as we agreed earlier, one of the second considerations I will cover at the end.

First of all, one of the secondary considerations that they point to is failure of others, and we call it success of others because two of the failures they point to eventually ended up being successful. One is the Merkus formulation that they talked about, and the other is the Knoester formulation that they'll talk about.

So Nasolam is an approved product in Europe. It's an intranasal midazolam formulation. And this is a report from the EMA. And in this case, the EMA reports that over 50,000 units of intranasal midazolam have been dispensed since 2017 in the Netherlands. That's the Merkus formulation they're going to point to as failure. We are saying it was dispensed and it was being administered to patients.

And then they point to the failure of the Knoester formulation. But you'll see that eventually the modified Knoester formulation, over 1 million units were prepared. Over 1 million units were dispensed in the Netherlands over the last 20 years. Meaning, you had an intranasal midazolam formulation that was already being circulated in Europe.

I do want to point out that Nasolam is not a UCB product. It belongs to another company in Europe. So there's no relationship in terms of who owns Nayzilam versus Nasolam. I am probably going to struggle with the pronunciation, but here I'm talking about Nasolam.

This is the ones I want to skip. If you want to take me to Slide 48.

And I'll come back to that slide at the end, Your Honor.

So another evidence of secondary consideration they

point to is copying. Here's very straightforward. I think it's very clear that copying in an FDA context, when the FDA requires very specific excipients to be used in a formulation, is just not strong evidence.

In this case, Cipla was able to achieve a formulation with higher bioavailability than Nayzilam, but they could not file it as an ANDA because their formulation was a midazolam salt.

And FDA requires that for something to be an ANDA application, it has to be the same active. Nayzilam has midazolam base, so Cipla would have to have a Nayzilam base.

So the idea here is that these are FDA requirements that need to be met in order for Cipla to pursue an ANDA formulation.

I want to talk about long-felt but unmet need, but I'm just going to briefly touch on it because you're going to hear from Dr. Michael Privitera, Cipla's expert, who is a neurologist. You will see his credentials here in a second. The idea is he is going to talk in detail about long-felt but unmet need in our rebuttal case.

But the idea here is that what UCB is claiming is that Nayzilam satisfies this long-felt but unmet need. Well, oral benzodiazepine solutions were already available for the treatment of seizure clusters before

Nayzilam and before the priority date of the patents.

As I showed you already, intranasal formulations, unoptimized intranasal formulations, where they were taking the IV formulation and spraying it intranasally, were also widely available and they were being used to treat seizure clusters.

And then, as I showed you with the Wermeling publication, concentrated intranasal formulations of midazolam were also available.

So what did Nayzilam do? It just got added to the menu. And doctors commonly prescribed -- still commonly prescribed oral benzodiazepines. They still commonly -- right after that, there was Valtoco, a few months after, which is another intranasal formulation containing diazepam, another benzodiazepine. Well, Valtoco was a few months after Nayzilam and it's also widely prescribed.

So, essentially all of these different options are just being added to a menu of available options for a patient who suffers with seizure clusters. That hardly meets the requirement of long-felt but unmet need.

Unexpected results. They are claiming that midazolam in a formulation containing mPEG and other excipients somehow result -- somehow show unexpected results.

I want to show you an internal Upsher-Smith document. Here -- sorry, I skipped one.

I want to go back to industry praise. Again, Dr. Privitera will talk more about this, but most of the articles they reference for industry praise of their product, Nayzilam, also praises other options as well.

So it's just some articles that just review different options available. And then there are some articles where they're just stating factual data about Nayzilam.

Praise has to be awards. Has to be something about, you know, how this solved everything. We don't have to use anything else anymore. That's not the case. Just one of the available items on the menu.

Now I will get to unexpected results. Sorry for bouncing around.

So this is an internal Upsher-Smith document, and it talks about the solubility of midazolam in PEG and mPEG. And you will see, Your Honor, that they're comparable. No surprise.

Midazolam, solubility on the first row. And mPEG and midazolam -- mPEG 350, actually, and midazolam solubility on the second row to PEG 400. They are both comparable.

There are no unexpected results here. Dow and other

prior art references I just talked about teaches that you can consider mPEG and PEGs.

I was going to end with a word from the inventor, now it's going to be second to last.

But Dr. Gizurarson, and you will hear his invention story or lack of it, a little bit later today, but you'll see that Dr. Gizurarson in 1997, which is -- 1997, which is the Bechgaard patent I showed you earlier -- disclosed an example where he dissolved midazolam in PEG 200.

And then, bottom right is his Icelandic application. So bottom right is the application that led to the patents-in-suit that are in -- that are litigated here. So the Icelandic application in its example says -- discloses midazolam and then the different excipients, including mPEG.

The examples are almost worded exactly the same. In 1997 he was trying to get a patent where he thought the glycofurol was his new excipient. Now he's trying to get -- he got a patent where he thinks methoxy-polyethylene glycol is his new excipient.

And then here's an internal PowerPoint presented by Dr. Gizurarson at ITI. And here he's talking about his mPEGs.

What does he think about his mPEGs? What he thinks, they're the same family. He puts polyethylene

glycol, glycofurol and methoxy-polyethylene glycol in the same family.

What else does he think? He's talking about mPEG. The whole presentation is about mPEGs.

What else does he think? He says the stability is excellent in the absence of oxygen, like other PEGs. MPEG, like other PEGs.

What does he say about stability in water? Stability in water is excellent, like other PEGs. MPEG, just like other PEGs.

What else does he say? Magical. He says "Replace every formulation out there that has PEG and put mPEG in it."

PEG, and therefore, mPEG, is one of the few compounds that I use enable to protect proteins. Again, because PEG has those properties, mPEG has those properties.

Next one, PEG, therefore, mPEG, are bio-adhesive and it continues. Because PEGs are bio-adhesive, mPEGs are bio-adhesive.

And, your Honor, this is probably a good time for us to clear the courtroom and then I will sum up the case.

**THE COURT:** Okay. I will ask the courtroom deputy to seal the courtroom.

* * *

(Whereupon, the courtroom is sealed.)

* * *

**THE COURT:** I will just ask counsel if you recognize everybody in here. Is there anybody who is not supposed to be in here?

**MR. PATEL:** We're fine.

**THE COURT:** Okay. I will state for the record both sides appear to be in agreement.

**MR. PATEL:** I want to go back to one of the secondary considerations that plaintiffs have put forth, which is licensing.

Licensing -- licensing has to do with the value of the patents in this case. So what did UCB think about the patent it acquired?

The first thing I want to note is that they had an opportunity to acquire this product in 2007 time frame, and they passed because the clinical package wasn't advanced enough. They ended up acquiring it years later when the clinical package was further down the road.

So the idea was that they wanted a product that wasn't the best. They just wanted the fastest product. And so they acquired it when the clinical

product was more in the sophisticated stage.

More importantly, what is the value they placed on this patent?

As Your Honor will recall, this patent is subject to the orphan -- I'm sorry -- this product is subject to the orphan drug exclusivity, which expires in May of 2026, meaning independent of the patent issue, one of -- ANDA cannot get approved before -- with the orphan drug exclusivity before May 2026 -- with the orphan drug designation before May 2026.

The patent expires -- the patents-in-suit expire in January of 2028. There's about 18 months in between. If you look at this internal document, the executive summary of their productions of Nayzilam, their product, you notice [redacted]

[redacted]

[redacted]

[redacted]

So, Your Honor, just to sum it up, we submit -- we submit that the asserted claims are anticipated. We also submit that the asserted claims are obvious, in view of Wermeling, in combination with the Dow brochure and the understanding of a person of ordinary skill in the art.

I thank you for your time, but I'm happy to answer questions as well.

**THE COURT:** Thank you very much.

Can we unseal the courtroom?

All right. Let's unseal the courtroom.

(Whereupon, the courtroom is unsealed.)

**THE COURT:** All right. Please go ahead.

**MR. SABA:** Good morning, Your Honor. Kaveh Saba on behalf of Plaintiffs UCB, Hananja, and the University of Iceland.

This dispute involves patents that cover UCB's drug product, Nayzilam, the first approved FDA intranasal product for the treatment of acute repetitive seizures.

There are four critical facts that the evidence will show and that we ask the Court to keep in

mind throughout this week.

The first is that prior to Nayzilam, the industry had spent decades searching for an intranasal product for accuse repetitive seizures. The only FDA approved product prior to Nayzilam for this condition was a rectal gel.

Second, the key excipient, as you've heard, in Nayzilam and the patents-in-suit, is methoxy-polyethylene glycol, or mPEG. It had never been used or disclosed in the prior art for any intranasal formulation for any drug.

And third, Cipla's expert, Dr. Wermeling, who's also, as you saw, the sole author of Cipla's primary art -- prior art reference. He tried, himself, to develop an intranasal midazolam product for the U.S. market just prior to the invention here. Not only did he not succeed, but the evidence will show that he doesn't remember if he even knew about the excipient mPEG here.

The defendant today -- this is the fourth point -- Cipla, asserts that, as you heard, mPEG and PEG are interchangeable. MPEG is a predictable variant of the conventional excipients. Nothing special.

But Cipla, itself, was unable to develop a non-infringing formulation. And what it did is, it resorted to copying Nayzilam and the exact excipients

that it was not required to copy instead.

We submit that, at the end of this trial, the Court will agree that Cipla's and its experts' theories of invalidity, and in particular on the innovative use of mPEG here, are merely improper hindsight.

Nayzilam is indicated for the treatment of a condition referred to as "acute repetitive seizures" in patients with epilepsy.

Epilepsy is a chronic neurological disorder. It affects around 50 million people worldwide.

And acute repetitive seizures, that refers to a condition in which epilepsy patients have seizures that occur in clusters, in close succession over a short period of time, even when those patients are on their regular anti-seizure medication.

Now, Your Honor will hear the term "acute repetitive seizures, seizure clusters, cluster seizures, ARS." These generally refer to the same condition.

Seizure clusters pose significant health risks. Patients are at increased risk of head trauma, fractures, hospitalization and death.

And if these seizures -- these acute repetitive seizures, if they're not rapidly and adequately treated, they can escalate. They can even turn into a condition called "status epilepticus." And

that's a sustained life-threatening seizure.

You'll hear this week from plaintiffs' clinical expert, Dr. Pavel Klein. And he'll talk to you about the history and treatment of acute repetitive seizures. Dr. Klein is a board-certified neurologist and epileptologist. He has over 35 years' experience treating epilepsy patients, including patients with acute repetitive seizures. And since 2003, he served as the director of the Mid-Atlantic Epilepsy & Sleep Center.

As Dr. Klein will explain, given the significant health risks that cluster seizures pose, physicians have long attempted to treat them, since at least as far back as the 1980s, with what are called "rescue medications."

A rescue medication is a medication that is administered to the patient, either during the patient's seizure or immediately after, as soon as possible.

Physicians looked to the class of drugs to which, the active here, midazolam belongs -- that's a class called benzodiazepines -- for this purpose.

The problem was that the treatment options prior to Nayzilam were limited and inadequate to meet patients' needs.

The only FDA-approved product was a rectal gel called Diastat. This was invasive, socially

embarrassing, and simply unacceptable to many adults and adolescents.

The other primary option was oral lorazepam tablets. That's what physicians resorted to. But as you can imagine, a patient suffering from a seizure, taking an oral tablet is quite difficult, if not impossible. And that's also true of the state after a seizure. Patients can be unresponsive. They can be unconscious in what's called the postictal state.

Another option, which is in a small minority of patients, was the off-label administration of the IV formulation of midazolam intranasally. This was a highly dilute compounded product that would require pouring or spraying an amount of liquid that's ten times the volume of the nasal cavity in the nose.

Nayzilam, in view of the options that came before, was a true advance in the treatment of ARS.

What Nayzilam provided was, as shown in the label, a single dose spray unit containing 5 milligrams of midazolam. That's the therapeutically effective dose in just .1 milliliters of solution, 100 microliters. And that's important because that's essentially the volume of the nasal cavity.

Dr. Klein will explain that one spray can prevent the next seizure from occurring, can stop the

cluster from escalating, and can mitigate the significant health risks to the patients associated with this condition.

Nayzilam is embodied in the two patents in this case, '033 and '322 Patents. The sole inventor of these patents is Dr. Sveinbjorn Gizurarson, a professor at the University of Iceland.

At the time of the invention, he had been working on intranasal benzodiazepine formulations for about 20 years, but he hadn't found a set of excipients that could go the distance yet.

So in 2006, he came up with the idea to use an excipient that had never before been used in any intranasal formulation. And that's mPEG 350.

While mPEG 350 had been commercially available from Dow since the 1940s, prior to Nayzilam in the formulation context, it had only been used in a couple of soap products, a vaginal gel, and one pharmaceutical product, a topical gel for the skin.

Dr. Gizurarson filed his first patent application in January 2007. And as you've heard, that's the undisputed priority date here.

The two asserted claims, summarized on this slide, are Claim 13 of the '033 Patent and Claim 10 of the '322 Patent. Both of these are dependent claims.

And what Claim 13 is directed to is an intranasal formulation with a specified concentration range of midazolam, using a particular grade of mPEG, mPEG 350, as well as the excipient propylene glycol, polyethylene glycol or PEG 400, and water, in addition to the mPEG 350.

And Claim 10 is specifically directed to the midazolam base form, Claim 10 of the '322 Patent, rather than salt.

Now, Cipla has stipulated that its proposed generic copy of Nayzilam infringes both of these claims. Cipla has also stipulated that Nayzilam embodies both these claims.

So as you've heard, Cipla's only arguments are on invalidity, which Cipla, of course, bears the burden of clear and convincing evidence to prove. They argue that the claims are anticipated or obvious.

For these defenses, the key question -- or a key question is whether the critical excipient was disclosed by a different excipient, PEG, or would have been obvious to use to a person of skill in the art in an intranasal midazolam formulation in 2007.

In responding to Cipla's arguments on intranasal formulations, and in particular on mPEG, you will hear from plaintiffs' expert Dr. Hugh Smyth.

Dr. Smyth is a professor in molecular pharmaceutics and drug delivery at the University of Texas, College of Pharmacy. His research focuses on the development of novel drug delivery systems, including intranasal systems. He's the founder of four pharmaceutical start-up companies, and has also published more than 175 peer-reviewed articles.

And what Dr. Smyth will show, is how mPEG is a different excipient from PEG, with a different chemical structure. MPEGs have a methoxy terminal group on one end, in contrast to the hydroxy group of PEGs.

And as I mentioned, despite having been commercially available since the 1940s, mPEG had never been used in any intranasal product. Just one pharmaceutical product, the topical gel I mentioned.

As Dr. Smyth will testify, it hadn't even been recited, suggested in any prior art reference anywhere for intranasal administrations, much less for benzodiazepines, the class, or midazolam specifically here.

Dr. Smyth will explain how mPEGs effect in intranasal formulations was largely, if not entirely, unknown. And he'll explain how seemingly small structural changes, and even seemingly small structural changes can have significant impacts on an intranasal

formulation.

In fact, the evidence will show that FDA recognized the novelty of this excipient mPEG in its review of Nayzilam's ANDA, including mPEG's unknown safety effects in an intranasal formulation.

If FDA specifically required the proponents of Nayzilam to run multiple toxicology studies specific to mPEG 350 in two different animal species before they would consider approval of mPEG for an intranasal product, Nayzilam, the evidence will show that mPEG was not a known excipient for intranasal use, by any means, and was not merely an obvious extension or interchangeable with conventional excipients like PEG, as Cipla and its expert, Dr. Wermeling, now contend.

Now, as I mentioned at the outset, what's somewhat unusual about this case is that Cipla's formulation expert, Dr. Wermeling, is also the sole author of their primary prior art reference, and that he had been working on intranasal midazolam formulations for years prior to the invention.

And what you will hear from Dr. Wermeling this week is he'll opine that, well, it would have been obvious to use mPEG to any person of skill in the art in an intranasal formulation as of January 2007.

But the evidence will show that Dr. Wermeling,

himself, never used or thought to use mPEG in any intranasal formulation prior to the invention.

What the evidence will show is that Dr. Wermeling began working on intranasal midazolam formulations back in 1997, 1998. He went so far as to file an investigational new drug application on intranasal midazolam in 1999. He filed a patent application five years later, in 2004, the primary reference that Cipla asserts here. He then published on his intranasal midazolam work in 2006, and again in 2009.

But throughout all of this work, the evidence will show that Dr. Wermeling never used, never disclosed, never suggested mPEG anywhere.

So it begs the question: How is it obvious to a person of ordinary skill in the art, in 2007, to have used mPEG, as a routine matter in an intranasal midazolam formulation, when it didn't even occur to Dr. Wermeling at the time?

Now, despite all of this, evidence of what Dr. Wermeling did, what he failed to do, Cipla, as you heard, will argue that his reference actually did disclose the claimed invention here, and, therefore, it anticipates. We submit that the evidence will show this argument is factually and legally erroneous.

To prevail on anticipation, Cipla has to show

by clear and convincing evidence that a single prior art reference, the Wermeling '359 publication, itself, discloses each and every element of the claims.

The evidence will show that Dr. Wermeling's publication does not disclose methoxy-polyethylene glycol or mPEG as required in the claims, and for that reason, it doesn't anticipate.

Indeed, there's no dispute that his application doesn't state methoxy-polyethylene or mPEG anywhere.

The theory you will hear, and you've heard a little bit so far, is that the disclosure of a different excipient, PEG or even, more broadly, alcohols, that really refers to mPEG.

The evidence will show this is clearly incorrect.

PEG and mPEG are different compounds with different chemical structures, as we've already seen.

So what you will hear from Cipla are things like, well, mPEG would be thought of together with PEG, or mPEGs and PEGs are part of a family or mPEG would be easily derived from PEG. That's not the law of anticipation.

The law requires mPEG to be actually present in the publication. Not something that a person of skill

might think of or is related to a different one. It has to actually be there, disclosed. And it also has to be there combined with the other elements of the claim.

A POSA here would not have understood that the reference to PEG disclosed the different compound, mPEG, either expressly or inherently. Much less in addition to the other excipients claimed in Claim 13, including PEG 400 itself.

The lack of anticipation here will be clear on the face of the Wermeling '359 publication.

So Cipla points to evidence outside of the single Wermeling '359 reference, which is contrary to the law of anticipation, and which will only further refute Cipla's assertions.

As you heard earlier, Cipla relies on a sales brochure from Dow Chemical Company for the Carbowax products. But the Carbowax brochure lists mPEGs and PEGs separately and provides different properties for each. For example, their hygroscopicity.

So Cipla next asserts an obviousness argument based on the same Wermeling '359 publication in view of the Carbowax brochure. I note that both of these references were considered by the Patent Office during prosecution.

Now, obviousness, of course, requires the

challenger to show by clear and convincing evidence a motivation to combine the references to arrive at the claimed invention and a reasonable expectation of success to do so.

The evidence will show that there was no motivation or reasonable expectation of success in using mPEG in an intranasal midazolam formulation.

As to these references, first, there's no disclosure of mPEG anywhere in the Wermeling '359 publication. And the Carbowax brochure doesn't disclose mPEG for intranasal formulations at all.

With respect to the Carbowax brochure, when it comes to excipients for intranasal pharmaceuticals, the Carbowax brochure discloses only PEGs, polyethylene glycol, for this use. In fact, this becomes abundantly clear when you see that the sole pharmaceutical application for mPEG disclosed in the Carbowax brochure is as a chemical intermediate. That's something entirely different from use as an excipient.

And this will also show that the Carbowax brochure, when it discloses that PEGs and mPEGs can both be used for a particular application, it says so.

As another example, Carbowax talks about cosmetics, lotions, creams and states PEGs and mPEGs can be used, unlike for pharmaceutical applications and for

excipients and for intranasal applications in particular.

The Carbowax brochure refutes Cipla's argument that PEGs and mPEGs were known to be interchangeable, particularly when it comes to pharmaceuticals. There's simply nothing in there to disclose or suggest the use of mPEG in intranasal formulations in contrast to the PEG.

Now, Cipla will argue that a person of skill would have been motivated to add mPEG, as well as water, which is required by the Claim 13, to improve tolerability of the formulation. They argue that a person of skill would have done so by taking another excipient of the Wermeling formulation, reducing that down or getting rid of it, propylene glycol, and replacing that excipient with mPEG and water.

The evidence will show that there is no disclosure, there's no suggestion, no understanding of a person of ordinary skill in the art that this would be true. And certainly not with any reasonable expectation of success.

The Wermeling publication and the rest of the prior art offer no disclosure or suggestion to even reduce that excipient or remove that excipient, propylene glycol, that Cipla says a POSA would understand clearly to remove.

And the prior art certainly offers nothing to

say use mPEG as a replacement for that excipient, propylene glycol. The formulator would further understand -- oh, apologies, Your Honor.

A formulator would further understand that adding water jeopardizes the solubility of the drug because midazolam is poorly soluble in water.

The other argument that you heard Cipla advance and that they will advance at this trial is to recast mPEG as an obvious choice for intranasal midazolam formulations, contrary to what the references say, by saying, well, you use it to decrease viscosity of Dr. Wermeling's intranasal formulation.

But the only thing Dr. Wermeling's publication says with respect to viscosity agents is agents that increase viscosity, not decrease it. And even if a person of skill in the art would have thought to decrease viscosity, the evidence will show there was no motivation to use mPEG to achieve that asserted goal.

Cipla points to a single viscosity measurement for mPEG in the Carbowax brochure. That evidence is far from sufficient to motivate a POSA to use mPEG in the Wermeling '359 application, much less with a reasonable expectation of success.

Now, I mentioned that Cipla's arguments, one thing they ignore is the poor solubility of midazolam in

water. That's explicitly recognized in Cipla's asserted prior art.

The Merkus '893 publication, which is one of the references that Cipla replies on, what it teaches is that the aqueous solubility of the midazolam base at neutral pH is too low to prepare suitable midazolam formulations.

And so what the '893 publication says is use a different method for solubilizing the midazolam, use the midazolam salt form, not a novel excipient like mPEG or water.

As Dr. Smyth will explain, Cipla's arguments overlook the multiple interrelated factors, the multiple interrelated parameters, that a person of skill must consider and must balance in determining which excipients may be appropriate to use in an intranasal formulation.

These include, not just viscosity, tolerability, but things like solubility I mentioned, stability, sprayability of the nasal spray, among other factors.

The goal of the formulator is to select the excipients that can be reasonably expected to achieve the balance of these properties in an intranasal formulation.

But a person of skill wouldn't have known how mPEG would affect these parameters.

What it would do an intranasal formulation was essentially unknown. It hadn't been used or disclosed in any intranasal formulations. There was no information about whether and how it would solubilize midazolam, which is important, of course, how its inclusion would affect things like stability or its tolerability when administered intranasally.

As I mentioned earlier, FDA, the arbiter of all drug products in the United States, they require toxicology for this excipient in two animal species before they consider approval.

Now, Cipla pointed to some FDA correspondence between the proponents of Nayzilam and FDA pointing to Dr. Wermeling's IND, the previous formulation, as somehow indicating there were no new unique concerns with mPEG; everything was fine.

If we can pull up Defendants' Slide 37.

So this is where Cipla's counsel said, look, ITI was pointing to previous formulations, what ITI said, well, you know, the safety of our formulation, can we limit the number of studies we have to run based on the prior -- some prior work?

What they didn't tell you, what they left out was what FDA said in response.

If we can pull up DTX-2586 right here.

What FDA responded was, No, you cannot do that because the proposed clinical formulation contains a novel excipient, mPEG 350, two-week toxicity studies in two species using a new formulation would be needed. That's what Cipla left out of its slide.

Now, in Cipla's next slide, Slide 38, they pointed to another question from ITI to FDA.

Can we turn to Slide 38.

Where the proponents of Nayzilam proposed limiting safety studies in part by citing to the topical gel product, the lubricant, and soap products. Said, well, mPEG has been used here, so can we limit some of our safety studies?

But, again, what Cipla's slide and what Cipla's counsel left out was FDA's response.

If we can turn to DTX-2586 again, Page 145.

And as to this question of whether the previous four products I mentioned -- the soaps, the lubricant, pharmaceutical product, the gel on the skin -- would provide a basis to limit toxicology studies, FDA said, no. The marketed products referred to are not relevant to the current proposed use.

Now, if we can turn back to slide PDX-1-22, please. Thank you.

Now, you also heard, and what you will see

throughout this trial is Cipla suggesting that the use of mPEG in intranasal formulations was known based on sort of a hodgepodge of background references, things that they say would reflect the general understanding of a person of skill in the art.

But these references will either be publications that disclose or suggest the use of a different excipient, one that's substantially different from mPEG.

For example, that Bechgaard '608 reference that included the named inventor a decade prior, they use an excipient called glycofurol, different from mPEG.

Four of these publications will happen to mention mPEG, but are not directed to intranasal formulations at all.

For example, if we can turn to defendant's Slide 15 in their opening.

Cipla relied on this reference at the outset, and said, Well, this shows that a person of skill would generally know mPEGs include mPEGs.

Cipla could not find an intranasal reference for this purpose. They couldn't find a single generalized excipient database or pharmaceutical treatise that could support its position.

All Cipla could find was a single patent

publication directed to, as Cipla's attorney said, injectable sustained release compositions. Polymer paste. This has nothing to do with intranasal formulations, and it has nothing to do with the general understanding of a person of skill in the art.

Now, Cipla will also point to the -- and did point to the inventor's own confidential PowerPoint in which the inventor was advocating for commercial development of the invention. Cipla's counsel spent several slides on this. And perhaps it goes without saying, but what the inventor said in a confidential meeting to try to get pharmaceutical companies to use and help market his invention after the priority date, that has zero relevance to what a person of skill in the art would have known or expected in 2007 in view of the prior art.

Now, Cipla may try to sidestep the questions of obviousness, of motivation, and reasonable expectation of success entirely by reframing the issue as one of mere substitution. They appear to argue, at times, that it, essentially, would have been obvious to try mPEG as a substitute for one of the excipients in Dr. Wermeling's formulation.

This argument misunderstands the law on obviousness. And specifically, KSR, which tells us: An

obvious to try theory, of course, may be viable, but only where there are a finite number of identified predictable solutions.

That's not what we have in this case at all.

The evidence will show that mPEG was never identified as a known option for intranasal use, and certainly wasn't predictable in terms of how it would perform. And even if a person of skill in the art were to venture outside the universe of intranasal excipients, the number of potential options would be vast, not small or finite as the law requires.

The evidence will also show that the properties of mPEG that were disclosed in the prior art, including its viscosity, they were actually different from, for example, PEG 400 and propylene glycol.

And a substitution theory here would be legally insufficient anyway, particularly for Claim 13, because that claim requires mPEG in addition to PEG 400, in addition to propylene glycol, and in addition to water.

The evidence will show that there was no motivation, no reasonable expectation of success, and no finite set of predictable solutions to lead a POSA to use mPEG in an intranasal midazolam solution, let alone as combined in the asserted claims.

Now, as I also mentioned at the outset, the evidence of Cipla's own efforts on intranasal midazolam, prior to this litigation, will contradict their arguments on obviousness.

Cipla's efforts will show that mPEG is not merely a predictable variant or, I think we heard, interchangeable with conventional excipients like PEG.

The evidence will show that when it came time, in 2018, to develop a generic version of Nayzilam, what did Cipla try to do?

It tried to design around the patents and, in particular, the use of mPEG to avoid infringement. Cipla tried numerous different formulations, numerous different excipients in a multiyear effort to find a suitable alternative to Nayzilam's mPEG-based formulation using the same active ingredient.

What did Cipla do?

In the end, it abandoned its non-infringement design around strategy, and it resorted to copying the formulation of Nayzilam, including its key excipient mPEG 350.

If mPEG were simply interchangeable with, just like other PEGs, just like other conventional excipients, then why didn't Cipla simply interchange it out with the same active ingredient?

Because it couldn't.

Now, it's not just what Cipla did or failed to do, it's also what Cipla said privately prior to this litigation about mPEG that contradicts these arguments here.

During that multiyear effort to try to design around mPEG, Cipla referred to mPEG as the "special excipient," as that of the reference listed drug.

In another internal Cipla e-mail, May 2020, before taking its litigation positions on invalidity in this case, Cipla characterized mPEG by -- referred to as its synonym "PEG 6 Methyl Ether." It referred to it as a "novel excipient" at that time.

These statements will also show Cipla's praise for the invention before their design around efforts failed and before they reversed course for purposes of invalidity in this litigation.

In addition to praise, you will hear other evidence of non-obviousness -- other evidence of objective indicia of non-obviousness this week.

First, you'll hear from Dr. Klein that Nayzilam addressed a long-felt but unmet need.

As the Court is well aware, such evidence favors non-obviousness, because if the solution to a problem would have been obvious, the need wouldn't have

persisted.

But Dr. Klein will show how the medical industry has recognized and published on the need for a suitable rescue product and, in particular, an intranasal rescue product for the treatment of acute repetitive seizures for decades.

The first and only approved product in this space for this indication prior to Nayzilam was the rectal gel product Diastat in 1997.

And over the next decade, immediately after Diastat's approval, multiple pharmaceutical companies, they tried -- and, of course, Cipla's expert Dr. Wermeling, he tried -- to develop intranasal midazolam for the U.S. market, and intranasal benzodiazepine for the U.S. market. None of them succeeded until Nayzilam in 2019.

The evidence will show that Nayzilam addressed the long-felt need here. It is prescribed regularly, in fact, not just by plaintiffs' clinical expert, Dr. Klein, but also by defendants' clinical expert, Dr. Michael Privitera, to the benefit of both their patients.

Now, Cipla's lawyers will argue that other options had already met the need prior to the invention and prior to the Nayzilam here.

Dr. Klein's testimony and the medical literature, they'll refute this, as will Cipla's own statements prior to this litigation.

In Cipla's own patent application on intranasal midazolam, filed in 2018 -- that's after the priority date, but prior to the approval of Nayzilam -- Cipla stated: There is an urgent need for the availability of nasal formulations with highly increased midazolam concentrations in comparison with the midazolam injection solutions.

Now, in view of this well-documented, long-felt need, as I mentioned, many formulators -- many pharmaceutical companies tried, but they failed to develop an intranasal benzodiazepine formulation for the U.S. market.

To highlight just one example that you'll hear this week, is that of Dr. Franciscus Merkus. He tried to develop intranasal midazolam with a company called Schwarz Pharma. This is the same Dr. Merkus who's the sole author of one of Cipla's other prior art references, the Merkus '893 publication.

And what the evidence will show there, is that during preclinical development, Schwarz Pharma conducted animal toxicology studies on Merkus' formulation, and what they showed were impacts on bone structure of the

animals without recovery.

Schwartz described this -- at the time was a confidential report -- as an unusual and severe finding. That is, there were changes to the bone in the dogs' noses caused by the administration of Merkus' intranasal formulation in the study.

This was clear failure. And as a result, Schwarz Pharma ended its development of Dr. Merkus' formulation in 2006.

This is just one of the many failures to develop intranasal benzodiazepines that supports non-obviousness of the claimed invention here.

The evidence will also show objective indicia of non-obviousness in the form of licensing. Multiple pharmaceutical companies were interested in the invention, and multiple pharmaceutical companies licensed the invention, embodying Nayzilam.

The evidence will further demonstrate copying by Cipla, as I described earlier, of the claimed mPEG-based formulation of the patents.

Now, as you heard, Cipla will try to discount the weight of this evidence by saying that FDA requires bioequivalence for a generic copy of Nayzilam. But FDA does not require generic intranasal products to have the same excipients as the reference drug.

Cipla could have used alternative excipients to try to design around the patents, so long as those excipients matched the performance of Nayzilam. But Cipla came up empty. So it deliberately copied Nayzilam's formulation instead.

And yet now, as you heard, Cipla turns around and asserts that this innovative mPEG-based formulation, this is merely routine, ordinary, other excipients are interchangeable with that one.

Cipla's litigation argument, it's precisely the type that the Federal Circuit has instructed should carry diminished weight.

Now, Cipla's final argument, as we understood it, was on invalidity with non-enablement. We take it that Cipla has dropped that defense.

And in any event, the Patent Office concluded, in its review of the prior art, that the claimed invention is both non-obviousness and specifically concluded the claims are fully enabled.

In conclusion, Your Honor, we submit that the defendants will not be able to meet their heavy burden of clear and convincing evidence to prove their case, and that the evidence will show that the asserted claims are not invalid.

Thank you, Your Honor.

**THE COURT:** Thank you.

Okay. We've been going for about an hour and a half at this point.

What do we have up next?

**MR. PATEL:** Your Honor, may I clarify one point? Counsel mentioned that we dropped enablement position. We have not.

**THE COURT:** Okay.

**MR. PATEL:** And up next is defendants -- defendants will call Dr. Daniel Wermeling.

**THE COURT:** Okay. And how long, approximately, do you think that direct testimony will take?

**MR. PATEL:** I want to say between two and a half to three hours.

**THE COURT:** All right. Well, we'll take our 15-minute morning break at this time, and we will reconvene just after 11:20.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

**MR. GIUNTA:** Your Honor, defendants -- the defendants would like to call their first witness, Dr. Daniel Wermeling.

**THE COURT:** That's fine.

Please approach.

**MR. GIUNTA:** May we approach to distribute witness binders?

**THE COURT:** Yes.

Please take a seat.

**THE CLERK:** Sir, please state and spell your name for the record.

**THE WITNESS:** Daniel Paul Wermeling.

**THE CLERK:** And can you spell it for the record?

**THE WITNESS:** D-A-N-I-E-L; Paul, P-A-U-L; Wermeling, W-E-R-M-E-L-I-N-G.

DANIEL PAUL WERMELING, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**THE CLERK:** Thank you. Please be seated.

**MR. GIUNTA:** Your Honor, as a housekeeping matter, there are no objections to exhibits. And so the question for you is: Would you like us to enter them into evidence as we go along or all at once at the end after we've used them?

**THE COURT:** Let's enter them into evidence as we go along, please.

**MS. HANSEN:** To be clear, my understanding is that there is an additional exhibit that you were going

to be using with Dr. Wermeling?

**MR. GIUNTA:** Not an issue.

**THE COURT:** All right. Great. Let's proceed.

DIRECT EXAMINATION

**BY MR. GIUNTA:**

**Q.** Dr. Wermeling --

**MR. GIUNTA:** Before we get started, we would like to inform the Court that Dr. Wermeling is diabetic. He is wearing a Dexcom device. For that reason, he keeps his phone, which is connected to the device, handy. And if he has issues with blood sugar or has a low, he may alert us to that.

**THE COURT:** That's fine. You may notice sometimes, from time to time, I look at my watch during the course of the trial. I'm also monitoring someone's blood sugar. So I'm familiar with the process, and it's totally fine.

**MR. GIUNTA:** Thank you. Thank you, Your Honor.

**BY MR. GIUNTA:**

**Q.** Now, Dr. Wermeling, have you prepared a set of demonstratives today?

**A.** Yes.

**Q.** Those are in the back of the witness binder, hard copies.

Dr. Wermeling, you're being offered as an expert in this case. What is your area of expertise?
**A.** I am a pharmacist and have experience in clinical pharmacology, clinical trials, and intranasal drug delivery.
**Q.** How long have you been a pharmacist?
**A.** Since 1983.
**Q.** What is your current professional title?
**A.** I am an Emeritus Professor of Pharmacy at the University of Kentucky and CEO of my company, AntiOp Inc.
**Q.** As part of your demonstratives, have you prepared an overview of your testimony today?
**A.** Yes, I have.
**Q.** So here's a brief overview. And the first thing on there is your credentials.
**MR. GIUNTA:** Can we go to the next slide, Erik.
**BY MR. GIUNTA:**
**Q.** Dr. Wermeling, you have the witness binder in front of you?
**A.** Yes, I do.
**Q.** I'd like for you to turn to DTX-2627, which is Tab 1 in your binder.
I'm showing you what's been marked DTX-2627. What is this document?

**A.** This is my curriculum vitae.
**Q.** Does your CV show your complete professional history?
**A.** Yes, sir.
**Q.** What's the highest degree that you've obtained?
**A.** A Doctor of Pharmacy degree.
**Q.** What, if any, post-degree training did you receive?
**A.** I -- like I said...
**THE COURT:** I know that sound.
**THE WITNESS:** Sorry.
**THE COURT:** Should we take a brief recess?
**THE WITNESS:** No, it's on the upside, not the downside.
**THE COURT:** Okay.
**THE WITNESS:** I completed a clinical pharmacy residency and a drug development fellowship all at University of Kentucky Hospital and at the University of Kentucky College of Pharmacy.
**BY MR. GIUNTA:**
**Q.** When did you return to the University of Kentucky as a professor.
**A.** In 1990.
**Q.** When did you begin developing intranasal drug products?
**A.** My first clinical evaluation was in 1995, and then at the request of a new sponsor company, Inhalation

Therapeutics, in '96, '97 era, asked us to consider developing intranasal formulations.

**Q.** And what intranasal formulations have you developed?

**A.** In that area, at that period of time, it was intranasal hydromorphone, butorphanol, lorazepam, midazolam, and haloperidol.

**Q.** Can you tell us a little bit about your clinical trial experience?

**A.** Probably over a hundred clinical trials in all phases, all kinds of different medicines and different categories, and drug delivery systems.

**Q.** What experience do you have with intranasal formulations for the treatment of epileptic seizures?

**A.** Could you repeat that again? I didn't quite hear the beginning.

**Q.** What experience do you have with the treatment -- with intranasal formulations for the treatment of epileptic seizures?

**A.** So we developed an intranasal formulation for lorazepam, an anti-epileptic drug, and for midazolam, which was of the same class, benzodiazepines. Didn't have the label at the time, but was used off-label to treat seizures.

**Q.** Where did you develop the intranasal midazolam and lorazepam formulations that you refer to?

**A.** At the Center for Pharmaceutical Science and Technology at the University of Kentucky College of Pharmacy.

**Q.** Where did that development continue and progress after that?

**A.** So the progression, then, moved to the construction and outfitting of a new building on university property called the Coldstream Research Campus, and so a new building was built there to perform production of nasal sprays according to FDA standards and to, then, outfit it for laboratories and for the personnel.

**Q.** Did there come a time when the university entered into a licensing agreement with an outside company to develop it further?

**A.** Yes. So the university licensed the various research projects that were funded into kind of an omnibus agreement.

**Q.** Who was that with?

**A.** It was with Intranasal Technology Inc.

**Q.** What was Intranasal Technology Inc.?

**A.** It was a company founded by Mr. Edwin Cohen. He was one of the cofounders of Barr Laboratories.

After his retirement from Barr, he still had an interest in intranasal drug delivery, and so he came to the University of Kentucky for this because one of my

faculty predecessors, Dr. Anwar Hussain, had a number of patents in the field.

**Q.** So as your development continued at ITI, did you take on roles within ITI?

**A.** Yes. So I was the chief operating officer, if you will. So I took a leave of absence from the university beginning in 2002, and I completed that in 2004 and then returned to campus full time.

**Q.** And during that time, did you work on developing your intranasal midazolam product?

**A.** No. Because we didn't have any money to really do much of anything, and the funding would have to come from ITI back to the university because our laboratories weren't suitable yet to do work itself.

**Q.** What ultimately happened with your intranasal midazolam formulation?

**A.** Well, I didn't really know much of anything until this litigation, so through that time period, I didn't know.

**Q.** Have you developed an intranasal product that has received regulatory approval?

**A.** Yes.

**Q.** What product is that?

**A.** Its brand name is Nalscue, which is Naloxone nasal spray for the treatment of opioid overdose.

**Q.** Where is that approved?
**A.** In Europe.
**Q.** Is that a rescue medication?
**A.** It is.
**Q.** What experience have you gained on the business side of the pharmaceutical industry in your various roles?
**A.** So as a professor and an inventor, we are required to disclose any potential inventions.

The university, if they believe there is one, claims ownership, and they can then pursue with attorneys the potential invention to get a patent.

If there's a license to be issued, the university attorney for the University of Kentucky Research Foundation, the owner, then consults faculty on the licensing business terms, if you will; not the legal form, but on what -- if there's upfront payments, if there's royalty rates, et cetera.
**Q.** And how about in your current capacity, do you have any involvement with licensing?
**A.** Yes. So we out-licensed the naloxone nasal spray and sold the assets. So that was two patents and a new drug application was licensed to another company and all the assets were sold.
**Q.** And that was with your current company, AntiOp Inc; is that right?

**A.** Yes.

**Q.** What recognition have your intranasal drug research and Nalscue product received?

**A.** So the Lexington Herald-Leader is a Knight Ridder publisher, and they conducted a research with our University of Kentucky Research Foundation to look at patents to -- in using the author's term, the publisher, journalist, inventions that changed the world. And they located five that they believed met that criteria, and mine was the first one.

**Q.** Approximately, how many publications do you have in the intranasal space?

**A.** Probably 20 to 25.

**Q.** And how many of those are peer-reviewed?

**A.** All of them.

**Q.** Do you have any issued patents?

**A.** Yes.

**Q.** And what do they include?

**A.** Formulations for nasal products, methods of use, and an invention of a nasal delivery device.

**Q.** How many INDs have you filed for drug products?

**A.** Approximately ten to 12.

**Q.** And have you previously testified as an expert in litigation?

**A.** Yes, I have.

**Q.** What were those litigations?
**A.** So the most recent one is somewhat parallel to this in which Valtoco, which is the intranasal delivery of diazepam for treatment of seizures, was in a litigation similar to this, except it was before the PTAB. I know it by the acronym; I don't know the full words.
And so I was an expert for one of the parties and provided a report and a deposition.
**Q.** And what was the opinion that you provided in that case?
**A.** That the patent claims were obvious and invalid.
**Q.** What did the PTAB decide there?
**A.** They agreed and all 38 claims were revoked.
**Q.** Do you have any understanding as to whether or not that was appealed?
**A.** Yes.
**Q.** What do you understand the result of that appeal to be?
**A.** Dismissed.
**Q.** Have you testified in any other litigations?
**A.** Most recent -- the one prior to that would be for a sustained-released injection, in which one generic company wanted to come forward with a generic equivalent against an innovator product. That was right at the beginning of COVID.

**Q.** And what party did you testify on behalf of there?
**A.** Teva.
**Q.** And what was the drug at issue?
**A.** Paliperidone palmitate injection.
**Q.** Is that an intranasal drug?
**A.** No.
**MR. GIUNTA:** Your Honor, Cipla offers Dr. Daniel Wermeling as an expert on intranasal drug delivery research and development, including the business side of the pharmaceutical industry.
**THE COURT:** Any objections?
**MS. HANSEN:** No objections, Your Honor.
**THE COURT:** All right. We will accept Dr. Wermeling as an expert.
**BY MR. GIUNTA:**
**Q.** Dr. Wermeling, you mentioned your own intranasal midazolam formulation that you had developed. I'd like to ask you a little about that. Can you turn to Tab 2. Well, let me do this first.
**MR. GIUNTA:** Can I enter -- I'd like to enter Dr. Wermeling's CV into evidence.
**THE COURT:** Any objection?
**MS. HANSEN:** No, Your Honor.
**THE COURT:** It's admitted.
(Exhibit DTX-2627 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Can you turn to DTX-2 in your binder -- it is -- sorry, Tab 2, DTX-2251.

Do you recognize this document?

**A.** Yes.

**Q.** What is it?

**A.** It is a manuscript entitled "Pharmacokinetics and pharmacodynamics of a new intranasal midazolam formulation in healthy volunteers."

**Q.** Why are you listed as the first author here?

**A.** So I am taking responsibility for the work, and I drafted the manuscript and shared it with others for commentary.

**Q.** In general, what's being described in this -- what's being disclosed in this paper?

**A.** So the formulation of interest was being compared to FDA-approved routes of administration and doses.

**Q.** Now, what research and development in the field preceded this paper?

**A.** Okay.

**Q.** It says that. Does it talk about it in the paper?

**A.** Oh, well, yes, it does that too.

**MR. GIUNTA:** Erik, can we go to the first page, and go towards the left-hand column.

**BY MR. GIUNTA:**

**Q.** What does the paper provide about the research and development that preceded it?

**A.** It was extensively studied. And so when I first started work with Intranasal Therapeutics, I was conducting literature searches at the time to get a sense of which products might have market potential, and this was one.

I was aware of this use prior to that, but for the IND, we actually had to do the literature search.

And so it was the most extensively studied and reported in the literature on systemic delivery of non-approved drugs.

**Q.** And you're talking about the drug midazolam?

**A.** Midazolam, yes.

**Q.** And the product that was being studied, in your understanding, was the intravenous form of midazolam; is that right?

**A.** Yes. And so what anesthesiologists were typically doing at the time was withdrawing midazolam injection from a vial into a syringe or a dropper, and then dripping it into the nose of, typically, children; or using a mucosal device or a syringe to put the medication into the nasal cavity of a patient.

**Q.** What was the effectiveness of that intranasal IV

midazolam administration?

**A.** So doctors seemed to appreciate that it achieved the therapeutic intent, that they could sedate children, that it would be easier to separate mothers from their children when you had to go do a procedure or put them in radiology scanning and things like this, where children would be scared.

And so you can reduce their anxiety, fear, and make them a little sleepy to be cooperative with the physicians.

**Q.** And what did you write about the effectiveness of that administration?

**A.** So my understanding is that -- reading the literature, is that this was something that -- with 8 percent of anesthesiologists doing it, that it must be something off label that was desirous to premedicate people.

**Q.** And in terms of hard numbers, what was the bioavailability that was reported in the literature?

**A.** So the exposure was 50 to 80 percent of the injectable product in human studies. And the references are listed.

**Q.** Were there any drawbacks with using intranasal IV midazolam?

**A.** Yes. So it's not concentrated sufficiently to be

meeting a standard for design for use. So it's an injection. It's more dilute. However, midazolam is a very potent drug. And so in spite of the dilution, its chemical properties made it suitable to cross nasal membranes.

However, the other part of the solution that was a problem is that the buffering was the pH 4. And that's too low, really, for tolerance, and children would react to it.

So you would have issues, then, with the children having tolerability of it because of the low pH; and that because it wasn't fully concentrated, the excess solution might run out the nose or down the back of the throat, depending on the position of the child.

**Q.** And so you mentioned that it was -- that too much was being administered.

What is the volume that was a target for intranasal drug delivery at the time?

**MR. GIUNTA:** And, Erik, can we blow up the right-hand column.

**THE WITNESS:** Okay. As I mentioned, the injection formulation is generally not designed for this purpose, but still works.

However, the nasal cavity generally retains 100 to 150 microliters of liquid. And so what you would

see, then, is most commercial nasal spray pumps, like you -- Flonase or other things that you may be familiar with -- they typically deliver approximately 100 microliters per spray.

**BY MR. GIUNTA:**

**Q.** So what were you doing to address this issue of intranasal IV midazolam being too dilute?

**A.** So we, then, started our own development of a formulation in the '97, '98 era; conducted the normal chemistry manufacturing, controlled information, designed a clinical study, and submitted an IND to the FDA to study intranasal delivery of midazolam.

**Q.** And in this paper, what did you give as sort of a mission statement here?

**A.** Sure.

There's an unmet medical need if the product that they're using right now is not designed for purpose. And so a person of skill reading all of this information would be motivated to try to develop a nasal product suitable for purpose.

**Q.** So what was the formulation that you came up with here?

**MR. GIUNTA:** Erik, can we turn to Bates ending 994, and go to the lower left-hand side.

**THE WITNESS:** Yes. This is a description of

what was made at the College of Pharmacy. It's an intranasal formulation. It's nonaqueous. It contains midazolam 25 milligrams per mill, or 2.5 percent, polyethylene glycol 400; butylated hydroxytoluene; saccharin; and propylene glycol; and deliver 2.5 milligrams of midazolam in 100 microliters, or 0.1 MLs, of the spray.

And we used a modified version of the commercially available unit dose spray pump available from Pfeiffer Corporation.

**Q.** Why did you use a modified version and not the commercial version itself?

**A.** So we filled nasal sprayers with what you would think of as placebos. So it was the solvent system, not the act -- with no active in it.

And so we would activate those sprayers to see if they would form a plume. And in this case, it formed a jet instead of a plume. So if I activated it, it would be like a squirt gun.

**MR. GIUNTA:** Erik, we can go up one paragraph there.

**BY MR. GIUNTA:**

**Q.** What was the design of the study that you reported here?

**A.** So I believe we have -- okay.

So this is the clinical study design. It's a fairly standard biopharmaceutics-type design, randomized open label three-way crossover design.

On three different occasions, separated by a week, the subjects received a single dose. And it was a random order, counterbalanced, equal number of subjects, each receiving the treatment.

The first two treatments, A and B, are a Versed injection. That was the commercially available injectable product. And for Treatment A, we gave a 5-milligram intravenous infusion over 15 minutes.

Treatment B was 5 milligrams, given intramuscularly. These are both approved doses and within the label for route.

And then Treatment C was the formulation that was just described, 5 milligrams intranasal of the midazolam solution, one spray per nostril.

**Q.** And what were the target therapeutic -- what were the target blood levels that you were going for here?

**MR. GIUNTA:** Erik, if we could turn to Bates ending 998, and lower left-hand column there.

**THE WITNESS:** So the literature at the time, in my own sort of -- kind of eyeballing other pharmacokinetic studies was that 40 nanogram per mill would be a nice threshold to equal or exceed for

therapeutic effects.

**BY MR. GIUNTA:**

**Q.** And how about in terms of the time to treatment effect?

**A.** So the median Tmax was ten minutes, which is excellent. When you think about treating epilepsy, then typically we're hoping to see the effect of treatment within ten minutes. And then if there's not achieving the effect, then the people who are providing care need to make some decisions about additional treatment.

So this gives us lots of drug in the blood stream quickly.

**Q.** What sorts of results did you report from the study?

**A.** Okay. I believe we have some tables and figures -- figures and tables.

**MR. GIUNTA:** Turn to Bates ending 996, Erik. Blow up Figure 1.

**BY MR. GIUNTA:**

**Q.** What are these results?

**A.** Okay. So you'll see in the header in the top right, the designations for the dose, and the three different routes of administration.

You will also see in yellow the peak times for a given dose, and you would see that intravenous infusion has the highest at about 160 nanograms per mill.

And then intranasal occurred, the second fastest. And that was, I guess, as we said earlier, about ten minutes.

And then intramuscular was much slower and didn't achieve the same peak. So it was slower and lower than the intranasal test.

**Q.** And then have you presented the math that went into this chart here?

**A.** Yes. It's in a table.

**MR. GIUNTA:** Erik, can we blow up Table 1 at the bottom of that same page? Bates ending 996.

**THE WITNESS:** Okay. This --

**BY MR. GIUNTA:**

**Q.** What are the results here?

**A.** This presents the tabular way of examining the data. So this is the pharmacokinetic parameters. In the left column you see the different formulations in the same order. Tmax is posted.

And so you can see that the 5 milligram, again, was ten minutes; intramuscular was approximately near 30 minutes, and so three times different; and then the Cmax was twice our target, and so it was 80 nanograms per mill, which also exceeded 5 milligrams intramuscularly.

And the bioavailability of the intranasal formulation compared to IV was 72 percent. And this is

also quite good.

**Q.** In addition to pharmacokinetics, you mentioned studying pharmacodynamic parameters.

What did you report about the pharmacodynamic measurements that you made?

**A.** Next chart, please.

**MR. GIUNTA:** Figure 2, Erik, upper right-hand side. Again, Bates ending 996.

**THE WITNESS:** So you'll see in the header that -- or the table, that there's the three routes of administration.

And on the Y axis, you'll see what's called the Digital Symbol Substitution Test, or DSST, over time. DSST is a test of cognitive function and speed of being able to reproduce certain tests with pen and pencil.

And so in this test you'll see that there's the same order of impairment, that intravenous administration created the greatest impairment; intranasal delivery, second-most impairment; and intramuscular, the least impairment.

**Q.** Now, what is the Digital Substitution -- Symbol Substitution Test?

**A.** Again, it's a test of cognitive function where you're performing a pen-and-pencil/paper test to manage symbols and reproducing symbols in the proper sequence.

**Q.** Now, these are the pharmacokinetics and pharmacodynamic results, which reflect some efficacy.
What did you report about the tolerability of your formulation?
**A.** Next picture, please.
**MR. GIUNTA:** Erik, if we could turn to page 346 or Bates ending 995.
**BY MR. GIUNTA:**
**Q.** The results or, what did you report about tolerability?
**A.** So the doses of the study drug itself -- this would be mostly for the potential side effects, if you will.
So doses of the study drug were well tolerated and the events were mild to moderate and temporary. So in the "two to small number of minutes" range.
Adverse events typically were those that you would see nasally. And so it's eye watering or tearing, bad taste, nasal congestion or nasal irritation.
The systemic side effects weren't experienced. So one of the worries is respiratory depression or that they stop breathing. And none of those kinds of things occurred.
**Q.** And you were mentioning a small number, two to 20 minutes that the --
**A.** The local administration side effects lasted two to

20 minutes.

**MR. GIUNTA:** Now, if we could go back to page -- turn back to the end here, Page 349, Bates ending 998.

**BY MR. GIUNTA:**

**Q.** What do you say about tolerability there in the top left-hand column?

**A.** There is a suggestion, since the formulation was changed from other formulas reported, that perhaps midazolam itself is also irritating and also likely provides bitter taste. All the other drugs that I put in a nasal spray have a bitter taste.

**Q.** Now, on that same page --

**MR. GIUNTA:** Erik, if we go to the right-hand column.

**BY MR. GIUNTA:**

**Q.** -- what did your 2006 paper conclude about going forward from this study?

**A.** Well, it seemed we were meeting our goals. So the formulation was worthy of further investigation as an alternative for the purposes, as we've said, to have something that's needle free, convenient, noninvasive, and works quickly.

**Q.** Now, at the beginning of the paper here, you acknowledged that there was a long-felt but unmet need for

a concentrated intranasal midazolam formulation.

Did your formulation that you put forward in this paper and tested meet that need?

**A.** Yes. It could treat a patient.

**Q.** Now, when you say that "it could treat a patient," does that mean it will deliver a dose that will achieve therapeutic blood levels?

**A.** Yes.

**Q.** And that it will do so within a reasonable time frame?

**A.** Yes.

**MS. HANSEN:** Your Honor, I would object. There's been a lot of leading here. And I'm okay with it if you're okay with it, but I would ask for the same leeway when we ask questions.

**THE COURT:** All right. That's noted for the record.

**BY MR. GIUNTA:**

**Q.** What does "to treat a patient" mean in terms of safety?

**A.** So safety in this context is the epilepsy seizures, themselves, can progress to life-threatening circumstances.

And so we would very much like to be able to do that and not risk the side effects associated with midazolam

itself.

And so the typical worry is that people would stop breathing. They would be over-sedated and stop breathing, versus the local side effects in the context of a lifesaving drug. I wouldn't be worrying about this irritation factor in saving a person's life.

**Q.** So is that -- let me withdraw that.

**MR. GIUNTA:** Your Honor, I'd like to move DTX-2251 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** All right. It's admitted.

(Exhibit DTX-2251 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Dr. Wermeling, do you have an understanding as to this being a patent litigation?

**A.** Yes.

**Q.** And have you reviewed the patents-in-suit?

**A.** Yes.

**Q.** I'd like for you to turn to Tab 4 in your binder, which is marked JTX-3003.

**MR. GIUNTA:** Erik, can we bring that up, JTX-3003?

**BY MR. GIUNTA:**

**Q.** What is this document?

**A.** This is a U.S. Patent Number 8,809,322 issued on

August 19, 2014.
**Q.** Now, do you understand it to be the '033 Patent that plaintiffs assert against Cipla in this case?
**A.** This is the '322.
**Q.** Oh, I'm sorry. Can we --
**A.** You skipped a tab.
**Q.** I'm sorry. Go to Tab 5. Sorry.
**A.** No, I have it in three and four.
**Q.** You have it in what?
**A.** Three and four. So if you want '033, it's in my Paragraph 3.
**Q.** It's in your Tab 3.
**A.** Tab 3.
**Q.** Okay. I'm sorry. Let's go to Tab 3.
So I'm showing you what's marked as JTX-3004. Do you understand this to be the '033 Patent that's asserted in this litigation?
**A.** I do.
**Q.** And in this patent, who is the named inventor?
**A.** It is Sveinbjorn Gizurarson.
**Q.** What's the earliest priority date of this patent?
**A.** January 19, 2007.
**Q.** What's the '033 Patent directed to, generally?
**MR. GIUNTA:** Erik, if you can hold until we point to parts of the document.

**THE WITNESS:** So the title is "Methods and Compositions for the Delivery of a Therapeutic Agent."

**BY MR. GIUNTA:**

**Q.** In general, what does this patent pertain to?

**A.** So it's a liquid pharmaceutical composition that names whole lists of classes of drugs and individual drugs within the body of the document; to administer this to a mammal; and that it would use an alkoxy polyethylene glycol with the example of methoxy-polyethylene glycol or mPEG.

And the method -- or the invention provides the methods of administering this to a mammal.

**Q.** What, if any, example formulations does this patent provide?

**A.** They are in listed in Columns 17 and 18.

**MR. GIUNTA:** Can we go to Columns 17 and 18, Erik?

**BY MR. GIUNTA:**

**Q.** Where are they on this page?

**A.** So there are Examples 1, 2, and 3; and Tables 1, 2, and 3.

**MR. GIUNTA:** And, Erik, can you expand Tables 1, 2, and 3?

**BY MR. GIUNTA:**

**Q.** Now, what are the example formulations,

Dr. Wermeling?

**A.** Test Formulation 1 is a 50-milligram per milliliter solution of midazolam base, comprised of a PEG, mPEG 350, PEG 400, propylene glycol, ethanol, and water.

**Q.** How about the second formulation?

**A.** A similar --

**MS. HANSEN:** Object. Beyond the scope. Dr. Wermeling never talked about the scope of -- or the specification in any of his reports.

**THE COURT:** All right. We'll note that one for the record.

**MR. GIUNTA:** He certainly does, and he was certainly deposed on it.

**THE COURT:** Okay.

**MS. HANSEN:** If there are particular paragraphs, I would love to see them.

**THE COURT:** All right. Let's look at the expert reports.

**MR. DORSNEY:** What time does Your Honor want to take lunch? I didn't know if we could do this over the break and try to resolve it when we come back. It's noon now.

**THE COURT:** Yeah. We'll note this objection for the record. Let's just keep going. And all the testimony is subject to the objection.

All right. Go ahead.

**MR. GIUNTA:** Thank you, Your Honor.

**BY MR. GIUNTA:**

**Q.** And so what is the formulation in Table 2?

**A.** A Test Formulation 2, containing 50 milligrams per milliliter of midazolam base, comprised in a PEG, named mPEG 350, PEG 400, propylene glycol, polysorbate 80, and water.

And the third one, called "Control Formulation," contains 50 milligrams per milliliter midazolam base, comprised of PEG 400, propylene glycol, and butylated hydroxytoluene.

**Q.** And do you recognize the control formulation from somewhere?

**A.** Yes. It's the formulation used in my manuscript from 2006, the test formulation for that clinical study.

**Q.** What is being done with these formulations in the patent?

**A.** They are being tested for comparative pharmacokinetics in dogs.

**MR. GIUNTA:** And, Erik, can we zoom in on Table 4.

**BY MR. GIUNTA:**

**Q.** Is this what you were referring to?

**A.** Yes.

**Q.** And what is that pharmacokinetic study?
**A.** So the Tmax for the three formulations tend to be fairly similar.

The Cmax and sequential order would be maximum for the control near it for the Test Formulation 1, not near it in Formulation 2. That's parallel for the area under the curve, or the exposure.

So the author states, the results demonstrate that these formulations, when given nasally to dogs, produced comparable pharmacokinetics to the control, and that the test formulations had a lower viscosity than the control.

And so the lower viscosity then correlated with better spray pattern characteristics of different tests.
**Q.** So when they say "comparable," if you look at the table, in what ways are they comparable, which parameters?
**A.** So fairly close on the Tmax. The maximum concentration, it would be control formulation, and Test Formulation 1 seemed comparable. Test Formulation 2, not so much.

**MR. GIUNTA:** Take this down, Erik.

**BY MR. GIUNTA:**
**Q.** You noted that there were --

**MS. HANSEN:** I'm sorry. I would just like to note for the record that this would be the end of the testimony that we object to.

**THE COURT:** Okay. Thank you very much.
**MR. GIUNTA:** We might still be in the spec, but I don't think the next part will be.
**MS. HANSEN:** Okay. I stand corrected.
**BY MR. GIUNTA:**
**Q.** Okay. So you went through the excipients that were listed there.
What else does this patent say about the excipients that can be used in formulations of the alleged invention?
**A.** Okay. I believe we have a demonstrative.
**Q.** If you turn to Column 15, is this where you are referring to, Dr. Wermeling?
**A.** Yes. Starting with --
**Q.** Are you looking at --
**A.** Column 15, starting with -- starting at the second paragraph.
**Q.** Okay. Is that Line 15?
**A.** Yes. So the excipients that could be useful for this, although they say it's not complete, which is fine, that a person -- a POSA, in the art, would know to choose excipients and additives from elements that are considered GRAS and for a pharmaceutical person, GRAS means generally regarded as safe, and those are in the FDA's inactive ingredient database, typically.

And so these lists of chemicals would then be useful for pharmaceutical preps and either topical or in parenteral, meaning injectable formulations.

**Q.** And what does it say -- what does that mean to a person of ordinary skill in the art? What does it mean to be currently allowed and topical in parenteral formulations?

**A.** That there easily could be members of this list that have been approved by the FDA to be safe and effective in a pharmaceutical composition.

**Q.** And that would go for things that were only used topically and not intranasally?

**A.** Oh, yeah. So they're -- each ingredient has a separate listing by route of administration and the percentage of that ingredient in that route of delivery.

**Q.** If we could turn to the claims. Is it your understanding that Claim 13 of the '033 Patent is a claim of this patent that's being asserted in this case?

**A.** That's what I have been informed.

**Q.** Now, 13, Claim 13 --

**MR. GIUNTA:** Could we blow up Claim 13, Erik.

**BY MR. GIUNTA:**

**Q.** Claim 13 appears to depend from other claims. Have you analyzed all of its elements together, taking into account each claim that it refers to?

**A.** Yes.
**Q.** So have you prepared a depiction of that?
**A.** Yes.
**MR. GIUNTA:** Erik, can we put up the next slide.
**BY MR. GIUNTA:**
**Q.** So what is Claim 13 directed to?
**A.** So 13 is a liquid pharmaceutical composition formulated for intranasal administration, and it's comprised of midazolam or a pharmaceutically acceptable salt, methoxy-polyethylene glycol 350, propylene glycol, polyethylene glycol 400, and water, and that the midazolam in this composition is in a concentration from 0.001 percent to 20 percent.
**MR. GIUNTA:** Now, I'd like to put that slide down, Erik.
I'd like to move JTX-3004 into evidence.
**THE COURT:** I assume there's no objection to the slide.
**MS. HANSEN:** Absolutely no objection, Your Honor, but I do note my objection to the testimony provided regarding the specification, which I still maintain is outside the scope.
**THE COURT:** All right. Thanks very much.
(Exhibit JTX-3004 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** If we can turn to Tab 4 in your binder. I'm showing you what's been marked as JTX-3003. Do you recognize this document?

**A.** I do.

**Q.** What is it?

**A.** It is U.S. Patent 8,809,322, issued on August 19, 2014.

**Q.** Do you understand it to be the '322 patent that plaintiff is asserting against Cipla in this case?

**A.** Yes.

**Q.** Now, how does the '322 Patent compare to the '033 Patent?

**A.** They're virtually identical.

**Q.** I'd like for you to turn to the claims in the very back. I'd like to take a look at Claim 10. Do you understand Claim 10 to be the asserted claim of the '322 Patent in this case?

**A.** I do.

**Q.** And have you prepared a version of this, a depiction of this showing it in one independent form?

**A.** Yes.

**MR. GIUNTA:** Erik, can we put this down and put the slide up.

**BY MR. GIUNTA:**
**Q.** And what is --
**MR. GIUNTA:** Well, next slide.
**THE WITNESS:** No.
**MR. GIUNTA:** There we go.
**BY MR. GIUNTA:**
**Q.** What is Claim 10 directed to?
**A.** So liquid pharmaceutical composition formulated for intranasal administration comprising A and B. A is a therapeutically effective amount of midazolam (base). And B is a methoxy-polyethylene glycol of Formula 1, in which the general formula is highlighted in the box, wherein, for the polymer length, n is in a number in the range of 2 to 12.
**Q.** Are you familiar with the term "person of ordinary skill in the art"?
**A.** Yes.
**Q.** Have you analyzed the qualifications of a person of ordinary skill in the art for the asserted patents?
**A.** I have.
**Q.** Have you prepared a demonstrative showing your definition?
**A.** Yes.
**MR. GIUNTA:** Go to the next slide.
**THE WITNESS:** Yes.

So they would have a degree in some of these fields, pharmacy, pharmacology, pharmaceutics, chemistry, drug delivery engineering, medicine, or related. The terminal could be a doctorate with at least two years practical experience in pharmaceutical formulation or a master's degree with at least four years of practical experience and access to individuals who have knowledge and skill related, that would be a chemist and a medical doctor.

**BY MR. GIUNTA:**

**Q.** Is that the definition you applied in forming your opinions in this case?

**A.** It is.

**Q.** Are you aware that plaintiffs have offered a different definition of a person of ordinary skill in the art?

**A.** I am aware.

**Q.** And what do you understand the difference between your definition and plaintiffs' definition to be?

**A.** They appear to require that you had intranasal formulation experience.

**Q.** If you applied plaintiffs' definition, would it change your opinions?

**A.** No.

**Q.** Do you meet the definition of a person of ordinary

skill in the art that each party has provided?

**A.** Yes.

**Q.** Did you meet those definitions of a person of ordinary skill in the art as of January 19, 2007?

**A.** Yes.

**MR. GIUNTA:** Put the slide down, Erik.

**BY MR. GIUNTA:**

**Q.** Have you offered opinions on the validity of the asserted patents in this case?

**A.** I have.

**Q.** What are those opinions?

**A.** Put them up.

**MR. GIUNTA:** Go to the next slide, Erik.

**BY MR. GIUNTA:**

**Q.** Can you briefly summarize your opinions?

**A.** So, for anticipation, I understand that the Wermeling '359 publication discloses all the elements of the enclosed -- asserted claims and would enable a POSA to practice the claims.

And on obviousness, that the Wermeling '359 and Carbowax brochure teach all -- every limitation of the asserted claims.

And so when you package all this various information that a POSA is supposed to know and be aware of, you would be motivated to combine these references to make an

intranasal midazolam formulation, and you would have reasonable expectation to succeed in treating a patient.

**MR. GIUNTA:** Your Honor, just as a housekeeping measure, I would like to move DTX-3003 into evidence. It's the second asserted patent.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-3003 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Now, have you analyzed the benefits of intranasal drug delivery that would be taken into consideration as of 2007?

**A.** I have, and I have a slide.

**MR. GIUNTA:** Go to the next slide, Erik.

**BY MR. GIUNTA:**

**Q.** What were the benefits of intranasal drug delivery as they were understood in 2007?

**MR. GIUNTA:** Next slide Erik.

**THE WITNESS:** One of the benefits is that you can administer the drug and have it administered fairly quickly, that it would be absorbed quickly for many of the products that you would consider.

One particular application, in particular as you see with this case, that you would take the needle out of the administration, and so you would be able to

then have rapid administration of the drug, rapid absorption when designed properly and with the right drug, and you would achieve a rapid therapeutic effect. And the nasal products on the market for rescue or immediate action follow this paradigm.

Then in certain clinical circumstances, there's reduced risk to patients, caregivers, and to paramedics. And one of them, again, relates back to the needle and the hazard of -- an occupationally-acquired infection, such as hepatitis, HIV, et cetera, from an accidental needle stick.

In the context of a seizure, this would be quite relevant because the subjects can be moving unexpectedly. So paramedics and their medical directors have adopted nasal delivery of a number of drugs, whether the product was developed for that purpose or not.

A second purpose relates to whether you swallow the drug as a tablet or a capsule, for example. And so the stomach and the intestine and the liver are very active in destroying things, and they destroy drugs, sometimes quite rapidly, such to a degree that the drug actually never reaches the systemic blood stream.

In this case, though, when the drug is administered and absorbed across the nasal mucosa, the drug is taken directly into the bloodstream from that

site, thereby avoiding metabolism that occurs by exposure in the stomach, intestines and to the liver.

**Q.** You've mentioned a few characteristics of the nasal mucosa and other portions of the nasal cavity here.

Have you analyzed the characteristics of the nasal cavity that affect intranasal drug delivery?

**A.** I have, and I have another picture for that.

**MR. GIUNTA:** Next slide.

**BY MR. GIUNTA:**

**Q.** What are the characteristics that affect intranasal drug delivery?

**A.** Okay. So you have the tip here of your nasal -- this would be the vestibule. It's the skin.

So the nasal applicator must get through this part to the little bridging area in the white that you see just to the top right of where the hole is. And that's where the nasal applicator is placed so that when you activate it, the spray then hits the turbinates and the turbinates are out here over your cheek. And you see these semi-curved lines. Those are the turbinates. And they then catch particles, whether liquids or solids. It is a filter of sorts. And so it catches these particles on the mucosa.

And so, then, when they are at the mucosa, they can be absorbed across a thin epithelial membrane. Some of

the cells are just the cells themselves, and certain cells also have cilia.

A cilia is a hair-like projection that sticks out from the cell itself. The mucus stands on top of the cilia as, like, a brush. And the cilia move and sweep mucus from the top down and from the bottom floor of the nasal cavity back to the nasal pharynx. And the mucus is then swallowed.

So anything -- whether it was smog, smoke, or drugs, if this doesn't get managed some way up here, you swallow it. And that's the clearance mechanism. So you would swallow whatever is not absorbed in 15, 20 minutes.

**Q.** Dr. Wermeling, what are the factors that researchers consider in designing intranasal products?

**A.** So in the context of the anatomy and physiology of the nose, I have another picture.

**MR. GIUNTA:** Next slide, Erik.

**THE WITNESS:** So for FDA's consideration, this is considered a drug device combination product, and it's two parts.

The first is the formulation, which has the active ingredient solubilized and stabilized to deliver the intended dose.

And then a medical device. And the device is chosen based on the clinical circumstances, and in this

case, the need to provide accurate and precise delivery of a potent medication into the solution -- from solution into the nasal cavity.

So the drug product in the FDA definition, again, is the combination of a solution in a container or enclosure, like a vial with a rubber stopper, glass container, and married to a medical device. That's the drug product.

**Q.** For that device portion, what are the types of devices that were available as of 2007?

**A.** I have some pictures to show a few of them. Just a couple.

**MR. GIUNTA:** Next slide?

**THE WITNESS:** So in olden days, we had squeeze bottles like the Vicks Sinex, you would typically just get a spray based on how hard you squeezed it. And so that would be inserted in the nasal cavity. It's not a metered dose. You'd get a different dose every time you activated it.

The middle technology is kind of what occurred in the '90s and early 2000s, when I mentioned that a physician could draw up an injection product from a vial and put it in this syringe. They would remove the needle from the syringe and then place on the tip this other device called a mucosal atomization device.

And you'll see it has a fitting that is meant to screw onto the syringe, and it has a nose cone that looks like a nose cone for other normally designed devices.

It is just a piece of cotton with an atomizer at the tip. And so a physician could insert this fully into the nasal cavity, press the plunger, and you would have a plume formed inside the nose. So it's kind of a poor man's nasal sprayer.

**Q.** What's that device on the right?

**A.** The right device is a unit dose disposable nasal sprayer that has a fixed dose, and the position of it, in terms of where you have to be in relation to the patient, can be at any orientation. So this could be standing up, they could be sitting down, they could be laying down. The device still works independent of patient position.

It also works independent of, generally, the force needed to actuate the dose. Whereas, on the left side, you had no metering of the dose. On the right side, you have complete metering of the dose, where, typically, you would receive 100 microliters of solution, and at least, in my experience, plus or minus 3 microliters. It's very accurate.

**Q.** So what does that mean with regard to consistency of dose administered?

**A.** Okay. So if it's delivering 100 microliters plus or minus 3 percent, then it's pretty accurate for delivery of the mass.

And so if your drug is stable in solution, you would you deliver 100 percent of the intended dose.

**Q.** You mentioned that there's also a drug portion of the drug product. I'd like to talk a little bit about the formulations.

For the drug portion, have you analyzed what parameters a formulator would take into account?

**A.** Sure. Yes, I have a picture of that too.

**MR. GIUNTA:** Let's go to the next slide, Erik.

**BY MR. GIUNTA::**

**Q.** So what parameters would a formulator take into account?

**A.** So if someone came and asked me and said, "We have this medicine here that we want to consider for nasal delivery, what do you think?"

And so the first two things I'd look at are potency; is the dose of the drug going to have a modest enough mass that we can solubilize it in 100 microliters.

And so, then, between potency, meaning how many milligrams of drug, versus its solubility to obtain a concentration and whether that concentration would be stable.

PH is a consideration because the pKa of drugs differ, and that, also, the stability of the drug may be affected by pH.

And so most of the drugs products on the market prior to 2007 were almost all water-based systems; they weren't organic based. And so most of the efforts that were involved in commercial products up to then were all in water.

Water is nice because of safety. And so the mucus that's in your nose, the primary constituent is water in a protein matrix. And so it's nice to have a water-based system.

Then, lastly, if you have a stable composition that you think has a drug product that would be safe, then the viscosity becomes questioned because you have to marry it to the device and generate a plume. And so viscosity and sprayability are related and so you would want to be able to generate a plume by activating the device and seeing the particles created.

**Q.** You mentioned pH in connection with the nasal -- and also the environment of the nasal mucus.

What was the pH understood to be for the nasal mucus?

**A.** In health, the pH is 5.5 to 6.5.

**Q.** Now, you talked about these issues and line them up

here. How have -- have you analyzed how formulators would address solubility issues as of 2007?

**A.** Yes.

**MR. GIUNTA:** Next slide.

**THE WITNESS:** So up to that point, everybody would try to use water. It was nice to have a nice salt that would easily dissolve in water if your drug was potent enough. And at least up to that time, most nasal sprays, you were able to dissolve in water.

**BY MR. GIUNTA:**

**Q.** What if the drug was not soluble in water?

**A.** Then you had to go to plan B, which would be to use a pharmaceutical cosolvent system that might include, like what you saw in the USP earlier today, water could be one. Alcohols, glycols, oils, and cyclodextrins are useful to create solvation.

**Q.** Now, have you analyzed other considerations in designing a nasal drug formulation that would have been taken into consideration as of 2007?

**A.** Yes.

**MR. GIUNTA:** Next slide, Erik.

**THE WITNESS:** So this is part of the process, and that's part of what I hope came through with some of the other slides, that a person with experience in this area would know that these are the general conditions

that you have to satisfy. So you can't go anywhere if you can't solubilize the drug. That's kind of the key condition.

Then it needs to be stable in solution. And so that's when you're doing your own laboratory studies, some experiments to study stability, physical, chemical, microbiologic. And then it has to be stable in the contained enclosure itself. So that means in contact with whatever the glass, rubber, and rubber stoppers might be, because they are known to interact at times.

Then we have to consider how we're going to make it sterile. Are we going to put an antimicrobial preservative in it if it can't be sterilized? Or can we make it a sterile product.

And then, lastly, you know, in the way that you created this formulation, in consideration of the drug's own physical chemical properties and its presence in your formula, will it permeate a membrane, meaning get across the nasal epithelium so that it can be absorbed into the bloodstream.

There are techniques you can use if you want to enhance residence time in the nasal cavity or to try and improve permeation with other excipients.

**BY MR. GIUNTA:**

**Q.** And what would a person of ordinary skill in the art

do in order to put a formulation together?

**A.** So, typically, you're working on these characteristics serially, and then you would look at a matrix of other solvents or excipients that could be potential formulation candidates depending on what additional problems you discover as a result of your continued experimentation.

**Q.** Now, do you make every single thing and try every single thing in the lab, or do you start from somewhere else?

**A.** We start from somewhere else. And so, of course, you would have the literature that describes formulation design. So you would have primary manuscripts, literature. You would have FDA's inactive ingredient database. You would have other approved drugs, of course. So you always look to see what FDA has done before with other companies to see their formulations.

And then you would do a patent search because then would you see other opportunities that were taken but just haven't reached a product yet.

And so you are gathering this information in to start a rationale, and you're not just saying, well, this is a blank slate; we're going to try and just mix something up.

**MR. GIUNTA:** You can put the slide down, Erik.

**BY MR. GIUNTA:**

**Q.** You mentioned your work with midazolam, lorazepam. What are benzodiazepines in general?

**A.** So benzodiazepines are a class of drug that interacts with receptors in a certain way in the brain with neurons. And there are quite a number of examples of those as active ingredients approved by the FDA.

**Q.** And what were a few of those that were available as of 2007?

**A.** So Ativan, which is lorazepam; Valium, which is diazepam; and so they were oral and injectable formulations then, and epilepsy or seizures was one of the indications.

In 1985 there was injectable midazolam, Versed that we've talked about and that was used off-label for quite a number of years.

And then in around 2000, Diastat rectal gel was approved. So this is Valium or Diastat diazepam brand of a rectal gel that could be used for treatment of seizures. And then a whole list of our benzos that had other indications parallel to and some different than those three.

**Q.** So you mentioned benzodiazepines in connection with the treatment of epileptic seizures. What types of interventions would benzodiazepines be used for in

epilepsy?

**A.** So you would use them in various settings to abort, treat a seizure or seizure clusters. That would be the general purpose. You can use them for other medical purposes too, principally in anesthesiology.

**Q.** When you say, "abort or treat a seizure," would that be considered a rescue medication?

**A.** It's rescue, yes.

**Q.** And have you analyzed the available rescue treatments for epileptic seizures available as of 2007?

**A.** Yes. And we have a slide for that, please.

**MR. GIUNTA:** Put the next slide.

**BY MR. GIUNTA:**

**Q.** So what were the available rescue treatments for seizures as of 2007?

**A.** So you had injectable forms of lorazepam, midazolam, or diazepam. These all required needles and required their own time to set up an intravenous set, or you could administer it intramuscularly.

Secondly, there was rectal diazepam or Diastat rectal gel. And the characteristics of that are you have to disrobe or you are disrobed. So that's what makes it socially embarrassing, and to have a rectal tube, then, inserted into your anus would not be something everybody would consider fun.

And then there was off-label use of injectable intravenous midazolam. And so if you are giving a full 5-milligram dose to a seizing patient, it would require a volume of 1 milliliter divided in two. So it would be half a mil or 500 microliters sprayed, like with a mucosal atomization device, into each nostril.

It could cause discomfort in some cases because of the volume, but the real trick really is the pH in that it's 4, and that lower pH can cause irritation.

**Q.** Have you analyzed the development of intranasal midazolam's progress from the 1980s to the 2000s?

**A.** Yes, we created a timeline chart.

**MR. GIUNTA:** Your Honor, it's 12:30. I don't know if you wanted to -- this is a logical breaking point for lunch. We are going to move into a new section.

**THE COURT:** Can we go for another 20 minutes or so?

**MR. GIUNTA:** Sure.

**BY MR. GIUNTA:**

**Q.** So, Dr. Wermeling, how did the development progress for intranasal midazolam?

**A.** So we have a timeline slide.

**Q.** Next slide?

**A.** Next slide. Oh, okay. We have a proceeding one to introduce it.

So this occurred in two stages. We presented this in different ways earlier. The first, as we just discussed, was intranasal administration of the injectable midazolam product using a mucosal atomization device. And there's numerous literature describing this technique.

But then researchers starting developing concentrated nasal formulations of midazolam to be intended for purpose and to satisfy being a typical nasal delivery drug product.

**MR. GIUNTA:** Next slide, Erik.

**BY MR. GIUNTA:**

**Q.** So I'd like to go into the intranasal use of IV midazolam briefly.

Can you tell us a little bit about that first phase that you mentioned, the use of intranasal IV midazolam.

What was the drug product that was administered intranasally?

**A.** It was Versed injection drawn up into various devices.

**Q.** What was Versed injection in terms of the formulation?

**A.** It was midazolam hydrochloride and water buffered to pH 4 with hydrochloric acid.

**Q.** Have you analyzed the literature reporting intranasal

IV midazolam leading into 2007?

**A.** I have. It's in the next slide.

**MR. GIUNTA:** Next slide, please.

**BY MR. GIUNTA:**

**Q.** And so what does this depict?

**A.** Okay. So you will see on the far left-hand access in the blue box is the approval of Versed injection.

Subsequently, along the timeline, you will see green boxes. In the first ones through about 1993 to '5, were studies, typically, by anesthesiologists who were administering midazolam injection into the nose of minors, to children, so that they could make them less anxious, and they would be easy to separate from their mother, the parent.

And so they were the first, really, users of this that I find in the literature.

**Q.** And so what are the boxes with the green on them?

**A.** So those are green, mostly by anesthesia in the beginning. The second half of that is by investigators who are in the neurology and epilepsy field.

And so they began tests of using intranasal delivery of midazolam injection off-label for the treatment of seizures.

**Q.** And how about the yellow boxes that you have there. What are those?

**A.** The yellow boxes depict the investigators, researchers who started development of a midazolam nasal spray product designed for intent. And so that would be Bechgaard, Knoester, myself, and Merkus.

**Q.** Have you analyzed the settings in which intranasal IV midazolam was disclosed for use in the prior art?

**A.** Yes, I have a slide for that.

**MR. GIUNTA:** Next slide, Erik.

**BY MR. GIUNTA:**

**Q.** What were the settings that intranasal IV midazolam was used in 2007?

**A.** So the first setting would typically be hospital by the anesthesiologist and/or ER docs or neurologist to have preoperative sedation or the treatment of seizures.

Then Emergency Medical Systems adopted this as a practice. The medical directors of EMS services would provide orders to paramedics so they could use an injectable benzodiazepine as a treatment given intranasally.

And then there was at-home, typically for children who had significant neurologic deficits. They may have mental retardation, cerebral palsy, other conditions that make them have acute repetitive seizures frequently, and it was causing a lot of trips to the emergency department.

And so caregivers were trained on how to use midazolam injection, drawn it up into a syringe, given the mucosal atomization devices, and they would treat their child at home under various instructions provided by the physician.

**Q.** Let's talk a little bit about that first in the hospital setting.

**MR. GIUNTA:** Erik, you can put the slide down.

**BY MR. GIUNTA:**

**Q.** I'd like to turn in your binder to Tab 5, which is DTX-2250.

What is this document?

**A.** It is a manuscript in the Journal of Anesthesiology, 1991, entitled "Plasma concentrations of midazolam in children following intranasal administration."

**Q.** And what year was this published?

**A.** 1991.

**Q.** And who is the author?

**A.** Erik Walbergh, et al.

**Q.** What did Walbergh compare in this study?

**A.** He was comparing intravenous delivery of midazolam for preoperative treatment to intranasal delivery using 0.1-milligram per kilogram.

**Q.** Where are you reading from on the document?

**A.** The abstract where you are.

**MR. GIUNTA:** Okay. So the upper left-hand quadrant, Erik.

**THE WITNESS:** Okay.

**BY MR. GIUNTA:**

**Q.** And what was the population in which Walbergh was performing this study?

**A.** In this case, between 14 months and 5 years of age.

**Q.** What were those -- why were those people involved in the study?

**A.** They were undergoing a surgery procedure for atrial or ventricular septal defect, which is the heart.

**Q.** And what was the dosage of intranasal IV midazolam they received?

**A.** 0.1 milligrams per kilogram.

**Q.** What was the peak plasma measured for the intranasal IV midazolam?

**A.** 72.2-nanograms per mil and achieved within a Tmax of ten minutes; excellent results.

**Q.** Now, how did that compare to the proposed therapeutic threshold for sedation in adults?

**A.** So recalling a previous publication that was set at 40-nanograms per mil, so this easily exceeded that benchmark.

**Q.** Now, does Walbergh provide a therapeutic goal in his paper?

**A.** He has somewhat similar goals in that he would even raise the dose to 0.2 milligrams per kilogram intranasaly or intravenously, since that would parallel what they would do this practice, so he was conservative in this particular study.

**Q.** What were the times to sedation that Walbergh observed?

**A.** We have a --

**MR. GIUNTA:** Next page, Erik.

**BY MR. GIUNTA:**

**Q.** Where does Walbergh report that in the document?

**A.** In the second column in the discussion section.

**MR. GIUNTA:** Can you blow up the discussion section, Erik.

**BY MR. GIUNTA:**

**Q.** So the question was, what were the times to reach the therapeutic blood levels in the Walbergh study?

**A.** So they would achieve at least 40-nanograms per mil as early as three minutes and within ten minutes.

**Q.** How long did it last?

**A.** This case, about 30 minutes.

**Q.** Now, this Walbergh article is one of the articles that you considered in forming your opinions in this case, right?

**A.** Yes.

**Q.** And what would a person of ordinary skill in the art understand from the Walbergh reference?
**A.** That the injectable product could be used in place of an intravenous product to provide sedation in children prior to surgery.
**MR. GIUNTA:** Your Honor, we would like to move DTX-2250 into evidence.
**MS. HANSEN:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2250 is admitted into evidence.)
**BY MR. GIUNTA:**
**Q.** Now, I'd like to ask you a little bit about the second setting that you mentioned --
**MR. GIUNTA:** Erik, you can put the exhibit down.
**BY MR. GIUNTA:**
**Q.** I'd like to ask a little bit about the second setting you mentioned, the emergency services setting.
Can you turn to Tab 6 I don't in your binder?
**A.** Yes.
**Q.** Showing you what's been marked as DTX-2341.
What is this document?
**A.** This is the cover page for the State of Florida Regional Common Emergency Medical System Protocols. This would be the physician-derived protocols and orders for

assessment, diagnosis, and treatment of patients by paramedics in the field.
**Q.** Now, is this an excerpt from this protocols guide that you prepared?
**A.** Yes.
**Q.** If you look in the exhibit, what does this excerpt pertain to?
**A.** So it provides the directions from an emergency room physician, typically, to the paramedic on how to assess patients for various conditions.
So there is a whole series of emergency conditions that are listed, and then what is to be done to treat them and to stabilize them before transfer to the hospital.
**Q.** And so what conditions have you excerpted here?
**A.** So there are -- the treatment of seizures as listed twice; once for adults and once for children under 3.5.2. Under seizure disorders on your number 925. And then it's also done for children, and I believe that's in 5 --
**Q.** So for adults, are you saying 2.5.3?
**A.** That's right. So I've got the two mixed up. So adults and children have their own category.
**Q.** So is 2.5.3 in the exhibit here?
**A.** Yes.
**Q.** Let's turn to 2.5.3.

**MR. GIUNTA:** Erik, it's Bates ending 933. Can we pull that up?

**BY MR. GIUNTA:**

**Q.** What does this excerpt provide for -- as an emergency services protocol?

**A.** So this is a general statement on the -- a protocol for treatment of patients who present with seizures from a variety of different causes.

And then you can see under the ALS level 1, what kinds of things can be done to treat the patient. And if you highlight in ALS1, you will say midazolam listed.

**Q.** Okay. What does it say about midazolam?

**A.** It says, "Midazolam Versed can be given 2-milligrams intravenously. If you are unable to start the IV, you can administer midazolam 2 milligrams intranasally. You may repeat this one time as needed; 4-milligram maximum dose."

**Q.** And then what does the services guide provide about how it is administered?

**A.** On 2.5.3, the next page under seizure disorders.

**MR. GIUNTA:** Erik, can we blow up the next page. Bates ending in 934.

**THE WITNESS:** And so it says under A, "Intranasal administration of benzodiazepines requires the use of a mucosal atomization device."

**BY MR. GIUNTA:**

**Q.** So what does -- what would this mean to a person of ordinary skill in the art that intranasal IV midazolam is in an EMS protocol book?

**A.** It tells me the medical community has accepted an off-label use of a benzodiazepine to be administered intranasally to treat their patients, and this is likely the consensus of the medical community for adoption.

**MR. GIUNTA:** Erik, you can put that exhibit down.

**BY MR. GIUNTA:**

**Q.** Dr. Wermeling, I'd like you to turn to Tab 7 in your binder. I'd like to show you what's been marked as DTX-2075.

**MR. GIUNTA:** And before I get to that, I'd like to move DTX-2341 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2075 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Let's turn to Tab 7, DTX-2075.

**MR. GIUNTA:** Erik, can we pull that up.

**BY MR. GIUNTA:**

**Q.** Dr. Wermeling, what is DTX-2075?

**A.** It is a manuscript by Pang and Hirsch entitled

"Treatment of Convulsive and Nonconvulsive Status Epilepticus." in The journal Current Treatment Options in Neurology, dated 2005.

**Q.** Who are the authors of this paper?

**A.** Pang and Hirsch.

**Q.** What year was it published?

**A.** 2005.

**Q.** What does this paper discuss, generally?

**A.** In general, it's discussing the consensus and general recommendations for treatment of these conditions, recognizing that it's a medical emergency and what kinds of things can be done for assessment and for treatment.

**Q.** So does it provide an opinion on how to use intranasal IV midazolam?

**A.** Yes. It gives statements to this in several places. The first is in the opinion statement itself.

**Q.** Where is the opinion statement?

**A.** On the first page.

**MR. GIUNTA:** Erik, can you pull up the first page of the article itself. Can you blow up the opinion statement.

**BY MR. GIUNTA:**

**Q.** What does the opinion statement say about the use of intranasal IV midazolam?

**A.** It's parallel to our previous discussions that if IV

access is not immediately available, you can give rectal diazepam or nasal midazolam. And this would be true for prehospital treatment by emergency personnel. They believe this is safe and effective.

And then, further, home treatment, as we talked about earlier, of prolonged seizures or clusters, can be done with buccal, which means putting the solution inside your cheek, nasal, or rectal benzodiazepines should be considered for all at-risk patients.

**Q.** What sorts of instruction does this provide for treatment using intranasal midazolam?

**A.** We have an instructive on Table 1.

**Q.** What page are you on?

**A.** 249, 743.

**MR. GIUNTA:** Erik, can you go to Bates ending 743, Table 1.

**THE WITNESS:** And some sections highlighted.

**BY MR. GIUNTA:**

**Q.** What is this table?

**A.** This is the treatment protocol itself, step by step.

**Q.** So what information does it provide about intranasal IV midazolam?

**A.** That, again, if you can give an IV, it's fine; however, if you don't have IV access, then you can -- let's get the right line here -- you can give

20 milligrams of diazepam or midazolam 10 milligrams intranasally.

**Q.** Now, what else does Pang say about -- or withdrawn --

What does Pang 2005 say about the standard dosage of midazolam to be administered?

**A.** So there's another demonstrative that deals specifically with midazolam --

**Q.** Where are you looking?

**A.** -- in more detail.

On 744.

**MR. GIUNTA:** So Bates ending 744, Erik.

**BY MR. GIUNTA:**

**Q.** What portion are you looking at?

**A.** The segment entitled "midazolam."

**MR. GIUNTA:** Can we blow that up, Erik.

**BY MR. GIUNTA:**

**Q.** And what does it say about the intranasal administration of IV midazolam in terms of dosage?

**A.** It says, 0.2 to 0.3-milligrams per kilogram can be given IN, intranasally or buccally, and that the onset of action is within one to five minutes.

**Q.** There's some special points listed there. What do those go to?

**A.** This -- again, so it's when IV access cannot be established, you can use these different routes as an

important option to treat it. Buccal and IN, intranasal forms are -- in particular, are good alternatives for out of hospital.

**Q.** Now, what does Pang 2005 say about intranasal IV benzodiazepine administration in terms of its status as a treatment?

**A.** I'm sorry. I didn't catch all of it.

**Q.** What does Pang 2005 say about intranasal IV midazolam, in terms of its status as a rescue treatment for seizures?

**A.** I believe we have another --

**Q.** Let me withdraw the question and ask it a different way.

What would a person of ordinary skill in the art take away from Pang 2005 reference?

**A.** They would have, again, an understanding of a consensus document on alternative routes of drug delivery to treat a patient with a benzodiazepine when IV access is not established.

**Q.** Now, a few of these references have talked about intranasal IV midazolam, and its use in the at-home setting or the community setting.

Where would a patient obtain intranasal IV midazolam for use in the at-home setting as of 2007?

**A.** It would be a physician prescription order to be

managed by a pharmacy.

**Q.** Are you aware of any pharmacies that actually filled those sorts of physician orders as of 2007?

**A.** Yes. We did at the University of Kentucky Medical Center.

**MR. GIUNTA:** Your Honor, I'd like to move DTX-2075 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2075 is admitted into evidence.)

**THE COURT:** Is this a good time for a break?

**MR. GIUNTA:** It is. This is another logical breaking point.

**THE COURT:** All right. Great.

It's 12:52 now. So let's take approximately a 45-minute lunch break. So we will come back around 12 -- or sorry, 1:35.

**MS. HANSEN:** Your Honor, when we return, can we address the objection that is still pending?

**THE COURT:** Absolutely.

**MS. HANSEN:** Thank you, Your Honor.

(Whereupon, a recess was taken.).

**THE COURT:** Please be seated.

All right. Did we have an objection we needed

to address or did it get worked out?

**MS. HANSEN:** Still pending, Your Honor.

**THE COURT:** Okay. So the objection is that he testified outside of his expert report?

**MS. HANSEN:** Correct.

**THE COURT:** All right. Let's hear -- did you want to say something more about it, or should we hear from defendant?

**MS. HANSEN:** I will let defendant make their argument.

**THE COURT:** All right. Thank you.

**MR. GIUNTA:** I'll say three quick things about it.

The first is, this is a bench trial, and so, you know, talking about the patent, which is something clearly considered.

The second is that even though it's not specifically in his expert reports, Ms. Hanson, herself, asked about it during his deposition. And so she elicited opinions from him on the tables that get these formulations in the patent during the deposition, and I guess she didn't like what she got.

And so all we're doing is putting those in. And she can cross-examine him on it at some point during this trial.

And so I don't really see any prejudice, and it seems to be well within the scope of opinions that he's offered in the case. There's no surprise to her. She elicited them herself.

**THE COURT:** Okay. You can both have a seat.

Did you want to say something in response to that?

**MS. HANSEN:** Just briefly, Your Honor.

I mean, as we understand the rule of, you know, Rule 26, that the opinions that he made affirmatively present -- in this court, are limited to what he put in his report. And as defendants just admitted, it's not in his report. And -- yeah.

**THE COURT:** Okay. Thank you very much.

Okay. So here's what I'm going to say about this. So I listened to the testimony. My recollection of it -- and we can go back and look at the transcript, and if you want to reraise this in the post-trial briefing, you're welcome to it.

My recollection of the testimony was it was essentially just reading what the patent said. And the reason I think that's the case is -- because I read it this morning, and that's what I took it to say.

Of course, I don't think it was anything beyond what was just written on the page. But if that's

the case, we can go back and look, and you can make the argument in the post-trial briefing. Okay?

**MS. HANSEN:** Thank you, Your Honor.

**MR. GIUNTA:** May I make one point of clarification? I just want to --

**THE COURT:** Sure.

**MR. GIUNTA:** Okay. So there's another part of the spec when he talks about the table of --

**THE COURT:** Counsel, could you speak up a little bit?

**MR. GIUNTA:** Sure.

I just want to know whether what was in Column 15 is within the scope of her objection, because he did talk about another part of the spec. That is in his report.

**THE COURT:** Okay. So here's what we are going to do. We're going to have you all work it out later. I haven't heard anything yet. If there's still a pending objection, you can argue about it in the post-trial briefing.

**MR. GIUNTA:** Okay.

**THE COURT:** Okay?

**MS. HANSEN:** Thank you, Your Honor.

**THE COURT:** All right. Should we continue with the testimony?

Dr. Wermeling.

All right. Dr. Wermeling, I'll remind you, sir, that you are still under oath.

**THE WITNESS:** Yes.

**BY MR. GIUNTA:**

**Q.** Dr. Wermeling, earlier today you mentioned the development of intranasal midazolam in two phases. We talked about intranasal IV midazolam phase. I'd like to ask you about that second phase.

You say the others would have been motivated to make intranasal midazolam formulations. Was that the second phase of development that you mentioned?

**A.** Yes, sir.

**Q.** And who were the others that developed intranasal midazolam formulations?

**A.** Myself, Knoester, Bechgaard, Merkus.

**Q.** Have you analyzed their formulation disclosures?

**A.** Yes.

**MR. GIUNTA:** Mr. Thornes, may we put up the next slide?

The next one.

**BY MR. GIUNTA:**

**Q.** Is this the slide that you put together?

**A.** Yes, sir.

**Q.** Now, what is this slide depicting?

**A.** The general constructs of the formulations by the four developers, using cosolvents that are listed on the top row.

**Q.** Okay. And so who were the researchers here?

**A.** Myself, Merkus, Knoester, Bechgaard.

**Q.** What did the Wermeling formulation include?

**A.** Midazolam, propylene glycol, water, and PEG.

**Q.** And that's the disclosure from that particular reference, right?

**A.** Yes.

**Q.** Okay. And what did the Merkus '893 publication disclose to be used in a formulation?

**A.** The same.

**Q.** And how about the Knoester 2002 formulation disclosure?

**A.** Midazolam, propylene glycol, and water.

**Q.** And then how about the Bechgaard '608 patent disclosure, what did it disclose can be used in midazolam formulation?

**A.** The same as the top two with the addition of glycofurol.

**Q.** I'd like to go to Tab 8 in your binder.

**MR. GIUNTA:** I would you to take this down.

**BY MR. GIUNTA:**

**Q.** I'm showing you what's been marked PTX-1367.

Do you recognize this document?
**A.** I do.
**Q.** What is it?
**A.** It is a translation of a paper written by the Knoester group.
**Q.** And is what follows the translation and then the original article?
**A.** Yes.
**Q.** And I'd like for you to turn to the second page with PTX-1364, Number 2.
What is the title here?
**A.** Midazolam administered intranasally.
**Q.** What was the Knoester formulation?
**A.** It was midazolam, propylene glycol, and water.
**Q.** Where are you reading from, the table on the next page?
**A.** Yes.
**MR. GIUNTA:** Erik, Mr. Thorsnes, can we blow up 1336, Page 3, the table to the right?
**THE WITNESS:** So the midazolam hydrochloride with propylene glycol, benzyl alcohol, and sufficient water, distilled water to 100 milliliters.
**Q.** And then how much -- how did Knoester administer it?
**A.** He used a Spruyt Hillen pump atomizer.
**Q.** How many milligrams of midazolam were administered

per spray?
**A.** 2.5 milligrams of midazolam base is administered per 90 microliters spray.
**Q.** What was the total dose administered in the study that he reports here?
**A.** 5 milligrams.
**Q.** What, if any, stability testing did Knoester perform on his formulation?
**A.** They determined they had a shelf life of six months at room temperature if protected from light.
**Q.** What, if any, clinical testing did Knoester perform or did Knoester report for the formulation?
**A.** A pharmacokinetic study.
**Q.** Where are the results of that in the paper?
**MR. GIUNTA:** If you put up PTX-1367.004, Mr. Thorsnes. Go to the front.
**BY MR. GIUNTA:**
**Q.** What pharmacokinetic results did Knoester report for the formulation?
**A.** An intranasal Cmax of 71. This is milligrams per liter, nanograms per mil, and a Tmax of 14 minutes. The overall bioavailability against injection was 83, or 83 percent.
**Q.** What would those results tell a person of ordinary skill in the art?

**A.** That this was another formulation that provided appropriate pharmacokinetic parameters that would allow for treatment of a patient.

**MR. GIUNTA:** Can you turn to what begins on the previous page, Bates ending 3. Mr. Thorsnes, could you blow up the bottom section where it talks -- the last heading on the right-hand column, Mr. Thorsnes. Very bottom.

**BY MR. GIUNTA:**

**Q.** What was the study that Knoester performed?

**A.** So it was a pharmacokinetic and pharmacodynamic study.

**MR. GIUNTA:** And continue onto the next page. Up under "analysis," could you blow that up, Erik.

**BY MR. GIUNTA:**

**Q.** And what was administered?

**A.** Midazolam 2.5 milligrams per spray, total of 5 milligrams.

**Q.** And that was compared against what?

**A.** An intravenous dose.

**Q.** Now, if we turn to Page 6, how did the subjects tolerate the Knoester formulation?

**A.** Let's see. It did not cause pain but there was some irritation reported in some of the subjects.

**MR. GIUNTA:** Okay. Mr. Thorsnes, can we call

out the right-hand column at the top. And then down lower under the observations.

**BY MR. GIUNTA:**

**Q.** What does it say about the tolerability?

**A.** So it was reasonably well tolerated in the volunteers, and any of the local things that may have occurred were transient.

**Q.** Okay. What does Knoester say about ciliotoxicity?

**A.** The formulation causes ciliostasis, but that it was recoverable. So it was a temporary finding.

**Q.** What is ciliotoxicity?

**A.** Well, there's a variety of natures of ciliotoxicity. One is that you paralyze the cilia or that you gum it up with a higher viscosity solution like with methylcellulose or that you actually cause the death of the cells.

**Q.** What does Knoester say about intranasal midazolam as an alternative to rectal diazepam?

**A.** He says, similar to others, for use as emergency medicines where nasal spray alone is used intermittently. It's a relatively minor problem. And this would be in the context of an emergency in a life-threatening circumstance.

**MR. GIUNTA:** If we can go to Page 7, Erik.

**BY MR. GIUNTA:**

**Q.** What is the forward-looking statement that Knoester

provides for the formulation?

**A.** So that's in the second-to-last paragraph. So he's giving characteristics of -- stating that an ideal medication for this purpose is characterized by easy administration, a favorable profile, and high tolerability. The present study shows that the intranasal midazolam formulation meets these requirements.

**Q.** So what would a person of ordinary skill in the art take away from the Knoester publication?

**A.** That they would be able to treat a patient using this formulation.

**MR. GIUNTA:** Put this exhibit down, Erik.

**BY MR. GIUNTA:**

**Q.** I'd like for you to turn to --

**MR. GIUNTA:** Your Honor, I'd like to admit PTX-1367 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1367 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Turn to Tab 9 in your binder. I'm showing you what's been marked as DTX-2134.

Do you recognize this document?

**A.** Yes. It's a patent by Bechgaard 5,693,608, dated December 2, 1997.

**Q.** Who are the named inventors on this patent?
**A.** Erik Bechgaard, Sveinbjorn Gizurarson, Rolf Kuhlman Hjortkjor, Hjortebar? I don't know how to pronounce these Nordic --
**Q.** Is Sveinbjorn Gizurarson the same person as the named inventor on the patents-in-suit?
**A.** I would think so since the address is Iceland.
**MR. GIUNTA:** If we could turn to Column 7.
**BY MR. GIUNTA:**
**Q.** What did Bechgaard disclose about the concentrations of benzodiazepines that could be administered in the formulation?
**A.** Okay. So that would be around Line 8.
**MR. GIUNTA:** Can we pull that up, Mr. Thorsnes, top Column 7.
**THE WITNESS:** Okay. He says .001 percent to 20 percent in the case of benzodiazepines.
**BY MR. GIUNTA:**
**Q.** Is that the same range as Claim 13 that's asserted in this case?
**A.** It is.
**Q.** What excipient did Bechgaard disclose?
**A.** So in the subsequent lower paragraph, you'll see one or more of the n-glycofurols with the general formula. And then additionally, such carriers may comprise water

and/or n-ethylene glycol, which is PEG, and/or propylene glycol, or oils.
**Q.** Now, does he provide a structure of glycofurol here?
**A.** Yes.
**Q.** Where is that?
**A.** Line 60.
**Q.** Which of these is the structure of glycofurol?
**A.** The one right at Line 60.
**Q.** What's the structure below that?
**A.** That is the general structure for PEG with the "n" listed there for the repeats of the linkages.
**MR. GIUNTA:** If we can turn to Column 9.
**BY MR. GIUNTA:**
**Q.** What did Bechgaard disclose about using polyethylene glycols?
**A.** So that's on -- around line starting 18.
**MR. GIUNTA:** Pull that up, Erik.
**BY MR. GIUNTA:**
**Q.** What does he disclose?
**A.** Okay. So they may be used in the form of single compounds or a mixture -- so you could blend them -- or more, n-ethylene glycols such as -- or, for example, commercial products such as polyethylene glycol 200, PEG 200, or polyethylene glycol 400.
**Q.** What does Bechgaard disclose about the viscosity of

the formulations of this patent?
**A.** That would be discussed further down on Line 56.
**MR. GIUNTA:** Can we pull up that, Mr. Thorsnes.
**BY MR. GIUNTA:**
**Q.** And what does he say about viscosity?
**A.** That the delivery system can be optimized with respect to bioadhesion, sprayability, or viscosity; and that the addition of glycofurol in a concentration of 5 percent has a surprisingly positive effect on the sprayability using 4EGf by reducing the viscosity.
**Q.** Would a person of ordinary skill in the art have understood the relationship between sprayability and viscosity as of 2007?
**A.** Yes. It was -- it's an inverse relationship.
**Q.** Does Bechgaard disclose only formulations that contain glycofurols, or does Bechgaard disclose other formulations as well?
**A.** So in Column 10, there's additional, I guess, examples. He talks about use of a vehicle system again for other kinds of things, such as peptides or proteins. But if you go further down, he talks about aqueous systems with relevant doses of two other benzos, diazepam and clonazepam.
**Q.** And if we turn to Column 18, does Bechgaard disclose

examples for midazolam formulations?

**A.** Yes. At the top -- top, first line: 4-milligram midazolam and 100 microliters of vehicle was prepared. The following vehicle was used: Polyethylene glycol 200.

**Q.** What would a person of ordinary skill in the art take away from the Bechgaard disclosures?

**A.** That the earlier formulation that he described had a difficulty with sprayability, and so he reduced the viscosity to improve the spray flow.

**MR. GIUNTA:** Your Honor, I'd like to move to admit DTX-2134 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2134 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Turn to the next tab, Tab 10, in your binder.

**MR. GIUNTA:** Take this exhibit down, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** I'd like to show you DTX-2294.

What is this document?

**A.** This is an international publication, WO 2005/06-7893.

**Q.** What is the publication date of this reference?

**A.** 28 July 2005.

**Q.** And what is the priority date?
**A.** 14 January 2004.
**Q.** What is that priority application number?
**A.** 0,400,804.1.
**Q.** What's the country designation for that one?
**A.** I think GB means Great Britain.
**Q.** What did the Merkus '893 publication disclose, generally?
**A.** So the title in line -- or down at 54 says: The pharmaceutical compositions comprising midazolam in a high concentration.
**Q.** What's an example there of concentration provided?
**A.** On the bottom line it says: These compositions contain midazolam in high concentration of at least 35 milligrams per milliliter.
**Q.** What did Merkus disclose about the Knoester formulation that we looked at in the last exhibit?
**A.** So he discusses it in another section.
**MR. GIUNTA:** Go to Page 7, Mr. Thorsnes, Bates ending in 811.
And can you blow up the reference of Knoester up there?
**BY MR. GIUNTA:**
**Q.** What does Merkus disclose about the Knoester formulation?

**A.** So he goes on to say: And in vitro experiments with ciliated tissue, this midazolam formulation has been shown to be ciliostatic, probably due, in particular, to the presence of 25 percent propylene glycol and 1 percent benzyl alcohol.

**Q.** In terms of the formulations that it discloses, what did Merkus disclose about the form of midazolam to be administered?

**A.** Well, he uses, in the descriptions, both midazolam hydrochloride salt and midazolam base.

**MR. GIUNTA:** Erik, can you blow up the bottom paragraph around Line 25.

**THE WITNESS:** And so that is what he states in this -- the last sentence of this paragraph. "The composition may contain midazolam in either form, free base or salt."

**BY MR. GIUNTA:**

**Q.** We looked at the -- the, at least, 35-milligram per milliliter concentration of midazolam.

What is the -- what are the upper ranges of the concentration that Merkus provides for the formulations?

**A.** He describes that on another page.

**MR. GIUNTA:** Erik, can we go to Page 8 of the document, Bates ending 812. Blow up the top paragraph there.

**THE WITNESS:** So if you take the paragraph in total, it would say between 35 and 100 milligrams per milliliter.

**BY MR. GIUNTA:**

**Q.** Now, if we can turn to Page 11. What does Merkus disclose about the safety of some of the excipients that you had in your chart there?

**A.** Okay. So that's on Page 11. And he talks about these things in the bottom half.

**MR. GIUNTA:** Can we pull up the bottom paragraph there, Erik.

**BY MR. GIUNTA:**

**Q.** What does he say about these excipients?

**A.** Okay. So the first list of solvents: "Propylene glycol, glycerol, PEG, and povidine -- povidone" -- moving up one -- "are also attractive solubilizers in nasal solution because they do not have adverse effect on ciliary movement."

**Q.** And you were reading there. Did you mean to read "do not have a strong adverse effect on ciliary movement"?

**A.** Yes.

**Q.** Now, are you aware that Dr. Smyth has opined in this case, that Merkus '893 teaches away from using midazolam base in an intranasal formulation?

**A.** I have heard that.

**Q.** Can you turn to Page 15. I think turn to Page 14. I think we saw this earlier today, up at the top, that statement.

And so this statement from Dr. Merkus in the first paragraph of Page 14, it says: "The aqueous solubility of midazolam base at neutral pH is too low to prepare suitable midazolam formulations. For this purpose, midazolam salts" with -- "e.g., with hydrochloride, have to be used."

Do you agree that that teaches away from using midazolam base on an intranasal formulation?

**A.** No. In fact, it does just the opposite.

**Q.** What does this tell to a person of ordinary skill in the art?

**A.** The preface words, he's using the initial context as an aqueous system, not an organic system.

**Q.** What do you understand -- what would a person of ordinary skill -- withdrawn.

What would a person of ordinary skill in the art have understood an aqueous system to be?

**A.** Generally, it would constitute an active ingredient that's a salt. So in this case, midazolam hydrochloride.

And then if you were to use midazolam base, then it would like to be in like, and so it would want to be in an organic system.

**Q.** So the organic system would be which excipients?
**A.** Well, the ones that he mentioned previously, like propylene glycol, PEG, maybe povidone.
**Q.** And, now, does Dr. Merkus provide any example formulations here?
**A.** Yes, he does. Starting on 14 at the bottom and then on Page 15.
**MR. GIUNTA:** Can we turn to Page 15. Mr. Thorsnes, can we blow up Example 2.
**BY MR. GIUNTA:**
**Q.** What are the ingredients of the formulation -- of the example formulation disclosed here?
**A.** Midazolam hydrochloride in a 35 to 75-milligram per milliliter of midazolam; propylene glycol in a 5 to 50 percent; glycerol in 5 to 50 percent; polyethylene glycol in 5 to 50 percent; povidone, 1 to 20 percent; and sufficient with water.
**Q.** What does it say about the volume to be administered?
**A.** It's within the typical nasal sprayer volume of 50 to 100 microliters.
**Q.** What does it say the pH of the solution?
**A.** Preferably between 3 and 4.
**Q.** But what is the overall range that is provided there?
**A.** 2.5 to 7, preferably between 3 and 4.
**MR. GIUNTA:** Your Honor, we move to admit

DTX-2294 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2294 is admitted into evidence.).

**MR. GIUNTA:** Can we put up the next slide, Mr. Thorsnes?

**BY MR. GIUNTA:**

**Q.** Earlier you summarized your opinions on anticipation, and I would like to ask you a bit more about it.

You stated your opinion, that the Wermeling '359 publication anticipates the patent -- the asserted claims of the patents-in-suit here.

**MR. GIUNTA:** Can we take a look at DTX-2208 in the binder, Tab 11.

**BY MR. GIUNTA:**

**Q.** What is DTX-2208?

**A.** It is a patent application publication, U.S. 2004/0176359, dated September 9, 2004.

**Q.** Can you tell us what the Wermeling '359 publication is in reference to the formulation that you explained to us earlier today?

**A.** So the title is "Intranasal Benzodiazepine Compositions."

**Q.** Now, do you disclose the -- what does it go to, generally?

**MR. GIUNTA:** If we can go to Paragraph 15, Erik.

**THE WITNESS:** So it's a general structure for what a pharmaceutical composition might be for this. So you'd have an effective amount of midazolam base or the salt, polyethylene glycol, and propylene glycol.

**Q.** And then is the specific formulation that you mentioned earlier disclosed in this patent?

**A.** Yes. It's in another paragraph. I think it's 80.

**MR. GIUNTA:** Erik, can we go to Paragraph 85.

**THE WITNESS:** 85.

**MR. GIUNTA:** Pull that up.

**BY MR. GIUNTA:**

**Q.** Is Paragraph 85 the formulation that's disclosed in your 2006 paper?

**A.** Yes.

**Q.** If we could turn back to -- well, let me ask you this: You listed the excipients there, and this is a specific formulation that, earlier you mentioned, has polyethylene glycol 400, propylene glycol, butylated hydroxytoluene, saccharin powder.

Now, is the disclosure of this '359 publication limited to just that one formulation?

**A.** No.

**Q.** What other excipients are available in this '359

publication?
**A.** That is described in Paragraph 30.
**MR. GIUNTA:** Go to Paragraph 30, Mr. Thorsnes.
**BY MR. GIUNTA:**
**Q.** So what does Paragraph 30 describe about the excipients that can be used in connection with the formulations it discloses?
**A.** Okay. So at the beginning it says it may be the -- that it's comprised of benzodiazepine or the salt thereof, and the carrier can be a solution.
Go a little further.
A carrier may be -- include a diluent suitable for the nasal mucosa. They list aqueous or nonaqueous diluents or combinations thereof.
And there's further listing of specifics such as water and nonaqueous diluents to include alcohols, polyhydroxy alcohols, such as propylene glycol, PEG, glycerol, and oils.
**MR. GIUNTA:** Your Honor, we'd like to move to admit DTX-2208 into evidence.
**MS. HANSEN:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2208 is admitted into evidence.)
**BY MR. GIUNTA:**
**Q.** Now, have you performed a comparison in connection

with your anticipation opinion of the Wermeling '359 publication to the asserted claims?

**A.** I have.

**MR. GIUNTA:** Next slide.

**BY MR. GIUNTA:**

**Q.** And so, first, I'd like to take a look at Claim 13 of the '033 Patent.

Is it your opinion that a person of ordinary skill in the art would understand the Wermeling '359 publication to disclose each element of the asserted claims?

**A.** Yes.

**Q.** And Claim 13 is a dependent claim, but you've rewritten an independent form here.

What's the first element of Claim 13?

**A.** "A liquid pharmaceutical composition formulated for intranasal administration comprising," colon, and then there's a listing.

**Q.** And was that in one of the portions of the Wermeling '359 publication we just reviewed?

**A.** Yes. Embodied to the right of it.

**Q.** And how about for the next element, midazolam or a pharmaceutically acceptable salt thereof?

**A.** Yes, in Paragraph 15.

**Q.** Okay. Now, skip the next one for now.

But propylene glycol?
**A.** Yes, in 30.
**Q.** Polyethylene glycol 400?
**A.** Yes, in 85.
**Q.** Water?
**A.** Yes, in 30.
**Q.** And midazolam present in the concentration from .01 percent to about 20 percent weight to volume?
**A.** Yes. This is 2.5 percent.
**Q.** And so 2.5 percent was the specific formulation you had disclosed?
**A.** Yes.
**MR. GIUNTA:** I'd like to go to the next slide, if we can.
**BY MR. GIUNTA:**
**Q.** Is it also your opinion that Claim 10 of the '322 Patent is anticipated by the Wermeling '359 publication?
**A.** Yes.
**Q.** Okay. And does the Wermeling '359 publication disclose the first element of Claim 10, "a liquid pharmaceutical composition formulated for intranasal administration"?
**A.** Yes. It's in Paragraph 15.
**Q.** And does it disclose a therapeutically effective amount of a therapeutic agent selected from midazolam, a

pharmaceutically acceptable salt thereof, or combinations thereof?
**A.** Yes, in Paragraph 15.
**Q.** And under B, what do you understand that element to be?
**A.** So it says: "B, a methoxy-polyethylene glycol with the general structural formula listed where n is a number in the range of 2 to 12."
**Q.** And would that include mPEG 350?
**A.** Yes. So nonaqueous diluents would include alcohols or a PEG.
And so a PEG, polyethylene glycol, is used as a singular statement. And so then you would want to go and pull -- and understand all of the relevant liquid PEGs. And that would include mPEG 350.
**Q.** And so the last element wherein the therapeutic agent is midazolam.
Do you see that?
**A.** Yes.
**Q.** What do you understand that to refer to?
**A.** That, again, using the midazolam or pharmaceutically acceptable salt as stated in 15.
**Q.** Let's go to the -- let's talk about that limitation being --
**MR. GIUNTA:** Erik, can we go back one slide.

**BY MR. GIUNTA:**
**Q.** I wanted to ask you about methoxy-polyethylene glycol 350.
And what would a person of ordinary skill in the art reading the Wermeling '359 publication understand?
You say it's disclosed in there, correct?
**A.** In my opinion, polyethylene glycol encompasses the common liquid PEGs.
**Q.** And would a person of ordinary skill in the art who had -- withdrawn.
Would a person of ordinary skill in the art have understood that in 2007?
**A.** Yes.
**Q.** So where is that understanding reflected in the prior art?
**A.** We had numbers of the publications where the various inventors list them, PEG 200, 400, mPEG 350, et cetera.
**Q.** Have you analyzed how the prior art reflects that understanding?
**A.** Yes.
**MR. GIUNTA:** Next slide, Erik. Next one.
**BY MR. GIUNTA:**
**Q.** How did the prior art reflect that understanding?
**A.** So first you can see, as was stated previously, this is the common chemical structure of the base of the

polymer. And you can see the right-hand side is a duplicate. The center is also a duplicate. And so the left-hand side is the difference, a hydrogen versus this methoxy group.

If you put an n in these various numbers in there, you know, the molecular characterization is roughly homologous except for, roughly, a few atoms.

**Q.** Now, what about -- what is the difference between them?

**A.** Just the hydroxyl versus the methoxy.

**Q.** Now, what else made you think that a person of ordinary skill in the art would think of mPEG 350 when they see the term polyethylene glycol referenced?

**A.** Well, because they're all identified similarly in pharmaceutical compendia. And so if you were looking at pharmaceutical solvents as an example, you would see them listed.

**Q.** And then what about in terms of -- are there any other places besides pharmaceutical compendia in the literature where they may have been treated together such that a person of ordinary skill in the art would understand polyethylene glycol to include mPEG 350?

**A.** They are both listed the FDA's 2006 inactive ingredient database.

**Q.** I'd like for you to turn to Tab 12 in your binder.

**MR. GIUNTA:** Mr. Thorsnes, if we can put this down and bring up DTX-2022.

**BY MR. GIUNTA:**

**Q.** Do you recognize DTX-2022?

**A.** I do.

**Q.** What is it?

**A.** It's the cover page from a Dow Chemical product brochure entitled Carbowax and Carbowax Sentry. And below it is polyethylene glycols methoxy-polyethylene glycols.

**Q.** So where would a person of ordinary skill in the art in the field as of 2007 have learned the information that they understand about PEGs?

**A.** Well, the general information about PEGs is in the standard pharmaceutical textbooks.

**Q.** Where else might they look if they wanted to know more specific information?

**A.** You would get a catalog from a manufacturer where they would list the offerings that they have.

**Q.** So what is this document, DTX-2022?

**A.** It's a Dow Chemical product brochure.

**Q.** On what date was it published?

**A.** 2004, I believe, on the back -- or 6 -- on the back page, March 2006.

**Q.** And what does the Carbowax PEGs and mPEGs brochure disclose about PEGs and mPEGs?

**A.** In the general description, which is under product profiles.

**Q.** Turn to Page 4, Bates ending 038. So under the heading "Product Profiles," what does it disclose?

**A.** It says, "Carbowax polyethylene glycols, PEGs, and Carbowax methoxy-polyethylene glycols, mPEGs, are a family of water soluble linear polymers formed by the addition reaction of ethylene oxide to an ethylene glycol equivalent."

And the structures are provided.

**Q.** So it provides what you previously discussed from a structural perspective.

What is the significance of the supplied form on this page?

**MR. GIUNTA:** Mr. Thorsnes, can we look at the table on the same page.

**THE WITNESS:** Okay. So this is a listing of products that vary by the molecular weight of the ingredient, and you see two columns.

One is PEG, for the liquids, and you see two for the Carbowax mPEG 350 and 550. And you see the supply is liquids and they are listed as a clear viscous liquid, and an appearance at room temperature or roughly room temperature.

**BY MR. GIUNTA:**

**Q.** So what would that mean to a person of ordinary skill in the art looking at it in the context of making an intranasal formulation?

**A.** That these are possible options to have as a solvent.

**Q.** So they would look to the ones that are liquid as a supplied form?

**A.** Yes.

**Q.** Would they necessarily look to the others?

**A.** You mean the solids?

**Q.** Yes.

**A.** No, they are not really particularly useful.

You are trying to dissolve liquids in liquids.

**Q.** How many liquid PEGs and mPEGs were available according to the brochure?

**A.** Six.

**Q.** What were they?

**A.** PEG 200, 300, 400, 600, and the mPEG 350 and 550 are liquids.

**Q.** Were PEG and mPEG known to have been used in FDA-approved formulations before the priority date?

**A.** Yes. That's in another table.

**MR. GIUNTA:** And so if we can turn to the next page, Mr. Thorsnes. Can we turn to page Bates ending 039.

**BY MR. GIUNTA:**

**Q.** And is this the table that you're referring to?

**A.** It is.

**Q.** Now, what does the Carbowax Sentry designation mean?

**A.** Well, it's -- this is part of the family listed as PEGs.

And then what they have listed here are those that have an acceptance in the Pharmacopoeia and as pharmaceutical excipients by the USP National Formulary and by the European Pharmacopeia.

**Q.** How many of the liquid PEGs and mPEGs were available in pharmaceutical grade?

**A.** Four.

**Q.** What were they?

**A.** 300, 400, 600, and mPEG 350.

**Q.** Now, what properties of PEGs and mPEGs made them good candidates for excipients in an intranasal formulation of midazolam in particular?

**A.** Okay. We have another --

**MR. GIUNTA:** Mr. Thorsnes, can we go to the next page.

**THE WITNESS:** Highlight the table, please.

**MR. GIUNTA:** Okay. Highlight the table.

**BY MR. GIUNTA:**

**Q.** What were the properties that a person of ordinary

skill in the art would be interested in?
**A.** First, would be as the first column says, water solubility. And so you can see that the lower molecular weight compounds have higher miscibility with water. And then, to the far right is viscosity. And that the lowest weight materials also had the lowest viscosity.
**Q.** Now, there are several properties listed across this table and also on these pages.
Which ones would the person of ordinary skill in the art have been particularly interested in for use in an intranasal formulation of midazolam?
**A.** Solubility and viscosity.
**Q.** And so what does the brochure say about solubility?
**A.** So it says that they are -- and that's in a solubility header. Okay?
So the liquid PEGs and mPEGs form clear aqueous solutions in all proportions. So they are readily miscible.
**Q.** So, in other words, that has to do with the solubility of the excipients themselves in water; is that right?
**A.** And -- yes, with each other.
**Q.** And what does it say about the solubility of other things in the excipients?
**A.** You mean solid PEGs?

**Q.** What does it say about the solubility of other substances mPEGs?

**A.** Oh. Well, they tend to be readily solubilized.

**Q.** What other -- okay.

**A.** Well, and then tend to be physically compatible. And they are physically compatible with other common solvents that are polar.

**Q.** So what other physical properties did you say that a person of ordinary skill in the art would have been interested in?

I think one of them was viscosity; is that right?

**A.** Viscosity and then the solubility that a lot of substances can be solubilized in it. So it's a good solvent.

**Q.** So PEGs and mPEGs themselves are good at solubilizing other substances?

**A.** Yes.

**Q.** And then can they operate in both solubility ways? Can they solubilize other substances and then make those substances soluble in water?

**A.** They can make a composition to have the composition have the substances soluble in water.

**Q.** If we take a look at what -- the portion of viscosity, next page, 041.

What does the Carbowax brochure say about viscosity?

**A.** Okay. So there's a heading. And that you can blend them. So if you look at the -- later, we'll see a table of the full listing of physical chemical properties by molecular weight. And you will see that you can blend intermediate viscosities to obtain intermediate outcomes.

**Q.** There is a Figure 23 reference there.

**MR. GIUNTA:** Mr. Thorsnes, can we go to Figure 23, which is on Bates ending 076.

**BY MR. GIUNTA:**

**Q.** What does this depict about blending PEGs?

**A.** This is a Dow Chemical prepared tool with a description of what it is intended for in the note.

And so it's allowing you to consider what the viscosity could be if you blended two Carbowax products. And you're basically drawing a straight line from one side for the first component to the other side.

And then if you are using two different components, the intersection tends to be predictive of what the viscosity would be, approximately.

**Q.** So do does this allow a person of ordinary skill in the art to create formulations with a specific viscosity using these components?

**A.** Yes. That's what the tool is for.

**Q.** Go to page, Bates ending 043.

What does the Carbowax brochure say about the

typical applications of PEGs and mPEGs?

**A.** So there's a significant listing that's pages about various kinds of applications. A couple of pages that deal with excipients in various kinds of forms.

**Q.** What kinds of forms would a person of ordinary skill in the art have paid attention to here?

**A.** So the bottom part says, "For use in formulations, PEGs exhibit unique solvent properties, low toxicity, excellent stability, and water solubility." Those are very nice characteristics to have.

**Q.** Down below there's a heading called "Excipients."

Are there any excipient applications that a person of ordinary skill in the art would have been particularly interested in here?

**A.** Yes. Flip the page to 044, and you will see a heading "Liquid Medications."

**Q.** Now, that heading, the first line says, "Carbowax Sentry Liquid PEGs."

What would a person of ordinary skill in the art understand that -- let me ask it this way. Would a person of ordinary skill in the art understand that to exclude mPEGs?

**A.** No.

**Q.** Okay. So what are the applications listed here?

**A.** So there's oral applications, and then highlighted is

others, including nose and ear drops and spray-on medications.

**Q.** You mentioned a table previously that talked about the physical properties of PEGs in here, and there's lots of tables. So which table were you referring to?

**A.** Table 2.

**MR. GIUNTA:** Can we turn to Table 2, Bates page ending 052 to 053.

**BY MR. GIUNTA:**

**Q.** What does this table depict to a person of ordinary skill in the art?

**A.** So on the left-hand column, you have the various products divided by their molecular weight, from lowest to highest, for the PEGs and the mPEGs.

**Q.** What is the lowest viscosity PEG?

**A.** It is mPEG 350 at -- if you go over to the viscosity column on 19, you will see it's 3.9.

**Q.** Are there other examples --

**MR. GIUNTA:** Your Honor, we'd like to move DTX-2022 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2022 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Are there other examples of persons in the field

defining PEGs to include mPEGs?

**A.** Yes.

**Q.** Okay. And what are those? What is one of those examples or what are those examples?

**A.** One is the Tracy application.

**Q.** Okay. If we turn to Tab 13 in your binder, I would like to show you DTX-2211.

What is DTX-2211?

**A.** It's a patent application publication, U.S. 2004/0247672, dated December 9, 2004.

**Q.** What does this disclose about PEGs and mPEGs?

**A.** So they disclose them used as viscosity-reducing agents in injectable sustained-release compositions which tend to be something similar to a paste.

**MR. GIUNTA:** Erik, can we turn to Paragraphs 49 and 52.

**BY MR. GIUNTA:**

**Q.** So under the header that you were referring to "Viscosity-Reducing Agents," what does it -- how does it characterize PEG?

**A.** So PEG -- so it says, for example, that PEG 200, PEG 400 or mPEG 350 -- so they basically list these under the heading of PEG, which are all liquids at room temperature.

**Q.** Now, what does this provide in terms of routes of administration for liquid formulations that would include

these viscosity-reducing agents?
**A.** That is in another paragraph.
**MR. GIUNTA:** Mr. Thorsnes, can we go to Paragraph 88 on Bates ending 651.
**BY MR. GIUNTA:**
**Q.** Is this the paragraph you were referring to?
**A.** Yes.
**Q.** And what does this say about the routes of administration for formulations in this patent?
**A.** So subcutaneously intramuscular -- you know, a lot of different ones, including to mucosal membranes, for example, or such as intranasally, intravaginally, et cetera, and that you could use a delivery system by an enema or an aerosol spray.
**Q.** Which of those would be -- which of those would be; more pertinent to a person of ordinary skill in the art?
**A.** So application to the mucosal membranes, intranasally, and an aerosol spray.
**Q.** If we take the teachings of Tracy together, does it, in fact, disclose intranasal formulations that include mPEG?
**A.** Yes.
**Q.** Based on these references, is it your opinion that the Wermeling '359 publication discloses each element of the asserted claims in a way that would enable a person of

ordinary skill in the art to make the formulations of the asserted claims?

**A.** Yes.

**MR. GIUNTA:** Go to the next slide, Mr. Thorsnes.

Your Honor, I'd like to move DTX-2211 into evidence.

**THE COURT:** Any objection?

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2211 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** Now I'd like to discuss the opinion on obviousness that you briefly summarized earlier today.

Now, assuming that the Wermeling '359 publication does not anticipate the asserted claims, do you have an opinion as to whether it renders the claims invalid for obviousness?

**A.** I do.

**Q.** Is it the one you set forth earlier today?

**A.** Yes, sir.

**Q.** On what do you base that opinion?

**A.** My next slide.

**MR. GIUNTA:** Go to the next slide, Mr. Thorsnes.

**THE WITNESS:** So if you combine Wermeling '359

with the Carbowax, then if you do a claim limitation side by side, then it is all contained within.

**BY MR. GIUNTA:**

**Q.** And so the Wermeling '359 publication, in essence, would disclose each of the elements that we disclosed previously; is that right?

**A.** Yes.

**Q.** And what would the Carbowax PEGs and mPEGs brochure disclose in connection with your obviousness analysis?

**A.** Yes. In the yellow box, it would say that a POSA would understand what an alcohol is, or alcohols, and the material polyethylene glycol, which would include, of the commercially available ones from Dow, four different products, which would include mPEG 350.

**Q.** Would the same analysis hold for the asserted claim of '322 Patent, Claim 10?

**A.** Yes.

**MR. GIUNTA:** Go to the next slide.

**BY MR. GIUNTA:**

**Q.** And so is -- is your obviousness opinion based on a person of ordinary skill in the art combining Carbowax with the Wermeling '359 publication to include the methoxy-polyethylene glycol element range disclosed there?

**A.** Yes, for the same reasoning.

**Q.** Would this combination that you have put forward

here, the Wermeling '359 publication and the Carbowax PEGs and mPEGs brochure, be informed by the background art that we've discussed today?

**A.** Absolutely.

**Q.** What would be the resulting formulation of a person of ordinary skill in the art combined Wermeling '359 publication with Carbowax brochure?

**A.** Okay. Go to the next.

Okay. So we would be motivated to combine, and it would be for two purposes.

Since I knew from my own formulation that it didn't make a plume, you would be motivated to reduce the viscosity versus using a modified device. So you could use a standard device.

And then you would be interested in exploring the improvement of tolerability if you could use substances and substitute for other ones that may have an irritating effect.

**Q.** What are the other reasons a person of ordinary skill in the art might have been motivated to combine your '359 publication with the Carbowax brochure?

**THE WITNESS:** Next, please.

**MR. GIUNTA:** Well, let's go back to the previous slide.

**BY MR. GIUNTA:**

**Q.** What would a person of ordinary skill in the art have hoped to achieve by making the combination?

**A.** Well, you would have a formulation with a reduced viscosity, meaning you could use a standard device instead of a modified device.

So it would be something that FDA has already ruled on as in commerce, and then, of course, to reduce irritation.

**Q.** What do you mean by -- what do you mean by motivated to -- what do you mean by "optimize prior art formulations"?

**A.** Well, my formulation would treat a patient, and we've already established that with the paper from 2006.

But if it didn't, form a plume, then you would make these modifications to use lower-viscosity solvents as a substitute for higher-viscosity solvents to reduce the overall average viscosity of the composition.

**Q.** And what would a person of ordinary skill in the art have expected -- what would a person of ordinary skill in the art have expected from that combination?

**A.** That they would have a product that could treat a patient.

**Q.** And have you analyzed the reasons why they would expect that?

**A.** Yes.

**MR. GIUNTA:** Next slide, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** And what are those reasons?

**A.** So that that formulation would treat a patient.

And so this is what was known. We knew midazolam itself was effective intranasally by the two different paths, that PEGs and mPEGs were known and they could be used safely in formulations.

MPEG was the least viscous PEG in the table. Midazolam is known to be soluble in PEGs. And that prior art formulations were already shown to be effective in treating a patient; even though, they were not designed for purpose.

**Q.** What would a person of ordinary skill in the art have expected with regard to a formulation containing mPEG 350 being able to solubilize midazolam?

**A.** You would expect it.

**Q.** What would that expectation be based on?

**A.** The physical chemical properties that are listed in the Dow brochure and its statements about being be able to readily solubilize substances.

**Q.** What would a person of ordinary skill in the art have expected with regard to the therapeutic effectiveness of a formulation of midazolam containing mPEG 350?

**A.** It would still work fine.
**Q.** Why might a person of ordinary skill in the art consider modifying the Wermeling formulation?
**A.** Well, we've said to modify it for the viscosity and sprayability.
**Q.** What would that get you?
**A.** A plume from a standard sprayer.
**Q.** And so you had used the modified device with your other formulation.
What are the potential drawbacks of using a modified device?
**A.** FDA has not ruled on that specific device, and so if you made a change to the approved device, that would be subject to review, and that you would also be trying to approve a new device; even though, technically, it's very, very similar.
**Q.** Now, you mentioned desire to create a plume. What role does the spray plume play in the drug approval process?
**A.** So it is a characteristic that is standard for testing of drug products.
**Q.** Now, why would a person of ordinary skill in the art choose mPEG 350 to reduce viscosity of prior art formulation?
**A.** Well, so that you would be able to have a plume and

your drug product when you first made it, and then you use testing throughout your anticipated shelf life of the product to make sure that the spraying, sprayability, and that the composition are stable throughout the intended shelf life.

**Q.** Well, we saw that there were a few options for even PEGs. Why would a person of ordinary skill in the art choose mPEG 350 specifically?

**A.** Because it had the lowest viscosity.

**Q.** What other prior art sources would a person of ordinary skill in the art have considered in choosing a pharmaceutical excipient?

**A.** The USP would be a good one.

**Q.** Can we turn to Tab 13 -- or, sorry, Tab 14 in your binder. I'm showing you what's been marked as DTX-2078.

Do you recognize this document?

**A.** I do.

**Q.** What is it?

**A.** It's the 2006 publication of the United States Pharmacopoeia and the National Formulary.

**Q.** And these are excerpts from that compendium?

**A.** Yes.

**Q.** And these are excerpts that you selected?

**A.** They are relevant.

**Q.** Now, if you turn to page Bates ending 780, there is a

list there.

What is this list?

**A.** Starting at the bottom left, you see a listing of solvents. So you see acetone and alcohol starting, then you go to the top right column, and it continues.

So these would be well-understood, common pharmaceutical solvents.

**Q.** Now, what is polyethylene glycol monomethyl ether that's listed there?

**A.** That's a different way of stating mPEG.

**Q.** And what are the solvents that a person of ordinary skill in the art would be interested in on this list in formulating an intranasal formulation of midazolam?

**A.** Propylene glycol has been stated already and water.

**Q.** So why did these four excipients stand out compared to the others on this list for use an intranasal midazolam formulation?

**A.** Well, some of them have already been used in intranasal products or other -- in many other products. And that you could compare this list and items that you may have an interest in to the FDA's inactive ingredient database to cross-reference and see if those substances are listed, by what route of administration, and in what concentration.

**Q.** And that would lead you to these four?

**A.** These -- I'm sorry?
**Q.** And that would lead you to these four?
**A.** Those four are in there. And a number of them, as we said, have been used as, certainly, common solvents in pharmaceuticals.
**Q.** We could turn to Page Bates ending 782.
What is this listing?
**A.** This is polyethylene glycol.
**Q.** And what would a person of ordinary skill in the art looking to formulate an intranasal formulation observe about this listing?
**A.** So the listing provides the general formula, again, for the polymer within representing the multiplier, and that leads you to the table which provides the average molecular weight, which is parallel to the Dow brochure.
So you see PEG 200, 300, 400, 500, 600, and the viscosity -- the viscosity of each is listed.
**Q.** And how about for the listing on 784 going to 785, Bates ending 784 to Bates ending 785?
**A.** The presentation is, basically, the same.
You have the base chemical structure, other information, and, basically, the same table starting with the lowest molecular weight, mPEG, which is 350, and the viscosities are presented as the molecular weight increases.

**Q.** Do these viscosity charts match the Carbowax brochure?
**A.** Yes.
**MR. GIUNTA:** We can put this exhibit aside.
Your Honor, we like to move DTX-2078 into evidence?
**MS. HANSEN:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2078 is admitted into evidence.)
**BY MR. GIUNTA:**
**Q.** Would a person of ordinary skill in the art have been motivated to include both PEG 400 and mPEG 350 in an intranasal midazolam formulation?
**A.** Yes.
**Q.** Why?
**A.** Because they are miscible with each other, and you could lower the average viscosity of the composition of products that had a higher viscosity, so the composition average would drop.
**Q.** You also mentioned including water in the formulation.
**A.** Yes.
**Q.** Have you analyzed why a person of ordinary skill in the art would have been motivated to use these components and in a -- and to reduce viscosity in particular?

**A.** Yes.
**Q.** Have you prepared a slide on that?
**A.** Yes.
**MR. GIUNTA:** Put up the next slide, Mr. Thorsnes. Next slide. Thank you.
**THE WITNESS:** So --
**BY MR. GIUNTA:**
**Q.** Well, let me go back and ask you: Why would a person of ordinary skill in the art reduce viscosity to optimize the spray plume?
**A.** So the general relationship about spraying and viscosity and generating a spray is well known, and it's in lots of other applications, including industrial.
So there's an inverse relationship between viscosity and what can come out. And so that would be the plume in this case.
And so the Bechgaard patent, '608, disclosed this relationship, and Dayal (2004) also disclosed the relationship.
**Q.** And what would be another goal for reducing viscosity?
**A.** It would be to be able to use the standard device again.
**Q.** And what did your publication disclose about using the device for -- based on the viscosity of a solution?

**A.** So when I loaded, in essence, placebos into the sprayer -- meaning, there was no midazolam in the content of the formulation, it was just the vehicle -- and I activated the sprayers, it came out as a jet, not as a plume.

And so I've done studies with jets. It's not optimal, but I thought we could get there another way. And that's known also.

And so I wrote Aptar Pfizar -- Pfizer -- Pfeiffer, the maker of this sprayer, and said, "Can I have a different one that would deal with a high-viscosity solution?" And they made an accommodation and shipped it to us.

**Q.** So earlier today, you were talking about the drug device marriage that makes up a drug product, right?

And so in your formulation, you decided to go with modification of the device; is that right?

**A.** Yes, to keep moving because I wanted to get a formulation into patients. That was my goal.

**Q.** Now, would person of ordinary skill in the art have reason to -- be expected to be able to reduce the viscosity of the drug formulation, part of it, using excipients?

**A.** Yes.

**Q.** Okay. Now, would that -- would a person of ordinary

skill in the art expect to optimize -- be able to optimize the spray plume by modifying viscosity?

**A.** Yes.

**Q.** I'd like for you to turn to the Tab 15 in your binder. It's DTX-2019.

Do you recognize this document?

**A.** Yes, I do.

**Q.** What is it?

**A.** It is a manuscript entitled "Evaluation of different parameters that affect droplet size distribution from nasal sprays using the Malvern Spraytec."

**Q.** What does this document disclose, generally?

**A.** It discloses the interaction between using different kinds of pumps with different percent carboxymethylcellulose, which would be a viscosity-increasing agent in water.

**Q.** Who's the author on that document?

**A.** Dayal, et al.

**Q.** And when was it published?

**A.** Journal Pharmaceutical Sciences in July 2004.

**Q.** Now, you mentioned that it disclosed spray parameters? Where does it disclose that? What were you referring to?

**A.** They have a few demonstrations. The first being in 009.

**MR. GIUNTA:** Mr. Thorsnes, can we go to Bates Page 009.

**THE WITNESS:** Okay. And then Figure 8.

Okay. So this is an experiment where they created two formulations in a spray. One of them had 2 percent carboxymethylcellulose, a viscosity enhancing agent, and the other had 1 percent CMC, or half.

And so then they put that into a Pfeiffer high-viscosity pump, and they actuated them into a standard paper pattern, which is used for looking at the plume as it strikes something, so that you would have a sense of the area that is impacted by the particles.

**Q.** And what's the trend that Dayal observes here?

**A.** The higher concentration of CMC in A did not form a nice circle or oval, and that that is much smaller an area than that created under the lower CMC percentage in depiction B.

**Q.** What does Dayal tell a person of ordinary skill in the art about the relationship between viscosity and spray the pattern?

**A.** That, again, they have this inverse relationship.

**Q.** Okay. And what were the other formulations that Dayal discloses this sort of testing on?

**A.** So we have Table 2.

**MR. GIUNTA:** Can we go to Table 2,

Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** What's depicted in Table 2?

**A.** Table 2 is entitled "Effect of viscosity on spray pattern area."

In the first column, you have two different devices; a high-viscosity pump and a standard pump.

In the second column, you have the variation of the percent carboxymethylcellulose that is used in the different formulations there.

So there are six of them. And it's repeated between both pumps.

Then you have a measurement of the viscosity of that percentage CMC. And so you will see that the viscosity increases with the increase in the percentage of carboxymethylcellulose.

Subsequently, the next two columns are data that relate to spraying. The DV50 relates to the droplet size. And this is roughly the median, if you will, in microns.

And so what you see with the high-viscosity pump and the low to high viscosity is that the DV50, the particles itself are increasing, such that it's almost a tripling of the DV50 in microns as you go from low to high. And, basically, that's replicated using the standard pump as

well.

**Q.** What does this chart say about the spray area?

**A.** The spray area in the second-to-last column, and it derives that the area, similar to what you saw in the other picture, the area decreases as there's an increase in the viscosity.

And then there's a graph to the right that depicts the data values in a regression line.

And it shows, again, that the area decreases as the viscosity increases. And so those are the data points from the two pumps.

**MR. GIUNTA:** Your Honor, we move to admit DTX-2019 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2019 is admitted into evidence.)

**MR. GIUNTA:** Put this exhibit down, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** Would a person of ordinary skill in the art have reasonably expected to reduce viscosity sufficiently to deliver the composition through a standard device?

**A.** Yes.

**Q.** And would that be using mPEG 350?

**A.** It would be using mPEG 350, water. Water would have the lowest viscosity.
**Q.** Would a person of ordinary skill in the art be able to do that with PEG 400, propylene glycol, also in the formulation?
**A.** I didn't hear you.
**Q.** Would a person of ordinary skill in the art have been able to do that with PEG 400 and propylene glycol also in the formulation?
**A.** You would reduce the average viscosity of the composition by substituting.
**Q.** Would that substituting have been experimentation that a person of ordinary skill in the art would undertake in the ordinary course?
**A.** Yes. It's routine.
**Q.** Now, even if a person of ordinary skill in the art could not have gotten into a standard device, would there still have been a benefit to reducing the viscosity of the formulation?
**A.** Yes. In the previous document, we showed that you would have a motivation to improve the tolerability.
**Q.** Would a person of ordinary skill in the art have been worried that reducing viscosity would impair efficacy?
**A.** Not that I'm aware of, no.
**Q.** Are you aware that Dr. Smyth opined a person of

ordinary skill in the art would not have expected to reliably administer midazolam --

**A.** I've heard that.

**Q.** -- in a low viscosity formulation.

Do you agree with him?

**A.** No.

**Q.** Why not?

**A.** The generation of the plume will still provide a nice, sufficient surface area. You will deliver the dose. And the sprayer, itself, is very accurate, so it's able to deliver the intended dose to treat the patient.

**Q.** Have you analyzed whether a person of ordinary skill in the art would reasonably expect an intranasal midazolam formulation containing mPEG 350 to be safe to administer to a patient?

**A.** Yes, we have.

**MR. GIUNTA:** Could you put up the slide, Mr. Thorsnes.

**BY MR. GIUNTA:**

**Q.** So what was your analysis?

**A.** So you would find mPEG 350 in the FDA's inactive ingredient database, and it was used as a topical agent. It was also disclosed in a formulation that had mucosal exposure. So this was a woman's vagina and perineum, and that PEGs, themselves, had been other intranasal

formulations and approved.

So, then, if you needed to work with this, and FDA, as you may have heard earlier, may have said, "Look, you have to do toxicology testing."

Well, if it's not by that route and that percent, it's standard. You are going to do it or you're not going to go anywhere. So this would be standard testing.

**Q.** Understood. So it's your opinion that a person of ordinary skill in the art would understand the toxicology testing required to get a formulation containing mPEG 350 for intranasal approved would have been routine testing?

**A.** It's routine, and I have to do it.

**MR. GIUNTA:** Now, I'd like to turn to the next exhibit. So there is a DTX-2583. It is a text file, and that would be the thing that we would want to move into evidence. Right now, we have excerpted for the purposes of the binder.

**MS. HANSEN:** I would be more than happy to provide you with a full copy of it.

**MR. GIUNTA:** We have it. But I mean, do you want to enter the full copy in print?

**MS. HANSEN:** Yes.

**MR. GIUNTA:** Okay. Let's get to the full copy in print.

**MS. HANSEN:** May I approach, Your Honor?

**THE COURT:** Yes.

**THE WITNESS:** Thank you.

**BY MR. GIUNTA:**

**Q.** I'm showing you what's been marked DTX-2583 for identification.

Do you recognize this document, Dr. Wermeling?

**A.** Yep. This is a section from the FDA's inactive ingredient list.

**Q.** Now, what was mPEG 350 listed in the IID in connection with?

**A.** It's stated to be for a topical preparation. It's stated as a gel for the form in a 20 percent composition.

**Q.** Have you prepared an excerpt of the information that the IID provides for purposes of explaining this?

**A.** I have one, yes.

**MR. GIUNTA:** Put up the slide. I believe Dr. Patel borrowed it this morning from you.

**BY MR. GIUNTA:**

**Q.** So what was mPEG 350 listed in the IID in connection with?

**A.** In this case, as I mentioned, a topical product as a gel in a 20 percent composition.

**Q.** Now, does that mean that a person of ordinary skill in the art would think that it would be -- that mPEG 350 would be unsafe in an intranasal formulation because it

was used in a topical formulation?

**A.** No. It's just not there. It hasn't been submitted to the FDA for that purpose.

**Q.** And then how about the amount, the 20 percent? Would a person of ordinary skill in the art believe, based on reading this, that mPEG 350 would be unsafe in amounts over 20 percent?

**A.** No.

**Q.** What's your understanding as to the product that mPEG 350 was listed in the IID in connection with which product?

**A.** Solaraze gel.

**Q.** Now, you mentioned a few products. Have you prepared a slide depicting those?

**A.** Yes.

**MR. GIUNTA:** Can we go to the next slide.

**BY MR. GIUNTA:**

**Q.** Before we do -- well, let's finish the first one. Okay, so what are the products that have included mPEG 350?

**A.** So Solaraze is listed first. It was a prescription drug FDA approved in 2000. It contained the 20 percent. And you apply it to the skin twice a day to treat actinic keratoses.

**Q.** What other products were there?

**A.** One was a vaginal lubricant, and two Dial soaps.

**MR. GIUNTA:** And, Your Honor, we would like to move DTX-2583 into evidence.

**MS. HANSEN:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2583 is admitted into evidence.)

**BY MR. GIUNTA:**

**Q.** What would its use in Solaraze, Vibrel, and soaps tell a person of ordinary skill in the art about the safety of mPEG when used intranasally?

**A.** Well, it would tell you for the areas that it is applied to, that it was deemed to be safe or safe and effective if -- under the prescription category.

**Q.** Have others in the field suggested using mPEG 350 in intranasal formulations?

**A.** Yes. We covered one.

**Q.** What was that?

**A.** Tracy.

**Q.** It's Tracy '672.

That was DTX-2211 in your binder; is that right?

**A.** I only know tab numbers.

**Q.** I'm sorry. Tab 13.

**A.** Okay. That was in Paragraph 88.

**Q.** And so it is disclosed there?

**A.** Yes.

**Q.** Now, what would a person of ordinary skill in the art need to do -- now, in addition to Tracy's statement and the presence of mPEG 350 in the IID for topical formulations, would PEG 400's listing in the IID for intranasal formulations have informed a person of ordinary skill in the art about the safety of mPEG 350?
**A.** It would give you a pretty good understanding of the likelihood that it's not a problem.
**Q.** What would a person of ordinary skill in the art need to do -- well, let me withdraw that.
Have you analyzed the tolerability issues with the prior art formulations?
**A.** Yes.
**Q.** Have you prepared an analysis you are about to show us?
**A.** Please.
**MR. GIUNTA:** Next slide, Mr. Thorsnes.
**BY MR. GIUNTA:**
**Q.** What were the tolerability issues and what would a person of ordinary skill in the art have done to address them?
**A.** One example would be if propylene glycol is considered to be irritating and, as stated earlier, perhaps damaging to the nose of dogs, then you would be motivated to reduce that as a percentage and substitute

something else that's more tolerable and has a lower viscosity. And PEGs and water fit that description.

**Q.** Why would a person of ordinary skill in the art want to reduce propylene glycol?

**A.** Well, as we said, it's a known irritant.

**Q.** Would a person of ordinary skill in the art have similarly expected mPEG 350 to be an irritant?

**A.** It says in the brochure that they are generally well-tolerated, but it would be subject to administration.

**Q.** Would that -- would determining that be something that a person of ordinary skill in the art would ordinarily do?

**A.** Yes.

**Q.** Would that be routine?

**A.** Yes.

**Q.** Why would a person of ordinary skill in the art not eliminate propylene glycol from the formulation altogether?

**A.** It's an excellent solvent.

**Q.** What would a person of ordinary skill in the art have expected by adding mPEG 350 to the formulation while reducing propylene glycol?

**A.** That it would be miscible with the other liquid components.

**Q.** Why would a person of ordinary skill in the art have

selected water to include in the formulation?

**A.** Because it has the lowest viscosity, and water is the major constituent of what is in the mucosa, the mucus in the nose.

**Q.** So what would that mean to a person of ordinary skill in the art, that water is the major constituent of the nasal mucosa?

**A.** Well, you might as well have like and like.

**Q.** What purpose would that serve in connection with the drug product?

**A.** Well, it's -- it would have the opportunity to be more tolerable if the mucus is tolerable.

**Q.** And why might water have been expected to improve tolerability?

**A.** Because it's the constituent of mucus.

**Q.** What would a person of ordinary skill in the art have reasonably expected regarding the solubility of midazolam in a solution containing PEG 400, propylene glycol, mPEG 350, and water?

**A.** So in modest amounts, the mPEG 350 and particularly the water aren't going to affect the solubility, but you would be able to conduct routine experimentation by adding the substitutions and determine your limits.

**Q.** And would that have been within the ordinary skill of a person working in the field?

**A.** Every day.

**Q.** Would that have been routine?

**A.** Yes.

**Q.** Claim 10 requires midazolam base. What did the prior art teach about using midazolam salt versus free base?

**A.** Well, you would need to, more than likely, put the salt in some kind of aqueous based system and the base in an organic system since the base will not be soluble in water. And that was already established.

**MR. GIUNTA:** Can we go to the next slide.

**BY MR. GIUNTA:**

**Q.** We just discussed the formulation components. The first tab, what are the -- so have you analyzed how a person of ordinary skill in the art would make a formulation based on the Wermeling formulation to include mPEG 350 and water with the attributes you've discussed here?

**A.** So my formulation was stable. It was accepted by the FDA to test in humans. It used propylene glycol and PEG 400. It didn't spray through a standard sprayer. I chose the device route versus reformulating. Doesn't mean it couldn't be done.

And so, then, you would have the ability to use the standard sprayer if you reduce the viscosity of the Wermeling '359.

**Q.** And would reducing the viscosity and getting to that formulation have been routine experimentation to a person of ordinary skill in the art?

**A.** Solubility and stability studies are the beginning and routine.

**Q.** Now, the asserted claims, themselves, for the components, other than midazolam in Claim 13, don't have quantity limitations associated with them, correct?

**A.** Yes, that's correct.

**Q.** And so even the claims, themselves, would require some experimentation to be able to be practiced; is that right?

**A.** Yes.

**Q.** Would a person of ordinary skill in the art have considered that routine?

**A.** Sure.

**MR. GIUNTA:** All right. Dr. Wermeling, thank you for your time today.

**THE COURT:** Thank you.

**THE WITNESS:** Am I excused, Your Honor?

**THE COURT:** No.

**THE WITNESS:** Oh, okay.

**THE COURT:** Now you have to be cross-examined.

**THE WITNESS:** Can I have a bio break?

**THE COURT:** Yes. Let's have a 15-minute

afternoon break.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

We are ready for cross-examination.

CROSS EXAMINATION.

**BY MS. HANSEN:**

**Q.** Good afternoon, Dr. Wermeling.

**A.** Same.

**Q.** You're not a lawyer, right?

**A.** No. I'm a pharmacist.

**Q.** You're not a medical doctor?

**A.** No, but I know a fair amount about medicine. But I'm not a medical doctor.

**Q.** And you've never made an epilepsy diagnosis such that you could prescribe an epilepsy medication, correct?

**A.** No, but I have administered them.

**Q.** Now, you also discussed some business aspects of the pharmaceutical industry on your direct.

You don't have a degree in economics, correct?

**A.** I have training in economics and finance.

**Q.** You don't have an MBA?

**A.** No.

**Q.** And you don't have a degree in marketing?

**A.** I have experience.

**Q.** You don't have a degree in marketing?

**A.** No.
**Q.** Between 1996 and 2006, you worked for a company known as ITI, correct?
**A.** Yes.
**Q.** ITI is the company that initially began development of what is now known as Nayzilam?
**A.** ITI began development of the Nayzilam nasal spray to a certain point.
I don't know if that's Nayzilam, but it's certainly the precursor. And then would you extend from Nayzilam --
**Q.** Dr. Wermeling, I withdraw the question.
Between 2004 and 2006, you were ITI's chief scientific officer?
**A.** From?
**Q.** From 2004 until 2006, you were ITI's chief scientific officer, correct?
**A.** Yes, as a consultant then. I wasn't employed then by ITI. I was employed by the university.
**Q.** You began working on your intranasal midazolam formulation in 1997 to 1998?
**A.** Approximately.
**Q.** And you started that work on an intranasal midazolam formulation because there was a need to do something different than what physicians were doing for the delivery

of midazolam intranasally, correct?
**A.** That was my impression from reading the literature.
**Q.** Your midazolam intranasal formulation contained PEG 400?
**A.** It did.
**Q.** Propylene glycol?
**A.** Yes.
**Q.** Butylated hydroxytoluene?
**A.** Yes.
**Q.** And a sweetener, correct?
**A.** Yes.
**Q.** And your formulation was different than the Nayzilam product at issue in this litigation, correct?
**A.** What do you mean by "different"?
**Q.** It was not the same as the formulation at issue in this litigation, correct?
**A.** The --
**Q.** Dr. Wermeling, let me ask a different question.
Your midazolam project was different from the product at issue in this litigation, correct?
**A.** The description of the ingredients --
**Q.** Dr. Wermeling, a yes-or-no answer.
**A.** No. I'm allowed to answer, I think.
**Q.** Dr. Wermeling, my question was: Your midazolam project -- I'm not asking about the '359 application.

Your midazolam project was different from the product at issue in this litigation?
**A.** No.
**MR. GIUNTA:** Objection. Form.
Your Honor, she just used the word "project" and "product." Can we get clarification on the question?
**MS. HANSEN:** Sure.
**BY MS. HANSEN:**
**Q.** My question is: You agree that your midazolam project was different from the product at issue in this litigation?
**A.** My understanding is that through the '359, which wasn't a project -- that the -- as I've discovered through this process of the litigation, that there was work with it that transitioned, if you will. And that's how ITI described it in their FDA application.
**Q.** Dr. Wermeling, do you recall submitting a declaration in this case?
**A.** No.
**Q.** Well, you did.
If you turn to your -- one of the folders, small documents. If I may. It's one of the materials that you'll see at the ready, of the corner there.
And it has "Declaration of Daniel Wermeling, dated April 28, 2022."

**MR. GIUNTA:** Is there an exhibit number?

**BY MS. HANSEN:**

**Q.** Have you found it, Dr. Wermeling?

**THE COURT:** Counsel, you may approach.

**MS. HANSEN:** Thank you.

**THE WITNESS:** I opened this one. That doesn't seem to have it.

**BY MS. HANSEN:**

**Q.** It does.

**A.** Okay.

**Q.** Dr. Wermeling, this is your declaration from this case, correct?

**A.** I'd like to read it.

Okay. I remember it, in general.

**Q.** And this is your declaration filed April 28, 2022?

**A.** Yes.

**Q.** If I could direct your attention to the bottom of Page 2, in a footnote you say, "My midazolam project was different from the product at issue in this litigation."

Do you see that?

**A.** Yes.

**Q.** So that's what you said in April of 2022, correct?

**A.** Okay.

**Q.** Now, your formulation, the PEG -- PEG -- or sorry -- the PEG 400, propylene glycol, butylated hydroxytoluene,

saccharin formulation did not contain water, correct?
**A.** In that example, it didn't, but it wasn't limited.
**Q.** I'm asking specifically about your formulation that you made, that formulation did not contain water, correct?
**A.** The one in the experiment did not.
**Q.** And that formulation did not contain mPEG 350, correct?
**A.** No, it didn't.
**Q.** And it didn't contain any mPEG, correct?
**A.** No.
**Q.** And, in fact, you can't remember if you knew about mPEG prior to January 2007, correct?
**A.** I don't remember a lot of things from 25 years ago.
**Q.** Now, in the 1997 to 1999 period, when you discovered the potential viscosity issue with your formulation, you chose a different approach rather than trying to solve the viscosity formulation -- viscosity problem through reformulation, correct?
**A.** I'm not sure if the dates are exactly there, but that was a discovery when I loaded sprayers with placebos.
**Q.** And through that discovery, you chose to pursue a modified device, correct?
**A.** Yes. I contacted Pfeiffer.
**Q.** And after setting this formulation and acquiring the modified device, you never tried to reformulate your

intranasal midazolam formulation, correct?
**A.** No. We didn't have access to capital to do much of anything. That's part of why I returned to campus.
**Q.** ITI filed an IND on your intranasal midazolam formulation in 1999?
**A.** I filed it.
**Q.** But in -- an IND on your intranasal midazolam formulation was filed in 1999, correct?
**A.** Yes.
**Q.** The intranasal midazolam formulation you developed was administered to healthy human volunteers, correct?
**A.** Correct.
**Q.** Your midazolam intranasal formulation was never administered to patients who had acute repetitive seizures, correct?
**A.** No.
**Q.** And your intranasal midazolam formulation was never FDA approved, correct?
**A.** No.
**Q.** Now, you mentioned that you ran out of money. In 2006, you helped ITI raise $39 million in funding, right?
**A.** My help was to come out to the plant from campus, where I worked full time, and meet with either companies or investors, who wanted to understand about our work. So there was a slide deck that was used to explain the

various products.

**Q.** And one of the products was your intranasal lorazepam formulation?

**A.** It probably contained all of them.

**Q.** And -- so that's a yes, one of the products was your intranasal lorazepam --

**A.** That was one. It probably did all of them --

**Q.** And one of those -- sorry. I'll need to clarify.

One item in ITI's portfolio in 2006 was your intranasal lorazepam formulation?

**A.** Yes. The patent issued on that one.

**Q.** And another of the products in ITI's portfolio was your intranasal midazolam formulation, correct?

**A.** Correct.

**Q.** And once ITI got that $39 million, ITI chose not to spend that money on further developing your formulation, right?

**A.** I think what they did in stating what --

**Q.** Dr. Wermeling, what I'm asking you is: Your formulation, the PEG 400, propylene glycol, butylated hydroxytoluene sweetener formulation, that formulation did not move forward for FDA approval?

**A.** I was talking. And I didn't jump back in to overtalk you.

**THE COURT:** All right. We have a question

pending. Can we have Ms. Archer reread it?

\- - -

(The court reporter read back the record as requested.)

**THE COURT:** All right. Doctor, you can answer how you like.

**THE WITNESS:** They called it a "pilot formulation" in the IN -- pre-IND and IND submissions to the FDA. That's ITI's words.

**BY MS. HANSEN:**

**Q.** But your formulation was not selected to move forward for ultimate FDA approval, correct?

**A.** No. It was compared, but it didn't -- it was not the one that was submitted.

**Q.** Prior to being approached in 2021 by the attorneys for Cipla, you were not aware of ITI's development of an intranasal midazolam project comprising mPEG, correct?

**A.** I was not.

**Q.** And in 2009, you didn't know anything about ITI developing an intranasal formulation comprising mPEG, correct?

**A.** Not that I remember.

**Q.** And you were unfamiliar with the Icelandic priority application that forms the basis of -- priority in this case until you were approached in 2021 for this

litigation, correct?

**A.** I have never seen it until this exercise.

**Q.** Now, your patent, the Wermeling '359 application, never issued -- or sorry.

Your patent application, the Wermeling '359 application, never issued as a patent, correct?

**A.** Correct.

**Q.** But the use of mPEG in a formulation resulted in a patentable formulation, but yours did not?

**A.** I believe that's a fact.

**Q.** And you believe that the leadership team at ITI, by trying an intranasal formulation with mPEG, wanted to do something different?

**A.** I believe they wanted to have a patentable product so that they could more easily license it to someone else.

**Q.** And the formulation with mPEG in it was something different?

**A.** Sure.

**Q.** Now, you do not opine that PEG and mPEG aren't -- sorry.

You do not opine that PEG and mPEG are identical compounds, right?

**A.** Correct.

**Q.** And mPEG 350 has a different number from the Chemical Abstract Society from any of the PEGs?

**A.** Is that a question or a statement?

**Q.** It's a question.

**A.** My understanding is that they may well have a different CAS number.

**Q.** And PEG and mPEG have different structures, correct?

**A.** They're about 99 percent homologous, so the minor changes on one terminal end. That's the truth of it.

**Q.** So the structures are different between PEG and mPEG, correct?

**A.** Very modestly.

**Q.** And you formulated an intranasal midazolam formulation with PEGs but not mPEG, right?

**A.** Correct.

**Q.** Now, mPEG 350 was not used in an FDA-approved nasal formulation before Nayzilam, right?

**A.** Correct.

**Q.** In 2007 mPEG was not reported specifically in any intranasal formulation with midazolam, correct?

**A.** Correct.

**Q.** And as of January 2007, the prior art did not disclose the solubility of midazolam in mPEG 350; is that right?

**A.** Not that I'm aware of.

**Q.** And as of January 2007, the prior art did not disclose what the spray plume of an intranasal formulation

containing mPEG 350 would be, correct?

**A.** A POSA would be able to think about what it might be given the physical chemical characteristics of the PEGs.

**Q.** But the prior art did not disclose what the spray plume of an intranasal formulation containing mPEG would be, correct?

**MR. GIUNTA:** Objection. Asked and answered, Your Honor.

**THE COURT:** You can answer the question.

**THE WITNESS:** I think I did. Can we read it back?

**THE COURT:** Can we have the question read back, Ms. Archer.

\- - -

(The court reporter read back the record as requested.)

**THE COURT:** Would you like to hear the question again?

**THE WITNESS:** Yeah, sure.

\- - -

(The court reporter read back the record as requested.)

**THE WITNESS:** I said something to the effect that the physical chemical properties described in the Dow brochure would give a POSA a pretty good idea of what

was going to happen.

**BY MS. HANSEN:**

**Q.** There was no data in the prior art testing a -- an intranasal formulation with mPEG 350 for what its spray plume would be, correct?

**A.** Correct. Correct.

**Q.** And the prior art did not disclose any data on an intranasal formulation with mPEG 350, correct?

**A.** Correct.

**Q.** And the prior art did not disclose any, for example, PK data resulting from testing an intranasal formulation with mPEG 350, correct?

**A.** Correct.

**Q.** Now, I'd like to turn to the Carbowax brochure, DTX-2022.

**MS. HANSEN:** If we could pull that up on the screen, Mr. Braun.

**BY MS. HANSEN:**

**Q.** This is one of the references that you use in your combinations where you opine that the asserted claims were obvious, correct?

**A.** Correct.

**Q.** You were unfamiliar with this document until it was given to you by Cipla's counsel, right?

**A.** Correct.

**Q.** And the reason you used this reference, DTX-2022, as part of your purported obviousness combination is because you were instructed to do so by Cipla's counsel, right?
**A.** No.
**Q.** It's your understanding that you were obligated to look at any reference given to you by counsel?

**MR. GIUNTA:** Objection, form.

Your Honor, this is discovery on discovery-type of questioning. And I don't understand how this could possibly be relevant to the case.

**THE COURT:** Overruled.

You can answer the question.

**THE WITNESS:** Can I have it read back?

**THE COURT:** Do you need it read back?

Can we have it read back, please, Ms. Archer?

\- - -

(The court reporter read back the record as requested.)

**THE WITNESS:** I don't know if I would use the operative word "obligated," but it seemed like if they give me something, there must be a reason to look at it.

**BY MS. HANSEN:**
**Q.** Do you recall giving a deposition in this case?
**A.** Yes.

**MS. HANSEN:** And we could play, Mr. Braun,

26 -- 261, 24 through 262, 20?

Deposition clip of DANIEL PAUL WERMELING plays as follows:

"**Question:** Why did you choose such a reference that had so many things with which you disagree as part of your combination for obviousness?

"**Answer:** It -- because it's -- to my understanding, you're going back to the claims regardless of what these things say. It's his opinion. I can have a different opinion. And" --

(Video clip concludes.)

**MR. GIUNTA:** Objection.

This isn't rel- --

**THE COURT:** Yeah.

**MR. GIUNTA:** This isn't the right one.

**THE COURT:** Counsel, let's stop this one. And why don't you show it to the other side, please.

**MR. GIUNTA:** Yeah. This is a different exhibit that's being discussed.

**THE COURT:** They're conferring off the record. Anything that they're not conferring about is on the record.

Counsel, do we need to have a sidebar here?

**MS. HANSEN:** No, Your Honor. I'll withdraw the question.

**THE COURT:** Okay.

**BY MS. HANSEN:**

**Q.** Now, another instruction that you received from Cipla's counsel was that you should not do any independent searches of any kind, correct?

**A.** I don't believe I did any independent searches because I was so familiar with the literature by the doing searches prior to this engagement. So I knew the literature pretty well.

**Q.** Do you recall giving a deposition in this case?

**A.** I do.

**MS. HANSEN:** We could play 269, 13 through --

**THE COURT:** Counsel, why don't you Confer with opposing counsel and make sure that you agree that it's consistent.

**MS. HANSEN:** Sure.

**MR. GIUNTA:** Can we read back the last question?

**THE COURT:** Ms. Archer -- let's have a sidebar briefly.

\- - -

(Whereupon, the following discussion is held at sidebar:

**THE COURT:** I don't want to be reading back the witness's testimony while he's sitting right there.

So what's the issue here?

**MR. GIUNTA:** I am a not sure that the question was a true impeaching question. Based on the question whether or not this statement impeaches. If I can have the question back, then I can take a look at the statement.

**THE COURT:** Okay.

Ms. Archer, could I ask you to please give us the last question and answer.

\- - -

(The court reporter read back the record as requested.)

**THE COURT:** Are we okay to impeach the witness with prior inconsistent testimony, Counsel?

**MR. GIUNTA:** I disagree that it's inconsistent. But if she reads this exact statement to him, then she can play.

**MS. HANSEN:** You want me to start it here, or here?

**MR. GIUNTA:** You can start on the second one.

**MS. HANSEN:** Okay.

**THE COURT:** Sounds like we have agreement.

**MR. DORSNEY:** Does the witness have a copy of that testimony before it's published?

**THE COURT:** I think he will have a copy when

it's shown up on the screen. Make sure they include this moving forward.

And as long as we are here together, I will take the opportunity -- I know tensions are running high. It is the first day of trial. I ask counsel to direct any communication you might have with each other to the Court in the first instance. If you need me to ask counsel something or want something read back, direct it to the Court, so we can have a more orderly efficient trial. Okay?

Please proceed.

\- - -

(Whereupon, the discussion at sidebar concludes.)

\- - -

**MS. HANSEN:** Mr. Braun, if we could pull up Dr. Wermeling's transcript 269, 13 through 21.

**BY MS. HANSEN:**

**Q.** Now, Dr. Wermeling, at that deposition you said, "I was instructed not to do independent searches of any kind," correct?

**A.** Uh-huh. Yes.

**Q.** And you followed that instruction and did not do any sort of independent search to reach your opinions, correct?

**A.** I didn't because I already knew it. It was in my

library.
**Q.** And so you obeyed counsel's instructions to not compromise whatever it was they're doing, correct?
**A.** Correct, but it wasn't relevant. I knew more than they did, and I gave them the references.
**MS. HANSEN:** Let's look -- and we can pull that down. If we could bring up DTX-2022.
**BY MS. HANSEN:**
**Q.** Now, this is a marketing brochure for Dow Chemical, correct?
**A.** Correct.
**Q.** Let's turn to internal Page 4 under the introduction.
Dow's Carbowax brochure reports that mPEGs and PEGs have been marketed since 1940 by Union Carbide Corporation, correct?
**A.** That's what it says.
**Q.** And as we heard on direct, in your opinion, the use of the phrase "polyethylene glycol" would encompass methoxy-polyethylene glycol, correct?
**A.** That's my point of view.
**Q.** But in this paragraph in Dow's Carbowax brochure, this introductory paragraph, Dow uses both names separately?
Is that correct?
**A.** Yes. They do it a number of places.

**Q.** Even though, in your opinion, that's redundant, right?
**A.** It is, because PEG can refer to -- if you use it in the PEG, polyethylene glycol, as the term, then you have to go specify.
**Q.** Let's pull up -- and, now, let's pull up your Slide 28, if we could.
**MS. HANSEN:** And if we could put it side by side with this page, Mr. Braun.
**BY MS. HANSEN:**
**Q.** Now, on your slide, you have two structures that you list under what you called PEG, right?
**A.** Yes.
**Q.** And let's take a look at that first page of -- the Carbowax brochure in the middle of the left-hand column, there are also two structures, right?
**A.** Yes.
**Q.** And those structures that you included on your slide are the same as the structures that are included in the Carbowax brochure, correct?
**A.** Quick scan, that would appear true.
**Q.** But Carbowax doesn't call both structures PEG, correct?
**A.** No, they call them a family.
**Q.** To be clear, Carbowax calls the top structure PEG; is

that right?

**A.** Yes, they're giving the two formulas. So if you are going to differentiate the couple atoms different, you would do that.

**Q.** And they call the bottom structure mPEG, right?

**A.** Yes.

**Q.** Now, let's turn --

**MS. HANSEN:** If we can pull this down, and if we could turn to internal Pages 9 and 10 of DTX-2022.

**BY MS. HANSEN:**

**Q.** Now, you talked a little bit about this section on direct. This is the section entitled "Pharmaceuticals" in the Carbowax brochure; is that right?

**A.** Yes.

**Q.** In the paragraph immediately under the Pharmaceuticals heading, Dow talks about both PEGs and mPEGs, right?

**A.** Yes.

**Q.** And under the first heading for excipients, each subsequent paragraph only talks about PEGs, right?

**A.** I'd have to read it to --

**Q.** Well, let me draw you through it. Maybe that will be a little bit easier.

Under Pill and Tablet Bindings or Coatings.

You see that section?

**A.** Yes.
**Q.** And Dow only mentioned PEGs, correct?
**A.** Yes.
**Q.** And for Gelatin Capsules Dow only mentions PEGs, correct?
**A.** Yes.
**Q.** And for Liquid Medications, Dow only mentions PEGs, correct?
**A.** Yes. In that paragraph, yes.
**Q.** And this is -- this section we also talked a little about. This is the only place where Dow talks about nose-related medications, correct?
**A.** Yes.
**MR. GIUNTA:** Objection.
Your Honor, mischaracterizes the document.
**THE COURT:** Overruled.
**BY MS. HANSEN:**
**Q.** If we can go to the next section under Pharmaceuticals entitled "Actives," Dow only includes mentions of PEGs; is that right?
**A.** Yes.
**Q.** And for "Ophthalmic Treatments," which is the next section under Actives, Dow, again, only mentions PEGs; is that right?
**A.** Yes. Likely because that's all that's been

submitted.
**Q.** For Chemical Intermediates, which is the third section under Pharmaceuticals, Dow discusses both PEGs and mPEGs, right?
**A.** Yes.
**Q.** And this is the only time in this section on pharmaceuticals that Dow discusses mPEGs, right?
**A.** That's where they discuss conjugation using these as intermediates, yes.
**Q.** And just to round out our discussion, under section 4 under the pharmaceutical section, Processing Aids, again, Dow only discusses PEGs and not mPEGs, correct?
**A.** Yes.
**Q.** Let's turn to the chart bridging Pages 16 through 17 in this brochure if we could.
Now, the start is sort of hard to read, so I actually prepared a demonstrative. If we could pull up PDX-5-1. And this is that chart that we saw as Pages 16 through 17 modified a little bit.
**MR. GIUNTA:** Your Honor, I'll just object for the record that the modification here is to cut out all of the properties in the chart. So I object to this demonstrative.
Objecting to the demonstrative. It cuts out an important piece of what it's alleged to modify in the

exhibit, and it wasn't shown to us before this cross-examination.

**THE COURT:** Overruled.

**MS. HANSEN:** I'm not going to talk about the properties. I just want to talk about the uses.

**BY MS. HANSEN:**

**Q.** Now, according to this chart provided by Dow. The typical commercial applications for PEG 3- --

**MS. HANSEN:** Sorry. Can we go back?

**BY MS. HANSEN:**

**Q.** The typical uses -- typical commercial applications for mPEG 350 are adhesives; is that right?

**A.** Yes.

**Q.** Chemical intermediates?

**A.** Yes.

**Q.** Inks?

**A.** Yes.

**Q.** Lubricants?

**A.** Sure.

**Q.** Mandrel releases?

**A.** Yes.

**Q.** Mining?

**A.** Yes.

**Q.** And soaps and detergents, right?

**A.** Yes.

**Q.** And the typical uses provided for mPEG 350 do not align completely with those provided for, for example, PEG 400, right?
**A.** Well, not exactly, because you said this is the commercial use, and this is what they would know. They wouldn't know experimental use, which is what POSAs are also part of.
**Q.** Let's turn back to DTX-2022, and turn back to Page 4 if we could.
Now, in your direct, you stated that one of the reasons the POSA would consider PEG and mPEG together is because Dow defined them as a family; is that right?
**A.** I'm just quoting their paragraph.
**Q.** But, of course, you don't know how Dow defined whether a member is within the family or outside of the family, correct?
**A.** I'm just reading plain English.
**Q.** Is that a "yes" or a "no," Dr. Wermeling?
**A.** It's -- it says what it says.
**Q.** You don't know how Dow defined whether a member is within the family or outside of the family, correct?
**A.** It says, "Carbowax polyethylene glycols, PEGs, and Carbowax methoxy-polyethylene glycols are a family of water soluble linear polymers."
**Q.** Again, Dr. Wermeling, my question is: You don't know

how Dow defined whether a member is within the family or outside of the family, correct?

**A.** I disagree.

**MS. HANSEN:** Your Honor, I would like to impeach the witness. I'm going to confer with cocounsel.

**THE COURT:** Sure.

(Counsel confer.)

**MS. HANSEN:** Mr. Braun, if we could pull up Dr. Wermeling's transcript at Page 28 -- or 228, Lines 10 through 17.

**BY MS. HANSEN:**

**Q.** At your deposition, I asked you:

"Do you have an understanding about how Dow defined whether a member is within the family or outside of the family."

To which you responded: "No, of course not."

Do you see that testimony?

**A.** But I also --

**Q.** Dr. Wermeling, I asked you a yes-or-no question.

**A.** All I can do is react to what it says in the document. That's what it tells me.

**Q.** Dr. Wermeling, my question was whether or not you see the testimony on the screen?

**A.** I do.

**Q.** Thank you.

**MS. HANSEN:** We can take that down.

**BY MS. HANSEN:**

**Q.** You have no understanding what Dow's motives were in using the term "family," right?

**A.** No. It's a marketing brochure.

**Q.** And you don't know if there were books, back in 1940, that would have characterized PEG and mPEG as a family, right?

**A.** Correct. I have nothing in that age group for my library.

**Q.** Dow sells a variety of different PEGs and mPEGs as part of its family of Carbowax products, correct?

**A.** Yes.

**Q.** And if we take a look at DDX-2022 again on internal Page 4, we looked at this -- you looked at this chart on your direct.

**MS. HANSEN:** Can you blow that up.

**BY MS. HANSEN:**

**Q.** There are 13 available products provided by Dow, right?

**A.** That's what's listed there.

**Q.** And all of the PEGs and mPEGs provided in the Carbowax brochure can be dissolved in water?

**A.** That's not the relevant point. The question is whether they are a liquid.

**Q.** Dr. Wermeling, the question I asked you, however, was: All of the PEGs and mPEGs provided in the Carbowax brochure can be dissolved in water, correct?
**A.** I haven't studied them all for that. So I don't know.
**Q.** All of the compounds provided in the Carbowax brochure are linear polymers?
**A.** Yes.
**Q.** And you defined the -- but for purposes of your opinion, you focused on what you call the liquid PEGs sold by Dow, right?
**A.** Correct.
**Q.** And you defined those as PEG 200, PEG 300, PEG 400, PEG 600, mPEG 350, and mPEG 550, right?
**A.** Yes.
**Q.** And in your opinion, reference to any one of the PEGs, say PEG 400, would cause the POSA to think of the other five liquid PEGs included in the Carbowax brochure, right?
**A.** If I was wanting to understand PEG, I would want to understand what they offer.
**Q.** Dr. Wermeling, again, my question was: In your opinion, reference to one of the PEGs, say PEG 400, would cause the POSA to think of the other five liquid PEGs in the Carbowax brochure, correct?

**A.** I would look at them in here, and I would look at them in other places.
**Q.** Now, a POSA could use one of the higher molecular PEGs in an intranasal formulation, right?
**A.** You could try; it wouldn't be advisable.
**Q.** It's interesting you say that. One of the PEGs that Dow sells is Carbowax 3350, right?
**A.** Yes.
**Q.** And so something like PEG 3350 would be a solid at room temperature, right?
**A.** Yes.
**Q.** But you, of course, know that prior to January 2007, PEG 3350 had been used in a nasal metered spray, right?
**A.** Doesn't sound familiar.
**Q.** Let's take a look at DTX-2583.
Now, Dr. Wermeling, this is the FDA IID from 2006 that you discussed on your direct; is that right?
**A.** I'll presume so.
**Q.** Now, it's a long list, and so there's a lot of ingredients that FDA have approved for use. But if we turn to the page that I flagged with the red tab? I'm sorry, with the blue tab. In your binder, yes.
And that's the list of polyethylene glycols, right?
**A.** Just a second; I'm not there yet.
My blue tab says, "propylene glycols."

**Q.** My apologies. The yellow tab.
**A.** Yes. I now see polyethylene glycol.
**Q.** Okay. And if you look down at the bottom of this page at polyethylene glycol 3350, there are two options: A nasal solution and nasal spray metered, right?
**A.** Okay.
**Q.** So as of at least October 2006, PEG 3350 had been used in a nasal formulation; is that right?
**A.** I would need to understand what the formulation was and its purpose.
**Q.** You don't disagree that this list includes polyethylene glycol 3350 for a nasal spray, correct?
**A.** True. But, again, I don't understand the details of what this means, and so it's almost meaningless.
**Q.** Now, if we turn to the first page I flagged with the red tab, that's the entry for methoxy-polyethylene glycol?
**A.** Yes.
**Q.** And as of October 2006, no other mPEG had been FDA approved for any route of administration, right?
**A.** Correct.
**Q.** Let's, since we're at this document, now we can turn to the blue tab.
**A.** Okay.
**Q.** And this is propylene glycol?
**A.** Yes.

**Q.** Give Mr. Braun a moment to get there. It is 186 pages long. That's not it. There we go.
And if we look at "nasal," which I believe is the previous page. It's right there in the middle there.
**A.** I see it.
**Q.** The limits provided for a propylene glycol nasal in October 2006 was 20 percent, correct?
**A.** Correct.
**Q.** You can put that aside.
**MS. HANSEN:** If we can pull up DTX-2022 again.
**BY MS. HANSEN:**
**Q.** Now, on direct, you pointed out that this marketing brochure provided certain physical characteristics of mPEG, right?
**A.** Yes.
**Q.** And in particular its viscosity measurement, right?
**A.** And solubility.
**Q.** This brochure doesn't provide the solubility of midazolam in mPEG, right?
**A.** No, it tells you that it readily solubilizes many ingredients.
**Q.** It does not specify midazolam in particular, right?
**A.** It doesn't specify any drug, given the thousands of them.
**Q.** And DTX-2022 doesn't provide any data on a

formulation comprising mPEG and how that will affect the spray plume of a formulation delivered via a commercial device, right?
**A.** It's not the purpose, no. So the answer is it's not the purpose of the brochure.
**Q.** Thank you, Dr. Wermeling.
And, Doctor, DTX-2022 doesn't provide any data about the safety of mPEG for systemic administration, right?
**A.** Which one, again? This brochure?
**Q.** The Carbowax brochure, DTX-2022.
**A.** To my recollection, no.
**Q.** And the Carbowax brochure doesn't provide any data about the safety of mPEG for nasal administration, correct?
**A.** No.
**Q.** And DTX-2022, the Carbowax brochure, doesn't provide any data about any potential ciliotoxicity of mPEG, correct?
**A.** No.
**Q.** There are other companies other than Dow that sell mPEG, right?
**A.** I would presume.
**Q.** One of those companies is Sigma-Aldrich?
**A.** Probably.
**Q.** But you don't know if Sigma-Aldrich markets mPEG and

PEG together, correct?
**A.** I haven't seen their catalog in decades, so, no.
**Q.** You don't know if Sigma-Aldrich sold mPEG before 2007, correct?
**A.** No.
**Q.** But you do know Sigma-Aldrich sold PEG in 2007, right?
**A.** I believe so.
**Q.** Now let's turn to DTX-2211. I believe this is Tab 13 in your binder. This is the Tracy reference that you discussed on direct.
**A.** Yes.
**Q.** And this reference doesn't talk about your application, Wermeling '359, right?
**A.** No.
**Q.** This is an invention about a polymer paste and a sustained-release composition comprising the paste and the -- let's turn to the abstract. Sorry.
This is an invention about a polymer paste and a sustained-release composition comprising the paste and the biologically active agent?
**A.** I see that.
**Q.** And the last line of this abstract states: "In a particular embodiment, the sustained-released composition is injectable," right?

**A.** I see that.

**Q.** And in your opinion, the POSA would consult this application on sustained-release polymer paste for injection to develop a rapid release intranasal liquid spray midazolam formulation?

**A.** No. There's a different sentence in here that would be useful, and that is "a viscosity-reducing agent." And so you've kind of excluded other areas that we put on our examination earlier today.

**Q.** But I'm asking you, the POSA would consult this application on sustained-release polymer pastes for injection to develop a rapid release intranasal liquid spray midazolam formulation, right?

**A.** No. I would pay attention to the middle of this and be focused on viscosity reduction.

**Q.** Let's actually talk about the viscosity-reducing agents. That's what you said the POSA would turn to this reference on injectable polymer pastes to look at, right?

**A.** Yes.

**MS. HANSEN:** Let's turn to Paragraph 51 of this reference. I'm sorry. If we could go back up a little bit to include the title at Paragraph 49.

**BY MS. HANSEN:**

**Q.** This is the section on viscosity-reducing agents; is that right?

**A.** Yes.

**Q.** And if we go down to Paragraph 51, it gives examples of suitable viscosity-reducing agents, right?

**A.** By classes, yes.

**Q.** And those include polyethylene glycol polymers?

**A.** Yes.

**Q.** Surfactants?

**A.** Yes.

**Q.** Organic solvents?

**A.** Correct.

**Q.** And aqueous solvents?

**A.** Yes.

**Q.** Now, let's take a look at surfactants. Those are further discussed at Paragraphs 53 and 54 of this reference, right?

**A.** I don't recall reading about the surfactant issues.

**Q.** But surfactants are identified in this application as the viscosity-reducing agents, right?

**A.** They say it, yes. They're claiming a lot of classes.

**Q.** And one of the surfactants that they identified in Paragraph 54 is -- wait for Mr. Braun -- is polysorbate -- is the polysorbates, right?

**A.** Yes.

**Q.** And so those can be used as viscosity-reducing agents?

**A.** I believe they can, yes.
**Q.** And they are compounds that have a repeating ethylene unit like PEG?
**A.** Yeah, I think so.
**Q.** They are polyhydroxy compounds, right?
**A.** Yes.
**Q.** Now, Paragraph 55 talks about suitable organic solvents for use as a viscosity-reducing agent, right?
**A.** Yes.
**Q.** And there's a whole list of organic solvents that are suitable as viscosity-reducing agents, right?
**A.** Yes.
**Q.** It includes organic acids?
**A.** There's a whole list of various things.
**Q.** Alcohols?
**A.** Yes.
**Q.** Dialkylamides?
**A.** The whole paragraph lists virtually a whole series.
**Q.** Now, I'd like to -- you talked a lot on direct about how references talked about PEG and mPEG together.
**MS. HANSEN:** We can take this down, Mr. Braun.
**BY MS. HANSEN:**
**Q.** I'd like to talk about a reference that you didn't mention, PTX-1090.
**MS. HANSEN:** Can we pull that up, please?

**BY MS. HANSEN:**

**Q.** Now, this is an excerpt from the fifth edition of the Handbook of Pharmaceutical Excipients, right?

**A.** Yes.

**Q.** The copyright on this particular edition is from 2006; is that right?

**A.** Yes.

**Q.** And this is a collection of monographs about certain excipients used in formulating, right?

**A.** Yes.

**Q.** You have a copy of one of the editions of the Handbook of Pharmaceutical Excipients in your personal library, right?

**A.** Amongst many others.

**Q.** And this is one of several reference books a POSA would have at their disposal?

**A.** Yes.

**Q.** And it's a reference that you considered in rendering the opinions in this case, correct?

**A.** Correct.

**Q.** It's not a book that you used in your opening report, right?

**A.** I don't remember.

**Q.** Now, you agree with me, though, that the handbook does not explicitly identify mPEG, right?

**A.** It's been a while since I looked at it, but that's my vague memory.
**Q.** Let's turn to Page 17 of this document. This is the monograph on polyethylene glycol?
**A.** Yes.
**Q.** It doesn't mention mPEGs at all, right?
**A.** It doesn't appear to. I haven't read it recently, so.
**Q.** This is a reference that doesn't consider PEGs and mPEGs together, at least as of 2006, right?
**A.** It doesn't appear to on this page.
**MS. HANSEN:** Let's turn to -- if you can pull that down, and if we can pull up Bechgaard 608, DTX-2134.
**BY MS. HANSEN:**
**Q.** This is the Bechgaard '608 patent that you discussed on direct?
**A.** Yes.
**Q.** But it's not one of the references that you used to assert anticipation, right?
**A.** I don't think so.
**Q.** This patent issued in 1997?
**A.** I see that.
**Q.** And if we turn a little bit down to the priority chain?
**MS. HANSEN:** Make it larger, Mr. Braun.

**BY MS. HANSEN:**

**Q.** Related -- sorry.

Under the related U.S. application information. This is a continuation of patent 5428006 that issued in 1993.

**A.** Okay. I see this language.

**Q.** This issued -- and the '006 patent issued November 15, 1993, right?

**A.** Right. I don't know that I've seen this.

**Q.** Now, a continuation application means the specification of this patent, Bechgaard '608, has the same specification as the '006 patent, right?

**A.** I don't know the legalities.

**Q.** 1993 is about 50 years after Dow started selling mPEG?

**A.** The math seems correct.

**Q.** Let's take a look at the abstract of this reference that you talked about during your direct. All way down.

Now, this abstract talks about n-Ethylene glycols, right?

**A.** Yes, I see that.

**Q.** And it provides a representative structure?

**A.** Yes.

**Q.** MPEG wouldn't fall within this structure, right?

**A.** It has a slightly different one.

**Q.** And sitting here today, you are not aware of any discussion in Bechgaard of mPEG specifically, correct?
**A.** No, he discusses PEGs.
**Q.** Now, another thing that you mentioned about DTX-2134 is that it has a discussion of the compound glycofurol, right?
**A.** Yes.
**Q.** Let's turn to Column 3, Line 43. The inventors of the Bechgaard '608 patent considered glycofurol to be different from the n-Ethylene glycols they talk about right below glycofurol, right?
**A.** Yes.
**Q.** And you considered glycofurol different from mPEG, right?
**A.** They look very similar. The right-hand structures and the terminus are the same.
**Q.** Glycofurol has a much more significant attachment than just whether you have a hydroxyl or a methyl group, right?
**A.** It does.
**Q.** But glycofurol is a substantially different attachment than mPEG, right?
**A.** It's quite different, but the bulk of the molecule is still defined by n.
**Q.** Let's turn to Column 9, Line 9. Glycofurol is a

liquid polymer?

**A.** I see that.

**Q.** Now, if we turn all the way down to the bottom around line -- sorry.

Within that same paragraph, where we were just were around Line 13, it also reports in this patent that: "Glycofurol is reported to cause irritation when used in compositions for parenteral administration in undiluted form."

Do you see that?

**A.** I do.

**Q.** Now, I'd like to pull up your Slide 24, if we could. Now, here, you list Bechgaard '608 as disclosing formulations of midazolam, propylene glycol, water, PEG, and glycofurol, right?

**A.** Yes.

**Q.** There is no example formulation in this application that contains all five of these ingredients, correct?

**A.** I'd have to read it again.

**Q.** You didn't point out on your direct any example that -- of this specific formulation that contains all five of these excipients, right?

**A.** My general recollection, subject to rereading it, is that there were formulation examples, and then the document, itself, described that you could use and

comprise other solvents also in a composition, and these were also listed.

**Q.** But there is no formulation of midazolam with propylene glycol, water, PEG, and glycofurol, correct?

**A.** Not of midazolam.

**MS. HANSEN:** Now, let's take a look at example 11 of DTX-2134. We can go all the way down to Figure 10. Full Example 11 all the way down to Figure 10. Great.

**BY MS. HANSEN:**

**Q.** Now this example reports a stability study of clonazepam and a variety of excipients, right?

**A.** It appears to be that, yes.

**Q.** And this example refers to Figure 10 as a schematic diagram over of the stability of clonazepam and the various vehicles; is that right?

**A.** I don't see it.

**Q.** All the way at the bottom there at Line 57.

**A.** Okay.

**Q.** Let's actually go take a look at Figure 10 because it's a bit easier to compare. This is figure -- sorry. Was there.

This is Figure 10, Dr. Wermeling?

**A.** It says that, yes.

**Q.** And if we could, if we could make this smaller and bring back up your Slide 24.

This formulation -- or sorry, this Figure 10 doesn't list any formulations with propylene glycol, water, PEG, and glycofurol, correct?
**A.** No.
**Q.** And it also lists other solvents, ethanol; is that right?
**A.** Yes, that's there.
**Q.** And benzyl alcohol?
**A.** Yes.
**Q.** And acetic acid?
**A.** Yes.
**Q.** And nitric acid?
**A.** Yes.
**Q.** And nitrate?
**A.** Yes.
**Q.** And oxalic acid?
**A.** It does.
**Q.** And phosphoric acid?
**A.** Yes.
**Q.** You didn't include any of those ingredients in your chart on Claim 24, right?
**A.** No, because this would appear to be a different purpose.
**Q.** We can take a look -- now, there is a complete nasal formulation that is disclosed in the specification, right,

Bechgaard '608?

**A.** I remember the midazolam and PEG 200; is that what you're referring to?

**Q.** I'm not.

**MS. HANSEN:** Let's turn to Column 13, Line 52.

**BY MS. HANSEN:**

**Q.** Now, this is discussing a test of vehicles in which one of the vehicles was a very well tolerated marketed product called locilan.

Do you see that?

**A.** I see it.

**Q.** I think it's a typo. I think they mean Lokilan. That's nasal product, right?

**A.** I don't recognize, actually. I don't know.

**Q.** All right. Let's take a look at the composition of that product, Lokilan. If we can turn to vehicle C, which I believe is on the next page, bottom table.

Now, Lokilan vehicle contains, among other ingredients, propylene glycol?

**A.** Yes.

**Q.** PEG 400?

**A.** Yes.

**Q.** Tween 20?

**A.** Yes.

**Q.** That's polysorbate 20?

**A.** Yes.
**Q.** Butylated hydroxytoluene?
**A.** Yes.
**Q.** Citric acid?
**A.** Yes.
**Q.** Sorbitol?
**A.** Yes.
**Q.** Water?
**A.** Yes.
**Q.** It doesn't contain mPEG?
**A.** No. A lot of these things are just stabilizers and buffers, antimicrobial preservative, antioxidants, et cetera.
**Q.** Now, we can put that down. I'd like to turn to Merkus '893 application, DTX-2294.
**MS. HANSEN:** Oh, with apologies, a housekeeping matter. I'd like to admit PTX-1090 into evidence.
**MR. GIUNTA:** No objection.
**THE COURT:** It's admitted.
(Exhibit PTX-1090 is admitted into evidence.)
**BY MS. HANSEN:**
**Q.** Now, apologies. This is the Merkus '893 application that you discussed on your direct?
**A.** I did.

**Q.** It was published in July of 2005?
**A.** I see that.
**Q.** And it was filed in January of 2004, correct?
**A.** Yes. I see that.
**Q.** It was filed over six years after Bechgaard '608 issued in 1997, correct?
**A.** Yes.
**Q.** And about 60 years after Dow started marketing mPEG?
**A.** Yes. Although, I don't understand the relevance.
**Q.** To get this out of the way, this reference, Merkus '893, does not explicitly mention mPEG, correct?
**A.** No.
**Q.** Now, let's pull up, again, your Slide 24.
And in your Slide 24, you described various cosolvent formulations as being contained in Merkus '893, right?
**A.** Yes.
**Q.** But there are more intranasal midazolam formulations in Merkus '893 than the four you listed here, right?
**A.** Yes. This is just meant to list, you know, the ingredients that are common.
**Q.** Well, let's take a look at some of these other intranasal midazolam formulations that Dr. Merkus talks about.
**MS. HANSEN:** And if we can turn to table --

Page 5 and look at Table 1.

**BY MS. HANSEN:**

**Q.** Now, the first nasal midazolam formulation listed here is called "Lui," right?

**A.** I'm aware of it.

**Q.** And it was developed in 1991?

**A.** Yes.

**Q.** And it contains midazolam HCL?

**A.** Yes.

**Q.** Methocel?

**A.** Yes.

**Q.** And water, right?

**A.** Yes.

**Q.** It doesn't use mPEG?

**A.** No. It's just simply a water with the viscosity-enhancing agent.

**Q.** And it's not PEG? Doesn't contain a PEG?

**A.** No.

**Q.** And it doesn't contain propylene glycol, right?

**A.** No.

**Q.** Let's take a look at the next formulation, intranasal midazolam formulation that Merkus discusses. This is called the "Loftsson formulation."

You see that?

**A.** Yes.

**Q.** And this is from 2001?
**A.** Yes.
**Q.** And it contains midazolam base?
**A.** Yes.
**Q.** And it doesn't use mPEG?
**A.** Correct.
**Q.** And it doesn't use a PEG?
**A.** No.
**Q.** And it doesn't have propylene glycol?
**A.** No. It uses a complexation technique instead of solubilization.
**Q.** A complexation technique is another option for delivering an intranasal midazolam formulation, right?
**A.** Yes. It's a different way to deal with drugs that have solubility problems.
**Q.** And the final formulation is one that you talked about. This is the Knoester formulation, right?
**A.** Yes.
**Q.** And this is also on your Slide 24 that we saw, right?
**A.** Yes.
**Q.** And the Knoester formulation also doesn't contain mPEG?
**A.** Correct.
**Q.** And it doesn't contain PEG, right?
**A.** Correct.

**Q.** But it does contain 25 percent propylene glycol, right?
**A.** Yes.
**Q.** And 1 percent benzyl alcohol?
**A.** Yes.
**Q.** And it contains the majority of water?
**A.** Yes.
**Q.** Now, you talked a little bit about how Dr. Merkus concludes that that the Knoester formulation is --
**MS. HANSEN:** And if we can turn to Page 7, I'm sorry, around line -- let's go from 1 to 12.
**BY MS. HANSEN:**
**Q.** But, Dr. Merkus concludes that the Knoester formulation with the 25 percent propylene glycol and 1 percent benzyl alcohol appears to have the -- be ciliostatic; is that right?
**A.** Yes.
**Q.** And this is one of the things that you said would motivate a POSA to reduce propylene glycol, right?
**A.** Yes.
**Q.** And one of the other things that you mentioned was a dog study, right?
**A.** The -- you mean from Knoester?
**Q.** No. During your direct, you talked about a dog study.

**A.** That Knoester -- no. Who did the dog study? I did talk about a dog study, but I can't remember to which reference.

**Q.** Is it possible that you're referring to the confidential information discovered by Schwarz Pharma that was not publicly known in 2006?

**A.** No. I think I'm referring to the dogs that were in Gizurarson's patent.

**Q.** Okay. Well, I'll let your counsel fix that.

Now, let's -- now --

**MS. HANSEN:** If we can go back to Merkus. I'm sorry.

**BY MS. HANSEN:**

**Q.** Now, Merkus was clearly aware of this statement about ciliotoxicity, right?

**A.** Ciliostasis is not necessarily ciliotoxicity.

**Q.** Okay. But let's turn -- in light of what Dr. Merkus knew, let's -- let's turn to look at how Dr. Merkus formulated his intranasal formulations.

Now, right underneath the section that we've been discussing on Page 8, there is --

**MS. HANSEN:** I'm sorry?

**BY MS. HANSEN:**

**Q.** I'm sorry. I was on Page 7, PDF Page 8. Pagination is a little off on this.

There's a paragraph beginning, "In light of the foregoing," right?

Do you see that?

**A.** I'm reading it.

I've read it.

**Q.** And Dr. Merkus identifies four aims for the formulation that he seeks to achieve in 2004, right?

**A.** Yes.

**Q.** That the formulation have a high enough midazolam concentration to be efficiently and comfortably administered in a small volume to the nose, right?

**A.** Yes.

**Q.** That it have as little irritation as possible?

**A.** Yes.

**Q.** And that it have as high a bioavailability as possible?

**A.** Yes.

**Q.** And have a similar or reduced ciliostatic effect, right?

**A.** Yes.

**Q.** Now, let's turn to what Merkus did to solve this problem. Let's turn to Page 8, and now I do actually mean Page 8, Line 6.

Here he says, "In a particularly preferred embodiment of the present invention, the composition is

an aqueous solution."

Do you see that?

**A.** Yes.

**Q.** And then he goes on to say that, "It is surprising that solutions with such high midazolam concentrations may be formed, including water, as it is well documented that midazolam is only poorly soluble in water."

Do you see that?

**A.** Yes.

**Q.** You agree that midazolam is poorly soluble in water, right?

**A.** Midazolam base.

**Q.** Now, let's turn to Line 32 on the same page.

Now, Merkus overcomes this problem of solubility --

**MS. HANSEN:** If we can make this column -- this column a little bit bigger. I'm sorry, starting at Line 28.

**BY MS. HANSEN:**

**Q.** And he says that the reason for the inability to have high concentrations was that the limited solubility of midazolam meant that concentrations of up to around 30 mg per mil was the maximum possible.

Do you see that?

**A.** Yes.

**Q.** And he says, "However, this is not true especially

when using propylene glycol alone as a solubilizer or propylene glycol in combination with glycerol and other excipients."

Right?

**A.** Yes. Like a PEG, sure.

**Q.** Now, let's turn to internal Pages 14 through 15.

And I'm sorry, 14 -- next two pages.

**BY MS. HANSEN:**

**Q.** Now, pages 14 through 15 have five example formulations, right?

**A.** Yes.

**Q.** And, actually, I've made a slide of these so that we can look at them all at once.

**MS. HANSEN:** If we could pull PDX-5-2.

**BY MS. HANSEN:**

**Q.** All five of these formulations use midazolam HCL, right?

**A.** Correct.

**Q.** All contain water, right?

**A.** Yes, to -- yep.

**Q.** All of them contain propylene glycol?

**A.** To some degree, yes.

**Q.** And Examples 2 and 4 can contain up to 50 percent propylene glycol, right?

**A.** There's a range of 5 to 50, and 15 to 30, and 20 to

50.
**Q.** And 50 percent propylene glycol is twice what was in the Knoester formulation?
**A.** Yes.
**Q.** Examples 2 and 3 contain glycerol?
**A.** Yes.
**Q.** And Examples 2 and 4 contain povidone, right?
**A.** Yes.
**Q.** Each of glycerol, povidone and propylene glycol are examples of solubilizers?
**A.** Yes. They're all solvents.
**Q.** But there's only one formulation, which you talked about on your direct, Example 2, which contains PEG, right?
**A.** Yes.
**MS. HANSEN:** Now, let's pull back up your Slide 24. If we could display this -- I'm sorry. If we could display this side by side with Example 2 on Page 15 of the Merkus document, please.
And if we can blow up Example 2, what Dr. Wermeling discussed on his direct.
**BY MS. HANSEN:**
**Q.** Now, on your slide, you list Merkus '893 as disclosing midazolam, right?
**A.** Yes.

**Q.** But as we see here, what's actually in here is midazolam salt, right?

**A.** Yes.

**Q.** And this Example 2 contains propylene glycol, like you included on your chart, right?

**A.** Right.

**Q.** And it contains water, also like you included on your chart, right?

**A.** Yes.

**Q.** And it contains polyethylene glycol, also as you concluded on your chart -- included on your chart, right?

**A.** Yes.

**Q.** But this formulation also contains glycerol and povidone, which you did not include on your chart, right?

**A.** They don't seem to be topics of interest in the case.

**MS. HANSEN:** Now, let's turn to Example 1. And we could just bring up Example 1 and keep this -- this chart on the side.

**BY MS. HANSEN:**

**Q.** Unfortunately, it's a two-parter. So it is on Page 14 and 15.

**A.** Uh-huh.

**Q.** I'm sorry, yes. Yep. Okay.

Okay. Well, let's take a look, then. So you see Example 1 here? And Example 1 contains just midazolam

HCL, correct?
**A.** Yes.
**Q.** And propylene glycol?
**A.** Yes.
**Q.** And water?
**A.** Yes.
**Q.** But no PEG?
**A.** Correct.
**Q.** Well, let's turn to what the optional excipients are that could potentially be included here on the next page.
And this formulation, Example 1, that we just discussed could comprise polyethylene glycol, right?
**A.** Yes. He's giving options of what other elements could be.
**Q.** And those other options include glycerol?
**A.** Yes.
**Q.** Povidone?
**A.** Sure.
**Q.** Ethanol?
**A.** Yes.
**Q.** Sweetener?
**A.** Yes.
**Q.** Flavoring substance?
**A.** Sure.
**Q.** Preservatives?

**A.** Yes.
**Q.** PH adjusting agents?
**A.** Yes.
**Q.** And stabilizing agents, correct?
**A.** Yes.
**Q.** And you listed none of those on your chart on page -- on Slide 24, right?
**A.** No, because it's not relevant.
**Q.** Now, as we just established, midazolam is poorly soluble in water, but it has good solubility in propylene glycol, right?
**A.** Which version of midazolam base or salt are you referring to?
**Q.** Is there a difference?
**A.** We've already established that there's a difference.
**Q.** Midazolam base and midazolam salt have good solubility in propylene glycol, right?
**A.** Yeah. It's an excellent solvent.
**Q.** And mPEG -- now, sitting here today in 2023, you know that mPEG 350 and propylene glycol have different solubilization capacities, right?
**A.** I just remember the experiment that ITI did -- or maybe it was USL, or both -- where mPEG 350 maximum -- but I can't remember what it was compared to. It was about 130 for both. They were comparable.

**Q.** Propylene glycol and mPEG were comparable?
**A.** I can't remember what the comparator was. I just remember that the two that were there, were comparable.
**Q.** Now, let's pull up your Slide 39.
Now, here you state that: One of the POSA's motivation to reduce the amount of propylene glycol would be to substitute it with water or a PEG, which you defined to include mPEG 350, right?
**A.** Yes.
**Q.** And so in your opinion, the POSA would replace propylene glycol with water, which is something in which midazolam base is known to be poorly soluble?
**A.** That's -- you are confusing two purposes. So the first is solubilization, and that would be that propylene glycol and PEGs will solubilize midazolam base quite nicely.
And so then, you are not using water as a solubilization agent. You're using it to reduce viscosity, and it's known that it's miscible with the other organic solvents.
**Q.** And if you introduce water into a formulation for a compound that's poorly water soluble, that's going to affect the solubility of the active ingredient, right?
**A.** You would test for that. But in small amounts, no, not likely.

And the parent compound, Versed, as formulated in water as an injection is perfectly stable.

**Q.** And if a formulation isn't soluble, you can't go anywhere, right?

**A.** That's the first thing you're studying is solubility, and so you would resolve that first, typically.

**Q.** Now, if we turn to Page 13 of this document, there's -- sorry. Let me back up.

There's no discussion about viscosity-reducing agents in Merkus, right?

**A.** Not that I recall.

**Q.** And if we turn to Page 13, there is a discussion -- around Line 11, there is a discussion of viscosity-enhancing agents, right?

**A.** Yes.

**Q.** And viscosity-enhancing agents can enhance the delivery of midazolam?

**A.** What it does is if -- you know, I think I had this in a slide. So if you -- in light blue -- people use this if they want to increase retention time because they want to see if that actually affects the extent and -- extent of absorption, basically.

And so there are products that use, like, carboxymethylcellulose and methylcel, et cetera, et cetera, as viscosity-enhancing agents.

And that's typically because that drug doesn't have good permeation; whereas, midazolam has excellent permeation.

**Q.** Now, to be clear, when you say, "viscosity-enhancing agents," you mean viscosity-increasing agents, right?

**A.** Yes. It would increase the viscosity like in the Dayal paper.

**Q.** Okay. Now, there's no discussion in Merkus '893 about needing to modify any devices, right?

**A.** No, not that I remember.

**Q.** And DTX-2294 does not reference Carbowax?

**A.** Not as a marketing tradename; there is PEG.

**Q.** And DTX-2294 doesn't have any data about spray plumes, right?

**A.** No.

**Q.** Now, I'd like to turn to your patent application. If we could pull up DTX-2208.

This application was filed March 17, 2004?

**A.** Yes.

**Q.** And it never issued as a patent, right?

**A.** Correct.

**Q.** It was filed two years after the Knoester formulation was disclosed?

**A.** I don't remember the Knoester dates.

**Q.** If the Knoester formulation was disclosed in 2002,

2004 would be two years after the Knoester formulation was disclosed?
**A.** That would be factually correct.
**Q.** This application was filed over six years after Bechgaard '608 issued in 1997, right?
**A.** Yes.
**Q.** And it was filed over 60 years after Dow started marketing mPEG, right?
**A.** Yes.
**Q.** And the words mPEG appear nowhere in this application, right?
**A.** The letters M-P-E-G do not.
**Q.** And the words methoxy-polyethylene glycol appear nowhere in this application, correct?
**A.** Correct.
**Q.** The words alkoxy polyethylene glycol appear nowhere in this application, correct?
**A.** No, just the discussion of PEG.
**Q.** This reference doesn't mention Carbowax, right?
**A.** No.
**Q.** And even though you now state that your application would anticipate the claims here, in 2004, you didn't think that Dow selling PEGs and mPEGs merited inclusion in your application, right?
**MR. GIUNTA:** Objection, Your Honor.

**THE COURT:** Overruled.

**THE WITNESS:** I didn't have -- I didn't possess the Dow brochure.

**BY MS. HANSEN:**

**Q.** And your reference also doesn't mention Tracy '672, right?

**A.** No.

**Q.** Now, I'd like to turn to the sole example in your application. There's only one intranasal formulation provided in the examples, right?

**A.** One specified with a formula or a recipe.

**Q.** Okay. Let's take a look at that, and let's turn to Paragraph 85, which I know will be a little different.

And this is your intranasal midazolam formulation?

**A.** It is.

**Q.** And it contains midazolam base?

**A.** Yes.

**Q.** PEG 400?

**A.** Yes.

**Q.** And it contains 0.18 milliliters of PEG 400, right?

**A.** Yes.

**Q.** And butylated hydroxytoluene?

**A.** Yes.

**Q.** That's an alcohol?

**A.** Yes.

**Q.** It contains saccharin powder?
**A.** Yes.
**Q.** It contains propylene glycol QS to 1 milliliter, right?
**A.** Correct.
**Q.** So this formulation is about 80 percent propylene glycol, right?
**A.** Correct.
**Q.** The concentration was 25 milligrams per milliliter?
**A.** Yes.
**Q.** And there is no water in this formulation, right?
**A.** Correct.
**Q.** And even though you filed this application over six years after Bechgaard 608, you did not develop a formulation with glycofurol?
**A.** No. Never occurred to me at the time that I needed to do that because I thought these two solvents would solubilize the drug.
**Q.** And it never occurred to you to make a formulation with mPEG because you thought that these two solvents would solubilize the drug, right?
**A.** Yeah. These two solvents are excellent solvents, so they will solubilize the drug. Sure.
**Q.** Now, let's pull up your Slide 24 again.
Now, on this slide, you listed that the Wermeling

patent midazolam formulation or cosolvent formulations contained water, right?
**A.** I said that water was a potential cosolvent.
**Q.** But the formulation that we just looked at in Paragraph 85, that doesn't contain water, right?
**A.** No.
**Q.** So you did disclose other excipients elsewhere. So let's take a look at Paragraph 30.
Now, here, as you mentioned, you disclosed aqueous and nonaqueous diluents, right?
**A.** Yes.
**Q.** And examples of aqueous diluents include, but are not limited to, saline; is that right?
**A.** Yes.
**Q.** And dextrose?
**A.** Yes.
**Q.** And you included neither one of those on your chart on Slide 24, right?
**A.** They are substantially water.
**Q.** You also mentioned nonaqueous diluents, included but not are not limited to alcohols. You see that?
**A.** Yes.
**Q.** And, in -- particularly polyhydroxy alcohols, right?
**A.** Uh-huh. Yes.
**Q.** A polyhydroxy alcohol is an alcohol with more than

1 OH group?

**A.** Yes.

**Q.** And you listed -- and each of propylene glycol, polyethylene glycol, and glycerol, those are all polyhydroxy alcohols, right?

**A.** Yes.

**Q.** Now, you also -- as we just said, you also listed glycerol in this paragraph, right?

**A.** Yes.

**Q.** But you didn't include that in your chart on Slide 24, right?

**A.** No, because it didn't seem relevant.

**Q.** And you also included vegetable or mineral oils or -- in your Paragraph 30, right?

**A.** Correct.

**Q.** And you didn't list those on your chart on Slide 24 either, right?

**A.** No. Because, as in most of these patents, they just tend to be fairly comprehensive in listing the possible solvents, not that you have to use each and every one for every potential example. It would be quite a long list.

**Q.** Now, you do list a solvent class in Paragraph 30. That's alcohols, right?

**A.** Yes.

**Q.** And an alcohol is any organic compound that contains

a hydroxy group attached to a carbon atom, right?
**A.** That would be a broad way of looking at it.
**Q.** You would agree that there are a very large number of organic compounds that contain a hydroxy group, right?
**A.** Yes, but not many in the USP.
**Q.** Now, as we talked about, you talked specifically about polyhydroxy alcohols, right?
**A.** Yes.
**Q.** MPEG is not a polyhydroxy alcohol, right?
**A.** No, it's a PEG.
**Q.** To clarify, mPEG is not a polyhydroxy alcohol, right?
**A.** It only has one hydroxyl constituent, if that's your question.
**Q.** So by having only one hydroxyl substituent, mPEG is not a polyhydroxy alcohol, correct?
**A.** Yes.
**Q.** Now, in this Paragraph 30 where you talk about the various alcohols and provide examples, you don't describe any nonpolyhydroxy alcohols that can be used as diluents, right?
**A.** I'm sorry. I didn't catch that.
**Q.** Sure. So you provide three examples of alcohols in Paragraph 30, right?
**A.** Propylene glycol and PEG, yeah, and glycerol.
**Q.** And each of those is a polyhydroxy alcohol, right?

**A.** Yes. Although the others are naming, in some instance, more specific chemicals and PEG, the polyethylene glycol is really more of a class. So you'd have to examine individual...
**Q.** Now, glycerol propylene glycol and polyethylene glycol all have different properties, right?
**A.** I'm sure they do. I don't remember them all.
**Q.** And even among different PEGs, different grades of PEG have different characteristics, correct?
**A.** Slight changes based on molecular weight gradients.
**Q.** And propylene glycol and PEG 400 have, for example, different solubilization capacities?
**A.** Yes. I don't remember the maximums for anything, but yes.
**Q.** But the prior art disclosed no information or -- sorry -- no data regarding the solubility of midazolam in, for example, PEG 400 as of 2007, right?
**A.** No. It doesn't sound right, I don't think.
**Q.** You've seen data prior to 2007 that discloses --
**A.** My own.
**Q.** -- midazolam?
**A.** Mine.
**Q.** You have seen data -- my apologies. Let me withdraw the question.
You've seen data that existed in the prior art prior

to 2007 that disclosed the solubility of midazolam in PEG 400?

**A.** I did it myself.

**Q.** Did you provide what the solubilization capacity for PEG 400 of midazolam?

**A.** There is a lot of data that we do scientifically that we're not going to publish.

**Q.** But that wasn't in the prior art?

**A.** It's in my prior art.

**Q.** By your prior art, you pointed to your brain, correct?

**A.** It's what we did. We did it experimentally, sure.

**Q.** Now, I'd like to talk -- return to talking about your formulation, and if we could go to Paragraph 85.

And the changes that you now advocate that the POSA would make.

Now, nowhere in this application did you state that this formulation had to be modified, correct?

**A.** It's inherent if it won't go through a sprayer.

**Q.** It did go through a modified sprayer, correct?

**A.** Yes. So you modify one or the other.

**Q.** You either modify the sprayer or you modify the formulation, right?

**A.** Right.

**Q.** And nowhere do you provide the viscosity of this

formulation that you include in Paragraph 85, right?
**A.** No, I don't disclose much of any data that we did in development.
**Q.** And you didn't identify, for example, a target viscosity for an intranasal midazolam formulation in your application, right?
**A.** No, and I don't know that I've ever done that.
**Q.** Now, at Paragraph 37, however, you do discuss about how the formulations of your application that can include agents that increase viscosity, right?
Pull up 37.
**A.** Yes. That's in there. Various cellulose derivatives and more.
**Q.** And sitting here today, you are not aware that you identified any excipients that reduced viscosity in your application, correct?
**A.** No, we didn't go there.
**Q.** Now, another motivation you identified was a desire to, quote/unquote, "improve spray plume"; is that right?
**A.** Yes.
**Q.** Nowhere in your application did you provide the spray plume for this particular -- sorry.
If we can go back to the formulation on 85.
Yeah. Nowhere in your application did you provide any data as to the spray plume for this particular

application, right?
**A.** I haven't done that for any application.
**Q.** And nowhere in this application did you suggest that the spray plume of your formulation was in some manner deficient, right?
**A.** I said it wouldn't go through a standard commercial sprayer and that we chose to use a modified sprayer so that I could use it in an experiment.
**Q.** But in that discussion, you don't discuss what the spray plume is through that modified sprayer device, correct?
**A.** No. I just disclosed the change in the device, not any other data that's proprietary to Pfeiffer.
**Q.** And depending on the purpose or condition, a formulation delivered as a jet stream can be acceptable?
**A.** It will get absorbed, yes. And there are some products, like Zicam that are designed that way.
**Q.** And sometimes modifying the device will allow you to, for example -- will allow, for example, a better plume to develop than trying to reformulate, right?
**A.** That's why we did it. It was faster.
**Q.** And at the end of the day, you've never really placed a lot of faith in spray plume relative to what they do for absorption, right?
**A.** Not for absorption. I do for local contact, for

treating things locally at the nose, but I don't find that studying spray plumes in three dimensions has any relation to doing this.

**Q.** And you also agree that if you get the formulation onto the nasal mucosa, it will be absorbed, right?

**A.** With the right drug, yeah.

**Q.** Now, in your application, you know, you did -- we have spoken a lot about the modified device that you used.

But there's no discussion in your application that administration through a modified device is somehow problematic, right?

**A.** It would be known by a POSA that the change to the device would raise questions with the FDA since that's not what's on file with the DMF from Pfeiffer.

Now, regarding the change from .05 to .07, a POSA could do that through routine experimentation and understand what the difference did to your formula.

**Q.** Okay. Well, let's take a look at what you said specifically about that modified device. If we can go to Paragraph 47, please.

This is the paragraph where you disclose that, "In various embodiments, the intranasal delivery device may be modified, for example, by increasing the size of the discharge orifice and the nosepiece of the applicator to about .07 millimeter for nonaqueous compositions that

comprise, for example, polyethylene glycol and/or propylene glycol, in order to accommodate higher viscosity compositions."

Do you see that?

**A.** Yes.

**Q.** Now, by using -- specifically, you are referring here to nonaqueous compositions, right?

**A.** I did in this purpose because that's what we did. So I'm explaining what we did experimentally through this process.

It's then saying, basically, that we would use a larger orifice so that we could generate the plume. And then the pharmacokinetic data that resulted from this change is excellent.

**Q.** And when you use the word "polyethylene glycol," you're referring to PEG, right?

**A.** Polyethylene glycol. And if you use that term, then you would have to go to specify.

**Q.** Polyethylene glycol, as you are using it Paragraph 47, means PEG, right?

**A.** It means PEG.

**Q.** And that would include mPEG under your definition that references to PEG, include mPEG, right?

**A.** Yes.

**Q.** So according to this paragraph, formulations with

mPEG would need to use a modified device?
**A.** No.
**Q.** Nonaqueous compositions that comprise methoxy-polyethylene glycol and/or propylene glycol would need to use a modified device, right?
**A.** The viscosities are across the range again, mPEG had the lowest viscosity, and so that would mean it's highly likely that you wouldn't need a modified device.
**Q.** Now, you say here "higher viscosity compositions," right?
**A.** Yes.
**Q.** But you don't define what it is higher than, right?
**A.** No. We're not disclosing our data.
**Q.** And you don't identify what viscosity counts as higher, right?
**A.** No, we don't.
And a POSA should understand what that means, in general terms.
**Q.** Now, you also say in this Paragraph 47 that if you were to make the formulation aqueous, the device doesn't need to be modified, right?
**A.** Water systems generally don't tend to do that unless you put something in it to slow it down. So most of the drugs that are approved are just solubilized in water, and there it is.

**Q.** It says in particular, "For aqueous compositions, the diameter can be, for example, from about 0.05 millimeter in diameter." Do you see that?

**A.** Yes. So that would come from, say, Glaxo Imitrex nasal spray, which was one of the first to be approved using that Aptar Pfeiffer sprayer. And that is a true solution of this drug dissolved in water.

**Q.** And a device with a 0.05 millimeter diameter orifice is a standard spray device, right?

**A.** That's the standard commercially-available device.

**MS. HANSEN:** We can pull this down. Let's turn to DTX-2251.

**THE COURT:** Is this a good time to break for the day? How much more do you have?

**MS. HANSEN:** Probably 20, 30 minutes.

**THE COURT:** Yeah. I think that's going to go a little long for our court reporter and for me and for everybody else who needs to stretch.

So why don't we recess for the day. We will pick it back up tomorrow morning. You can go ahead and have a seat, Counsel, if you'd like.

You can step down. Thank you.

Before I let everybody go, I wanted to remind everybody that we've got a high profile event happening at the courthouse tomorrow at 10:00 a.m.

And so you are going to want to be prepared for extremely long lines to get in, as well as whatever else may be going on outside. I don't think we knew, when we set this trial, about this event, but we're going to deal with it as best we can.

So I think as long as we keep in contact with the courtroom deputy about any unforeseen issues that might arise, then we can proceed, hopefully efficiently tomorrow.

Anything else we need to address before we break for the day?

**MS. HANSEN:** Nothing on our side, Your Honor.

**MR. PATEL:** Nothing for us.

**THE COURT:** All right. We will be in recess. Have a good night, everybody.

(The proceedings concluded at 5:08 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer
Official Court Reporter
U.S. District Court

**BY MR. GIUNTA: [115]** 71/5 71/20 72/18 73/18 80/15 81/1 81/25 85/5 86/22 88/2 88/18 89/13 91/8 92/5 92/16 93/18 94/13 94/23 96/3 96/18 96/24 98/3 98/23 99/21 100/5 101/22 102/6 103/1 103/25 104/6 105/10 106/7 106/14 107/9 107/15 109/9 115/10 116/24 118/1 119/13 120/19 121/12 122/4 123/9 124/9 125/4 126/10 126/15 127/11 127/16 129/3 129/25 130/11 130/20 130/23 131/22 132/18 133/12 133/16 139/5 139/22 140/24 142/17 143/9 143/15 144/3 144/24 145/13 145/20 146/9 146/18 147/13 147/18 148/5 149/15 149/19 150/23 151/17 152/4 152/12 154/10 155/7 155/15 156/13 157/4 157/24 158/5 159/15 161/1 161/22 163/3 164/25 166/1 166/24 169/9 171/9 171/24 172/17 173/5 174/11 175/3 175/19 176/25 178/3 183/10 184/7 188/2 189/20 191/19 193/3 193/18 194/17 195/7 196/18 199/11

**BY MR. GIUNTA:: [1]** 113/13

**BY MS. HANSEN: [38]** 201/6 204/8 205/2 205/8 209/10 213/2 213/18 214/22 216/2 218/17 219/8 220/10 221/10 222/17 224/6 224/10 226/11 227/2 227/18 231/11 234/23 236/22 237/1 238/14 239/1 242/9 244/6 245/22 247/2 249/12 250/13 250/23 252/18 253/8 253/15 254/22 255/19 262/4

**MR. BERLIN: [1]** 4/11

**MR. DORSNEY: [12]** 4/2 4/4 4/8 4/10 4/12 4/14 10/21 10/23 10/25 11/2 97/19 217/23

**MR. FU: [1]** 3/23

**MR. GIUNTA: [162]** 4/9 6/10 6/18 6/25 7/7 69/21 70/1 70/17 71/2 71/7 71/18 72/16 80/7 80/20 81/23 84/19 85/23 86/20 87/20 88/16 89/10 90/7 91/6 92/2 92/14 94/8 94/21 95/24 96/16 96/22 97/12 98/2 98/21 99/20 100/2 101/21 102/4 102/15 103/23 104/3 104/5 104/24 106/6 106/13 107/3 107/14 107/18 109/8 110/17 111/13 113/12 115/4 115/21 117/25 119/12 120/13 120/18 121/11 122/3 123/8 124/8 125/1 126/9 126/13 127/6 127/14 129/1 129/20 130/9 130/15 130/22 131/19 132/15 133/11 133/15 135/6 135/12 136/12 138/4 138/7 138/11 138/21 139/19 140/23 141/18 142/15 143/4 143/13 143/25 144/23 145/12 145/15 146/8 146/14 147/12 147/17 148/3 149/10 149/17 150/19 151/11 151/23 152/10 154/8 154/25 155/5 155/13 156/1 156/10 156/12 157/3 157/19 158/4 159/13 160/25 161/21 163/1 164/15 165/23 166/20 166/23 169/7 171/7 171/19 172/15 173/3 174/4 174/23 175/18 176/23 178/2 183/4 184/4 187/1 187/25 189/12 189/18 191/17 192/13 192/20 192/23 193/16 194/16 195/2 196/17 199/10 200/17 204/4 205/1 212/7 214/7 215/12 215/15 215/18 216/17 217/2 217/15 217/20 222/14 223/20 245/19 261/25

**MR. HALL: [1]** 3/21

**MR. PATEL: [15]** 4/7 8/4 8/14 9/6 9/9 10/4 10/7 10/9 11/4 40/8 40/11 69/5 69/9 69/14 275/13

**MR. SABA: [12]** 3/17 5/7 5/9 5/25 6/2 7/10 7/12 8/21 9/18 9/22 9/25 42/18

**MR. STOREY: [1]** 4/13

**MS. HANSEN: [78]** 3/13 3/18 3/20 3/22 3/24 70/24 80/12 80/23 93/12 94/10 97/7 97/15 99/23 100/4 102/20 107/6 127/8 130/17 135/8 135/18 135/21 136/2 136/5 136/9 137/8 138/3 138/23 145/17 149/12 155/2 157/21 171/21 174/8 183/7 189/14 192/18 192/22 192/25 195/4 204/7 205/5 213/16 214/25 215/24 216/12 216/16 217/18 217/21 218/15 219/6 220/8 221/8 224/4 224/9 226/4 226/8 227/1 227/17 231/10 234/20 236/21 236/25 238/12 238/25 242/6 244/5 245/16 246/25 249/10 250/11 250/22 252/15 253/14 254/16 255/16 274/11 274/15 275/12

**MS. KEECH: [1]** 3/19

**THE CLERK: [3]** 70/5 70/8 70/16

**THE COURT: [121]** 3/7 4/1 4/3 4/22 5/8 5/21 6/1 6/8 6/17 6/23 7/3 7/8 7/11 8/2 8/10 8/17 9/3 9/8 9/16 9/20 9/23 10/2 10/5 10/8 10/22 10/24 11/1 11/3 39/24 40/5 40/9 42/11 42/17 69/1 69/8 69/11 69/16 69/20 69/24 70/3 70/22 71/3 71/13 73/8 73/10 73/13 80/11 80/13 80/22 80/24 93/16 94/11 97/10 97/14 97/17 97/23 100/1 102/18 102/24 107/7 120/16 127/9 130/18 135/9 135/11 135/14 135/20 135/24 136/3 136/6 136/11 137/5 137/14 138/6 138/9 138/16 138/22 138/24 145/18 149/13 155/3 157/22 171/22 174/7 174/9 183/8 189/15 193/1 195/5 200/19 200/21 200/23 200/25 201/3 205/4 208/25 209/5 212/9 212/12 212/17 214/11 214/14 215/14 215/16 215/20 216/1 216/13 216/19 216/24 217/7 217/13 217/22 217/25 222/16 224/3 226/6 245/20 262/1 274/13 274/16 275/14

**THE WITNESS: [46]** 70/7 70/10 73/9 73/11 73/14 84/21 85/25 87/22 89/12 90/9 96/1 104/4 104/25 107/19 110/18 111/14 115/5 115/22 125/3 129/22 132/17 139/4 141/20 146/16 151/13 152/1 156/3 156/11 164/17 166/22 174/25 176/22 184/6 187/3 193/2 200/20 200/22 200/24 205/6 209/7 212/10 212/19 212/23 214/13 214/19 262/2

**$**

**$39 [2]** 207/21 208/15

**$39 million [2]** 207/21 208/15

**'**

**'006 [2]** 239/7 239/12

**'033 [9]** 47/5 47/24 95/2 95/10 95/16 95/23 101/17 103/12 158/7

**'322 [10]** 16/18 47/5 47/25 48/8 95/4 103/9 103/12 103/17 159/16 175/16

**'359 [35]** 17/13 17/22 23/15 52/2 53/10 53/12 53/21 54/9 56/22 106/17 106/20 155/10 155/19 156/22 156/25 158/1 158/9 158/20 159/17 159/19 161/5 173/24 174/14 174/25 175/4 175/22 176/1 176/6 176/20 199/25 203/25 204/12 210/3 210/5 233/14

**'359 publication [1]** 156/22

**'5 [1]** 122/9

**'608 [10]** 60/10 140/17 184/17 238/15 239/11 240/9 241/13 244/1 246/5 261/5

**'672 [2]** 195/19 262/5

**'893 [13]** 57/3 57/8 66/21 140/11 150/7 152/23 245/15 245/23 246/11 246/15 246/19 254/23 260/8

**'90s [1]** 111/21

**'96 [1]** 74/1

**'97 [2]** 74/1 85/9

**'98 [1]** 85/9

**.**

**.001 [2]** 16/2 146/16

**.001 percent [2]** 16/2 146/16

**.01 [1]** 159/8

**.01 percent [1]** 159/8

**.05 [1]** 271/15

**.07 [2]** 271/15 271/25

**.1 [1]** 46/21

**.1 milliliters [1]** 46/21

**/**

**/s [1]** 276/7

**0**

**0,400,804.1 [1]** 150/4

**0.001 percent [1]** 102/14

**0.05 [2]** 274/2 274/8

**0.1 milligrams [1]** 125/14

**0.1 MLs [1]** 86/7

**0.1-milligram [1]** 124/23

**0.18 milliliters [1]** 262/20

**0.2 [1]** 133/19

**0.2 milligrams [1]** 126/2

**0.3-milligrams [1]** 133/19

**009 [2]** 186/25 187/2

**0176359 [1]** 155/18

**0247672 [1]** 172/10

**038 [1]** 164/3

**039 [1]** 165/25

**041 [1]** 168/24

**043 [1]** 169/24

**044 [1]** 170/15

**052 [1]** 171/8

**053 [1]** 171/8

**076 [1]** 169/8

**1**

**1 million [2]** 34/11 34/12

**1 OH [1]** 265/1

**1 percent [4]** 151/4

## 1


**1 percent... [3]** 187/7 249/4 249/15
**10 [21]** 16/20 47/24 48/7 48/8 103/16 103/17 104/7 148/19 149/16 159/16 159/20 175/16 199/4 221/9 226/9 242/7 242/8 242/13 242/19 242/22 243/1
**10 milligrams [1]** 133/1
**100 [7]** 46/21 84/25 86/6 112/21 113/1 149/3 154/20
**100 microliters [2]** 85/4 113/21
**100 milligrams [1]** 152/2
**100 milliliters [1]** 141/22
**100 percent [1]** 113/5
**1090 [3]** 236/24 245/17 245/21
**10:00 a.m [1]** 274/25
**11 [6]** 152/5 152/8 155/14 242/7 242/8 259/13
**113 [1]** 41/24
**11:20 [1]** 69/18
**12 [7]** 16/24 78/22 104/14 135/16 160/8 162/25 249/11
**1229 [1]** 3/11
**12:30 [1]** 120/13
**12:52 [1]** 135/15
**13 [31]** 15/23 15/24 16/1 47/24 48/1 53/7 55/9 62/17 101/17 101/20 101/20 101/21 101/23 102/7 102/8 146/19 158/6 158/13 158/15 172/6 180/14 195/22 200/7 216/12 218/16 227/19 233/9 241/6 244/5 259/7 259/12
**130 [1]** 257/25
**132 [1]** 41/22
**1336 [1]** 141/19
**1364 [1]** 141/10
**1367 [3]** 140/25 145/16 145/19
**1367.004 [1]** 142/15
**14 [11]** 125/7 142/21 150/2 153/1 153/5 154/6 180/14 253/6 253/7 253/9 255/21
**145 [1]** 59/16
**15 [21]** 60/17 100/12 100/16 100/18 110/12 138/13 153/1 154/7 154/8 156/1 158/24 159/23 160/3 160/22 186/4 239/8 253/6 253/9 253/25 254/18 255/21
**15 minutes [1]** 87/11
**15-minute [2]** 69/17 200/25
**150 microliters [1]** 84/25
**16 [2]** 223/14 223/18
**160 nanograms [1]** 88/25
**17 [7]** 96/15 96/16 223/14 223/19 226/10 238/3 260/18
**175 [1]** 49/7
**18 [5]** 41/12 96/15 96/16 147/16 148/25
**186 [1]** 231/1
**19 [5]** 95/1 95/22 103/7 106/4 171/17
**1940 [2]** 219/14 227/6
**1940s [2]** 47/16 49/13
**1980s [2]** 45/13 120/11
**1983 [1]** 72/7
**1985 [1]** 118/14
**1990 [1]** 73/21
**1991 [3]** 124/14 124/17 247/6
**1993 [4]** 122/9 239/5 239/8 239/14
**1995 [1]** 73/24
**1996 [1]** 202/2
**1997 [12]** 25/13 38/7 38/7 38/17 51/5 65/9 145/25 202/21 206/14 238/21 246/6 261/5
**1998 [2]** 51/5 202/21
**1999 [4]** 51/7 206/14 207/5 207/8
**1:35 [1]** 135/17


## 2


**2 milligrams [1]** 129/15
**2 percent [1]** 187/6
**2-milligrams [1]** 129/13
**2.5 [2]** 22/21 154/24
**2.5 milligrams [3]** 86/6 142/2 143/17
**2.5 percent [3]** 86/3 159/9 159/10
**2.5-milligram [1]** 22/22
**2.5.3 [4]** 128/20 128/23 128/25 129/19
**20 [9]** 34/13 78/13 110/12 120/16 215/1 244/23 244/25 253/25 274/15
**20 milligrams [1]** 133/1
**20 minutes [2]** 91/24 92/1
**20 percent [11]** 16/3 102/14 146/17 154/16 159/8 193/12 193/22 194/4 194/7 194/22 231/7
**20 years [1]** 47/10
**200 [12]** 19/24 29/1 38/9 147/23 147/24 149/4 161/17 165/18 172/21 182/16 228/13 244/2
**2000 [2]** 118/17 194/22
**2000s [2]** 111/21 120/11
**2001 [1]** 248/1
**2002 [3]** 76/7 140/14 260/25
**2003 [1]** 45/8
**2004 [17]** 19/13 22/9 51/8 76/7 150/2 155/18 163/22 172/10 184/18 186/20 202/13 202/16 246/3 251/7 260/18 261/1 261/22
**2004/0176359 [1]** 155/18
**2004/0247672 [1]** 172/10
**2005 [8]** 131/3 131/7 133/4 134/4 134/8 134/15 149/25 246/1
**2006 [23]** 30/9 47/12 51/10 67/9 92/17 98/16 156/15 162/23 163/23 177/14 180/19 202/2 202/13 202/16 207/21 208/9 229/16 230/7 230/18 231/7 237/6 238/10 250/6
**2007 [36]** 11/12 11/14 40/18 47/21 48/22 50/24 51/15 61/15 95/22 106/4 107/12 107/17 111/10 114/5 115/2 115/19 118/9 119/10 119/15 122/1 123/11 134/24 135/3 148/14 161/12 163/11 206/12 211/17 211/20 211/24 229/12 233/4 233/6 267/17 267/19 268/1
**2009 [2]** 51/10 209/19
**2014 [2]** 95/1 103/8
**2017 [1]** 34/5
**2018 [2]** 63/9 66/5
**2019 [4]** 65/16 186/5 189/13 189/16
**2020 [1]** 64/9
**2021 [2]** 209/15 209/25
**2022 [19]** 163/2 163/4 163/19 171/20 171/23 204/25 205/15 205/22 213/15 214/1 219/7 221/9 225/8 227/14 231/10 231/25 232/7 232/10 232/16
**2023 [2]** 1/12 257/19
**2026 [6]** 41/7 41/9 41/10 41/21 41/22 41/23
**2028 [2]** 41/12 41/19
**2075 [6]** 130/14 130/19 130/21 130/24 135/7 135/10
**2078 [3]** 180/15 183/5 183/9
**21 [1]** 218/16
**21-1229 [1]** 3/11
**21-1229-JLH [1]** 1/5
**2134 [6]** 145/22 149/11 149/14 238/13 240/4 242/7
**22 [1]** 59/23
**2208 [5]** 155/13 155/16 157/20 157/23 260/17
**2211 [6]** 172/7 172/8 174/6 174/10 195/20 233/9
**2250 [3]** 124/11 127/7 127/10
**2251 [4]** 81/3 94/9 94/12 274/12
**228 [1]** 226/9
**2294 [6]** 149/20 155/1 155/4 245/15 260/11 260/13
**23 [2]** 169/6 169/8
**2341 [2]** 127/21 130/16
**24 [13]** 215/1 241/12 242/25 243/21 246/13 246/14 248/19 254/17 257/7 263/24 264/18 265/11 265/16
**2430 [2]** 5/11 5/25
**249 [1]** 132/14
**25 [2]** 78/13 151/12
**25 milligrams [5]** 23/6 86/3 263/9
**25 percent [3]** 151/4 249/1 249/14
**25 years [1]** 206/13
**2583 [5]** 192/14 193/4 195/3 195/6 229/15
**2586 [2]** 58/25 59/16
**26 [2]** 137/10 215/1
**261 [1]** 215/1
**262 [1]** 215/1
**2627 [3]** 72/22 72/24 80/25
**269 [2]** 216/12 218/16
**28 [6]** 149/25 204/25 205/15 220/7 226/9 252/17


## 3


**3 microliters [1]** 112/22
**3 percent [1]** 113/2
**3.5.2 [1]** 128/17
**3.9 [2]** 29/5 171/17
**30 [13]** 126/21 157/2 157/3 157/5 159/2 159/6 253/25 264/8 265/14 265/22 266/17 266/23 274/15
**30 mg [1]** 252/21
**30 minutes [1]** 89/21
**300 [4]** 165/18 166/15 182/16 228/13
**3003 [5]** 94/20 94/22 103/3 107/4 107/8
**3004 [3]** 95/15 102/17 102/25
**31 [1]** 30/20
**32 [1]** 252/13
**3350 [6]** 229/7 229/9 229/13 230/4 230/7 230/12
**346 [1]** 91/7
**349 [1]** 92/3
**35 [2]** 152/2 154/13
**35 milligrams [1]** 150/15
**35 years' [1]** 45/6
**35-milligram [1]** 151/18
**350 [67]** 16/7 19/25 27/13 29/2 29/5 37/22 47/14 47/15 48/4 48/6 50/8 59/3 63/21 97/3 98/7 102/11 160/9 160/15 161/3 161/17 162/12 162/22 164/21 165/18 166/15 171/16 172/22 175/14 178/16 178/25 179/23 180/8 182/23 183/12 189/25 190/1 191/14 191/21 192/10 193/9 193/19 193/24 194/6 194/10 194/20 195/14 196/3 196/6 197/7 197/21 198/19 198/20 199/16 206/6 210/24 211/14 211/21 212/1 213/4 213/8 213/12 224/12 225/1 228/14 257/20 257/23 258/8
**37 [3]** 58/17 269/8 269/11

**3**

**38 [3]** 59/6 59/8 79/13
**39 [1]** 258/4

**4**

**4-milligram [2]** 129/16 149/2
**4.3 [1]** 29/2
**40 nanogram [1]** 87/24
**40-nanograms [2]** 125/22 126/18
**400 [44]** 16/7 18/20 18/21 19/25 23/2 23/6 29/1 37/23 48/5 53/8 62/15 62/18 86/4 97/4 98/7 98/11 102/12 147/24 156/20 159/3 161/17 165/18 166/15 172/22 182/16 183/12 190/4 190/8 198/18 199/20 203/4 205/25 208/20 225/3 228/13 228/17 228/23 244/21 262/18 262/20 267/11 267/17 268/2 268/5
**400's [1]** 196/4
**43 [1]** 240/8
**45-minute [1]** 135/16
**46 [2]** 7/22 8/18
**47 [5]** 7/22 8/18 271/20 272/20 273/19
**48 [1]** 34/22
**49 [2]** 172/16 234/22
**4EGf [1]** 148/11

**5**

**5 milligram [1]** 89/19
**5 milligrams [6]** 46/19 87/12 87/16 89/23 142/6 143/18
**5 percent [2]** 26/3 148/10
**5 years [1]** 125/7
**5,693,608 [1]** 145/24
**5-milligram [4]** 22/22 23/20 87/11 120/3
**5.5 [1]** 114/24
**50 [5]** 83/20 154/19 239/14 253/25 254/1
**50 milligrams [3]** 12/12 98/5 98/10
**50 million [1]** 44/10
**50 percent [5]** 154/15 154/15 154/16 253/23 254/2
**50,000 [1]** 34/4
**50-milligram [1]** 97/2
**500 [2]** 120/5 182/16
**51 [2]** 234/20 235/2
**52 [2]** 172/16 244/5
**53 [1]** 235/14
**54 [3]** 150/9 235/14 235/21
**5428006 [1]** 239/4
**55 [1]** 236/7
**550 [3]** 164/21 165/18 228/14
**56 [1]** 148/2
**57 [1]** 242/17
**5:08 [1]** 275/16

**6**

**6.5 [1]** 114/24
**60 [3]** 147/6 147/8 261/7
**60 years [1]** 246/8
**600 [4]** 165/18 166/15 182/16 228/14
**608 [2]** 238/13 263/14
**651 [1]** 173/4

**7**

**71 [1]** 142/20
**72 percent [1]** 89/25
**72.2-nanograms [1]** 125/17
**743 [2]** 132/14 132/16
**744 [2]** 133/10 133/11
**75-milligram [1]** 154/13
**780 [1]** 180/25
**782 [1]** 182/6
**784 [2]** 182/18 182/19
**785 [2]** 182/18 182/19
**7893 [1]** 149/23

**8**

**8 percent [1]** 83/15
**8,809,322 [2]** 94/25 103/7
**80 [2]** 98/7 156/9
**80 nanograms [1]** 89/22
**80 percent [2]** 83/20 263/6
**811 [1]** 150/20
**812 [1]** 151/24
**83 [1]** 142/22
**83 percent [1]** 142/23
**83.9 [1]** 23/20
**844 [1]** 1/15
**85 [10]** 23/4 156/10 156/11 156/14 159/4 262/13 264/5 268/14 269/1 269/23
**88 [2]** 173/4 195/23

**9**

**90 [1]** 142/3
**925 [1]** 128/18
**933 [1]** 129/1
**934 [1]** 129/21
**99 percent [1]** 211/6
**994 [1]** 85/24
**995 [1]** 91/7
**996 [3]** 88/16 89/11 90/8
**998 [2]** 87/21 92/4
**9:30 [2]** 1/12 3/5

**A**

**a.m [3]** 1/12 3/5 274/25
**abandoned [1]** 63/18
**ability [1]** 199/23
**able [24]** 5/1 8/15 15/13 15/14 35/5 68/21 90/15 93/24 107/25 114/17 115/9 145/10 178/17 178/21 179/25 184/22 185/21 186/1 190/3 190/8 191/10 198/22 200/11 212/2
**abort [2]** 119/2 119/6
**about [219]** 7/4 7/5 8/20 10/14 10/16 11/13 11/21 11/23 12/25 13/2 14/4 15/4 15/18 17/12 19/21 20/7 20/22 21/1 21/5 21/6 21/8 21/11 22/16 24/22 27/2 27/7 28/13 28/13 31/18 32/3 33/1 33/24 33/25 34/20 35/16 35/21 37/4 37/9 37/11 37/18 38/1 38/23 38/24 39/3 39/4 39/8 40/16 41/12 43/18 45/4 47/10 50/16 54/23 58/4 64/4 69/2 74/7 77/18 80/18 81/21 82/2 82/14 83/11 88/3 88/6 88/10 88/25 89/2 90/4 91/3 91/9 92/6 92/17 94/5 97/5 97/8 100/8 113/7 114/25 118/15 121/15 122/9 122/24 124/6 126/21 127/12 127/17 129/12 129/17 131/23 132/6 132/21 133/3 133/4 133/17 134/4 134/8 134/20 136/7 136/12 136/15 136/19 137/15 138/8 138/14 138/19 139/8 139/9 140/14 140/17 144/4 144/8 144/16 146/10 147/14 147/25 148/6 148/20 148/22 150/16 150/24 151/7 152/6 152/8 152/13 154/18 155/9 157/5 158/22 159/8 160/23 161/2 162/8 162/18 163/12 163/13 163/25 167/13 167/23 168/1 168/25 169/10 169/25 170/2 171/3 172/11 173/8 178/21 182/11 182/18 184/11 184/24 185/14 187/19 189/2 194/4 195/9 196/6 196/14 199/5 201/12 203/25 206/3 206/11 207/24 209/19 211/6 212/2 215/21 221/11 221/16 221/20 222/11 222/11 224/4 224/5 226/13 232/7 232/13 232/17 233/13 233/16 233/19 234/16 235/16 236/7 236/19 236/20 236/23 237/8 239/14 239/18 239/19 240/4 240/10 246/8 246/24 248/17 249/8 249/24 250/2 250/14 254/13 257/24 259/9 260/9 260/13 263/6 266/6 266/7 266/17 268/13 269/8 271/8 271/19 271/25 274/2 275/4 275/7
**absence [2]** 39/6 76/6
**Absolutely [3]** 102/20 135/20 176/4
**absorbed [7]** 107/21 108/24 109/25 110/12 116/19 270/16 271/5
**absorption [4]** 108/2 259/22 270/24 270/25
**abstract [8]** 11/17 11/18 124/25 210/25 233/18 233/23 239/17 239/19
**abundantly [1]** 54/15
**accept [1]** 80/13
**acceptable [6]** 27/4 102/10 158/25 160/1 160/22 270/15
**acceptance [1]** 166/8
**accepted [2]** 130/5 199/18
**access [7]** 105/7 122/6 132/1 132/24 133/24 134/18 207/2
**accidental [1]** 108/11
**accommodate [1]** 272/2
**accommodation [1]** 185/12
**according [11]** 12/9 12/9 13/10 14/7 14/20 15/8 25/23 75/10 165/15 224/7 272/25
**account [3]** 101/25 113/10 113/15
**accurate [5]** 111/1 112/23 113/2 191/10 276/5
**accuse [1]** 43/4
**acetic [1]** 243/10
**acetone [1]** 181/4
**achieve [11]** 15/15 25/8 35/5 56/18 57/22 89/5 93/6 108/3 126/18 177/3 251/7
**achieved [2]** 83/2 125/17
**achieving [1]** 88/8
**acid [6]** 121/24 243/10 243/12 243/16 243/18 245/4
**acids [1]** 236/13
**acknowledged [1]** 92/25
**acquire [1]** 40/18
**acquired [3]** 40/16 40/25 108/9
**acquiring [2]** 40/20 206/24
**acronym [1]** 79/6
**across [5]** 108/24 109/25 116/19 167/7 273/6
**act [1]** 86/15
**actinic [1]** 194/23
**action [4]** 3/10 14/1 108/5 133/21
**activate [2]** 86/16 109/18
**activated [3]** 86/18 111/19 185/4
**activating [1]** 114/18
**active [15]** 16/14 21/6 21/10 21/13 35/10 45/19 63/16 63/25 86/15 108/20 110/22 118/7 153/21 233/21 258/23
**Actives [2]** 222/19 222/23
**actual [2]** 6/4 22/25
**actually [25]** 5/14 5/22 8/23 12/17 15/7 18/9 25/1 28/15 37/22 51/21 52/24 53/2 62/14 82/10 108/22 135/2 144/15 223/17 234/16 242/19 244/14 251/22 253/12 255/1 259/21
**actuate [1]** 112/18
**actuated [1]** 187/9
**acute [10]** 42/23 44/7

A


**acute... [8]** 44/11 44/16 44/22 45/4 45/7 65/5 123/23 207/14
**ADAM [2]** 2/7 4/10
**add [1]** 55/8
**added [2]** 36/10 36/19
**adding [3]** 56/5 197/21 198/22
**addition [12]** 20/20 48/5 53/6 62/18 62/19 62/19 64/18 90/2 140/20 148/9 164/7 196/2
**additional [4]** 70/25 88/10 117/6 148/19
**additionally [1]** 146/25
**additives [1]** 100/22
**address [9]** 6/21 9/24 85/6 115/2 135/19 136/1 146/7 196/20 275/10
**addressed [2]** 64/22 65/17
**adequately [1]** 44/24
**adhesive [3]** 39/19 39/20 39/20
**adhesives [1]** 224/12
**adjusting [1]** 257/2
**administer [7]** 96/7 107/20 119/19 129/15 141/23 191/2 191/14
**administered [24]** 32/18 34/8 45/16 58/7 84/16 107/20 108/24 112/25 121/17 129/18 130/6 133/5 141/12 141/25 142/2 142/4 143/16 146/11 151/8 154/18 201/16 207/11 207/14 251/11
**administering [2]** 96/12 122/11
**administration [32]** 16/9 46/11 67/5 81/17 83/1 83/12 88/22 90/11 90/18 91/25 101/14 102/9 104/9 107/25 108/1 121/3 124/15 129/23 133/18 134/5 145/5 158/17 159/22 172/25 173/9 181/23 197/9 230/19 232/8 232/13 241/8 271/10
**administrations [1]** 49/18
**admit [6]** 145/15 149/11 154/25 157/20 189/12 245/17
**admitted [35]** 21/21 80/24 80/25 94/11 94/12 102/25 107/7 107/8 127/9 127/10 130/18 130/19 135/9 135/10 137/13 145/18 145/19 149/13 149/14 155/3 155/4 157/22 157/23 171/22 171/23 174/9 174/10 183/8 183/9 189/15 189/16 195/5 195/6 245/20 245/21
**adolescents [1]** 46/2
**adopted [2]** 108/15 123/15
**adoption [1]** 130/8
**adults [5]** 46/1 125/20 128/17 128/20 128/22
**advance [3]** 40/17 56/8 56/8
**advanced [1]** 40/20
**adverse [3]** 91/16 152/17 152/20
**advisable [1]** 229/5
**advocate [1]** 268/15
**advocating [1]** 61/8
**aerosol [2]** 173/14 173/18
**affect [8]** 57/25 58/6 109/6 109/10 186/10 198/21 232/1 258/23
**affected [1]** 114/3
**affects [2]** 44/10 259/21
**affirmatively [1]** 137/11
**affirmed [1]** 70/13
**after [27]** 6/22 9/12 21/2 36/13 36/13 36/16 41/16 41/18 41/19 45/17 46/7 61/13 65/10 66/5 69/18 70/21 75/5 75/23 206/24 239/14 246/5 246/8 260/22 261/1 261/4 261/7 263/14
**afternoon [2]** 201/1 201/7
**again [44]** 10/7 17/1 17/4 18/17 19/22 23/16 26/22 30/17 32/15 33/5 33/13 37/3 39/15 51/10 59/14 59/16 74/14 89/19 90/8 90/23 108/8 111/5 132/23 133/24 134/16 148/20 160/21 182/12 184/23 187/21 189/9 212/18 222/23 223/11 225/25 227/14 228/22 230/13 231/10 232/9 241/19 246/13 263/24 273/6
**against [6]** 32/6 79/23 95/3 103/10 142/22 143/19
**age [2]** 125/7 227/9
**agent [14]** 11/19 16/21 20/17 96/2 159/25 160/16 186/16 187/7 191/22 233/21 234/7 236/8 247/16 258/18
**agents [23]** 11/24 20/11 20/14 56/14 56/14 172/13 172/19 173/1 234/17 234/24 235/3 235/18 235/25 236/11 257/2 257/4 259/10 259/14 259/16 259/25 260/5 260/5 269/10
**ago [1]** 206/13
**agree [9]** 44/3 153/10 191/5 204/9 216/14 237/24 252/10 266/3 271/4
**agreed [2]** 33/18 79/13
**agreement [4]** 40/10 75/13 75/17 217/22
**ahead [3]** 42/17 98/1 274/20
**Aids [1]** 223/11
**aims [1]** 251/6
**al [2]** 124/19 186/18
**alcohol [16]** 19/5 141/21 151/3 175/11 181/4 243/8 249/4 249/15 262/24 264/25 264/25 265/25 266/9 266/11 266/15 266/25
**alcohols [17]** 19/2 19/4 52/13 115/15 157/16 157/17 160/10 175/11 236/15 264/21 264/23 265/5 265/23 266/7 266/18 266/19 266/22
**Aldrich [4]** 232/23 232/25 233/3 233/6
**alert [1]** 71/12
**ALEXA [2]** 1/22 3/14
**Alexa Hansen [1]** 3/14
**align [1]** 225/2
**alkoxy [2]** 96/8 261/16
**all [106]** 4/1 4/22 5/21 6/8 7/3 7/7 7/8 8/2 9/3 9/7 9/17 9/23 10/2 11/23 12/5 13/20 14/5 15/25 18/1 19/19 20/5 21/25 26/20 31/6 33/20 36/18 42/13 42/17 51/11 51/19 54/11 58/9 60/15 60/25 62/4 69/16 70/20 71/3 73/15 74/9 74/10 77/22 78/15 79/13 80/13 85/18 92/11 93/16 94/11 97/10 97/17 97/24 98/1 101/24 102/24 106/17 106/21 106/23 114/5 114/7 119/17 132/9 134/7 135/14 135/25 136/6 136/11 136/23 138/17 138/24 139/2 160/14 162/14 167/17 172/23 175/2 200/17 208/4 208/7 208/25 209/5 222/25 223/21 226/20 227/22 228/2 228/4 228/6 238/6 239/18 241/3 241/18 241/21 242/7 242/8 242/17 244/15 253/13 253/16 253/19 253/21 254/11 265/4 267/6 267/7 275/14
**alleged [4]** 12/9 14/8 100/9 223/25
**allow [4]** 143/2 169/20 270/18 270/19
**allowed [2]** 101/6 203/23
**allowing [1]** 169/13
**almost [4]** 38/16 114/5 188/23 230/14
**alone [3]** 62/24 144/19 253/1
**along [4]** 17/9 70/20 70/23 122/8
**already [16]** 25/21 31/1 33/2 34/14 35/24 36/2 52/18 65/24 177/7 177/14 178/12 181/14 181/18 199/9 218/25 257/15
**ALS [1]** 129/9
**ALS1 [1]** 129/11
**also [89]** 3/24 4/16 4/18 10/16 12/16 12/22 12/23 12/23 12/25 16/12 17/18 18/11 18/14 18/16 18/21 20/5 20/7 20/11 20/20 23/7 23/10 26/12 31/10 31/13 36/5 36/9 36/16 37/6 42/5 43/13 46/7 48/12 49/6 50/17 53/2 54/20 59/25 61/6 62/12 63/1 64/3 64/14 65/20 67/13 71/15 88/23 89/23 90/1 92/10 92/10 110/2 112/17 113/6 114/2 114/21 128/19 152/16 159/16 162/2 167/6 167/8 179/14 183/20 184/18 185/8 190/4 190/8 191/23 201/17 220/16 222/10 225/7 226/18 241/6 242/1 242/2 243/5 248/19 248/21 255/7 255/10 255/13 262/5 264/20 265/7 265/7 265/13 271/4 273/19
**alternative [5]** 63/15 68/1 92/21 134/17 144/17
**alternatives [1]** 134/2
**although [3]** 100/20 246/9 267/1
**altogether [1]** 197/18
**always [1]** 117/16
**am [8]** 28/2 34/19 72/3 72/9 81/11 105/17 200/20 217/2
**among [3]** 57/19 244/18 267/8
**Amongst [1]** 237/14
**amount [12]** 16/2 16/14 21/20 23/17 23/24 46/14 104/10 156/5 159/25 194/4 201/12 258/6
**amounts [8]** 16/12 17/2 17/3 21/22 33/12 194/6 198/20 258/24
**Anagha [1]** 4/17
**analysis [5]** 143/14 175/9 175/15 191/20 196/14
**analyzed [18]** 101/24 104/18 107/10 109/5 113/9 115/1 115/17 119/9 120/10 121/25 123/5 139/17 161/18 177/24 183/23 191/12 196/11 199/13
**anatomy [1]** 110/15
**ANDA [5]** 35/7 35/9 35/14 41/8 50/4
**anesthesia [1]** 122/18
**anesthesiologist [1]** 123/13
**anesthesiologists [3]** 82/19 83/15 122/10
**anesthesiology [2]** 119/5 124/13
**ANIL [2]** 2/6 4/6
**animal [3]** 50/8 58/10 66/24
**animals [1]** 67/1
**another [37]** 7/9 23/8 26/15 28/4 31/3 34/17 34/25 36/14 36/15 46/10 54/23 55/11 59/7 64/9 77/22 109/7 110/16

A


**another... [20]** 120/16 133/6 134/11 135/12 138/7 138/14 143/1 150/18 151/22 156/9 165/22 166/19 173/2 184/20 185/7 208/12 216/3 240/4 248/12 269/18
**answer [8]** 42/10 203/22 203/23 209/5 212/9 214/12 217/9 232/4
**answered [1]** 212/7
**anti [2]** 44/15 74/20
**anti-epileptic [1]** 74/20
**anti-seizure [1]** 44/15
**anticipate [3]** 52/7 174/15 261/22
**anticipated [7]** 17/11 17/11 20/19 42/5 48/17 159/17 180/2
**anticipates [2]** 51/23 155/11
**anticipation [12]** 10/13 17/6 18/1 18/22 51/25 52/23 53/9 53/13 106/16 155/8 158/1 238/19
**antimicrobial [2]** 116/12 245/12
**AntiOp [2]** 72/10 77/24
**AntiOp Inc [1]** 72/10
**antioxidants [1]** 245/12
**anus [1]** 119/24
**Anwar [1]** 76/1
**anxiety [1]** 83/8
**anxious [1]** 122/13
**any [77]** 6/3 9/4 14/21 17/1 17/2 17/3 21/20 21/20 28/11 43/10 43/10 47/13 49/14 49/17 50/11 50/23 51/1 55/18 58/3 68/16 73/6 76/11 77/8 77/19 78/16 79/14 79/20 80/11 80/22 83/23 96/13 97/9 112/14 135/2 137/1 142/7 142/11 144/6 154/4 162/18 170/12 174/7 206/9 210/25 211/17 213/7 213/10 214/6 216/4 216/5 216/6 218/6 218/19 218/22 228/16 230/19 231/23 231/25 232/7 232/12 232/17 232/17 240/1 241/20 243/2 243/20 260/9 260/13 265/25 266/19 269/2 269/15 269/25 270/2 270/13 271/2 275/7
**anybody [1]** 40/6
**anymore [1]** 37/13
**anything [15]** 5/5 9/23 10/2 28/23 37/13 76/12 76/17 110/9 137/24 138/18 207/3 209/19 215/21 267/13 275/10
**anyway [1]** 62/17
**anywhere [8]** 16/24 49/17 51/13 52/10 54/9 116/1 192/7 259/4
**API [1]** 28/13
**APIs [1]** 18/8
**apologies [5]** 56/3 230/1 245/16 245/23 267/23
**appeal [1]** 79/17
**appealed [1]** 79/15
**appear [10]** 40/10 61/20 105/20 220/21 238/7 238/11 243/22 261/10 261/13 261/16
**appearance [1]** 164/23
**appearances [3]** 1/20 2/1 3/12
**appears [3]** 101/23 242/12 249/15
**application [57]** 11/23 25/12 35/10 38/10 38/11 38/13 47/21 51/6 51/8 52/9 54/17 54/22 56/22 66/4 77/22 107/23 150/3 155/17 172/5 172/9 173/17 203/25 204/16 209/24 210/3 210/5 210/6 233/14 234/3 234/11 235/17 239/3 239/10 241/17 245/15 245/23 260/16 260/18 261/4 261/11 261/14 261/17 261/21 261/24 262/9 263/13 268/17 269/6 269/9 269/16 269/21 269/24 270/1 270/2 270/3 271/7 271/9
**applications [10]** 54/25 55/1 170/1 170/3 170/12 170/24 170/25 184/13 224/8 224/11
**applicator [3]** 109/14 109/17 271/24
**applied [3]** 105/11 105/22 195/12
**apply [1]** 194/23
**appreciate [1]** 83/2
**approach [6]** 10/21 69/25 70/1 192/25 205/4 206/16
**approached [2]** 209/15 209/25
**appropriate [2]** 57/16 143/2
**approval [9]** 50/9 58/11 65/11 66/6 76/21 122/7 179/18 208/22 209/12
**approve [1]** 179/15
**approved [28]** 17/18 31/7 31/8 34/1 41/8 42/22 43/5 45/24 65/7 77/1 81/17 82/13 87/13 101/9 117/15 118/7 118/18 165/21 179/13 192/1 192/11 194/22 207/18 211/14 229/20 230/19 273/24 274/5
**approximately [8]** 69/12 78/11 78/22 85/3 89/20 135/15 169/19 202/22
**April [3]** 204/25 205/15 205/22
**April 28 [2]** 204/25 205/15
**Aptar [2]** 185/9 274/6
**aqueous [16]** 18/14 18/15 57/5 148/22 153/5 153/16 153/20 157/13 167/16 199/7 235/11 252/1 264/9 264/12 273/20 274/1
**arbiter [1]** 58/8
**Archer [7]** 209/1 212/13 214/15 216/19 217/8 276/7 276/8
**are [279]**
**area [15]** 13/20 72/2 74/4 99/6 109/15 115/25 187/12 187/15 188/5 189/2 189/3 189/4 189/5 189/9 191/9
**areas [2]** 195/11 234/8
**aren't [2]** 198/21 210/19
**argue [7]** 48/16 51/21 55/7 55/10 61/20 65/23 138/19
**argument [11]** 17/6 24/16 51/24 53/20 55/2 56/7 61/24 68/10 68/13 136/10 138/2
**arguments [6]** 48/14 48/23 56/24 57/12 63/3 64/4
**arise [1]** 275/8
**around [20]** 15/11 22/1 37/16 44/10 63/11 63/19 64/7 64/15 68/2 68/6 118/17 135/16 146/13 147/16 151/12 241/3 241/6 249/11 252/21 259/13
**arrive [1]** 54/2
**ARS [2]** 44/18 46/17
**art [153]** 11/14 12/21 13/1 14/9 14/21 15/13 17/8 17/10 18/7 18/24 19/7 20/1 21/14 22/1 24/11 24/20 25/3 25/10 27/8 29/8 29/25 31/9 32/9 32/16 38/1 42/8 43/10 43/14 43/14 48/21 49/17 50/18 50/23 51/15 52/1 55/17 55/21 55/25 56/16 57/2 60/5 61/5 61/14 61/16 62/8 62/13 66/20 68/17 100/21 101/5 104/16 104/19 105/16 106/1 106/4 116/25 123/6 127/1 130/3 134/14 142/25 145/8 148/12 149/5 153/14 153/19 158/9 161/4 161/9 161/11 161/15 161/18 161/23 162/12 162/21 163/10 165/3 167/1 167/10 168/9 169/21 170/6 170/13 170/19 170/21 171/11 173/16 174/1 175/21 176/2 176/6 176/20 177/2 177/11 177/19 177/21 178/12 178/15 178/23 179/2 179/22 179/23 180/7 180/10 180/11 181/12 182/9 183/11 183/24 184/9 185/20 186/1 187/19 189/21 190/3 190/7 190/13 190/16 190/22 191/1 191/13 192/9 193/24 194/5 195/9 196/1 196/6 196/9 196/12 196/20 197/3 197/6 197/11 197/16 197/20 197/25 198/6 198/16 199/5 199/14 200/3 200/14 211/20 211/24 212/4 213/3 213/7 213/10 267/15 267/25 268/8 268/9 268/10
**article [3]** 126/22 131/20 141/7
**articles [5]** 37/5 37/7 37/9 49/7 126/22
**as [278]**
**aside [2]** 183/4 231/9
**ask [20]** 7/21 39/24 40/5 42/25 80/18 93/14 93/15 127/12 127/17 134/12 139/9 155/9 156/17 161/2 170/20 184/8 203/18 217/8 218/5 218/7
**asked [8]** 7/18 74/1 113/16 136/19 212/7 226/12 226/19 228/1
**asking [5]** 5/17 203/25 206/3 208/19 234/10
**aspect [1]** 12/6
**aspects [1]** 201/17
**assert [2]** 95/3 238/19
**asserted [35]** 10/10 11/7 12/10 12/18 15/21 15/22 15/22 16/17 17/8 24/20 42/4 42/5 47/23 56/18 57/1 62/25 68/23 95/16 101/18 103/17 104/19 106/9 106/18 106/22 107/5 146/19 155/11 158/2 158/10 173/25 174/2 174/15 175/15 200/6 213/20
**asserting [1]** 103/10
**assertions [1]** 53/14
**asserts [4]** 43/20 51/9 53/20 68/7
**assess [1]** 128/9
**assessment [2]** 128/1 131/12
**assets [2]** 77/21 77/23
**associated [3]** 47/2 93/25 200/8
**assume [1]** 102/18
**assuming [1]** 174/14
**Ativan [1]** 118/10
**Atlantic [1]** 45/9
**atom [1]** 266/1
**atomization [6]** 29/22 111/25 120/6 121/4 124/3 129/24
**atomizer [2]** 112/5 141/24
**atoms [2]** 162/7 221/3
**atrial [1]** 125/10
**attached [1]** 266/1
**attachment [4]** 6/4 6/7 240/17 240/22
**attempted [1]** 45/12
**attention [3]** 170/6 205/17 234/14
**attorney [2]** 61/1 77/13
**attorneys [2]** 77/10 209/15
**attractive [1]** 152/16
**attributes [1]** 199/16
**August [2]** 95/1 103/7

**A**

**August 19 [2]** 95/1 103/7
**author [8]** 17/14 43/13 50/18 66/20 81/10 99/8 124/18 186/17
**author's [1]** 78/7
**authors [1]** 131/4
**availability [1]** 66/8
**available [28]** 12/24 23/12 24/13 26/16 29/21 35/25 36/5 36/9 36/19 37/8 37/14 47/15 49/13 86/9 86/9 87/9 111/10 118/8 119/9 119/10 119/14 132/1 156/25 165/14 166/11 175/13 227/19 274/10
**average [5]** 177/18 182/14 183/17 183/19 190/10
**avoid [1]** 63/12
**avoiding [1]** 109/1
**awards [1]** 37/11
**aware [15]** 64/23 82/9 105/14 105/17 106/24 135/2 152/22 190/24 190/25 209/16 211/23 240/1 247/5 250/14 269/14
**away [5]** 134/15 145/9 149/6 152/23 153/10
**axis [1]** 90/12

**B**

**back [58]** 5/11 9/15 16/15 17/4 18/20 22/6 22/8 34/23 37/3 40/11 45/13 51/5 59/23 71/24 76/13 84/13 92/2 92/3 97/21 103/16 108/8 110/7 135/16 137/17 138/1 156/17 160/25 163/22 163/22 176/23 184/8 208/23 209/3 212/11 212/13 212/15 212/21 214/13 214/14 214/15 214/17 215/8 216/17 216/24 217/5 217/11 218/8 224/9 225/8 225/8 227/6 234/21 242/25 250/11 254/16 259/8 269/23 274/20
**background [2]** 60/3 176/2
**bad [1]** 91/17
**balance [2]** 57/15 57/23
**Barr [2]** 75/22 75/23
**base [33]** 12/13 12/23 33/9 35/11 35/12 48/8 57/5 97/3 98/6 98/10 104/10 142/2 151/10 151/16 152/24 153/6 153/11 153/23 156/5 161/25 174/21 182/21 199/4 199/5 199/7 199/8 248/3 252/12 257/12 257/16 258/12 258/15 262/16
**based [20]** 53/21 58/21 60/2 63/15 67/20 68/7 110/25 111/16 114/5 114/6 114/11 173/23 175/20 178/19 184/25 194/5 199/7 199/15 217/3 267/10
**basically [11]** 27/19 29/15 30/9 31/2 169/15 172/22 182/20 182/22 188/25 259/22 272/11
**basis [2]** 59/20 209/24
**Bates [25]** 85/23 87/20 88/16 89/11 90/8 91/7 92/3 129/1 129/21 132/15 133/11 143/5 150/19 151/24 164/3 165/24 169/8 169/24 171/7 173/4 180/25 182/6 182/19 182/19 187/1
**battle [1]** 21/18
**be [301]**
**bear [2]** 15/5 16/1
**bears [1]** 48/15
**because [67]** 9/6 13/16 17/8 19/22 20/24 21/19 22/3 23/1 24/6 24/7 26/20 27/18 30/5 32/20 33/22 35/7 35/17 39/16 39/19 40/19 46/22 56/6 59/2 62/18 64/1 64/24 75/25 76/11 76/13 84/11 84/12 108/13 114/1 114/9 114/15 116/10 117/18 120/7 137/22 138/13 152/17 162/14 180/9 183/16 185/18 193/25 198/2 198/15 202/24 214/2 215/7 216/7 218/25 220/3 222/25 225/4 225/12 242/19 243/22 257/8 259/20 260/1 263/17 263/20 265/12 265/18 272/8
**Bechgaard [28]** 25/16 38/8 60/10 123/4 139/16 140/5 140/17 145/24 146/2 146/10 146/22 147/14 147/25 148/16 148/17 148/25 149/6 184/17 238/13 238/15 239/11 240/2 240/9 241/13 244/1 246/5 261/5 263/14
**becomes [2]** 54/15 114/15
**been [71]** 12/14 13/6 17/16 21/18 22/20 26/11 31/7 33/3 34/4 43/9 47/8 47/13 47/15 47/17 48/21 49/12 49/14 49/16 50/19 50/22 55/8 58/2 59/12 61/21 64/25 69/2 70/12 72/6 72/24 93/13 101/9 101/19 103/3 115/18 127/21 130/13 139/10 140/25 145/22 151/2 162/20 165/20 167/10 168/9 170/13 176/20 180/15 181/14 181/18 182/4 183/11 183/24 190/7 190/12 190/18 190/22 191/25 192/11 193/4 194/2 198/13 198/24 199/2 200/2 219/14 222/25 229/13 230/7 230/18 238/1 250/20
**before [33]** 1/17 5/5 9/24 12/15 24/1 29/17 29/24 30/8 35/25 36/1 41/8 41/9 41/10 46/17 47/13 50/8 58/11 64/10 64/15 64/16 71/7 79/5 117/16 128/13 130/15 165/21 194/18 211/15 217/24 224/1 233/3 274/23 275/10
**began [5]** 51/4 122/21 202/5 202/7 202/20
**begin [2]** 10/5 73/22
**beginning [9]** 3/4 74/15 76/7 79/24 92/24 122/19 157/8 200/4 251/1
**begins [1]** 143/4
**begs [1]** 51/14
**behalf [4]** 3/14 4/4 42/19 80/1
**behind [1]** 5/20
**being [28]** 25/15 28/8 33/23 34/7 34/14 36/5 36/19 70/13 72/1 81/14 81/15 81/16 82/16 84/16 85/7 90/14 94/15 98/17 98/19 101/18 121/9 160/24 178/17 178/21 186/24 209/15 215/19 246/15
**believe [19]** 77/9 86/25 88/14 100/11 128/19 132/4 134/11 163/22 193/16 194/5 210/10 210/11 210/14 216/6 231/3 233/8 233/9 236/1 244/17
**believed [1]** 78/9
**belongs [2]** 34/17 45/19
**below [6]** 14/14 30/25 147/9 163/8 170/11 240/11
**bench [4]** 1/13 3/9 5/3 136/14
**benchmark [1]** 125/23
**benefit [2]** 65/21 190/18
**benefits [3]** 107/10 107/16 107/19
**benzodiazepine [13]** 17/23 18/6 35/24 36/15 47/9 65/15 66/14 123/18 130/6 134/5 134/18 155/22 157/9
**benzodiazepines [14]** 17/24 36/12 45/20 49/19 67/11 74/21 118/3 118/4 118/23 118/25 129/23 132/8 146/11 146/17
**benzos [2]** 118/20 148/23
**benzyl [5]** 141/21 151/5 243/8 249/4 249/15
**BERLIN [2]** 2/7 4/10
**besides [1]** 162/19
**best [2]** 40/24 275/5
**better [4]** 14/21 26/7 99/13 270/19
**between [25]** 15/8 18/22 21/2 27/10 27/20 27/24 28/3 41/13 58/13 69/14 105/18 113/22 125/7 148/13 152/2 154/22 154/24 162/9 184/14 186/13 187/19 188/11 202/2 202/13 211/8
**beyond [2]** 97/7 137/25
**big [1]** 20/22
**bigger [1]** 252/16
**binder [21]** 71/24 72/19 72/23 81/2 94/19 103/2 124/10 127/19 130/13 140/22 145/21 149/16 155/14 162/25 172/6 180/15 186/5 192/17 195/20 229/22 233/10
**binders [1]** 70/2
**Bindings [1]** 221/24
**bio [4]** 39/19 39/20 39/20 200/24
**bio-adhesive [3]** 39/19 39/20 39/20
**bioadhesion [2]** 25/24 148/8
**bioavailability [8]** 32/14 32/18 33/15 35/6 83/19 89/24 142/22 251/15
**bioequivalence [1]** 67/23
**biologically [1]** 233/21
**BIOPHARMA [2]** 1/3 3/15
**biopharmaceutics [1]** 87/2
**biopharmaceutics-type [1]** 87/2
**bit [20]** 9/10 26/9 38/6 52/12 74/7 113/7 121/15 124/6 127/12 127/17 138/10 155/9 221/11 221/23 223/19 234/22 238/23 242/20 249/8 252/16
**bitter [2]** 92/11 92/12
**blank [1]** 117/23
**blend [3]** 147/21 169/1 169/4
**blended [1]** 169/14
**blending [2]** 28/18 169/10
**blood [11]** 13/14 13/17 13/22 23/18 71/11 71/16 87/19 88/11 93/7 108/22 126/17
**bloodstream [2]** 108/25 116/20
**blow [17]** 84/19 88/17 89/10 101/21 126/13 129/20 131/20 133/15 141/18 143/6 143/14 150/21 151/11 151/24 154/9 227/17 254/20
**blue [5]** 122/7 229/22 229/25 230/22 259/19
**board [1]** 45/5
**board-certified [1]** 45/5
**body [1]** 96/7
**bone [2]** 66/25 67/4
**Bonnie [2]** 276/7 276/8
**book [2]** 130/4 237/21
**books [2]** 227/6 237/15
**booted [1]** 5/23
**borrowed [1]** 193/17
**both [29]** 12/12 16/19 17/7 19/4 21/13 27/4

**B**

**both... [23]** 30/6 37/23 40/10 47/25 48/11 48/12 53/22 54/21 65/21 68/18 87/13 137/5 151/9 162/23 168/18 183/12 188/12 219/22 220/22 221/16 223/3 257/23 257/25
**bottles [1]** 111/15
**bottom [22]** 19/24 20/16 28/5 38/10 38/11 89/11 110/6 143/6 143/8 150/13 151/11 152/9 152/10 154/6 170/7 181/3 205/17 221/5 230/3 241/3 242/17 244/17
**bouncing [1]** 37/16
**box [3]** 104/12 122/7 175/10
**boxes [4]** 122/9 122/17 122/24 123/1
**brain [2]** 118/5 268/10
**brand [2]** 76/24 118/18
**Braun [9]** 213/17 214/25 218/15 220/9 226/8 231/1 235/21 236/21 238/25
**break [8]** 69/17 97/21 135/11 135/16 200/24 201/1 274/13 275/11
**breaking [2]** 120/14 135/13
**breathing [3]** 91/21 94/3 94/4
**bridging [2]** 109/15 223/14
**brief [2]** 72/14 73/10
**briefing [3]** 137/19 138/2 138/20
**briefly [6]** 35/17 106/15 121/14 137/8 174/13 216/20
**bring [5]** 94/21 163/2 219/7 242/25 255/17
**Britain [1]** 150/6
**broad [2]** 16/24 266/2
**broadly [1]** 52/13
**brochure [60]** 20/7 20/8 24/19 26/11 26/13 26/21 26/24 26/25 27/2 31/1 42/7 53/16 53/17 53/22 54/10 54/12 54/14 54/17 54/21 55/2 56/20 106/21 163/8 163/20 163/24 165/15 167/13 168/25 169/25 175/8 176/2 176/7 176/21 178/21 182/15 183/2 197/8 212/25 213/14 219/9 219/13 219/21 220/15 220/20 221/13 223/15 227/5 227/23 228/3 228/7 228/18 228/25 231/13 231/18 232/5 232/9 232/10 232/12 232/16 262/3
**Brooks [1]** 4/14
**brush [1]** 110/5
**buccal [2]** 132/7 134/1
**buccally [1]** 133/20
**buffered [1]** 121/23
**buffering [1]** 84/7
**buffers [1]** 245/12
**building [2]** 75/7 75/9
**built [1]** 75/9
**bulk [1]** 240/23
**bunch [1]** 26/25
**burden [2]** 48/15 68/21
**BURLING [1]** 1/21
**business [4]** 77/5 77/15 80/9 201/17
**butorphanol [1]** 74/5
**butylated [8]** 86/4 98/11 156/20 203/8 205/25 208/20 245/2 262/22

**C**

**C.A [1]** 1/5
**call [9]** 32/7 33/21 69/10 69/22 143/25 220/22 220/24 221/5 228/10
**called [19]** 17/24 44/25 45/13 45/20 45/25 46/9 60/12 66/18 70/12 75/8 90/12 98/9 111/25 170/11 209/7 220/12 244/9 247/4 247/23
**calls [2]** 11/25 220/25
**came [9]** 46/16 47/12 63/8 68/4 75/24 85/21 113/16 115/23 185/4
**campus [4]** 75/8 76/8 207/3 207/22
**can [237]** 7/4 7/14 7/19 8/11 8/12 9/3 9/9 9/11 9/13 9/15 15/17 16/1 16/24 17/4 19/24 19/25 20/3 20/24 21/7 22/1 22/7 24/9 25/4 25/5 25/23 26/6 29/18 30/10 30/25 31/15 31/15 31/24 32/22 33/5 38/2 42/12 44/24 44/24 46/5 46/8 46/8 46/24 46/25 47/1 49/25 54/21 54/24 57/22 58/17 58/20 58/25 59/8 59/12 59/16 59/23 60/16 70/8 72/16 74/7 77/10 80/18 80/20 81/2 81/23 83/8 84/19 85/23 86/20 89/10 89/19 93/22 94/21 95/5 95/24 96/16 96/22 98/21 100/9 102/4 103/2 103/23 106/15 107/20 108/13 109/24 112/14 113/21 116/13 116/19 116/21 117/25 119/4 120/9 120/16 121/15 124/8 126/13 127/14 127/19 129/1 129/9 129/10 129/13 129/14 129/20 130/9 130/22 131/12 131/19 131/20 132/1 132/6 132/15 132/23 132/24 132/25 133/15 133/19 133/25 135/18 136/24 137/5 137/17 138/1 138/1 138/19 140/18 141/18 143/4 143/25 144/23 146/14 147/12 148/3 148/7 150/21 151/11 151/23 152/5 152/10 153/1 154/8 154/9 155/5 155/13 155/19 156/1 156/10 157/6 157/10 159/14 160/25 161/24 162/1 163/1 164/15 165/23 165/24 166/20 167/3 168/13 168/18 168/19 168/21 169/1 169/4 169/7 171/7 172/15 173/3 180/14 183/4 184/15 185/10 187/1 187/25 194/16 199/10 200/24 204/6 209/1 209/5 212/9 212/10 212/12 214/12 214/13 214/15 215/9 216/17 217/4 217/5 217/17 217/20 218/9 219/6 220/3 221/8 222/18 224/9 226/20 227/1 227/17 227/23 228/3 230/21 231/9 231/10 235/24 236/1 236/21 236/25 238/12 238/13 242/7 243/24 244/16 245/14 246/25 249/10 250/11 252/15 253/13 253/23 254/20 259/16 266/19 269/9 269/23 270/15 271/19 274/2 274/11 274/20 274/22 275/5 275/8
**can't [10]** 7/5 22/1 116/1 116/2 116/13 206/11 250/2 257/24 258/2 259/3
**candidates [2]** 117/5 166/17
**cannot [3]** 41/8 59/1 133/24
**capacities [2]** 257/21 267/12
**capacity [2]** 77/18 268/4
**capital [1]** 207/2
**capsule [1]** 108/18
**Capsules [1]** 222/4
**Carbide [1]** 219/14
**carbon [1]** 266/1
**Carbowax [57]** 20/8 26/12 27/22 28/7 28/18 53/16 53/17 53/22 54/10 54/12 54/14 54/17 54/20 54/23 55/2 56/20 106/21 163/8 163/8 163/24 164/5 164/6 164/21 166/4 168/25 169/14 169/25 170/17 175/1 175/8 175/21 176/1 176/7 176/21 183/1 213/14 219/13 219/21 220/15 220/20 220/22 220/25 221/13 225/22 225/23 227/12 227/23 228/2 228/6 228/18 228/25 229/7 232/10 232/12 232/16 260/11 261/19
**carboxymethylcellulose [5]** 186/15 187/6 188/9 188/16 259/24
**care [1]** 88/9
**caregivers [2]** 108/7 124/1
**carrier [2]** 157/10 157/12
**carriers [1]** 146/25
**carry [1]** 68/12
**CAS [1]** 211/4
**case [55]** 10/17 10/19 11/5 15/11 15/19 17/2 18/12 20/25 21/9 23/19 31/5 32/17 34/3 35/5 35/21 37/13 39/23 40/15 47/5 50/16 62/4 64/11 68/22 72/2 79/10 86/17 95/3 101/18 103/10 103/18 105/12 106/9 107/24 108/23 111/1 125/7 126/21 126/23 137/3 137/22 138/1 146/17 146/20 152/23 153/22 184/16 193/21 204/18 205/12 209/25 214/10 214/23 216/10 237/19 255/15
**cases [1]** 120/7
**catalog [2]** 163/17 233/2
**catch [3]** 109/21 134/7 266/21
**catches [1]** 109/22
**categories [2]** 27/1 74/11
**category [6]** 17/24 27/25 28/1 30/12 128/22 195/13
**cause [7]** 120/7 120/9 143/23 144/15 228/17 228/24 241/7
**caused [1]** 67/5
**causes [2]** 129/8 144/9
**causing [1]** 123/24
**cavity [11]** 46/15 46/23 82/24 84/24 109/4 109/6 110/7 111/3 111/17 112/7 116/22
**cell [1]** 110/4
**cells [4]** 110/1 110/1 110/2 144/15
**cellulose [1]** 269/12
**center [4]** 45/9 75/1 135/5 162/2
**CEO [1]** 72/10
**cerebral [1]** 123/22
**certain [9]** 6/3 33/11 90/15 108/6 110/1 118/5 202/8 231/13 237/8
**certainly [9]** 17/2 22/4 55/18 55/25 62/7 97/12 97/13 182/4 202/9
**CERTIFICATE [1]** 276/2
**certified [1]** 45/5
**certify [1]** 276/4
**cetera [7]** 77/17 108/10 161/17 173/13 245/13 259/24 259/25
**chain [3]** 16/23 21/2 238/24
**challenger [1]** 54/1
**change [7]** 21/7 105/23 179/13 270/12 271/12 271/15 272/14
**changed [2]** 78/8 92/9
**changes [7]** 21/6 49/24 49/25 67/4 211/7 267/10 268/15
**changing [2]** 9/14 9/14
**characteristic [1]**

**C**

**characteristic... [1]** 179/20
**characteristics [11]** 99/13 109/3 109/5 109/10 117/3 119/21 145/3 170/10 212/3 231/13 267/9
**characterization [1]** 162/6
**characterize [1]** 172/20
**characterized [3]** 64/11 145/4 227/7
**CHARLES [1]** 1/23
**chart [22]** 6/2 89/8 90/6 120/12 152/7 189/2 223/14 223/18 223/22 224/7 227/15 243/21 255/5 255/8 255/11 255/11 255/14 255/18 257/6 264/17 265/10 265/16
**charts [1]** 183/1
**cheated [1]** 23/1
**cheek [2]** 109/19 132/8
**chemical [20]** 49/9 52/18 53/16 54/18 84/4 116/6 116/17 161/25 163/7 163/20 169/3 169/11 178/20 182/21 210/24 212/3 212/24 219/9 223/2 224/14
**chemicals [3]** 26/22 101/1 267/2
**chemist [1]** 105/8
**chemistry [2]** 85/10 105/2
**chief [3]** 76/5 202/13 202/16
**child [2]** 84/14 124/4
**children [13]** 82/22 83/3 83/4 83/6 84/8 84/10 122/12 123/20 124/15 127/4 128/17 128/19 128/22
**Chip [1]** 3/20
**choice [1]** 56/9
**choose [5]** 27/9 100/21 179/23 180/8 215/4
**choosing [1]** 180/11
**chose [5]** 199/21 206/16 206/21 208/15 270/7
**chosen [1]** 110/25
**chronic [1]** 44/9
**cilia [5]** 110/2 110/3 110/5 110/5 144/13
**ciliary [2]** 152/18 152/20
**ciliated [1]** 151/2
**ciliostasis [2]** 144/9 250/16
**ciliostatic [3]** 151/3 249/16 251/18
**ciliotoxicity [6]** 144/8 144/11 144/12 232/17 250/15 250/16
**CIPLA [59]** 1/7 1/7 3/10 4/4 4/5 4/15 4/17 4/18 6/11 10/9 35/5 35/11 35/14 43/20 43/23 48/10 48/12 48/15 50/14 51/9 51/20 51/25 52/19 53/11 53/15 53/20 55/7 55/23 56/7 56/19 57/4 58/12 59/5 60/1 60/18 60/21 60/25 61/6 61/17 63/10 63/12 63/17 63/24 64/2 64/3 64/7 64/9 64/11 66/7 67/19 67/21 68/1 68/4 68/6 68/15 80/7 95/3 103/10 209/16
**Cipla Ltd [1]** 4/4
**Cipla's [32]** 17/15 35/18 43/12 43/13 44/3 48/14 48/23 50/16 53/14 55/2 56/24 57/1 57/12 58/18 59/6 59/14 59/15 61/1 61/9 63/2 63/5 64/14 65/12 65/23 66/2 66/4 66/20 68/10 68/13 213/24 214/3 216/4
**circle [1]** 187/15
**Circuit [1]** 68/11
**circulated [1]** 34/14
**circumstance [1]** 144/22
**circumstances [3]** 93/23 108/6 110/25
**cites [1]** 27/5
**citing [1]** 59/10
**Citric [1]** 245/4
**Civil [1]** 3/10
**claim [50]** 11/7 11/18 11/19 12/10 15/22 15/23 15/24 16/1 16/9 16/17 16/20 16/20 16/25 17/10 18/19 21/20 47/24 47/24 48/1 48/7 48/8 53/3 53/7 55/9 62/17 62/18 101/17 101/17 101/20 101/21 101/23 101/25 102/7 103/16 103/17 103/17 104/7 146/19 158/6 158/13 158/13 158/15 159/16 159/20 175/1 175/15 175/16 199/4 200/7 243/21
**Claim 1 [1]** 16/20
**Claim 10 [11]** 16/20 47/24 48/7 48/8 103/16 103/17 104/7 159/16 159/20 175/16 199/4
**Claim 13 [17]** 15/23 15/24 16/1 47/24 48/1 53/7 55/9 62/17 101/17 101/20 101/21 102/7 146/19 158/6 158/13 158/15 200/7
**Claim 24 [1]** 243/21
**claimed [12]** 16/13 18/16 23/7 23/9 28/14 30/18 51/22 53/7 54/3 67/12 67/19 68/17
**claiming [5]** 16/4 16/22 35/22 36/22 235/19
**claims [53]** 10/10 12/10 12/18 15/18 15/19 15/21 15/22 15/25 16/2 16/3 16/10 16/11 16/19 17/7 17/8 17/11 20/19 21/20 22/3 24/20 42/4 42/5 47/23 47/25 48/11 48/13 48/17 52/3 52/6 62/25 68/19 68/23 77/9 79/11 79/13 101/16 101/23 103/15 106/18 106/19 106/22 155/11 158/2 158/11 173/25 174/2 174/15 174/16 200/6 200/10 213/20 215/8 261/22
**clarification [2]** 138/5 204/6
**clarify [3]** 69/5 208/8 266/11
**class [7]** 45/18 45/20 49/19 74/21 118/4 265/22 267/3
**classes [3]** 96/6 235/4 235/19
**clear [15]** 14/6 35/2 39/22 48/16 52/1 53/9 54/1 54/16 67/7 68/22 70/24 164/22 167/16 220/25 260/4
**clearance [1]** 110/11
**clearly [4]** 52/15 55/23 136/16 250/14
**clients [1]** 3/24
**clinical [22]** 31/24 32/23 33/6 40/19 40/21 40/25 45/3 59/2 65/19 65/20 72/3 72/4 73/14 73/24 74/7 74/9 85/11 87/1 98/16 108/6 110/25 142/11
**clip [2]** 215/2 215/11
**clonazepam [3]** 148/24 242/11 242/14
**close [2]** 44/13 99/16
**closest [1]** 19/9
**cluster [3]** 44/17 45/11 47/1
**clusters [8]** 35/25 36/6 36/20 44/13 44/17 44/19 119/3 132/6
**Cmax [7]** 13/19 23/17 23/20 23/24 89/22 99/4 142/20
**CMC [4]** 187/7 187/14 187/16 188/14
**Coatings [1]** 221/24
**cocounsel [1]** 226/5
**cofounders [1]** 75/22
**cognitive [2]** 90/14 90/23
**Cohen [1]** 75/21
**Coldstream [1]** 75/8
**collection [1]** 237/8
**College [4]** 49/3 73/17 75/2 86/1
**colon [1]** 158/17
**column [32]** 27/14 30/16 81/24 84/20 87/21 89/17 92/7 92/15 100/12 100/16 126/12 138/13 143/7 144/1 146/8 146/15 147/12 148/19 148/25 167/2 171/12 171/17 181/5 188/6 188/8 189/3 220/15 240/8 240/25 244/5 252/15 252/16
**Column 10 [1]** 148/19
**Column 13 [1]** 244/5
**Column 15 [3]** 100/12 100/16 138/13
**Column 18 [1]** 148/25
**Column 3 [1]** 240/8
**Column 7 [2]** 146/8 146/15
**Column 9 [2]** 147/12 240/25
**columns [4]** 96/15 96/16 104/19 188/17
**Columns 17 [2]** 96/15 96/16
**combination [9]** 42/6 110/19 111/5 175/25 177/3 177/21 214/2 215/6 253/2
**combinations [3]** 157/14 160/1 213/20
**combine [6]** 29/7 54/2 106/25 174/25 176/9 176/20
**combined [3]** 53/3 62/25 176/6
**combining [2]** 29/8 175/21
**come [15]** 6/18 6/24 9/15 16/15 17/4 18/20 34/23 75/12 76/12 79/23 97/21 135/16 184/15 207/22 274/4
**comes [4]** 6/25 16/17 54/13 55/4
**comfortably [1]** 251/10
**commenced [1]** 3/4
**commentary [1]** 81/13
**commerce [1]** 177/8
**commercial [12]** 23/14 28/16 61/8 85/1 86/12 114/7 147/23 224/8 224/11 225/5 232/2 270/6
**commercially [9]** 23/12 24/13 26/16 47/15 49/13 86/9 87/9 175/13 274/10
**commercially-available [1]** 274/10
**common [8]** 29/13 127/24 161/8 161/25 168/6 181/6 182/4 246/21
**commonly [6]** 12/14 12/23 29/21 36/11 36/11 36/12
**communication [1]** 218/6
**community [3]** 130/5 130/8 134/22
**companies [10]** 49/6 61/12 65/11 66/13 67/15 67/16 117/17 207/23 232/20 232/23
**company [12]** 34/17 53/16 66/18 72/10 73/25 75/13 75/21 77/22 77/24 79/22 202/2 202/5
**comparable [12]** 14/9 14/10 14/18 37/19 37/24 99/10 99/14 99/15 99/18 257/25 258/1 258/3
**comparative [1]** 98/19
**comparator [1]** 258/2
**compare [5]** 103/12 124/20 125/19 181/20 242/20
**compared [8]** 22/21 33/15 81/16 89/25 143/19 181/15 209/13 257/24
**comparing [2]** 32/9 124/21
**comparison [2]** 66/9 157/25
**compatible [2]** 168/5 168/6

**C**

**compendia [2]** 162/15 162/19
**compendium [1]** 180/21
**complete [4]** 73/2 100/20 112/20 243/24
**completed [2]** 73/14 76/7
**completely [1]** 225/2
**complexation [2]** 248/10 248/12
**component [2]** 28/6 169/16
**components [6]** 169/17 169/22 183/24 197/24 199/12 200/7
**composition [29]** 16/6 16/20 24/7 96/5 101/10 102/8 102/13 104/8 114/13 151/15 156/4 158/16 159/21 168/21 168/21 177/18 180/4 183/17 183/18 189/23 190/11 193/12 193/22 233/17 233/20 233/24 242/1 244/15 251/25
**compositions [17]** 17/23 18/10 19/16 20/2 61/2 96/2 150/10 150/13 155/23 172/13 241/8 271/25 272/3 272/7 273/3 273/9 274/1
**compound [5]** 53/5 240/5 258/22 259/1 265/25
**compounded [1]** 46/13
**compounds [9]** 39/15 52/17 147/21 167/4 210/22 228/6 236/2 236/5 266/4
**comprehensive [1]** 265/19
**comprise [5]** 146/25 242/1 256/12 272/1 273/3
**comprised [5]** 97/3 98/6 98/11 102/10 157/9
**comprising [8]** 104/9 150/10 158/17 209/17 209/20 232/1 233/17 233/20
**compromise [2]** 9/17 219/3
**computer [1]** 5/21
**concentrated [5]** 36/8 83/25 84/12 93/1 121/8
**concentration [19]** 13/24 26/3 32/19 48/2 99/17 102/13 113/24 113/24 148/9 150/11 150/12 150/14 151/19 151/21 159/7 181/24 187/14 251/10 263/9
**concentrations [6]** 66/9 124/14 146/10 252/5 252/20 252/21
**concern [1]** 8/19
**concerns [1]** 58/15
**conclude [2]** 33/13 92/17
**concluded [4]** 68/16 68/19 255/11 275/16
**concludes [4]** 215/11 218/13 249/9 249/13
**conclusion [1]** 68/20
**condition [8]** 43/5 44/7 44/12 44/18 44/25 47/3 116/3 270/14
**conditions [6]** 115/25 123/22 128/10 128/11 128/15 131/10
**conduct [1]** 198/22
**conducted [3]** 66/23 78/5 85/9
**conducting [1]** 82/6
**cone [2]** 112/2 112/3
**confer [3]** 216/13 226/5 226/7
**conference [1]** 5/13
**conferring [2]** 215/20 215/21
**confidential [9]** 7/16 7/25 9/4 9/19 10/20 61/7 61/11 67/3 250/5
**confidentiality [2]** 7/13 9/2
**confirm [2]** 31/13 33/8
**confusing [1]** 258/13
**congestion [1]** 91/18
**conjugation [1]** 223/8
**connected [1]** 71/10
**connection [9]** 114/20 118/23 157/6 157/25 175/9 193/10 193/19 194/10 198/9
**consensus [3]** 130/8 131/9 134/17
**conservative [1]** 126/4
**consider [14]** 38/2 50/9 57/15 58/11 74/1 107/22 110/14 113/17 116/11 119/25 169/13 179/3 225/11 238/9
**consideration [6]** 34/25 107/11 110/18 114/1 115/19 116/16
**considerations [6]** 10/16 33/17 33/19 33/20 40/12 115/17
**considered [14]** 28/9 53/23 100/22 110/19 119/7 126/23 132/9 136/16 180/11 196/23 200/15 237/18 240/9 240/13
**consistency [1]** 112/24
**consistent [3]** 32/15 32/25 216/15
**constituent [5]** 114/10 198/3 198/6 198/15 266/12
**constitute [1]** 153/21
**construction [1]** 75/6
**constructs [1]** 140/1
**consult [2]** 234/2 234/10
**consultant [1]** 202/18
**consults [1]** 77/14
**contact [3]** 116/8 270/25 275/6
**contacted [1]** 206/23
**contain [23]** 12/12 12/13 32/4 148/17 150/14 151/15 206/1 206/4 206/6 206/9 245/10 247/17 247/19 248/21 248/24 249/1 253/19 253/21 253/23 254/5 254/7 264/5 266/4
**contained [7]** 116/8 175/2 194/22 203/3 208/4 246/15 264/2
**container [2]** 111/5 111/7
**containing [12]** 16/6 36/14 36/23 46/19 98/5 178/16 178/25 191/14 192/10 198/18 212/1 212/5
**contains [27]** 12/5 12/22 12/23 23/5 23/6 23/7 33/7 59/2 86/2 98/10 241/18 241/21 244/18 247/8 248/3 249/6 254/13 255/4 255/7 255/10 255/13 255/25 262/16 262/20 263/1 263/3 265/25
**contend [1]** 50/14
**content [1]** 185/2
**contents [2]** 6/4 8/24
**context [12]** 20/2 21/12 21/14 35/2 47/17 93/21 94/4 108/12 110/15 144/21 153/15 165/3
**continuation [2]** 239/4 239/10
**continue [3]** 75/4 138/24 143/13
**continued [3]** 2/1 76/3 117/7
**continues [2]** 39/19 181/5
**continuing [2]** 31/3 32/24
**contradict [1]** 63/3
**contradicts [1]** 64/4
**contrary [2]** 53/12 56/10
**contrast [3]** 22/10 49/11 55/6
**control [14]** 12/22 13/2 13/9 14/8 14/18 14/21 15/1 15/9 98/9 98/13 99/5 99/10 99/11 99/17
**controlled [1]** 85/10
**convenient [1]** 92/22
**conventional [4]** 43/22 50/13 63/7 63/23
**convincing [4]** 48/16 52/1 54/1 68/22
**Convulsive [1]** 131/1
**cooperative [1]** 83/9
**copied [1]** 68/4
**copies [4]** 8/12 8/18 10/23 71/25
**copy [9]** 44/1 48/11 67/23 192/19 192/21 192/23 217/23 217/25 237/11
**copying [5]** 35/1 35/2 43/25 63/19 67/18
**copyright [1]** 237/5
**corner [1]** 204/23
**Corporation [2]** 86/10 219/15
**correct [122]** 136/5 161/6 200/8 200/9 201/15 201/19 202/3 202/17 203/1 203/10 203/13 203/16 203/20 205/12 205/22 206/1 206/4 206/7 206/9 206/12 206/18 206/22 207/1 207/8 207/11 207/12 207/15 207/18 208/13 208/14 209/12 209/17 209/21 210/1 210/6 210/7 210/23 211/5 211/9 211/13 211/16 211/18 211/19 212/1 212/6 213/5 213/6 213/6 213/8 213/9 213/12 213/13 213/21 213/22 213/25 216/5 218/20 218/24 219/3 219/4 219/10 219/11 219/15 219/19 219/24 220/20 220/23 222/2 222/5 222/8 222/12 223/12 225/16 225/21 226/2 227/9 227/12 228/3 228/12 228/25 230/12 230/20 231/7 231/8 232/14 232/18 233/1 233/4 235/10 237/19 237/20 239/16 240/2 241/18 242/4 243/3 246/3 246/6 246/11 248/6 248/23 248/25 253/18 256/1 256/8 257/4 260/21 261/3 261/14 261/15 261/17 263/5 263/8 263/12 265/15 266/15 267/9 268/11 268/18 268/20 269/16 270/11
**corrected [1]** 100/4
**correlated [1]** 99/12
**correspondence [1]** 58/12
**cosmetics [1]** 54/24
**cosolvent [4]** 115/13 246/15 264/1 264/3
**cosolvents [1]** 140/2
**cotton [1]** 112/5
**could [97]** 8/14 8/17 8/18 9/9 9/12 19/25 20/24 20/25 25/1 35/7 47/11 60/21 60/24 60/25 68/1 74/14 83/3 87/20 91/6 92/2 93/4 93/5 97/20 100/19 101/8 101/16 101/21 105/4 111/22 112/6 112/14 112/15 112/15 115/14 117/4 118/19 119/18 120/7 122/12 123/17 127/3 138/9 143/5 143/14 146/8 146/11 147/21 156/17 169/14 173/13 176/13 176/16 177/5 177/22 178/8 181/20 182/6 183/17 185/7 190/17 191/17 201/15 205/17 210/15 213/16 214/10 214/25 216/12 217/8 218/15 219/7 220/7 220/8 221/9 223/15 223/17 225/9 226/8 229/3 229/5 234/21 241/12 241/25 242/24 242/24 253/14 254/17 254/18 255/17 256/10 256/12 256/14 260/17 268/14 270/8 271/16 272/12

**C**

**couldn't [3]** 60/22 64/1 199/22
**counsel [25]** 1/24 2/9 6/22 9/13 40/5 58/18 59/15 61/9 69/6 138/9 205/4 213/24 214/3 214/6 215/16 215/23 216/4 216/13 216/14 217/14 218/5 218/8 226/7 250/9 274/21
**counsel's [1]** 219/2
**counterbalanced [1]** 87/6
**country [1]** 150/5
**counts [1]** 273/14
**couple [6]** 11/15 28/5 47/17 111/12 170/3 221/3
**course [17]** 6/15 13/13 48/15 53/25 58/5 62/1 64/16 65/12 71/15 117/11 117/15 137/24 177/8 190/14 225/14 226/16 229/12
**court [18]** 1/1 1/17 42/25 44/3 64/23 71/8 137/11 209/3 212/15 212/21 214/17 217/11 218/7 218/9 274/17 276/2 276/8 276/9
**courthouse [1]** 274/25
**courtroom [13]** 3/4 7/20 7/25 8/9 8/13 39/22 39/24 39/25 40/3 42/12 42/13 42/15 275/7
**cover [4]** 33/19 42/21 127/23 163/7
**covered [1]** 195/16
**COVID [1]** 79/25
**COVINGTON [1]** 1/21
**creams [1]** 54/24
**create [3]** 115/16 169/21 179/17
**created [6]** 90/18 114/19 116/16 120/12 187/5 187/16
**credentials [3]** 17/19 35/19 72/15
**criteria [1]** 78/9
**critical [2]** 42/24 48/19
**cross [7]** 84/4 136/24 181/22 200/23 201/4 201/5 224/2
**cross-examination [2]** 201/4 224/2
**cross-examine [1]** 136/24
**cross-examined [1]** 200/23
**cross-reference [1]** 181/22
**crossover [1]** 87/3
**current [5]** 59/22 72/8 77/18 77/24 131/2
**currently [1]** 101/6
**curriculum [1]** 73/1
**curve [2]** 13/20 99/7
**curved [1]** 109/20
**cut [1]** 223/21
**cuts [1]** 223/24
**CV [2]** 73/2 80/21
**cyclodextrins [1]**
115/15

**D**

**D-A-N-I-E-L [1]** 70/10
**damaging [1]** 196/24
**Dan [1]** 17/14
**Daniel [8]** 4/19 69/10 69/23 70/7 70/12 80/8 204/24 215/2
**data [28]** 6/3 12/2 12/5 13/11 13/12 37/9 89/15 188/17 189/8 189/10 213/3 213/7 213/11 231/25 232/7 232/12 232/17 260/13 267/16 267/19 267/23 267/25 268/6 269/2 269/25 270/13 272/13 273/13
**database [6]** 60/23 100/25 117/15 162/24 181/22 191/22
**date [12]** 11/11 25/20 29/24 36/1 47/22 61/13 66/6 95/21 149/24 150/1 163/21 165/21
**dated [6]** 30/9 131/3 145/24 155/18 172/10 204/24
**dates [3]** 11/6 206/19 260/24
**day [9]** 3/9 7/2 194/23 199/1 218/5 270/22 274/14 274/19 275/11
**Dayal [6]** 184/18 186/18 187/13 187/18 187/23 260/7
**days [3]** 13/13 20/9 111/14
**DDX [1]** 227/14
**DDX-2022 [1]** 227/14
**deal [5]** 20/22 170/4 185/11 248/14 275/5
**deals [1]** 133/6
**death [2]** 44/21 144/15
**decade [2]** 60/11 65/10
**decades [4]** 17/18 43/3 65/6 233/2
**December [3]** 19/13 145/25 172/10
**December 2 [1]** 145/25
**December 9 [1]** 172/10
**decide [1]** 79/12
**decided [1]** 185/16
**decisions [1]** 88/10
**deck [1]** 207/25
**declaration [4]** 204/17 204/24 205/11 205/15
**decrease [3]** 56/11 56/15 56/16
**decreases [2]** 189/5 189/9
**deemed [1]** 195/12
**defect [1]** 125/11
**defendant [3]** 43/19 136/8 136/9
**defendant's [1]** 60/16
**defendants [12]** 1/8 2/9 6/11 7/15 7/18 10/3 68/21 69/9 69/10 69/21 69/22 137/12
**defendants' [3]** 24/17 58/17 65/20
**defense [1]** 68/15
**defenses [1]** 48/18
**deficient [1]** 270/5
**deficits [1]** 123/21
**define [1]** 273/12
**defined [9]** 225/12 225/14 225/20 226/1 226/13 228/9 228/13 240/24 258/8
**defining [1]** 172/1
**definition [9]** 104/22 105/11 105/15 105/19 105/19 105/22 105/25 111/4 272/22
**definitions [1]** 106/3
**degree [10]** 73/4 73/5 73/6 105/1 105/6 108/21 201/19 201/23 201/25 253/22
**DELAWARE [2]** 1/2 1/15
**deliberately [1]** 68/4
**deliver [8]** 85/3 86/5 93/6 110/22 113/5 189/23 191/9 191/11
**delivered [2]** 232/2 270/15
**delivering [2]** 113/1 248/13
**delivery [35]** 25/22 25/23 49/2 49/4 72/5 74/11 75/24 78/20 79/3 80/9 82/12 84/18 85/12 90/19 96/2 101/15 105/3 107/11 107/16 108/15 109/6 109/11 111/1 113/2 113/18 121/10 122/21 124/21 124/22 134/17 148/7 173/13 202/25 259/17 271/22
**demonstrate [3]** 14/16 67/18 99/8
**demonstrated [2]** 32/12 32/13
**demonstrations [1]** 186/24
**demonstrative [6]** 100/11 104/21 133/6 223/17 223/23 223/24
**demonstratives [2]** 71/22 72/11
**department [1]** 123/25
**depend [2]** 27/22 101/23
**dependent [2]** 47/25 158/13
**depending [4]** 20/25 84/14 117/5 270/14
**depends [2]** 15/25 16/3
**depict [4]** 122/5 123/1 169/10 171/10
**depicted [1]** 188/3
**depicting [2]** 139/25 194/14
**depiction [3]** 102/2 103/20 187/17
**depicts [1]** 189/7
**deposed [1]** 97/13
**deposition [10]** 6/17 6/19 79/8 136/19 136/21 214/23 215/2 216/10 218/18 226/12
**depression [1]** 91/20
**deputy [2]** 39/25 275/7
**derivative [1]** 19/10
**derivatives [1]** 269/12
**derived [2]** 52/22 127/25
**derives [1]** 189/4
**describe [2]** 157/5 266/18
**described [10]** 67/2 67/19 81/14 87/16 149/7 157/2 204/16 212/24 241/25 246/14
**describes [2]** 117/12 151/22
**describing [1]** 121/5
**description [5]** 85/25 164/1 169/12 197/2 203/21
**descriptions [1]** 151/9
**design [11]** 63/11 63/19 64/6 64/15 68/2 84/1 86/23 87/1 87/2 87/3 117/13
**designated [1]** 6/20
**designating [1]** 6/16
**designation [3]** 41/10 150/5 166/4
**designations [2]** 6/19 88/21
**designed [8]** 84/22 85/10 85/17 108/2 112/3 123/3 178/13 270/17
**designing [3]** 17/16 110/14 115/18
**desire [2]** 179/17 269/18
**desired [2]** 21/22 22/2
**desirous [1]** 83/16
**despite [2]** 49/12 51/19
**destination [1]** 7/1
**destroy [1]** 108/20
**destroying [1]** 108/20
**detail [3]** 22/15 35/20 133/9
**detailed [1]** 17/19
**details [1]** 230/13
**detergents [1]** 224/24
**determine [1]** 198/23
**determined [1]** 142/9
**determining [2]** 57/15 197/10
**develop [14]** 43/15 43/23 63/9 65/13 66/14 66/18 67/11 74/24 75/14 85/19 234/4 234/12 263/14 270/20
**developed [8]** 74/3 74/19 76/20 80/17 108/16 139/14 207/10 247/6
**developers [1]** 140/2
**developing [7]** 17/17 73/22 74/2 76/9 121/7 208/16 209/20
**development [20]** 49/4 61/9 66/23 67/8 73/15 75/4 76/3 80/9 81/18 82/3 85/8 120/10 120/20 123/2 139/7 139/12 202/5 202/7 209/16 269/3
**device [64]** 23/12 23/14 24/5 24/9 24/12 24/13 25/5 25/5 26/15 26/17 29/22 71/9 71/10 78/20 82/23 110/19 110/24 110/24 111/7 111/9 111/25 111/25 112/10 112/11 112/16 114/16

D


**device... [38]** 114/18 120/6 121/5 129/24 176/13 176/14 177/5 177/6 179/8 179/11 179/12 179/13 179/15 184/22 184/25 185/15 185/17 189/23 190/17 199/21 206/22 206/25 232/3 270/10 270/12 270/18 271/8 271/10 271/13 271/19 271/22 273/1 273/5 273/8 273/20 274/8 274/9 274/10
**devices [6]** 111/10 112/4 121/20 124/3 188/6 260/9
**Dexcom [1]** 71/9
**dextrose [1]** 264/15
**diabetic [1]** 71/8
**diagnosis [2]** 128/1 201/14
**diagram [1]** 242/14
**Dial [1]** 195/1
**Dialkylamides [1]** 236/17
**diameter [3]** 274/2 274/3 274/8
**Diastat [5]** 45/25 65/9 118/17 118/18 119/20
**Diastat's [1]** 65/11
**diazepam [10]** 36/15 79/4 118/11 118/18 119/17 119/20 132/2 133/1 144/17 148/23
**dictates [1]** 28/1
**did [114]** 22/17 22/17 22/18 22/18 22/21 23/15 24/6 36/10 40/15 43/16 43/24 51/20 51/21 61/6 63/10 63/17 64/2 73/6 73/19 73/22 74/24 75/4 75/12 76/3 76/9 79/12 80/1 83/11 85/13 86/11 88/13 90/4 91/3 91/9 92/17 93/2 106/3 120/20 124/20 125/19 126/20 135/4 135/25 136/1 136/6 137/6 138/14 140/6 140/11 140/18 141/23 142/7 142/11 142/12 142/18 143/21 143/23 146/10 146/22 147/14 150/7 150/16 151/7 152/19 161/23 168/8 181/15 184/24 187/14 199/4 203/5 204/20 206/1 206/4 206/5 206/6 208/7 208/18 208/21 210/9 211/20 211/24 212/4 212/10 213/7 213/10 215/4 216/6 218/22 219/5 245/25 250/1 250/1 251/21 255/14 257/22 263/14 264/7 268/3 268/4 268/12 268/12 268/17 268/20 269/2 269/21 269/24 270/3 270/21 271/7 271/17 272/8 272/8 272/9
**didn't [37]** 23/1 51/17 58/23 63/24 74/14 74/21 76/11 76/17 76/18 89/4 97/20 134/7 136/22 176/11 177/15 190/6 199/20 206/2 206/8 206/9 207/2 208/23 209/13 209/19 218/25 236/23 241/20 243/20 261/22 262/2 262/2 265/10 265/12 265/16 266/21 269/4 269/17
**differ [2]** 27/17 114/2
**difference [10]** 15/7 15/7 15/8 21/1 105/18 162/3 162/8 257/14 257/15 271/17
**different [86]** 13/19 14/23 22/11 28/8 28/18 28/21 36/18 37/8 38/14 48/20 49/9 49/9 50/8 52/12 52/17 52/18 53/1 53/5 53/18 54/19 57/9 60/8 60/8 60/12 62/14 63/13 63/13 74/10 74/10 87/4 88/21 89/17 89/21 99/13 105/15 111/18 118/21 121/2 129/8 133/25 134/12 169/17 173/11 175/13 178/7 181/10 185/11 186/9 186/13 186/14 188/6 188/10 202/25 203/12 203/14 203/18 203/19 204/1 204/10 205/19 206/16 210/13 210/17 210/24 211/4 211/5 211/8 215/9 215/18 221/3 227/11 234/6 239/25 240/10 240/13 240/21 240/23 243/22 248/14 257/20 262/13 267/6 267/8 267/8 267/9 267/12
**differentiate [1]** 221/3
**difficult [2]** 8/22 46/6
**difficulty [1]** 149/8
**Digital [2]** 90/13 90/21
**diluent [1]** 157/12
**diluents [7]** 157/14 157/16 160/10 264/10 264/12 264/20 266/19
**dilute [3]** 46/13 84/2 85/7
**dilution [1]** 84/3
**dimensions [1]** 271/2
**diminished [1]** 68/12
**direct [21]** 69/12 71/4 201/18 205/17 218/5 218/8 219/17 221/12 225/10 227/16 229/17 231/12 233/11 236/19 238/16 239/18 241/20 245/24 249/24 254/13 254/21
**directed [8]** 17/23 48/1 48/7 60/14 61/1 95/23 102/7 104/7
**directions [1]** 128/8
**directly [1]** 108/25
**director [1]** 45/9
**directors [2]** 108/14 123/16
**disagree [4]** 215/5 217/15 226/3 230/11
**discharge [1]** 271/24
**disclose [44]** 18/25 51/22 52/5 54/10 55/5 60/7 77/8 140/12 140/18 146/10 146/22 147/14 147/19 147/25 148/16 148/17 148/25 150/7 150/16 150/24 151/7 152/6 155/24 158/10 159/20 159/24 163/25 164/4 172/11 172/12 173/20 175/5 175/9 184/24 186/12 186/22 211/21 211/25 212/4 213/7 213/10 264/7 269/2 271/21
**disclosed [36]** 18/3 19/2 20/11 23/2 25/11 38/8 43/9 48/20 51/12 53/2 53/5 54/17 58/2 62/13 81/15 123/6 154/12 156/8 156/14 159/11 161/6 175/5 175/23 184/17 184/18 186/21 191/23 195/24 243/25 260/23 260/25 261/2 264/9 267/15 268/1 270/12
**discloses [15]** 18/8 18/14 18/21 24/5 38/14 52/3 54/14 54/21 106/17 151/6 157/7 173/24 186/13 187/23 267/19
**disclosing [4]** 20/16 241/13 254/24 273/13
**disclosure [10]** 19/8 22/11 52/12 54/9 55/16 55/21 140/8 140/15 140/18 156/22
**disclosures [2]** 139/17 149/6
**discomfort [1]** 120/7
**discount [1]** 67/21
**discover [1]** 117/6
**discovered [3]** 204/13 206/14 250/5
**discovery [4]** 206/20 206/21 214/8 214/9
**discovery-type [1]** 214/9
**discuss [10]** 5/14 6/3 7/24 8/23 9/4 131/8 174/12 223/8 269/8 270/9
**discussed [16]** 23/16 121/3 148/2 164/11 176/3 199/12 199/16 201/17 215/19 229/17 233/11 235/14 238/15 245/24 254/21 256/12
**discusses [7]** 18/10 150/18 223/3 223/7 223/12 240/3 247/22
**discussing [4]** 7/15 131/9 244/7 250/21
**discussion [18]** 6/5 6/6 6/19 8/1 126/12 126/13 216/22 218/13 223/10 240/2 240/5 259/9 259/12 259/13 260/8 261/18 270/9 271/9
**discussions [1]** 131/25
**Dismissed [1]** 79/19
**disorder [1]** 44/9
**disorders [2]** 128/18 129/19
**dispensed [3]** 34/5 34/7 34/12
**display [3]** 17/20 254/17 254/18
**displayed [1]** 13/6
**disposable [1]** 112/11
**disposal [1]** 237/16
**dispute [3]** 11/13 42/21 52/8
**disrobe [1]** 119/22
**disrobed [1]** 119/22
**dissolve [3]** 115/7 115/9 165/13
**dissolved [4]** 38/9 227/23 228/3 274/7
**dissolving [1]** 11/24
**distance [1]** 47/11
**distilled [1]** 141/22
**distinction [1]** 28/2
**distinguish [2]** 25/16 27/20
**distinguishing [1]** 27/24
**distribute [1]** 70/1
**distributed [1]** 26/21
**distribution [1]** 186/10
**DISTRICT [4]** 1/1 1/2 1/17 276/9
**divided [2]** 120/4 171/13
**DMF [1]** 271/14
**do [160]** 5/5 6/12 7/15 8/14 9/9 9/11 9/17 9/20 15/16 21/20 24/3 26/1 26/16 26/19 27/17 31/25 34/16 36/10 40/14 41/15 41/17 41/25 42/1 51/20 54/4 58/1 59/1 61/3 61/4 63/10 63/17 64/3 69/4 69/12 72/21 74/12 74/16 76/11 76/14 77/18 78/11 78/16 78/18 79/14 79/17 80/19 81/4 82/10 83/5 92/6 93/9 93/24 94/14 95/2 95/15 95/18 97/20 98/13 102/21 103/3 103/5 103/9 103/16 103/19 105/18 105/25 113/18 117/1 117/8 117/9 117/18 126/4 133/22 138/17 141/1 141/2 145/23 152/17 152/19 153/10 153/17 155/24 160/4 160/18 160/20 163/4 163/5 167/19 169/20 174/15 174/18 174/21 175/1 177/10 177/10 177/11 180/16 180/17 183/1 186/6 186/7 190/4 190/8 191/5 192/4 192/6 192/12 192/20 193/6 194/18 196/2 196/10 197/12 202/24 203/14 204/17 205/20 207/2 210/12 210/19 210/21 214/3 214/14 214/23 215/23 216/4 216/10 216/11 218/19 218/22 219/25 221/4 225/1 226/13 226/17 226/20 226/24 233/6 241/10

D


**do... [21]** 241/11 244/10 251/3 251/22 252/2 252/8 252/23 261/12 263/17 265/22 267/7 268/6 268/25 269/8 270/23 270/25 271/16 272/4 273/22 274/3 274/14
**docs [1]** 123/13
**doctor [6]** 73/5 105/9 201/11 201/13 209/5 232/7
**doctorate [1]** 105/4
**doctors [2]** 36/11 83/2
**document [38]** 6/20 31/17 31/22 31/23 32/2 37/2 37/17 41/13 72/25 81/4 94/24 95/25 96/7 103/4 124/12 124/24 126/11 127/22 134/17 141/1 145/23 149/21 151/24 163/19 180/16 186/6 186/12 186/17 190/20 193/6 213/23 222/15 226/21 230/21 238/3 241/25 254/19 259/7
**documented [2]** 66/11 252/6
**documents [2]** 31/13 204/22
**does [105]** 9/2 11/20 14/3 18/23 27/2 27/7 32/4 38/24 39/3 39/5 39/8 39/11 52/5 67/24 73/2 81/21 81/22 82/2 93/6 93/19 96/4 96/13 97/12 97/19 100/8 101/4 101/4 101/5 103/12 112/24 122/5 125/24 126/11 128/6 129/4 129/12 129/17 130/2 131/8 131/13 131/23 132/10 132/21 133/3 133/4 133/17 134/4 134/8 144/4 144/8 144/16 147/3 147/19 147/25 148/6 148/16 148/17 148/25 150/24 152/5 152/13 153/12 153/13 154/4 154/6 154/18 154/21 155/24 157/5 159/19 159/24 163/24 164/4 166/4 167/13 167/23 168/1 168/25 169/10 169/20 169/25 171/10 172/11 172/19 172/19 172/24 173/8 173/19 174/15 179/18 186/12 186/22 187/18 189/2 193/23 205/9 217/23 231/22 237/25 240/20 243/17 246/11 249/1 259/18 260/11
**doesn't [44]** 5/19 6/3 11/18 11/19 27/18 27/19 28/23 43/17 52/7 52/9 54/10 110/10 199/21 205/6 220/22 229/14 231/18 231/23 231/25 232/7 232/12 232/16 233/13 238/6 238/7 238/9 238/11 243/1 245/10 247/14 247/17 247/19 248/5 248/7 248/9 248/21 248/24 260/1 260/13 261/19 262/5 264/5 267/18 273/20
**dog [4]** 249/22 249/24 250/1 250/2
**dogs [5]** 13/10 98/20 99/9 196/24 250/7
**dogs' [1]** 67/4
**doing [12]** 15/16 18/1 31/23 82/20 83/15 85/6 116/5 136/23 202/25 216/7 219/3 271/3
**don't [59]** 7/3 8/5 10/25 37/12 79/6 100/3 120/13 127/19 132/24 137/1 137/24 146/3 200/7 201/19 201/21 201/23 201/25 202/9 206/13 214/9 214/19 215/17 216/6 216/13 216/24 225/14 225/20 225/25 227/6 228/4 230/11 230/13 232/25 233/3 235/16 237/23 238/20 239/9 239/13 242/16 244/14 244/14 246/9 255/15 260/24 266/18 267/7 267/13 267/18 269/2 269/7 270/9 271/1 273/12 273/14 273/16 273/22 274/19 275/3
**done [15]** 29/24 30/12 55/11 98/17 117/16 128/12 128/19 129/10 131/12 132/7 185/6 196/20 199/22 269/7 270/2
**DORSNEY [2]** 2/3 4/5
**dosage [3]** 125/12 133/4 133/18
**dose [25]** 46/19 46/20 86/9 87/5 88/21 88/24 93/6 110/23 111/18 111/18 112/11 112/12 112/18 112/19 112/20 112/25 113/5 113/20 120/3 126/2 129/16 142/4 143/20 191/9 191/11
**doses [5]** 81/17 87/13 91/11 91/13 148/23
**Dow [47]** 20/7 24/18 26/11 26/22 27/18 27/18 29/8 31/1 37/25 42/7 47/16 53/16 163/7 163/20 169/11 175/13 178/21 182/15 212/25 219/9 219/22 221/16 222/2 222/4 222/7 222/11 222/19 222/23 223/3 223/7 223/12 224/7 225/12 225/14 225/20 226/1 226/13 227/11 227/19 228/11 229/7 232/20 239/14 246/8 261/7 261/23 262/3
**Dow's [3]** 219/13 219/21 227/3
**down [43]** 5/22 23/4 23/8 40/21 55/13 64/13 99/20 102/16 103/23 106/6 110/6 112/15 112/15 117/25 124/8 127/15 130/10 140/23 144/1 145/12 148/2 148/22 149/17 150/9 163/2 170/11 189/18 219/7 221/8 227/1 230/3 235/2 236/21 238/13 238/23 239/18 241/3 242/7 242/8 245/14 273/23 274/11 274/22
**downside [1]** 73/12
**Dr [16]** 15/23 17/14 17/21 18/4 35/18 38/5 38/22 57/12 80/16 100/13 110/13 120/20 130/12 130/24 190/25 249/13
**Dr. [99]** 4/19 4/19 11/10 22/15 23/4 23/10 23/15 24/4 25/14 25/17 25/18 26/9 37/4 38/7 43/12 45/3 45/5 45/10 46/24 47/6 47/20 48/25 49/1 49/8 49/16 49/21 50/14 50/17 50/21 50/25 51/4 51/12 51/17 51/20 52/4 56/12 56/13 58/14 61/22 64/21 65/2 65/13 65/19 65/21 66/1 66/17 66/19 67/8 69/10 69/23 71/1 71/6 71/8 71/21 72/1 72/19 76/1 80/8 80/14 80/21 94/14 97/1 97/8 139/1 139/2 139/6 152/22 153/4 154/4 193/6 193/17 200/17 201/7 202/12 203/18 203/22 203/24 204/17 205/3 205/11 208/19 218/16 218/18 225/18 225/25 226/9 226/19 226/22 228/1 228/22 229/16 232/6 242/22 246/23 249/8 250/17 250/18 251/6 254/21
**Dr. Anwar [1]** 76/1
**Dr. Daniel [1]** 80/8
**Dr. Daniel Wermeling [3]** 4/19 69/10 69/23
**Dr. Franciscus Merkus [1]** 66/17
**Dr. Gizurarson [5]** 25/14 25/17 25/18 38/7 47/20
**Dr. Hugh Smyth [1]** 48/25
**Dr. Klein [6]** 45/5 45/10 46/24 64/21 65/2 65/19
**Dr. Klein's [1]** 66/1
**Dr. Merkus [8]** 66/19 153/4 154/4 246/23 249/8 250/17 250/18 251/6
**Dr. Merkus' [1]** 67/8
**Dr. Michael Privitera [2]** 4/19 65/21
**Dr. Patel [1]** 193/17
**Dr. Pavel Klein [1]** 45/3
**Dr. Privitera [1]** 37/4
**Dr. Smyth [5]** 49/1 49/8 49/16 49/21 152/22
**Dr. Sveinbjorn Gizurarson [2]** 11/10 47/6
**Dr. Wermeling [51]** 22/15 23/4 23/10 23/15 24/4 26/9 43/12 50/14 50/17 50/21 50/25 51/4 51/12 51/17 51/20 65/13 71/1 71/6 71/8 71/21 72/1 72/19 80/14 94/14 97/1 97/8 139/1 139/2 139/6 193/6 200/17 201/7 202/12 203/18 203/22 203/24 204/17 205/3 205/11 208/19 218/18 225/18 225/25 226/19 226/22 228/1 228/22 229/16 232/6 242/22 254/21
**Dr. Wermeling's [8]** 52/4 56/12 56/13 58/14 61/22 80/21 218/16 226/9
**drafted [1]** 81/12
**draw [2]** 111/22 221/22
**drawbacks [2]** 83/23 179/10
**drawing [2]** 28/2 169/15
**drawn [3]** 21/18 121/19 124/2
**dripping [1]** 82/21
**drop [3]** 41/17 41/18 183/19
**droplet [2]** 186/10 188/18
**dropped [2]** 68/15 69/6
**dropper [1]** 82/21
**drops [2]** 41/23 171/1
**drug [80]** 13/25 30/17 41/6 41/9 41/9 41/20 42/22 43/11 49/2 49/4 51/6 56/5 58/9 64/8 67/25 72/4 73/15 73/22 74/11 74/20 75/24 77/21 78/2 78/21 80/3 80/5 80/8 82/14 84/3 84/18 88/11 91/11 91/13 94/5 105/3 107/11 107/16 107/20 108/1 108/3 108/18 108/21 108/23 108/25 109/6 109/11 110/19 111/4 111/8 113/4 113/6 113/7 113/9 113/20 113/23 114/2 114/14 115/7 115/11 115/18 116/2 118/4 121/10 121/17 134/17 179/18 179/21 180/1 185/14 185/15 185/22 194/22 198/10 231/23 260/1 263/18 263/21 263/23 271/6 274/7
**drug's [1]** 116/17
**drugs [15]** 17/24 17/25 45/18 82/13 92/11 96/6 96/6 108/15 108/20 110/9 114/1 114/4 117/15 248/14 273/24
**DSST [2]** 90/13 90/14
**DTX [74]** 5/11 5/25 58/25 59/16 72/22 72/24

**D**

**DTX... [68]** 80/25 81/2 81/3 94/9 94/12 107/4 107/8 124/11 127/7 127/10 127/21 130/14 130/16 130/19 130/21 130/24 135/7 135/10 145/22 149/11 149/14 149/20 155/1 155/4 155/13 155/16 157/20 157/23 163/2 163/4 163/19 171/20 171/23 172/7 172/8 174/6 174/10 180/15 183/5 183/9 186/5 189/13 189/16 192/14 193/4 195/3 195/6 195/20 213/15 214/1 219/7 221/9 225/8 229/15 231/10 231/25 232/7 232/10 232/16 233/9 238/13 240/4 242/7 245/15 260/11 260/13 260/17 274/12
**DTX-2 [1]** 81/2
**DTX-2019 [3]** 186/5 189/13 189/16
**DTX-2022 [15]** 163/2 163/4 163/19 171/20 171/23 213/15 214/1 219/7 221/9 225/8 231/10 231/25 232/7 232/10 232/16
**DTX-2075 [6]** 130/14 130/19 130/21 130/24 135/7 135/10
**DTX-2078 [3]** 180/15 183/5 183/9
**DTX-2134 [6]** 145/22 149/11 149/14 238/13 240/4 242/7
**DTX-2208 [5]** 155/13 155/16 157/20 157/23 260/17
**DTX-2211 [6]** 172/7 172/8 174/6 174/10 195/20 233/9
**DTX-2250 [3]** 124/11 127/7 127/10
**DTX-2251 [4]** 81/3 94/9 94/12 274/12
**DTX-2294 [6]** 149/20 155/1 155/4 245/15 260/11 260/13
**DTX-2341 [2]** 127/21 130/16
**DTX-2430 [2]** 5/11 5/25
**DTX-2583 [5]** 192/14 193/4 195/3 195/6 229/15
**DTX-2586 [2]** 58/25 59/16
**DTX-2627 [3]** 72/22 72/24 80/25
**DTX-3003 [2]** 107/4 107/8
**due [1]** 151/3
**duly [1]** 70/13
**duplicate [2]** 162/2 162/2
**during [13]** 7/4 8/6 45/16 53/23 64/6 66/23 71/14 76/9 136/19 136/21 136/24 239/18 249/24
**DV50 [3]** 188/18 188/22 188/24

**E**

**e-mail [3]** 6/5 6/5 64/9
**e.g [1]** 153/8
**each [25]** 10/14 11/8 13/8 18/2 28/22 33/8 52/3 53/18 87/6 101/13 101/25 106/1 120/6 158/10 167/22 173/24 175/5 182/17 183/16 218/6 221/19 254/9 265/3 265/20 266/25
**ear [1]** 171/1
**earlier [27]** 18/11 21/19 22/25 23/16 29/4 33/18 38/8 53/15 58/8 67/19 89/2 115/14 121/2 132/6 139/6 149/7 153/2 155/8 155/21 156/8 156/19 174/13 174/19 185/14 192/3 196/23 234/9
**earliest [1]** 95/21
**early [2]** 111/21 126/19
**easier [3]** 83/4 221/23 242/20
**easily [5]** 52/22 101/8 115/7 125/22 210/15
**easy [2]** 122/13 145/4
**economics [2]** 201/19 201/20
**edition [2]** 237/2 237/5
**editions [1]** 237/11
**Edwin [1]** 75/21
**effect [13]** 26/4 49/21 88/4 88/7 88/9 108/3 148/10 152/17 152/20 176/18 188/4 212/23 251/18
**effective [12]** 13/18 23/21 32/21 46/20 101/9 104/10 132/4 156/5 159/24 178/7 178/12 195/13
**effectiveness [3]** 82/25 83/11 178/24
**effects [7]** 50/5 88/1 91/12 91/19 91/25 93/25 94/4
**efficacy [5]** 21/7 24/2 29/12 91/2 190/23
**efficient [1]** 218/9
**efficiently [2]** 251/10 275/8
**effort [2]** 63/14 64/6
**efforts [4]** 63/2 63/5 64/15 114/6
**EHF [1]** 1/3
**either [8]** 45/16 53/6 60/6 101/2 151/15 207/23 265/17 268/22
**electronic [1]** 8/11
**element [10]** 30/22 52/3 158/10 158/15 158/22 159/20 160/4 160/16 173/24 175/23
**elements [6]** 53/3 100/22 101/24 106/17 175/5 256/13
**elicited [2]** 136/20 137/4
**eliminate [1]** 197/17
**else [16]** 9/23 37/13 39/3 39/5 39/11 100/8 117/10 117/11 133/3 162/11 163/15 197/1 210/15 274/18 275/3 275/10
**elsewhere [1]** 264/7
**EMA [2]** 34/3 34/3
**embarrassing [2]** 46/1 119/23
**embodied [2]** 47/4 158/21
**embodies [1]** 48/12
**embodiment [3]** 28/16 233/24 251/25
**embodiments [2]** 12/10 271/22
**embodying [1]** 67/17
**emergency [13]** 29/15 29/16 123/15 123/24 127/18 127/24 128/8 128/11 129/4 131/11 132/3 144/18 144/21
**Emeritus [1]** 72/9
**employed [2]** 202/18 202/19
**empty [1]** 68/4
**EMS [4]** 29/13 29/14 123/16 130/4
**enable [3]** 39/15 106/18 173/25
**enabled [1]** 68/19
**enablement [2]** 68/14 69/6
**enclosed [1]** 106/18
**enclosure [2]** 111/6 116/8
**encompass [1]** 219/18
**encompasses [1]** 161/7
**end [15]** 7/2 9/11 10/18 10/19 33/19 34/23 38/3 44/2 49/11 63/18 70/20 92/3 99/24 211/7 270/22
**ended [3]** 33/23 40/20 67/8
**ending [24]** 85/23 87/21 88/16 89/11 90/8 91/7 92/3 129/1 129/21 132/15 133/11 143/5 150/20 151/24 164/3 165/24 169/8 169/24 171/8 173/4 180/25 182/6 182/19 182/19
**enema [1]** 173/14
**engagement [1]** 216/8
**engineering [1]** 105/3
**English [1]** 225/17
**enhance [2]** 116/22 259/16
**enhancing [6]** 187/6 247/16 259/14 259/16 259/25 260/4
**enough [4]** 40/20 113/20 115/8 251/9
**enter [5]** 70/19 70/22 80/20 80/20 192/21
**entered [1]** 75/12
**entire [1]** 4/21
**entirely [3]** 49/22 54/18 61/19
**entitled [9]** 81/7 124/14 130/25 133/14 163/8 186/9 188/4 221/12 222/19
**entry [1]** 230/16
**environment [1]** 114/21
**epilepsy [12]** 44/8 44/9 44/12 45/7 45/9 88/6 93/21 118/12 119/1 122/20 201/14 201/15
**epileptic [5]** 74/13 74/18 74/20 118/24 119/10
**epilepticus [2]** 44/25 131/2
**epileptologist [1]** 45/6
**epithelial [1]** 109/25
**epithelium [1]** 116/19
**equal [2]** 87/6 87/25
**equals [1]** 20/16
**equivalent [3]** 33/15 79/23 164/9
**ER [1]** 123/13
**era [2]** 74/1 85/9
**Erik [60]** 4/20 72/17 81/23 84/19 85/23 86/20 87/20 88/16 89/10 90/7 91/6 92/14 94/21 95/24 96/17 96/22 98/21 99/20 101/21 102/4 102/16 103/23 106/6 106/13 107/14 107/18 110/17 113/12 115/21 117/25 121/11 123/8 124/8 124/19 125/2 126/9 126/14 127/14 129/1 129/20 130/9 130/22 131/19 132/15 133/11 133/15 141/18 143/14 144/23 145/12 146/2 147/17 151/11 151/23 152/11 156/2 156/10 160/25 161/21 172/15
**erroneous [1]** 51/24
**escalate [1]** 44/24
**escalating [1]** 47/1
**especially [1]** 252/25
**ESQ [9]** 1/22 1/22 1/23 1/23 2/3 2/6 2/6 2/7 2/8
**essence [2]** 175/4 185/1
**essentially [12]** 12/20 13/14 15/6 16/4 18/23 20/14 31/23 36/18 46/22 58/2 61/21 137/21
**established [6]** 133/25 134/19 177/14 199/9 257/9 257/15
**et [9]** 77/17 108/10 124/19 161/17 173/13 186/18 245/12 259/24 259/24
**et cetera [1]** 173/13
**ethanol [4]** 12/19 97/4 243/5 256/19
**ether [2]** 64/12 181/8
**ethylene [7]** 147/1 147/22 164/8 164/8 236/2 239/19 240/10
**Europe [4]** 34/1 34/15 34/17 77/2
**European [1]** 166/10
**evaluated [1]** 32/3
**evaluating [1]** 32/6
**evaluation [2]** 73/24 186/9
**even [21]** 43/18 44/14

**E**

**even... [19]** 44/24 49/16 49/24 51/17 52/13 55/21 56/15 62/8 126/1 136/17 178/13 179/15 180/6 190/16 200/10 220/1 261/21 263/13 267/8
**event [3]** 68/16 274/24 275/4
**events [2]** 91/14 91/16
**eventually [2]** 33/23 34/10
**ever [1]** 269/7
**every [10]** 30/18 39/12 52/3 106/21 111/18 117/8 117/8 199/1 265/20 265/21
**everybody [9]** 5/2 8/13 40/6 115/5 119/24 274/18 274/23 274/24 275/15
**everyone [2]** 3/8 4/23
**everything [2]** 37/12 58/16
**evidence [74]** 6/24 34/25 35/4 42/25 43/17 48/16 50/2 50/10 50/25 51/3 51/11 51/19 51/23 52/1 52/4 52/15 53/11 54/1 54/5 55/15 56/17 56/20 62/5 62/12 62/21 63/2 63/8 64/19 64/19 64/23 65/17 66/22 67/13 67/18 67/22 68/22 68/23 70/20 70/22 80/21 80/25 94/9 94/12 102/17 102/25 107/5 107/8 127/7 127/10 130/16 130/19 135/7 135/10 145/16 145/19 149/11 149/14 155/1 155/4 157/20 157/23 171/20 171/23 174/6 174/10 183/6 183/9 189/13 189/16 192/16 195/3 195/6 245/18 245/21
**exact [2]** 43/25 217/16
**exactly [3]** 38/16 206/19 225/4
**examination [5]** 71/4 201/4 201/5 224/2 234/9
**examine [2]** 136/24 267/4
**examined [1]** 200/23
**examining [1]** 89/15
**example [60]** 11/20 12/7 12/18 13/4 17/25 19/10 22/14 23/17 28/25 31/3 38/9 38/13 53/19 54/23 60/10 60/16 62/15 66/16 96/9 96/13 96/25 108/18 147/22 150/12 154/4 154/9 154/12 162/16 172/21 173/12 196/22 206/2 213/10 225/2 241/17 241/20 242/6 242/8 242/10 242/13 253/9 254/13 254/18 254/20 255/4 255/16 255/17 255/25 255/25 256/11 262/8 265/21 267/11 267/17 269/4 270/19 270/19 271/23 272/1 274/2
**Example 1 [5]** 255/16 255/17 255/25 255/25 256/11
**Example 11 [1]** 242/8
**Example 2 [5]** 154/9 254/13 254/18 254/20 255/4
**examples [20]** 33/4 38/16 96/20 118/6 148/20 149/1 171/18 171/25 172/4 172/4 235/2 241/24 253/23 254/5 254/7 254/10 262/10 264/12 266/18 266/22
**Examples 1 [1]** 96/20
**Examples 2 [3]** 253/23 254/5 254/7
**exceed [1]** 87/25
**exceeded [2]** 89/23 125/22
**excellent [10]** 39/6 39/9 88/6 125/18 170/9 197/19 257/18 260/2 263/22 272/14
**except [2]** 79/5 162/7
**excerpt [5]** 128/3 128/6 129/4 193/13 237/2
**excerpted [2]** 128/15 192/16
**excerpts [2]** 180/21 180/23
**excess [1]** 84/12
**excipient [41]** 11/19 17/2 18/16 21/8 21/12 21/20 28/14 30/6 30/14 30/15 30/19 38/18 38/20 43/7 43/18 47/13 48/4 48/19 48/20 49/9 50/3 50/11 52/13 54/19 55/12 55/14 55/22 55/22 56/1 57/10 58/10 59/3 60/8 60/12 60/23 63/20 64/8 64/13 146/22 170/12 180/12
**excipients [75]** 12/14 12/17 12/24 12/25 16/13 16/13 17/1 18/2 18/11 20/3 21/13 21/15 21/22 22/2 22/25 23/7 23/9 26/25 27/1 27/5 28/14 28/15 30/10 30/12 35/3 36/24 38/14 43/22 43/25 47/10 50/13 53/7 54/13 55/1 57/15 57/22 61/22 62/9 63/7 63/14 63/23 67/25 68/1 68/3 68/8 100/6 100/8 100/19 100/22 116/23 117/4 152/6 152/13 154/1 156/18 156/25 157/6 166/9 166/17 167/20 167/24 170/4 170/11 181/15 185/23 221/19 237/3 237/9 237/12 241/22 242/11 253/3 256/9 264/7 269/15
**exclude [1]** 170/22
**excluded [1]** 234/8
**exclusivity [3]** 41/6 41/9 41/21
**excused [1]** 200/20
**executive [1]** 41/14
**exercise [1]** 210/2
**exert [1]** 17/15
**exhibit [48]** 5/10 5/14 5/15 5/18 5/20 5/24 5/25 6/4 6/6 6/17 8/16 8/23 9/1 9/4 25/15 29/13 70/25 80/25 94/12 102/25 107/8 127/10 127/14 128/6 128/23 130/9 130/19 135/10 145/12 145/19 149/14 149/17 150/17 155/4 157/23 170/8 171/23 174/10 183/4 183/9 189/16 189/18 192/14 195/6 205/1 215/19 224/1 245/21
**exhibits [3]** 6/16 9/13 70/18
**existed [1]** 267/25
**expand [1]** 96/22
**expect [5]** 29/10 177/25 178/18 186/1 191/13
**expectation [11]** 29/6 30/1 31/4 54/3 54/6 55/18 56/23 61/18 62/22 107/2 178/19
**expectations [1]** 29/9
**expected [14]** 30/5 57/22 61/15 177/20 177/21 178/16 178/24 185/21 189/22 191/1 197/7 197/21 198/13 198/17
**expecting [1]** 41/17
**experience [12]** 45/6 72/3 74/8 74/12 74/16 77/5 105/5 105/7 105/21 112/22 115/24 201/24
**experienced [1]** 91/19
**experiment [4]** 187/4 206/5 257/22 270/8
**experimental [1]** 225/6
**experimentally [2]** 268/12 272/9
**experimentation [6]** 117/7 190/12 198/22 200/2 200/11 271/16
**experiments [2]** 116/6 151/1
**expert [18]** 4/18 35/18 43/12 45/3 48/25 50/14 50/17 65/12 65/19 65/20 72/1 78/23 79/7 80/8 80/14 97/18 136/4 136/18
**expertise [1]** 72/2
**experts [1]** 13/12
**experts' [2]** 14/12 44/3
**expire [1]** 41/12
**expires [4]** 41/6 41/11 41/19 41/21
**explain [6]** 45/10 46/24 49/21 49/23 57/12 207/25
**explained [1]** 155/20
**explaining [2]** 193/14 272/9
**explicitly [3]** 57/1 237/25 246/11
**exploring [1]** 176/15
**exposure [4]** 83/20 99/7 109/1 191/24
**expressly [1]** 53/6
**extend [1]** 202/10
**extension [1]** 50/12
**extensively [2]** 82/4 82/11
**extent [4]** 20/19 33/1 259/21 259/21
**extremely [1]** 275/2
**eye [1]** 91/17
**eyeballing [1]** 87/23

**F**

**face [1]** 53/10
**fact [7]** 50/2 54/15 65/19 153/12 173/20 206/11 210/10
**factor [1]** 94/6
**factors [3]** 57/13 57/20 110/13
**facts [2]** 21/24 42/24
**factual [1]** 37/9
**factually [2]** 51/24 261/3
**faculty [2]** 76/1 77/14
**failed [4]** 51/20 64/2 64/16 66/13
**failure [4]** 33/21 34/6 34/9 67/7
**failures [2]** 33/22 67/10
**fair [1]** 201/12
**fairly [5]** 87/1 99/3 99/16 107/20 265/19
**faith [1]** 270/23
**fall [1]** 239/24
**familiar [5]** 71/16 85/2 104/15 216/7 229/14
**familiarized [1]** 5/2
**family [20]** 27/3 38/25 39/2 52/21 164/6 166/5 220/24 225/12 225/15 225/16 225/21 225/21 225/23 226/1 226/2 226/14 226/15 227/4 227/7 227/12
**far [7]** 28/8 45/13 51/5 52/12 56/20 122/6 167/5
**fascinating [1]** 24/25
**faster [1]** 270/21
**fastest [2]** 40/24 89/1
**favorable [3]** 23/25 24/14 145/5
**favors [1]** 64/24
**FDA [49]** 31/5 31/7 31/8 31/24 32/12 32/20 33/2 35/2 35/3 35/9 35/13 42/22 43/4 45/24 50/2 50/6 58/8 58/12 58/13 58/24 59/1 59/7 59/20 67/22 67/23 75/10 81/17 85/11 101/9 111/4 117/16 118/7 165/21 177/7 179/12 192/2 194/3 194/22 199/19 204/16 207/18 208/22 209/9 209/12 211/14 229/16 229/20 230/18 271/13
**FDA's [8]** 59/15 100/24 110/18 117/14 162/23 181/21 191/21 193/7
**FDA-approved [6]** 31/7 31/8 45/24 81/17 165/21 211/14
**fear [1]** 83/8

**F**

**Federal [1]** 68/11
**fellowship [1]** 73/15
**felt [8]** 35/16 35/21 35/23 36/21 64/22 65/18 66/12 92/25
**few [16]** 5/9 10/11 15/4 28/14 28/15 36/13 36/16 39/14 109/3 111/11 118/8 134/20 162/7 180/6 186/24 194/13
**field [8]** 76/2 81/18 122/20 128/2 163/11 171/25 195/14 198/25
**fields [1]** 105/2
**fifth [1]** 237/2
**figure [12]** 88/17 90/7 169/6 169/8 187/3 242/7 242/8 242/13 242/19 242/20 242/22 243/1
**Figure 1 [1]** 88/17
**Figure 10 [6]** 242/7 242/8 242/13 242/19 242/22 243/1
**Figure 2 [1]** 90/7
**Figure 23 [2]** 169/6 169/8
**Figure 8 [1]** 187/3
**figures [3]** 12/3 88/14 88/15
**file [4]** 35/7 51/6 192/14 271/14
**filed [15]** 47/20 51/7 66/5 78/21 205/15 207/4 207/6 207/8 246/3 246/5 260/18 260/22 261/4 261/7 263/13
**filled [2]** 86/13 135/2
**filter [1]** 109/22
**final [2]** 68/13 248/16
**finance [1]** 201/20
**financial [2]** 7/17 8/25
**find [7]** 60/21 60/22 60/25 63/14 122/16 191/21 271/1
**finding [2]** 67/3 144/10
**findings [1]** 21/24
**fine [9]** 9/18 40/8 58/16 69/24 71/13 71/17 100/20 132/23 179/1
**finish [1]** 194/18
**finite [3]** 62/2 62/11 62/23
**first [68]** 3/9 4/24 5/10 14/5 18/19 19/19 24/4 26/20 29/2 29/10 33/20 37/21 40/17 42/22 43/2 47/20 54/8 64/21 65/7 69/22 70/13 72/14 73/24 78/10 80/19 81/10 81/23 82/4 87/8 110/21 113/19 121/2 121/15 122/9 122/15 123/12 124/6 131/16 131/18 131/19 136/14 149/2 152/14 153/4 158/6 158/15 159/20 161/24 167/2 167/2 169/16 170/17 180/1 186/24 188/6 194/18 194/21 199/13 218/5 218/7 220/14 221/19 230/15 247/3 258/14 259/5 259/6 274/5
**fit [1]** 197/2
**fitting [1]** 112/1
**five [9]** 51/8 78/9 133/21 228/18 228/24 241/18 241/22 253/9 253/16
**five years [1]** 51/8
**fix [1]** 250/9
**fixed [1]** 112/12
**flagged [2]** 229/21 230/15
**Flavoring [1]** 256/23
**flip [3]** 22/7 31/21 170/15
**Flonase [1]** 85/2
**floor [1]** 110/6
**Florida [2]** 29/13 127/23
**flow [1]** 149/9
**focus [3]** 19/13 19/15 27/18
**focused [2]** 228/10 234/15
**focuses [4]** 18/5 18/5 18/6 49/3
**folders [1]** 204/21
**folks [4]** 4/16 8/8 9/13 9/15
**follow [1]** 108/5
**followed [1]** 218/22
**following [3]** 124/15 149/4 216/22
**follows [3]** 70/14 141/6 215/3
**footnote [1]** 205/18
**force [1]** 112/17
**foregoing [2]** 251/2 276/4
**form [20]** 48/8 57/10 67/14 77/16 82/17 86/17 103/21 147/20 151/7 151/15 158/14 164/13 165/7 167/16 177/15 187/14 193/12 204/4 214/7 241/9
**formed [4]** 86/17 112/8 164/7 252/6
**forming [2]** 105/11 126/23
**forms [5]** 119/16 134/2 170/4 170/5 209/24
**formula [10]** 19/19 19/20 104/11 104/12 116/18 146/24 160/7 182/12 262/11 271/17
**Formulary [2]** 166/9 180/20
**formulas [2]** 92/9 221/2
**formulate [1]** 182/10
**formulated [7]** 102/9 104/8 158/16 159/21 211/11 250/19 259/1
**formulating [2]** 181/13 237/9
**formulation [304]**
**Formulation 1 [3]** 12/19 97/2 99/18
**Formulation 2 [2]** 98/5 99/18
**formulations [104]** 12/8 12/8 12/12 12/17 13/5 13/8 13/9 14/7 14/17 15/1 15/2 15/8 16/11 17/17 22/12 24/15 26/7 29/7 29/11 30/17 31/15 32/13 33/11 36/2 36/3 36/8 47/9 48/24 49/22 50/19 51/5 54/11 55/6 56/10 57/7 58/3 58/19 60/2 60/15 61/4 63/13 66/8 74/2 74/3 74/13 74/17 74/25 78/19 89/17 96/13 96/25 98/17 99/2 99/9 99/11 100/9 101/3 101/7 113/8 117/17 118/12 121/8 136/21 139/11 139/15 140/1 148/1 148/16 148/18 149/1 151/6 151/21 153/7 154/5 157/7 165/21 169/21 170/7 172/25 173/9 173/20 174/1 177/12 178/9 178/12 187/5 187/22 188/10 192/1 195/15 196/4 196/5 196/12 241/14 243/2 246/15 246/18 246/23 250/19 253/10 253/16 264/1 269/9 272/25
**Formulations 1 [1]** 12/12
**formulator [5]** 56/2 56/4 57/21 113/10 113/14
**formulators [2]** 66/12 115/1
**forth [3]** 5/11 40/12 174/19
**forward [10]** 10/17 33/6 79/23 92/18 93/2 144/25 175/25 208/22 209/11 218/2
**forward-looking [1]** 144/25
**found [2]** 47/10 205/3
**Foundation [2]** 77/14 78/6
**founded [1]** 75/21
**founder [1]** 49/5
**four [19]** 13/13 20/9 33/4 42/24 49/5 59/18 60/13 95/8 95/10 105/6 140/2 166/13 175/13 181/15 181/25 182/2 182/3 246/19 251/6
**four days [1]** 13/13
**fourth [1]** 43/19
**fractures [1]** 44/21
**frame [3]** 23/23 40/19 93/10
**Franciscus [1]** 66/17
**free [4]** 12/23 92/22 151/15 199/5
**frequently [1]** 123/23
**Friday [1]** 5/22
**front [2]** 72/19 142/16
**Fu [1]** 3/22
**full [9]** 76/8 79/6 120/2 169/3 192/19 192/21 192/23 207/23 242/8
**fully [3]** 68/19 84/12 112/6
**fun [1]** 119/25
**function [2]** 90/14 90/23
**functional [1]** 30/12
**funded [1]** 75/16
**funding [2]** 76/12 207/21
**further [17]** 23/8 28/17 32/24 40/21 53/13 56/2 56/4 67/18 75/14 92/20 132/5 148/2 148/22 157/11 157/15 208/16 235/14

**G**

**gained [1]** 77/5
**GATES [2]** 2/5 4/6
**gathering [1]** 117/21
**gave [3]** 30/3 87/10 219/5
**GB [1]** 150/6
**gel [14]** 43/6 45/24 47/18 47/19 49/15 59/11 59/19 65/9 118/17 118/19 119/21 193/12 193/22 194/12
**Gelatin [1]** 222/4
**general [25]** 8/23 11/23 60/4 61/4 81/14 96/4 104/12 115/25 118/3 119/4 129/6 131/9 131/9 140/1 146/24 147/10 156/3 160/7 163/13 164/1 182/12 184/11 205/14 241/23 273/18
**generalized [1]** 60/23
**generally [16]** 29/11 30/1 44/18 60/20 84/22 84/24 95/23 100/23 112/17 131/8 150/8 153/21 155/25 186/12 197/8 273/22
**generate [3]** 114/16 114/18 272/12
**generating [1]** 184/12
**generation [1]** 191/8
**generic [6]** 48/11 63/9 67/23 67/24 79/22 79/23
**get [50]** 5/6 5/23 7/5 7/21 8/6 8/7 9/24 13/17 15/19 18/12 21/22 22/2 23/1 23/12 24/9 26/1 26/11 26/19 28/22 29/18 30/8 37/15 38/17 38/19 41/8 61/12 71/7 77/11 82/6 109/14 110/10 111/16 111/18 116/18 130/15 132/25 136/1 136/20 163/17 179/6 185/7 185/18 192/10 192/23 204/6 231/1 246/10 270/16 271/4 275/2
**gets [3]** 13/14 23/18 41/25
**getting [3]** 13/22 55/13 200/1
**GIUNTA [3]** 2/6 4/8 6/10
**give [15]** 8/6 11/20 22/14 29/18 29/22 33/3 85/13 132/1 132/23 132/25 196/7 212/25 214/21 217/8 231/1
**given [13]** 22/2 45/10 87/12 88/24 99/9 123/18 124/2 129/13 133/20 212/3 213/24 214/6 231/23

G


**gives [4]** 28/24 88/11 131/15 235/2
**giving [6]** 120/2 145/3 214/23 216/10 221/2 256/13
**Gizurarson [12]** 11/10 25/14 25/17 25/18 38/5 38/7 38/22 47/6 47/20 95/20 146/2 146/5
**Gizurarson's [1]** 250/8
**glass [2]** 111/6 116/9
**Glaxo [1]** 274/4
**glycerol [12]** 152/15 154/15 157/18 253/2 254/5 254/9 255/13 256/15 265/4 265/8 266/24 267/5
**glycofurol [20]** 26/2 38/18 39/1 60/12 140/21 147/3 147/7 148/9 240/5 240/9 240/11 240/13 240/17 240/21 240/25 241/7 241/15 242/4 243/3 263/15
**glycofurols [2]** 146/24 148/17
**glycol [140]** 11/20 12/1 16/6 18/12 18/13 18/17 18/18 18/25 19/3 19/3 19/5 19/9 19/21 23/6 23/8 30/21 30/22 38/20 39/1 39/1 43/9 48/4 48/5 52/5 54/15 55/13 55/23 56/2 62/15 62/19 86/4 86/5 96/9 96/9 97/4 98/7 98/11 102/11 102/11 102/12 104/11 140/7 140/16 141/14 141/21 147/1 147/2 147/23 147/24 149/4 151/4 152/15 154/3 154/14 154/16 156/6 156/6 156/20 156/20 157/17 159/1 159/3 160/6 160/12 161/2 161/7 162/13 162/22 164/8 175/12 175/23 181/8 181/14 182/8 190/4 190/8 196/22 197/4 197/17 197/22 198/18 199/19 203/6 205/25 208/20 219/18 219/19 220/4 230/2 230/4 230/12 230/16 230/24 231/6 235/5 238/4 241/14 242/4 243/2 244/19 247/19 248/9 249/1 249/14 249/19 253/1 253/2 253/21 253/24 254/2 254/9 255/4 255/10 256/3 256/12 257/11 257/17 257/20 258/1 258/6 258/11 258/15 261/13 261/16 263/3 263/7 265/3 265/4 266/24 267/3 267/5 267/6 267/11 272/1 272/2 272/15 272/17 272/19 273/4 273/4
**glycols [14]** 11/25 115/15 147/15 147/22 163/9 163/9 164/5 164/6 225/22 225/23 229/23 229/25 239/19 240/10
**go [88]** 37/3 40/11 42/17 47/11 70/20 70/23 72/16 81/23 81/24 83/5 85/24 86/20 92/2 92/14 95/7 95/14 96/16 98/1 101/11 104/5 104/24 106/13 107/14 113/12 115/12 116/1 120/16 121/13 132/15 133/23 137/17 138/1 140/22 142/16 144/23 148/22 150/19 151/23 155/24 156/1 156/10 157/3 157/11 159/13 160/13 160/23 160/25 166/20 169/7 169/24 171/16 173/3 174/4 174/23 175/18 176/8 176/23 181/5 184/8 185/16 187/1 187/25 188/24 192/7 194/16 199/10 220/5 222/18 224/9 231/2 234/21 235/2 242/7 242/19 249/11 250/11 259/3 268/14 268/19 268/20 269/17 269/23 270/6 271/19 272/18 274/16 274/20 274/23
**goal [5]** 56/18 57/21 125/24 184/20 185/19
**goals [2]** 92/19 126/1
**goes [6]** 26/2 28/17 28/24 61/10 151/1 252/4
**going [50]** 6/24 7/24 8/22 11/13 12/6 12/20 19/17 19/18 20/22 22/6 22/14 24/22 28/4 28/10 28/11 34/6 34/19 35/17 35/18 35/20 38/3 38/4 69/2 70/25 87/19 92/17 97/24 113/20 116/11 116/12 117/23 120/15 137/15 138/16 138/17 182/18 192/6 192/7 198/21 213/1 215/8 221/3 224/4 226/5 258/22 268/7 274/16 275/1 275/3 275/4
**good [36]** 3/7 3/13 3/17 3/19 3/21 3/23 4/1 4/2 4/3 4/7 4/9 4/11 4/13 4/22 5/3 8/4 9/22 10/7 10/8 39/21 42/18 90/1 134/2 135/11 166/16 168/13 168/15 180/13 196/7 201/7 212/25 257/10 257/16 260/2 274/13 275/15
**got [7]** 4/19 36/10 38/19 128/21 136/22 208/15 274/24
**gotten [1]** 190/17
**grade [3]** 27/5 48/3 166/12
**grades [1]** 267/8
**gradients [1]** 267/10
**graph [2]** 6/2 189/7
**GRAS [2]** 100/23 100/23
**Great [4]** 71/3 135/14 150/6 242/8
**Great Britain [1]** 150/6
**greatest [1]** 90/18
**green [3]** 122/8 122/17 122/18
**group [10]** 21/3 49/10 49/11 141/5 162/4 227/9 240/18 265/1 266/1 266/4
**grouping [1]** 30/11
**guess [5]** 5/22 8/10 89/2 136/22 148/19
**guide [2]** 128/3 129/17
**gum [1]** 144/13
**gun [1]** 86/19


H


**had [55]** 4/25 5/10 11/23 14/25 15/1 22/20 23/20 29/19 33/9 34/13 40/18 43/3 43/9 47/8 47/13 47/15 47/17 49/13 50/19 65/24 75/23 76/1 80/17 82/10 83/5 99/11 105/20 111/14 112/19 115/12 118/20 119/16 123/21 142/9 149/7 152/7 159/11 161/10 161/16 167/6 179/8 180/9 183/18 187/5 187/7 191/23 191/25 207/14 215/5 229/13 230/7 230/18 259/18 268/18 273/6
**hadn't [3]** 47/10 49/16 58/2
**hair [1]** 110/3
**hair-like [1]** 110/3
**half [6]** 69/3 69/15 120/5 122/19 152/9 187/7
**halfway [1]** 23/3
**HALL [3]** 1/17 1/23 3/20
**haloperidol [1]** 74/6
**HANANJA [3]** 1/3 3/15 42/19
**hand [16]** 81/24 84/20 85/24 87/21 90/7 92/7 92/14 122/6 125/1 143/7 144/1 162/1 162/3 171/12 220/15 240/15
**handbook [3]** 237/3 237/12 237/24
**handling [1]** 6/13
**handy [1]** 71/10
**HANSEN [2]** 1/22 3/14
**Hanson [1]** 136/18
**happen [3]** 28/11 60/13 213/1
**happened [1]** 76/15
**happening [1]** 274/24
**happy [3]** 8/6 42/9 192/18
**hard [5]** 9/6 71/24 83/18 111/16 223/16
**hardly [1]** 36/20
**HAROLD [2]** 2/8 4/12
**has [75]** 5/2 13/6 17/16 17/18 18/11 20/12 25/4 26/3 26/24 27/1 29/2 29/5 31/7 32/22 33/2 33/10 35/10 35/10 37/11 37/11 39/12 39/16 39/16 40/14 41/15 42/1 45/6 48/10 48/12 49/6 51/25 53/1 53/2 59/12 61/3 61/4 61/14 65/3 68/11 68/15 71/11 71/11 76/20 88/25 101/13 106/1 110/21 112/1 112/2 112/12 114/14 116/7 117/16 126/1 130/5 148/10 151/2 152/22 156/19 167/19 177/7 179/12 181/14 197/1 198/2 204/24 210/24 239/11 239/25 240/5 240/17 257/10 260/2 266/12 271/2
**hasn't [1]** 194/2
**Hassa [1]** 3/25
**have [349]**
**haven't [6]** 117/20 138/18 228/4 233/2 238/7 270/2
**having [5]** 25/7 49/12 70/12 84/11 266/14
**hazard [1]** 108/9
**HCL [3]** 247/8 253/16 256/1
**he [91]** 11/23 11/25 17/18 22/17 22/18 23/18 23/21 24/6 24/6 25/21 25/21 26/2 26/2 26/15 27/5 35/20 38/9 38/17 38/17 38/19 38/19 38/24 38/24 38/25 39/3 39/5 39/5 39/8 39/11 39/11 43/14 43/16 43/17 43/18 45/6 45/8 47/8 47/10 47/12 50/18 51/5 51/7 51/9 51/20 65/13 66/17 71/9 71/9 71/11 71/11 75/21 75/23 75/24 97/12 97/12 124/21 126/1 126/1 126/4 136/3 137/10 137/12 138/8 138/14 141/24 142/5 144/18 146/16 147/3 147/19 148/6 148/20 148/22 149/7 149/8 150/18 151/1 151/9 151/13 151/22 152/8 152/13 154/2 154/6 217/25 240/3 251/7 251/24 252/4 252/19 252/25
**he'll [3]** 45/3 49/23 50/22
**he's [13]** 11/10 17/16 23/25 26/6 38/18 38/22 39/3 49/5 137/3 145/2 153/15 216/25 256/13
**head [1]** 44/20
**header [4]** 88/20 90/9 167/15 172/18
**heading [9]** 143/7 164/4 169/1 170/11 170/16 170/17 172/23 221/16 221/19
**heads [1]** 8/7
**heads-up [1]** 8/7
**health [4]** 44/19 45/11 47/2 114/24
**healthy [2]** 81/9 207/11
**hear [27]** 6/9 7/5 8/3 11/9 12/3 13/12 15/23 20/8 22/15 25/15 31/17 35/18 38/5 44/16 45/2 48/25 50/21 52/11 52/19

**H**


**hear... [8]** 64/18 64/21 66/16 74/14 136/6 136/7 190/6 212/17
**heard [18]** 5/13 43/7 43/20 47/21 48/14 51/21 52/11 53/15 56/7 59/25 63/6 67/21 68/6 138/18 152/25 191/3 192/3 219/17
**hearing [1]** 5/1
**hearings [1]** 4/25
**heart [1]** 125/11
**heavy [1]** 68/21
**held [1]** 216/22
**help [2]** 61/13 207/22
**helped [1]** 207/21
**hepatitis [1]** 108/10
**her [2]** 137/3 138/13
**Herald [1]** 78/4
**Herald-Leader [1]** 78/4
**here [116]** 3/9 4/16 10/11 11/6 11/22 12/16 13/1 14/16 14/23 15/4 16/19 16/22 17/21 18/4 18/13 19/1 19/6 21/4 21/8 22/8 22/16 27/12 27/15 28/5 28/6 30/11 30/18 30/18 30/21 31/21 34/20 35/13 35/19 35/22 37/2 37/25 38/12 38/22 40/6 40/7 43/16 43/18 44/5 45/19 47/22 49/20 51/9 51/22 53/4 53/9 58/25 59/12 62/16 64/5 65/18 65/25 67/12 81/10 85/14 85/22 86/24 87/19 89/8 89/14 92/3 92/24 93/13 109/4 109/12 109/19 110/10 113/17 115/1 128/15 128/23 132/25 140/4 141/11 142/5 147/3 154/5 154/12 155/12 158/14 166/7 170/6 170/14 170/24 171/4 176/1 187/13 199/17 215/23 217/1 217/18 217/19 218/3 223/21 229/1 234/6 240/1 241/13 246/19 247/4 251/24 255/1 255/1 255/25 256/10 257/19 258/5 261/22 264/9 269/14 272/6 273/9
**here's [9]** 18/9 19/12 24/25 31/3 35/1 38/21 72/14 137/15 138/16
**hereby [1]** 276/4
**herself [2]** 136/18 137/4
**hiccups [1]** 5/4
**high [15]** 145/5 150/10 150/14 185/11 187/9 188/7 188/21 188/22 188/24 218/4 251/9 251/15 252/5 252/20 274/24
**high-viscosity [4]** 185/11 187/9 188/7 188/21
**higher [13]** 24/7 24/8 35/6 144/14 167/4 177/17 183/18 187/14 229/3 272/2 273/9 273/12 273/15
**higher-viscosity [1]** 177/17
**highest [3]** 73/4 88/25 171/14
**highlight [10]** 12/6 13/4 13/5 14/3 19/18 27/21 66/16 129/11 166/22 166/23
**highlighted [5]** 16/19 21/19 104/12 132/17 170/25
**highlights [1]** 28/5
**highly [3]** 46/12 66/8 273/7
**Hillen [1]** 141/24
**him [4]** 136/20 136/24 191/5 217/17
**himself [3]** 25/11 43/14 51/1
**hindsight [1]** 44/5
**Hirsch [2]** 130/25 131/5
**his [34]** 17/19 22/16 23/10 23/18 24/6 25/12 25/20 35/19 38/5 38/10 38/18 38/20 38/23 38/24 47/20 49/3 51/10 51/21 52/8 61/13 71/10 75/23 97/9 125/24 136/4 136/18 136/19 137/12 137/13 138/15 142/8 215/9 250/19 254/21
**history [2]** 45/4 73/2
**hits [1]** 109/18
**HIV [1]** 108/10
**Hjortebar [1]** 146/3
**Hjortkjor [1]** 146/3
**hodgepodge [1]** 60/3
**hold [2]** 95/24 175/15
**hole [1]** 109/16
**home [5]** 123/20 124/4 132/5 134/21 134/24
**homologous [2]** 162/7 211/6
**Honor [80]** 3/13 3/17 3/19 3/21 3/23 4/2 4/9 4/11 5/7 5/13 6/10 8/4 8/21 9/25 10/4 10/9 10/21 11/4 11/16 16/18 17/7 19/1 19/6 20/18 21/17 31/12 33/8 33/18 34/24 37/19 39/21 41/4 42/3 42/18 44/16 56/3 68/20 68/25 69/5 69/21 70/17 71/19 80/7 80/12 80/23 93/12 94/8 97/19 98/2 102/21 107/3 120/13 127/6 135/6 135/18 135/21 136/2 137/8 138/3 138/23 145/15 149/10 154/25 157/19 171/19 174/6 183/5 189/12 192/25 195/2 200/20 204/5 212/8 214/8 215/24 222/15 223/20 226/4 261/25 275/12
**HONORABLE [1]** 1/17
**hope [1]** 115/23
**hoped [1]** 177/3
**hopefully [2]** 5/2 275/8
**hoping [1]** 88/7
**hospital [6]** 29/18 73/16 123/12 124/7 128/14 134/3
**hospitalization [1]** 44/21
**hour [1]** 69/2
**hours [1]** 69/15
**housekeeping [3]** 70/17 107/4 245/17
**how [76]** 13/14 13/21 13/23 16/24 20/1 26/1 26/19 27/17 29/16 30/10 30/16 31/15 31/15 32/3 37/12 41/25 49/8 49/21 49/23 51/14 57/24 58/4 58/5 62/7 65/2 69/11 72/6 77/18 78/11 78/14 78/21 88/3 97/5 103/12 111/16 113/22 115/1 115/1 116/11 120/20 122/24 124/1 125/19 126/20 128/9 129/18 131/13 140/14 140/17 141/23 141/23 141/25 143/21 146/3 158/22 161/18 161/23 165/14 166/11 172/19 182/18 194/4 199/13 204/15 209/6 214/10 225/14 225/20 226/1 226/13 232/1 236/20 249/8 250/18 269/9 274/14
**however [8]** 24/11 84/2 84/6 84/24 132/24 228/1 252/25 269/8
**Hugh [1]** 48/25
**huh [3]** 218/21 255/22 264/24
**human [2]** 83/21 207/11
**humans [1]** 199/19
**hundred [1]** 74/9
**Hussain [1]** 76/1
**hydrochloric [1]** 121/24
**hydrochloride [6]** 121/23 141/20 151/10 153/8 153/22 154/13
**hydrogen [2]** 21/2 162/3
**hydromorphone [1]** 74/5
**hydroxy [3]** 49/11 266/1 266/4
**hydroxyl [4]** 162/10 240/18 266/12 266/14
**hydroxytoluene [8]** 86/4 98/12 156/21 203/8 205/25 208/21 245/2 262/22
**hygroscopicity [1]** 53/19


**I**


**I'd [45]** 72/22 80/17 80/20 94/8 94/19 102/15 102/17 103/15 103/16 113/7 113/19 121/13 124/10 127/12 127/17 130/12 130/13 130/15 135/6 139/8 140/22 141/9 145/14 145/15 149/10 149/20 158/6 159/13 162/25 174/6 174/12 186/4 192/13 205/13 213/14 221/21 236/19 236/23 241/12 241/19 245/14 245/17 260/16 262/8 268/13
**I'll [15]** 7/5 10/11 10/14 10/16 12/24 19/7 23/12 34/23 136/12 139/2 208/8 215/24 223/20 229/18 250/9
**I'm [64]** 8/6 8/19 12/5 12/20 15/12 19/17 19/17 22/14 24/22 28/4 34/20 35/17 41/5 42/9 71/15 71/16 72/24 93/13 95/5 95/7 95/14 95/15 99/23 103/2 134/7 137/15 140/25 145/21 180/15 182/1 190/24 193/4 195/22 201/10 201/12 203/23 203/25 206/3 206/19 208/19 211/23 224/4 225/13 225/17 226/5 229/21 229/24 234/10 234/21 244/4 247/5 249/10 250/7 250/11 250/22 250/24 251/4 252/16 253/7 254/17 255/23 266/21 267/7 272/9
**I've [8]** 128/21 185/6 191/3 204/13 239/9 251/5 253/12 269/7
**ICELAND [5]** 1/4 3/15 42/20 47/7 146/7
**Icelandic [3]** 38/10 38/13 209/23
**idea [11]** 11/22 11/23 28/8 29/17 33/18 35/13 35/20 35/22 40/23 47/12 212/25
**ideal [1]** 145/3
**identical [2]** 103/14 210/21
**identification [1]** 193/5
**identified [8]** 30/13 62/2 62/6 162/14 235/17 235/20 269/15 269/18
**identifies [1]** 251/6
**identify [3]** 237/25 269/4 273/14
**ignore [1]** 56/25
**IID [7]** 193/9 193/14 193/19 194/10 196/3 196/4 229/16
**imagination [1]** 28/23
**imagine [1]** 46/5
**Imitrex [1]** 274/4
**immediate [1]** 108/5
**immediately [4]** 45/17 65/10 132/1 221/15
**impacted [1]** 187/12
**impacts [2]** 49/25 66/25
**impair [1]** 190/23
**impairment [4]** 90/17 90/18 90/19 90/20
**impeach [2]** 217/13 226/5
**impeaches [1]** 217/4
**impeaching [1]** 217/3
**important [15]** 12/11 12/16 12/25 16/8 16/12 16/15 20/5 20/21 22/24 30/5 30/11 46/22 58/5 134/1 223/25
**importantly [3]** 14/13 30/24 41/2
**impossible [1]** 46/6

**I**


**impression [1]** 203/2
**improper [1]** 44/5
**improve [6]** 55/9 116/23 149/9 190/21 198/13 269/19
**improvement [1]** 176/16
**inability [1]** 252/19
**inactive [7]** 31/6 100/24 117/14 162/23 181/21 191/21 193/7
**inadequate [1]** 45/22
**INC [9]** 1/3 1/7 3/14 3/25 4/5 72/10 75/19 75/20 77/24
**include [38]** 12/17 18/16 19/9 20/15 22/4 57/17 60/20 78/18 115/13 140/6 157/12 157/16 160/9 160/10 160/15 162/22 172/1 172/25 173/20 175/12 175/14 175/22 183/12 198/1 199/15 218/1 234/22 235/5 243/20 255/14 256/15 258/8 264/12 265/10 269/1 269/9 272/22 272/23
**included [12]** 60/11 194/19 220/18 220/19 228/18 255/5 255/7 255/11 256/10 264/17 264/20 265/13
**includes [4]** 12/19 222/19 230/11 236/13
**including [15]** 4/25 17/3 38/15 45/7 49/4 50/4 53/7 62/14 63/20 80/9 171/1 173/11 183/20 184/13 252/6
**inclusion [2]** 58/5 261/23
**inconsistent [2]** 217/14 217/16
**incorporated [1]** 15/25
**incorrect [1]** 52/16
**increase [6]** 56/15 188/15 189/5 259/20 260/6 269/10
**increased [2]** 44/20 66/8
**increases [3]** 182/25 188/15 189/10
**increasing [5]** 41/16 186/16 188/23 260/5 271/23
**IND [8]** 31/22 58/14 82/10 85/11 207/4 207/7 209/8 209/8
**Indeed [1]** 52/8
**independent [10]** 20/15 41/7 103/21 112/16 112/17 158/14 216/4 216/6 218/19 218/23
**indicated [1]** 44/6
**indicating [1]** 58/15
**indication [2]** 16/10 65/8
**indications [2]** 118/13 118/21
**indicia [2]** 64/20 67/13
**individual [2]** 96/6 267/4
**individuals [1]** 105/7
**INDs [1]** 78/21
**industrial [1]** 184/13
**industry [8]** 22/20 37/3 37/5 43/3 65/3 77/6 80/10 201/18
**infection [1]** 108/10
**inform [1]** 71/8
**information [19]** 7/16 7/17 8/25 9/5 10/20 58/3 85/10 85/18 106/23 117/21 132/21 163/11 163/13 163/16 182/22 193/13 239/3 250/5 267/15
**informed [3]** 101/19 176/2 196/5
**infringement [2]** 63/12 63/18
**infringes [1]** 48/11
**infringing [1]** 43/24
**infusion [2]** 87/11 88/24
**ingredient [16]** 21/6 21/10 63/16 63/25 100/25 101/13 101/15 110/22 117/14 153/21 162/24 164/19 181/21 191/22 193/8 258/23
**ingredients [10]** 31/6 118/7 154/11 203/21 229/20 231/21 241/18 243/20 244/19 246/21
**Inhalation [1]** 73/25
**inherent [1]** 268/19
**inherently [1]** 53/6
**initial [1]** 153/15
**initially [1]** 202/5
**initiate [1]** 32/22
**injectable [15]** 19/15 61/2 83/21 87/10 101/3 118/11 118/14 119/16 120/1 121/4 123/18 127/3 172/13 233/25 234/18
**injection [18]** 66/10 79/22 80/4 82/20 84/2 84/22 87/9 111/22 121/19 121/21 122/7 122/11 122/22 124/2 142/22 234/4 234/12 259/2
**Inks [1]** 224/16
**innovative [2]** 44/4 68/7
**innovator [1]** 79/24
**insert [1]** 112/6
**inserted [2]** 111/17 119/24
**inside [2]** 112/8 132/7
**instance [2]** 218/7 267/2
**instead [6]** 41/20 44/1 68/5 86/18 177/5 248/10
**instructed [3]** 68/11 214/3 218/19
**instruction [3]** 132/10 216/3 218/22
**instructions [2]** 124/4 219/2
**instructive [1]** 132/12
**insufficient [1]** 62/17
**intended [7]** 30/13 110/23 113/5 121/9 169/12 180/4 191/11
**intent [2]** 83/3 123/3
**interact [1]** 116/10
**interaction [1]** 186/13
**interacts [1]** 118/4
**interchange [1]** 63/24
**interchangeable [9]** 21/15 27/19 31/2 43/21 50/13 55/3 63/7 63/22 68/9
**interest [5]** 31/19 75/24 81/16 181/21 255/15
**interested [7]** 67/15 167/1 167/10 168/10 170/14 176/15 181/12
**interesting [1]** 229/6
**intermediate [4]** 28/17 54/18 169/5 169/5
**intermediates [3]** 223/2 223/9 224/14
**intermittently [1]** 144/19
**internal [10]** 31/17 37/1 37/17 38/21 41/13 64/9 219/12 221/9 227/14 253/6
**international [1]** 149/22
**interpretation [2]** 14/11 14/12
**interrelated [2]** 57/13 57/14
**interrupted [1]** 25/2
**intersection [1]** 169/18
**interventions [1]** 118/25
**intestine [1]** 108/19
**intestines [1]** 109/2
**intramuscular [4]** 89/4 89/20 90/20 173/10
**intramuscularly [3]** 87/12 89/23 119/19
**intranasal [216]** 12/8 15/14 17/17 17/18 17/23 18/10 21/23 22/12 22/19 23/3 23/5 23/18 24/1 24/5 24/10 25/8 25/22 26/7 27/9 27/16 29/10 30/6 31/11 31/14 31/18 31/19 34/2 34/4 34/13 36/2 36/3 36/8 36/14 42/22 43/3 43/10 43/15 47/9 47/14 48/2 48/22 48/24 49/5 49/14 49/18 49/22 49/25 50/5 50/9 50/11 50/19 50/24 51/2 51/4 51/7 51/10 51/16 54/7 54/11 54/13 55/1 55/6 56/9 56/12 57/16 57/23 58/1 58/3 60/2 60/14 60/21 61/3 62/6 62/9 62/24 63/2 65/4 65/13 65/14 66/5 66/14 66/18 67/5 67/11 67/24 72/4 73/22 74/2 74/3 74/5 74/12 74/17 74/19 74/24 75/19 75/20 75/24 76/10 76/15 76/20 78/2 78/12 79/3 80/5 80/8 80/16 81/8 82/5 82/25 83/23 84/17 85/7 85/12 86/2 87/16 89/1 89/6 89/24 90/19 93/1 102/9 104/9 105/20 107/1 107/10 107/16 109/6 109/10 110/14 120/10 120/21 121/3 121/13 121/16 121/25 122/21 123/5 123/10 124/15 124/22 125/12 125/15 129/23 130/3 131/14 131/24 132/11 132/21 133/17 134/1 134/4 134/8 134/21 134/23 139/7 139/8 139/11 139/14 142/20 144/16 145/6 152/24 153/11 155/22 158/17 159/21 165/4 166/17 167/11 173/20 181/13 181/16 181/19 182/10 183/13 191/13 191/25 192/11 193/25 195/15 196/5 202/20 202/23 203/3 207/1 207/4 207/7 207/10 207/13 207/17 208/2 208/6 208/10 208/13 209/17 209/20 210/12 211/11 211/18 211/25 212/5 213/4 213/8 213/11 229/4 234/4 234/12 246/18 246/23 247/21 248/13 250/19 262/9 262/14 269/5 271/22
**intranasally [17]** 22/22 36/4 46/12 58/7 101/12 121/18 123/19 129/15 130/7 133/2 133/20 141/12 173/12 173/18 178/7 195/10 203/1
**intranasaly [1]** 126/2
**intravaginally [1]** 173/12
**intravenous [10]** 22/23 82/17 87/11 88/24 90/17 119/18 120/2 124/21 127/4 143/20
**intravenously [2]** 126/3 129/14
**introduce [4]** 4/6 5/16 120/25 258/21
**introduced [1]** 18/18
**introduction [1]** 219/12
**introductory [1]** 219/22
**invalid [6]** 10/12 10/13 17/8 68/24 79/11 174/16
**invalidated [1]** 41/24
**invalidity [5]** 44/4 48/15 64/10 64/17 68/14
**invasive [1]** 45/25
**invention [27]** 12/9 14/8 14/20 15/9 25/23 38/5 43/16 47/8 50/20 51/2 51/22 54/3 61/9 61/13 64/15 65/24 67/12 67/16 67/17 68/18 77/11 78/20 96/11 100/10 233/16 233/19 251/25
**inventions [2]** 77/8 78/8
**inventor [15]** 10/18 11/9 11/11 11/22 12/4 25/11 25/18 38/3 47/5 60/11 61/8 61/11 77/7 95/19 146/6
**inventor's [1]** 61/7
**inventors [4]** 25/14

**I**

**inventors... [3]** 146/1 161/17 240/8
**inverse [3]** 148/15 184/14 187/21
**investigation [1]** 92/20
**investigational [1]** 51/6
**investigators [2]** 122/19 123/1
**investors [1]** 207/24
**involved [2]** 114/7 125/8
**involvement [1]** 77/19
**involves [1]** 42/21
**IP [1]** 4/17
**irritant [2]** 197/5 197/7
**irritating [3]** 92/10 176/17 196/23
**irritation [7]** 91/18 94/6 120/9 143/24 177/9 241/7 251/13
**is [715]**
**isn't [3]** 215/13 215/15 259/3
**issue [16]** 7/9 7/13 18/22 41/7 61/19 71/2 80/3 85/6 203/13 203/15 203/20 204/2 204/10 205/19 206/15 217/1
**issued [14]** 77/12 78/16 94/25 103/7 208/11 210/4 210/6 238/21 239/4 239/7 239/7 246/6 260/20 261/5
**issues [8]** 71/11 84/10 114/25 115/2 196/11 196/19 235/16 275/7
**it [550]**
**it's [171]** 5/2 5/11 7/17 7/17 8/22 12/25 14/11 14/12 14/13 14/20 16/13 19/5 19/14 19/20 20/16 23/13 24/25 27/24 27/25 28/1 28/10 29/15 29/16 30/9 30/20 30/25 34/1 35/2 36/16 37/7 38/4 41/24 64/2 64/3 68/10 71/16 73/11 80/24 83/25 84/1 84/2 86/1 86/2 87/1 89/2 90/23 91/17 94/11 95/10 95/12 96/5 97/21 98/15 100/20 102/9 107/5 107/7 109/13 110/19 111/17 112/8 112/22 113/1 113/2 114/11 119/8 120/9 120/13 122/2 127/9 128/18 129/1 130/18 131/9 131/11 131/25 132/23 133/24 135/9 135/15 136/17 137/13 144/20 145/18 145/24 148/15 149/13 154/19 155/3 156/3 156/9 156/9 157/9 157/22 159/23 161/6 163/7 163/20 166/5 168/13 169/13 171/17 171/22 172/9 174/9 179/15 180/19 183/8 184/12 185/6 186/5 188/11 188/23 189/15 190/15 191/10 192/5 192/6 192/8 192/12 193/11 193/11 194/2 195/5 195/19 196/8 197/5 197/19 198/11 198/15 202/9 204/22 211/2 214/5 215/7 215/9 216/14 217/15 217/24 218/1 223/25 225/19 227/5 229/6 229/19 230/14 231/4 232/4 232/4 237/18 237/21 238/1 238/18 240/23 242/20 244/12 245/20 247/15 247/17 248/14 255/20 257/8 257/18 258/19 258/19 266/10 268/9 268/12 268/19 272/11 273/7
**item [1]** 208/9
**items [2]** 37/14 181/20
**ITI [22]** 31/17 31/23 32/3 38/22 58/19 58/19 59/7 76/3 76/4 76/13 202/3 202/5 202/7 202/19 204/15 207/4 207/21 208/15 208/15 209/19 210/11 257/22
**ITI's [6]** 202/13 202/16 208/9 208/12 209/9 209/16
**its [31]** 19/9 38/13 44/3 48/10 50/3 50/14 58/5 58/6 59/5 60/24 62/14 63/18 63/20 64/10 64/12 67/8 68/17 76/24 84/3 101/24 113/23 116/17 134/5 134/9 134/21 178/21 195/8 213/4 227/12 230/10 231/16
**itself [19]** 13/1 18/3 43/23 52/2 53/8 76/14 86/12 91/11 92/10 94/1 110/4 116/8 131/16 131/20 132/20 178/7 188/23 191/10 241/25
**IV [32]** 22/19 22/19 29/21 36/4 46/11 82/25 83/23 85/7 89/25 121/13 121/16 122/1 123/5 123/10 125/12 125/16 129/14 130/3 131/14 131/24 131/25 132/22 132/23 132/24 133/18 133/24 134/4 134/8 134/18 134/21 134/23 139/8

**J**

**JAMES [2]** 2/3 4/5
**January [12]** 11/12 41/12 47/21 50/24 95/22 106/4 150/2 206/12 211/20 211/24 229/12 246/3
**January 19 [2]** 95/22 106/4
**January 2004 [1]** 150/2
**January 2007 [7]** 11/12 47/21 50/24 206/12 211/20 211/24 229/12
**January of [1]** 41/12
**JENNIFER [1]** 1/17
**jeopardizes [1]** 56/5
**jet [3]** 86/18 185/4 270/15
**jets [1]** 185/6
**JLH [1]** 1/5
**job [1]** 21/8
**joined [1]** 3/24
**journal [3]** 124/13 131/2 186/20
**journalist [1]** 78/8
**JTX [6]** 94/20 94/22 95/15 102/17 102/25 103/3
**JTX-3003 [3]** 94/20 94/22 103/3
**JTX-3004 [3]** 95/15 102/17 102/25
**Judge [1]** 1/17
**July [3]** 149/25 186/20 246/1
**July 2004 [1]** 186/20
**July 2005 [1]** 149/25
**jump [1]** 208/23
**Jurgen [1]** 3/25
**just [96]** 5/4 5/9 7/13 8/1 8/11 8/18 9/1 9/3 9/11 9/14 9/17 10/14 11/5 11/15 16/13 25/16 26/17 29/19 29/19 31/12 33/8 33/13 35/4 35/17 36/10 36/19 37/7 37/7 37/9 37/13 38/1 39/10 40/5 40/24 42/3 43/16 46/21 49/14 57/17 63/22 63/23 64/2 65/19 66/16 67/10 69/18 87/16 97/24 99/23 107/3 109/16 110/1 111/11 111/15 112/5 117/20 117/22 117/23 121/2 137/8 137/12 137/21 137/25 138/5 138/12 153/12 156/23 158/20 162/10 185/3 194/2 199/12 204/5 223/10 223/20 224/5 225/13 225/17 229/24 240/18 241/5 245/11 246/20 247/15 255/17 255/25 256/11 257/9 257/22 258/2 261/18 264/4 265/7 265/18 270/12 273/24

**K**

**KAVEH [3]** 1/22 3/16 42/19
**Kaveh Saba [1]** 42/19
**KEECH [2]** 1/23 3/18
**keep [5]** 42/25 97/24 185/18 255/17 275/6
**keeps [2]** 31/5 71/9
**Ken [1]** 4/5
**KENNETH [1]** 2/3
**Kentucky [9]** 72/10 73/16 73/17 73/19 75/2 75/25 77/13 78/6 135/4
**keratoses [1]** 194/24
**key [7]** 15/7 18/22 43/7 48/18 48/19 63/20 116/2
**kilogram [4]** 124/23 125/14 126/2 133/19
**kind [12]** 20/3 28/11 32/24 75/16 87/23 111/20 112/8 116/2 199/7 216/5 218/20 234/8
**kinds [9]** 74/10 91/21 129/10 131/11 148/21 170/3 170/4 170/5 186/14
**King [1]** 1/15
**Klein [7]** 45/3 45/5 45/10 46/24 64/21 65/2 65/19
**Klein's [1]** 66/1
**knew [9]** 43/18 176/11 178/6 206/11 216/8 218/25 219/4 250/18 275/3
**Knight [1]** 78/4
**Knoester [34]** 33/25 34/9 34/11 123/4 139/16 140/5 140/14 141/5 141/13 141/23 142/7 142/11 142/12 142/18 143/10 143/22 144/8 144/16 144/25 145/9 150/16 150/21 150/24 248/17 248/21 249/9 249/13 249/23 250/1 254/3 260/22 260/24 260/25 261/1
**know [57]** 5/12 7/18 9/1 9/12 9/14 10/25 26/14 26/15 31/10 32/21 37/12 58/20 60/20 73/8 76/17 76/19 79/5 79/6 97/20 100/21 106/24 115/25 116/15 120/14 136/15 137/10 138/12 146/3 162/6 163/15 173/10 195/21 201/12 202/9 209/19 214/19 218/4 225/5 225/6 225/14 225/20 225/25 227/6 228/5 229/12 232/25 233/3 233/6 239/9 239/13 244/14 246/20 257/19 259/18 262/13 269/7 271/7
**knowing [1]** 31/9
**knowledge [3]** 17/9 24/22 105/7
**known [27]** 12/14 22/20 24/11 25/1 25/10 25/21 26/9 50/11 55/3 57/24 60/2 61/15 62/6 116/10 165/20 178/6 178/8 178/11 184/12 185/8 197/5 202/2 202/6 250/6 258/12 258/19 271/12
**KSR [1]** 61/25
**Kuhlman [1]** 146/2

**L**

**lab [1]** 117/9
**label [11]** 46/11 46/19 74/22 74/22 83/16 87/3 87/13 118/15 120/1 122/22 130/6
**laboratories [3]** 75/11 75/22 76/13
**laboratory [1]** 116/5
**lack [2]** 38/6 53/9
**language [2]** 19/1 239/6
**large [1]** 266/3
**largely [1]** 49/22
**larger [2]** 238/25

**L**


**larger... [1]** 272/12
**last [14]** 20/10 29/1 34/13 38/4 126/20 143/6 145/2 150/17 151/14 160/16 189/3 216/17 217/9 233/23
**lasted [1]** 91/25
**lastly [2]** 114/13 116/15
**later [14]** 11/9 12/4 15/24 16/16 17/20 18/20 19/21 22/15 26/10 38/6 40/21 51/8 138/17 169/2
**launch [1]** 41/16
**laundry [2]** 18/8 26/22
**LAURENCE [1]** 2/3
**law [5]** 52/22 52/24 53/13 61/24 62/11
**lawyer [1]** 201/9
**lawyers [1]** 65/23
**laying [1]** 112/15
**lead [3]** 62/23 181/25 182/2
**Leader [1]** 78/4
**leadership [1]** 210/11
**leading [2]** 93/13 122/1
**leads [1]** 182/14
**learned [1]** 163/11
**least [12]** 45/13 90/20 105/4 105/6 112/21 115/8 126/18 150/14 151/18 178/10 230/7 238/10
**leave [4]** 8/9 8/12 28/23 76/6
**led [2]** 25/12 38/11
**leeway [1]** 93/15
**left [17]** 21/3 27/21 58/23 59/5 59/15 81/24 85/24 87/21 89/16 92/7 112/18 122/6 125/1 162/3 171/12 181/3 220/15
**left-hand [9]** 81/24 85/24 87/21 92/7 122/6 125/1 162/3 171/12 220/15
**legal [1]** 77/15
**legalities [1]** 239/13
**legally [2]** 51/24 62/17
**length [2]** 16/23 104/13
**less [4]** 49/18 53/6 56/22 122/12
**let [18]** 5/23 8/3 9/3 62/24 80/19 94/7 134/12 136/9 156/17 170/20 184/8 196/10 203/18 221/22 250/9 259/8 267/23 274/23
**let's [72]** 3/12 6/9 10/5 42/13 70/22 71/3 95/14 97/17 97/24 113/12 124/6 128/25 130/21 132/25 135/15 136/6 143/23 160/23 160/23 176/23 192/23 194/18 200/25 215/16 216/19 219/6 219/12 220/6 220/6 220/14 221/7 223/14 225/8 229/15 230/21 233/9 233/18 234/16 234/20 235/13 238/3 238/12 239/17 240/8 240/25 242/6 242/19 244/5 244/15 246/13 246/22 247/21 249/11 250/10 250/17 250/18 250/18 251/21 251/22 252/13 253/6 254/16 255/16 255/24 256/9 258/4 262/12 262/12 263/24 264/8 271/18 274/11
**letters [1]** 261/12
**level [2]** 13/16 129/9
**level 1 [1]** 129/9
**levels [3]** 87/19 93/7 126/17
**Lexington [1]** 78/4
**library [3]** 219/1 227/10 237/13
**license [2]** 77/12 210/15
**licensed [4]** 67/16 75/15 77/20 77/22
**licensing [7]** 40/13 40/14 40/14 67/14 75/13 77/15 77/19
**life [7]** 45/1 93/22 94/6 142/9 144/21 180/2 180/5
**life-threatening [3]** 45/1 93/22 144/21
**lifesaving [1]** 94/5
**light [4]** 142/10 250/17 251/1 259/19
**like [104]** 5/19 6/21 8/7 9/16 19/8 39/6 39/7 39/9 39/10 50/13 52/20 57/10 57/18 58/6 63/7 63/23 63/23 69/22 70/19 71/8 72/22 73/7 80/17 80/20 83/6 85/1 86/19 93/24 94/8 94/19 99/23 102/15 102/17 103/15 103/16 107/4 110/3 110/5 111/6 111/15 112/3 113/7 115/13 120/5 121/13 124/10 127/6 127/12 127/17 130/12 130/13 130/16 135/6 136/22 139/8 140/22 141/9 144/14 145/14 145/15 149/10 149/20 153/24 153/24 154/2 155/9 157/19 158/6 159/13 162/25 171/19 172/7 174/6 174/12 183/5 186/4 192/13 195/2 198/8 198/8 205/13 209/6 212/17 213/14 214/20 217/22 226/4 229/9 236/3 236/19 236/23 241/12 245/14 245/17 253/5 255/4 255/7 259/23 260/6 260/16 262/8 268/13 270/17 274/21
**likelihood [1]** 196/8
**likely [6]** 92/10 130/7 199/6 222/25 258/25 273/8
**limit [3]** 58/21 59/12 59/20
**limitation [3]** 106/21 160/23 175/1
**limitations [1]** 200/8
**limited [9]** 1/7 12/5 45/22 137/11 156/23 206/2 252/20 264/13 264/21
**limiting [1]** 59/10
**limits [2]** 198/23 231/6
**line [27]** 100/18 114/25 132/25 146/13 147/6 147/8 147/16 148/2 149/2 150/9 150/13 151/12 169/15 170/17 189/8 233/23 240/8 240/25 241/4 241/6 242/17 244/5 249/11 251/23 252/13 252/17 259/13
**Line 11 [1]** 259/13
**Line 13 [1]** 241/6
**Line 15 [1]** 100/18
**Line 25 [1]** 151/12
**Line 28 [1]** 252/17
**Line 32 [1]** 252/13
**Line 43 [1]** 240/8
**Line 52 [1]** 244/5
**Line 56 [1]** 148/2
**Line 57 [1]** 242/17
**Line 6 [1]** 251/23
**Line 60 [2]** 147/6 147/8
**Line 8 [1]** 146/13
**Line 9 [1]** 240/25
**linear [3]** 164/7 225/24 228/7
**lines [4]** 21/18 109/20 226/9 275/2
**Lines 10 [1]** 226/9
**linkages [1]** 147/11
**liquid [32]** 16/5 20/5 27/11 27/13 27/14 29/4 46/14 84/25 96/5 102/8 104/8 158/16 159/20 160/14 161/8 164/23 165/6 165/14 166/11 167/16 170/16 170/18 172/25 197/23 222/7 227/25 228/10 228/18 228/24 234/4 234/12 241/1
**liquids [7]** 109/21 164/20 164/22 165/13 165/13 165/19 172/23
**list [33]** 16/13 18/8 21/21 26/23 30/10 31/5 31/5 101/8 118/20 152/14 157/13 161/17 163/18 172/22 181/1 181/2 181/12 181/16 181/20 193/8 220/12 229/19 229/23 230/11 236/10 236/14 241/13 243/2 246/20 254/23 265/16 265/21 265/22
**listed [39]** 27/13 30/20 30/21 64/8 81/10 83/22 96/15 100/7 128/12 128/16 129/11 133/22 140/2 147/11 156/18 160/7 162/17 162/23 164/22 166/5 166/7 167/7 170/24 178/20 181/9 181/23 182/17 193/9 193/19 194/10 194/21 227/21 242/2 246/19 247/3 257/6 263/25 265/3 265/7
**listened [1]** 137/16
**listing [13]** 101/14 157/15 158/18 164/17 169/3 170/2 181/3 182/7 182/11 182/12 182/18 196/4 265/19
**lists [5]** 53/17 96/6 101/1 236/18 243/5
**liter [1]** 142/21
**literature [16]** 66/2 82/6 82/10 82/12 83/14 83/19 87/22 117/12 117/14 121/5 121/25 122/16 162/20 203/2 216/7 216/9
**litigated [1]** 38/12
**litigation [19]** 63/3 64/4 64/10 64/17 66/3 68/10 76/18 78/24 79/4 94/15 95/17 203/13 203/16 203/20 204/2 204/11 204/14 205/19 210/1
**litigations [2]** 79/1 79/20
**little [27]** 9/10 26/9 38/6 52/12 74/7 80/18 83/9 109/15 113/7 121/15 124/6 127/12 127/17 138/10 157/11 221/11 221/23 222/10 223/19 234/22 238/23 249/8 250/25 251/13 252/16 262/13 274/17
**liver [2]** 108/19 109/2
**LLP [2]** 1/21 2/5
**loaded [2]** 185/1 206/20
**local [4]** 91/25 94/4 144/6 270/25
**locally [1]** 271/1
**located [1]** 78/9
**locilan [1]** 244/9
**Loftsson [1]** 247/23
**logical [2]** 120/14 135/12
**Lokilan [3]** 244/12 244/16 244/18
**long [24]** 20/24 21/2 26/20 35/16 35/21 35/23 36/21 41/25 45/12 64/22 65/18 66/12 68/2 69/11 72/6 92/25 126/20 218/3 229/19 231/2 265/21 274/17 275/2 275/6
**long-felt [8]** 35/16 35/21 35/23 36/21 64/22 65/18 66/12 92/25
**look [54]** 8/18 14/19 21/14 33/1 41/13 58/18 71/14 78/6 97/17 99/14 103/16 113/19 117/3 117/16 128/6 137/17 138/1 155/13 158/6 163/15 164/15 165/6 165/9 168/23 169/2 192/3 214/6 214/21 217/5 219/6 220/14 227/14 229/1 229/1 229/15 230/3 231/3 234/18 235/13 239/17 240/15 242/6 242/19 243/24 244/15 246/22 247/1 247/21 250/18

**L**

**look... [5]** 253/13 255/24 262/12 264/8 271/18
**looked [7]** 45/18 150/17 151/18 227/15 227/15 238/1 264/4
**looking [15]** 13/24 15/16 18/2 25/3 27/8 27/15 100/15 133/8 133/13 144/25 162/15 165/3 182/10 187/10 266/2
**looks [1]** 112/3
**lorazepam [10]** 46/3 74/5 74/20 74/25 118/2 118/10 119/16 208/2 208/6 208/10
**lost [1]** 6/14
**lot [12]** 93/13 123/24 168/12 173/10 206/13 229/19 235/19 236/19 245/11 268/6 270/23 271/8
**lotions [1]** 54/24
**lots [3]** 88/11 171/4 184/13
**love [1]** 97/16
**low [9]** 57/6 71/11 84/8 84/11 153/6 170/8 188/22 188/24 191/4
**lower [22]** 14/1 14/25 15/1 15/15 21/9 24/15 25/6 26/17 27/16 85/24 87/21 89/5 99/11 99/12 120/9 144/2 146/23 167/3 177/16 183/17 187/16 197/1
**lower-viscosity [1]** 177/16
**lowest [10]** 29/3 167/5 167/6 171/13 171/15 180/9 182/23 190/2 198/2 273/7
**Ltd [1]** 4/4
**lubricant [3]** 59/11 59/19 195/1
**Lubricants [1]** 224/18
**Lui [1]** 247/4
**lunch [4]** 7/4 97/20 120/15 135/16

**M**

**M-P-E-G [1]** 261/12
**made [13]** 28/12 84/4 86/1 90/5 137/10 162/11 166/16 179/13 180/1 185/12 201/14 206/4 253/12
**Magical [1]** 39/11
**mail [3]** 6/5 6/5 64/9
**maintain [1]** 102/23
**major [2]** 198/3 198/6
**majority [2]** 7/14 249/6
**make [32]** 5/1 20/22 24/14 27/9 27/15 83/8 88/10 106/25 116/12 116/14 117/8 122/12 123/23 136/9 138/1 138/4 139/10 168/19 168/21 174/1 176/12 177/15 180/3 199/14 216/14 218/1 238/25 242/24 252/15 263/19 268/16 273/20
**maker [1]** 165/10
**makes [2]** 119/22 185/15
**making [3]** 21/4 165/3 177/3
**Malvern [1]** 186/11
**mammal [2]** 96/8 96/12
**man's [1]** 112/9
**manage [1]** 90/24
**managed [2]** 110/10 135/1
**manager [1]** 4/17
**Mandrel [1]** 224/20
**manner [1]** 270/4
**manufacturer [1]** 163/17
**manufacturing [1]** 85/10
**manuscript [6]** 81/7 81/12 98/15 124/13 130/25 186/9
**manuscripts [1]** 117/13
**many [19]** 10/25 21/18 46/1 66/12 66/12 67/10 78/11 78/14 78/21 107/21 113/22 141/25 165/14 166/11 181/19 215/5 231/20 237/14 266/5
**March [2]** 163/23 260/18
**March 17 [1]** 260/18
**March 2006 [1]** 163/23
**marked [10]** 72/24 94/20 95/15 103/3 127/21 130/13 140/25 145/22 180/15 193/4
**market [9]** 17/19 43/16 61/13 65/14 65/15 66/15 82/7 108/4 114/4
**marketed [3]** 59/21 219/14 244/8
**marketing [8]** 201/23 201/25 219/9 227/5 231/12 246/8 260/12 261/8
**markets [1]** 232/25
**Markman [1]** 4/25
**marriage [1]** 185/15
**married [1]** 111/7
**marry [1]** 114/15
**mass [2]** 113/3 113/21
**master's [1]** 105/6
**match [1]** 183/1
**matched [1]** 68/3
**material [1]** 175/12
**materials [2]** 167/6 204/22
**math [4]** 14/11 14/12 89/7 239/16
**matrix [2]** 114/11 117/4
**matter [6]** 7/16 7/22 7/23 51/16 70/18 245/17
**matters [1]** 5/9
**maximum [5]** 99/4 99/16 129/16 252/22 257/23
**maximums [1]** 267/13
**may [39]** 10/21 28/18 41/7 41/9 41/10 41/21 41/22 57/16 61/17 62/1 64/9 69/5 70/1 71/11 71/13 85/2 114/2 123/21 129/15 138/4 139/19 144/6 146/25 147/20 151/15 157/8 157/12 162/20 176/17 181/21 192/3 192/3 192/25 204/22 205/4 211/3 252/5 271/22 275/3
**May 2026 [1]** 41/10
**maybe [3]** 154/3 221/22 257/23
**MBA [1]** 201/21
**me [28]** 3/16 5/23 8/3 8/17 9/3 15/5 16/1 34/22 80/19 94/7 113/16 130/5 134/12 156/17 170/20 184/8 196/10 203/18 214/21 217/18 218/7 221/22 226/21 237/24 259/8 263/16 267/23 274/17
**mean [25]** 93/6 93/19 101/4 101/5 112/24 130/2 137/9 152/19 165/2 165/10 166/4 167/25 177/10 177/10 177/11 192/20 193/23 198/5 199/21 203/14 244/12 249/23 251/22 260/5 273/7
**meaning [14]** 14/19 20/1 24/12 28/20 29/8 29/25 30/15 34/13 41/7 101/3 113/22 116/18 177/5 185/2
**meaningless [1]** 230/14
**means [11]** 16/4 50/11 100/23 116/8 132/7 150/6 230/14 239/10 272/20 272/21 273/17
**meant [3]** 112/1 246/20 252/21
**measure [1]** 107/4
**measured [1]** 125/15
**measurement [3]** 56/19 188/13 231/16
**measurements [1]** 90/5
**mechanism [1]** 110/11
**median [2]** 88/5 188/19
**medical [17]** 65/2 66/1 85/16 105/8 108/14 110/24 111/7 119/4 123/15 123/16 127/24 130/5 130/8 131/11 135/4 201/11 201/13
**medication [9]** 44/15 45/15 45/15 77/3 82/23 111/2 119/7 145/4 201/15
**medications [5]** 45/14 170/16 171/2 222/7 222/12
**medicine [3]** 105/3 113/17 201/12
**medicines [2]** 74/10 144/19
**meet [6]** 45/22 68/21 93/3 105/25 106/3 207/23
**meeting [3]** 61/12 84/1 92/19
**meets [2]** 36/21 145/7
**MELISSA [2]** 1/23 3/18
**member [4]** 225/15 225/20 226/1 226/14
**members [1]** 101/8
**membrane [2]** 109/25 116/18
**membranes [3]** 84/5 173/11 173/17
**memory [1]** 238/2
**mental [1]** 123/22
**mention [6]** 60/14 236/24 238/6 246/11 261/19 262/5
**mentioned [44]** 22/7 22/25 24/4 29/4 49/12 49/15 50/15 56/24 57/18 58/8 59/18 63/1 66/12 69/6 80/16 84/15 84/21 90/2 109/3 111/21 113/6 114/20 118/2 118/23 121/16 127/13 127/18 139/6 139/12 154/2 156/8 156/19 171/3 179/17 183/20 186/21 193/21 194/13 207/20 222/2 240/4 249/21 264/9 264/20
**mentioning [1]** 91/23
**mentions [4]** 222/4 222/7 222/20 222/23
**menu [3]** 36/11 36/19 37/14
**mere [1]** 61/19
**merely [4]** 44/5 50/12 63/6 68/8
**merited [1]** 261/23
**Merkus [39]** 33/24 34/6 57/3 66/17 66/19 66/21 123/4 139/16 140/5 140/11 150/7 150/16 150/24 151/7 151/21 152/5 152/23 153/4 154/4 245/15 245/23 246/11 246/15 246/19 246/23 247/22 249/8 249/13 250/11 250/14 250/17 250/18 251/6 251/21 252/14 254/19 254/23 259/10 260/8
**Merkus '893 [8]** 66/21 140/11 150/7 152/23 245/15 246/11 246/19 254/23
**Merkus' [3]** 66/24 67/5 67/8
**messy [1]** 15/19
**met [3]** 35/14 65/24 78/9
**metabolism [1]** 109/1
**metered [3]** 111/18 229/13 230/5
**metering [2]** 112/19 112/20
**Methocel [1]** 247/10
**method [3]** 16/9 57/9 96/11
**methods [3]** 78/19 96/1 96/12
**methoxy [26]** 11/20 11/24 11/25 18/25 19/3 38/20 39/1 43/8 49/10 52/5 52/9 96/9 102/11 104/11 160/6 161/2 162/4 162/10 163/9 164/6 175/23 219/19 225/23 230/16 261/13 273/4
**methoxy-polyethylene [23]** 11/20 11/24 11/25 18/25 19/3 38/20 39/1 43/8 52/5 52/9 96/9 102/11 104/11 160/6

**M**

**methoxy-polyethylene... [9]** 161/2 163/9 164/6 175/23 219/19 225/23 230/16 261/13 273/4
**methyl [3]** 21/3 64/12 240/18
**methylcel [1]** 259/24
**methylcellulose [1]** 144/14
**mg [1]** 252/21
**Michael [3]** 4/19 35/18 65/21
**microbiologic [1]** 116/7
**microliters [12]** 46/21 84/25 85/4 86/6 112/21 112/22 113/1 113/21 120/5 142/3 149/3 154/20
**microns [2]** 188/20 188/24
**Mid [1]** 45/9
**Mid-Atlantic [1]** 45/9
**midazolam [259]** 12/13 12/22 13/14 13/17 13/21 16/2 16/5 16/6 16/14 16/21 16/22 17/24 18/5 18/6 18/10 22/13 22/19 22/19 22/20 22/22 22/23 23/5 23/17 29/11 29/22 30/2 30/7 31/14 31/25 32/7 32/10 33/9 34/2 34/4 34/14 35/8 35/11 36/9 36/23 37/18 37/21 37/22 37/22 38/9 38/14 43/15 45/19 46/12 46/20 48/3 48/8 48/22 49/19 50/19 51/4 51/7 51/10 51/16 54/7 56/6 56/9 56/25 57/5 57/6 57/9 57/10 58/4 62/24 63/2 65/14 66/5 66/9 66/9 66/18 74/6 74/20 74/24 76/10 76/16 80/17 81/8 82/14 82/15 82/17 82/20 83/1 83/24 84/2 85/7 85/12 86/3 86/6 87/16 92/10 93/1 93/25 97/3 98/6 98/10 102/10 102/12 104/10 107/1 118/2 118/14 119/16 120/2 120/21 121/4 121/8 121/14 121/16 121/23 122/1 122/11 122/22 123/2 123/6 123/10 124/2 124/14 124/21 125/12 125/16 129/11 129/12 129/13 129/15 130/3 131/14 131/24 132/2 132/11 132/22 133/1 133/5 133/7 133/14 133/18 134/9 134/21 134/23 139/7 139/8 139/11 139/15 140/7 140/16 140/18 141/12 141/14 141/20 141/25 142/2 143/17 144/16 145/7 149/1 149/3 150/10 150/14 151/2 151/7 151/9 151/10 151/15 151/19 152/23 153/6 153/7 153/8 153/11 153/22 153/23 154/13 154/14 156/5 158/22 159/7 159/25 160/17 160/21 166/18 167/11 178/6 178/11 178/17 178/25 181/13 181/16 183/13 185/2 191/2 191/13 198/17 199/4 199/5 200/7 202/20 202/23 203/1 203/3 203/19 203/24 204/1 204/9 205/18 207/1 207/4 207/7 207/10 207/13 207/17 208/13 209/17 211/11 211/18 211/21 231/19 231/22 234/5 234/13 241/14 242/3 242/5 244/2 246/18 246/23 247/3 247/8 247/22 248/3 248/13 251/9 252/5 252/7 252/10 252/12 252/21 253/16 254/24 255/2 255/25 257/9 257/12 257/16 257/16 258/12 258/15 259/17 260/2 262/14 262/16 264/1 267/16 267/21 268/1 268/5 269/5
**midazolam's [1]** 120/11
**middle [6]** 27/14 28/20 111/20 220/15 231/4 234/14
**might [19]** 6/12 8/19 20/7 25/15 53/1 82/7 84/13 100/2 115/13 116/10 156/4 163/15 176/20 179/2 198/8 198/13 212/2 218/6 275/8
**mil [7]** 12/13 120/5 125/17 125/22 126/18 142/21 252/22
**mild [1]** 91/14
**mill [4]** 86/3 87/24 88/25 89/23
**milligram [12]** 22/22 22/22 23/20 87/11 89/19 97/2 120/3 124/23 129/16 149/2 151/18 154/13
**milligrams [27]** 12/12 23/6 46/19 86/3 86/6 87/12 87/16 89/23 98/5 98/10 113/23 125/14 126/2 129/13 129/15 133/1 133/1 133/19 141/25 142/2 142/6 142/20 143/17 143/18 150/15 152/2 263/9
**milliliter [10]** 97/2 98/6 98/10 120/4 150/15 151/19 152/3 154/14 263/3 263/9
**milliliters [3]** 46/21 141/22 262/20
**millimeter [3]** 271/25 274/2 274/8
**million [6]** 34/11 34/12 41/23 44/10 207/21 208/15
**mind [1]** 43/1
**mine [2]** 78/10 267/22
**mineral [1]** 265/13
**Mining [1]** 224/22
**minor [4]** 5/9 21/6 144/20 211/6
**minority [1]** 46/10
**minors [1]** 122/12
**minus [2]** 112/22 113/2
**minute [5]** 8/7 23/23 69/17 135/16 200/25
**minutes [20]** 10/11 15/4 87/11 88/5 88/8 89/3 89/20 89/21 91/15 91/24 92/1 110/12 120/16 125/18 126/19 126/19 126/21 133/21 142/21 274/15
**mischaracterizes [1]** 222/15
**miscibility [1]** 167/4
**miscible [4]** 167/18 183/16 197/23 258/19
**missing [1]** 17/1
**mission [1]** 85/14
**misunderstands [1]** 61/24
**mitigate [1]** 47/1
**mix [1]** 117/23
**mixed [1]** 128/21
**mixture [1]** 147/21
**MLs [1]** 86/7
**moderate [1]** 91/14
**modest [2]** 113/20 198/20
**modestly [1]** 211/10
**modification [2]** 185/17 223/21
**modifications [1]** 177/16
**modified [29]** 23/11 23/13 23/14 24/6 24/8 25/5 26/15 34/10 86/8 86/11 176/13 177/6 179/8 179/10 206/22 206/25 223/19 268/18 268/20 270/7 270/10 271/8 271/10 271/19 271/23 273/1 273/5 273/8 273/21
**modify [7]** 26/1 179/4 223/25 260/9 268/21 268/22 268/22
**modifying [3]** 179/3 186/2 270/18
**molecular [12]** 27/23 49/1 162/6 164/18 167/3 169/4 171/13 182/15 182/23 182/24 229/3 267/10
**molecule [3]** 21/5 28/1 240/23
**moment [1]** 231/1
**Monday [1]** 1/12
**money [3]** 76/11 207/20 208/16
**monitoring [1]** 71/15
**monograph [1]** 238/4
**monographs [1]** 237/8
**monomethyl [1]** 181/8
**months [5]** 36/13 36/16 41/12 125/7 142/9
**more [42]** 7/10 11/21 12/24 13/16 14/13 15/3 16/8 18/12 19/4 22/15 24/22 25/1 30/4 30/24 31/18 37/4 41/1 41/2 49/7 52/13 84/2 133/9 136/7 146/24 147/22 155/9 163/16 173/16 192/18 197/1 198/12 199/6 210/15 218/9 219/4 240/17 246/18 264/25 267/2 267/3 269/13 274/14
**morning [22]** 3/7 3/13 3/17 3/19 3/21 3/23 4/1 4/2 4/3 4/7 4/9 4/11 4/13 4/22 8/4 10/7 10/8 42/18 69/17 137/23 193/17 274/20
**MORRIS [2]** 2/3 4/5
**most [13]** 26/21 30/13 37/4 79/2 79/21 82/11 85/1 90/19 114/4 114/6 115/8 265/18 273/23
**mostly [2]** 91/12 122/18
**mother [1]** 122/14
**mothers [1]** 83/4
**motivate [2]** 56/21 249/19
**motivated [11]** 55/8 85/19 106/25 139/10 176/9 176/12 176/20 177/10 183/12 183/24 196/25
**motivation [9]** 24/23 54/2 54/6 56/17 61/18 62/22 190/21 258/6 269/18
**motives [1]** 227/3
**move [24]** 20/18 31/24 32/22 33/6 33/17 94/8 102/17 107/4 110/5 120/15 127/6 130/16 135/6 149/10 154/25 157/19 171/19 174/6 183/5 189/12 192/15 195/3 208/22 209/11
**moved [1]** 75/6
**movement [2]** 152/18 152/20
**moving [5]** 7/19 108/13 152/15 185/18 218/2
**mPEG [229]** 16/7 16/22 16/23 16/23 17/3 18/25 19/4 19/10 19/25 20/15 20/16 20/16 20/23 21/1 21/2 22/4 26/22 27/13 27/17 28/3 28/10 28/21 29/2 29/5 29/7 30/4 30/24 30/25 31/4 31/7 31/9 32/5 32/22 33/2 33/2 33/7 33/10 33/14 33/16 36/23 37/18 37/21 37/22 38/2 38/15 39/4 39/7 39/9 39/13 39/14 39/16 39/18 43/9 43/18 43/20 43/21 44/5 47/14 47/15 48/3 48/4 48/6 48/24 49/8 49/13 50/3 50/8 50/9 50/10 50/23 51/1 51/13 51/16 52/6 52/9 52/14 52/17 52/20 52/21 52/24 53/5 54/7 54/9 54/11 54/17 55/6 55/8 55/14 56/1 56/9 56/18 56/20 56/21 57/10 57/25 58/15 59/3 59/12 60/2 60/9 60/12 60/14 61/21 62/5 62/13 62/18 62/24 63/5 63/12 63/15

**M**

**mPEG... [119]** 63/21 63/22 64/4 64/7 64/7 64/11 67/20 68/7 96/10 97/3 98/7 160/9 160/15 161/17 162/12 162/22 164/21 165/18 165/20 166/15 171/16 172/22 173/21 175/14 178/10 178/16 178/25 179/23 180/8 181/10 182/23 183/12 189/25 190/1 191/14 191/21 192/10 193/9 193/19 193/24 194/6 194/9 194/19 195/10 195/14 196/3 196/6 197/7 197/21 198/18 198/20 199/16 206/6 206/9 206/12 209/17 209/20 210/8 210/12 210/16 210/19 210/21 210/24 211/5 211/8 211/12 211/14 211/17 211/21 212/1 212/5 213/4 213/8 213/12 221/5 224/12 225/1 225/11 227/7 228/14 228/14 230/18 231/14 231/19 232/1 232/8 232/13 232/17 232/21 232/25 233/3 236/20 237/25 239/15 239/24 240/2 240/13 240/22 245/10 246/8 246/11 247/14 248/5 248/22 257/19 257/20 257/23 258/1 258/8 261/8 261/10 263/20 266/9 266/11 266/14 272/22 272/23 273/1 273/6

**mPEG 350 [18]** 47/15 48/6 50/8 63/21 97/3 98/7 160/9 160/15 199/16 210/24 211/14 211/21 212/1 213/4 213/8 213/12 257/20 257/23

**mPEG's [1]** 50/4

**mPEG-based [3]** 63/15 67/20 68/7

**mPEGs [51]** 27/1 27/2 27/10 27/11 27/22 27/24 28/1 28/7 31/15 33/12 38/23 38/24 39/4 39/20 49/10 49/21 52/21 53/17 54/21 54/24 55/3 60/20 60/20 163/24 163/25 164/6 165/14 166/11 166/16 167/16 168/2 168/15 170/1 170/22 171/14 172/1 172/11 175/8 176/2 178/8 219/13 221/17 223/4 223/7 223/12 227/11 227/22 228/2 238/6 238/10 261/23

**Mr [2]** 166/20 169/7

**Mr. [36]** 75/21 139/19 141/18 142/16 143/5 143/7 143/25 146/15 148/4 149/18 150/19 154/9 155/6 157/3 163/1 164/15 165/24 173/3 174/5 174/24 178/2 184/5 187/1 188/1 189/19 191/18 196/17 213/17 214/25 218/15 220/9 226/8 231/1 235/21 236/21 238/25

**Mr. Braun [9]** 213/17 214/25 218/15 220/9 226/8 231/1 235/21 236/21 238/25

**Mr. Edwin [1]** 75/21

**Mr. Thornes [1]** 139/19

**Mr. Thorsnes [25]** 141/18 142/16 143/5 143/7 143/25 146/15 148/4 149/18 150/19 154/9 155/6 157/3 163/1 164/15 165/24 173/3 174/5 174/24 178/2 184/5 187/1 188/1 189/19 191/18 196/17

**Ms. [6]** 136/18 209/1 212/13 214/15 216/19 217/8

**Ms. Archer [5]** 209/1 212/13 214/15 216/19 217/8

**Ms. Hanson [1]** 136/18

**much [25]** 6/8 7/12 9/21 12/2 13/14 13/21 42/11 49/18 53/6 56/22 76/12 76/17 84/15 89/4 93/24 99/19 100/1 102/24 137/14 141/23 187/15 207/2 240/17 269/2 274/14

**mucosa [8]** 108/24 109/4 109/23 109/24 157/13 198/3 198/7 271/5

**mucosal [9]** 82/22 111/25 120/6 121/4 124/3 129/24 173/11 173/17 191/23

**mucus [9]** 110/4 110/6 110/7 114/9 114/21 114/23 198/3 198/12 198/15

**multiple [6]** 50/7 57/13 57/13 65/11 67/14 67/16

**multiplier [1]** 182/13

**multiyear [2]** 63/14 64/6

**must [5]** 57/14 57/15 83/15 109/14 214/21

**my [48]** 5/21 8/6 9/11 14/11 20/10 70/24 71/14 72/10 73/1 73/24 75/25 83/13 87/23 95/10 98/15 102/21 112/22 137/16 137/20 161/7 174/22 176/11 177/13 185/19 199/18 203/2 203/24 204/9 204/12 205/18 207/22 211/3 215/7 218/25 219/20 225/25 226/22 227/9 228/22 229/25 230/1 232/11 238/1 241/23 267/20 267/23 268/9 276/5

**myself [5]** 25/2 123/4 139/16 140/5 268/3

**N**

**n-Ethylene [4]** 147/1 147/22 239/19 240/10

**n-glycofurols [1]** 146/24

**naloxone [2]** 76/24 77/20

**Nalscue [2]** 76/24 78/3

**name [2]** 70/6 76/24

**named [8]** 11/11 18/11 25/14 60/11 95/19 98/6 146/1 146/5

**names [2]** 96/6 219/22

**naming [1]** 267/1

**nanogram [1]** 87/24

**nanograms [6]** 88/25 89/22 125/17 125/22 126/18 142/21

**narrow [1]** 8/1

**nasal [73]** 23/11 30/3 30/3 32/7 32/10 46/15 46/23 57/19 66/8 75/9 76/24 77/20 78/19 78/20 82/23 84/4 84/24 85/1 85/19 86/13 91/18 91/18 92/12 108/4 108/15 108/24 109/3 109/4 109/5 109/12 109/14 109/17 110/7 110/7 111/3 111/17 112/7 112/9 112/11 113/17 114/20 114/21 114/22 115/8 115/18 116/19 116/22 121/8 121/9 123/2 132/2 132/8 144/19 152/16 154/19 157/13 186/11 198/7 202/7 211/14 229/13 230/5 230/5 230/8 230/12 231/3 231/6 232/13 243/24 244/13 247/3 271/5 274/5

**nasally [2]** 91/17 99/9

**Nasolam [4]** 34/1 34/16 34/19 34/20

**Natalia [1]** 3/25

**National [2]** 166/9 180/20

**natures [1]** 144/12

**Nayzilam [46]** 28/16 34/18 35/6 35/10 35/11 35/23 36/1 36/10 36/16 37/6 37/10 41/14 42/22 43/2 43/5 43/8 43/25 44/6 45/22 46/16 46/18 47/4 47/16 48/11 48/12 50/7 50/10 58/13 59/9 63/9 63/20 64/22 65/8 65/16 65/17 65/25 66/6 67/17 67/23 68/3 202/6 202/7 202/9 202/11 203/12 211/15

**Nayzilam's [3]** 50/4 63/15 68/5

**near [3]** 89/20 99/5 99/5

**necessarily [2]** 165/9 250/16

**need [33]** 9/23 24/8 35/14 35/16 35/21 35/23 36/21 64/22 64/25 65/3 65/18 65/24 66/7 66/12 85/16 88/9 92/25 93/3 111/1 196/2 196/9 199/6 202/24 208/8 214/14 215/23 218/7 230/9 273/1 273/5 273/8 273/21 275/10

**needed [7]** 5/5 59/4 112/18 129/16 135/25 192/2 263/16

**needing [1]** 260/9

**needle [5]** 92/22 107/24 108/9 108/11 111/23

**needles [1]** 119/17

**needs [4]** 13/17 45/23 116/4 274/18

**neither [1]** 264/17

**Netherlands [2]** 34/5 34/12

**neurologic [1]** 123/21

**neurological [1]** 44/9

**neurologist [3]** 35/19 45/5 123/13

**neurology [2]** 122/20 131/3

**neurons [1]** 118/5

**neutral [2]** 57/6 153/6

**never [21]** 43/9 47/13 49/13 51/1 51/12 51/12 51/13 62/5 97/8 108/22 201/14 206/25 207/13 207/17 210/2 210/4 210/6 260/20 263/16 263/19 270/22

**new [13]** 32/22 38/18 38/20 51/6 58/15 59/4 73/25 75/7 75/8 77/21 81/8 120/15 179/15

**next [72]** 13/13 14/24 20/8 31/22 39/18 46/25 53/20 59/6 65/10 69/4 69/9 72/16 90/6 91/5 100/3 102/4 104/3 104/24 106/13 107/14 107/18 109/8 110/17 111/13 113/12 115/4 115/21 119/12 120/23 120/24 121/11 122/2 122/3 123/8 126/9 129/19 129/20 139/20 139/21 141/15 143/13 149/16 155/5 158/4 158/22 158/25 159/13 161/21 161/21 165/23 166/21 168/24 174/4 174/22 174/23 175/18 176/8 176/22 178/2 184/4 184/5 188/17 192/13 194/16 196/17 199/10 222/18 222/22 244/17 247/21 253/7 256/10

**nice [8]** 87/25 114/9 114/11 115/6 115/6 170/10 187/15 191/9

**nicely [1]** 258/16

**night [1]** 275/15

**nitrate [1]** 243/14

**nitric [1]** 243/12

**no [144]** 1/5 6/6 7/20 9/25 10/4 12/3 16/10 16/12 27/19 33/10 34/18 37/20 37/25 52/8 54/5 54/8 55/15 55/16 55/21 56/17 58/3 58/15 59/1 59/21 62/21 62/22 62/22 70/18 73/11 76/11 80/6 80/12 80/23 86/15 94/10 95/8 102/18

**N**

**no... [106]** 102/20 104/4 105/24 107/6 112/19 127/8 130/17 135/8 137/3 145/17 149/12 153/12 155/2 156/24 157/21 165/12 170/23 171/21 174/8 183/7 185/2 189/14 190/24 191/6 194/2 194/8 195/4 200/21 201/10 201/12 201/16 201/22 202/1 203/22 203/23 204/3 204/19 206/8 206/10 207/2 207/16 207/19 209/13 213/3 214/4 215/24 220/24 225/18 226/16 226/19 227/3 227/5 230/18 231/20 232/4 232/11 232/15 232/19 233/2 233/5 233/15 234/6 234/14 240/3 241/17 242/3 243/4 243/22 245/11 245/19 246/12 247/15 247/18 247/20 248/8 248/10 249/24 250/1 250/7 256/7 257/8 258/24 259/9 260/8 260/10 260/15 261/18 261/20 262/7 263/11 263/16 264/6 265/12 265/18 266/10 267/15 267/16 267/18 269/2 269/7 269/17 270/12 271/9 273/2 273/13 273/16

**non [11]** 30/2 43/24 63/18 64/19 64/20 64/24 67/12 67/14 68/14 68/18 82/13

**non-approved [1]** 82/13

**non-enablement [1]** 68/14

**non-infringement [1]** 63/18

**non-infringing [1]** 43/24

**non-obviousness [6]** 64/19 64/20 64/24 67/12 67/14 68/18

**non-optimized [1]** 30/2

**nonaqueous [10]** 18/15 86/2 157/13 157/16 160/10 264/10 264/20 271/25 272/7 273/3

**Nonconvulsive [1]** 131/1

**none [3]** 65/15 91/21 257/6

**noninvasive [1]** 92/22

**nonpolyhydroxy [1]** 266/19

**noon [1]** 97/22

**Nordic [1]** 146/4

**normal [1]** 85/9

**normally [1]** 112/3

**nose [15]** 46/15 82/22 84/13 110/16 112/2 112/3 112/8 114/10 122/11 171/1 196/24 198/4 222/12 251/11 271/1

**nose-related [1]** 222/12

**nosepiece [1]** 271/24

**noses [1]** 67/5

**nostril [2]** 67/17 120/6

**not [202]** 6/20 7/12 8/8 8/12 9/1 9/2 9/25 11/12 12/2 12/18 14/11 14/12 14/20 16/8 16/9 16/19 16/23 18/7 20/18 21/5 21/5 21/13 21/20 21/25 22/3 22/4 22/5 24/25 25/7 25/10 26/20 26/22 26/24 27/24 28/2 28/10 28/13 31/12 32/4 34/16 35/4 35/7 37/13 40/6 41/24 43/16 43/17 44/1 44/23 46/6 49/22 50/11 50/12 52/5 52/22 52/25 53/4 55/18 56/15 57/10 57/17 59/21 60/14 60/21 62/4 62/10 63/5 64/2 65/19 67/24 68/21 68/24 69/7 71/2 73/11 77/15 79/14 83/25 84/22 85/17 86/11 86/14 88/8 93/25 99/5 99/18 100/20 101/12 108/16 110/12 111/17 115/11 117/22 119/24 132/1 134/19 136/17 137/13 143/23 152/17 152/20 153/16 165/12 174/15 178/13 179/12 185/4 185/6 187/14 190/17 190/24 191/1 191/7 192/5 192/6 194/2 196/8 197/16 199/8 201/9 201/11 201/13 203/15 203/25 206/1 206/4 206/5 206/6 206/19 208/15 208/22 209/11 209/13 209/16 209/18 209/22 210/9 210/19 210/21 211/12 211/14 211/17 211/20 211/23 211/24 212/4 213/7 213/10 215/21 216/4 217/2 217/4 218/19 218/22 219/2 223/12 224/4 225/1 225/4 226/16 226/22 227/24 229/24 231/2 231/22 232/4 232/4 237/21 237/25 238/18 240/1 242/5 244/4 246/11 247/17 250/6 250/16 252/25 255/14 257/8 258/17 258/25 259/11 260/10 260/11 260/12 261/12 263/14 264/12 264/21 264/21 265/20 266/5 266/9 266/11 266/15 268/7 269/14 270/12 270/25 271/13 273/13

**note [17]** 12/11 12/16 12/25 20/5 22/24 23/10 23/13 25/17 29/10 30/11 40/17 53/22 97/10 97/23 99/24 102/21 169/12

**noted [2]** 93/16 99/22

**notes [1]** 276/5

**nothing [9]** 42/1 43/22 55/5 55/25 61/3 61/4 227/9 275/12 275/13

**notice [2]** 41/15 71/13

**novel [4]** 49/4 57/10 59/3 64/13

**novelty [1]** 50/3

**November [1]** 239/8

**November 15 [1]** 239/8

**now [184]** 6/13 15/12 17/12 26/11 26/14 31/4 37/15 38/4 38/18 44/16 48/10 50/14 50/15 51/19 53/25 55/7 56/24 58/12 59/6 59/23 59/25 61/6 61/17 63/1 64/2 65/23 66/11 67/21 68/6 68/13 71/21 81/18 85/17 90/21 91/1 92/2 92/13 92/24 93/5 95/2 96/25 97/22 101/20 102/15 103/12 107/10 114/25 115/17 117/8 125/19 125/24 126/22 127/12 128/3 133/3 134/4 134/20 135/15 139/25 143/21 147/3 152/5 152/22 154/4 155/24 156/22 157/25 158/25 158/25 162/8 162/11 166/4 166/16 167/7 170/17 172/24 174/12 174/14 179/17 179/22 180/25 181/8 185/20 185/25 186/21 190/16 192/13 192/16 193/9 193/23 194/13 196/1 196/2 200/6 200/23 201/17 202/6 205/24 206/14 207/20 210/3 210/19 211/14 213/14 216/3 218/18 219/9 220/6 220/11 221/7 221/11 223/16 224/7 225/10 229/3 229/16 229/19 230/2 230/15 230/21 231/12 233/9 235/13 236/7 236/19 237/2 237/24 239/10 239/19 240/4 241/3 241/12 241/13 242/6 242/10 243/24 244/7 244/18 245/14 245/23 246/13 247/3 249/8 250/10 250/10 250/14 250/20 251/21 251/22 252/13 252/14 253/6 253/9 254/16 254/23 255/16 257/9 257/19 258/4 258/5 259/7 260/4 260/8 260/16 261/21 262/8 263/24 263/25 264/9 265/7 265/22 266/6 266/17 267/5 268/13 268/15 268/17 269/8 269/18 271/7 271/15 272/6 273/9 273/19

**nowhere [8]** 261/10 261/14 261/16 268/17 268/25 269/21 269/24 270/3

**number [27]** 3/10 41/21 41/22 41/22 41/23 58/21 62/2 62/10 76/1 87/6 91/15 91/23 94/25 104/13 108/15 118/6 118/16 128/18 141/10 150/3 160/7 182/3 205/1 210/24 211/4 219/25 266/3

**Number 2 [1]** 141/10

**Number 8,809,322 [1]** 94/25

**numbers [6]** 14/5 14/10 83/18 161/16 162/5 195/21

**numerous [3]** 63/13 63/13 121/5

**O**

**oath [2]** 70/13 139/3

**obeyed [1]** 219/2

**object [6]** 7/19 93/12 97/7 99/25 223/20 223/22

**Objecting [1]** 223/24

**objection [38]** 5/10 5/12 5/20 7/20 8/5 80/22 94/10 97/23 97/25 102/18 102/20 102/21 107/6 127/8 130/17 135/8 135/19 135/25 136/3 138/13 138/19 145/17 149/12 155/2 157/21 171/21 174/7 174/8 183/7 189/14 195/4 204/4 212/7 214/7 215/12 222/14 245/19 261/25

**objections [3]** 70/18 80/11 80/12

**objective [2]** 64/20 67/13

**obligated [2]** 214/5 214/20

**observations [1]** 144/2

**observe [1]** 182/10

**observed [1]** 126/7

**observes [1]** 187/13

**obtain [4]** 24/14 113/23 134/23 169/5

**obtained [2]** 28/18 73/4

**obvious [15]** 20/20 22/3 24/21 42/6 48/17 48/21 50/12 50/23 51/14 56/9 61/21 62/1 64/25 79/11 213/21

**obviously [5]** 15/16 15/22 16/10 18/15 22/14

**obviousness [23]** 10/13 20/18 21/19 24/16 24/17 53/20 53/25 61/18 61/25 63/4 64/19 64/20 64/24 67/12 67/14 68/18 106/20 174/12 174/17 175/9 175/20 214/2 215/6

**occasions [1]** 87/4

**occupationally [1]** 108/9

**occupationally-acquired [1]** 108/9

**occur [2]** 44/13 51/17

**occurred [7]** 89/1 91/22 111/20 121/1 144/7 263/16 263/19

**occurring [1]** 46/25

**occurs [1]** 109/1

**October [4]** 1/12 230/7 230/18 231/7

**October 2006 [3]** 230/7 230/18 231/7

**ODE [1]** 41/25

**O**

**off [9]** 46/11 74/22 83/16 118/15 120/1 122/22 130/6 215/20 250/25
**off-label [6]** 46/11 74/22 118/15 120/1 122/22 130/6
**offer [2]** 55/21 228/21
**offered [4]** 72/1 105/14 106/8 137/3
**offerings [1]** 163/18
**offers [2]** 55/25 80/7
**Office [2]** 53/23 68/16
**officer [3]** 76/5 202/14 202/17
**Official [1]** 276/8
**oh [9]** 56/3 81/22 95/5 101/13 120/24 168/3 200/22 245/16 265/1
**oils [4]** 115/15 147/2 157/18 265/13
**okay [99]** 4/24 5/4 5/8 5/18 5/21 6/23 7/3 8/2 9/8 9/20 11/2 39/24 40/9 69/2 69/8 69/11 73/13 81/20 84/21 86/25 88/14 88/20 89/12 93/13 93/14 95/14 97/14 100/1 100/4 100/6 100/11 100/18 109/12 113/1 120/24 122/6 125/1 125/3 129/12 136/3 137/5 137/14 137/15 138/2 138/7 138/16 138/21 138/22 140/4 140/11 143/25 144/8 146/13 146/16 147/20 152/8 152/14 157/8 158/25 159/19 164/17 166/19 166/23 167/15 168/4 169/1 170/24 172/3 172/6 176/8 176/9 185/25 187/3 187/4 187/22 192/23 194/19 195/23 200/22 205/10 205/14 205/23 216/1 217/7 217/13 217/21 218/10 230/3 230/6 230/23 239/6 242/18 250/9 250/17 255/23 255/24 260/8 262/12 271/18
**olden [1]** 111/14
**omnibus [1]** 75/16
**once [7]** 7/21 21/21 70/20 128/17 128/17 208/15 253/13
**one [160]** 7/10 7/12 8/7 11/7 12/6 13/8 13/9 15/13 15/21 17/8 17/25 18/2 19/6 19/17 19/18 20/1 20/13 21/14 21/25 22/3 22/14 23/6 23/9 24/3 24/13 25/1 25/3 25/14 26/6 26/21 27/8 27/15 28/14 28/15 29/7 29/10 29/20 29/25 30/9 30/25 31/8 32/2 33/14 33/16 33/18 33/20 33/23 37/2 37/14 39/14 39/18 40/11 41/7 46/24 47/18 49/10 49/14 53/1 56/24 57/3 60/8 61/19 61/22 66/16 66/20 67/10 68/9 69/5 75/22 75/25 77/9 78/10 79/2 79/7 79/21 79/22 82/8 86/20 87/17 91/20 97/10 98/9 103/21 107/19 107/23 108/8 115/14 118/12 120/24 126/22 129/16 133/21 138/4 139/21 144/13 146/23 147/8 150/5 152/16 156/23 158/19 158/25 160/25 161/21 164/20 168/11 169/15 172/3 172/5 174/19 180/13 185/11 187/5 193/15 194/18 195/1 195/16 196/22 204/21 204/22 205/6 206/5 208/2 208/5 208/7 208/8 208/9 208/11 209/14 211/7 213/19 215/15 215/16 217/20 225/10 228/16 228/23 229/3 229/6 232/9 232/23 235/20 237/11 237/15 238/18 239/25 244/8 248/16 249/18 249/21 254/12 258/5 262/9 262/11 264/17 265/20 266/12 266/14 268/21 274/5
**one-minute [1]** 8/7
**ones [9]** 33/14 34/21 122/9 154/2 165/6 167/9 173/11 175/13 176/17
**only [39]** 5/12 11/7 15/6 15/7 15/22 16/17 19/17 21/1 22/3 24/25 25/10 26/3 43/4 43/16 45/24 47/17 48/14 53/13 54/14 56/13 62/1 65/7 101/11 148/16 195/21 221/20 222/2 222/4 222/7 222/11 222/19 222/23 223/6 223/12 252/7 254/12 262/9 266/12 266/14
**onset [2]** 13/25 133/20
**open [1]** 87/2
**opened [1]** 205/6
**opening [7]** 5/6 7/13 8/6 9/14 10/5 60/17 237/21
**openings [1]** 6/22
**operate [1]** 168/18
**operating [1]** 76/5
**operative [1]** 214/20
**Ophthalmic [1]** 222/22
**opine [4]** 50/22 210/19 210/21 213/20
**opined [2]** 152/22 190/25
**opinion [26]** 79/9 131/13 131/16 131/17 131/20 131/23 155/10 158/1 158/8 159/16 161/7 173/23 174/12 174/16 174/21 175/20 192/8 215/9 215/10 219/17 220/1 228/10 228/16 228/23 234/2 258/10
**opinions [12]** 105/12 105/23 106/8 106/11 106/15 126/23 136/20 137/2 137/10 155/8 218/23 237/19
**opioid [1]** 76/25
**opportunities [1]** 117/19
**opportunity [4]** 6/21 40/18 198/11 218/4
**opposing [1]** 216/14
**opposite [1]** 153/12
**optimal [1]** 185/7
**optimization [2]** 15/12 21/23
**optimize [7]** 25/4 26/6 32/17 177/11 184/9 186/1 186/1
**optimized [8]** 24/9 25/9 25/24 26/2 30/2 32/7 32/10 148/7
**optimizing [1]** 26/17
**option [5]** 46/3 46/10 62/6 134/1 248/12
**optional [1]** 256/9
**options [20]** 25/4 25/7 25/8 27/7 27/15 29/20 36/18 36/19 37/6 37/8 45/21 46/16 62/10 65/24 131/2 165/5 180/6 230/4 256/13 256/15
**oral [6]** 35/24 36/12 46/3 46/6 118/11 170/25
**order [11]** 8/8 9/10 26/1 35/14 87/6 89/18 90/17 99/4 117/1 134/25 272/2
**orderly [1]** 218/9
**orders [3]** 123/17 127/25 135/3
**ordinarily [1]** 197/12
**ordinary [101]** 15/13 17/10 18/24 19/7 20/1 21/14 22/1 24/20 25/3 27/8 29/25 31/8 42/8 51/15 55/17 68/8 101/5 104/15 104/19 105/15 105/25 106/4 116/25 127/1 130/3 134/14 142/24 145/8 148/12 149/5 153/13 153/18 153/19 158/8 161/4 161/9 161/11 162/12 162/21 163/10 165/2 166/25 167/9 168/9 169/20 170/5 170/13 170/19 170/21 171/10 173/16 174/1 175/21 176/6 176/19 177/2 177/19 177/20 178/15 178/23 179/2 179/22 180/7 180/11 181/11 182/9 183/11 183/23 184/9 185/20 185/25 187/18 189/21 190/3 190/7 190/13 190/14 190/16 190/22 191/1 191/12 192/9 193/23 194/5 195/9 196/1 196/5 196/9 196/20 197/3 197/6 197/11 197/16 197/20 197/25 198/5 198/16 198/24 199/14 200/3 200/14
**organic [12]** 114/6 153/16 153/25 154/1 199/8 235/9 236/7 236/10 236/13 258/20 265/25 266/4
**orient [1]** 11/5
**orientation [1]** 112/14
**oriented [1]** 21/4
**orifice [3]** 271/24 272/12 274/8
**original [1]** 141/7
**orphan [5]** 41/5 41/6 41/8 41/9 41/20
**other [106]** 4/16 6/9 8/3 8/20 14/6 16/3 16/17 16/18 17/1 31/13 33/6 33/11 33/24 36/23 37/6 37/25 39/7 39/7 39/9 39/10 46/3 53/3 53/7 56/7 57/19 63/23 63/23 64/18 64/19 65/23 66/20 68/8 79/20 84/6 85/2 87/23 92/9 92/11 101/23 109/4 111/24 112/3 115/17 115/24 116/23 117/4 117/15 117/17 117/19 118/21 119/4 123/22 148/17 148/21 148/23 156/25 162/19 167/19 167/22 167/23 168/1 168/4 168/6 168/8 168/16 168/19 169/16 171/18 171/25 176/17 176/19 179/9 180/10 181/19 181/19 182/21 183/16 184/13 187/7 187/22 189/5 191/25 194/25 197/23 200/7 215/17 218/6 228/18 228/24 229/2 230/18 232/20 232/20 234/8 242/1 243/5 244/18 246/22 249/21 253/2 256/13 256/15 258/20 264/7 268/21 270/13
**others [12]** 33/21 33/22 81/12 139/10 139/14 144/18 165/9 171/1 181/16 195/14 237/14 267/1
**our [36]** 3/12 3/24 4/6 4/14 4/20 4/24 5/12 5/20 10/12 13/12 14/12 14/20 14/23 15/9 17/6 31/12 31/25 32/21 33/6 35/21 58/20 59/13 69/16 76/13 78/5 85/8 89/22 92/19 118/20 131/25 207/24 223/10 234/8 273/13 274/17 275/12
**out [29]** 7/5 9/10 11/25 34/16 39/12 58/23 59/5 59/15 63/24 77/20 84/13 107/25 109/19 110/3 134/2 136/1 138/17 144/1 181/15 184/15 185/4 207/20 207/22 223/10 223/21 223/24 231/12 241/20 246/10
**out-licensed [1]** 77/20
**outcomes [1]** 169/5
**outfit [1]** 75/10
**outfitting [1]** 75/7
**outset [7]** 21/17 22/7 24/17 28/12 50/15 60/18

**O**


**outset... [1]** 63/1
**outside [10]** 53/11 62/9 75/13 102/23 136/4 225/15 225/21 226/2 226/14 275/3
**oval [1]** 187/15
**over [22]** 13/13 17/17 34/4 34/11 34/12 34/13 44/13 45/6 65/10 74/9 87/11 90/13 94/3 97/20 109/19 171/16 194/7 242/14 246/5 261/4 261/7 263/13
**over-sedated [1]** 94/3
**overall [3]** 142/22 154/23 177/18
**overcomes [1]** 252/14
**overdose [1]** 76/25
**overlook [1]** 57/13
**Overruled [4]** 214/11 222/16 224/3 262/1
**overtalk [1]** 208/23
**overview [2]** 72/12 72/14
**own [13]** 61/7 63/2 66/2 66/4 80/16 85/8 87/23 116/5 116/17 119/18 128/22 176/11 267/20
**owner [1]** 77/14
**ownership [1]** 77/10
**owns [1]** 34/18
**oxalic [1]** 243/16
**oxide [1]** 164/8
**oxygen [1]** 39/6


**P**


**P-A-U-L [1]** 70/10
**p.m [1]** 275/16
**package [3]** 40/19 40/21 106/23
**page [77]** 31/22 59/16 81/24 89/11 91/6 92/3 92/3 92/13 96/19 126/9 127/23 129/19 129/21 131/18 131/20 132/13 137/25 141/9 141/16 141/19 143/5 143/13 143/21 144/23 150/19 151/22 151/23 152/5 152/8 153/1 153/1 153/5 154/7 154/8 163/7 163/23 164/3 164/14 164/16 165/24 165/24 166/21 168/24 169/24 170/15 171/8 180/25 182/6 187/2 205/18 219/12 220/9 220/14 225/8 226/9 227/15 229/21 230/4 230/15 231/4 238/3 238/11 244/17 247/1 249/10 250/21 250/24 250/24 251/22 251/23 252/13 254/18 255/21 256/10 257/6 259/7 259/12
**Page 009 [1]** 187/2
**Page 11 [2]** 152/5 152/8
**Page 13 [2]** 259/7 259/12
**Page 14 [3]** 153/1 153/5 255/21
**Page 145 [1]** 59/16
**Page 15 [4]** 153/1 154/7 154/8 254/18
**Page 17 [1]** 238/3
**Page 2 [1]** 205/18
**Page 28 [1]** 226/9
**Page 3 [1]** 141/19
**Page 349 [1]** 92/3
**Page 4 [4]** 164/3 219/12 225/8 227/15
**Page 5 [1]** 247/1
**Page 6 [1]** 143/21
**Page 7 [4]** 144/23 150/19 249/10 250/24
**Page 8 [5]** 151/23 250/21 250/24 251/22 251/23
**pages [10]** 167/8 170/2 170/3 221/9 223/14 223/18 231/2 253/6 253/7 253/9
**pages 14 [2]** 253/6 253/9
**Pages 9 [1]** 221/9
**Pagination [1]** 250/24
**paid [1]** 170/6
**pain [1]** 143/23
**Paliperidone [1]** 80/4
**palmitate [1]** 80/4
**palsy [1]** 123/22
**Pang [7]** 130/25 131/5 133/3 133/4 134/4 134/8 134/15
**paper [18]** 81/15 81/19 81/21 82/2 85/13 90/24 92/17 92/24 93/3 125/25 131/4 131/8 141/4 142/14 156/15 177/14 187/10 260/7
**paradigm [1]** 108/5
**paragraph [57]** 20/12 23/4 86/20 95/11 100/17 145/2 146/23 151/12 151/14 151/24 152/1 152/11 153/5 156/1 156/9 156/10 156/14 157/2 157/3 157/5 158/24 159/23 160/3 173/2 173/4 173/6 195/23 219/21 219/22 221/15 221/20 222/9 225/13 234/20 234/22 235/2 235/21 236/7 236/18 241/5 251/1 262/13 264/5 264/8 265/8 265/14 265/22 266/17 266/23 268/14 269/1 269/8 271/20 271/21 272/20 272/25 273/19
**Paragraph 15 [4]** 156/1 158/24 159/23 160/3
**Paragraph 3 [1]** 95/11
**Paragraph 30 [8]** 157/2 157/3 157/5 264/8 265/14 265/22 266/17 266/23
**Paragraph 37 [1]** 269/8
**Paragraph 47 [3]** 271/20 272/20 273/19
**Paragraph 49 [1]** 234/22
**Paragraph 51 [2]** 234/20 235/2
**Paragraph 54 [1]** 235/21
**Paragraph 55 [1]** 236/7
**Paragraph 85 [7]** 23/4 156/10 156/14 262/13 264/5 268/14 269/1
**Paragraph 88 [2]** 173/4 195/23
**paragraphs [4]** 20/13 97/16 172/16 235/14
**Paragraphs 49 [1]** 172/16
**paralegal [1]** 4/14
**parallel [6]** 79/2 99/6 118/21 126/3 131/25 182/15
**paralyze [1]** 144/13
**paramedic [1]** 128/9
**paramedics [4]** 108/8 108/14 123/17 128/2
**parameters [11]** 13/20 57/14 57/25 89/16 90/3 99/15 113/10 113/14 143/2 186/10 186/22
**parent [2]** 122/14 259/1
**parenteral [3]** 101/3 101/6 241/8
**part [22]** 8/8 19/17 19/18 24/25 52/21 59/10 72/11 84/6 100/3 109/14 115/22 115/23 138/7 138/14 166/5 170/7 185/22 207/3 214/2 215/5 225/7 227/12
**parter [1]** 255/20
**particles [5]** 109/21 109/22 114/19 187/12 188/22
**particular [25]** 5/15 16/10 44/4 48/3 48/24 54/22 55/1 63/12 65/4 97/15 107/23 107/23 126/5 134/2 140/8 151/3 166/18 183/25 231/16 231/22 233/24 237/5 269/22 269/25 274/1
**particularly [8]** 55/4 62/17 165/12 167/10 170/13 198/20 251/24 264/23
**parties [1]** 79/7
**parts [3]** 14/17 95/25 110/20
**party [2]** 80/1 106/1
**passed [1]** 40/19
**paste [7]** 61/3 172/14 233/16 233/17 233/19 233/20 234/3
**pastes [2]** 234/11 234/18
**PATEL [3]** 2/6 4/6 193/17
**patent [100]** 11/8 11/11 11/12 11/13 11/16 12/2 12/5 12/7 13/3 13/7 13/11 13/19 14/4 15/19 15/23 16/18 16/18 19/14 19/22 21/5 25/11 25/12 25/16 25/20 29/25 32/15 38/8 38/17 38/19 40/16 41/3 41/4 41/7 41/11 41/19 41/24 42/2 47/20 47/24 47/25 48/8 51/7 53/23 60/25 66/4 68/16 77/11 79/11 94/15 94/25 95/2 95/16 95/19 95/21 95/23 96/4 96/13 98/18 100/8 101/17 101/18 103/7 103/9 103/12 103/13 103/18 107/5 117/18 136/15 136/21 137/21 140/17 145/24 146/1 148/1 155/11 155/17 156/8 158/7 159/17 172/9 173/9 175/16 184/17 208/11 210/3 210/5 210/6 238/15 238/21 239/4 239/7 239/11 239/12 240/9 241/6 250/8 260/16 260/20 264/1
**patentable [2]** 210/9 210/14
**patents [32]** 10/10 10/11 11/5 11/6 11/7 22/11 24/1 25/19 30/19 36/1 38/12 40/15 41/11 41/18 42/21 43/8 47/4 47/5 47/6 63/11 67/20 68/2 76/2 77/21 78/7 78/16 94/17 104/19 106/9 146/6 155/12 265/18
**paths [1]** 178/8
**patient [24]** 29/17 29/23 36/20 45/16 46/5 82/24 93/4 93/5 93/19 107/2 112/13 112/16 120/3 129/10 134/18 134/23 143/3 145/10 177/13 177/23 178/5 178/13 191/11 191/15
**patient's [1]** 45/16
**patients [19]** 34/8 44/8 44/12 44/14 44/20 45/7 45/7 46/8 46/11 47/2 65/22 108/7 128/1 128/10 129/7 130/7 132/9 185/19 207/14
**patients' [1]** 45/23
**pattern [5]** 24/14 99/13 187/10 187/20 188/5
**Paul [4]** 70/7 70/10 70/12 215/2
**Pavel [1]** 45/3
**pay [1]** 234/14
**payments [1]** 77/16
**PDF [1]** 250/24
**PDX [3]** 59/23 223/18 253/14
**PDX-1-22 [1]** 59/23
**PDX-5-1 [1]** 223/18
**PDX-5-2 [1]** 253/14
**peak [4]** 13/23 88/23 89/5 125/15
**peer [2]** 49/7 78/14
**peer-reviewed [2]** 49/7 78/14
**PEG [140]** 16/7 18/20 18/21 19/4 19/20 19/21 19/24 19/24 19/25 20/12 20/16 20/22 20/25 21/2 23/2 26/22 27/17 28/3 28/9 28/21 28/25 29/1 30/4 30/25 37/18 37/23 38/9 39/12 39/14 39/16 39/18 43/20 48/5 48/20 49/9 50/13 52/13 52/17 52/20 52/22 53/5 53/7 55/6 62/15 62/18 63/7 64/12 97/3 97/4 98/6 98/7 98/11 140/7 147/1

P


**PEG... [86]** 147/10 147/23 152/15 154/3 157/17 160/11 160/12 161/17 164/20 165/18 165/20 171/15 172/20 172/21 172/21 172/21 172/23 178/10 182/16 183/12 190/4 190/8 196/4 198/18 199/20 203/4 205/24 205/24 205/25 208/20 210/19 210/21 211/5 211/8 220/3 220/4 220/12 220/22 220/25 224/8 225/2 225/11 227/7 228/13 228/13 228/13 228/14 228/17 228/20 228/23 229/9 229/13 230/7 233/1 233/6 236/3 236/20 241/14 242/4 243/2 244/2 244/21 247/17 247/17 248/7 248/24 253/5 254/13 256/7 258/7 260/12 261/18 262/18 262/20 266/10 266/24 267/2 267/9 267/11 267/17 268/1 268/5 272/16 272/20 272/21 272/23
**PEG 3 [1]** 224/8
**PEG 400 [7]** 97/4 98/7 98/11 199/20 203/4 205/25 208/20
**PEGs [83]** 20/14 27/1 27/2 27/10 27/10 27/12 27/22 27/24 27/25 28/7 31/15 38/2 39/7 39/7 39/9 39/10 39/19 49/11 52/21 53/17 54/14 54/21 54/24 55/3 63/23 160/14 161/8 163/12 163/13 163/24 163/25 164/5 165/14 166/6 166/11 166/16 167/16 167/25 168/15 169/10 170/1 170/8 170/18 171/4 171/14 172/1 172/11 175/8 176/1 178/8 178/11 180/7 191/25 197/2 210/25 211/12 212/3 219/13 221/16 221/20 222/2 222/4 222/7 222/20 222/23 223/3 223/12 225/22 227/11 227/22 228/2 228/10 228/17 228/18 228/23 228/24 229/4 229/6 238/9 240/3 258/15 261/23 267/8
**pen [2]** 90/15 90/24
**pen-and-pencil/paper [1]** 90/24
**pencil [2]** 90/15 90/24
**pending [4]** 135/19 136/2 138/18 209/1
**people [6]** 44/10 83/17 88/9 94/2 125/8 259/19
**peptides [1]** 148/21
**per [28]** 12/13 85/4 86/3 87/17 87/24 88/25 89/22 97/2 98/5 98/10 124/23 125/14 125/17 125/22 126/2 126/18 133/19 142/1 142/2 142/20 142/21 143/17 150/15 151/18 152/2 154/13 252/22 263/9
**percent [44]** 16/2 16/3 26/3 83/15 83/20 86/3 89/25 102/14 102/14 113/2 113/5 142/23 146/16 146/17 148/10 151/4 151/4 154/15 154/15 154/16 154/16 159/8 159/8 159/9 159/10 186/14 187/6 187/7 188/9 192/5 193/12 193/22 194/4 194/7 194/22 211/6 231/7 249/1 249/4 249/14 249/15 253/23 254/2 263/6
**percentage [5]** 101/15 187/16 188/14 188/15 196/25
**perfect [1]** 11/1
**perfectly [1]** 259/2
**perform [4]** 62/8 75/9 142/7 142/11
**performance [1]** 68/3
**performed [3]** 22/12 143/10 157/25
**performing [2]** 90/24 125/6
**perhaps [4]** 6/22 61/10 92/9 196/24
**perineum [1]** 191/24
**period [4]** 44/14 74/4 76/18 206/14
**permeate [1]** 116/18
**permeation [3]** 116/23 260/2 260/3
**Perry [1]** 4/14
**persisted [1]** 65/1
**person [108]** 17/9 18/24 24/19 42/7 48/21 50/23 51/15 52/25 55/7 55/11 55/17 56/16 57/14 57/24 60/5 60/19 61/5 61/14 62/8 85/18 100/21 100/23 101/5 104/15 104/18 105/15 105/25 106/3 115/24 116/25 127/1 130/2 134/14 142/24 145/8 146/5 148/12 149/5 153/13 153/17 153/19 158/8 161/4 161/9 161/11 162/11 162/21 163/10 165/2 166/25 167/9 168/9 169/20 170/5 170/12 170/19 170/21 171/10 173/16 173/25 175/21 176/5 176/19 177/2 177/19 177/20 178/15 178/23 179/2 179/22 180/7 180/10 181/11 182/9 183/11 183/23 184/8 185/20 185/25 187/18 189/21 190/3 190/7 190/13 190/16 190/22 190/25 191/12 192/8 193/23 194/5 195/9 196/1 196/5 196/9 196/20 197/3 197/6 197/11 197/16 197/20 197/25 198/5 198/16 198/25 199/14 200/2 200/14
**person's [1]** 94/6
**personal [1]** 237/12
**personnel [4]** 29/15 29/16 75/11 132/3
**persons [1]** 171/25
**perspective [1]** 164/12
**pertain [2]** 96/4 128/7
**pertinent [1]** 173/16
**PETER [3]** 2/6 4/8 6/10
**Peter Giunta [1]** 6/10
**Pfeiffer [7]** 86/10 185/9 187/8 206/23 270/13 271/14 274/6
**Pfeiffer Corporation [1]** 86/10
**Pfizar [1]** 185/9
**Pfizer [1]** 185/9
**pH [14]** 57/6 84/7 84/11 114/1 114/3 114/20 114/22 114/24 120/8 120/9 121/24 153/6 154/21 257/2
**pH 4 [2]** 84/7 121/24
**Pharma [4]** 66/19 66/23 67/8 250/5
**pharmaceutical [49]** 12/15 12/24 16/5 16/20 19/14 19/22 19/23 20/2 27/5 47/18 49/6 49/15 54/16 54/25 59/19 60/23 61/12 65/11 66/13 67/15 67/16 75/1 77/6 80/10 96/5 100/23 101/2 101/10 102/8 104/8 105/5 115/13 150/10 156/4 158/16 159/21 162/15 162/16 162/19 163/14 166/9 166/12 180/12 181/7 186/20 201/18 223/11 237/3 237/12
**pharmaceutically [5]** 27/4 102/10 158/23 160/1 160/21
**pharmaceuticals [8]** 54/13 55/4 182/5 221/12 221/16 222/19 223/3 223/7
**pharmaceutics [2]** 49/2 105/2
**pharmacies [1]** 135/2
**pharmacist [4]** 17/16 72/3 72/6 201/10
**pharmacodynamic [4]** 90/3 90/4 91/2 143/11
**pharmacodynamics [1]** 81/8
**pharmacokinetic [8]** 87/24 89/16 99/1 142/13 142/18 143/2 143/11 272/13
**pharmacokinetics [8]** 14/18 14/22 22/18 81/7 90/2 91/1 98/20 99/10
**pharmacology [2]** 72/4 105/2
**Pharmacopeia [3]** 27/6 30/8 166/10
**Pharmacopoeia [2]** 166/8 180/20
**pharmacy [9]** 49/3 72/9 73/5 73/14 73/17 75/3 86/1 105/2 135/1
**pharynx [1]** 110/7
**phase [4]** 121/15 139/8 139/9 139/12
**phases [2]** 74/10 139/7
**phone [1]** 71/10
**phosphoric [1]** 243/18
**phrase [1]** 219/18
**physical [10]** 27/22 116/6 116/17 168/8 169/3 171/4 178/20 212/3 212/24 231/13
**physically [2]** 168/5 168/6
**physician [7]** 111/22 112/6 124/5 127/25 128/9 134/25 135/3
**physician-derived [1]** 127/25
**physicians [5]** 45/12 45/18 46/4 83/10 202/25
**physiology [1]** 110/15
**pick [1]** 274/20
**picture [5]** 91/5 109/7 110/16 113/11 189/5
**pictures [1]** 111/11
**piece [2]** 112/5 223/25
**Pill [1]** 221/24
**pilot [8]** 32/3 32/4 32/6 32/9 32/20 33/9 33/15 209/7
**PK [1]** 213/11
**pKa [1]** 114/1
**place [3]** 111/24 127/3 222/11
**placebos [3]** 86/14 185/1 206/20
**placed [3]** 41/3 109/17 270/22
**places [4]** 131/15 162/19 219/25 229/2
**plain [1]** 225/17
**plaintiff [1]** 103/10
**plaintiffs [10]** 1/5 1/24 3/14 10/1 10/17 21/21 40/12 42/19 95/3 105/14
**plaintiffs' [6]** 31/19 45/2 48/25 65/19 105/19 105/22
**plan [1]** 115/12
**plant [1]** 207/22
**plasma [2]** 124/14 125/15
**play [5]** 22/1 179/18 214/25 216/12 217/17
**plays [1]** 215/2
**please [26]** 3/7 33/5 42/17 59/24 69/20 69/25 70/4 70/5 70/16 70/23 90/6 91/5 119/11 122/3 135/24 166/22 176/22 196/16 201/3 214/15 215/17 217/8 218/11 236/25 254/19 271/20
**plume [29]** 86/17 86/18 112/8 114/16 114/18 176/12 177/15 179/7 179/17 179/18 179/25 184/10 184/15 185/5 186/2 187/11 191/8 211/25 212/5 213/5 232/2 269/19 269/22 269/25 270/4 270/10

**P**

**plume... [3]** 270/19 270/23 272/12
**plumes [2]** 260/14 271/2
**plunger [1]** 112/7
**plus [2]** 112/22 113/1
**point [27]** 7/6 16/15 19/6 25/2 28/4 28/12 33/21 33/22 34/6 34/9 34/16 35/1 43/20 61/6 61/7 69/3 69/6 95/25 115/5 120/14 135/13 136/24 138/4 202/8 219/20 227/24 241/20
**pointed [4]** 58/12 59/7 231/12 268/10
**pointing [4]** 18/7 26/12 58/13 58/19
**points [4]** 53/11 56/19 133/22 189/10
**polar [1]** 168/7
**polyethylene [73]** 11/20 11/24 11/25 18/12 18/17 18/25 19/3 19/3 19/5 19/9 19/21 23/6 30/21 38/20 38/25 39/1 43/8 48/5 52/5 52/9 54/14 86/4 96/8 96/9 102/11 102/12 104/11 147/14 147/23 147/24 149/4 154/15 156/6 156/20 159/3 160/6 160/12 161/2 161/7 162/13 162/22 163/9 163/9 164/5 164/6 175/12 175/23 181/8 182/8 219/18 219/19 220/4 225/22 225/23 229/23 230/2 230/4 230/12 230/16 235/5 238/4 255/10 256/12 261/13 261/16 265/4 267/3 267/5 272/1 272/15 272/17 272/19 273/4
**polyhydroxy [10]** 157/17 236/5 264/23 264/25 265/5 266/7 266/9 266/11 266/15 266/25
**polymer [10]** 61/2 104/13 162/1 182/13 233/16 233/19 234/3 234/11 234/18 241/1
**polymers [4]** 164/7 225/24 228/7 235/5
**polysorbate [3]** 98/7 235/21 244/25
**polysorbate 80 [1]** 98/7
**polysorbates [1]** 235/22
**poor [2]** 56/25 112/9
**poorly [6]** 56/6 252/7 252/10 257/9 258/12 258/22
**population [1]** 125/5
**portfolio [2]** 208/9 208/12
**portion [6]** 32/2 111/9 113/6 113/9 133/13 168/23
**portions [2]** 109/4 158/19
**POSA [24]** 53/4 55/23 56/21 62/23 100/21 106/18 106/24 175/10 212/2 212/25 225/11 228/17 228/24 229/3 234/2 234/10 234/17 237/15 249/19 258/17 268/15 271/12 271/15 273/17
**POSA's [1]** 258/5
**POSAs [1]** 225/6
**pose [2]** 44/19 45/11
**position [7]** 10/12 24/18 60/24 69/7 84/14 112/12 112/16
**positions [2]** 9/15 64/10
**positive [2]** 26/4 148/10
**possess [1]** 262/3
**possible [7]** 45/17 165/5 250/4 251/13 251/16 252/22 265/19
**possibly [1]** 214/10
**post [4]** 73/6 137/18 138/2 138/19
**post-degree [1]** 73/6
**post-trial [3]** 137/18 138/2 138/19
**posted [1]** 89/18
**postictal [1]** 46/9
**potency [2]** 113/19 113/22
**potent [3]** 84/3 111/2 115/8
**potential [11]** 62/10 77/8 77/11 82/7 91/12 117/5 179/10 206/15 232/17 264/3 265/21
**potentially [1]** 256/10
**pouring [1]** 46/13
**povidine [1]** 152/15
**povidone [7]** 152/15 154/3 154/16 254/7 254/9 255/14 256/17
**powder [2]** 156/21 263/1
**power [1]** 5/22
**PowerPoint [2]** 38/21 61/7
**practical [2]** 105/5 105/6
**practice [3]** 106/19 123/16 126/4
**practiced [1]** 200/11
**praise [5]** 37/3 37/5 37/11 64/14 64/18
**praises [1]** 37/6
**pre [2]** 31/22 209/8
**pre-IND [2]** 31/22 209/8
**preceded [2]** 81/19 82/3
**precise [1]** 111/1
**precisely [1]** 68/10
**preclinical [1]** 66/23
**precursor [1]** 202/10
**predecessor [1]** 31/18
**predecessors [1]** 76/1
**predictable [5]** 43/21 62/2 62/7 62/23 63/6
**predictive [1]** 169/18
**preface [1]** 153/15
**preferable [1]** 14/2
**preferably [2]** 154/22 154/24
**preferred [1]** 251/24
**prehospital [1]** 132/3
**prejudice [1]** 137/1
**premature [1]** 6/13
**premedicate [1]** 83/16
**preoperative [2]** 123/14 124/22
**preparation [1]** 193/11
**prepare [2]** 57/6 153/6
**prepared [15]** 34/11 71/21 72/11 102/2 103/20 104/21 128/4 149/3 169/11 184/2 193/13 194/13 196/14 223/17 275/1
**preps [1]** 101/2
**prescribe [1]** 201/15
**prescribed [4]** 36/11 36/12 36/17 65/18
**prescription [3]** 134/25 194/21 195/13
**presence [3]** 116/17 151/4 196/3
**present [8]** 16/8 31/6 52/24 129/7 137/11 145/6 159/7 251/25
**presentation [3]** 9/11 39/4 182/20
**presented [6]** 7/23 32/25 38/22 89/7 121/1 182/24
**presents [1]** 89/15
**preservative [2]** 116/13 245/12
**Preservatives [1]** 256/25
**press [1]** 112/7
**presume [2]** 229/18 232/22
**pretrial [1]** 5/13
**pretty [4]** 113/2 196/7 212/25 216/9
**prevail [1]** 51/25
**prevent [1]** 46/25
**previewing [1]** 15/12
**previous [9]** 58/14 58/19 59/18 125/21 131/25 143/5 176/24 190/20 231/4
**previously [6]** 78/23 154/2 161/24 164/11 171/3 175/6
**primary [8]** 10/12 10/12 43/14 46/3 50/18 51/8 114/10 117/13
**principally [1]** 119/5
**principle [1]** 26/8
**print [2]** 192/21 192/24
**prior [75]** 11/13 11/14 12/21 13/1 14/9 14/21 17/8 18/7 25/12 25/20 29/8 32/9 32/16 38/1 43/2 43/5 43/10 43/14 43/16 45/22 47/16 49/17 50/18 50/20 51/2 52/1 55/21 55/25 57/2 58/22 58/22 60/11 61/15 62/13 63/3 64/3 65/8 65/24 65/25 66/3 66/6 66/20 68/17 79/21 82/9 114/5 123/6 127/5 161/14 161/18 161/23 177/11 178/11 179/23 180/10 196/12 199/4 206/12 209/15 211/20 211/24 212/4 213/3 213/7 213/10 216/8 217/14 229/12 267/15 267/19 267/25 267/25 268/8 268/9 268/10
**priority [14]** 11/11 25/20 29/24 36/1 47/22 61/13 66/6 95/21 150/1 150/3 165/21 209/23 209/24 238/23
**privately [1]** 64/3
**Privitera [4]** 4/19 35/18 37/4 65/21
**probably [12]** 9/2 15/20 28/10 34/19 39/21 74/9 78/13 151/3 208/4 208/7 232/24 274/15
**problem [8]** 45/21 64/25 84/7 144/20 196/8 206/17 251/22 252/14
**problematic [1]** 271/11
**problems [2]** 117/6 248/15
**procedure [2]** 83/5 125/10
**proceed [3]** 71/3 218/11 275/8
**proceeding [2]** 120/24 276/6
**proceedings [2]** 3/4 275/16
**process [5]** 71/16 115/22 179/19 204/14 272/10
**Processing [1]** 223/11
**produce [1]** 14/17
**produced [1]** 99/9
**product [82]** 17/18 21/7 30/17 31/8 31/10 31/11 31/20 34/1 34/17 37/6 40/18 40/23 40/25 41/1 41/5 41/15 41/16 41/18 42/22 42/23 43/4 43/5 43/15 45/24 46/13 47/19 49/14 49/15 50/10 59/11 59/19 65/4 65/5 65/7 65/9 76/10 76/20 76/23 78/3 79/24 82/16 83/21 85/16 85/19 87/10 108/16 110/19 111/4 111/8 111/22 113/7 114/14 116/14 117/20 121/4 121/10 121/17 123/3 127/3 127/4 163/7 163/20 164/1 164/4 177/22 180/1 180/3 185/15 193/21 194/9 194/11 198/10 203/13 203/20 204/2 204/6 204/10 205/19 210/14 244/9 244/13 244/16
**production [1]** 75/9
**productions [1]** 41/14
**products [42]** 12/15 28/19 31/7 33/3 33/3 33/4 47/18 53/17 58/9 59/11 59/18 59/21 67/24 73/23 78/19 78/21 82/7 107/22 108/4 110/14 114/4 114/7 147/23 164/18 169/14 171/13 175/14 179/21 181/19 181/19 183/18 194/13 194/19 194/25 208/1 208/2 208/5 208/12 227/12 227/19 259/23 270/17
**professional [2]** 72/8

**P**

**professional... [1]** 73/2
**professor [5]** 47/6 49/1 72/9 73/20 77/7
**profile [2]** 145/5 274/24
**profiles [2]** 164/2 164/4
**progress [4]** 75/4 93/22 120/11 120/20
**progression [1]** 75/6
**project [8]** 203/19 203/25 204/1 204/5 204/10 204/13 205/18 209/17
**projection [1]** 110/3
**projections [3]** 7/17 41/15 41/25
**projects [1]** 75/16
**prolonged [1]** 132/6
**promising [1]** 24/2
**pronounce [1]** 146/3
**pronunciation [1]** 34/20
**proper [1]** 90/25
**properly [1]** 108/2
**properties [24]** 14/23 27/17 27/20 27/22 28/2 39/16 39/17 53/18 57/23 62/13 84/4 116/17 166/16 166/25 167/7 168/8 169/3 170/8 171/4 178/20 212/24 223/22 224/5 267/6
**property [1]** 75/7
**proponents [3]** 50/6 58/13 59/9
**proportions [2]** 28/21 167/17
**proposed [5]** 48/10 59/2 59/9 59/22 125/19
**proprietary [1]** 270/13
**propylene [76]** 16/6 18/13 18/17 23/7 30/22 48/4 55/13 55/22 56/2 62/15 62/19 86/5 97/4 98/7 98/11 102/11 140/7 140/16 141/14 141/21 147/1 151/4 152/14 154/3 154/14 156/6 156/20 157/17 159/1 181/14 190/4 190/8 196/22 197/4 197/17 197/22 198/18 199/19 203/6 205/25 208/20 229/25 230/24 231/6 241/14 242/4 243/2 244/19 247/19 248/9 249/1 249/14 249/19 253/1 253/2 253/21 253/24 254/2 254/9 255/4 256/3 257/10 257/17 257/20 258/1 258/6 258/11 258/14 263/3 263/6 265/3 266/24 267/5 267/11 272/2 273/4
**prosecution [1]** 53/24
**protect [2]** 39/15 41/18
**protected [1]** 142/10
**protective [1]** 8/8
**protein [1]** 114/11
**proteins [2]** 39/15 148/21
**protocol [7]** 29/14 29/15 29/16 129/5 129/6 130/4 132/20
**protocols [4]** 29/14 127/24 127/25 128/3
**prove [2]** 48/16 68/22
**provide [29]** 31/25 59/20 82/2 96/14 111/1 123/17 125/24 127/4 129/4 129/17 131/13 132/10 132/21 147/3 154/4 172/24 191/8 192/19 231/18 231/25 232/7 232/12 232/16 266/18 266/22 268/4 268/25 269/21 269/24
**provided [22]** 27/10 29/20 46/18 79/8 79/9 102/22 106/1 124/4 143/1 150/12 154/23 164/10 224/7 225/1 225/2 227/19 227/22 228/2 228/6 231/6 231/13 262/10
**provides [11]** 53/18 92/11 96/11 128/8 145/1 151/21 164/11 182/12 182/14 193/14 239/22
**providing [1]** 88/9
**PTAB [2]** 79/5 79/12
**PTX [8]** 140/25 141/10 142/15 145/16 145/19 236/24 245/17 245/21
**PTX-1090 [3]** 236/24 245/17 245/21
**PTX-1364 [1]** 141/10
**PTX-1367 [3]** 140/25 145/16 145/19
**PTX-1367.004 [1]** 142/15
**public [2]** 7/14 8/24
**publication [64]** 17/9 17/13 17/13 17/14 17/21 17/22 18/3 18/5 18/9 18/21 18/23 19/12 19/13 19/14 19/15 19/23 22/6 22/10 22/16 23/16 24/5 24/18 29/9 36/8 52/2 52/5 52/25 53/10 53/21 54/10 55/20 56/13 57/3 57/8 61/1 66/21 106/17 125/21 140/11 145/9 149/22 149/24 150/7 155/11 155/17 155/19 156/22 157/1 158/2 158/10 158/20 159/17 159/19 161/5 172/9 173/24 174/14 175/4 175/22 176/1 176/7 176/21 180/19 184/24
**publications [4]** 60/7 60/13 78/11 161/16
**publicly [2]** 29/24 250/6
**publish [1]** 268/7
**published [10]** 22/8 49/6 51/9 65/3 124/16 131/6 163/21 186/19 217/24 246/1
**publisher [2]** 78/5 78/7
**pull [32]** 58/17 58/25 129/2 130/22 131/19 146/14 147/17 148/3 152/10 156/12 160/14 213/16 218/15 219/6 220/6 220/6 221/8 223/17 226/8 231/10 236/25 238/12 238/13 241/12 246/13 253/14 254/16 258/4 260/17 263/24 269/11 274/11
**pump [7]** 86/9 141/24 187/9 188/7 188/7 188/21 188/25
**pumps [4]** 85/1 186/14 188/12 189/11
**purported [1]** 214/2
**purpose [21]** 30/14 45/20 60/22 84/23 85/17 85/20 108/16 108/17 119/4 121/9 145/4 153/7 178/14 194/3 198/9 230/10 232/4 232/5 243/23 270/14 272/8
**purposes [8]** 64/16 92/21 119/5 176/10 192/16 193/14 228/9 258/13
**pursue [3]** 35/14 77/10 206/21
**put [46]** 3/12 7/25 10/17 29/22 30/15 39/12 40/12 82/23 83/5 92/11 93/2 102/4 102/15 103/23 103/24 106/6 106/12 111/23 116/12 117/1 117/25 119/12 124/8 127/14 130/9 137/12 139/19 139/23 142/15 145/12 155/5 162/5 163/1 175/25 183/4 184/4 187/8 189/18 191/17 193/16 199/6 220/8 231/9 234/8 245/14 273/23
**puts [1]** 38/25
**putting [3]** 9/1 132/7 136/23

**Q**

**QS [1]** 263/3
**quadrant [1]** 125/2
**qualifications [1]** 104/18
**quantity [1]** 200/8
**question [37]** 8/10 32/1 48/18 48/19 51/14 59/7 59/17 70/19 126/16 134/12 202/12 203/18 203/24 204/6 204/9 208/25 211/1 211/2 212/9 212/12 212/18 214/12 215/25 216/18 217/2 217/3 217/3 217/5 217/9 225/25 226/19 226/22 227/24 228/1 228/22 266/13 267/24
**questioned [1]** 114/15
**questioning [1]** 214/9
**questions [5]** 33/1 42/10 61/17 93/15 271/13
**quick [3]** 13/25 136/12 220/21
**quickly [6]** 13/23 15/18 88/12 92/23 107/21 107/21
**quite [10]** 46/6 74/14 90/1 108/13 108/21 118/6 118/15 240/23 258/15 265/21
**quote [1]** 269/19
**quote/unquote [1]** 269/19
**quoting [1]** 225/13

**R**

**radiology [1]** 83/5
**raise [4]** 5/5 126/2 207/21 271/13
**ran [1]** 207/20
**random [1]** 87/5
**randomized [1]** 87/2
**range [10]** 28/6 48/3 91/15 104/13 146/19 154/23 160/8 175/23 253/25 273/6
**ranges [1]** 151/20
**rapid [5]** 108/1 108/1 108/3 234/4 234/12
**rapidly [2]** 44/23 108/21
**rates [1]** 77/17
**rather [2]** 48/8 206/16
**rationale [1]** 117/22
**reach [3]** 23/24 126/16 218/23
**reached [1]** 117/20
**reaches [1]** 108/22
**react [2]** 84/8 226/20
**reaction [1]** 164/8
**read [20]** 137/22 152/19 205/13 209/3 212/10 212/12 212/15 212/21 214/13 214/14 214/15 214/17 216/17 217/11 218/8 221/21 223/16 238/7 241/19 251/5
**readily [4]** 167/17 168/3 178/22 231/20
**reading [13]** 83/13 85/18 124/24 137/21 141/15 152/19 161/5 194/6 203/2 216/24 225/17 235/16 251/4
**reads [1]** 217/16
**ready [2]** 201/4 204/23
**real [1]** 120/8
**realized [1]** 13/24
**really [13]** 11/12 14/20 25/3 52/14 76/11 76/17 84/8 120/8 122/15 137/1 165/12 267/3 270/22
**reason [9]** 13/4 13/5 52/6 71/9 137/22 185/21 214/1 214/21 252/19
**reasonable [12]** 9/16 29/6 30/1 31/4 54/3 54/6 55/18 56/22 61/18 62/22 93/9 107/2
**reasonably [5]** 57/22 144/5 189/22 191/13 198/17
**reasoning [1]** 175/24
**reasons [4]** 176/19 177/24 178/4 225/11
**rebuttal [1]** 35/21
**recall [7]** 18/19 41/4 204/17 214/23 216/10 235/16 259/11
**recalling [1]** 125/21
**recast [1]** 56/9
**receive [2]** 73/6 112/21

R


**received [5]** 76/21 78/3 87/5 125/13 216/3
**receiving [1]** 87/7
**recent [2]** 79/2 79/21
**recently [1]** 238/7
**receptors [1]** 118/5
**recess [6]** 69/19 73/10 135/23 201/2 274/19 275/14
**recipe [1]** 262/11
**recited [2]** 30/22 49/17
**recognition [1]** 78/2
**recognize [11]** 40/6 81/4 98/13 103/3 141/1 145/23 163/4 180/16 186/6 193/6 244/14
**recognized [3]** 50/3 57/1 65/3
**recognizing [1]** 131/11
**recollection [4]** 137/16 137/20 232/11 241/23
**recommendations [1]** 131/10
**reconvene [1]** 69/18
**record [20]** 3/12 7/14 7/25 8/24 9/19 40/9 70/6 70/9 93/17 97/11 97/24 99/24 209/3 212/15 212/21 214/17 215/20 215/22 217/11 223/21
**recoverable [1]** 144/10
**recovery [1]** 67/1
**rectal [11]** 43/6 45/24 65/9 118/17 118/19 119/20 119/21 119/23 132/1 132/8 144/17
**red [2]** 229/21 230/16
**reduce [18]** 26/8 55/22 83/8 176/12 177/8 177/17 179/23 183/25 184/9 185/21 189/22 190/10 196/25 197/4 199/24 249/19 258/6 258/18
**reduced [5]** 108/7 149/8 177/4 251/18 269/15
**reducing [23]** 20/11 20/14 20/17 26/4 55/12 148/11 172/12 172/19 173/1 184/20 190/18 190/23 197/22 200/1 234/7 234/16 234/24 235/3 235/18 235/24 236/8 236/11 259/9
**reduction [1]** 234/15
**redundant [1]** 220/1
**refer [10]** 8/11 12/21 17/22 20/7 23/19 29/14 44/18 74/25 160/20 220/3
**reference [43]** 18/7 37/5 43/14 49/17 50/18 51/9 51/21 52/2 53/5 53/12 60/10 60/18 60/21 64/8 67/25 127/2 134/15 140/9 149/24 150/21 155/20 169/6 181/22 214/1 214/6 215/4 228/16 228/23 233/10 233/13 234/18 234/21 235/15 236/23 237/15 237/18 238/9 239/17 246/10 250/3 260/11 261/19 262/5
**referenced [1]** 162/13
**references [19]** 19/8 38/1 53/23 54/2 54/8 56/10 57/4 60/3 60/6 66/20 83/21 106/25 134/20 173/23 213/19 219/5 236/20 238/18 272/23
**referred [7]** 25/15 26/12 44/7 59/21 64/7 64/11 64/12
**referring [13]** 98/24 100/13 166/2 171/5 172/18 173/6 186/23 244/3 250/4 250/7 257/13 272/6 272/16
**refers [4]** 44/11 52/14 101/25 242/13
**reflect [3]** 60/4 91/2 161/23
**reflected [1]** 161/14
**reflects [1]** 161/18
**reformulate [2]** 206/25 270/20
**reformulating [1]** 199/21
**reformulation [1]** 206/18
**reframing [1]** 61/19
**refute [2]** 53/13 66/2
**refutes [1]** 55/2
**regard [3]** 112/24 178/16 178/24
**regarded [1]** 100/24
**regarding [4]** 102/22 198/17 267/16 271/15
**regardless [1]** 215/8
**Regional [2]** 29/13 127/24
**regression [1]** 189/8
**regular [1]** 44/15
**regularly [1]** 65/18
**regulatory [1]** 76/21
**rel [1]** 215/13
**relate [1]** 188/18
**related [8]** 7/23 53/1 105/3 105/8 114/17 222/12 239/2 239/3
**relates [3]** 108/8 108/17 188/18
**relation [2]** 112/13 271/2
**relationship [9]** 34/18 148/13 148/15 184/11 184/14 184/18 184/19 187/19 187/21
**relative [1]** 270/23
**relatively [2]** 14/1 144/20
**release [9]** 19/16 61/2 172/13 233/17 233/20 234/3 234/4 234/11 234/12
**released [2]** 79/22 233/24
**releases [1]** 224/20
**relevance [2]** 61/14 246/9
**relevant [12]** 11/6 20/6 59/22 108/13 148/23 160/14 180/24 214/10 219/4 227/24 257/8 265/12
**reliably [1]** 191/2
**relied [1]** 60/18
**relies [1]** 53/15
**remember [18]** 17/4 27/8 43/18 205/14 206/11 206/13 209/22 237/23 244/2 250/2 257/22 257/24 258/2 258/3 260/10 260/24 267/7 267/13
**remind [2]** 139/2 274/23
**remove [3]** 55/22 55/24 111/23
**render [1]** 17/10
**rendering [1]** 237/18
**renders [2]** 24/20 174/16
**repeat [2]** 74/14 129/16
**repeated [1]** 188/11
**repeating [1]** 236/2
**repeats [1]** 147/11
**repetitive [11]** 42/23 43/4 44/7 44/11 44/17 44/23 45/4 45/8 65/5 123/23 207/14
**replace [2]** 39/12 258/10
**replacement [1]** 56/1
**replacing [1]** 55/14
**replicated [1]** 188/25
**replies [1]** 57/4
**report [17]** 23/15 23/16 34/3 67/3 79/8 88/13 90/4 91/3 91/9 126/11 136/4 137/12 137/13 138/15 142/12 142/18 237/21
**reported [7]** 82/12 83/19 86/23 92/9 143/24 211/17 241/7
**reporter [8]** 209/3 212/15 212/21 214/17 217/11 274/17 276/2 276/8
**reporting [1]** 121/25
**reports [9]** 13/19 34/3 97/9 97/18 136/18 142/5 219/13 241/6 242/10
**represent [1]** 6/11
**representation [1]** 13/21
**representative [1]** 239/22
**representing [2]** 5/17 182/13
**reproduce [1]** 90/15
**reproducing [1]** 90/25
**request [1]** 73/25
**requested [5]** 209/4 212/16 212/22 214/18 217/12
**require [6]** 46/13 58/9 67/24 105/20 120/3 200/10
**required [9]** 23/21 44/1 50/6 52/6 55/9 77/7 119/17 119/17 192/10
**requirement [1]** 36/21
**requirements [2]** 35/13 145/7
**requires [9]** 35/3 35/9 52/24 53/25 62/11 62/18 67/22 129/23 199/4
**reraise [1]** 137/18
**reread [1]** 209/1
**rereading [1]** 241/23
**rescue [11]** 45/14 45/15 65/4 65/5 77/3 108/4 119/7 119/8 119/9 119/14 134/9
**research [10]** 49/3 75/8 75/15 77/13 78/2 78/5 78/6 80/9 81/18 82/2
**researchers [4]** 110/13 121/7 123/2 140/4
**residence [1]** 116/22
**residency [1]** 73/15
**resolve [4]** 6/22 9/2 97/21 259/6
**resorted [3]** 43/25 46/4 63/19
**respect [4]** 25/24 54/12 56/14 148/8
**respiratory [1]** 91/20
**responded [2]** 59/1 226/16
**responding [1]** 48/23
**response [3]** 58/24 59/15 137/6
**responsibility [1]** 81/11
**rest [1]** 55/20
**result [5]** 13/19 36/24 67/7 79/17 117/6
**resulted [3]** 13/11 210/8 272/13
**resulting [3]** 13/12 176/5 213/11
**results [17]** 14/16 23/15 23/25 36/22 36/25 37/15 37/25 88/13 88/19 89/14 91/2 91/9 99/8 125/18 142/14 142/18 142/24
**retains [1]** 84/24
**retardation [1]** 123/22
**retention [1]** 259/20
**retirement [1]** 75/23
**return [3]** 73/19 135/18 268/13
**returned [2]** 76/8 207/3
**revealing [1]** 8/23
**reversed [1]** 64/16
**review [4]** 37/7 50/4 68/17 179/14
**reviewed [4]** 49/7 78/14 94/17 158/20
**revoked [1]** 79/13
**revolves [1]** 15/11
**rewritten [1]** 158/14
**rid [1]** 55/13
**Ridder [1]** 78/4
**right [277]**
**right-hand [7]** 84/20 90/7 92/14 143/7 144/1 162/1 240/15
**risk [4]** 44/20 93/25 108/7 132/9
**risks [3]** 44/20 45/11 47/2
**road [2]** 26/20 40/22
**roadmap [1]** 10/15
**role [1]** 179/18
**roles [2]** 76/4 77/6
**Rolf [1]** 146/2
**roll [1]** 5/4
**room [9]** 4/25 20/6 29/5

**R**

**room... [6]** 128/8 142/10 164/23 164/24 172/23 229/10
**roughly [4]** 162/6 162/7 164/23 188/19
**round [1]** 223/10
**route [7]** 87/14 101/14 101/15 181/23 192/5 199/21 230/19
**routes [7]** 81/17 88/22 90/10 133/25 134/17 172/24 173/8
**routine [14]** 15/11 21/23 51/16 68/8 190/15 192/11 192/12 197/14 198/22 199/2 200/2 200/5 200/15 271/16
**row [5]** 29/1 29/2 37/21 37/23 140/3
**royalty [1]** 77/17
**rubber [3]** 111/6 116/9 116/9
**rule [2]** 137/9 137/10
**Rule 26 [1]** 137/10
**ruled [2]** 177/7 179/12
**run [3]** 50/7 58/21 84/13
**running [1]** 218/4

**S**

**SABA [3]** 1/22 3/16 42/19
**saccharin [4]** 86/5 156/21 206/1 263/1
**safe [10]** 29/11 31/9 31/10 100/24 101/9 114/14 132/4 191/14 195/12 195/12
**safely [1]** 178/9
**safety [12]** 50/5 58/20 59/10 59/13 93/20 93/21 114/9 152/6 195/10 196/6 232/8 232/13
**said [31]** 24/17 32/15 58/18 58/19 58/24 59/11 59/21 60/19 61/1 61/11 64/3 73/7 89/2 92/21 113/16 137/21 179/4 182/4 185/10 192/3 197/5 205/22 212/23 218/18 225/4 234/17 249/18 264/3 265/7 270/6 271/18
**sales [1]** 53/15
**saline [1]** 264/13
**salt [18]** 35/8 48/9 57/10 102/11 115/6 151/10 151/16 153/22 156/6 157/9 158/23 160/1 160/22 199/5 199/7 255/2 257/12 257/16
**salts [1]** 153/8
**same [36]** 25/17 27/3 32/18 35/10 38/16 38/25 39/2 44/18 53/21 63/16 63/25 66/19 67/25 74/21 89/5 89/11 89/17 90/17 92/13 93/14 140/13 140/20 146/5 146/19 164/16 175/15 175/24 182/20 182/22 201/8 203/15 220/19 239/11 240/16 241/5 252/13
**satisfies [1]** 35/23
**satisfy [2]** 116/1 121/9
**saving [1]** 94/6
**saw [8]** 31/1 43/13 115/14 153/2 180/6 189/4 223/18 248/19
**say [65]** 14/4 21/17 27/2 27/7 30/9 31/1 32/24 33/5 39/8 39/11 56/1 56/10 60/4 69/14 92/6 93/5 99/14 100/8 100/20 101/4 119/6 129/11 129/12 131/23 133/3 133/4 133/17 134/4 134/8 136/7 136/12 137/6 137/15 137/23 139/10 144/4 144/8 144/16 148/6 151/1 152/2 152/13 154/18 154/21 161/6 167/13 167/23 168/1 168/8 168/25 169/25 173/8 175/10 189/2 205/18 215/9 228/17 228/23 229/6 235/19 252/4 260/4 273/9 273/19 274/4
**saying [26]** 5/13 5/18 8/19 9/4 15/3 15/6 18/8 18/9 21/25 21/25 22/3 26/6 27/25 30/25 31/24 32/11 32/12 32/20 33/1 34/7 56/11 61/11 67/22 117/22 128/20 272/11
**says [51]** 8/25 14/13 14/15 14/16 14/24 19/9 19/24 20/13 26/2 27/3 27/4 27/18 27/21 28/17 30/11 38/13 39/5 39/11 54/22 55/23 56/14 57/8 81/21 129/13 129/22 133/19 144/18 146/16 150/9 150/13 153/5 157/8 160/6 164/5 167/2 167/14 170/7 170/17 172/21 197/8 219/16 225/19 225/19 225/22 226/20 229/25 242/23 251/24 252/19 252/25 274/1
**scan [1]** 220/21
**scanning [1]** 83/6
**scared [1]** 83/7
**schematic [1]** 242/13
**Schwartz [1]** 67/2
**Schwarz [4]** 66/19 66/23 67/8 250/5
**Schwarz Pharma [1]** 250/5
**Science [1]** 75/1
**Sciences [1]** 186/20
**scientific [2]** 202/14 202/16
**scientifically [1]** 268/6
**scope [5]** 97/7 97/8 102/23 137/2 138/13
**screen [5]** 8/12 8/15 213/17 218/1 226/23
**screw [1]** 112/2
**seal [4]** 7/19 7/19 7/25 39/25
**sealed [1]** 40/3
**search [3]** 82/10 117/18 218/23
**searches [5]** 82/6 216/5 216/6 216/8 218/19
**searching [1]** 43/3
**seat [3]** 70/4 137/5 274/21
**seated [5]** 3/7 69/20 70/16 135/24 201/3
**second [28]** 11/21 19/20 23/13 32/5 33/19 35/20 37/23 38/4 43/7 89/1 90/19 97/5 100/16 107/5 108/17 122/19 126/12 127/13 127/17 136/17 139/9 139/11 141/9 145/2 188/8 189/3 217/20 229/24
**second-most [1]** 90/19
**secondary [5]** 10/16 33/17 33/20 34/25 40/12
**Secondly [1]** 119/20
**section [19]** 20/12 120/15 126/12 126/14 143/6 150/18 193/7 221/11 221/12 221/25 222/10 222/18 222/23 223/3 223/6 223/10 223/11 234/24 250/20
**section 4 [1]** 223/10
**sections [1]** 132/17
**sedate [1]** 83/3
**sedated [1]** 94/3
**sedation [4]** 123/14 125/20 126/6 127/4
**see [112]** 7/4 8/15 11/17 12/3 12/7 14/15 18/4 18/13 18/14 19/1 19/2 19/19 20/21 23/3 23/8 23/23 27/12 27/13 27/21 28/25 29/2 29/20 30/21 30/22 30/23 30/24 31/21 33/10 34/10 35/19 37/19 38/7 41/20 41/22 41/23 54/16 59/25 85/1 86/16 88/7 88/20 88/23 88/24 89/17 89/19 90/9 90/12 90/16 91/17 97/16 107/24 109/15 109/19 112/1 117/16 117/17 117/19 122/6 122/8 129/9 137/1 143/23 146/23 160/18 161/24 162/1 162/13 162/16 164/19 164/20 164/21 167/3 169/2 169/4 170/15 171/17 181/3 181/4 181/22 182/16 188/14 188/21 204/23 205/20 221/25 226/17 226/22 230/2 231/5 233/22 234/1 238/22 239/6 239/21 241/2 241/10 242/16 244/10 244/11 246/2 246/4 247/24 251/3 252/2 252/8 252/23 255/1 255/24 259/21 264/21 272/4 274/3
**seeing [1]** 114/18
**seeks [1]** 251/7
**seem [4]** 5/19 205/7 255/15 265/12
**seemed [4]** 83/2 92/19 99/18 214/20
**seemingly [2]** 49/23 49/24
**seems [2]** 137/2 239/16
**seen [7]** 52/18 210/2 233/2 239/9 267/19 267/23 267/25
**segment [1]** 133/14
**seizing [3]** 29/17 29/19 120/3
**seizure [18]** 29/19 35/25 36/6 36/20 44/15 44/17 44/19 45/1 45/17 46/5 46/7 46/25 108/12 119/3 119/3 119/6 128/18 129/19
**seizures [31]** 42/23 43/4 44/7 44/11 44/12 44/17 44/17 44/22 44/23 45/5 45/8 45/11 65/6 74/13 74/18 74/23 79/4 93/21 118/12 118/20 118/24 119/10 119/15 122/23 123/14 123/23 128/16 129/7 132/6 134/10 207/15
**select [1]** 57/21
**selected [4]** 159/25 180/23 198/1 209/11
**sell [1]** 232/20
**selling [2]** 239/14 261/23
**sells [2]** 227/11 229/7
**semi [1]** 109/20
**semi-curved [1]** 109/20
**senior [1]** 4/17
**sense [2]** 82/6 187/12
**sent [1]** 8/17
**sentence [3]** 14/24 151/14 234/6
**Sentry [3]** 163/8 166/4 170/18
**separate [4]** 6/6 83/4 101/14 122/13
**separated [1]** 87/4
**separately [2]** 53/18 219/23
**septal [1]** 125/11
**September [2]** 22/9 155/18
**September 2004 [1]** 22/9
**September 9 [1]** 155/18
**sequence [1]** 90/25
**sequential [1]** 99/4
**serially [1]** 117/3
**series [2]** 128/11 236/18
**serve [1]** 198/9
**served [1]** 45/8
**services [4]** 123/16 127/18 129/5 129/17
**set [8]** 47/10 62/23 71/21 119/18 119/18 125/21 174/19 275/4
**setting [9]** 123/12 124/7 127/13 127/17 127/18 134/22 134/22 134/24 206/24
**settings [3]** 119/2 123/5 123/10
**several [6]** 20/13 25/7 61/10 131/15 167/7 237/15
**severe [1]** 67/3

S


**shared [1]** 81/12
**she [8]** 136/19 136/22 136/22 136/24 137/4 204/5 217/16 217/17
**She's [1]** 4/17
**shelf [3]** 142/9 180/2 180/5
**shipped [1]** 185/12
**short [2]** 23/23 44/13
**should [13]** 5/14 16/19 22/7 24/16 25/17 30/9 68/11 73/10 132/8 136/7 138/24 216/4 273/17
**show [43]** 10/11 19/10 21/15 24/23 31/13 32/5 36/24 37/1 42/25 43/17 49/8 50/2 50/10 50/25 51/3 51/12 51/23 51/25 52/4 52/15 54/1 54/5 54/20 55/15 56/17 62/5 62/12 62/21 63/5 63/8 64/14 65/2 65/17 66/22 67/13 68/23 73/2 111/11 130/13 149/20 172/7 196/14 215/17
**showed [6]** 18/19 36/2 36/7 38/8 66/25 190/20
**showing [12]** 14/19 23/25 72/24 95/15 103/2 103/21 104/21 127/21 140/25 145/21 180/15 193/4
**shown [5]** 46/18 151/2 178/12 218/1 224/1
**shows [4]** 23/18 60/19 145/6 189/9
**shuffle [1]** 6/14
**shut [1]** 5/22
**side [27]** 6/9 8/3 8/20 77/5 80/10 85/24 90/8 91/12 91/19 91/25 93/25 94/4 112/18 112/19 162/1 162/3 169/16 169/16 175/1 175/2 215/17 220/8 220/9 254/18 254/18 255/18 275/12
**sidebar [4]** 215/23 216/19 216/23 218/13
**sides [2]** 18/22 40/10
**sidestep [1]** 61/17
**Sigma [4]** 232/23 232/25 233/3 233/6
**Sigma-Aldrich [4]** 232/23 232/25 233/3 233/6
**significance [1]** 164/13
**significant [7]** 44/19 45/11 47/1 49/25 123/21 170/2 240/17
**similar [14]** 28/3 30/5 32/13 32/17 79/5 97/6 99/3 126/1 144/18 172/14 179/16 189/4 240/15 251/18
**similarly [2]** 162/14 197/7
**simplify [1]** 15/24
**simply [7]** 5/17 5/17 46/1 55/5 63/22 63/24 247/15
**since [15]** 34/5 45/8 45/12 47/16 49/13 72/7 92/8 126/3 146/7 176/11 199/8 219/14 230/21 238/1 271/13
**Sinex [1]** 111/15
**single [10]** 46/19 52/1 53/12 56/19 60/22 60/25 87/5 117/8 117/9 147/20
**singular [1]** 160/13
**sir [6]** 70/5 73/3 139/3 139/13 139/24 174/20
**site [1]** 109/1
**sitting [5]** 112/15 216/25 240/1 257/19 269/14
**situation [1]** 8/11
**six [6]** 142/9 165/16 188/11 246/5 261/4 263/14
**six years [2]** 246/5 263/14
**size [3]** 186/10 188/19 271/23
**skill [114]** 15/13 17/10 18/24 19/7 20/1 21/14 22/1 24/20 25/3 27/8 29/25 31/8 42/8 48/21 50/23 51/15 52/25 55/7 55/11 55/17 56/16 57/14 57/24 60/5 60/19 61/5 61/14 62/8 85/18 101/5 104/16 104/19 105/8 105/15 106/1 106/4 116/25 127/1 130/3 134/14 142/25 145/8 148/12 149/5 153/13 153/18 153/19 158/8 161/4 161/9 161/11 162/12 162/21 163/10 165/2 167/1 167/9 168/9 169/20 170/5 170/13 170/19 170/21 171/11 173/16 174/1 175/21 176/6 176/19 177/2 177/19 177/20 178/15 178/23 179/2 179/22 180/7 180/11 181/12 182/9 183/11 183/23 184/9 185/20 186/1 187/18 189/21 190/3 190/7 190/13 190/16 190/22 191/1 191/12 192/9 193/23 194/5 195/9 196/1 196/6 196/9 196/20 197/3 197/6 197/11 197/16 197/20 197/25 198/5 198/16 198/24 199/14 200/3 200/14
**skin [4]** 47/19 59/19 109/13 194/23
**skip [5]** 9/9 14/17 28/5 34/21 158/25
**skipped [2]** 37/2 95/6
**slate [1]** 117/23
**Sleep [1]** 45/9
**sleepy [1]** 83/9
**slide [87]** 10/15 20/10 22/24 34/22 34/23 47/24 58/17 59/5 59/6 59/6 59/8 59/14 59/23 60/17 72/16 102/5 102/15 102/19 103/24 104/3 104/24 106/6 106/13 107/13 107/14 107/18 109/8 110/17 111/13 113/12 115/4 115/21 117/25 119/11 119/12 120/22 120/23 120/24 121/11 122/2 122/3 123/7 123/8 124/8 139/20 139/23 139/25 155/5 158/4 159/13 160/25 161/21 174/4 174/22 174/23 175/18 176/24 178/2 184/2 184/4 184/5 191/17 193/16 194/14 194/16 196/17 199/10 207/25 220/7 220/11 220/18 241/12 242/25 246/13 246/14 248/19 253/12 254/17 254/23 257/7 258/4 259/19 263/24 263/25 264/18 265/11 265/16
**Slide 24 [8]** 241/12 242/25 246/13 246/14 248/19 254/17 257/7 265/11
**Slide 28 [1]** 220/7
**Slide 38 [1]** 59/6
**Slide 39 [1]** 258/4
**slides [7]** 7/15 7/22 7/24 8/18 9/10 61/10 115/24
**Slides 46 [2]** 7/22 8/18
**Slight [1]** 267/10
**slightly [1]** 239/25
**slow [1]** 273/23
**slower [2]** 89/4 89/5
**small [9]** 46/10 49/23 49/24 62/10 91/15 91/23 204/21 251/11 258/24
**smaller [2]** 187/15 242/24
**Smith [2]** 37/1 37/17
**smog [1]** 110/9
**smoke [1]** 110/9
**Smyth [8]** 48/25 49/1 49/8 49/16 49/21 57/12 152/22 190/25
**so [461]**
**soap [2]** 47/18 59/11
**soaps [4]** 59/18 195/1 195/8 224/24
**socially [2]** 45/25 119/23
**Society [1]** 210/25
**Solaraze [3]** 194/12 194/21 195/8
**sold [5]** 77/21 77/23 228/10 233/3 233/6
**sole [8]** 11/11 25/10 43/13 47/5 50/17 54/16 66/20 262/8
**solid [2]** 167/25 229/9
**solids [2]** 109/21 165/10
**solubilities [1]** 30/4
**solubility [35]** 37/18 37/21 37/23 56/5 56/25 57/5 57/18 113/23 115/2 153/5 167/3 167/12 167/13 167/15 167/20 167/23 168/1 168/12 168/18 170/9 198/17 198/21 200/4 211/21 231/17 231/18 248/15 252/14 252/20 257/10 257/17 258/23 259/5 267/16 268/1
**solubilization [6]** 248/11 257/21 258/14 258/18 267/12 268/4
**solubilize [11]** 21/10 58/4 113/21 116/2 168/19 178/17 178/22 258/15 263/18 263/21 263/23
**solubilized [4]** 110/22 168/3 168/13 273/24
**solubilizer [1]** 253/1
**solubilizers [2]** 152/16 254/10
**solubilizes [1]** 231/20
**solubilizing [2]** 57/9 168/15
**soluble [17]** 28/7 28/9 28/10 56/6 115/11 164/7 168/20 168/22 178/11 199/8 225/24 252/7 252/10 257/10 258/12 258/22 259/3
**solution [27]** 30/7 30/7 32/11 46/21 62/24 64/24 84/6 84/12 87/17 97/3 111/2 111/2 111/5 112/21 113/4 116/4 132/7 144/14 152/17 154/21 157/10 184/25 185/12 198/18 230/5 252/1 274/7
**solutions [8]** 18/15 18/15 35/24 62/3 62/23 66/10 167/17 252/5
**solvation [1]** 115/16
**solve [2]** 206/16 251/21
**solved [1]** 37/12
**solvent [8]** 31/1 86/14 165/5 168/14 170/8 197/19 257/18 265/22
**solvents [25]** 30/20 30/20 117/4 152/14 162/16 168/6 177/16 177/17 181/4 181/7 181/11 182/4 235/9 235/11 236/8 236/10 242/1 243/5 254/11 258/20 263/17 263/20 263/22 263/22 265/20
**some [42]** 4/16 4/25 5/3 5/11 6/5 6/14 8/19 13/21 14/17 26/24 31/13 37/7 37/8 58/12 58/22 59/12 88/10 88/14 91/2 105/1 109/25 110/10 111/11 115/23 116/6 118/21 120/7 132/17 133/22 136/24 143/23 143/24 152/6 181/18 199/7 200/11 201/17 246/22 253/22 267/1 270/4 270/16
**somehow [4]** 36/24 36/24 58/14 271/10
**someone [2]** 113/16 210/15
**someone's [1]** 71/15
**something [32]** 6/12 6/13 6/23 6/25 32/21 35/9 37/11 52/25 54/18 83/14 83/16 92/22

S


**something... [20]** 117/24 119/24 136/7 136/15 137/6 172/14 177/7 187/11 197/1 197/10 202/24 210/13 210/16 212/23 214/21 218/8 218/8 229/9 258/11 273/23
**sometimes [3]** 71/14 108/21 270/18
**somewhat [3]** 50/16 79/2 126/1
**somewhere [4]** 28/20 98/14 117/9 117/11
**soon [1]** 45/17
**sophisticated [1]** 41/1
**Sorbitol [1]** 245/6
**sorry [42]** 19/23 20/10 29/1 37/2 37/15 41/5 73/9 81/3 95/5 95/7 95/7 95/14 99/23 134/7 135/17 180/14 182/1 195/22 205/24 208/8 210/4 210/20 224/9 229/22 233/18 234/21 239/2 241/4 242/20 243/1 249/11 250/12 250/22 250/24 252/16 253/7 254/17 255/23 259/8 266/21 267/16 269/22
**sort [6]** 60/2 85/13 87/23 187/23 218/23 223/16
**sorts [4]** 88/13 109/22 132/10 135/3
**sound [3]** 73/8 229/14 267/18
**sounds [3]** 9/16 9/22 217/22
**sources [1]** 180/10
**space [2]** 65/8 78/12
**speak [2]** 20/4 138/9
**speaking [2]** 14/1 29/11
**spec [3]** 100/2 138/8 138/14
**special [3]** 43/22 64/7 133/22
**species [3]** 50/8 58/10 59/4
**specific [17]** 11/18 11/19 13/5 16/2 16/23 18/6 21/20 35/3 50/7 156/7 156/19 159/10 163/16 169/21 179/12 241/21 267/2
**specifically [17]** 17/22 19/4 23/2 48/7 49/19 50/6 61/25 68/18 133/7 136/18 180/8 206/3 211/17 240/2 266/6 271/19 272/6
**specification [12]** 11/15 13/2 13/6 13/10 13/18 14/13 14/15 97/9 102/22 239/11 239/12 243/25
**specifics [1]** 157/15
**specified [2]** 48/2 262/11
**specify [4]** 220/5 231/22 231/23 272/18
**speed [1]** 90/14
**spell [2]** 70/5 70/8
**spend [1]** 208/16
**spent [2]** 43/3 61/9
**spite [1]** 84/3
**spoken [1]** 271/8
**sponsor [1]** 73/25
**spray [63]** 23/11 24/9 24/14 25/4 26/7 30/3 30/3 32/7 32/10 46/19 46/24 57/19 76/25 77/20 85/1 85/4 86/7 86/9 87/17 92/12 99/13 109/18 111/16 123/3 142/1 142/3 143/17 144/19 149/9 171/1 173/14 173/18 179/18 184/10 184/12 186/2 186/21 187/5 187/19 188/4 189/2 189/3 199/20 202/7 211/25 212/4 213/4 229/13 230/5 230/12 232/2 234/5 234/13 260/13 269/19 269/21 269/25 270/4 270/10 270/23 271/2 274/5 274/9
**spray-on [1]** 171/1
**sprayability [10]** 25/24 26/4 57/19 114/17 148/8 148/11 148/13 149/8 179/5 180/3
**sprayed [1]** 120/5
**sprayer [16]** 112/9 112/12 154/19 179/7 185/2 185/10 191/10 199/20 199/24 268/19 268/20 268/22 270/7 270/7 270/10 274/6
**sprayers [4]** 86/13 86/16 185/4 206/20
**spraying [5]** 36/4 46/14 180/3 184/11 188/18
**sprays [3]** 75/10 115/9 186/11
**Spraytec [1]** 186/11
**spreadsheets [1]** 6/15
**Spruyt [1]** 141/24
**squeeze [1]** 111/14
**squeezed [1]** 111/16
**squirt [1]** 86/19
**SRL [2]** 1/3 3/15
**stability [12]** 39/6 39/8 39/9 57/19 58/6 114/2 116/6 142/7 170/9 200/4 242/10 242/14
**stabilize [1]** 128/13
**stabilized [1]** 110/22
**stabilizers [1]** 245/11
**stabilizing [1]** 257/4
**stable [8]** 113/4 113/25 114/13 116/4 116/7 180/4 199/18 259/2
**stage [1]** 41/1
**stages [1]** 121/1
**stand [3]** 5/20 100/4 181/15
**standard [21]** 84/1 87/2 133/4 163/14 176/14 177/5 179/7 179/20 184/22 187/10 188/7 188/25 189/23 190/17 192/6 192/7 199/20 199/24 270/6 274/9 274/10
**standards [1]** 75/10
**standing [1]** 112/14
**stands [1]** 110/4
**start [9]** 11/4 49/6 117/9 117/11 117/22 129/14 217/18 217/20 223/16
**start-up [1]** 49/6
**started [10]** 5/6 9/24 71/7 82/5 85/8 123/2 202/23 239/14 246/8 261/7
**starting [10]** 100/14 100/16 100/16 121/7 147/16 154/6 181/3 181/4 182/22 252/16
**state [9]** 40/9 46/7 46/9 52/9 70/5 127/23 258/5 261/21 268/17
**stated [9]** 66/7 155/10 160/22 161/24 181/14 193/11 193/12 196/23 225/10
**statement [16]** 85/14 129/6 131/16 131/17 131/21 131/23 144/25 153/3 153/4 160/13 196/2 211/1 217/4 217/6 217/16 250/14
**statements [7]** 5/6 7/13 10/6 64/14 66/3 131/15 178/21
**states [8]** 1/1 1/17 54/24 58/9 99/8 151/13 180/19 233/23
**stating [4]** 37/9 145/3 181/10 208/18
**status [4]** 44/25 131/1 134/5 134/9
**stenographic [1]** 276/5
**step [3]** 132/20 132/20 274/22
**sterile [2]** 116/12 116/14
**sterilized [1]** 116/13
**stick [1]** 108/11
**sticks [1]** 110/3
**still [20]** 8/15 24/9 24/13 31/3 36/11 36/12 41/24 75/23 84/23 100/2 102/22 112/16 135/19 136/2 138/18 139/3 179/1 190/18 191/8 240/24
**stipulated [2]** 48/10 48/12
**stomach [2]** 108/19 109/2
**stop [5]** 46/25 91/21 94/2 94/3 215/16
**stopper [1]** 111/6
**stoppers [1]** 116/9
**STOREY [2]** 2/8 4/12
**story [5]** 31/12 31/14 32/24 32/25 38/6
**straight [1]** 169/15
**straightforward [2]** 15/20 35/1
**strategy [1]** 63/19
**stream [3]** 88/11 108/22 270/15
**Street [1]** 1/15
**stretch [1]** 274/18
**strikes [1]** 187/11
**strong [2]** 35/4 152/20
**structural [4]** 49/24 49/24 160/7 164/12
**structure [16]** 20/21 20/22 20/24 49/10 66/25 147/3 147/7 147/9 147/10 156/3 161/25 182/21 220/25 221/5 239/22 239/24
**structures [10]** 52/18 164/10 211/5 211/8 220/11 220/16 220/18 220/19 220/22 240/15
**struggle [1]** 34/19
**studied [4]** 82/4 82/11 82/16 228/4
**studies [17]** 22/12 31/24 32/23 33/6 50/7 58/21 59/3 59/10 59/13 59/20 66/24 83/21 87/24 116/5 122/10 185/6 200/4
**study [30]** 22/17 22/18 23/11 67/6 85/11 85/11 86/23 87/1 88/13 91/11 91/13 92/18 98/16 99/1 116/6 124/20 125/6 125/9 126/5 126/17 142/4 142/13 143/10 143/12 145/6 242/10 249/22 249/25 250/1 250/2
**studying [3]** 90/3 259/5 271/2
**subcutaneously [1]** 173/10
**subject [9]** 7/16 7/22 7/23 41/5 41/6 97/25 179/14 197/9 241/23
**subjects [5]** 87/5 87/6 108/13 143/21 143/24
**submissions [1]** 209/8
**submit [9]** 15/16 17/7 22/5 42/4 42/4 42/5 44/2 51/23 68/20
**submits [1]** 10/9
**submitted [4]** 85/11 194/2 209/14 223/1
**submitting [1]** 204/17
**subsequent [2]** 146/23 221/20
**Subsequently [2]** 122/8 188/17
**substance [1]** 256/23
**substances [11]** 28/6 28/8 168/2 168/13 168/16 168/19 168/20 168/22 176/16 178/22 181/22
**substantially [3]** 60/8 240/21 264/19
**substantive [1]** 5/19
**substituent [1]** 266/14
**substitute [5]** 61/22 176/17 177/17 196/25 258/7
**substituting [2]** 190/11 190/12
**substitution [5]** 61/20 62/16 90/13 90/21 90/22
**substitutions [1]** 198/23
**succeed [2]** 43/17 107/2
**succeeded [1]** 65/16

## S


**success [10]** 29/6 30/1 31/4 33/22 54/3 54/6 55/19 56/23 61/19 62/22
**successful [1]** 33/23
**succession [1]** 44/13
**such [16]** 19/5 64/23 108/10 108/21 146/25 147/22 147/23 148/21 157/15 157/17 162/20 173/12 188/23 201/14 215/4 252/5
**suffering [1]** 46/5
**suffers [1]** 36/20
**sufficient [5]** 10/23 56/21 141/21 154/17 191/9
**sufficiently [2]** 83/25 189/22
**sugar [2]** 71/11 71/16
**suggest [3]** 55/5 60/7 270/3
**suggested [3]** 49/17 51/13 195/14
**suggesting [1]** 60/1
**suggestion [3]** 55/16 55/21 92/8
**suit [15]** 10/10 10/11 11/5 11/7 22/11 24/1 25/11 25/19 30/19 38/12 41/11 43/8 94/17 146/6 155/12
**suitable [11]** 57/6 63/14 65/4 76/14 84/4 85/20 153/7 157/12 235/3 236/7 236/11
**sum [3]** 5/15 39/22 42/3
**summarize [2]** 30/13 106/15
**summarized [3]** 47/23 155/8 174/13
**summary [1]** 41/14
**supplied [2]** 164/13 165/7
**supply [1]** 164/22
**support [2]** 31/25 60/24
**supports [1]** 67/11
**supposed [2]** 40/7 106/24
**sure [26]** 7/11 21/4 85/15 113/11 120/18 138/6 138/11 180/3 200/16 204/7 206/19 210/18 212/19 216/14 216/16 217/2 218/1 224/19 226/6 253/5 256/18 256/24 263/23 266/22 267/7 268/12
**surface [1]** 191/9
**surfactant [1]** 235/16
**surfactants [4]** 235/7 235/13 235/17 235/20
**surgery [2]** 125/10 127/5
**surprise [3]** 28/11 37/20 137/3
**surprising [1]** 252/4
**surprisingly [2]** 26/3 148/10
**sustained [10]** 19/16 45/1 61/2 79/22 172/13 233/17 233/20 233/24 234/3 234/11
**sustained-release [6]** 19/16 172/13 233/17 233/20 234/5 234/11
**sustained-released [2]** 79/22 233/24
**Sveinbjorn [5]** 11/10 47/6 95/20 146/2 146/5
**Sveinbjorn Gizurarson [1]** 95/20
**swallow [3]** 108/18 110/10 110/12
**swallowed [1]** 110/8
**sweep [1]** 110/5
**sweetener [3]** 203/10 208/21 256/21
**sworn [1]** 70/13
**Symbol [2]** 90/13 90/21
**symbols [2]** 90/24 90/25
**synonym [1]** 64/12
**syringe [6]** 82/21 82/23 111/23 111/24 112/2 124/2
**system [16]** 25/22 25/23 86/14 114/12 115/13 127/24 148/7 148/20 153/16 153/16 153/20 153/25 154/1 173/13 199/7 199/8
**systemic [4]** 82/12 91/19 108/22 232/8
**systems [7]** 49/4 49/5 74/11 114/5 123/15 148/22 273/22


## T


**tab [34]** 72/22 80/18 81/3 94/19 95/6 95/7 95/12 95/13 95/14 103/2 124/10 127/19 130/12 130/21 140/22 145/21 149/16 149/16 155/14 162/25 172/6 180/14 180/14 186/4 195/21 195/22 199/13 229/21 229/22 229/25 230/1 230/16 230/22 233/9
**Tab 1 [1]** 72/22
**Tab 10 [1]** 149/16
**Tab 11 [1]** 155/14
**Tab 12 [1]** 162/25
**Tab 13 [4]** 172/6 180/14 195/22 233/9
**Tab 14 [1]** 180/14
**Tab 15 [1]** 186/4
**Tab 2 [2]** 80/18 81/3
**Tab 3 [3]** 95/12 95/13 95/14
**Tab 4 [2]** 94/19 103/2
**Tab 5 [2]** 95/7 124/10
**Tab 6 [1]** 127/19
**Tab 7 [2]** 130/12 130/21
**Tab 8 [1]** 140/22
**Tab 9 [1]** 145/21
**table [39]** 12/20 12/22 14/14 19/20 27/10 89/9 89/10 90/10 98/4 98/22 99/15 132/12 132/16 132/19 138/8 141/15 141/19 164/16 165/22 166/2 166/22 166/23 167/8 169/2 171/3 171/5 171/6 171/7 171/10 178/10 182/14 182/22 187/24 187/25 188/3 188/4 244/17 246/25 247/1
**Table 1 [2]** 89/10 247/1
**Table 2 [5]** 98/4 187/24 187/25 188/3 188/4
**Table 3 [2]** 12/20 12/22
**Table 4 [1]** 98/22
**tables [8]** 12/6 12/8 88/14 88/15 96/20 96/23 136/20 171/5
**Tables 1 [3]** 12/8 96/20 96/23
**tablet [3]** 46/6 108/18 221/24
**tablets [1]** 46/4
**tabular [1]** 89/15
**take [49]** 15/13 19/7 19/17 23/1 30/15 32/2 34/22 68/14 69/13 69/16 70/4 73/10 76/3 97/20 99/20 103/16 107/24 113/10 113/14 134/15 135/15 140/23 145/9 149/5 149/17 152/1 155/13 158/6 168/23 173/19 217/5 218/4 220/14 227/1 227/14 229/15 235/13 236/21 239/17 242/6 242/19 243/24 244/15 246/22 247/21 255/24 262/12 264/8 271/18
**taken [8]** 20/3 69/19 107/11 108/25 115/19 117/19 135/23 201/2
**takes [1]** 23/24
**taking [8]** 26/24 26/25 36/4 46/5 55/11 64/10 81/11 101/24
**talk [30]** 7/4 10/14 10/16 11/21 12/24 13/2 15/3 15/18 17/11 20/6 24/22 33/25 35/16 35/20 37/4 45/3 81/21 113/7 124/6 138/14 160/23 224/4 224/5 233/13 234/16 236/23 240/10 250/2 266/17 268/13
**talked [20]** 33/24 38/1 97/8 114/25 118/15 132/5 134/20 139/8 171/3 221/11 222/10 236/19 236/20 239/18 248/16 249/8 249/24 254/12 266/6 266/6
**talking [19]** 11/13 19/21 21/1 21/5 21/6 21/8 21/11 28/13 28/13 32/3 33/2 34/20 38/23 39/3 82/14 136/15 185/14 208/23 268/13
**talks [13]** 37/18 54/23 138/8 143/6 148/20 148/22 152/8 221/16 221/20 222/11 236/7 239/19 246/23
**target [5]** 84/17 87/18 87/19 89/22 269/4
**taste [3]** 91/18 92/11 92/12
**teach [2]** 106/21 199/5
**teaches [4]** 38/1 57/4 152/23 153/10
**teachings [1]** 173/19
**team [2]** 4/6 210/11
**tearing [1]** 91/17
**technically [1]** 179/15
**technician [1]** 4/20
**technique [3]** 121/6 248/10 248/12
**techniques [1]** 116/21
**technology [5]** 5/1 75/2 75/19 75/20 111/20
**tell [9]** 58/23 74/7 121/15 142/24 153/13 155/19 187/18 195/9 195/11
**tells [4]** 61/25 130/5 226/21 231/20
**temperature [7]** 20/6 29/5 142/10 164/23 164/24 172/23 229/10
**temporary [2]** 91/14 144/10
**ten [11]** 23/23 25/11 25/20 46/14 78/22 88/5 88/8 89/3 89/20 125/18 126/19
**ten minutes [4]** 88/5 88/8 89/3 89/20
**tend [6]** 99/2 168/3 168/5 172/14 265/19 273/22
**tends [1]** 169/18
**Tendulkar [1]** 4/17
**tensions [1]** 218/4
**term [7]** 44/16 78/7 104/15 162/13 220/4 227/4 272/17
**terminal [3]** 49/10 105/4 211/7
**terminus [1]** 240/16
**terms [21]** 14/6 14/22 14/22 21/18 31/2 31/14 34/18 62/7 77/15 83/18 88/3 93/19 112/13 121/21 133/18 134/5 134/9 151/6 162/18 172/24 273/18
**test [28]** 12/11 12/17 12/18 13/6 13/9 14/7 14/7 14/16 14/25 14/25 15/8 89/6 90/13 90/14 90/16 90/22 90/23 90/24 97/2 98/5 98/16 99/5 99/11 99/17 99/18 199/19 244/7 258/24
**tested [3]** 13/10 93/3 98/19
**testified [4]** 70/14 78/23 79/20 136/4
**testify [4]** 23/22 26/9 49/16 80/1
**testimony [21]** 5/16 5/19 6/3 6/14 6/15 6/16 7/1 66/1 69/12 72/12 97/25 99/25 102/21 137/16 137/20 138/25 216/25 217/14 217/24 226/17 226/23
**testing [11]** 142/7 142/11 179/21 180/2 187/23 192/4 192/7 192/10 192/11 213/3 213/11
**tests [3]** 90/15 99/13 122/21
**Teva [1]** 80/2
**Texas [1]** 49/3

T


**text [1]** 192/14
**textbooks [1]** 163/14
**than [23]** 14/21 15/1 35/6 48/9 49/7 89/5 99/11 118/21 187/16 192/18 199/6 200/7 202/25 203/12 206/16 219/4 232/20 240/18 240/22 246/19 264/25 270/20 273/12
**thank [28]** 6/8 7/7 7/8 9/20 11/3 42/9 42/11 59/24 68/25 69/1 70/16 71/18 71/18 98/2 100/1 135/21 136/11 137/14 138/3 138/23 184/5 193/2 200/17 200/19 205/5 226/25 232/6 274/22
**Thanks [1]** 102/24
**that [1024]**
**that's [119]** 4/21 5/4 5/19 6/12 6/23 7/22 7/23 9/6 9/18 11/1 11/12 12/21 15/15 16/24 20/1 21/10 21/24 22/5 28/12 30/5 34/5 37/13 45/1 45/19 46/4 46/7 46/14 46/20 46/22 46/22 47/14 47/21 52/22 54/18 57/1 59/5 60/8 62/4 66/5 69/24 71/13 84/7 92/22 93/16 95/16 99/6 101/18 101/19 109/16 110/11 111/7 114/10 115/23 116/2 116/5 119/22 128/19 128/21 137/22 137/23 137/25 140/8 145/2 146/19 147/16 152/8 153/22 156/14 165/22 167/14 169/23 170/2 181/9 181/10 185/8 188/25 197/1 200/9 202/9 204/15 205/22 207/3 208/5 209/9 210/10 211/7 215/19 219/16 219/20 220/1 222/25 222/25 223/8 226/21 227/21 227/24 229/23 230/16 231/2 234/17 238/1 243/7 244/13 244/25 258/13 258/22 258/22 259/5 260/1 262/24 265/23 266/12 269/12 270/13 270/21 271/13 272/8 274/10 274/16
**their [38]** 7/22 12/9 12/21 21/24 25/4 35/7 37/5 41/14 41/14 41/16 41/18 41/25 44/14 50/18 53/19 60/17 63/3 64/15 65/21 68/21 68/22 69/22 83/4 83/8 108/14 117/17 119/18 122/13 124/4 128/22 130/7 136/9 139/17 171/13 204/16 225/13 233/2 237/16
**them [56]** 20/13 29/18 29/21 30/6 31/2 33/2 42/1 45/12 65/15 70/19 70/21 70/22 78/15 83/5 83/9 97/16 106/12 108/8 111/11 114/25 119/2 119/4 122/12 122/17 123/23 128/13 128/13 137/4 147/21 161/17 162/9 162/16 166/16 168/11 169/2 172/12 181/18 182/3 187/5 187/9 188/11 196/21 200/8 201/16 208/4 208/7 219/5 220/24 225/12 228/4 229/1 229/2 231/24 253/13 253/21 267/7
**themselves [9]** 5/2 14/5 93/22 110/1 167/20 168/15 191/25 200/6 200/10
**then [128]** 10/17 11/25 12/13 12/20 12/23 13/23 14/1 16/3 16/14 18/17 23/1 24/13 29/2 33/11 34/9 36/7 37/8 38/10 38/14 38/21 39/22 41/23 51/9 63/24 73/24 75/6 75/10 76/7 77/10 77/14 82/21 84/10 85/1 85/8 87/15 88/6 88/8 88/9 89/1 89/4 89/7 89/21 99/12 101/1 108/1 108/6 109/18 109/21 109/24 110/8 110/24 111/24 113/2 113/22 114/7 114/13 114/14 115/12 116/4 116/7 116/11 116/15 117/3 117/18 117/18 118/12 118/17 118/20 119/23 120/1 121/7 123/15 123/20 128/12 128/18 129/9 129/17 132/5 132/24 140/17 141/6 141/23 144/1 146/25 153/23 153/23 154/6 156/7 158/17 160/13 162/18 166/7 167/5 168/5 168/12 168/18 168/19 169/17 170/25 175/1 175/2 176/15 177/8 177/15 180/1 181/4 187/3 187/8 188/13 189/7 192/2 194/4 196/24 199/23 202/10 202/18 202/18 217/5 217/17 220/4 241/24 252/4 255/24 258/17 272/11 272/13 272/17 275/8
**theories [1]** 44/3
**theory [3]** 52/11 62/1 62/16
**therapeutic [15]** 11/18 11/24 16/21 83/3 87/18 88/1 93/7 96/2 108/3 125/19 125/24 126/17 159/25 160/16 178/24
**therapeutically [5]** 13/18 23/21 46/20 104/10 159/24
**Therapeutics [3]** 31/18 74/1 82/5
**there [142]** 6/5 6/19 7/20 8/7 8/19 11/6 12/2 16/12 18/9 19/19 23/1 26/19 27/12 30/20 33/10 36/13 37/8 37/25 39/12 40/6 41/24 42/1 42/24 53/2 53/3 54/5 55/5 55/15 56/17 58/3 58/15 62/2 62/21 66/7 66/22 67/4 70/18 70/25 72/15 75/9 75/12 77/9 79/12 80/1 83/23 86/21 87/21 92/6 92/8 92/25 96/20 97/15 99/22 100/7 101/8 104/5 116/21 118/6 118/14 119/20 120/1 122/24 123/20 128/11 128/16 133/22 143/23 147/11 150/12 150/22 151/25 152/7 152/11 152/19 154/23 156/18 161/6 162/5 162/18 167/7 169/6 169/6 170/12 171/18 171/25 175/23 180/6 180/25 181/1 181/9 182/3 185/2 185/7 188/10 188/11 190/17 192/14 194/2 194/25 195/24 202/24 204/14 204/23 205/1 206/19 207/25 213/3 214/21 216/25 220/16 227/6 227/19 227/21 229/24 230/4 231/1 231/2 231/4 231/4 232/20 241/17 241/24 242/3 242/17 242/21 243/7 243/24 246/18 250/21 257/14 258/3 259/12 259/13 259/23 260/12 263/11 266/3 268/6 269/12 269/17 270/16 273/25
**there's [53]** 10/10 12/2 13/16 16/10 30/4 34/18 41/12 52/8 54/8 55/4 55/16 77/12 77/16 77/17 85/16 88/8 90/10 90/16 93/13 102/18 108/7 113/6 121/5 133/6 133/22 137/3 138/7 138/18 144/12 148/19 157/15 158/18 169/1 170/2 170/11 170/25 171/4 184/14 189/5 189/7 229/19 234/6 236/10 236/14 251/1 253/25 254/12 257/15 259/8 259/9 260/8 262/9 271/9
**thereby [1]** 109/1
**therefore [4]** 23/25 39/14 39/18 51/22
**thereof [5]** 157/9 157/14 158/23 160/1 160/2
**these [83]** 12/6 13/5 13/8 16/9 16/11 17/11 17/25 20/3 21/12 35/13 36/18 41/15 44/18 44/22 44/22 47/6 47/25 48/11 48/13 48/18 53/22 54/8 57/17 57/23 57/25 60/6 60/13 64/4 64/14 87/13 88/19 91/1 98/17 99/9 101/1 105/1 106/25 109/20 109/22 114/25 115/25 117/2 119/17 131/10 133/25 134/20 136/20 145/7 146/3 147/7 150/13 152/9 152/13 162/5 165/5 167/8 169/22 172/22 173/1 173/23 177/16 180/21 180/23 181/6 181/15 181/25 182/1 182/2 183/1 183/24 215/8 223/8 241/18 241/22 242/1 245/11 246/22 253/12 253/16 263/17 263/20 263/22 265/18
**they [207]** 5/22 7/19 7/21 7/24 12/12 12/13 15/3 15/15 15/17 15/19 16/4 16/22 20/5 20/11 20/20 21/25 22/2 22/17 22/17 22/21 22/21 25/4 25/5 27/3 27/4 27/19 28/3 28/9 29/17 29/18 29/19 30/2 30/10 30/15 30/15 31/25 32/3 32/5 32/7 32/24 33/3 33/5 33/11 33/13 33/21 33/22 33/24 34/9 34/25 35/7 36/3 36/5 36/12 36/22 37/5 37/23 40/17 40/19 40/20 40/23 40/24 40/25 41/2 41/17 41/17 44/24 44/24 46/8 48/16 50/8 55/10 56/8 56/25 58/9 58/11 58/23 58/23 59/6 60/4 60/11 60/22 61/20 62/14 64/16 65/12 66/13 66/25 77/9 77/10 78/5 78/8 78/9 78/18 79/13 83/3 85/3 86/17 91/20 94/3 96/15 96/19 98/19 99/14 99/15 100/20 105/1 105/20 107/17 108/20 109/21 109/24 109/24 111/23 112/15 112/15 114/5 116/10 118/11 122/12 122/13 122/15 122/21 123/17 123/21 124/3 125/10 125/13 126/3 126/18 132/3 134/16 142/9 142/9 145/10 147/20 152/17 157/13 162/13 162/20 162/23 163/12 163/15 163/15 163/18 163/18 164/22 165/6 165/9 165/12 165/17 166/7 166/14 167/14 167/17 168/3 168/6 168/18 168/19 168/21 172/12 172/22 177/22 177/24 178/8 178/13 180/24 183/16 185/12 186/24 187/4 187/8 187/9 187/21 197/8 208/18 209/7 210/14 210/15 211/3 214/20 218/1 219/5 219/25 220/24 221/5 223/8 225/5 225/5 227/25 228/21 235/19 235/20 236/1 236/2 236/5 240/10 240/15 244/12 255/15 257/25 259/20

T


**they... [6]** 259/20 263/23 264/19 265/18 267/7 270/23
**they'll [3]** 9/10 33/25 66/2
**they're [29]** 10/13 15/6 20/21 27/5 28/9 30/16 31/2 32/9 32/11 32/12 32/16 32/20 32/25 34/6 37/9 37/19 38/25 44/23 85/17 101/13 103/14 162/14 211/6 215/20 215/21 219/3 221/2 235/19 254/11
**They've [1]** 11/7
**thin [1]** 109/25
**thing [11]** 5/3 28/4 40/17 56/13 56/25 72/14 117/8 117/9 192/15 240/4 259/5
**things [26]** 19/18 52/19 57/18 58/6 60/3 83/6 85/2 91/21 101/11 108/20 113/19 129/10 131/12 136/12 144/6 148/21 152/9 167/24 206/13 215/5 215/9 236/14 245/11 249/18 249/21 271/1
**think [47]** 4/21 6/12 7/14 8/22 22/4 35/2 38/24 39/3 39/5 40/15 53/1 63/6 69/12 86/13 88/6 100/3 113/18 114/14 137/22 137/24 146/7 150/6 153/1 153/2 156/9 162/11 162/12 168/11 193/24 203/23 208/18 212/2 212/10 217/25 228/17 228/24 236/4 238/20 244/12 244/12 250/7 259/18 261/23 267/18 274/16 275/3 275/6
**thinks [2]** 38/19 38/25
**third [3]** 43/12 98/9 223/2
**this [526]**
**Thornes [1]** 139/19
**thorough [1]** 22/11
**Thorsnes [28]** 4/20 141/18 142/16 143/5 143/7 143/25 146/15 148/4 149/18 150/19 154/9 155/6 157/3 163/1 164/15 165/24 166/20 169/7 173/3 174/5 174/24 178/2 184/5 187/1 188/1 189/19 191/18 196/17
**those [59]** 7/23 9/10 9/12 19/7 27/10 33/4 39/16 39/16 44/14 68/2 71/24 78/14 79/1 86/16 91/16 91/21 100/24 106/3 106/11 109/20 118/6 118/8 118/22 122/18 122/25 125/8 125/8 133/23 135/3 136/23 142/24 166/7 168/19 170/9 172/3 172/3 172/4 173/15 173/15 178/4 181/22 182/3 189/10 194/14 208/8 220/16 225/2 228/13 232/23 235/5 235/13 235/24 243/20 256/15 257/6 264/17 265/4 265/16 266/25
**though [8]** 108/23 136/17 178/13 179/15 220/1 237/24 261/21 263/13
**thought [8]** 20/10 38/17 51/1 52/20 56/16 185/7 263/17 263/20
**thoughts [1]** 11/15
**thousands [1]** 231/23
**threatening [3]** 45/1 93/22 144/21
**three [22]** 10/23 13/8 13/10 13/20 17/17 19/18 20/5 27/12 69/15 87/3 87/4 88/21 89/21 90/10 95/8 95/10 99/2 118/22 126/19 136/12 266/22 271/2
**three hours [1]** 69/15
**three-way [1]** 87/3
**threshold [2]** 87/25 125/20
**throat [1]** 84/13
**through [29]** 6/18 7/1 76/18 100/6 109/14 115/23 122/9 189/23 199/20 204/12 204/13 206/17 206/21 215/1 216/12 218/16 221/22 223/14 223/19 226/10 253/6 253/9 268/19 268/20 270/6 270/10 271/10 271/16 272/9
**throughout [5]** 43/1 51/11 60/1 180/2 180/4
**time [41]** 4/21 23/23 23/24 39/21 40/18 42/9 44/14 47/8 51/18 63/8 64/13 67/2 69/17 71/14 71/14 74/4 74/22 75/12 76/8 76/9 76/18 82/6 82/20 84/18 87/22 88/3 90/13 93/9 97/19 111/18 115/8 116/22 119/18 129/16 135/11 200/18 207/23 223/6 259/20 263/16 274/13
**timeline [3]** 120/12 120/22 122/8
**times [7]** 46/14 61/20 88/23 89/21 116/10 126/6 126/16
**tip [3]** 109/12 111/24 112/6
**tissue [1]** 151/2
**title [6]** 72/8 96/1 141/11 150/9 155/22 234/22
**Tmax [10]** 13/23 13/24 14/1 14/6 88/5 89/18 99/2 99/16 125/17 142/21
**today [26]** 3/16 6/24 7/1 11/10 12/4 13/13 15/24 17/20 26/10 38/6 43/19 71/22 72/12 115/14 139/6 153/2 155/21 174/13 174/19 176/3 185/14 200/18 234/9 240/1 257/19 269/14
**together [12]** 20/3 52/20 101/24 117/1 139/23 162/20 173/19 218/3 225/11 233/1 236/20 238/10
**told [2]** 25/21 25/22
**tolerability [14]** 55/10 57/18 58/6 84/11 91/3 91/10 92/6 144/4 145/6 176/16 190/21 196/11 196/19 198/14
**tolerable [3]** 197/1 198/12 198/12
**tolerance [1]** 84/8
**tolerate [1]** 143/22
**tolerated [4]** 91/13 144/5 197/9 244/8
**tomorrow [3]** 274/20 274/25 275/9
**too [9]** 10/25 57/6 81/22 84/8 84/15 85/7 113/11 119/5 153/6
**took [2]** 76/6 137/23
**tool [2]** 169/11 169/23
**top [17]** 19/19 27/21 88/20 92/6 109/16 110/4 110/6 140/3 140/20 144/1 146/15 149/2 149/2 151/24 153/2 181/5 220/25
**topical [13]** 31/9 33/3 33/4 47/19 49/15 59/10 101/2 101/6 191/22 193/11 193/21 194/1 196/3
**topically [2]** 31/7 101/12
**topics [1]** 255/15
**total [4]** 5/16 142/4 143/17 152/2
**totally [1]** 71/17
**touch [1]** 35/17
**towards [1]** 81/24
**toxicity [2]** 59/3 170/8
**toxicology [6]** 50/7 58/10 59/20 66/24 192/4 192/9
**Tracy [7]** 19/12 172/5 173/19 195/18 195/19 233/10 262/5
**Tracy's [1]** 196/2
**tradename [1]** 260/12
**trained [1]** 124/1
**training [2]** 73/6 201/20
**transcript [4]** 137/17 218/16 226/9 276/5
**transfer [1]** 128/13
**transient [1]** 144/7
**transitioned [1]** 204/15
**translation [2]** 141/4 141/6
**trauma [1]** 44/20
**treat [21]** 29/17 36/6 45/12 74/22 93/4 93/5 93/19 119/3 119/6 124/3 128/12 129/10 130/7 134/1 134/18 145/10 177/13 177/22 178/5 191/11 194/23
**treated [2]** 44/24 162/20
**treating [5]** 45/7 88/6 107/2 178/13 271/1
**treatise [1]** 60/23
**treatment [39]** 35/25 42/23 44/6 45/4 45/21 46/17 65/5 74/13 74/16 74/17 76/25 79/4 87/7 87/10 87/12 87/15 88/3 88/7 88/10 118/19 118/24 122/22 123/14 123/18 124/22 128/1 128/16 129/7 131/1 131/2 131/10 131/12 132/3 132/5 132/11 132/20 134/6 134/9 143/3
**Treatment A [1]** 87/10
**Treatment B [1]** 87/12
**Treatment C [1]** 87/15
**treatments [4]** 87/8 119/9 119/14 222/22
**trend [1]** 187/13
**trial [19]** 1/13 3/9 4/6 4/20 4/24 5/3 44/2 56/8 60/1 71/15 74/8 136/14 136/25 137/18 138/2 138/19 218/5 218/10 275/4
**trials [2]** 72/4 74/9
**trick [1]** 120/8
**tried [8]** 43/14 63/11 63/13 65/12 65/13 66/13 66/17 206/25
**tripling [1]** 188/23
**trips [1]** 123/24
**true [11]** 22/5 46/7 46/17 55/18 132/2 217/3 220/21 230/13 252/25 274/6 276/4
**truth [1]** 211/7
**try [16]** 15/24 61/12 61/17 61/21 62/1 63/10 64/6 67/21 68/2 85/19 97/21 115/6 116/22 117/8 117/23 229/5
**trying [8]** 32/17 38/17 38/18 165/13 179/14 206/16 210/12 270/20
**tube [1]** 119/23
**turbinates [3]** 109/18 109/19 109/20
**turn [89]** 44/25 59/8 59/16 59/23 60/16 72/22 80/18 81/2 85/23 87/20 88/16 91/6 92/3 94/19 100/12 101/16 103/2 103/15 124/10 127/19 128/25 130/12 130/21 141/9 143/4 143/21 145/14 145/21 146/8 147/12 148/25 149/16 152/5 153/1 153/1 154/8 156/17 162/25 164/3 165/23 165/24 171/7 172/6 172/15 180/14 180/25 182/6 186/4 192/13 204/21 213/14 219/12 221/7 221/9 223/14 225/8 225/8 229/21 230/15 230/21 233/9 233/18 234/17 234/20 238/3 238/12 238/23 240/8 240/25

**T**

**turn... [20]** 241/3 244/5 244/16 245/14 246/25 249/10 250/17 250/18 251/21 251/22 252/13 253/6 255/16 256/9 259/7 259/12 260/16 262/8 262/12 274/12
**turns [2]** 6/15 68/6
**Tween [1]** 244/23
**twice [5]** 23/20 89/22 128/17 194/23 254/2
**two [64]** 4/18 7/15 9/10 9/12 10/10 11/7 13/9 14/7 15/21 18/22 20/3 21/13 21/15 25/4 25/7 27/1 28/18 32/13 33/22 47/4 47/23 50/8 58/10 59/3 59/4 69/14 77/21 87/8 91/15 91/23 91/25 105/4 110/20 113/19 120/4 121/1 128/21 139/7 140/20 148/23 164/19 164/20 169/14 169/17 176/10 178/7 187/5 188/6 188/17 189/11 195/1 220/11 220/16 221/2 230/4 253/7 255/20 258/3 258/13 260/22 261/1 263/17 263/20 263/22
**two-parter [1]** 255/20
**two-week [1]** 59/3
**type [3]** 68/11 87/2 214/9
**types [3]** 17/25 111/9 118/24
**typical [8]** 94/2 121/9 154/19 170/1 224/8 224/11 224/11 225/1
**typically [16]** 30/13 82/19 82/22 85/3 88/7 91/16 100/25 111/15 112/20 117/2 122/10 123/12 123/20 128/9 259/6 260/1
**typo [1]** 244/12

**U**

**U.S [11]** 30/8 43/15 65/14 65/15 66/15 94/25 103/7 155/17 172/9 239/3 276/9
**U.S. [1]** 27/6
**U.S. Pharmacopeia [1]** 27/6
**UCB [10]** 1/3 1/3 3/10 3/14 3/14 3/25 34/16 35/22 40/15 42/19
**UCB's [2]** 7/16 42/21
**Uh [3]** 218/21 255/22 264/24
**Uh-huh [3]** 218/21 255/22 264/24
**ultimate [1]** 209/12
**ultimately [1]** 76/15
**unable [2]** 43/23 129/14
**unacceptable [1]** 46/1
**unconscious [1]** 46/8
**under [33]** 13/20 30/16 30/20 70/13 99/6 124/4 128/17 128/18 129/9 129/19 129/22 139/3 143/14 144/2 160/4 164/1 164/3 172/16 172/22 187/16 195/13 219/12 220/12 221/15 221/19 221/24 222/18 222/23 223/3 223/10 223/11 239/3 272/22
**undergoing [1]** 125/10
**underlying [1]** 24/22
**underneath [1]** 250/20
**understand [36]** 5/16 7/20 19/8 55/23 56/3 56/4 79/17 95/2 95/16 103/9 103/17 105/18 106/16 127/2 137/9 153/17 158/9 160/4 160/14 160/20 161/5 162/22 163/12 170/20 170/21 175/11 192/9 207/24 214/9 228/20 228/21 230/9 230/13 246/9 271/17 273/17
**understanding [26]** 18/24 24/19 24/23 31/14 42/7 55/16 60/4 61/5 70/24 79/14 82/17 83/13 94/14 101/17 134/16 161/14 161/19 161/23 194/9 196/7 204/12 211/3 214/5 215/7 226/13 227/3
**understood [9]** 53/4 68/13 107/17 114/22 148/13 153/20 161/12 181/6 192/8
**undertake [1]** 190/13
**undiluted [1]** 241/8
**undisputed [1]** 47/22
**unexpected [4]** 36/22 36/24 37/15 37/25
**unexpectedly [1]** 108/14
**unfamiliar [2]** 209/23 213/23
**unforeseen [1]** 275/7
**Unfortunately [1]** 255/20
**Union [1]** 219/14
**unique [2]** 58/15 170/8
**unit [4]** 46/19 86/9 112/11 236/3
**UNITED [4]** 1/1 1/17 58/9 180/19
**units [3]** 34/4 34/11 34/12
**universe [1]** 62/9
**university [22]** 1/4 3/15 42/20 47/7 49/2 72/10 73/16 73/16 73/19 75/2 75/7 75/12 75/15 75/25 76/6 76/13 77/9 77/12 77/13 78/6 135/4 202/19
**unknown [3]** 49/23 50/4 58/2
**unless [1]** 273/22
**unlike [1]** 54/25
**unmet [7]** 35/16 35/21 35/23 36/21 64/22 85/16 92/25
**unmodified [3]** 24/12 25/5 26/16
**unoptimized [1]** 36/3
**unquote [1]** 269/19
**unresponsive [1]** 46/8
**unsafe [2]** 193/25 194/6
**unseal [2]** 42/12 42/13
**unsealed [1]** 42/15
**until [7]** 65/16 76/17 95/24 202/16 209/25 210/2 213/23
**unusual [2]** 50/16 67/3
**up [99]** 5/23 8/7 8/12 9/1 9/12 33/13 33/23 39/22 40/20 42/3 47/12 49/6 58/17 58/25 68/4 69/4 69/9 84/19 85/21 86/20 88/17 89/10 94/21 101/21 102/4 103/24 106/12 110/10 111/22 112/14 114/7 114/25 115/5 115/8 117/24 119/18 121/19 124/2 126/13 128/21 129/2 129/20 130/22 131/19 131/20 133/15 138/9 139/19 141/19 142/15 143/6 143/14 143/14 144/13 146/14 147/17 148/3 150/21 150/22 151/11 151/24 152/10 152/16 153/2 154/9 155/5 156/12 163/2 184/4 185/15 191/17 193/16 213/16 218/1 218/15 219/7 220/6 220/6 223/17 226/8 227/17 231/10 234/21 236/25 238/13 241/12 242/25 246/13 252/21 253/23 254/16 254/20 255/17 258/4 259/8 260/17 263/24 269/11 274/20
**upfront [1]** 77/16
**upon [1]** 20/25
**upper [3]** 90/7 125/1 151/20
**Upsher [2]** 37/1 37/17
**Upsher-Smith [2]** 37/1 37/17
**upside [1]** 73/11
**urgent [1]** 66/7
**us [16]** 8/7 39/22 61/25 70/19 71/12 74/1 74/7 88/11 121/15 155/19 155/21 185/13 196/15 217/8 224/1 275/13
**USA [2]** 1/7 4/5
**use [98]** 5/1 24/12 25/4 25/5 26/16 28/21 29/21 31/7 37/13 39/15 44/4 47/12 48/21 50/11 50/23 51/1 54/15 54/19 55/5 56/1 56/11 56/18 56/21 57/8 57/9 57/16 59/22 60/1 60/7 60/11 61/12 62/6 62/23 63/12 78/19 82/9 84/1 86/11 96/8 115/6 115/12 116/21 119/2 119/4 120/1 121/13 121/16 123/6 123/17 124/1 129/24 130/6 131/13 131/23 133/25 134/21 134/24 144/18 148/20 153/23 167/10 170/7 173/13 176/14 176/16 177/5 177/16 180/1 181/16 183/24 184/22 195/8 199/23 210/9 213/19 214/19 219/17 220/3 225/5 225/6 229/3 229/20 236/8 241/25 247/14 248/5 248/7 253/16 259/19 259/23 265/20 270/7 270/8 272/11 272/15 272/17 273/1 273/5
**used [69]** 12/14 23/11 24/4 26/15 30/10 30/16 31/1 31/15 31/16 33/3 35/3 36/5 43/9 47/13 47/17 49/14 51/1 51/12 51/16 54/22 54/25 58/2 59/12 68/1 70/21 74/22 86/8 98/15 100/9 101/11 118/15 118/19 118/25 123/11 127/3 140/12 140/18 141/24 144/19 147/20 149/4 153/9 157/6 160/12 165/20 172/12 178/9 179/8 181/18 182/4 187/10 188/9 191/22 194/1 195/10 199/19 204/5 207/25 211/14 214/1 229/13 230/8 235/24 237/9 237/21 238/18 241/7 266/19 271/8
**useful [5]** 100/19 101/1 115/15 165/12 234/7
**users [1]** 122/15
**uses [6]** 151/9 219/22 224/5 224/11 225/1 248/10
**using [51]** 23/4 23/25 24/6 30/2 30/6 31/2 31/4 33/5 33/11 48/3 54/6 59/4 63/15 71/1 78/7 82/22 83/23 85/17 121/4 122/21 124/22 132/11 140/2 145/10 147/14 148/11 152/23 153/10 153/15 160/21 169/17 169/22 176/13 179/10 184/24 185/22 186/11 186/13 188/25 189/25 190/1 195/14 199/5 223/8 227/4 253/1 258/17 258/18 272/6 272/19 274/6
**USL [1]** 257/23
**USP [4]** 115/14 166/9 180/13 266/5
**usual [1]** 15/19
**usually [1]** 30/16

**V**

**vagina [1]** 191/24
**vaginal [2]** 47/18 195/1
**vague [1]** 238/2
**validity [1]** 106/8
**Valium [2]** 118/10 118/18
**Valtoco [3]** 36/13 36/15 79/3
**value [4]** 23/20 40/15 41/2 42/1
**values [4]** 13/19 14/6 14/6 189/8
**variant [2]** 43/21 63/6
**variation [1]** 188/8

**V**

**variety [4]** 129/8 144/12 227/11 242/11
**various [19]** 75/15 77/6 106/23 119/2 121/19 124/4 128/10 161/16 162/5 170/3 170/4 171/12 208/1 236/14 242/15 246/14 266/18 269/12 271/22
**vary [1]** 164/18
**varying [1]** 21/22
**vast [2]** 7/14 62/10
**vegetable [1]** 265/13
**vehicle [6]** 148/20 149/3 149/4 185/3 244/16 244/18
**vehicles [3]** 242/15 244/7 244/8
**ventricular [1]** 125/11
**venture [1]** 62/9
**Versed [7]** 87/8 118/14 121/19 121/21 122/7 129/13 259/1
**version [8]** 23/11 23/14 63/9 86/8 86/11 86/12 103/20 257/12
**versus [11]** 3/10 20/23 21/3 34/19 94/4 113/23 162/3 162/10 176/13 199/5 199/21
**very [28]** 6/8 8/22 9/16 9/21 11/19 15/20 18/6 35/1 35/2 35/3 42/11 84/3 93/24 100/1 102/24 103/15 108/20 112/22 137/14 143/7 170/10 179/15 179/16 191/10 211/10 240/15 244/8 266/3
**vestibule [1]** 109/13
**via [1]** 232/2
**viable [1]** 62/1
**vial [3]** 82/21 111/6 111/22
**Vibrel [1]** 195/8
**Vicks [1]** 111/15
**video [2]** 11/10 215/11
**view [9]** 20/2 24/18 24/19 42/6 46/16 53/21 61/15 66/11 219/20
**virtually [2]** 103/14 236/18
**viscosities [5]** 28/17 28/24 169/5 182/24 273/6
**viscosity [131]** 15/1 15/4 15/10 15/15 20/11 20/14 20/17 21/9 24/7 24/8 24/15 24/24 25/6 25/25 26/1 26/5 26/8 26/18 27/16 28/21 28/22 28/25 29/3 29/5 56/11 56/14 56/15 56/17 56/19 57/17 62/14 99/11 99/12 114/15 114/16 144/14 147/25 148/6 148/8 148/11 148/14 149/9 167/5 167/6 167/12 168/11 168/12 168/24 168/25 169/14 169/19 169/21 171/15 171/16 172/12 172/19 173/1 176/13 177/5 177/16 177/17 177/18 179/4 179/23 180/9 182/17 182/17 183/1 183/17 183/18 183/25 184/9 184/12 184/14 184/21 184/25 185/11 185/22 186/2 186/16 187/6 187/9 187/19 188/4 188/7 188/13 188/14 188/21 188/22 189/6 189/10 189/22 190/2 190/10 190/18 190/23 191/4 197/2 198/2 199/24 200/1 206/15 206/17 206/17 231/16 234/7 234/15 234/16 234/24 235/3 235/18 235/24 236/8 236/11 247/16 258/19 259/9 259/14 259/16 259/25 260/4 260/5 260/6 268/25 269/5 269/10 269/15 272/3 273/7 273/9 273/14
**viscosity-enhancing [5]** 247/16 259/14 259/16 259/25 260/4
**viscosity-increasing [2]** 186/16 260/5
**viscosity-reducing [15]** 20/11 20/14 20/17 172/12 172/19 173/1 234/7 234/16 234/24 235/3 235/18 235/24 236/8 236/11 259/9
**viscous [2]** 164/22 178/10
**vitae [1]** 73/1
**vitro [1]** 151/1
**volume [10]** 1/14 46/14 46/22 84/17 120/4 120/8 154/18 154/19 159/8 251/11
**volunteers [3]** 81/9 144/6 207/11

**W**

**W-E-R-M-E-L-I-N-G [1]** 70/11
**wait [1]** 235/21
**Walbergh [9]** 124/19 124/20 125/5 125/24 126/6 126/11 126/17 126/22 127/2
**want [45]** 11/4 13/25 14/3 15/18 20/18 21/4 21/17 23/10 23/13 28/4 28/22 31/12 33/17 34/16 34/21 34/21 35/16 37/1 37/3 40/11 40/17 69/14 95/10 97/19 113/17 114/17 116/21 136/7 137/6 137/18 138/5 138/12 153/24 160/13 192/15 192/21 197/3 216/24 217/18 218/8 224/5 228/20 259/20 259/20 275/1
**wanted [13]** 24/12 28/20 40/23 40/24 79/23 120/14 161/2 163/15 185/18 207/24 210/12 210/14 274/23
**wanting [1]** 228/20
**was [295]**
**wasn't [10]** 40/20 40/24 62/7 84/12 202/18 204/13 206/2 219/4 224/1 268/8
**watch [1]** 71/14
**water [90]** 16/7 18/16 30/23 39/8 39/9 48/5 55/8 55/14 56/5 56/6 57/1 57/11 62/20 97/4 98/8 102/12 114/5 114/8 114/9 114/10 114/11 115/6 115/7 115/9 115/11 115/14 121/23 140/7 140/16 141/14 141/22 141/22 146/25 154/17 157/16 159/5 164/7 167/2 167/4 167/20 168/20 168/22 170/9 181/14 183/20 186/16 190/1 190/1 197/2 198/1 198/2 198/6 198/13 198/19 198/21 199/9 199/16 206/1 206/4 225/24 227/23 228/3 241/14 242/4 243/2 245/8 247/12 247/15 249/6 252/6 252/7 252/10 253/19 255/7 256/5 257/10 258/7 258/11 258/17 258/21 258/22 259/2 263/11 264/2 264/3 264/5 264/19 273/22 273/24 274/7
**water-based [2]** 114/5 114/11
**watering [1]** 91/17
**way [22]** 24/13 26/6 26/15 87/3 89/15 110/10 116/15 118/5 134/13 170/20 173/25 181/10 185/7 239/18 241/3 242/7 242/8 242/17 246/10 248/14 266/2 270/17
**ways [4]** 21/18 99/15 121/2 168/18
**we [338]**
**we'd [2]** 157/19 171/19
**we'll [10]** 5/4 9/17 9/20 10/18 10/19 11/21 69/16 97/10 97/23 169/2
**we're [25]** 11/13 15/16 18/1 18/7 18/8 18/9 21/5 21/10 22/6 24/16 25/7 26/24 26/25 28/13 31/3 40/8 88/7 116/11 117/23 136/23 138/17 230/21 268/7 273/13 275/4
**we've [13]** 4/25 7/18 52/18 69/2 70/21 92/21 118/15 176/3 177/13 179/4 250/20 257/15 274/24
**wearing [1]** 71/9
**week [7]** 43/1 45/2 50/22 59/3 64/20 66/17 87/4
**weight [15]** 27/23 28/1 28/3 67/22 68/12 159/8 164/18 167/4 167/6 169/4 171/13 182/15 182/23 182/24 267/10
**welcome [1]** 137/19
**well [83]** 4/24 8/17 13/20 20/9 22/20 22/20 23/16 24/11 25/1 25/10 25/21 26/9 26/20 27/18 28/10 35/24 36/15 37/6 42/10 48/4 50/22 52/20 55/8 56/11 58/20 59/12 60/19 64/23 66/11 69/16 76/17 80/19 81/22 91/13 92/19 104/3 117/22 137/2 144/5 144/12 148/18 151/9 154/2 156/17 162/14 163/13 166/5 168/3 168/5 176/23 177/4 177/13 179/4 179/25 180/6 181/6 181/18 184/8 184/12 189/1 192/5 194/18 195/11 196/10 197/5 197/9 198/8 198/8 198/11 199/6 204/20 211/3 216/9 221/22 225/4 244/8 246/22 250/9 252/6 255/24 256/9 271/18 275/2
**well-documented [1]** 66/11
**well-known [3]** 22/20 24/11 25/1
**well-tolerated [1]** 197/9
**well-understood [1]** 181/6
**went [3]** 51/5 89/7 100/6
**were [115]** 5/1 15/15 22/12 29/7 29/8 30/2 34/11 34/12 35/24 36/3 36/5 36/5 36/9 41/17 45/22 53/23 55/3 58/15 62/8 62/13 62/14 63/22 66/25 67/4 67/15 70/25 75/16 77/23 79/1 79/11 79/13 82/19 83/23 85/6 87/18 87/18 87/19 91/13 91/14 91/16 91/23 92/19 98/24 99/22 100/6 101/11 107/16 107/17 111/10 114/5 114/7 114/7 115/9 117/19 118/8 118/8 118/11 119/14 122/9 122/10 122/15 123/10 124/1 125/8 125/8 125/10 126/6 126/16 139/14 140/4 141/25 144/7 152/19 153/23 162/15 165/14 165/17 165/20 166/11 166/14 166/25 171/5 172/18 173/6 178/8 178/12 178/13 180/6 185/14 186/22 187/22 194/25 196/19 202/13 202/16 202/25 209/16 209/23 209/25 213/20 213/23 214/3 214/5 227/3 227/6 241/5 241/5 241/24 242/2 250/7 257/25 258/1 258/3 258/3 273/20
**weren't [3]** 76/14 91/19 114/6

**W**


**Wermeling [112]** 4/19 15/23 17/14 18/23 22/6 22/8 22/10 22/15 23/4 23/10 23/15 24/3 24/4 24/4 24/18 26/9 26/14 29/9 36/7 42/6 43/12 50/14 50/17 50/21 50/25 51/4 51/12 51/17 51/20 52/2 53/10 53/12 53/21 54/9 55/12 55/20 56/22 65/13 69/10 69/23 70/7 70/11 70/12 71/1 71/6 71/8 71/21 72/1 72/19 80/8 80/14 80/16 94/14 97/1 97/8 100/13 106/16 106/20 110/13 120/20 130/12 130/24 139/1 139/2 139/6 140/6 155/10 155/19 158/1 158/9 158/20 159/17 159/19 161/5 173/24 174/14 174/25 175/4 175/22 176/1 176/6 179/3 193/6 199/15 199/25 200/17 201/7 202/12 203/18 203/22 203/24 204/17 204/24 205/3 205/11 208/19 210/3 210/5 215/2 218/18 225/18 225/25 226/19 226/22 228/1 228/22 229/16 232/6 233/14 242/22 254/21 263/25
**Wermeling '359 [5]** 155/10 158/9 158/20 159/17 159/19
**Wermeling's [10]** 17/21 18/4 52/4 56/12 56/13 58/14 61/22 80/21 218/16 226/9
**what [426]**
**what's [40]** 12/11 12/16 16/8 16/8 16/12 17/1 17/6 22/24 23/21 29/6 30/11 46/9 50/15 72/24 73/4 81/14 81/14 90/12 95/15 95/21 95/23 103/3 112/10 127/21 130/13 140/25 145/21 147/9 150/5 150/12 158/15 180/15 187/13 188/3 193/4 194/9 217/1 227/21 255/1 271/14
**whatever [4]** 110/12 116/9 219/3 275/2
**when [56]** 6/14 8/7 11/22 12/3 13/2 20/6 30/15 32/18 35/3 40/21 40/25 41/17 44/14 51/17 54/12 54/16 54/21 55/4 58/6 63/8 73/19 73/22 75/12 82/4 83/5 88/6 93/5 93/15 97/21 99/9 99/14 106/23 108/2 108/23 109/17 109/24 111/21 116/5 119/6 133/24 134/18 135/18 138/8 162/12 180/1 185/1 186/19 195/10 206/14 206/20 217/25 241/7 253/1 260/4 272/15 275/4
**where [58]** 5/1 6/14 8/11 13/25 16/21 16/23 18/2 21/6 24/23 30/16 32/3 36/3 37/9 38/9 38/17 38/19 58/18 59/9 62/2 74/24 75/4 77/1 83/6 90/23 96/19 100/12 109/16 109/17 112/13 112/20 124/24 124/25 126/11 131/17 133/8 134/23 141/15 142/14 143/6 144/19 147/5 160/7 161/14 161/16 162/20 163/10 163/15 163/17 186/22 187/4 207/23 213/20 222/11 223/8 241/5 257/23 266/17 271/21
**whereas [2]** 112/18 260/2
**wherein [2]** 104/12 160/16
**Whereupon [7]** 40/3 42/15 69/19 135/23 201/2 216/22 218/13
**whether [22]** 7/18 20/15 48/19 58/4 59/17 79/14 108/15 108/17 109/21 110/9 113/24 138/12 174/16 191/12 217/4 225/15 225/20 226/1 226/14 226/22 227/25 240/18
**which [112]** 6/6 11/20 13/11 13/12 14/7 14/8 15/12 16/14 16/15 16/18 17/21 18/16 19/10 20/6 20/10 20/25 22/19 23/8 23/17 23/20 26/12 27/14 29/1 29/1 30/21 30/24 33/7 33/14 33/16 36/14 38/7 38/7 40/13 41/6 41/19 44/12 45/19 46/10 48/15 53/12 53/13 55/9 57/3 57/15 58/5 61/8 61/25 71/10 72/22 74/21 76/24 79/3 79/3 79/22 82/7 88/5 89/23 91/2 94/20 99/15 100/20 102/22 104/11 110/21 115/12 118/10 118/10 123/5 124/10 125/5 125/11 132/7 136/15 147/1 147/7 154/1 164/1 167/9 169/8 171/5 172/13 172/23 173/15 173/15 175/12 175/14 182/14 182/15 182/23 186/15 187/10 194/10 204/12 215/5 222/22 223/2 225/6 226/16 231/3 232/9 244/7 244/16 250/2 254/12 254/13 255/14 257/12 258/7 258/11 258/11 262/13 274/5
**while [5]** 9/13 47/15 197/21 216/25 238/1
**white [1]** 109/15
**who [27]** 11/9 15/23 17/14 17/16 34/18 35/19 36/20 40/6 75/18 88/9 95/19 105/7 122/10 122/20 123/2 123/21 124/18 129/7 131/4 139/14 140/4 146/1 161/9 207/14 207/24 250/1 274/18
**who's [3]** 43/13 66/19 186/17
**whole [8]** 39/4 96/6 118/20 128/11 236/10 236/14 236/18 236/18
**whose [1]** 21/8
**why [29]** 5/19 7/3 12/3 14/23 21/16 28/12 63/24 81/10 86/11 125/8 177/24 179/2 179/22 180/7 181/15 183/15 183/23 184/8 191/7 197/3 197/16 197/25 198/13 207/3 215/4 215/17 216/13 270/21 274/19
**wide [1]** 28/6
**widely [3]** 26/21 36/5 36/16
**will [158]** 4/5 6/18 8/5 9/11 11/9 11/17 12/3 12/7 13/12 14/15 14/17 15/3 15/23 15/24 16/15 17/4 17/11 17/19 17/21 18/4 18/12 18/13 18/14 18/15 18/19 18/20 19/1 19/2 19/8 19/10 20/6 20/8 21/15 22/15 23/8 23/19 23/22 23/23 24/10 26/9 27/12 28/25 29/2 29/14 30/21 30/22 30/23 31/17 31/21 31/21 32/2 32/5 33/10 33/19 35/19 37/4 37/15 37/19 38/5 39/22 39/24 40/5 40/9 41/4 41/20 42/25 43/17 44/3 44/16 45/10 46/24 48/25 49/8 49/16 49/21 50/2 50/10 50/21 50/25 51/3 51/12 51/21 51/23 52/4 52/11 52/15 52/19 53/9 53/13 54/5 54/20 55/7 55/15 56/8 56/17 57/12 59/25 60/6 60/13 61/6 62/5 62/12 62/21 63/3 63/5 63/8 64/14 64/18 65/2 65/17 65/23 66/2 66/22 67/13 67/18 67/21 68/21 68/23 69/10 69/12 69/17 76/6 77/15 80/13 88/23 91/12 93/6 93/6 93/9 100/3 116/18 122/6 122/8 129/11 135/16 136/9 169/4 170/15 171/17 188/14 188/19 191/8 191/9 199/8 204/15 217/25 218/3 221/22 232/1 258/15 262/13 263/23 270/16 270/18 270/19 271/5 274/19 275/14
**Wilmington [1]** 1/15
**withdraw [6]** 94/7 134/12 196/10 202/12 215/24 267/23
**withdrawing [1]** 82/20
**withdrawn [3]** 133/3 153/18 161/10
**within [22]** 27/25 27/25 76/4 87/13 88/8 93/9 96/7 125/17 126/19 133/21 137/2 138/13 154/19 175/2 182/13 198/24 225/15 225/21 226/1 226/14 239/24 241/5
**without [5]** 8/23 9/4 33/16 61/10 67/1
**witness [9]** 5/18 69/22 70/2 70/13 71/24 72/19 217/13 217/23 226/5
**witness's [1]** 216/25
**witnesses [2]** 4/18 5/14
**WO [1]** 149/23
**WO 2005/06-7893 [1]** 149/23
**woman's [1]** 191/24
**won't [1]** 268/19
**wonder [1]** 8/14
**word [6]** 10/18 10/19 38/3 204/5 214/20 272/15
**worded [1]** 38/16
**words [7]** 79/6 153/15 167/19 209/9 261/10 261/13 261/16
**work [15]** 26/17 51/10 51/11 58/22 76/9 76/14 81/11 82/5 118/2 138/17 179/1 192/2 202/23 204/14 207/24
**worked [4]** 7/5 136/1 202/2 207/23
**working [7]** 32/16 47/9 50/19 51/4 117/2 198/25 202/20
**works [4]** 84/23 92/23 112/16 112/17
**world [3]** 25/21 25/22 78/8
**worldwide [1]** 44/10
**worried [1]** 190/23
**worries [1]** 91/20
**worry [1]** 94/2
**worrying [1]** 94/5
**worthy [1]** 92/20
**would [375]**
**would reducing [1]** 200/1
**wouldn't [9]** 8/15 57/24 64/25 94/5 225/6 229/5 239/24 270/6 273/8
**wrap [2]** 9/12 33/13
**Wright [1]** 3/25
**write [1]** 83/11
**writing [1]** 31/23
**written [2]** 137/25 141/4
**wrong [1]** 4/20
**wrote [1]** 185/9


**Y**


**yeah [14]** 9/20 97/23 101/13 137/13 212/19 215/14 215/18 236/4 257/18 263/22 266/24 269/24 271/6 274/16
**year [2]** 124/16 131/6
**years [20]** 25/12 25/20 34/13 40/20 47/10 50/20 51/8 105/4 105/6 118/16 125/7 206/13 239/14 246/5 246/8 260/22 261/1 261/4 261/7

**Y**

**years... [1]** 263/14
**years' [1]** 45/6
**yellow [5]** 88/23 122/24 123/1 175/10 230/1
**yep [3]** 193/7 253/20 255/23
**yes [309]**
**yet [6]** 47/11 68/6 76/14 117/20 138/18 229/24
**Yiye [1]** 3/22
**you [843]**
**you'd [4]** 111/18 156/5 267/3 274/21
**you'll [15]** 15/4 27/13 30/24 34/10 38/6 45/2 64/21 66/16 88/20 90/9 90/12 90/16 112/1 146/23 204/23
**you're [21]** 13/24 35/17 72/1 82/14 90/23 93/14 116/5 117/2 117/22 137/19 166/2 169/15 192/6 201/9 201/11 215/8 244/3 250/4 258/18 259/5 272/16
**you've [13]** 43/7 47/21 48/14 52/11 73/4 109/3 158/13 199/16 201/14 234/8 267/19 267/25 270/22
**your [259]** 3/13 3/17 3/19 3/21 3/23 4/2 4/9 4/11 5/7 5/13 6/10 8/4 8/15 8/21 9/25 10/4 10/9 10/21 11/4 11/16 16/18 17/7 19/1 19/6 20/18 21/17 27/7 31/12 33/8 33/17 34/23 37/19 39/21 41/4 42/3 42/9 42/18 44/16 56/3 68/20 68/25 69/5 69/21 70/5 70/17 71/19 72/2 72/8 72/11 72/12 72/15 72/23 73/2 73/2 74/7 76/3 76/9 76/15 77/6 77/18 77/24 78/2 80/7 80/12 80/16 80/23 81/2 82/16 91/3 92/17 93/2 93/12 94/8 94/19 95/12 97/19 98/2 101/16 102/20 103/2 104/21 105/11 105/19 105/23 106/15 107/3 109/12 109/19 113/4 114/10 115/7 116/5 116/18 117/6 118/2 119/24 120/13 124/10 126/23 127/6 127/19 128/18 130/12 132/8 135/6 135/18 135/21 136/2 137/8 138/3 138/23 140/22 145/15 145/21 149/10 149/16 152/7 154/25 155/8 155/10 156/15 157/19 158/1 158/8 159/16 162/25 171/19 172/6 173/23 174/6 175/9 175/20 176/20 179/8 180/1 180/2 180/14 183/5 184/24 185/16 186/4 189/12 191/20 192/8 192/25 194/9 195/2 195/20 198/23 200/18 200/20 201/18 202/20 203/3 203/12 203/19 203/24 204/1 204/5 204/9 204/21 205/11 205/15 205/17 205/24 206/3 206/15 206/25 207/4 207/7 207/13 207/17 208/2 208/5 208/9 208/13 208/16 208/19 209/11 210/3 210/5 212/8 213/19 214/2 214/5 214/8 215/6 215/24 218/23 219/17 220/1 220/6 220/11 220/18 222/15 223/20 225/10 226/4 226/12 227/16 228/9 228/16 228/22 229/17 229/22 233/10 233/13 234/2 237/12 237/21 239/18 241/12 241/20 242/25 243/20 245/24 246/13 246/14 248/19 249/24 250/9 254/13 254/16 254/23 255/5 255/7 255/11 255/11 255/14 257/6 258/4 258/10 260/16 261/21 261/24 261/25 262/5 262/8 262/14 263/24 264/17 265/10 265/14 265/16 266/12 268/10 268/10 268/13 269/5 269/9 269/15 269/21 269/24 270/4 271/7 271/9 271/17 272/22 275/12
**Your Honor [9]** 5/13 8/21 10/4 44/16 69/21 70/17 71/19 136/2 138/3
**yours [1]** 210/9

**Z**

**zero [1]** 61/14
**Zicam [1]** 270/17
**zoom [1]** 98/21