IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND ,

Plaintiffs,

v.

CIPLA LIMITED and CIPLA USA INC. ,

Defendants.

C.A. No. 21-1229-JLH

Wednesday, October 4, 2023
9:30 a.m.
Bench Trial

Volume III

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE JENNIFER L. HALL
United States District Court Judge

APPEARANCES:

COVINGTON & BURLING LLP
BY: ALEXA HANSEN, ESQ.
BY: KAVEH SABA, ESQ.
BY: MELISSA KEECH, ESQ.
BY: CHARLES HALL, ESQ
Counsel for the Plaintiffs

APPEARANCES CONTINUED:

MORRIS JAMES
BY: KENNETH LAURENCE DORSNEY, ESQ.
and

K&L GATES LLP
BY: ANIL PATEL, ESQ.
BY: PETER GIUNTA, ESQ.
BY: ADAM BERLIN, ESQ.
BY: HAROLD STOREY, ESQ.

Counsel for the Defendants

\- - - - - - - - - -

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 9:30 a.m.)

**THE COURT:** Good morning. Please be seated. So we're here for the third day of trial.

Is there anything we need to address before we get started?

**MS. HANSEN:** Nothing from plaintiffs, Your Honor.

**THE COURT:** All right. Thank you.

**MR. PATEL:** Nothing from defendants.

**THE COURT:** All right. Let's proceed.

**MR. HALL:** Good morning, Your Honor. Chip Hall on behalf of plaintiffs.

**THE COURT:** Good morning.

**MR. HALL:** Plaintiffs next call Kalindi Gandhi as a deposition witness.

Ms. Gandhi is the director of formulation and development at Cipla Limited and was Cipla's corporate representative.

The time split for this clip is five minutes, 15 seconds for plaintiffs and seven minutes, 59 seconds for defendants.

**THE COURT:** That's fine. Thank you.

(Deposition designation of KALINIDI GHANDI plays as follows:

**BY MS. KEECH:**

**Q.** Good afternoon, Ms. Gandhi. My name is Melissa Keech. I represent the plaintiffs in this case.

Can you please state and spell your full name for the record?

**A.** Yeah, my name is Kalindi Gandhi. Spell it as K-A-L-I-N-D-I, second name, G-A-N -- rather, last name, G-A-N-D-H-I, Gandhi.

**Q.** Thank you. Who is your current employer?

**A.** Cipla Limited.

**Q.** Do you understand that you are testifying under oath today?

**A.** Yes.

**Q.** And that oath has the same force and effect as if you were testifying in court?

**A.** Yes.

**Q.** Thank you. Do you understand that you are here to testify in your personal capacity?

**A.** Yes.

**Q.** And do you understand that you are here today to testify on behalf of Cipla regarding certain topics?

**A.** Yes.

**Q.** And do you understand that you are here today to

testify on behalf of Cipla regarding certain topics?

**A.** Yes.

**Q.** We're now showing what's been marked as Exhibit 6 and it has Bates Cipla_MIDA_000261.

Do you recognize this document?

Do you recognize Exhibit 6?

**A.** So this mentions here it's "Controlled Correspondence-11726."

**Q.** And this is controlled correspondence that was submitted as part of Cipla's ANDA?

**A.** Yes.

**Q.** We're now showing what's been marked as Exhibit 9. And this letter states that attached with this application is a true copy of the document filed as patent application Number 201821047778. Do you see that application number?

**A.** Yes.

**Q.** Right. And then the application below that is the application Number #20182104778?

**A.** I'm not sure, because I'm not familiar with this exact relation to --

**Q.** Okay.

**A.** -- the document, I believe.

**Q.** Okay. So to the best of Cipla's knowledge, information, and belief, the information that's contained

in this patent application is correct as of the 17th day of December 2018?

**A.** Yes. That's what it would mean, yeah.

**Q.** And Cipla also believed that administration by injection was painful and not well accepted by patients?

**A.** I'm not sure whether I could say it is Cipla believes, but it's the background of invention, it's the information which is there in literature in public domain and in general which could be known to the people.

**Q.** Okay. So Cipla looked at information that was in the public domain as to other attempts to make nasal formulations of midazolam?

**A.** Yeah, so it's like there could be -- it might always [audio distortion] but it's what information which is there in the -- it's in public domain. It's what it could be referring in a single document, as a consultative document.

**Q.** Okay. And after looking at the literature and information in the public domain, Cipla concluded that nasal delivery of midazolam had not been very successful?

**A.** I'm not sure whether I would be able to endorse that statement as Cipla.

**Q.** Okay. And that's a statement by Cipla?

**A.** I don't -- as I said earlier, it's not a statement by Cipla probably, it could be basis information which is

seen as the background of the invention.
**Q.** So to the best of Cipla's knowledge, nasal delivery of midazolam had not been very successful until this application?
**A.** Probably.
**Q.** And based on the information that Cipla described in that background, it concluded that there was an urgent need for the availability of the nasal formulations with highly increased midazolam concentrations, right?
**A.** That's what I could read here.
**Q.** And that statement is included in this application because Cipla believed that it was correct?
**A.** Yes, I believe so.
**Q.** Okay. So Cipla believed that, as of December 2018, there was an urgent need for the availability of nasal formulations? Oh, sorry, nasal formulations with highly concentrated midazolam concentrations?
**A.** That's what it indicates I believe.
**MS. KEECH:** Okay. Could we go to Page 23. Okay, and you can stop here in the middle of the page.
**BY MS. KEECH:**
**Q.** Do you see the photograph starting "The formulation of present invention may or may not comprise"?
**A.** Yeah, I see that.
**Q.** Okay. And it lists some organic solvents?

**A.** Yeah.
**Q.** One of the organic solvents listed is methoxy-polyethylene glycol?
**A.** Yeah, I read that.
**Q.** And one of the organic solvents listed is polyethylene glycol?
**A.** Right, I see that.
**Q.** And one of the organic solvents listed is propylene glycol?
**A.** Yes.
**Q.** It states methoxy-polyethylene glycol, and then it also states polyethylene glycol?
**A.** Yes.
**Q.** And these are both listed here because they're different excipients, right?
**A.** Yeah, I believe so, yes.
**Q.** So methoxy-polyethylene glycol is different from polyethylene glycol?
**A.** As an entity it's different. They're not the same chemical structure, per se, from the same family but not the same -- exactly the same CAS number in a simple way or the scientist's way if I have to say.
**Q.** We are now showing what's been marked as Exhibit 10, which has Bates Cipla_MIDA_077801.
Do you recognize this document?

**A.** Yeah, this is talking about midazolam unit dose nasal spray.

**Q.** Do you think that Vipul would put false statements in a PowerPoint that he would present to the director of formulation R&D?

**A.** I believe it's a statement which is there in the literature information or the articles which have been just put in. I don't believe that it could be a validation of those information which would have been done, but that's what I believe.

**Q.** Do you agree that, in general, when formulation scientists prepare updates for the director of formulation R&D that they would provide accurate information?

**A.** Okay. Let me put it this way. It's information of the articles which is there, is as is. I would say it's the information of the articles cannot be altered or presented differently by anyone; it's there, it's there. The information related to the data which is generated by the person would be the responsibility where the person has to be accurate, what has been done by himself, as his own scope of work. But articles are something which is outside the scope of the person's validation.

**Q.** Okay. So based on the literature -- let's look at the second bullet here. The second bullet says,

"Intranasal delivery circumvents practical problems associated with IV, rectal, buccal, sublingual, and intramuscular routes."

Do you see that?

**A.** Yeah, I see that paragraph.

**Q.** So according to the literature, there are practical problems associated with the IV, rectal, buccal, sublingual, and intramuscular routes?

**A.** Yeah. That's what I believe. It's based on the literature.

**Q.** Can we go to Slide 9.

**A.** Sorry.

**Q.** It's okay.

**A.** Yeah.

**Q.** And looking at the box that says, "Prerequisites of midazolam nasal formulation."

Do you see that?

**A.** Yeah, I see that.

**Q.** And use of the word "prerequisites," it's prerequisites for what purpose?

**A.** So if I read the earlier statement based on the physical chemical properties of midazolam and clinical requirement following, the prerequisite were defined. And heading is "strategies of development," so I gather it's the strategy -- formulation development strategy

prerequisite.
**Q.** Would these prerequisites be any different for a product that was under development for the U.S. market?
**A.** For the U.S. ANDA, the strategy was different. It was not the same strategy.
**Q.** Okay. Would these requirements be -- also be requirements for a product being developed for the U.S. market?
**A.** In general, yes, but not limited to this.
**Q.** Are there any prerequisites on this list that would not be a prerequisite for a U.S. product?
**A.** I believe for the U.S. market the basic prerequisites for development is to be an ANDA formulation, and that would define all the criteria which need to comply with the FDA requirement.
**Q.** Those are requirements for an ANDA formulation, right? That's what you are referring to, an ANDA formulation?
**A.** Yes, the ANDA formulation.
**Q.** What about any formulation, an NDA, would it have the same requirements?
**A.** I do not have the clear understanding on the NDA requirements, but as Cipla for U.S., the requirement was for an ANDA formulation.
**Q.** Okay.

**A.** A generic formulation.

**Q.** Ms. Gandhi, do you recognize the document that's been put on the screen?

**A.** So I see this is some Excel spreadsheet compilation. I see there are different batch numbers mentioned in there, some composition, process, and columns, different columns.

**Q.** Okay. Why did Cipla perform a solubility study for midazolam?

**A.** I believe for any product which is intended for solution, there would be a solubility study done for the active ingredient.

(Video concludes.)

**MR. HALL:** Your Honor, plaintiffs move PTX-1206, PTX-1210, PTX-1211, and PTX-1219 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** All right. It's admitted.

(Exhibits PTX-1206, PTX-1210, PTX-1211, PTX-1219 were admitted into evidence.)

**THE COURT:** Can I just ask before we move on, the first part of the testimony she was talking about a Page 23. Do you happen to know what exhibit that relates to?

**MR. HALL:** If you can give me one moment to confer, Your Honor.

**THE COURT:** Sure, of course.

**MR. HALL:** That's PTX-1209, Your Honor. It's a Cipla patent.

**THE COURT:** I don't have that in my binder. Is that because it's in another binder?

It's already been admitted?

**MR. HALL:** Yeah. It's already been admitted, Your Honor.

**THE COURT:** All right. Thank you very much.

**MR. HALL:** And I'm sorry, Your Honor. We only played day one of that deposition. We have a short additional clip from day two.

**THE COURT:** I got you.

**MR. HALL:** It's about five minutes, 50 seconds long.

**THE COURT:** Okay.

**MR. HALL:** And plaintiffs' time is two minutes, eight seconds, and defendants' time is three minutes, 43 seconds.

**THE COURT:** All right. Thank you.

(Deposition designation of KALINIDI GHANDI plays as follows:

**Q.** Okay. Looking at the Column E in this spreadsheet, it's called "FDA-IID." Do you see that?

**A.** Yeah, I see that.

**Q.** What does "FDA-IID" mean?
**A.** So it's a -- it's an inactive ingredient database of FDR, which is part of the FDA site.
**Q.** And why did Cipla look at the FDA-IID guidance in developing its midazolam nasal spray?
**A.** So if I have to say it's not specific to midazolam nasal spray, it would be in general any products in the formulation development, a person would look at the information available in public domain and FDA-IID site is one of them.
**Q.** And how would a formulator use the information in the FDA-IID database to develop a formulation?
**A.** So, in general, I would say it's an additional information which is available and which is already, as I mentioned, it's already in this here, but then it does not -- I don't believe it limits anyone for -- in the development, but it's an additional information available for that particular ingredient.
**Q.** Okay, and this is Exhibit 20, which has Bates Cipla_MIDA_000318.
Do you recognize this document?
**A.** I think it's coming in, one second.
**Q.** Oh sorry.
**A.** Yeah, it's coming in now. This is controlled correspondence 12245. If you could go down, please.

This is: "Controlled Correspondence 5 milligram per Spray-Q1/Q2. Title of inquiry: Controlled Correspondence for 5 milligram per Spray-Q1/Q2."

If you could go down as well on this screen. Further down, please.

So it's a request to assess the Q1/Q2 for sameness formulation for the generic midazolam nasal spray 5 milligram.

**Q.** Okay, so Cipla sent FDA a letter on June 10th, 2020?

**A.** Yes.

**Q.** And in that letter Cipla is requesting guidance from FDA on a Q1/Q2 similar formulation to Nayzilam. Right?

**A.** It is for the Q1/Q2 sameness similar proposed generic formulation on 10th June.

**Q.** When did Cipla decide to pursue a Q1/Q2 similar formulation for its ANDA proper?

**A.** I don't know the exact dates, but it would be somewhere around this timeframe, in these days around this -- when this Q1/Q2 has been submitted.

I don't know the exact date but it would be somewhere around this time itself when the correspondence was sent.

**Q.** Why did Cipla decide to pursue a Q1/Q2 similar formulation in June 2020?

**A.** So if I remember well, that is because of our -- we

got the input from the regulatory team that if you pursue a non-Q1/Q2 formulation, they will not be able to file it as ANDA and if -- because we have a hydrochloric acid in our formulation.

**Q.** Okay. So it was the presence of hydrochloric acid in the formulation that would have prevented Cipla from getting regulatory -- or from getting approval for its ANDA product?

**A.** So, as I said, the input was that if we were to have this hydrochloric acid in the formulation, we would not be able to file the product as an ANDA application.

**Q.** So when you said the regulatory team informed you that the presence of hydrochloric acid in the non-Q1/Q2 formulations would have prevented from you filing that as an ANDA, is it the amount of hydrochloric acid in those formulations that would have prevented you from filing the formulation as an ANDA?

**A.** No.

**Q.** Then what is it about the presence of hydrochloric acid in those formulations that would have prevented you from filing it as an ANDA?

**A.** So the point which was considered in giving the feedback was if the presence of hydrochloric acid in the formulation would convert midazolam into the salt form, even if it's a partial quantity, and if that -- if that

is be a probability which could happen, then it would not be considered as an ANDA.

**Q.** Has Cipla sought approval for its non-Q1/Q2 formulation anywhere outside of the United States?

**A.** No, not to my memory.

(Video concludes.)

**MR. HALL:** Your Honor, plaintiffs next call Vipul Mittal. Mr. Mittal is the senior manager for nasal and inhalation dosage forms at Cipla Limited.

And the time split over just one day this time is 12 minutes, 48 seconds for plaintiffs and 11 minutes, 23 seconds for defendants.

**THE COURT:** Thank you.

Before we start that, can you tell me, did we admit 1209? I'm hearing from my courtroom deputy that we don't think 1209 was previously admitted.

**MR. HALL:** We will move to admit that exhibit, Your Honor.

**MR. PATEL:** We'll have to discuss with them afterwards. I don't think you guys identified that exhibit for us.

**THE COURT:** All right. Why don't you discuss it on the next break. We will go ahead with the deposition.

(Deposition designation of VIPUL MITTAL plays

as follows:)

**BY MS. KEECH:**

**Q.** Good afternoon, Mr. Mittal. My name is Melissa Keech, and I represent the plaintiffs in this case.

Could you please state and spell your full name for the record.

**A.** Vipul Mittal.

**Q.** Could you spell your name for the record?

**A.** V-I-P-U-L, M-I-T-T-A-L.

**Q.** Who is your current employer?

**A.** My current employer is Cipla Limited.

**Q.** What is your current work title at Cipla Limited?

**A.** My current work title is senior manager.

**Q.** Do you understand that you are testifying under oath today?

**A.** Yes.

**Q.** Is there anything that would prevent you from answering truthfully and accurately today?

**A.** No.

**Q.** Is that senior manager of a particular group?

**A.** So I am handling in Cipla specifically the nasal and the pulmonary inhalation solution dosage forms.

**Q.** How long have you been in that position?

**A.** So I have completed total 4.5 years.

**Q.** Were you involved in the development of any

intranasal formulations prior to your employment at Cipla?

**A.** Yes, I worked for intranasal formulation in Torrent Pharmaceuticals Limited.

**Q.** How many intranasal formulations did you work on prior to your employment at Cipla?

**A.** So it's around four.

**Q.** Prior to working at Cipla, had you developed any non-Q1/Q2 ANDA products?

**A.** So prior to that, there is no, in India, development for any non-Q1/Q2 product.

**Q.** At Cipla, how many intranasal products have you researched?

**A.** To the best of my current job profile, I have handled four.

**Q.** Did you develop any intranasal formulations at Cipla before you began researching and developing Cipla's ANDA product?

**A.** No.

**Q.** Before developing Cipla's ANDA product, had you ever used methoxy-polyethylene glycol in an intranasal formulation?

**A.** No, I didn't use.

**Q.** Had you used methoxy-polyethylene glycol in any formulation?

**A.** No, I have not used in any of the formulation.
**Q.** Were you involved in Cipla's decision to pursue a 5-milligram midazolam spray for the India market?
**A.** No, I was not involved onto that decision.
**Q.** So if you were searching for excipients for a nasal formulation, would your literature search look at excipients that had been used in other nasal formulations?
**A.** Yes. We generally do that, like, example, FDA ingredient -- inactive ingredient -- ingredients list.
**Q.** If were you developing -- well, actually let's take this case. When you were developing the midazolam nasal formulation, did you look at literature sources for formulations for other routes of administration?
**A.** Yes. We generally do that but that is very limited search.
**Q.** Did you select any excipients for use in midazolam intranasal formulations that had not been used in prior intranasal formulations?
**A.** Yes. We have actually selected some of the excipients which are not being used, but as a proof of concept, we just want to do that.
**Q.** Were there any other excipients that had not been used in an intranasal formulation that you used in the development of Cipla's midazolam intranasal sprays?

**A.** Yes. There are some excipients in the -- specifically into the microemulsion formulation which are not being used in the intranasal formulation.

**MS. KEECH:** Could you pull up Tab 6.

**BY MS. KEECH:**

**Q.** Okay. We're now showing what's been marked as Exhibit 6. It has Bates Cipla_MIDA_077801. Do you recognize this document?

**A.** Yeah, I do recognize this document.

**Q.** And I'll represent to you that according to the metadata, this PowerPoint is the same PowerPoint that was attached to the e-mail in Exhibit 5.

Who made this PowerPoint?

**A.** I made this PowerPoint presentation.

**Q.** Did anybody help you?

**A.** Yes. At that point of time, there were -- there was a formulator named as Megha Marwah.

**Q.** And how did she help you make this PowerPoint?

**A.** She did some of the literature work.

**Q.** When did you first make this PowerPoint?

**A.** To the best of my knowledge, I didn't recall exact date when I made this presentation, but it was made in 2018 only.

**Q.** The e-mail that we saw in Tab 5 was dated October 28, 2018, right?

**A.** Yes.
**Q.** How soon before that e-mail did you make this PowerPoint?
**A.** Sorry. I didn't recall that, when I made this presentation, but, yes, in 2018.
**MS. KEECH:** Can we go to Slide 3.
**BY MS. KEECH:**
**Q.** Did you make this slide?
**A.** Yes, I made this slide.
**Q.** Why did you make this slide?
**A.** So this slide deck only just to show that whatever the general literature, which is available in the public domain, corresponding to the development of this product, related to this product.
**Q.** Why did you summarize the general literature for a PowerPoint that was going to the head of the department?
**A.** So whenever there is any proof of concept product, we generally do the general literature search with respect to the route of administration, with respect to the API and the -- whatever the requirements. So this slide is generally comprises of that compilation, that whatever the general information which are available in the public domain is putted into here, in this slide.
**Q.** And based on the general literature search, you concluded that there was a clinical unmet need in

seizures for transmucosal delivery?
**A.** Yes. It's free general literature search, which we generally do that.
**Q.** Okay. Looking at the box at the bottom of this slide there's four bullet points. Do you see that?
**A.** Yeah, I see that.
**Q.** Did those bullet points also come from the literature that you reviewed?
**A.** To the best of my knowledge, yes, these are from the information which was taken up from the literatures.
**Q.** Why did you decide to include these four bullet points in a slide about clinical unmet need in seizures?
**A.** These are included because these are relevant with respect to the title slide deck of this, of the transmucosal delivery.
**Q.** Were there any other practical problems associated with the IV route?
**A.** To the best of my knowledge no, but yes. So whatever is given in the literature that which are the problems associated with the IV, so the main problem is with the IV. It requires a trained person to give IV medication into the patient.
**Q.** And did Cipla conclude that based on that practical problem with IV administration, that there was a need for nasal delivery of benzodiazepines?

**A.** Yes. As per literature, we considered that because there is a problem with the IV route, so the other route can be helpful.
**Q.** Are there any other practical problems associated with the rectal route?
**A.** So as per the literature, so this rectal route is not socially acceptable.
**Q.** What does "socially acceptable" mean?
**A.** So to the best of my knowledge, and as per the literature, whatever the literature, this route is not generally used in the public domain -- I mean in -- I mean in the public freely, and it requires some privacy.
**Q.** Based on the practical problems with rectal delivery, did Cipla conclude that there was an unmet need for -- or that there was a need for intranasal delivery of benzodiazepines?
**A.** Yes, because there are -- because for any kind of benzodiazepines generally used for the rescue therapy, so generally for that, transmucosal delivery will be the best suited option.
**Q.** Did Cipla consider whether there were practical problems with the oral route of administration of benzodiazepines?
**A.** So as per literature, benzodiazepines generally used for rescue therapy, so in rescue therapy, tablet is not

meaningful.

**Q.** When you made this PowerPoint, had Cipla selected what unit dose delivery system it was going to use?

**A.** No. It was -- it was a very early presentation, which was actually made for part of proof of concept study.

**Q.** You're saying this presentation was an early presentation made?

**A.** Yes.

**Q.** How did you select these three formulations to be used in rat PK studies?

**A.** As I stated, these formulations are considerable as a proof of concept studies to develop a high-concentration formulation. So the formulation which are batch -- best suited based on the physical observation and some of the preliminary stability data. So basis on that, we selected the formulation and subject it to the further studies.

**Q.** At the bottom of the slide there is a banner that says, "success."

Do you see that?

**A.** Yeah, I can see that.

**Q.** Why does this slide state that there was a success?

**A.** So as per the data which was received after subjecting these formulations into the animal PK studies,

so the conclusion was made by the PK team that, following the intra-- following the intranasal administration, in comparison on the intravenous administration, so there is a comparable PK profile so which proves that the formulation which are developed and which are dosed to the animals are having the equivalent with respect to the intravenous administration. So basis on that, it was considered as a success.

**Q.** And did Cipla, with this study, conclude that the bioavailability for the intranasal formulations was bioequivalent to the intravenous administration?

**A.** To the best of my knowledge, yes, it was concluded that one of the intranasal formulation is equivalent to the intravenous formulation.

**Q.** Did Cipla conclude that formulation Mid-001 was bioequivalent to the intravenous administration?

**A.** To the best of my knowledge, I didn't recall that, but the conclusion which was made here in this slide deck, that Mid-002 is having the higher bioavailability comparison to the Mid-003, so both Mid-001 and Mid-002 is having the comparable bioavailability with respect to the intravenous dose or the intravenous route.

**MS. KEECH:** Can we pull up Tab 8.

**BY MS. KEECH:**

**Q.** This is Exhibit 8. It has Bates Cipla_MIDA_063880.

And I'll represent to you the metadata for this PowerPoint reflects that it was last updated May 10, 2019.

**MS. KEECH:** If we can go back down to Slide 25.

**BY MS. KEECH:**

**Q.** This slide now has Strategy 4, a cosolvent approach. Do you see that?

**A.** Yeah, I can see that.

**Q.** Is Strategy 4 part of a proof of concept study?

**A.** To the best of my knowledge, yes, because -- because we have develop again a formulation of which would comprise of the FDA-approved excipients and to prove that, we need to do the PK study of this formulation as well to prove that this formulation is also working in comparison to IV.

**Q.** So one of the goals with Strategy 4 was now to have a formulation that had excipients within the FDA-IID limits; is that right?

**A.** So for the Strategy 4, one of the objective is that, that it should contain all the excipient that should be listed into -- as a qualitatively into the FDA-IID list, but not -- I am not sure with the quantitative in terms.

**Q.** Why was the goal at this stage to have excipients within the FDA-IID limits?

**A.** So after getting the POC results of the 1, 2, and 3, it was directed to us from our HOD that we should develop a formulation which could have the similar excipients so that the -- whatever the challenges could be minimized.

**Q.** Why is Cipla or why did Cipla use a concentration of ethanol above the IID limit at this stage of development?

**A.** So to the best of my knowledge, it was actually given a target that it should remain -- the formulation should remain in the solution form and -- and although there is some limitation with respect to the IID limit of the ethanol, so we can have -- we can actually add some amount of ethanol into that to make it solubilized into the formulation to get the clear solution.

**Q.** So Cipla had to go above the IID limit with ethanol in order to keep midazolam solubilized with this formulation?

**A.** To the best of my knowledge, yes, because midazolam has a good solubility in ethanol.

**Q.** So with this formulation, you had to use the cosolvents and the acid to keep midazolam solubilized?

**A.** Yes, it was.

**MS. KEECH:** Could we pull up Tab 10.

**BY MS. KEECH:**

**Q.** Okay. This is Exhibit 10. It has -- or sorry, Exhibit 9. It has Bates Cipla_MIDA_078047, and this is

an e-mail that you sent to Dr. Anirban Thakur on May 7, 2020, right?
**A.** Right.
**Q.** Why did Cipla select MTF-05 and MTF-07 to perform a rat PK study?
**A.** So as I stated, that these are some of the trials which have given a satisfactory result with respect to the physical observation, so that's why it was tried into the preclinical studies for that.
**Q.** Okay. This is Exhibit 10 which has Bates Cipla_MIDA_079234.
At the bottom of Page 8 there is an e-mail from Kalindi Gandhi on February 13, 2020, and you were copied on this e-mail, right?
**A.** Right.
**Q.** Okay. In the list of ingredients for Nayzilam, one of the ingredients is PEG-6 methyl ether. Is that another name for methoxy-polyethylene glycol?
**A.** To the best of my knowledge, yes.
**Q.** And this is an e-mail that you wrote, correct?
**A.** Yes, I wrote this mail.
**Q.** Why did you write that PEG-6 methyl ether is a novel excipient?
**A.** Because during the literature search we found that this PEG-6 methyl ether, it was not listed into the

FDA-IID list.

**Q.** Are there any other reasons that you described PEG-6 methyl ether as a novel excipient?

**A.** To the best of my knowledge, I didn't recall that, but what I recall that, that this PEG-6 methyl ether was not listed into the FDA-IID list.

**Q.** Okay. But looking just at the cosolvents, PEG-6 methyl ether is the only cosolvent that's also described as a permeability enhancer in this e-mail?

**A.** So at that point of time, we didn't know about the effect of this excipient, so we label it as a -- this as a permeability enhancer but we didn't know about this.

**Q.** Okay. So you didn't know how PEG-6 methyl ether would function in an intranasal formulation?

**A.** As per -- as per the preliminary search, no.

**Q.** How did you first learn about methoxy-polyethylene glycol?

**A.** It was, again, on the literature search regarding this excipient. We know about this after doing the literature search.

**Q.** What literature sources led you to PEG-6 methyl ether?

**A.** So one of the literature for this PEG-6 methyl ether is the Nayzilam PIL which were listed into the FDA website.

**Q.** Okay. This is Exhibit 15. It has Bates Cipla_MIDA_078329.

**MS. KEECH:** And if we could go down to Page 3. Yep, right here is great.

**BY MS. KEECH:**

**Q.** This is an e-mail from Satish Gupta on September 18, 2020, and I believe your name is in the "To" line.

Do you see that?

**A.** Can you just, a little bit, zoom in this document?

Yeah, I can see that.

**Q.** Okay. And this e-mail describes a pilot bioequivalent study for midazolam 5 milligram, right?

**A.** Yes, I can see that.

**Q.** The two test formulations, I see 00581 and 582.

Those are Cipla's non-Q1/Q2 formulations, right?

**A.** Yes, I see that.

**MR. PATEL:** Linda, if you don't mind pulling up Exhibit 15, and if you can go to Page 3 of this document.

**BY MR. PATEL:**

**Q.** Mr. Mittal, you recall counsel asking you about this document a few minutes ago?

**A.** Yes, I can.

**Q.** And this is an e-mail dated 18 September 2020 from Satish Gupta; is that right?

**A.** Right.
**Q.** And you're one of the individuals listed on the "To" line?
**A.** Yes. Right.
**Q.** And coun- -- if you recall --
**MR. PATEL:** Can you go to Page 5, Linda? Sorry, Page 4, if you can scroll to the bottom where it says "Observations."
**BY MR. PATEL:**
**Q.** And you recall counsel asking you questions about these observations that began a few minutes ago?
**A.** Yes, I can recall that.
**Q.** And Observation Number 1 says test formulation T1 and T2 do not comply with the BE acceptance criteria for Cmax as the point estimate is about 155 percent?
**A.** Yes, I can see that.
**Q.** What does it mean when the Cmax point estimate is, for T1 and T2 is above 155 percent?
**A.** So as per the guidance from the FDA, the BE equivalence criteria should be in between 85 to 125 percent. For specific to the PK parameters, like Cmax, AUC, Tmax.
**Q.** And what can you conclude about the bioavailability of test formulations T1 and T2 as compared to -- based on the fact that the point estimate is above 125 percent?

**A.** So whatever the formulation which will go above 125 percent, it will go as a supra bioavailability so the more bioavailability with respect to the -- in comparison to the reference formulation, and if it is within 85 to 125 percent, it can be considered as a comparable.

(Video concludes.)

**MR. HALL:** Your Honor, plaintiffs move DTX-2324, PTX-1212, PTX-1213 and PTX-1229 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** They are admitted.

**MR. HALL:** Thank you, Your Honor.

(Exhibits DTX-2324, PTX-1212, PTX-1213 and PTX-1229 are admitted into evidence.)

**MR. HALL:** Our final deposition clip is of Jigar Patel.

Mr. Patel is a deputy manager for strategic sourcing at Cipla Limited.

The time split for this clip is five minutes, 15 seconds for plaintiffs and two minutes, 38 seconds for defendants.

And one more item to clarify, Your Honor. The document that Ms. Gandhi discussed at Page 23, which we identified as PTX-1209 is the same document as PTX-1369, which is in evidence.

**THE COURT:** Understood.

**MR. HALL:** Thank you, Your Honor.

**THE COURT:** Any comment about the last thing he just said or...

**MR. PATEL:** No.

**THE COURT:** All right. Very good.

(Deposition designation of JIGAR PATEL plays as follows:

**Q.** Could you please state your full name for the record and spell it as well?

**A.** Jigar Hitendra Patel. It starts with J-I-G-A-R. My middle name is H-I-T-E-N-D-R-A. Surname is Patel, P-A-T-E-L.

**Q.** Do you understand that you are testifying under penalty of perjury today?

**A.** Yes.

**Q.** And that penalty of perjury has the same force and effect as if you were testifying in court as a witness?

**A.** Yes.

**Q.** Is there anything that would prohibit you from answering truthfully and accurately today?

**A.** No.

**Q.** How many different pharmaceutical formulations have you sourced ingredients for?

**A.** Forty.

**Q.** So you said you had worked on sourcing ingredients

for about 40 pharmaceutical formulations. How many of those 40 were intranasal formulations?
**A.** I wouldn't remember.
**Q.** But it was somewhere less than half of the formulations that you sourced that were intranasal?
**A.** Well less than half.
**Q.** So you said that you had sourced ingredients for about 40 pharmaceutical formulations. What excipients have you sourced at your time at Cipla for those 40 formulations?
**A.** Sorbitol solution, butylparaben, propylene glycol to name a few.
**Q.** Could you name a few more for me?
**A.** Sodium chloride, sodium acetate anhydrous, sodium acetate dihydrate.
**Q.** How about polyethylene -- excuse me -- yeah, polyethylene glycol?
**A.** Yes, I have heard of this excipient.
**Q.** Have you ever sourced that excipient?
**A.** Yes.
**Q.** How does Cipla go about deciding which excipients to source for a given pharmaceutical formulation?
**A.** It wouldn't know that.
**Q.** How are you told which excipients to buy?
**A.** So once the project is kicked off, we do get a list

of excipients that we need to source.

**Q.** Now, before the break we were talking about formulation R&D providing a list of excipients to the procurement team. Could you make any decision about what excipients to use that weren't on that list?

**A.** No.

**Q.** If I refer to it as mPEG, do you understand what I mean?

**A.** Yes.

**Q.** When did you first hear the term "mPEG" or methoxy-polyethylene glycol?

**A.** When I was working for midazolam project.

**Q.** When was that?

**A.** 2018.

**Q.** What was your role in the development of the midazolam product?

**A.** I had to source the API to get a list of DMF source, qualify it at Cipla, and subsequent to that, source the excipients as well and get the vendors qualified.

**Q.** Do you know anything about how formulation R&D decides which excipients they need?

**A.** No, I wouldn't know that.

**Q.** Were you involved with designing formulations for the midazolam product at all?

Had you worked with PEG before the midazolam

product?

**A.** No.

**Q.** And you also hadn't worked with mPEG before the midazolam product?

**A.** No.

**Q.** And you said PEG and mPEG are different excipients; is that correct?

**A.** Yes.

**Q.** Do you consider them to be the same type of compound?

**A.** No.

**Q.** So PEG and mPEG are not the same type of compound?

**A.** No, they are different.

**MR. HALL:** Linda, can you please add -- I think this is correct now -- Tab 6 as Exhibit 6.

**BY MR. HALL:**

**Q.** Do you recognize this document, Mr. Patel?

**A.** Yes.

**Q.** Let's turn to Page 2, and the bottom two-thirds of that page, please. This is a June 29, 2020 e-mail from Jigar Shah at Unipharm to you. Do you agree?

**A.** Yes.

**Q.** And in it, Jigar says: "MPEG 350 is a very special grade and not used widely except by one or two customers."

Do you see that?

**A.** Yes.

**Q.** What did you understand "very special grade" to mean?

**A.** So my expectation was he should have some loose packs or free samples at his end, but then the reasoning that he gave was this, that it's a very special grade and not widely used, so the demand is low and there's no samples at his end.

**Q.** What makes an ingredient a special grade?

**A.** I wouldn't know that.

**Q.** Have you ever been told that any other excipient is a very special grade?

**A.** Not that I've heard of.

**Q.** And he said in this e-mail that mPEG 350 is not used widely. What did you understand that to mean?

**A.** What I understood was he is not selling it that frequently or regularly to his customers. I don't think he was referring to Dow in this case.

**Q.** Did that mean that it wasn't being used widely for pharmaceutical formulations?

**A.** No, it does not mean that.

**Q.** But his customers weren't buying mPEG 350 very often for any purpose at all?

**A.** That's what I understand with this e-mail.

**Q.** But Jigar does say that: "Other grades like PEG 400, 300, 600, 540, we have many customers," right?
**A.** Yes.
**Q.** And that those grades are regularly stocked products where there is no challenge, right?
**A.** Yeah.
**Q.** And we talked earlier about the other suppliers you checked with, including Croda, BSF, and a local trader, Transchem, right?
**A.** Yes.
**Q.** You weren't able to source mPEG 350 from Croda, right?
**A.** No.
**Q.** And you weren't able to source mPEG 350 from BSF, right?
**A.** No.
**Q.** And you weren't able to source mPEG 350 from Transchem, right?
**A.** No.
**Q.** So as far as you were aware at the time, the only way to get mPEG 350 in all of India was to order it from Dow in the United States; is that right?
**A.** I wouldn't know that because I did approach Dow and they said they had mPEG 350, so I did continue the discussion with them.

**Q.** But Croda could source PEG 400, right?
**A.** Yes.
**Q.** So would you agree that it was difficult to source mPEG?
**A.** No, because I checked with Unipharm, and they did offer mPEG 350. So it was just a backup which I was looking for; it wasn't difficult to source.

(Video concludes.)

**MR. HALL:** Your Honor, plaintiffs move PTX-1250 into evidence.

**MR. PATEL:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1250 is admitted into evidence.)

**MS. HANSEN:** Your Honor, do you mind if we have a short sidebar?

**THE COURT:** Sure, go ahead.

(Counsel confer.)

**MR. PATEL:** Your Honor, you will notice that some of the Cipla testimony includes Cipla internal documents. We've discussed with the plaintiffs, but just minutes before, so we didn't want to alter videos. We don't want you to seal the courtroom in and out, but we do want to reserve the right to keep those designations confidential.

**THE COURT:** Okay. Why don't you -- we will

conditionally admit those under seal. Which documents?

**MR. PATEL:** Those PTX-1213, PTX-1211, PTX-1219, PTX-1210, PTX-1212, PTX-1229, PTX-1206, and DTX-2324.

We will take a look, and we'll see if they need to remain confidential. I think a few of them may come off, but I just wanted to make sure that I included that on the record.

**THE COURT:** That's fine. And to the extent that they can be provided in redacted form, that would be appreciated as well.

**MR. PATEL:** We will. Thank you.

**THE COURT:** All right.

(Exhibit PTX-1213, PTX-1211, PTX-1219, PTX-1210, PTX-1212, PTX-1229, PTX-1206, and DTX-2324 are admitted into evidence.)

**MS. HANSEN:** Your Honor, plaintiffs call Dr. Hugh Smyth to the stand.

**THE CLERK:** Please state and spell your name for the record.

**THE WITNESS:** Hugh David Charles Smyth, H-U-G-H, D-A-V-I-D, C-H-A-R-L-E-S, S-M-Y-T-H.

HUGH DAVID CHARLES SMYTH, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**THE CLERK:** Thank you. Please be seated.

DIRECT EXAMINATION

**BY MS. HANSEN:**

**Q.** Good morning, Dr. Smyth.

**A.** Good morning.

**Q.** Could you please state your first and last name for the record.

**A.** Hugh Smyth.

**Q.** Where are you currently employed?

**A.** The University of Texas at Austin.

**Q.** What positions do you hold at the University of Texas at Austin?

**A.** I'm a professor there, the Alcon Centennial Professor.

**MS. HANSEN:** Mr. Braun, can you pull up PTX-1384.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is this document?

**A.** This is my CV.

**Q.** Have there been any updates to your CV since you submitted this version with your expert reports?

**A.** A few publications here and there, things like that.

**Q.** Other than those additional publications, does PTX-1384 accurately summarize your professional and

educational background?

**A.** Yes.

**MS. HANSEN:** Your Honor, I'd like to move PTX-1384 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1384 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Have you assisted in preparing any slides to accompany the testimony you will be offering today?

**A.** Yes.

**MS. HANSEN:** Mr. Braun, could you display PDX3-1.

**BY MS. HANSEN:**

**Q.** Dr. Smith, are these the slides that you've prepared?

**A.** Yes.

**Q.** Go to PDX3-2.

Dr. Smyth, could you please summarize your educational background.

**A.** Sure.

After my degree in pharmacy, I sought a PhD from the University of Otago in New Zealand. I, then, did postdoctoral studies at the University of North Carolina in Chapel Hill.

**Q.** Where were you employed after you finished your postdoctoral studies?

**A.** I took a research faculty position at University of North Carolina. And, then, I moved to the University of New Mexico as a tenure track faculty. And about 14 years ago, I moved to the University of Texas at Austin.

**Q.** And while you were at the University of North Carolina as a research faculty, what research did you perform?

**A.** I was working on a variety of different formulations, but primarily in the pharmaceutical sciences inhalation aerosols, nasal delivery, mucosal delivery.

**Q.** And what, if any, intranasal formulations did you work on during your time at the University of North Carolina?

**A.** A variety of formulations. We worked on intranasal vaccines, for example. We also studied intranasal devices.

**Q.** And what particular challenges, if any, did you need to overcome in developing those nasal formulations?

**A.** For the vaccine project, we were looking at increasing the retention time of the formulation in the nose to, you know, increase the immunogenicity of the formulation.

**Q.** And were you able to solve those challenges?
**A.** We did, yes.
**Q.** Now, you're currently at the University of Texas at Austin. What are your responsibilities there?
**A.** Teaching, service, and research.
**Q.** Do you oversee formulation development activities as part of your research?
**A.** Yeah. My research lab essentially focuses on formulation development and drug device combinations.
**Q.** What types of formulation development activities do you oversee in the course of your research?
**A.** A large part of the research we do is for inhaled drug delivery. So formulations for delivering drugs to the lung, nasal delivery. We also study transdermal delivery. So delivery across the skin and other routes of administration, too.
**Q.** Do you teach any courses concerning formulation development?
**A.** Yes. Both in the PharmD curriculum and also to our PhD graduate students.
**MS. HANSEN:** If we could move on to PDX3-4.
**BY MS. HANSEN:**
**Q.** What, if any, other professional responsibilities in the pharmaceutical industries have you -- industry have you had?

**A.** Well, I've been lucky enough to try and get some other technologies that I developed in the lab to start-up companies. So I've been involved in a few of those.

Back in the late '90s, I was at GlaxoWellcome in North Carolina, working on transdermal formulations. Also, doing some consulting for NIH and other pharmaceutical companies.

**Q.** Now, you just mentioned you do some consulting for pharmaceutical companies. What types of roles do you perform in those consultations?

**A.** Could be for, you know, formulation development, device suitability. Got a couple of examples on the slide here where we were helping a company develop generic versions of intranasal corticosteroids.

**Q.** And what are intranasal corticosteroids?

**A.** Those are intranasal fluticasone. It's like Flonase, for example.

**Q.** Have you ever testified on behalf of a pharmaceutical company at trial or in deposition before?

**A.** Yes.

**Q.** Have you ever testified before regarding intranasal formulations?

**A.** Yes, couple of times.

**Q.** Was that testimony on behalf of a generic company or

a branded company?
**A.** I've testified for both.
**Q.** Have you ever testified on behalf of Cipla?
**A.** I have.
**MS. HANSEN:** If we could go to PDX3-4.
**BY MS. HANSEN:**
**Q.** Are you the author of any peer-reviewed publications?
**A.** Yeah. That's -- you know, a large part of my work is doing research and publishing about that.
**Q.** And about how many peer-reviewed publications have you authored?
**A.** About 176 as of yesterday.
**Q.** Do you have any publications relating to intranasal formulations?
**A.** Yes, I do.
**Q.** And what was the date of your earliest publication relating to intranasal formulations?
**A.** I looked back. It was about 2006.
**Q.** Have you edited or authored any books or book chapters?
**A.** Yes. About three or four books, and then numerous chapters in other books as well.
**Q.** If you could speak into the microphone. I realize we're not doing a very good job with it, either of us.

Have you presented at national or international scientific meetings relating to formulation development?
**A.** Yes, I have.
**Q.** And about how many have you presented at?
**A.** We do this every year, present posters and give podium presentations, I think about over 100 times.
**Q.** Are you the named inventor on any patents?
**A.** Yes.
**Q.** About how many?
**A.** I don't know, ten, 15 or so. Not sure.
**Q.** Do you hold any positions on the boards of any peer-reviewed journals?
**A.** Yes.
**Q.** Could you briefly describe those positions?
**A.** So I served as the editor-in-chief of drug development and industrial pharmacy up until last year. Mostly on the editorial boards of some other journals, like "Journal of Bioequivalence and Bioavailability," and served on the editorial committee for books for the American Association of Pharmaceutical Scientists.
**MS. HANSEN:** Your Honor, at this time, we proffer Dr. Smyth as an expert in the intranasal drug formulation research and development.
**MR. GUINTA:** No objection, Your Honor.
**THE COURT:** All right. We will qualify

Dr. Smyth as an expert.

**BY MS. HANSEN:**

**Q.** If we can move to Slide PDX3-5.

Dr. Smyth, can you please summarize the opinions you intend to testify about today?

**A.** Sure. It's my opinion that the '359 publication does not anticipate the asserted claims. '359 publication, in combination with Carbowax brochure does not render the asserted claims obvious, and there's objective indicia supporting the non-obviousness of the asserted claims.

**Q.** Were you able to listen to Dr. Wermeling's testimony during this trial?

**A.** Yes.

**Q.** How about Dr. Klein's testimony, were you able to listen to him?

**A.** Yes.

**Q.** Have you heard the various deposition -- testimony by deposition that has been played in this trial?

**A.** Yes.

**Q.** Let's move on to PDX3-6. Before we get further into the substance of your opinions, I would like you to, if you could, briefly cover some technical background.

**MS. HANSEN:** If we could go to PDX3-7.

**BY MS. HANSEN:**
**Q.** Were you able to listen to Dr. Klein's testimony regarding the need for an intranasal formulation for the treatment of acute repetitive seizures?
**A.** Yes.
**Q.** What, if any, are the benefits of intranasal formulations for the treatment of diseases, such as acute repetitive seizures, over other routes of administration?
**A.** I think we've heard some of this already over the last few days, but the nasal route of administration provides a sort of noninvasive and easy-to-access route for delivery of drugs to the systemic circulation.
Intranasal drugs can have rapid absorption from the nasal mucosa, and they can be administered by people without training, so nonmedical personnel.
And then oftentimes, depending on the drug, you can see enhanced bioavailability compared to oral ingested medications.
**Q.** Are there any challenges in developing intranasal, in particular, benzodiazepine formulations?
**A.** Yes.
**MS. HANSEN:** If we can go to PDX3-8.
**BY MS. HANSEN:**
**Q.** In developing an intranasal formulation, what is the overarching goal the formulator is trying to meet?

**A.** As a formulator, I guess the overall goal is to make something that is going to be safe and effective and deliver the drug in the right place at the right time.

**Q.** And what are some of the factors that the formulator needs to consider to meet that overarching goal?

**A.** So I've listed some of them on the slide here. So things like solubility of the drug, spray volume, pH of the formulation, is the drug in the formulation going to be stable? How is it going to be absorbed? Viscosity, sprayability, and then obviously if the formulation is going to be safe and tolerable.

**MS. HANSEN:** Let's turn to PDX3-9.

**BY MS. HANSEN:**

**Q.** First, what does solubility/concentration refer to in the context of intranasal formulation development?

**A.** Solubility relates to -- primarily relates to how the active ingredient can dissolve in the vehicle that you are using for your intranasal formulation because you require certain concentration to deliver a particular dose.

**Q.** Let's turn to PDX3-10.

How about spray volume? Why is that a factor that you need to consider in intranasal formulation development?

**A.** As we've already heard, the nasal cavity has a

limited capacity to hold volume. And so that generally is about 100 microliters per nostril. So it's a very small volume that your drug has to be delivered into. So it needs that high concentration.

**Q.** Let's go to PDX3-11.

Why is pH a factor that a formulator needs to consider with respect to intranasal formulation?

**A.** Well, specifically, intranasally, as we already heard as well, that the pH of the nasal cavity is slightly acidic. So oftentimes one would be thinking about how your formulation is going to change or alter the pH of the nasal cavity. But pH is also something that a formulator will use to adjust other things in that formulation, like solubility. Midazolam, for example, its solubility changes as you change pH.

**Q.** Let's turn to PDX3-12.

Why is stability a factor that a formulator needs to consider with respect to developing an intranasal formulation?

**A.** All pharmaceutical formulations need to be stable; otherwise, you know, they are not going to give the right dose or any dose. So stability is a really important aspect.

**Q.** Are there any different types of stabilities?

**A.** Sure. Three general types: Physical stability that

relates to more like the homogeneity or whether or not the drug precipitates out of the formulation or separates out in some way.

Chemical stability relates to the degradation, the chemical stability of the drug degrades over time or oxidizes, something like that.

And then microbiological relates to, you know, making sure that your formulation doesn't become contaminated with microbes or bacteria or whatever.

**Q.** Now, how do these four factors, solubility, spray volume, pH, and stability, relate to one another, if at all?

**A.** So a formulator has to balance various things when they are starting to put together formulations. So if they're looking to deliver a particular dose, they need to achieve a particular concentration of that dose or that drug in a limited spray volume here, 100 microliters or so. And they use pH, potentially, to change that solubility.

However, pH can also affect the stability of the formulation as well, as well as the stability of excipients and the actives.

**Q.** Let's turn to PDX3-13.

I see here you've listed nasal absorption. What's this?

**A.** So drugs applied to the nasal mucosa have to be absorbed through the nasal mucosa into the blood stream and systemic circulation. So nasal absorption, after deposition in the nasal cavity, is an important consideration.

**Q.** Are there any unique considerations with respect to absorption in the nose when developing intranasal formulations?

**A.** Several. One unique character is the mucociliary clearance mechanism of the nasal cavity. So that's where --

**Q.** I think you might actually have a slide on this one.

**A.** Oh, I do? Okay.

**Q.** Go to PDX3-14.

What is mucociliary clearance?

**A.** I think we heard a little bit about this already, but since the nose is kind of like a filter for, you know, air that we breathe, it captures a lot of foreign particulates and things that we're breathing in.

So the mucociliary clearance mechanism is where this layer of the mucus lies upon the cilia epithelia, the cilia beating in synchrony with each other, moving this raft of mucus and entrapped particulates down to the throat, where it's swallowed.

**Q.** And about how long does it take the nose to clear

foreign particulates?

**A.** Typically, from about 10 to 20 minutes.

**Q.** How does the fact that you have to consider the mucociliary clearance relate to the development of nasal formulations?

**A.** In a couple of ways. So, first of all, you've got to get your drug absorbed within that 10 to 20 minutes after being deposited in the nasal cavity. But then, also, you've got to be considerate of this sensitive mucosal tissue, not to disrupt this immune defense mechanism.

**Q.** Let's go to Slide PDX3-15.

Why is viscosity something that you need to consider when developing an intranasal formulation?

**A.** The formulator will think about the viscosity in developing an intranasal formulation for a couple of reasons. One, they can use thickening agents to -- viscosity enhancing agents to slow down mucociliary clearance. But also, they have to balance that against sprayability, as we've already heard, you know, that viscosity can influence how the formulation interacts with the nasal spray device.

**Q.** Are there any downsides to a low-viscosity formulation?

**A.** If it's too low, it's not going to reside in the

nasal cavity for very long. It can run out the front or back. You can get bad taste, loss of dose, things of that nature.

**Q.** Let's go to PDX3-16.

Another factor that you listed here is sprayability. What is sprayability?

**A.** Well, from the point of view of the nasal spray, it's where -- it's the ability of the formulation and device combination to form a spray. And does it form a diffuse plume or a jet?

It also talks, you know, considers particle -- the droplet size within that plume as well.

**Q.** Now, when you're talking about a spray plume, how is that characterized?

**A.** Various methods. I think we saw some yesterday, I think, where essentially you spray the formulation and you capture either an image or deposit it on a sheet where you can characterize the diameter of that spray pattern.

**Q.** I see you also have, mentioned here, droplet size. What's droplet size?

**A.** Essentially, the -- you know, when you spray something, you form droplets. And we like to characterize droplet size because that can influence the safety of the intranasal formulations.

If the droplets are too small, they can be inhaled, get into the lung, and cause different effects down there.

**Q.** How, if at all, does sprayability relate to absorption?

**A.** So formulations that have good sprayability will have a nice diffuse plume, so when the plume is going into the nasal cavity, it can deposit across that nasal mucosa evenly across that surface area and enhance absorption.

If it's a narrow spray plume or to -- like a jet, you don't get coverage over that whole mucosa.

**Q.** How, if at all, does sprayability relate to viscosity?

**A.** So as we've heard, viscosity does influence sprayability. Generally speaking, a rule of thumb is as you increase viscosity, the sprayability gets less. The plume gets narrower and narrower.

**Q.** Is viscosity the only factor that affects sprayability?

**A.** It is not. Things like surface tension of the formulation, presence of, like, surfactants and excipients in the formulation also influence the ability to form a plume. And then the type of device that you are using as well.

**Q.** So it seems you want a high viscosity for permeability but a low viscosity for good sprayability. How does the formulator balance the two?

**A.** They do studies and, you know, characterize their formulations and try to find its balance between those two things.

**Q.** Turn to PDX3-17.

What are the safety considerations for developing intranasal formulations?

**A.** Basically, you want to develop a formulation that's not going to cause any safety issues, both -- either in the nasal cavity or, you know, because of absorption of excipients systemically.

**Q.** Are there any particular safety concerns with respect to intranasal formulations?

**A.** Sure. We talked -- heard a little bit about ciliotoxicity. So certain compounds have been shown to irreversibly disrupt the cilia on the mucosal layer, disrupt the mucosal layer. And that's a negative thing that you want to avoid.

**Q.** What do you mean by tolerability?

**A.** So tolerability of an intranasal formulation is important for patient acceptability, so things like taste, the feel of the spray as it goes in, you know, osmolarity of the formulation to give rise to different

tolerability formulations.

**Q.** Why is it important for the patient to have -- for a formulation to have good tolerability for a patient?

**A.** Well, if it's not tolerable, patients aren't going to use it and physicians are probably not going to prescribe those types of formulations.

**MS. HANSEN:** If we can turn to page Slide PDX3-18.

**BY MS. HANSEN:**

**Q.** How does a formulator go about designing a formulation in view of the factors that you just discussed?

**A.** So they try and balance these factors using -- primarily using excipients and sometimes devices as well.

**MS. HANSEN:** If we can go to 3-19.

**BY MS. HANSEN:**

**Q.** What kinds of excipients might a formulator consider in developing an intranasal formulation?

**A.** So there's several classes of excipients that are found in many intranasal formulations. I've listed some of them here on this slide, things like permeation enhancers, cosolvents, preservatives, antioxidants, things like that.

**Q.** And within each of those classes, how many options of individual excipients are there?

**A.** There's, you know, a library to choose from, 10s, 20s, sometimes like 50 types of excipients could be in that category.
**Q.** Is there any overlap between types of excipients?
**A.** Sure. So some excipients perform multiple roles. So in some products, for example, a preservative like benzalkonium chloride could also act as a permeation enhancer and a cosolvent for the active.
**MS. HANSEN:** Let's turn to PDX3-20.
**BY MS. HANSEN:**
**Q.** What sources does a formulator use to identify excipients for intranasal formulations?
**A.** We've heard a lot about the inactive ingredients database. That's one resource. There's books and compendia on pharmaceutical excipients.
And, of course, there's, you know, the research literature and other literature that a person of ordinary skill would look into.
**Q.** Now, we obviously have heard quite a bit about the FDA inactive ingredients list.
What benefits, if any, are there for using excipients that have already been approved for the intended route?
**A.** So if the FDA has listed an inactive ingredient in this list for a particular route, then someone using that

excipient can be, I guess, reassured that it had already gone through, like, safety and toxicity testing.

**MS. HANSEN:** Let's turn to PDX3-21.

**BY MS. HANSEN:**

**Q.** And I'd like to talk a little bit about the asserted claims here.

**THE COURT:** Is now a good time for a break, Counsel?

**MS. HANSEN:** Excellent time for a break, Your Honor.

**THE COURT:** Outstanding. Let's take our morning break. We will be back at 11:15.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated. Let's proceed.

**MS. HANSEN:** Mr. Braun, if we could -- thank you -- bring back up PDX3-21. I'd like to talk about the asserted claims. Mr. Braun, could you please pull up JTX-3004.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is this document?

**A.** This is one of the -- this is one of the patents-in-suit, the '033 Patent.

**Q.** When did this patent issue?

**A.** July 10, 2012.

**Q.** Dr. Wermeling offered -- and before we go from this

claim, I'd like to talk about a couple of the references that we've heard about and whether they are listed on the face of the patent.

**MS. HANSEN:** Could you please go to the prior art section of the patent, Mr. Braun, the references cited.

**BY MS. HANSEN:**

**Q.** What reference is provided here third from the bottom?

**A.** This is the Bechgaard '608 reference we heard about.

**Q.** And if we could go to other publications and look at that top document, what's that document?

**A.** It says, "The Dow chemical company, PEGs and mPEGs, March 2006."

**Q.** And there's a little smudge next to it. Do you know what that is?

**A.** I think that's the asterisk indicating that the patent examiner cited that one.

**Q.** And if we could go to the next page and take a look at the applications, about middle of the row looking at an application around 2004.

What is that document that I've highlighted there?

**A.** That's the '359 Wermeling patent application.

**Q.** And if we could go to the foreign patent documents about two-thirds of the way up from the bottom.

What's that document cited there?

**A.** It's the '893. I think it's known as the Merkus reference.

**Q.** And I see, again, there's that asterisk. Can you remind us what that means?

**A.** The patent examiner cited that.

**Q.** Now, Dr. Wermeling offered some opinions about Claim 13 of the '033 Patent. And let's take a look at that.

**MS. HANSEN:** Let's turn to PDX3-22.

**BY MS. HANSEN:**

**Q.** First, is Claim 13 an independent claim or a dependent claim?

**A.** It's a dependent claim.

**Q.** And if you consider the claims on which it depends, what is your understanding of the scope of Claim 13?

**A.** So summarized there in the slide where Claim 13 is a liquid pharmaceutical composition formulation for intranasal administration comprising midazolam or a pharmaceutically acceptable salt in a concentration of .001 percent to 20 percent, mPEG 350, propylene glycol, PEG 400, and water.

**MS. HANSEN:** Now let's pull up JTX-3003.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is this document?

**A.** This is the other patent-in-suit, the '322.
**Q.** When did this patent issue?
**A.** August 19, 2014.
**Q.** Now, Dr. Wermeling stated -- and I'm paraphrasing here, so bear with me -- that the content of the specification of the '322 Patent is the same as the content of the specification of the '033 Patent.
Do you agree with him?
**A.** Yes.
**Q.** Let's consider Claim 10 of the '322 Patent.
**MS. HANSEN:** If we could turn to the PDX3-23.
**BY MS. HANSEN:**
**Q.** First, is Claim 10 an independent claim or a dependent claim?
**A.** It's also a dependent claim.
**Q.** And considering the claims on which Claim 10 is dependent, what's your understanding of the scope of the Claim 10?
**A.** Summarized here in the slide: "A liquid pharmaceutical composition formulation for intranasal administration comprising: A therapeutically effective amount of midazolam; and a methoxy-polyethylene glycol of formula I, wherein n is a number in the range of 2 to 12." There's a formula given there.
**Q.** What's your understanding as to whether this claim

covers just the midazolam base, or also the midazolam base and pharmaceutically acceptable salt?
**A.** This one covers the base.
**Q.** In forming your opinions in this case, did you consider the credentials of a person of ordinary skill in the art?
**A.** Yes.
**MS. HANSEN:** Let's pull up PDX3-24.
**BY MS. HANSEN:**
**Q.** What qualifications did you use for a person of ordinary skill in the art as it pertains to this case and the priority date of January 2007?
**A.** So it's a bit of a long definition, but it's a person with a doctorate degree in a variety of disciplines relating to pharmaceutical development, I guess.
So pharmacy, pharmacology, pharmaceutics, chemistry, drug delivery, engineering medicine, at least two years of practical experience in the field of pharmaceutical intranasal formulation.
The POSA could have a lower degree but more experience.
**Q.** And we heard on Monday -- or that -- Dr. Wermeling's definition of a POSA.
How does your definition differ from Dr. Wermeling's

definition of a POSA, if at all?

**A.** It's really just those underlined portions on the slide there, that a POSA would have pharmaceutical intranasal formulation experience.

**Q.** Would your opinions change if you were to apply Dr. Wermeling's definition of a POSA?

**A.** No.

**Q.** Did you -- would you have the skill set of a POSA as of January 2007 under either definition?

**A.** Yes.

**MS. HANSEN:** Let's pull up PDX3-25.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, I'd like to first turn to your opinions on anticipation.

**MS. HANSEN:** If we could go to PDX3-26.

**BY MS. HANSEN:**

**Q.** Is this a legal standard that you've applied in rendering your analysis?

**A.** Yes.

**Q.** What is your understanding of what it takes to inherently disclose an element?

**A.** So to inherently disclose any element not expressly disclosed in the prior art reference has to be necessarily and always present in the technology described in the prior art reference.

**Q.** And what is your understanding as to whether or not a disclosure of a genus can disclose a particular species within that genus?
**A.** So I've been informed that a genus anticipates a claimed species only when the genus contains a very limited number of related compounds such that the disclosure of the genus can be said actually to describe the claimed species such that a POSA can, at once, envisage each member of this limited class.
**MS. HANSEN:** Let's turn to PDX3-27.
**BY MS. HANSEN:**
**Q.** Dr. Wermeling has opined the asserted claims are anticipated by the Wermeling '359 publication.
Do you agree?
**A.** No.
**Q.** Let's take these one claim at a time.
**MS. HANSEN:** If we could go to PDX3-28.
**BY MS. HANSEN:**
**Q.** Starting with Claim 10 of the '322 Patent, in your opinion, why doesn't the Wermeling '359 publication anticipate Claim 10?
**A.** The Wermeling '359 does not disclose mPEG.
**Q.** Let's talk about Claim 13.
**MS. HANSEN:** If we could go to PDX3-29.

**BY MS. HANSEN:**

**Q.** Considering Claim 13 of the '033 Patent, why, in your opinion, isn't Claim 13 anticipated by the Wermeling '359 publication?

**A.** Similarly, the '359 doesn't anticipate the '033 because it doesn't disclose mPEG-350, nor does it disclose the combination of mPEG-350 with PEG-400 propylene glycol and water.

**MS. HANSEN:** Let's pull up DTX-2208.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what's this document?

**A.** This is the '359 Wermeling publication.

**Q.** Is mPEG mentioned in any way in this reference?

**A.** No.

**Q.** Does any name for mPEG, that you're aware of, appear in the '359 publication?

**A.** It does not.

**Q.** Is the structure of mPEG included in the '359 publication?

**A.** No.

**MS. HANSEN:** Let's turn to PDX3-30.

**BY MS. HANSEN:**

**Q.** Now, Dr. Wermeling presented a number of opinions relating to why this reference still discloses mPEG, and we'll approach each in turn.

First, do you agree with Dr. Wermeling that the '359 publication inherently discloses mPEG because it discloses the use of PEG?

**A.** No.

**Q.** Why not?

**A.** Because PEG and mPEG are different. They're different chemicals, different structures. They're different properties. They're used differently in the industry. And the prior art treated them as different.

**Q.** Now, let's turn, first, to what excipients, in particular, how PEG is discussed in the Wermeling '359 reference. Let's go back to DTX-2208, and take a look at Paragraph 30.

What does Wermeling '359 say about the nonaqueous diluents that are disclosed in his -- in this application?

**A.** So there is a section here that says: "Nonaqueous diluents include, but are not limited to, alcohols, particularly polyhydroxy alcohols such as a propylene glycol, polyethylene glycol, glycerol, and vegetable oil or mineral oils or combinations thereof."

**Q.** What is an alcohol?

**A.** It's a type of compound that has a hydroxy group bonded covalently to a saturated carbon.

**Q.** And the sentence then states, "Particularly

polyhydroxy alcohols"?

What is a polyhydroxy alcohol?

**A.** This is an alcohol which has more than one hydroxy group.

**Q.** Is propylene glycol a polyhydroxy alcohol?

**A.** Yes.

**Q.** Is polyethylene glycol a poly hydroxy alcohol?

**A.** Yes.

**Q.** Is glycerol a polyhydroxy alcohol?

**A.** It is.

**MS. HANSEN:** Let's look at PDX3-31.

**BY MS. HANSEN:**

**Q.** You focus in particular on polyethylene glycol. Could you describe the structure of polyethylene glycol?

**A.** Sure. So it is a polymer, so it has these brackets indicating the unit that is repeated. So you've got that ethylene oxide group that can repeat, and then on both ends you have hydroxy groups.

**Q.** Now, you mentioned that you would consider PEG to be a polyhydroxy alcohol. Why is that?

**A.** Because there's two hydroxies on the saturated carbon backbone.

**Q.** And how many different grades of PEGs are commercially available?

**A.** I don't know if -- there's many different grades,

dozens I guess.

**Q.** Let's compare PEG and mPEG, and let's turn to PDX3-32.

Does mPEG have the same structure as PEG?

**A.** No, it does not.

**Q.** What are the differences?

**A.** Well, you can see on the slide that mPEG has a methoxy group instead of hydroxy group.

**Q.** Is mPEG a polyhydroxy alcohol?

**A.** No. It's a monohydroxy alcohol. It only has one hydroxy group.

**MS. HANSEN:** Let's turn to PDX3-33.

**BY MS. HANSEN:**

**Q.** How, if at all, do the different terminal groups between PEG and mPEG affect the properties of these compounds?

**A.** That affects their -- their physical and chemical properties, their reactivity, also affects how people have used them in the past.

**Q.** And as of January 2007, how, if at all, did the uses of PEG and mPEG differ?

**A.** So PEG had been widely used as a pharmaceutical excipient, for example, as a solubilizer in liquid formulations, also is available and was available as an active ingredient in laxatives.

MPEG, on the other hand, had been used as a solubilizer in cream and gels, topical products, soaps, and is a chemical intermediate for PEGylation.

**Q.** What is PEGylation?

**A.** It's reaction or -- where you connect a PEG molecule to another molecule like a drug molecule protein or something like that.

**Q.** Now, I'd like to transition to now mPEG and PEG were treated by the industry.

**MS. HANSEN:** Let's go to PDX3-34.

**BY MS. HANSEN:**

**Q.** Can you describe what you've depicted on this slide here?

**A.** Sure. This is the CAS numbers or the Chemical Abstract Service numbers for both PEG and mPEG.

**Q.** And for the record, what are those different numbers?

**A.** So for PEG, it's 25322-68-3. For mPEG it's 9004-74-4.

**Q.** And what are CAS numbers? Why are they provided?

**A.** So it's a way of ensuring that each distinct chemical has its own identifying number so when, you know, suppliers sell them or somebody is looking to purchase a particular chemical, they can use the CAS number to avoid any confusion.

**Q.** Do different grades of PEGs have different CAS numbers?

**A.** So PEG 400 has the same CAS number as PEG 200, for example.

**Q.** Let's turn to another document to see how the industry treats PEG and mPEG.

**MS. HANSEN:** Can we pull up DTX-2022.

**BY MS. HANSEN:**

**Q.** What is this document, Dr. Smyth?

**A.** This is the Dow Carbowax brochure we've heard about already.

**Q.** Turn to Page 4 under the heading "Carbowax polyethylene glycols and methoxy-polyethylene glycols."

How does Carbowax define PEG versus mPEG?

**A.** So I guess the Carbowax brochure defines them separately. Polyethylene glycols and, separately, methoxy-polyethylene glycols. Also gives the different structures of those molecules in this call-out here.

**Q.** What is the significance, in your view, of a Carbowax marketing brochure separately mentioning PEG and mPEG?

**A.** It's identifying them as different chemicals.

**Q.** If we could turn to Page 9, looking at this reference under the heading of "Pharmaceuticals." In that first paragraph, how, if at all, does the Carbowax

brochure distinguish between PEG and mPEG?
**A.** In this section, they only talk about the use of PEGs in pharmaceutical formulations.
**MS. HANSEN:** Let's turn to a section within this section called "Excipients." Sorry. Within this section called "Chemical Intermediates." My apologies. I believe it's on Page 10.
**BY MS. HANSEN:**
**Q.** What is a chemical intermediate?
**A.** It is something which is used before the final chemical is derived or synthesized.
**Q.** And of PEGs and mPEGs, which of these compounds can be used as chemical intermediates?
**A.** Both PEGs and mPEGs can be used as chemical intermediates.
**MS. HANSEN:** Let's turn to Pages 16 and 17 take a look at Table 1.
**BY MS. HANSEN:**
**Q.** Now, this is a big document, and I understand you've developed a slide for this. Let's take a look, if we could, to PDX3-35.
Can you remind the Court what's being shown in this table?
**A.** Sure. So this is from the Carbowax brochure. It's essentially a list of typical commercial applications of

Carbowax products, and it lists across the top Carbowax polyethylene glycols and the different grades, and Carbowax methoxy polyethylene glycol, its different grades. And then it gives a little plus sign in the boxes that relate to the typical applications for each of those.

**Q.** Now, I see there are some cut lines in various places. Is this the full chart that we saw on Pages 16 and 17?

**A.** No. There was some other table in there.

**Q.** Now, what does this table show about the uses for mPEG-350, for example, as compared to PEG-400?

**A.** So if you look at the purple line, I guess, mPEG-350 could be used in soaps and detergents, can be used in mining. It's also used as chemical intermediates.

If you look at PEG-400, it has different uses. It's not listed as -- under the soaps and detergents. It is listed in chemical intermediate. And it's listed for things like capsules, which mPEG-350 is not.

**Q.** Now, is this chart specific to uses in the pharmaceutical industry?

**A.** No. This is a marketing brochure for Dow for many industries, I guess.

**Q.** And if we could go back to DTX-2022 and take a look at Page 4. Now, Dr. Wermeling highlighted that first

paragraph under "Product profiles" and opined that this showed that the Carbowax brochure shows that PEG and mPEG are a family.

Do you agree?

**A.** No.

**Q.** Why not?

**A.** This is a marketing brochure. It's the Carbowax family. And throughout this brochure, they distinguish between PEGs and mPEGs in terms of their uses, their properties and things like that.

**MS. HANSEN:** You can pull that down?

**BY MS. HANSEN:**

**Q.** Are you aware of any other reference describing PEG and mPEG, and just PEG and mPEG as part of a family?

**A.** No.

**Q.** Now, Dr. Wermeling discussed a handful of references that he opined showed that the POSA would have thought of PEG and mPEG together. And we'll talk about those in a little bit.

Are those all of the references that the POSA would have consulted to understand PEG and mPEG, especially in the context of developing an intranasal formulation?

**A.** No. There's many more references out in the world around intranasal formulations.

**Q.** Do all of the references available to the POSA in

January 2007 treat PEG and mPEG together?
**A.** No.
**MS. HANSEN:** Let's pull up PTX-1090.
**BY MS. HANSEN:**
**Q.** What is this document?
**A.** This is the photocopy of the Handbook of Pharmaceutical Excipients.
**Q.** And if I refer to this as "the handbook," will you under understand what I'm referring to?
**A.** Yes.
**Q.** How, if at all, is the handbook used by formulators?
**A.** I think every formulator has one of these in their library. It's an excellent resource to find out information about the physical properties of excipients, how they're used, you know, example formulations. Things like that are included in each monograph for each excipient.
**MS. HANSEN:** Let's turn to PTX-1090 and Page 17.
**BY MS. HANSEN:**
**Q.** What is this?
**A.** This is the chapter on polyethylene glycol.
**Q.** And what, if anything, does this chapter say about mPEG?
**A.** It doesn't say anything about mPEG.

**Q.** Does the Handbook of Pharmaceutical Excipients discuss mPEG at all?
**A.** Not to my knowledge.
**Q.** What, if anything, does the lack of use of mPEG in the handbook tell us about whether PEG and mPEG are always thought of together?
**A.** It tells me that they're not always thought of together.
**Q.** Let's take a look at another reference material.
**MS. HANSEN:** If we could put up DTX-2078.
**BY MS. HANSEN:**
**Q.** Dr. Smyth, what is this document?
**A.** This is the United States Pharmacopoeia-National Formulary from 2006.
**Q.** And what does the USP Pharmacopoeia cover?
**A.** It talks about tests for pharmaceutical ingredients, pharmaceutical products, gives guides on some formulations.
**Q.** Turning to the page with Bates ending 36782, at a high level, what type of information does the USP 2006 provide about PEG?
**A.** It gives its structure, some of its properties, and some test methods for the different grades of PEG.
**Q.** Is mPEG mentioned in this section of the USP 2006?
**A.** It's not listed under polyethylene glycol, no.

**Q.** Let's turn to the page with Bates ending in 36784.
What monograph is provided for here in the upper right?
**A.** This is the polyethylene glycol monomethyl ether.
**Q.** And at a high level, what type of info- -- and is that the same as mPEG?
**A.** It is, yes.
**Q.** At a high level, what type of information is provided here about mPEG?
**A.** The same type of information. Its structure, testing methods. Yeah, things like that.
**Q.** If we can turn at -- to the page ending in Bates 36778, what is shown in this section of the reference?
**A.** So here, the USP is listing excipients by category.
**Q.** Does the USP 2006 consistently group PEG and mPEG together?
**A.** It does not.
**Q.** Looking at Bates 36780, under the heading "Ointment base," are mPEG and PEG grouped here together?
**A.** No, just the polyethylene glycol monomethyl ether.
**Q.** And remind us, what is that again?
**A.** That's mPEG.
**Q.** So PEG is not listed in this category?
**A.** No.

**Q.** Does the USP 2006 always treat PEG and mPEG together?
**A.** No.
**Q.** And how, if at all, does that inform your opinion as to whether PEG and mPEG are always considered together?
**A.** It tells me that mPEG and PEG are not always necessarily considered together.
**Q.** I'd like to pull up PTX-1101.
Dr. Smyth, what is this reference?
**A.** It's a US Patent application from 2021, with the applicant being Cipla.
**Q.** If we could look at Paragraph 54 on Page 5 on this application, what does this paragraph provide about whether PEG discloses mPEG?
**A.** Well, this paragraph reads: "The formulation of the present invention may or may not comprise of organic solvents such as methoxy-polyethylene glycol, polyethylene glycol, propylene glycol, ethanol and the like."
So here, this is differentiating between mPEG and PEG.
**Q.** Now, we've just looked at a handful of references in which you indicated that PEG and mPEG are treated differently.
In summary, how does this collection of references

inform your opinion with respect to whether PEG inherently discloses mPEG?

**A.** That's my opinion that PEG does not inherently disclose mPEG.

**Q.** And why is that?

**A.** Because it's not always necessarily considered together.

**Q.** Now, Dr. Wermeling discussed a patent application, the Tracy '672, that he shows that -- that he opines says show that PEG includes mPEGs.

Does that reference change your opinion, that mPEG and PEG are not always thought of together?

**A.** No, it doesn't.

**MS. HANSEN:** I'd like to move PTX-1101 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1101 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** I apologize. I should have waited to keep it fresh, but do those additional references change your opinion, that PEG and mPEG were not always thought of together?

**A.** No.

**Q.** And why is that?

**A.** Because those references are just a few amongst all

of these references that a person of ordinary skill could consider.

**Q.** Now, if Dr. Wermeling is correct, let's just assume for the moment that he is correct, that PEG encompasses mPEG, does that change your opinion as to whether the Wermeling '359 publication inherently discloses mPEG?

**A.** No.

**Q.** Let's turn to PDX3-36.

What would the genus of PEG look like if it included compounds like mPEG?

**A.** So mPEG is what some people refer to as a PEG derivative, and there's many different types of PEG derivatives that one could turn to if PEG encompassed mPEG.

**Q.** And I see you have a number of different categories here. Could you describe some of them?

**A.** Sure.

So, you know, polymers can be synthesized in different, you know, shapes and functionalities. They can be linear PEGs with different functional groups. They can be branched. They can be all sorts of different shapes and sizes, I guess.

**Q.** Where would mPEG fall in this selection of compounds?

**A.** It would be a linear PEG derivative.

**Q.** Now, you were using the term "PEG derivative," but is mPEG derived from PEG?
**A.** No. PEG is a different synthesis method from mPEG.
**Q.** Now, how many compounds would fall within this genus of PEG-plus-PEG derivatives?
**A.** Hundreds of PEG derivatives.
**Q.** So if Dr. Wermeling were right, that PEG includes mPEG, why is it still your opinion that mPEG is not inherently disclosed by PEG?
**A.** Because if a person of ordinary skill, if they knew they could turn to this wide library of PEG derivatives, they would not immediately envisage mPEG.
**Q.** And Dr. Wermeling also testified that even if PEG doesn't include mPEG, the disclosure of alcohols in the Wermeling '359 publication inherently discloses mPEG.
Do you agree with him there?
**A.** No.
**Q.** Let's turn to Slide PDX3-37. Now, we've talked about the genus of PEG and PEG derivatives.
How many compounds are in the genus of alcohols?
**A.** There's a lot more alcohols out there.
**Q.** And why do you, then, opine that the disclosure of alcohols in the '359 publication does not disclose mPEG?
**A.** It doesn't point towards mPEG. It's a huge family of compounds that a person of ordinary skill would not

immediately envisage mPEG from.

**Q.** Okay. So we've just discovered why -- or covered why the '359 reference doesn't disclose mPEG. Let's turn to PDX3-38, and turn to the second reason why, in your opinion, Claim 13 of the '033 patent is not anticipated.

Let's turn to PDX3-39. Why do you opine that the Wermeling '359 publication fails to disclose the combination of excipients in Claim 13?

**A.** Sure. So none of the formulations in the '359 comprise more than one PEG; none of the formulations comprise PEG and water; and, thirdly, a person of ordinary skill would not immediately envisage the combination of mPEG-350, PEG-400, propylene glycol and water.

**Q.** Let's turn to DTX-2208 again, and take a look, again, at Paragraph 30.

Dr. Wermeling opines that the use of combinations thereof discloses the combination of mPEG-350, propylene glycol, and PEG-400.

Do you agree?

**A.** No.

**Q.** If combinations thereof were read to include combinations of PEG and PEG derivatives, how many combinations could there potentially be of all available excipients?

**A.** Those combinations would be, you know, a very large number.

**Q.** So if we were to assume that the disclosure of PEG includes mPEG, could the POSA at once envisage the combination of PEG-400, mPEG-350, and propylene glycol?

**A.** Not in my opinion.

**Q.** Now, Dr. Wermeling also points to the sentence "Suitable diluents include aqueous or nonaqueous diluents or combinations thereof to include organic solvents and water."

Do you agree with his opinion?

**A.** No.

**Q.** How many combinations of aqueous or nonaqueous diluents could there be given the understanding that, in Dr. Wermeling's opinion, PEG includes mPEG?

**A.** Literally hundreds of different combinations.

**Q.** So in your opinion, would the POSA be able to immediately envisage the combination of mPEG 350, PEG 400, propylene glycol, and water?

**A.** No.

**Q.** Does the '359 publication include any example formulations with multiple PEGs?

**A.** It does not.

**Q.** Does the '359 publication include any example formulations with a PEG and a PEG derivative?

**A.** Not that I found, no.
**Q.** Does the '359 publication disclose any exemplary formulations with water?
**A.** No.
**Q.** In summary, do you agree with Dr. Wermeling that the Wermeling '359 publication anticipates the asserted claims?
**A.** No.
**MS. HANSEN:** Okay. Let's turn to PDX3-40.
**BY MS. HANSEN:**
**Q.** Now, I'd like to turn to your opinions on non-obviousness.
**MS. HANSEN:** Let's pull up PDX3-41.
**BY MS. HANSEN:**
**Q.** Is this the legal standard that you've applied in reaching your analysis?
**A.** Yes, it is.
**Q.** Turning to PDX3-42, Dr. Wermeling argues that the asserted claims are rendered obvious by the combination of the Wermeling '359 publication and the Carbowax brochure.
Do you agree?
**A.** No.
**Q.** Let's take each claim in turn. Turning to PDX3-43, why do you disagree that Dr. Wermeling's combination

renders Claim 10 of the '322 Patent obvious?

**A.** Four reasons. So firstly, the references that Dr. Wermeling is relying upon were considered by the examiner during prosecution.

Secondly, the POSA would not have been motivated with a reasonable expectation of success to use mPEG in these formulations. And the POSA would not have been motivated with a reasonable expectation of success to use midazolam base. Finally, there's objective indicia to support non-obviousness.

**Q.** Turning to PDX3-44. Why do you disagree that Dr. Wermeling's combination would render Claim 13 of the '033 Patent obvious?

**A.** Similar reasons. References were considered by the examiner during prosecution. The POSA would not have been motivated to -- with a reasonable expectation of success to use mPEG 350. And the POSA would not have been motivated with a reasonable expectation of success to combine midazolam, mPEG 350, propylene glycol, PEG 400, and water.

And lastly, there's objective indicia supporting non-obviousness.

**Q.** Let's consider your first point. We looked at the face of the patent already.

Did the examiner allow the claims -- the asserted

claims in this case after considering the Wermeling '359 and the Carbowax brochure?

**A.** Yes.

**MS. HANSEN:** Let's go to Slide PDX3-45.

**BY MS. HANSEN:**

**Q.** What did the examiner conclude with respect to the patentability of Claim 13 of the '033 Patent?

**A.** The examiner wrote: "As such, it would not have been obvious to include a methoxy-polyethylene glycol in a composition formulated for intranasal administration comprising midazolam to provide optimal viscosity. For at least this reason, the instantly claimed invention is considered nonobvious; furthermore, the invention finds written support and is fully enabled."

**Q.** I think you might have just read the section from the '322 Patent. My apologies, I was talking about the '033 Patent.

**A.** Okay. So for the '033, as such -- the examiner says, "As such, it would not have been obvious to include a methoxy-polyethylene glycol in composition formulated for intranasal administration comprising midazolam to provide optimal viscosity."

I think it's pretty much the same.

**Q.** I see you have citations here to JTX-3001, which is, as we can see by your page citation, a document over 392

pages. If you could take a look in your notebook. Under JTX-3001, what's provided here?

**A.** This is the notice of allowance from the file history of the '322 Patent.

**Q.** If you could take a look in your notebook under the tab JTX-3002, can you identify what's provided there?

**A.** This one is a notice of allowability for the '033 Patent.

**MS. HANSEN:** Move to admit the notices of allowability from JTX-3001 and 3002 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** They're admitted.

(Exhibits JTX-3001, JTX-3001 are admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Now, Dr. Wermeling opined on a number of different problems with the existing nasal midazolam formulations in the art that he opines the addition of mPEG would solve. And we'll talk about those in a bit. But I'd like to take a step back.

In your opinion, would the POSA be motivated to even consider mPEG for use in an intranasal midazolam formulation for any purpose?

**A.** In 2007, mPEG had never been used in intranasal formulations or studied for use in intranasal

formulations, so they would not consider it.

**MS. HANSEN:** Let's turn to PDX3-46.

**BY MS. HANSEN:**

**Q.** You just mentioned that they hadn't been used or considered. Are there any other reasons why the POSA would not be motivated to even consider mPEG for use in an intranasal midazolam formulation for any purpose?

**A.** Sure. So the '359 publication, the Wermeling patent application, would have not led the POSA to mPEG. MPEG had not been used -- marketed for use or suggested for use in any intranasal formulation, and then, largely because of that, there was no expectation that mPEG would be suitable for intranasal use.

**Q.** Let's turn to PDX3-47 and your first point that the '359 publication would not lead the POSA to mPEG in an intranasal formulation full stop.

**MS. HANSEN:** Let's take a look at the '359 publication again; that's DTX-2208.

**BY MS. HANSEN:**

**Q.** Now, we've already discussed the fact that the '359 publication doesn't disclose mPEG. What, if anything, does the '359 publication say about using PEG derivatives in any capacity?

**A.** It doesn't talk about PEG derivatives.

**Q.** Let's turn back to Paragraph 30 again, which we

looked at when discussing anticipation.

What, if anything, does this section provide about PEG derivatives?

**A.** There's nothing mentioned here about PEG derivatives.

**Q.** Now, if we take a look at the highlighted sentence the -- starting "Nonaqueous diluents," what would this passage direct the POSA to look at in terms of other nonaqueous diluents?

**A.** So it tells the person of ordinary skill in the art that these nonaqueous diluents include, but are not limited to, alcohols, particularly polyhydroxy alcohols.

**Q.** As we discussed earlier, is mPEG a polyhydroxy alcohol?

**A.** No, it's a monohydroxy alcohol.

**Q.** Let's turn to PDX3-48 and turn to your second bullet point that mPEG had not been used, marketed for use or suggested for use in an intranasal formulation. Let's unpack that.

**MS. HANSEN:** Can we turn to PDX3-49.

**BY MS. HANSEN:**

**Q.** Can you provide a brief summary of what was known about mPEG prior to the priority date?

**A.** Sure. So as we heard about yesterday, I think it was, mPEG was made commercially available by Dow since

the 1940s. It had been included in one FDA-approved topical gel and some nonpharmaceutical topical products. Its pharmaceutical properties, therefore, were largely unknown. It had been used also for chemical synthesis and PEGylation, for example.

**Q.** Was mPEG's viscosity known as of January 2007.

**A.** Yes.

**Q.** Would this information have given the POSA a reasonable expectation that mPEG could be successfully used in an intranasal midazolam formulation?

**A.** No.

**Q.** Let's talk first about FDA-approved uses.

**MS. HANSEN:** If we could pull up DDX-2583.

**BY MS. HANSEN:**

**Q.** And this is a very large document which is in your binder if you would like to take a look at it, but could you remind us what this is?

**A.** This is -- I think it's like a printout of the FDA's inactive ingredient database from around 2006.

**MS. HANSEN:** If we can turn to Page 89 of this document and the listing for methoxy-polyethylene glycol.

**BY MS. HANSEN:**

**Q.** What does the FDA IID list from 2006 tell you about the use of mPEG in FDA-approved products?

**A.** So the listing for methoxy-polyethylene glycol 350,

or mPEG 350, includes it as a -- well, indicates that it's been used in a topical gel product with a maximum concentration of 20 percent.

**Q.** What, if anything, does the IID provide about whether mPEG 350 had been used in a nasal formulation as of 2006 at least?

**A.** It indicates that no nasal formulations or products had used mPEG 350.

**Q.** Now, you've also opined that mPEG had not been marketed for use in intranasal formulations. So let's go take a look at that marketing brochure, DTX-2022. If we can turn to Page 10 of that document.

Under the heading "Liquid Medications," what does that the Carbowax brochure say about the use of its Carbowax products in medications for the nose?

**A.** Well, under this Liquid Medications, it talks about "liquid PEGs are ingredients in a large range of pharmaceutical applications," and then down at the bottom of this paragraph, it says, "Other applications include nose and ear drops and spray-on medications."

**Q.** Now, Dr. Wermeling testified that the POSA would read liquid PEGs to include, among other compounds, mPEG 350?

Do you agree?

**A.** No.

**Q.** Why is that?
**A.** Well, throughout this brochure, the applications of mPEGs and PEGs are distinguished.
**Q.** Are you aware -- sorry.
**A.** Here, they don't talk about mPEGs.
**Q.** Thank you.
Are you aware of any other evidence suggesting that mPEG had been marketed for intranasal products?
**A.** No.
**Q.** Turning back to PDX3-48, what, if anything, were you able to review relating to mPEG's actual use in an intranasal formulation, any intranasal formulation, prior to January 2007?
**A.** So there was no literature research articles or anything like that that included mPEG in an intranasal formulation.
**Q.** Now, Dr. Wermeling opined that the Tracy '672 publication suggests the use of the mPEG in intranasal formulations.
Do you agree with him?
**A.** No.
**MS. HANSEN:** Let's turn to DTX-2211.
**BY MS. HANSEN:**
**Q.** What is this publication?
**A.** Yeah, this is the Tracy patent application.

**Q.** Now, I'd like to walk through some of the statements in Tracy and then discuss your interpretation of them.
First, what is the title of this application?
**A.** "Injectable sustained-release compositions."
**Q.** Turning to Paragraph 6, what does this publication state about the purpose of the invention?
**A.** So they talk about in this patent the need for improved injectable polymer-based sustained-release compositions.
**Q.** And turning now to Paragraph 46, what kind of injectable formulations does the Tracy '672 publication discuss?
**A.** Generally, polymeric pastes.
**Q.** Now, Dr. Wermeling cited to Paragraph 88 on Page 6 to assert that the Tracy '672 publication discloses intranasal liquid formulations.
Do you agree?
**A.** No.
**Q.** Why not?
**A.** You can see Paragraph 88 gives you a laundry list of routes of administration, things like implantation, injection, intracranial, delivery by enema, aerosol spray. So it's really almost all the routes of administration that you would use to deliver medications.
**Q.** Outside of Paragraph 88, what, if any, reference to

intranasal is there in this application?

**A.** There is none.

**Q.** Now, in light of Paragraph 88 and the previous paragraphs that we just looked at, would the POSA understand Tracy to be disclosing the use of its sustained-release paste formulations for intranasal spray usage?

**A.** No.

**Q.** In your opinion, and considering the language in Paragraph 88 and paragraphs we previously looked at, would the POSA turn to a formulation for polymer pastes for injection when looking for excipients to formulate a liquid nasal midazolam formulation?

**A.** No. A sustained-release injectable is a very different formulation to an immediate-release spray formulation.

**Q.** Now, let's change focus slightly, and let's -- let's assume that the POSA would, in fact, look at this reference. Let's turn to Paragraph 49.

What does Paragraph 49 of Tracy '672 reference provide?

**A.** It's a heading that says "Viscosity-reducing agents."

**Q.** Now, let's take a look at Paragraph 51. What excipients -- I'll wait for that to come up.

What excipients does the Tracy '672 publication describe may be used as viscosity-reducing agents?
**A.** Well, in Paragraph 51, there is, I guess, a grouping of excipients. It talks about polyethylene glycol polymers, surfactants, organic solvents, aqueous solvents, and combinations thereof would be suitable for use as viscosity-reducing agents.
**Q.** Now, let's take a look at Paragraph 50, which we've already talked about the polyethylene polymers with Dr. Wermeling, but I'd like to take a look at some of these other options.

Let's take a look at Paragraph 53. What's provided for in this paragraph?
**A.** Here, the Tracy publication talks about polymer -- polymer surfactants, a list of specific examples of those.
**Q.** And are these -- would the polymer surfactants be considered a viscosity-reducing agent?
**A.** That's what Tracy is considering them as, yes.
**Q.** Turn to Paragraph 54. What's provided in this paragraph?
**A.** It also talks about polysorbates, which are another type of nonionic surfactant.
**Q.** And does Tracy '672 consider these to be viscosity-reducing agents as well?

**A.** Yes.
**Q.** Let's turn to Paragraph 55. What's provided for in this paragraph?
**A.** This paragraph talks about suitable organic solvents for use as viscosity-reducing agents.
**Q.** And what are some of the examples of viscosity-reducing agents provided for in Paragraph 55?
**A.** It says includes organic acids such as lactic acid, acetic acid, DMSO, tetrahydrofuran and things like that.
**Q.** Based upon what we're seeing here in Tracy '672, how many viscosity-reducing agents were known in the pharmaceutical art if the POSA is looking that broadly?
**A.** As you can see here, you know, numerous. Tens and tens of them.
**MS. HANSEN:** Let's pull up DTX-2134.
**BY MS. HANSEN:**
**Q.** Do you recognize this document?
**A.** Yes. This is the Bechgaard '608 reference.
**Q.** Does the '608 patent disclose the use of mPEG?
**A.** No.
**Q.** Would the POSA consider mPEG and glycofurol to be similar excipients?
**A.** No.
**Q.** And why is that?
**A.** They're different chemical compounds with different

physicochemical properties.

**Q.** Let's return to Slide PDX3-50.

Returning to your slide with the factors a formulator needs to balance to develop an intranasal spray, how does the fact that mPEG had not been used, marketed for use or suggested for use in an intranasal formulation relate to your opinion that the POSA would not have been motivated to use mPEG in a liquid pharmaceutical intranasal formulation of midazolam?

**A.** Since mPEG is -- was an unknown excipient in intranasal formulations, had never been studied or researched, the effect of mPEG on an intranasal formulation in terms of all these parameters that a formulator considers was unknown. Like with regards to its safety and tolerability, that was unknown; how it would affect sprayability or nasal absorption, things of that nature.

**Q.** Let's turn to PDX3-51 in your third point, that there was no expectation that mPEG would be suitable for intranasal use. I'd like to briefly address reasonable expectation of success.

Do you agree with Dr. Wermeling that the POSA would consider achieving a formulation that can provide a patient with a therapeutically effective dose of midazolam without any other formulation considerations as

a successful formulation?

**A.** No.

**Q.** Why not?

**A.** Well, successful formulations would have to be stable, tolerable, effective, as well as safe.

**Q.** Before the priority date, what, if anything, was known about the solubility of midazolam in any mPEG?

**A.** It had never been studied. Nothing was known.

**Q.** Before the priority date, what, if anything, was known about how incorporating mPEG would affect the formulation volume of midazolam that could be administered intranasal?

**A.** Since the solubility of midazolam was not known in mPEG or mPEG-containing formulations, the spray volume would not have been known either.

**Q.** Before the priority date, what, if anything, was known about how the incorporation of any amount of mPEG would affect the viscosity of any particular intranasal formulation?

**A.** It had not been studied.

**Q.** Before the priority date, what, if anything, was known about how the incorporation of mPEG would affect sprayability of any intranasal formulation?

**A.** No sprayability studies using mPEG were known or had been reported. It was unknown how that would behave in

nasal formulations.

**Q.** Before the priority date, what, if anything, was known about whether mPEG was safe for intranasal administration?

**A.** It was not known whether mPEG would be safe to be administered intranasally.

**Q.** And before the priority date, what, if anything, was known about whether mPEG was tolerable for intranasal administration?

**A.** There were no reports about the tolerability of mPEG-containing formulations.

**Q.** Given these unknowns, why would the POSA be motivated to use an excipient for an intranasal midazolam formulation that had never been before used with either midazolam or in an intranasal formulation?

**A.** They wouldn't have been motivated.

**Q.** And I'd like to focus, in particular, on safety and tolerability.

Why would the POSA not have a reasonable expectation that mPEG would be safe or tolerable for intranasal use?

**A.** Because mPEG is -- had never been used intranasally before. There were no toxicity studies, never out there indicating that it would be safe to use.

**Q.** Now, Dr. Wermeling opined that the use of mPEG in topical formulations before 2007 would inform the POSA

that mPEG is suitable for intranasal formulations.

Do you agree?

**A.** No.

**Q.** Why not?

**A.** Formulations you apply to the skin have different requirements or different effects on the skin. The skin and the nasal mucosa are different tissues. Something that's safe for the skin is not necessarily safe for intranasal use.

**Q.** Turning to PDX3-52. We spoke earlier about the one FDA-approved product with mPEG as of 2007, but could you remind us what other topical products had mPEG been used in before 2007?

**A.** So other than the approved Solaraze gel, had been used in these Dial soaps and a vaginal gel.

**Q.** And why wouldn't the POSA understand from mPEG use in these topical formulations that it could be used in an intranasal formulation?

**A.** Because those topical products don't tell you that -- anything about the safety of it being used intranasally.

**Q.** Now, you previously discussed that one of the toxicity considerations for an intranasal formulation is ciliotoxicity.

What was known about the impact of mPEG on the cilia

as of 2007?

**A.** Nothing was known.

**Q.** Have you reviewed any documents showing that there were, in fact, concerns about mPEG safety for the intranasal route around the priority date?

**A.** Yes.

**MS. HANSEN:** Let's pull up PTX-1069.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is this document?

**A.** This is an e-mail from Dr. Fisher to the inventor, Sveinbjorn Gizurarson.

**Q.** And what's the date of this e-mail correspondence?

**A.** 6/14/2007.

**Q.** Did you consider this document in forming your opinions in this case?

**A.** Yes.

**Q.** Now, I see this is private e-mail correspondence that postdates the priority date.

Why did you consider this document in forming your opinions with respect to what would have been known and understood about mPEG safety as of the priority date?

**A.** So this is -- it's after the priority date, but it is communications that give us an understanding of what was unknown or known about the safety and concerns of mPEG being used intranasally.

**Q.** Turning to Page 2 of this document, looking at the second page -- the second full paragraph, what does this e-mail reflect about any concerns about the use of mPEG?
**A.** So here, Dr. Fisher says, "I believe a major source of concern will be around the use of mPEG-350. So I was wondering if you had the time to think about safety aspects of mPEG and help us support its use."
He talks about a paper that points out conversion of mPEG to propylene glycols is a toxicity issue.
**Q.** Now, in the next sentence, what does Dr. Fisher observe about the mPEG MSDS from Dow?
**A.** So the Material Safety Data Sheet from Dow indicated that mPEG can be irritating to the skin and eyes.
**Q.** What is an MSDS?
**A.** It's -- whenever you ship chemicals or maintain a chemical inventory, you maintain these safety data sheets for safety reasons.
**Q.** Now, if we could go back in time to the top, the most recent e-mail in this document at the top of Page 1, looking at that first paragraph, what does this top e-mail reflect on the impact of mPEG on the nasal mucosa surface in particular?
**A.** Here again, Dr. Fisher says, "I think the issue we face relates to the exposure of the nasal mucosa surface. No published tox data, other than perhaps intestinal

mucosa." Which he says, "should count for something, but may not be sufficient, I suppose. Then the question of systemic absorption via nasal mucosa, but also for the potential of local enzymatic conversion of mPEG to alkylene glycols."

**Q.** What does Dr. Fisher conclude about the need for safety testing of mPEG 350?

**A.** Further down, he says, "I think that we will have to include more safety testing along the way."

**MS. HANSEN:** I'd like to PTX-1069 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1069 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Have you looked at any documents relating to FDA's treatment of mPEG in the proposed Nayzilam product?

**A.** Yes.

**Q.** Were you in the courtroom for Dr. Fisher's testimony regarding DTX-2407, a preIND letter from ITI to FDA regarding Nayzilam's formulation?

**A.** Yes.

**MS. HANSEN:** I'd like to pull up DTX-2586 and turn to Page 2.

**BY MS. HANSEN:**

**Q.** What is this document?

**A.** It's a memorandum of meeting minutes from a preIND meeting, I believe.

**Q.** And what was the product that was the subject of that preIND meeting?

**A.** So midazolam nasal spray from Intranasal Therapeutics.

**Q.** Turning page ending in Bates 144, could you summarize what ITI is asking in Question 6?

**A.** So here, ITI is essentially asking whether or not a dog toxicity study would be sufficient to allow ITI to initiate their clinical studies. So they're saying, "A 14-day nonclinical safety study of the optimized midazolam nasal spray formulation will be conducted in beagle dogs."

**Q.** And on what basis is ITI asking for reduced toxicity study protocol as opposed to what it would normally have to do?

**A.** I guess because they have done a pilot study with their nasal spray formulation before developing the optimized one.

**Q.** Now, what did FDA say in response to this question?

**A.** They said, no, "Because the proposed clinical formulation contains a novel excipient." I think that's

supposed to read "mPEG 350." And the FDA says, "Two-week toxicity studies in two species using the new formulation would be needed to initiate -- prior to initiating clinical trials."

**Q.** Turning to Bates page ending 1415, can you summarize what ITI is asking in Question 7?

**A.** So here ITI is asking another question. They are saying their optimized midazolam nasal spray formulation contains mPEG 350, an inactive ingredient listed in the FDA's inactive ingredients database. And they list the mPEG 350, which has been used in the four topical marketed products.

And they ask, "Does the agency agree that mPEG 350's presence on the FDA inactive ingredients list with its wide use in marketed topical products, together with the proposed nonclinical safety study in dogs, is sufficient to support an initiation of clinical trials?"

**Q.** And what does FDA say in response to this question?

**A.** So they say, no, and they refer back to response to Question 7, "The marketed products referred to are not relevant to the current proposed use." So they say, "Additional studies may be necessary."

**MS. HANSEN:** I'd like to move DTX-2586 into evidence.

**MR. GUINTA:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2586 is admitted into evidence.)

**MS. HANSEN:** Let's turn to PTX-1073. If we can go to Page 2 of this document as well.

**BY MS. HANSEN:**

**Q.** Do you recognize this document?

**A.** Yes. This is a memorandum of meeting minutes, again, for IND for midazolam nasal spray.

**Q.** Did you rely on this document in forming your opinions in this case?

**A.** Yes.

**Q.** And what is the content of this document, generally?

**A.** It's -- contains the minutes of the meeting that they discussed the questions for their IND, as I understand it.

**Q.** Let's turn to internal Page 9 and take a look at Question 7.

What is the focus of this question from ITI?

**A.** So in this question, they're asking, "Does the agency, the FDA, concur that the rat is an appropriate species for the chronic six-month toxicity study required by the agency?"

**Q.** And what does FDA say in response?

**A.** "Yes, this would be appropriate for the evaluation of the new formulation of midazolam; however, since one

of the excipients, mPEG 350, has not been approved for intranasal administration," they suggest evaluating this using chronic toxicity studies in two species.

**Q.** Do you know if those toxicity studies were performed?

**A.** Yes, I think they were.

**MS. HANSEN:** I'd like to move PTX-1073 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1073 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Now, I'd like to focus on the specific problems or purported problems with the Wermeling formulation that Dr. Wermeling opined that the POSA would be motivated to use mPEG to solve.

**MS. HANSEN:** If we could pull Dr. Wermeling's Slide 32.

**BY MS. HANSEN:**

**Q.** Now, Dr. Wermeling identified two reasons why the POSA would be motivated to modify his formulation to add mPEG. The first is reducing viscosity, and the second was improving tolerability, and we will turn to those shortly. But, first, I wanted to focus on the image here on this slide.

Now, Dr. Wermeling identified as the Wermeling '359 formulation, a formulation that contains midazolam, propylene glycol, PEG 400 and water. Is such a specific formulation disclosed in the Wermeling '359 application?

**A.** No.

**Q.** Okay. So let's take a look at that formulation in the '359 publication that is actually disclosed.

**MS. HANSEN:** If we could go to Paragraph 85 in DTX-2208.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, what is the formulation described in Paragraph 85?

**A.** So this is the formulation from the Wermeling publication. And it is midazolam 25 milligram in polyethylene glycol 400, 0.18 mLs; butylated hydroxytoluene .1 milligrams; saccharin powder 1 milligram; propylene glycol USP, which was QS to 1 mL.

**Q.** Are there any other examples of different form- -- specific formulations in the '359 publication?

**A.** No.

**Q.** Does this formulation contain water?

**A.** It does not.

**Q.** Are you aware of any reason why a formulator may not want to include water in an intranasal formulation of midazolam?

**A.** Midazolam has poor solubility in water.

**Q.** About what percent weight by weight is the concentration of propylene glycol in this formulation in Paragraph 85?

**A.** It's around, roughly, 80 percent.

**Q.** At base, do you agree with Dr. Wermeling's opinions as to why the POSA would be motivated to modify the formulation of the '359 publication, that is, by developing an intranasal composition that contained an mPEG in combination with midazolam, PEG-400, propylene glycol, and water?

**A.** No.

**Q.** Now, Dr. Wermeling first opined that the POSA would be motivated with a reasonable expectation of success to use mPEG in an intranasal midazolam formulation to decrease viscosity. He identified two reasons for that. It would allow administration from an unmodified device and thereby achieving a more diffuse spray plume.

Do you agree with Dr. Wermeling's opinion?

**A.** No.

**MS. HANSEN:** Let's pull up Dr. Wermeling's Slide 24.

**BY MS. HANSEN:**

**Q.** Now, I know we just discussed how the only disclosed formulation in the Wermeling reference doesn't include

water, but let's assume that this chart is right about the formulations that the Wermeling '359 application discloses.

According to Dr. Wermeling, are there any other prior art references that disclose the same formulation of midazolam, propylene glycol, water, and PEG?

**A.** Well, the Merkus '893 discloses midazolam, propylene glycol, water, and PEG.

**MS. HANSEN:** Let's turn to PDX3-53.

**BY MS. HANSEN:**

**Q.** In light of the fact that Dr. Wermeling has identified two references that disclose virtually the same cosolvent formulations, do you agree with Dr. Wermeling that the POSA would have been motivated to decrease viscosity?

**A.** No.

**Q.** And why is that?

**A.** Well, both of these publications actually include sections that teach the use of viscosity increasing agents. Both of these publications are devoid of information about spray pattern sprayability.

The Wermeling '359 publication suggests the device modification for nonaqueous formulations to allow them to be sprayed.

And, then, the Merkus '893 talks about

administration of those formulations through commercially available devices.

**Q.** Let's break that down and let's start --

**MS. HANSEN:** If we could pull up DTX-2208 again.

**BY MS. HANSEN:**

**Q.** Does the '359 publication say anything in particular about reducing viscosity of the described formulations?

**A.** No.

**Q.** Let's turn to Paragraph 37. What does this section of the '359 publication say about viscosity?

**A.** This paragraph talks about using agents that increase viscosity.

**Q.** Are there any benefits to increasing viscosity?

**A.** One of the benefits is, as we talked about earlier, is to increase nasal retention time to overcome that mucociliary clearance.

**Q.** And does Paragraph 37 provide any examples of what a viscosity-increasing agent looks like?

**A.** Sure. The examples provided here include things like methylcellulose, carboxymethylcellulose sodium, you know, things like that.

**Q.** Now, Dr. Wermeling opined that one potential drawback of his formulation was that it requires use of a modified device; and that, accordingly, he believes a

formulation with a lower viscosity would not require a modified device.

Now, let's actually take a look at the disclosure of DTX-2208 and look at Paragraph 47, as opposed to what Dr. Wermeling described in his personal experience.

And let's -- could you summarize what this paragraph provides?

**A.** Sure.

This paragraph talks about the devices. It says the intranasal delivery device may be modified, for example, by increasing the size of the discharge orifice in the nosepiece of the applicator to about .07 millimeter for nonaqueous compositions that comprise, for example, polyethylene glycol and/or propylene glycol in order to accommodate higher viscosity compositions.

**Q.** Now, what kind of formulations of the '359 application described here as, quote/unquote, "higher viscosity compositions"?

**A.** Nonaqueous ones that contain things like polyethylene glycol and propylene glycol.

**Q.** So would aqueous formulations require device modification according to the Wermeling application?

**A.** No. Further down it says aqueous compositions, the diameter can be, for example, from about .05 milliliters in diameter.

**Q.** Does the '359 publication specify what level of viscosity constitutes higher viscosity compositions that require device modification?

**A.** No.

**Q.** Does the '359 publication specify what level of viscosity constitutes a low enough viscosity such that it would not require device modification?

**A.** No.

**Q.** What, if anything, would the POSA understand about the statement in Paragraph 7 with respect to nonaqueous formulations that include propylene glycol?

**A.** That a modified nasal spray device could be used.

**Q.** And how does propylene glycol's viscosity compare to mPEG-350?

**A.** They are roughly comparable.

**Q.** So in terms of viscosity, and all else being equal, how would replacing propylene glycol with an equal amount of mPEG-350 affect the ultimate viscosity of the formulation?

**A.** It may change it, but those changes may be minimal.

**Q.** If the POSA were able to consider as potential excipients any excipients that had been used in a pharmaceutical formulation, how many excipients were available that would decrease viscosity?

**A.** Like we went through before with that Tracy

reference, many different excipients.
**Q.** Given the Wermeling disclosures in Paragraph 47, would the POSA expect that a formulation with mPEG, PEG-400 and propylene glycol would be able to be administered with an unmodified device?
**A.** Not if it was a nonaqueous formulation.
**Q.** Dr. Wermeling also opined that the POSA would be motivated to decrease viscosity to improve spray plume.
Does the '359 publication discuss spray plumes anywhere in this publication?
**A.** No.
**Q.** Now, we heard Dr. Wermeling talk a little bit about his experience. Is that anywhere in this application?
**A.** No.
**Q.** Would the POSA be motivated to use mPEG in particular to optimize the spray plume, as Dr. Wermeling suggests?
**A.** Not in my opinion.
**Q.** Would merely reducing viscosity lead to an optimized spray plume of the formulation in the '359 application?
**A.** Not necessarily, no.
**Q.** And why is that?
**A.** Well, spray plumes are generated. It's a complex relationship between the formulation and the device. So adding mPEG, which had never been used in intranasal

formulations before, those affects were not known.
**Q.** What, if any, is the effect of viscosity on the spray plume where the formulation contains multiple polymeric elements?
**A.** So those polymeric elements can interact in a complex way in terms of the virology, the viscosity. And so it's not always a -- it doesn't always follow that decreasing viscosity increases the spray plume or vice versa.
**Q.** Now, we talked a little bit earlier about how you identified that the Merkus '893 publication has the same cosolvent formulation as Dr. Wermeling identified. Let's turn to the '893 publication, DTX-2294.
Do you recognize this document?
**A.** Yes. This is the Merkus '893.
**Q.** What, if anything, does the '893 publication say about decreasing the viscosity of formulations?
**A.** Nothing.
**Q.** Let's turn to Page 13, Line 9. Could you summarize this section of Merkus for the Court?
**A.** Sure.
So this is a paragraph, it talks about viscosity-enhancing agents and how these can be used in the embodiments of the invention.
**Q.** Now, this application uses the term

"viscosity-enhancing agents."

What would the POSA understand that term to mean?

**A.** Things that increase viscosity.

**Q.** In light of this discussion of viscosity-increasing agents, how would the POSA interpret the guidance of Merkus in terms of developing a formulation with decreased viscosity?

**A.** The person of ordinary skill wouldn't be guided by this to decrease viscosity of the Merkus formulation.

**Q.** Now, let's turn to what the Merkus '893 publication says about spray devices. If we could turn to Page 18, Line 18.

What does the '893 publication say about spray devices for those formulations?

**A.** It says that the compositions are preferably formulated for spray delivery by a pump spray device. And it says: "Suitable devices, which are already commercially available, include multiple dose vials, and by dose or unit dose devices."

**Q.** In your review of the Merkus '893 publication, what, if anything, have you seen to indicate that the commercial spray devices need to be modified for administration of the disclosed formulations?

**A.** Merkus doesn't talk about modifying devices.

**Q.** Now, let's turn to Dr. Wermeling's other reason that

the POSA would be motivated to reduce viscosity in order to optimize the spray plume.

What, if any, data is there in the Merkus '893 publication about the spray plume?

**A.** There is no spray plume data.

**Q.** To put a finer point on it, is there anything in the '893 publication to suggest the spray plumes of the formulations needs to be improved?

**A.** There's nothing telling the person of ordinary skill that those plumes need to be improved.

**Q.** Given this lack of information, what, if any, motivation would the POSA have to modify the formulations of Wermeling '359 to reduce viscosity?

**A.** There's no motivation.

**MS. HANSEN:** Let's turn to PDX3-54.

**BY MS. HANSEN:**

**Q.** Now, again, I'd like you to assume that Dr. Wermeling is correct, that the POSA would expect that adding mPEG to the formulation of the '359 application would have achieved a formulation that could be administered by an unmodified device.

What concerns might the POSA have with respect to other formulations considerations -- formulation considerations of reducing viscosity using mPEG?

**A.** So as I talked about earlier, the formulator tries

to balance multiple parameters or desirable outcomes for their formulation for nasal sprays. So just substituting mPEG into the formulation might reduce viscosity, maybe it would change the sprayability. But its effect on other aspects of the formulation, like the safety and tolerability, stability, the solubility may all be changed. That was the unknown at the time to a person of ordinary skill.

**MS. HANSEN:** Let's pull up Dr. Wermeling's Slide 39.

**BY MS. HANSEN:**

**Q.** Now, let's focus on the other item that Dr. Wermeling opines the POSA would be motivated to do to the Wermeling '359 formulation, which is "Improve tolerability by reducing propylene glycol content, and instead, replacing propylene glycol by increasing PEGs, including mPEG 350, and adding water."

Do you agree with Dr. Wermeling that the POSA would be motivated to do that?

**A.** No.

**Q.** Now, Dr. Wermeling opined that "The POSA would be motivated to use mPEG to reduce the concentration of propylene glycol to reduce irritation."

What was known prior to 2007 about whether mPEG was tolerable for intranasal administration?

**A.** Nothing was known about mPEG 350 tolerability intranasally.
**Q.** Now, Dr. Wermeling describes propylene glycol as an "excellent cosolvent."
What was known in the art about midazolam's solubility in mPEG?
**A.** It hadn't been studied. Nobody knew how midazolam would dissolve in mPEG 350.
**Q.** And remind me, how do the viscosities of propylene glycol compare to, say, mPEG 350?
**A.** They're roughly the same order of magnitude.
**Q.** So if the POSA were to take Dr. Wermeling's exemplar formulation, PEG 400 and propylene glycol and butylated hydroxytoluene, and replace some of the propylene glycol with mPEG, what would the POSA expect the viscosity of the resulting formulation to be?
**A.** They would expect it to be different, but probably not that markedly different because those viscosities are, you know, on the same order of magnitude.
**Q.** Dr. Wermeling also opined that the POSA would be motivated to use water in the '359 formulation to improve tolerability.
Do you agree with Dr. Wermeling's opinions?
**A.** No.
**MS. HANSEN:** Let's turn to PDX3-55.

**BY MS. HANSEN:**

**Q.** Would the POSA have any concerns with adding water to an intranasal midazolam formulation?

**A.** Yes. Since midazolam is poorly soluble in water, adding water for maybe safety and tolerability may change now the solubility of midazolam in that composition, you know, it may precipitate out and have stability problems. It may also change nasal absorption. Things like that.

**Q.** Now, Dr. Wermeling opined that "The POSA would reduce propylene glycol, add water, add mPEG 350 to the example formulation of '359 publication comprising midazolam base."

And I'd like to focus in particular on that use of midazolam base. Were there known alternatives in intranasal midazolam formulations to using midazolam base?

**A.** Yeah, salts of midazolam.

**Q.** If the POSA is reducing propylene glycol, adding water, and adding mPEG 350 to the formulation, would the POSA still be motivated to have midazolam base?

**A.** Well, salts of midazolam are more soluble in water. So if you've got a composition with water in there, then they may be motivated to turn to those midazolam salts.

**MS. HANSEN:** Let's take a look again at the '893 publication, DTX-2294. Let's turn again to Page 14,

Line 2.

**BY MS. HANSEN:**

**Q.** What, if anything, does the Merkus '893 publication say about using midazolam base versus midazolam salts?

**A.** Yes. So near the top there, it says, "Therefore, the aqueous solubility of midazolam base at neutral pH is too low to prepare suitable midazolam formulations, and for this purpose, midazolam salts, e.g., with hydrochloride have to be used."

**Q.** In light of this section, would the POSA be motivated to add water to a formulation of midazolam base?

**A.** No. This is teaching the POSA that midazolam base has low aqueous solubility.

**MS. HANSEN:** Let's turn to PDX3-56.

**BY MS. HANSEN:**

**Q.** If the POSA were to use mPEG 350 in their midazolam intranasal formulation, and, therefore, venture out of the excipients that had previously been used in intranasal formulations, would the POSA be limited, and, therefore, motivated to also use water, PEG 400, and propylene glycol?

**A.** So if you're opening up your excipient library to things beyond intranasal excipients, there's many different types of solubilizers and cosolvents that one

could look at.

**MS. HANSEN:** If we could turn to PDX3-57.

**BY MS. HANSEN:**

**Q.** Do you agree that -- was mPEG an identified excipient for use in intranasal formulations as of January 2007?

**A.** No, it had never been used.

**Q.** And were the results of using mPEG in an intranasal formulation predictable?

**A.** No. It hadn't been studied on those factors that I've shown in my diagram.

**Q.** And if you're opening it up to any excipient in the pharmaceutical arts, is there a -- is that a finite limited number of options?

**A.** No.

**MS. HANSEN:** Your Honor, I'm about to move to something else. I don't know if you want to break for lunch?

**THE COURT:** I think this would be a good time for our lunch break. It's 12:45. Let's reconvene at 1:30.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

Okay. We're back from lunch. And just before we begin, I had two questions and one was about an

exhibit number which was 2586.

**MS. HANSEN:** Yes.

**THE COURT:** Was that admitted?

**MS. HANSEN:** Prior to this?

**THE COURT:** Yes.

**MS. HANSEN:** I don't believe so.

**THE COURT:** Okay. Are we admitting it -- or is that the one we're on right now?

**MS. HANSEN:** Yes.

**THE COURT:** Okay. Got it.

And then the second thing was that I wanted to remind everybody that everybody's phones are going to blow up in about 45 minutes. So we'll just -- I don't know exactly what's going to happen, but it should be exciting.

**MS. HANSEN:** Your Honor, so I, obviously, asked my team to sort of start sending me notes to, you know -- but is there a particular time you'd like to stop, so that we're not in the middle of it?

Do you -- if the courtroom deputy want to raise the white flag? How do you want to handle this?

**THE COURT:** Let's just see what happens.

**MS. HANSEN:** Live on the edge.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, let's resume.

**MS. HANSEN:** Mr. Braun, if we could bring up PDX3-58, please.

**BY MS. HANSEN:**

**Q.** I'd like to turn now to your opinions on objective indicia. If we could go to PDX3-59.

What objective indicia do you intend to opine upon?

**A.** The ones listed here: Failure of others, licensing, copying, praise, and unexpected results.

**Q.** Let's take this one at a time. Turning, first, to "Failure of others." If you could turn to PDX3-60.

What do you understand the failure of others to be?

**A.** This is when others, including the accused infringer, have tried to solve the same problem the claimed invention solved, but have been unsuccessful.

**Q.** Turning to PDX3-61, in the context of your opinions, what's constitutes a failure?

**A.** So in this matter, something that is not suitable for use as an intranasal treatment.

**Q.** And what parameters did you use to define whether -- what "suitable for use as intranasal treatment" would mean?

**A.** Something that would be suitable would be safe, effective, tolerable, stable.

**Q.** Now, we heard Dr. Klein talk about a few formulations that he opined failed.

What formulation will you be talking about?
**A.** The Merkus formulation.
**Q.** Were you in the courtroom to hear Dr. Klein discuss the bone remodeling issues with the Merkus 2006 formulation?
**A.** Yes.
**MS. HANSEN:** Let's pull up PTX-1370.
**BY MS. HANSEN:**
**Q.** Do you recognize this exhibit?
**A.** Yes.
**Q.** And what is this exhibit?
**A.** It's the Schwarz Pharma toxicology on the tolerance studies in tox for the midazolam nasal spray.
**Q.** Now, I'm not sure that this has been made clear yet, but what is Schwarz Pharma?
**A.** It was a pharmaceutical company that was developing the midazolam nasal spray. I think they were acquired by UCB somewhere along the way.
**Q.** Let's turn to Slide 5. Can you remind the Court of the overall results of these toxicology studies with the Merkus 2006 formulation?
**A.** Sure.
So they found, you know, significant toxicology in the dogs with -- I guess, severe being the impact on bone structure, the bone remodeling. And they concluded that

this impact on bone structure as regarded to be an unusual and severe finding.

**Q.** To be clear, was this information publicly known?

**A.** No. This was an internal Schwarz Pharma confidential study.

**Q.** Are you aware of whether or not Dr. Merkus attempted to reformulate the Merkus 2006 formulation into something else?

**A.** I believe he continued to work on intranasal midazolam formulations.

**MS. HANSEN:** Let's turn to PDX3-62.

**BY MS. HANSEN:**

**Q.** What is the formulation that Dr. Merkus eventually designed?

**A.** It's the one shown on the right of the slide, the Nasolam 2022 formulation.

**Q.** And why do you call that "The Nosalam 2022 formulation"?

**A.** This is a marketed formulation that has the trade name Nasolam. It was approved in the 2022 in Europe.

**Q.** Are there any differences between the Merkus 2006 formulation and the Nasolam 2022 formulation?

**A.** Yes. I've highlighted the propylene glycol line here in green. It's been significantly reduced in its concentration. Also, they removed the hypromellose and

added ethanol.

**Q.** And does the Nasolam 2022 formulation comprise mPEG?

**A.** It does not.

**Q.** And I see you've listed a couple of documents here.

**MS. HANSEN:** Let's pull up PTX-1012.

**BY MS. HANSEN:**

**Q.** What is this document?

**A.** This is a Schwarz Pharma document regarding the pre-IND of the midazolam nasal spray.

**Q.** Did you rely on this document in forming your opinions in this case?

**A.** Yes.

**MS. HANSEN:** I'd like to move PTX-1012 into evidence.

**MR. GUINTA:** No objection.

**THE COURT:** It's admitted.

(Exhibit PTX-1012 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's look at the other documents you cited, DTX-2360.

What is this document?

**A.** This is the package leaflet describing information for Nasolam.

**Q.** And did you rely on this document in forming your opinions in this case?

**A.** Yes.

**MS. HANSEN:** I'd like to move DTX-2360 into evidence.

**MR. PATEL:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2360 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's turn to PDX3-62 again. Do you consider the Merkus 2006 formulation to be the same as the Nasolam 2022 formulation?

**A.** No.

**Q.** Now, Dr. Wermeling may opine, or Cipla may opine that the Nasolam 2022 formulation is still within the scope of a patent that shares priority with another patent that claims Merkus 2006 formulation. I realize it is a little complicated.

Do you have that in mind?

**A.** Yes.

**Q.** And, therefore, it's improper to say that the Merkus 2006 formulation failed.

Do you agree with that conclusion?

**A.** No.

**Q.** Why not?

**A.** The Nasolam 2022 formulation is just a very different formulation to the 2006 formulation. Merkus'

2006 formulation clearly failed.

**MS. HANSEN:** Let's turn to PDX3-63.

**BY MS. HANSEN:**

**Q.** I'd like to turn to licensing next. Could you please summarize your opinions with regard to licensing?

**A.** Sure. So the patents-in-suit have been licensed by several companies over the years, multiple licensing agreements indicating that multiple companies valued the patents-in-suit.

**MS. HANSEN:** Let's turn to PDX3-64.

**BY MS. HANSEN:**

**Q.** Could you please summarize the licensing history of the technologies covered by the patents-in-suit?

**A.** Sure. So here I have four licensing events. The first one was between Hananja and ITI back in 2007. Then, ITI -- who was then called Ikano -- had sublicensed to Upsher-Smith. Then in 2017, Upsher Smith assigned their sublicense to a new company called Proximagen. Then in 2018, UCB acquired that sublicense and the original license.

**Q.** Okay. And I'd like to take a look at documents that you had listed here?

**MS. HANSEN:** And, Your Honor, given that we intend to seek to file these under seal, we prefer not to put them on the screen. And so, therefore, we would just

ask Dr. Smyth to look at them in his notebook and identify them for the Court.

**BY MS. HANSEN:**

**Q.** Let's first turn to DTX-2417. What does this cover page describe?

**A.** It says, "Second consent and amendment." It's a Hananja -- and it's between Hananja and Ikano Therapeutics.

**Q.** Let's go to the page ending Bates 33960 in your binder. At a high level, what is shown on this page?

**A.** So this says, "University of Iceland exclusive patent license agreement."

**Q.** What is the date of that agreement?

**A.** September 2007, the 12th day of September.

**MS. HANSEN:** I'd like to move DTX-2417 into evidence.

**MR. GUINTA:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2417 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** If you could take a look at DTX-2416 in your notebook, please.

**A.** Okay.

**Q.** Do you recognize this document?

**A.** Yes.

**Q.** What is this?
**A.** This is an exclusive license agreement made between Ikano Therapeutics and Upsher-Smith.
**Q.** What is the date of this agreement?
**A.** June 21, 2010.
**Q.** Did you rely on this document in forming your opinions?
**A.** Yes.
**MS. HANSEN:** I'd like to move DTX-2416 into evidence.
**MR. GUINTA:** No objection.
**THE COURT:** It's admitted.
(Exhibit DTX-2416 is admitted into evidence.)
**BY MS. HANSEN:**
**Q.** I'd like you to take a look at DTX-2414 in your notebook.
**A.** Okay.
**Q.** Do you recognize this document?
**A.** Yes.
**Q.** What is this?
**A.** This is the Amended and Restated First Amendment to the Exclusive License Agreement.
**Q.** And who are the parties to this agreement?
**A.** I believe it's between Ikano and Proximagen.
**Q.** Did you rely on this document in forming your opinions?

**A.** Yes.

**MS. HANSEN:** I'd like to move DTX-2414 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2414 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Please look at DTX-2409 in your notebook.

**A.** Okay. I'm there.

**Q.** Okay. Do you recognize this document?

**A.** Yes.

**Q.** What is this document?

**A.** It's entitled "Asset Purchase Agreement" by UCB as the purchaser and Proximagen as the seller.

**Q.** What's the date of this agreement?

**A.** April 18, 2018.

**Q.** Did you rely on this document in forming your opinions?

**A.** Yes.

**MS. HANSEN:** I'd like to move DTX-2409 into evidence.

**MR. PATEL:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2409 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** And, finally, what is DTX-2415?

**A.** This is a license and asset purchase agreement.

**Q.** And who are the parties to this agreement?

**A.** Ikano and UCB.

**Q.** What's the date on this agreement?

**A.** April 18, 2018.

**MS. HANSEN:** I'd like to move to admit DTX-2415 into evidence.

**MR. GUINTA:** No objection.

**THE COURT:** It's admitted.

(Exhibit DTX-2415 is admitted into evidence.)

**MS. HANSEN:** Your Honor, I would ask that the Court provisionally put DTX-2417, 2414, 2416, 2415, and 2409 as provisionally sealed.

**THE COURT:** Okay. Any objection?

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** All right. We'll put those as sealed, and we'll request that the parties take a look and see if we can get redacted versions.

**BY MS. HANSEN:**

**Q.** Now, I'd like to speak a little bit about what was going on during the time of that first license, September 12, 2007.

Can you remind us who were the parties to that original license?

**A.** It was between Hananja and ITI.

**Q.** Was ITI working on developing other intranasal benzodiazepine formulations in the early 2000s?

**A.** It's my understanding they were, yes.

**MS. HANSEN:** Let's pull up DTX-2442.

**BY MS. HANSEN:**

**Q.** What is this document, Dr. Smyth?

**A.** It is an e-mail from Intranasal Therapeutics about a press release.

**Q.** What's date of this e-mail?

**A.** August 15, 2006.

**Q.** What is the subject matter of this press release?

**A.** Intranasal Therapeutics closes 39.1 million Series A venture financing.

**Q.** Looking to the fourth full paragraph and the line, "In addition," what, if any, seizure products did ITI hope to use this funding to further develop?

**A.** They said, "ITI expects to advance trials of an intranasal version of lorazepam, a benzodiazepine used for treating seizures which is currently in Phase I trials."

**Q.** To the best of your understanding, as of 2006, did ITI have rights to any other intranasal benzodiazepines

formulations?

**A.** I think so, yes.

**Q.** Why, if at all, does the fact that ITI had rights to other intranasal benzodiazepine formulation that were in development near the time it signed the September 2007 agreement with Hananja, matter to your licensing analysis?

**A.** So ITI, despite having clinically advanced products, or I guess projects, was still interested in the technology that was covered by the patents-in-suit. So they obviously valued the patents-in-suit.

**MS. HANSEN:** Now, I would like to move DTX-2442 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2442 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** If we could turn back to PDX3-64. Who is the current licensor to the patents-in-suit?

**A.** UCB.

**MS. HANSEN:** Your Honor, I'd like to close the courtroom for a very limited period of time to discuss some confidential UCB information.

**THE COURT:** Okay. Any objection?

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** All right. We will briefly seal the courtroom.

(Courtroom sealed.)

**THE COURT:** We will let the record reflect that the courtroom has been sealed.

**BY MS. HANSEN:**

**Q.** Dr. Smyth, Cipla has opined that UCB considered and declined to purchase the rights to Nayzilam intranasal midazolam, including its patents in 2009, which suggests that it did not value the patents.

Have you seen any documentation that provides why UCB did not purchase the rights to Nayzilam in 2009?

**A.** No, I haven't seen any documents that explain that.

**Q.** Had any clinical trials of Nayzilam been completed in 2009?

**A.** Not to my knowledge.

**Q.** And Cipla may also argue that internal UCB documents for Nayzilam predict a loss of exclusivity in 2026, while the patents-in-suit expire in 2028, again, suggesting that UCB does not value the patents.

Are you aware of any other regulatory milestones relating to Nayzilam that occur in 2026?

**A.** Yes. I understand Nayzilam is -- was given this orphan drug designation.

**Q.** And what is orphan drug designation?

**A.** It's a period of exclusivity, marketing exclusivity that a company gets if they develop products for orphan diseases.

**Q.** Do you know for certain why [redacted]?

**A.** I do not, no.

**Q.** What, if any, documents have you seen that would explain why UCB chose this particular date?

**A.** I haven't seen any documents.

**Q.** Would you agree if Cipla were to argue that [redacted]?

**MR. GUINTA:** Objection, Your Honor. There was a privilege instruction to the witness that that's the information that he considered. And so at this juncture, he's using this as both a sword and a shield.

**THE COURT:** All right. Well, I'm going to let him answer, and if you want to argue about whether it's not appropriately considered in the post-trial briefing, you can do that.

**MR. GUINTA:** Thank you, Your Honor.

**BY MS. HANSEN:**

**Q.** Now, Dr. Smyth, to be clear, have you received any privileged information, any information at all about

UCB's reasoning [redacted]?

**A.** I haven't seen any documents whatsoever.

**Q.** Now, to ask my question again: Would you agree if Cipla were to argue that [redacted]?

**A.** That would not necessarily be true. [redacted]

**MS. HANSEN:** We can reopen the courtroom.

**THE COURT:** All right. Let's unseal the courtroom.

(Courtroom unsealed.)

**THE COURT:** The courtroom has been unsealed.

**BY MS. HANSEN:**

**Q.** If we could turn to PDX3-65. What is the next objective indicia on which you will be offering an opinion?

**A.** Copying.

**Q.** What is your understanding of "copying" as it pertains to objective indicia?

**A.** Copying -- copying can provide evidence of the non-obviousness of the patents because it indicates that others may not be able to design around the patents.

**Q.** What is your opinion regarding whether or not Cipla copied the Nayzilam formulation?
**A.** It's my opinion that Cipla copied.
**Q.** Are you aware of whether or not Cipla tried to develop any alternative formulations, rather than copying the Nayzilam formulation?
**A.** Yes.
**Q.** Let's turn to PDX3-66.
Could you please describe, at a high level, some of the milestones in Cipla's efforts to develop its generic copy of Nayzilam?
**A.** Sure. We heard this morning, that Cipla began their attempts to develop an intranasal -- nasal -- midazolam formulation that would design around Nayzilam.
In May of 2020, there was a communication between Cipla with the FDA about a potential alternative formulation that they had developed. And, then, in June of 2021, Cipla filed their ANDA using the same formulation as Nayzilam.
**Q.** Now, apologies. I may have just missed it. But when did Cipla begin its attempts to design around Nayzilam?
**A.** 2018.
**Q.** What is your opinion on why Cipla made these efforts between 2018, and ultimately it's filing in June of 2021,

to develop an alternative intranasal midazolam formulation to Nayzilam?

**A.** They were attempting to design around the Nayzilam composition.

**Q.** Now, let's talk about those efforts a little bit.

Were you in the courtroom when Cipla's witness, Mr. Mittal, testified about PowerPoints drafted relating to the midazolam nasal spray development efforts?

**A.** Yes.

**MS. HANSEN:** Let's pull up PTX-1210.

**BY MS. HANSEN:**

**Q.** Do you recognize this document?

**A.** Yes. That's the PowerPoint presentation.

**Q.** And did you rely on it in forming your opinions in this case?

**A.** Yes.

**Q.** Did you hear Mr. Mittal testify that this document was attached to an October 2018 e-mail?

**A.** I think I did, yes.

**Q.** And on a high level, what does that PowerPoint presentation describe?

**A.** It describes Cipla's internal efforts to develop a midazolam unit dose nasal spray.

**Q.** Do any of the formulations Cipla described in this PowerPoint use mPEG?

**A.** No.

**Q.** Were you in the courtroom to hear testimony from Cipla's witness, Kalinda Gandhi?

**A.** Yes.

**MS. HANSEN:** I'd like to pull up PTX-1211.

**BY MS. HANSEN:**

**Q.** What is this native Excel workbook?

**A.** This is an Excel -- a series of Excel worksheets that, I guess, look at midazolam nasal spray formulations.

**Q.** And did you review this document while rendering your opinions?

**A.** Yes.

**Q.** Now, let's go to the first sheet entitled Trials --

At a high level, what does this sheet depict?

**A.** This has various batch numbers and compositions for midazolam nasal spray, and the strength of 5 milligrams.

**Q.** And how does that strength, 5 milligrams, compare to Nayzilam?

**A.** It's the same.

**Q.** About how many different batches are listed here?

**A.** Couple of dozen -- or dozens, I guess. It goes down, I don't know, 48, sort of, rows, I think.

**Q.** Do these formulations all have the same formulation or different formulations?

A. Some of them are different.
Q. Let's turn to the sheet entitled "Midazolam trials 50 mg per mL."
At a high level, what does this sheet depict?
A. This, again, is showing midazolam nasal spray 5-milligram compositions. You have the ingredients on the left and different compositions in the rows over to the right.
Q. And I see that there is a column -- I think it's Column E. What is that column provide?
A. That's entitled "The FDA-IID," in brackets, "nasal." So it's essentially the -- I guess the level of the excipient that's listed in the FDA ingredients -- inactive ingredients database.
Q. And not counting midazolam, approximately how many different ingredients are listed here?
A. About 20.
Q. Is PEG-200 contained in this list?
A. No.
Q. Now, let's look at the 12th ingredient here, glycofurol. How many different formulations did Cipla try that contained glycofurol?
A. Five formulations.
Q. To the best of your knowledge, did Cipla ever advance a glycofurol-containing formulation for FDA

approval?
**A.** Not to my knowledge.
**Q.** Now, let's look at the 19th and 20th ingredient listed on this spreadsheet. What are those ingredients?
**A.** That's hydrochloric acid at different strengths.
**Q.** And what does this Cipla spreadsheet provide as the purpose of using hydrochloride as an ingredient?
**A.** It's a pH adjusting agenting.
**Q.** Did every formulation in this spreadsheet comprise hydrochloride?
**A.** No.
**Q.** Let's turn to PDX3-66.
In the course of its about two-plus years' development, approximately how many inactive ingredients do you understand Cipla to have tried in an attempt to develop a non-mPEG-based intranasal midazolam formulation?
**A.** At least 25 different excipients.
**Q.** Give some examples of some of them?
**A.** Benzyl alcohol, propylene glycol, povidone, sulfobutylether beta-cyclodextrin.
**Q.** And approximately how many different formulations do you understand Cipla to have tried over that two and a half -- or two-plus-year period in an attempt to develop a non-mPEG-based intranasal midazolam formulation?

**A.** Dozens.
**Q.** I see you relied on some cited documents here and we already talked about PTX-1211 and PTX-1210. So I would like --
**MS. HANSEN:** If we could pull up PTX-1216. Turn to Page 2.
**BY MS. HANSEN:**
**Q.** What is this document?
**A.** I believe it's a large electronic laboratory notebook printout.
**Q.** Did you rely on this document in forming your opinions in this case?
**A.** Yes.
**MS. HANSEN:** I'd like to admit PTX-1216 into evidence.
**MR. GUINTA:** No objection.
**THE COURT:** It's admitted.
(Exhibit PTX-1216 is admitted into evidence.)
**BY MS. HANSEN:**
**Q.** Let's turn to PTX-1031. And what is this document?
**A.** It's entitled Bill of Material for Sterile Topical.
**Q.** This is a document that you relied on in forming your opinions in this case?
**A.** Yes.
**MS. HANSEN:** I'd like to admit PTX-1031 into

evidence?

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1031 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's pull up PTX-1032.

Dr. Smyth, what is this document?

**A.** This is another one of those bill of material for sterile and topical.

**Q.** Is this a document that you relied on in rendering your opinions in this case?

**A.** Yes.

**MS. HANSEN:** I'd like to admit PTX-1032 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1032 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Did Cipla use a PEG other than PEG 400 in any of its formulations?

**A.** No.

**Q.** Let's go back to the timeline Slide PTX-3-66.

Now, earlier you spoke about how in May 2020, Cipla sought guidance for an alternative formulation. Is there a particular name in the regulatory space for that type

of formulation with respect to an RLD like Nayzilam?

**A.** So it's not exactly the same as the RLD. It's called non-Q1/Q2 formulations, meaning it's not qualitatively or quantitatively the same.

**Q.** By "quantitatively or qualitatively the same," the same what?

**A.** Either different ingredients than RLD or the levels of those ingredients are significantly different.

**Q.** Let's turn to the document you cited here, PTX-1206. What is this document?

**A.** This is a correspondence from the U.S. FDA.

**Q.** And what is the subject matter of this controlled correspondence?

**A.** Midazolam NDA 211321 requirements to establish bioequivalence.

**Q.** What are the dates of this document?

**A.** It's around May 19th to the 21st of 2020.

**Q.** Let's turn to Page 5 of this document, Bates 265.

Looking at the background section, could you describe the excipients used in the non-Q1/Q2 formulation that Cipla was proposing to develop?

**A.** Sure. So the midazolam nasal spray would deliver 5 grams midazolam, .1 mLs of solution containing ethanol, polysorbate 80, polyethylene glycol 400, propylene glycol, disodium edetate, hydrochloric acid, and water

for injection.

**Q.** Did this formulation contain glycofurol?

**A.** No.

**Q.** Did this formulation contain PEG 200?

**A.** No.

**Q.** Is this formulation the same or different from the formulation that we saw from Paragraph 85 of Wermeling '359?

**A.** It's different.

**Q.** How did this non-Q1/Q2 formulation perform in terms of pharmacokinetics as compared to Nayzilam?

**A.** It's my understanding that it had higher bioavailability.

**Q.** Is that a problem with respect to getting FDA approval through any route?

**A.** For generic, they have to show bioequivalence. The higher bioavailability would mean you are not bioequivalent. But if you are filing for a NDA, then higher bioavailability may not be a problem.

**Q.** Could Cipla have chosen to continue trying to develop a formulation that did meet bioequivalence with Nayzilam?

**A.** Sorry. Can you repeat the question?

**Q.** Sure. Could Cipla have chosen to continue trying to develop a formulation that did meet bioequivalence rather

than turning to a copy of Nayzilam?

**A.** Yes.

**Q.** Are you aware of whether this formulation that we're looking at here in the background would otherwise meet the necessary requirements; e.g., safety and efficacy, to receive FDA approval?

**A.** I don't know. I didn't see any documents on the safety of it.

**Q.** Let's look a few paragraphs down in this document to a paragraph beginning with "Hence."

What kind of study was Cipla proposing to undertake to show bioequivalence to Nayzilam?

**A.** Cipla was proposing an in vivo option as the proposed generic test formulation was qualitatively and quantitatively not the same as RLD.

**Q.** Did FDA ultimately provide guidance for what bioequivalence studies to conduct for generic midazolam for non-Q1/Q2 intranasal spray products?

**A.** Yes.

**Q.** And at a high level, what did FDA recommend for how to show bioequivalence for non-Q1/Q2 intranasal midazolam products?

**A.** They gave guidance that companies should use the in vivo option or do pharmacokinetic studies to show bioequivalence.

**Q.** Let's turn back to the timeline slide, PDX3-66.
After three years of development work on its generic intranasal midazolam formulation, what formulation did Cipla settle on for when it actually filed its ANDA?
**A.** The copy of the Nayzilam formulation.
**Q.** And is that copy the same or different from the formulation that we just looked at?
**A.** It's different.
**Q.** Was Cipla required to develop a formulation that used the same inactive ingredients in order to seek regulatory approval, even through the ANDA mechanism?
**A.** No.
**Q.** How do you know that?
**A.** Because the FDA has given guidance on non-Q1/Q2 formulations.
**Q.** Let's turn to PTX-1028.
What is this document?
**A.** This is a controlled correspondence between Cipla and the FDA, I believe.
**Q.** And what's the topic of this controlled correspondence?
**A.** This is midazolam nasal spray Q1/Q2.
**Q.** And did you rely on this document in forming your opinions.
**A.** Yes.

**Q.** Let's turn to Page 2. What are the dates of this correspondence?

**A.** August and October of 2020.

**Q.** If you turn to Page 3, what does FDA say in Note 5 about the composition of generic nasal products?

**A.** It says, according to this code of Federal regulations: "Generally nasal solutions shall contain the same inactive ingredients as the reference listed drug identified by the applicant; however, an ANDA may include different inactive ingredients, provided that the applicant identifies, characterizes the differences, and provides information demonstrating that the differences do not affect the safety or efficacy of the proposed drug product."

**Q.** Is it surprising to you that FDA would require proof that changes to an RLD formulation will not affect safety or efficacy in order to approve a new formulation?

**A.** No.

**Q.** In your experience consulting for pharmaceutical companies, what is your understanding of a sophisticated generic's appreciation of this requirement?

**A.** They would have understood that there's non-Q1/Q2 formulations that can be approved.

**MS. HANSEN:** I'd like to admit PTX-1028 into evidence.

**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1028 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's turn to the timeline Slide, PDX3-66.

Could you remind us, when did Cipla file its ANDA?

**A.** June of 2021.

**Q.** And just to recap, after three years of development efforts, what formulation did Cipla ultimately choose to file with FDA?

**A.** The same as Nayzilam.

**Q.** Like to turn to PDX3-68. What's the next objective indicia on which you will be opining?

**A.** Praise.

**Q.** Turn to PDX-1220 and start on the Formula 1 tab.

Dr. Smyth, do you recognize this document?

**A.** Yes. It's an Excel spreadsheet that identifies the midazolam nasal spray 5 milligrams non-Q1Q2 formula.

**Q.** And I'd like to first look at the contents of this formulation. What are the ingredients that Cipla was using in this particular formulation?

**A.** Midazolam, polyethylene glycol 400, propylene glycol, absolute alcohol, and purified water.

**Q.** Does this formulation contain any HCL?

**A.** No.

**Q.** Now, let's take a look at Line 18. I would like to direct -- what were Cipla's objectives as part of this project?
**A.** It says here that the objective was to formulate formulations with tolerable pH while achieving desired solubility of the API without using special excipient as that of the RLD.
**Q.** What does "RLD" mean here?
**A.** It's Nayzilam.
**Q.** And we've been using the term "RLD" a lot. What does it actually stand for?
**A.** Reference listed drug.
**Q.** What do you understand is meant by "without using special excipient as that of RLD"?
**A.** This is -- they are trying to develop a formulation that doesn't use mPEG 350.
**Q.** Now, here we're talking about praise. Why is this praise of the invention?
**A.** Well, the formulators, internal Cipla people are characterizing mPEG 350 as being a special ingredient that achieves this tolerable pH while desirable solubility.
**MS. HANSEN:** I'd like to move PTX-1220 into evidence.
**MR. GUINTA:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit PTX-1220 is admitted into evidence.)

**BY MS. HANSEN:**

**Q.** Let's turn to PTX-1229.
Do you recognize this document?

**A.** Yes.

**Q.** What is it?

**A.** It's an internal Cipla e-mail regarding midazolam nasal spray.

**Q.** What is, approximately, the date of this document?

**A.** July 2020.

**Q.** Did you rely on this document in forming your opinions in this case?

**A.** Yes.

**Q.** Please turn to Page 5. On the bottom left of this page, there is a table labeled Nayzilam RLD. What is in this table?

**A.** It's a list of ingredients of Nayzilam and their functional use.

**Q.** Is mPEG listed?

**A.** Yes. It's -- here it's given the name PEG-6 methyl ether.

**Q.** And what does the table describe mPEG's functional use as?

**A.** Novel excipient, cosolvent, in brackets,

[permeability enhancer.]

**Q.** What's your understanding of the use of the term "novel" here?

**A.** Here, Cipla internal people are characterizing mPEG-350 as being a novel excipient that hasn't been used in a nasal spray.

**Q.** And why, in your opinion, does this constitute praise of the invention?

**A.** The internal Cipla personnel or -- state that it's novel. It's never been used before. Something new.

**Q.** Let's turn to PDX3-69.

What is the final objective indicia about which you're opining?

**A.** Unexpected results.

**Q.** Let's turn to PDX3-70. What's your understanding of what an "unexpected result" is?

**A.** It's when the claim's invention produces benefits or results that would have been unexpected to a person of ordinary skill at the time of the patent.

**Q.** Let's turn to PDX3-71 -- sorry, let's go back. My apologies. I realize I didn't actually ask you what your opinions are.

What are your opinions regarding unexpected results?

**A.** That the use of mPEG in the intranasal midazolam formulation yielded unexpected benefits.

**Q.** If we turn to PDX3-71, what about mPEG was unexpected in its use in an intranasal midazolam formulation?
**A.** So mPEG, used in midazolam intranasal formulations, achieved the necessary solubility of midazolam to allow that small spray volume to be administered and the dose to be 5 milligram. The formulation, because of the addition of mPEG, could be formulated at physiological pH. And it also achieved a viscosity that could be used -- could be delivered through a commercial nasal spray device.
**Q.** Was it unexpected that an intranasal midazolam formulation with mPEG displayed all three of these results?
**A.** Yes.
**Q.** And why is that?
**A.** Well, mPEG had never been used in intranasal formulations before -- with midazolam before, and so it was surprising that mPEG allowed the balancing of these parameters for a successful nasal spray product.
**Q.** Now, based on what you've heard on objective indicia from Dr. Klein, testimony we've heard in this case and your own analysis, what is your opinion regarding whether Claim 10 is obvious?
**A.** Claim 10 is not obvious.

**Q.** And what is your opinion regarding whether Claim 13 is obvious?

**A.** Claim 13 is not obvious.

**MS. HANSEN:** I have no further questions at this time.

**THE COURT:** Thank you.

This actually might be a perfect time to take a break after all, because it's 2:16 right now. So let's let things go, and we'll be back in just a few minutes. Okay?

(Whereupon, a recess was taken.)

**THE COURT:** All right. Please be seated.

All right. Let's begin with the cross-examination.

CROSS EXAMINATION

**BY MR. GUINTA:**

**Q.** Good afternoon, Dr. Smyth.

**A.** Hi there.

**MR. GUINTA:** May I approach, Your Honor?

**THE COURT:** Yes.

Make sure everybody is speaking loud enough, so our court reporter can capture what the testimony is.

**BY MR. GUINTA:**

**Q.** We talked a bit about your background, but you've never worked on an intranasal formulation of a

benzodiazepine, correct?
**A.** That's correct.
**Q.** You never worked on an intranasal formulation for the treatment of epilepsy, correct?
**A.** That's correct.
**Q.** In the early 2000s, you performed spray plume research, correct?
**A.** Yes.
**Q.** But none of that research pertained to nonaqueous solutions, true?
**A.** Actually, we did some powders.
**Q.** But none of that research pertained to nonaqueous solutions, true?
**A.** So we didn't look at nonaqueous solutions. We looked at aqueous solutions and powders.
**Q.** Okay. So the answer is no, that you weren't looking at nonaqueous solutions?
**A.** That's correct.
**Q.** You yourself have never blended PEGs or mPEGs before for use in a formulation, correct?
**A.** Not that I can remember.
**Q.** If you can turn to Tab 3004 in your binder -- JTX, rather, 3004 in your binder.
**MR. GUINTA:** If we could go to the claims, Mr. Thorsnes.

**BY MR. GUINTA:**
**Q.** This is '033 Patent, correct?
**A.** Yes.
**Q.** And you understand that Claim 13 is the asserted claim here?
**A.** Yes.
**Q.** Claim 13 requires certain excipients, correct?
**A.** It does.
**Q.** Midazolam, there, can be a salt or a base, right?
**A.** For Claim 1 -- for Claim 13 is midazolam. It says "midazolam."
**MR. GUINTA:** Erik, can you go to the Claim 1?
**BY MR. GUINTA:**
**Q.** It's your understanding that Claim 13 applies to -- or covers midazolam salt and base?
**A.** Yes. It's dependent upon Claim 1. It says "midazolam or a pharmaceutically acceptable salt."
**Q.** So the answer is "yes"?
**A.** Yes.
**MR. GUINTA:** Turn to JTX-3003. Mr. Thorsnes, will you please bring up JTX-3003 and go to the claims, Claim 10.
**BY MR. GUINTA:**
**Q.** Claim 13, that we just looked at, one of the excipients is water, correct?

**A.** For the previous patent?
**Q.** Correct.
**A.** Yes.
**Q.** Now, Claim 10, as you testified earlier, that the midazolam in Claim 10 is only the midazolam base, correct?
**A.** Yes.
**Q.** Now, Claim 10 depends from Claim 1, correct?
**A.** Yes.
**Q.** And Claim 10, taken together with Claim 1, does not require water, correct?
**A.** That's correct.
**MR. GUINTA:** Can you put that down, Mr. Thorsnes?
**BY MR. GUINTA:**
**Q.** Dr. Gizurarson did not invent mPEG, correct?
**A.** That's correct.
**Q.** And he did not invent mPEG as a pharmaceutical excipient either?
**A.** That's correct.
**MR. GUINTA:** Go back to JTX-3004, Mr. Thorsnes. Go to Column 6, 37. Pull that up.
**BY MR. GUINTA:**
**Q.** Now, the '033 Patent itself discloses alkoxy polyethylene glycols wherein N is a number from 1 to 25,

correct?
**A.** It has that in the specification, yes.
**Q.** But a POSA would know that alkoxy polyethylene glycols are only really commercially available in several grades, right?
**A.** That's true.
**Q.** In fact, only three were available from Dow as of 2007, for example, true?
**A.** That sounds about right.
**Q.** As a practical matter, a person of ordinary skill in the art would know that the number of options is much more limited than what the patent puts out there, correct?
**A.** Well, the options to get them commercially, yeah.
**Q.** And that would be practical as well, correct?
**A.** I think we heard Dr. Sveinbjorn yesterday talk about how they got commercially available PEG-200, and they found it was variations between the suppliers. And so they actually got, I guess, synthesized or made purified versions of those.
**Q.** So the answer is that as a practical matter, you can only work with the ones that are available, correct?
**A.** I mean, if they were commercially available, would have made it easier, yes.
**Q.** You went through all of these different PEG

derivatives, correct? And you listed several in your --

**MR. GUINTA:** Take that down, Mr. Thorsnes.

**BY MR. GUINTA:**

**Q.** You went through a whole slide of PEG derivatives and you listed a bunch in your expert report, correct?

**A.** Yes.

**Q.** And you listed many -- and when you listed them in your report, the only ones you knew for sure that were in the IID were mPEG, mPEG-350, and polysorbate-80, correct?

**A.** It was during my deposition, I think, you asked that question. And that's what I could remember then.

**Q.** And for the rest of the various PEG derivatives that you mentioned, you would have needed to look them up in the IID, correct?

**A.** Yes.

**Q.** Propylene glycol, in the prior art, was known to be a good solubilizer for midazolam before 2007, right?

**A.** Yes.

**Q.** High amounts of propylene glycol were known to cause irritation and potentially mucosal damage, right?

**A.** Certainly, I have seen documents to that effect. I'm not sure if that was publicly known or not.

**Q.** Well, one of the documents that you relied on for that proposition is the Knoester paper, correct?

**A.** Yes.

**Q.** So was it publicly known at the time?
**A.** Well, Knoester didn't just test propylene glycol by itself. It was a formulation of other things.
**Q.** Knoester's formulation had propylene glycol, correct?
**A.** Yes.
**Q.** And you attributed the irritation associated with propylene glycol to Knoester's disclosure, correct?
**A.** I'm sorry. Can you repeat the question?
**Q.** You've given an opinion that propylene glycol was irritating, correct?
**A.** In high -- high amounts, it could have been irritating, yes.
**Q.** And one of the things you relied on in giving that opinion was the Knoester 2002 paper, correct?
**A.** Knoester did have a formulation with high amounts of propylene glycol, yes.
**Q.** And so it was publicly known, right?
**A.** Well, I just want to clarify that Knoester did have other things in this formulation other than propylene glycol that could have been responsible for that irritation.
**Q.** All right. But the source that you relied on to say that propylene glycol is irritating in high amounts was publicly known, correct?

**A.** Yes, sure.
**Q.** Small, diluted quantities of propylene glycol do not harm the mucosa, right?
I'm going to withdraw that and ask it again.
Small, diluted quantities of propylene glycol do not harm the nasal mucosa, right?
**A.** In small quantities and it's diluted, it's probably not going to harm the nasal mucosa to an extent that a formulator would worry about.
**MR. GUINTA:** Mr. Thorsnes, could we -- disregard.
**BY MR. GUINTA:**
**Q.** You opined that a person of ordinary skill in the art, reading the Carbowax brochure, would not understand that mPEG could be used as a pharmaceutical excipient, right?
**A.** That's right.
**Q.** But a person of ordinary skill in the art would otherwise know that mPEG was a pharmaceutical excipient from other sources, right?
**A.** A person of ordinary skill could have looked at the inactive ingredients database and seen that it was -- mPEG was used in topical formulation gel.
**Q.** And a person of ordinary skill in the art would have been aware of Solaraze, correct?

**A.** Yes.
**Q.** And Solaraze contains mPEG-350, correct?
**A.** That's one of the components of Solaraze, yes.
**Q.** One could determine whether an excipient used in topical formulations would work in an intranasal formulation with only routine experimentation, correct?
**A.** I'm sorry. I blanked out.
**Q.** I'm asking about topical formulations.
**A.** Okay.
**Q.** One could determine whether an excipient, used in topical formulations, would work in an intranasal formulation with only routine experimentation, correct?
**A.** One would need to do those toxicology studies to see if topical excipient in a particular formulation could be used intranasally, yes.
**Q.** That toxicity testing would be routine, correct?
**A.** It's complicated, but it's routinely done in the industry.
**Q.** Evaluation of irritation would also be routine, correct?
**A.** That those types of studies are done? Yes.
**Q.** But it would be routine experimentation, correct?
**A.** It would not be unroutine. People look at irritation studies for different types of chemicals and compounds all the time.

**Q.** If the type of experimentation is typically engaged in it, it can be complex, right?
There can be routine experimentation that is also complex, correct?
**A.** Yes.
**Q.** The same would be true for studying the stability of an mPEG-containing midazolam formulation, right?
That that testing could be complex, right?
**A.** The stability of -- of --
**Q.** Midazolam in mPEG, for example?
**A.** Sure.
**Q.** And the stability in midazolam in a formulation that includes mPEG, correct?
**A.** Sure.
**Q.** Even toxicity studies for an mPEG-containing midazolam formulation would be routine, right?
**A.** There are protocols that are established on how to determine toxicology of formulations and ingredients.
**Q.** And it would be routine -- they could be time consuming, right?
**A.** Yes.
**Q.** And might even require testing in different species of animals, right?
**A.** That's right.
**Q.** But, nonetheless, it would not be undue, correct?

**A.** That's my opinion, yes.

**MR. GUINTA:** Mr. Thorsnes, can we pull up DTX-2506.

**BY MR. GUINTA:**

**Q.** Dr. Smyth, this is one of the documents you considered in forming your opinions in this case, correct?

**A.** I think so, yes.

**Q.** Upsher Smith laboratories is one of the predecessor licensees to Nayzilam that you mentioned this morning, correct?

**A.** Yes.

**Q.** And you'll turn to page Bates ending 559.

**MR. GUINTA:** Mr. Thorsnes, can we blow up the abstract on that page.

**THE WITNESS:** Which tab are we on?

**BY MR. GUINTA:**

**Q.** We are on tab -- you should have a Bates -- I'm sorry, should have a trial exhibit number on the tab. And the trial exhibit number should be DTX-2506.

**A.** Got it. Thanks.

**Q.** USL261 was an internal name for what would become the Nayzilam formulation, correct?

**A.** I believe so, yes.

**Q.** And USL261 is a solution of midazolam consisting of

mPEG-350, PEG-400, propylene glycol, ethanol, and water, right?

**A.** Yes.

**Q.** Now, here they discuss a 75-milligram per mL midazolam solution, correct?

**A.** Yes.

**Q.** And that 75-milligram per milliliter formulation is an embodiment of Claim 13 of the '033 Patent.

Would you agree with that?

**A.** Yes.

**Q.** And that 75-milligram per mL formulation is an embodiment of Claim 10 of the '322 Patent.

Do you agree with that as well?

**Q.** It says that, "Following a bulk hold stability failure of a 75-milligram per mL batch as evidenced by visual observation, reformulation development -- visual observation, reformulation development activities were undertaken."

Correct?

**A.** Yes.

**Q.** If we can turn to the next page, Bates ending 560.

**MR. GUINTA:** Mr. Thorsnes, can we get there?

**BY MR. GUINTA:**

**Q.** And it discusses that the 75-milligram per mL strength was used extensively in preclinical

toxicological valuations and preliminary clinical studies, right?

**A.** Yes.

**Q.** Turn to page Bates ending 562.

They performed the solubility study, correct?

**A.** Yes. That's what -- in this section 4.1, midazolam equilibrium solubility in excipients.

**Q.** And they test equilibrium solubility in each individual excipient?

**A.** That's correct.

**Q.** And that's midazolam solubility, right?

**A.** Right.

**Q.** The base, correct?

If you turn to the next page --

**MR. GUINTA:** And, Mr. Thorsnes, can we blow up the table again, section 4.2 -- 4.1.2, down to the paragraph blow the table. Perfect. Thank you.

**BY MR. GUINTA:**

**Q.** This shows that midazolam -- this shows the midazolam solubility in each individual excipient, right?

**A.** Yes.

**Q.** And mPEG-350 is 131.61 mgs per ml, right?

**A.** Yes.

**Q.** PEG-400 is 127.83 mgs per mL, right?

**A.** Yes.

**Q.** So they're both 130 mgs per mL, wouldn't you say that?

**A.** That's fair.

**Q.** This sort of solubility study that's set up here would be routine, correct?

**A.** Looking at midazolam solubility in different solvents would be routine, yes.

**Q.** I'd like for you to turn page Bates ending 572.

They say the saturation solubility of midazolam in mPEG-350, PEG-400 were comparable, right?

**A.** Yes.

**Q.** And they also state that it was demonstrated, that as the amount of the water in the formulations decreased, midazolam saturation solubility in the formulation increased, true?

**A.** Sorry. I wasn't following you.

**Q.** Sure. I'm on the third bullet point.

**A.** Okay.

Yes, that's what it says.

**Q.** And the last bullet point says: "The final proposed formulations for placebo in all four strengths, shown in Table 12, therefore, suitable for use in all further development activities."

Right?

**A.** Yes.

**MR. GUINTA:** And if we go to Table 12, which is on page Bates ending 571, Mr. Thorsnes.

**BY MR. GUINTA:**

**Q.** See that in the study, they worked out the individual -- the individual water contents that can be used in each of these concentrations of midazolam formulations, correct?

**A.** These were their final proposed midazolam formulations that had different levels of water and midazolam.

**Q.** And this sort of solubility study would also be routine, correct?

**A.** This is not a solubility study. This is -- now they put them into formulations. They're not measuring solubility.

**Q.** Right. The entire package, the entire exercise, going -- getting from the solubility study to this point where you have the reformulation, that would be routine, correct?

**A.** Yes. There are some subtleties there where -- you know, when you start -- you can look at solubility in individual excipients. And then when you start putting them together into a formulation, the solubility rules don't apply because you have interactions between the different excipients in that entire composition. So you

get like hydrogen bonding that can change the solubility of things.

**Q.** But those -- figuring that out would still be routine to a person of ordinary skill in the art, correct?

**A.** Yes. You have to do the studies, but those studies would involve just making formulations and testing them.

**Q.** They would be routine; is it fair to say that?

**A.** Yes.

**Q.** Put that exhibit aside.

Now, '322 Patent, Claim 10, is the one that's limited to midazolam base and mPEG, right?

**A.** The '322 Patent, you said?

**Q.** Yeah. Claim 10.

**A.** Yes.

**Q.** There are formulations within the '322 Patent, Claim 10, that will not work as liquid pharmaceutical compositions formulated for intranasal administration, right?

**MS. HANSEN:** Objection, Your Honor. This is beyond the scope.

**THE COURT:** I'm going to let him answer this question. But if there's some argument about whether or not it was appropriately admitted, you can argue about it in the post-trial briefing.

**MS. HANSEN:** Thank you, Your Honor.

**MR. GUINTA:** Thank you, Your Honor.

**THE WITNESS:** Would you mind repeating the question?

**BY MS. HANSEN:**

**Q.** Yeah, I'll repeat it.

There are formulations within '322 Patent, Claim 10, that will not work as liquid pharmaceutical composition formulated for intranasal administration, right?

**A.** Probably, yes.

**Q.** There are formulations within the '322 Patent, Claim 10, that will work as a liquid pharmaceutical composition formulated for intranasal administration, true?

**A.** Yes.

**Q.** And figuring out which ones are there that will work and will not would be routine, correct?

**A.** From the starting point of the specification of the patent and what the claims teach, yes; that the person of ordinary skill would be able to figure out working examples -- I'm sorry -- working examples of those patents, yes.

**Q.** If we could go to DTX-2208.

**MR. GUINTA:** And, Your Honor, before I move on, I'd like to move DTX-2506 into evidence.

**MS. HANSEN:** No objection, Your Honor.

**THE COURT:** It's admitted.

(Exhibit DTX-2506 is admitted into evidence.)

**BY MR. GUINTA:**

**Q.** This is the Wermeling '359 publication that we've spoken quite a bit about today, right?

**A.** Yes.

**Q.** And you testified about some prosecution history in which you say the Wermeling '359 publication was before the examiner, right?

**A.** Yes.

**Q.** Now, the examiner never considered the combination of Wermeling '359 and Carbowax, correct?

**A.** Well, I think the Carbowax was listed on the materials considered.

**Q.** Sure. But the combination of Wermeling '359 publication and Carbowax was never the subject of an office action, correct?

**A.** I don't recall seeing this specific -- that combination being called out in the file history.

**MR. GUINTA:** If we can turn to Paragraph 15 of the Wermeling '359 publication. Mr. Thorsnes, can you pull that up, Paragraph 15?

**BY MR. GUINTA:**

**Q.** Now, the Wermeling '359 publication discloses a

liquid intranasal formulation, correct?
**A.** Yes.
**Q.** The Wermeling '359 publication discloses midazolam base or pharmaceutically acceptable salt of midazolam, right?
**A.** It does in Paragraph 15, yes.
**Q.** And the Wermeling '359 publication discloses propylene glycol in the solution with midazolam, right?
**A.** It does, yes.
**Q.** It discloses water, correct?
**A.** I think water is in the list of -- in the list of ingredients somewhere.
**Q.** And so is PEG 400, correct?
**A.** Yes.
**Q.** You do not agree that the Wermeling '359 publication discloses mPEG, correct?
**A.** That's correct.
**Q.** And your opinion goes so far as to say that even if a person of ordinary skill in the art understood PEG to include an mPEG, claims -- the claims -- the claims of the asserted patents would not be enabled by the Wermeling '359 publication disclosure, correct?
**A.** That's right.
**MS. HANSEN:** Objection, Your Honor. That's beyond the scope.

**THE COURT:** Your objection is preserved. He's answered it. We can argue about it in the post-trial briefing.

**MS. HANSEN:** Sure.

**BY MR. GUINTA:**

**Q.** That is your opinion, correct? Did you answer "yes" to that?

**A.** I did, yes.

**Q.** So that is your opinion, right?

Now, if Paragraph 15 of the Wermeling '359 publication said, "Polyethylene glycol, including methoxy-polyethylene glycol," the '359 publication would still not anticipate the asserted claims under your opinion, correct?

**A.** Sorry. Can you repeat the question?

**Q.** If Paragraph 15 of the Wermeling '359 publication said, "Polyethylene glycol, including methoxy-polyethylene glycol," the '359 publication would still not anticipate the asserted claims. In other words, if you inserted PEG, including mPEG, where it says, "polyethylene glycol," it's your opinion that the Wermeling '359 publication would still not anticipate the asserted claims?

**MS. HANSEN:** Objection, Your Honor. Beyond the scope.

**THE COURT:** That one's overruled.

**THE WITNESS:** That is true, yes.

**MR. GUINTA:** Let's take a look at what that would look like.

**MS. HANSEN:** Your Honor, we were not provided a copy of any demonstratives at the start of this cross.

**THE COURT:** I haven't seen any demonstratives.

**MR. GUINTA:** That's right. We were going to use it purely for purposes of impeachment. We can distribute copies, or I can just do it without.

**THE COURT:** Why don't you share a copy with counsel now.

**MR. GUINTA:** Okay.

**THE COURT:** Go ahead.

**MR. GUINTA:** Let me just do it without.

**THE COURT:** Counsel, did the pretrial order specify whether or not cross-examination demonstratives needed to be disclosed?

**MS. HANSEN:** My understanding, Your Honor, is that cross-examination was disclosed at the beginning of cross, certainly not in advance. I confess my memory is a little fuzzy of the specifics.

**MR. GUINTA:** Your Honor, I will move on without it. I'm happy to do that right now. I'm happy to just move forward without showing the demonstrative.

**THE COURT:** All right. Let's move forward.

**BY MR. GUINTA:**

**Q.** I think everyone gets the visual that, if that said, PEG including mPEG, even then, your opinion would be that it does not enable a person of ordinary skill in the art in a way that would anticipate the asserted claims, right?

**A.** That's right.

**Q.** And that goes for Claim 10 of the '322 Patent, correct?

**A.** The -- which tab was the '322 Patent?

**Q.** Sure. It's JTX-3003.

**MR. GUINTA:** If you could go to the claims, Mr. Thorsnes.

**THE WITNESS:** So this -- the requirements of this claim, you know, do not require water. So the disclosure of mPEG in the Wermeling, I'm not sure if it would anticipate, I haven't done that analysis, if you could just substitute it in.

**Q.** That is the opinion that you gave in your expert report, right?

**A.** I think it is, yes.

**Q.** But now you're not sure?

**A.** Well, it depends on how mPEG is disclosed in the Wermeling formulation. If it was just in that -- in a

whole laundry list of excipients, that would be one thing. If it was described in an example, a working example in Wermeling, that would be another.

**Q.** Let's turn to Paragraph 319 of your rebuttal expert report. It's in the binder there.

You say here that "The '359 publication also does not anticipate the asserted claims because it does not enable the asserted claims. Even if a POSA were to understand mPEG to somehow be disclosed by the disclosure of PEG, which it is not, in particular for the reasons stated above, the '359 publication does not provide a POSA with sufficient guidance to select mPEG from the hundreds of thousands of other excipients for use in the '359 publication formulation, let alone specifically mPEG 350, nor does it provide further guidance," correct?

**A.** Yes.

**MR. GUINTA:** You can take that down, Mr. Thorsnes.

Your Honor, if I may, pretrial order Paragraph 63 says, "Exhibits to be used solely for impeachment do not need to be included on the list in advance" -- I'm just going to move on. Sorry.

**BY MR. GUINTA:**

**Q.** A person of ordinary skill in the art would routinely determine whether a topical excipient would

work by evaluating toxicity and irritation, correct?
**A.** So you're talking about using an excipient topically?
**Q.** Yes, using it topically, right.
**A.** Yes, those are routinely tested for irritation on the skin using different models for irritation.
**Q.** And the same would be true that a POSA could routinely determine whether a topical excipient would work in connection with the patents-in-suit formulations of claims by evaluating toxicity and irritation, right?
**A.** Yes. Excipients that are used topically could be evaluated for a toxicity in the nasal mucosa, and, you know, there's some examples of that.
So, for example, isopropyl alcohol used topically for -- as a solvent, hand sanitizer, it's used on the skin. But when you use it intranasally, they found that it caused significant toxicity and damage to the nasal mucosa.
**Q.** And a person of ordinary skill in the art would be able to figure that out through routine experimentation, correct?
**A.** Right. They did those studies by looking at nasal toxicology.
**Q.** I'd image, then, at that time, that ingredient was not listed in the IID for intranasal, right?

**A.** That's right. It's listed for topical, but it's not listed for nasal.
**Q.** And yet they tried it in an intranasal formulation, right?
**A.** No, they didn't. It was actually for, sort of safety issues around workers working with isopropyl alcohol.
**Q.** MPEG was not listed in the IND for -- in the IID for intranasal administration, correct?
**A.** That's correct.
**Q.** And that was as of 2006, right?
**A.** That's correct.
**Q.** Chemical, physical, and biological stability must be considered in trying to get a new excipient approved, correct?
**A.** Excipients are not approved. Their products are approved. So excipients, sort of -- are in approved products.
**Q.** Sure.
But chemical, physical, and biological stability must be considered in getting the products containing those approved, right?
**A.** That's right.
**Q.** And that sort of testing would be routine, right?
**A.** We've talked about already how you test for

stability, you test for microbiological contamination. That's something that was done.

**Q.** If we can go to DTX-2294 in your binder.

**A.** What was the number?

**Q.** DTX-2294.

If you're not finding it there, I believe it was in your other binder that you used for direct if you still have it up there.

**A.** Okay.

**Q.** Earlier today, you opined that the '893 -- that the Merkus '893 publication teaches that midazolam base cannot be used in an intranasal formulation, right?

**A.** It certainly guides the person of ordinary skill to use a salt of midazolam.

**Q.** Let's go to the section you were talking about.

**MR. GUINTA:** Mr. Thorsnes, can you blow up Page 14, Lines 1 through 13.

**BY MR. GUINTA:**

**Q.** Now, on the passage that you relied on earlier, that second sentence there. But you are free to point me to anywhere else that you had relied on.

But in that second sentence, he's talking about aqueous solubility, right?

**A.** Yes.

**Q.** And aqueous solubility of the midazolam base, right?

**A.** Yes.
**Q.** And aqueous means "containing water," correct?
**A.** Fair, yes.
**Q.** And for a formulation, it's fair to say that it takes about 50 percent water to be considered aqueous?
**A.** That's one definition I used, yes.
**MR. GUINTA:** You can take that down, Mr. Thorsnes.
**BY MR. GUINTA:**
**Q.** You testified that Cipla failed to make a suitable midazolam intranasal formulation, correct?
**A.** Uh --
**Q.** Let me withdraw and ask it again.
That before Cipla copied, according to you, that they had failed to make a suitable intranasal formulation -- sorry -- intranasal midazolam formulation, correct?
**A.** Well, they developed one, and it had higher bioavailability. I don't know anything about its safety or tolerability, anything like that.
**Q.** It's fair to say that one that had higher bioavailability would not necessarily be considered a failure, correct?
**A.** It's potentially it could have been successful. I don't know too much about what happened to that

formulation.

**Q.** Now, UCB is a European company, right?

**A.** Yes.

**Q.** Belgium?

**A.** I learned that in the course of this work, yes.

**Q.** But Nayzilam, with a Y and a Z, that's not marketed in Europe, is it?

**A.** Not to my understanding, no.

**Q.** But is it your -- it's your understanding, though, that Nasolam, the new Merkus formulation, is marketed in Europe, right?

**A.** That's my understanding, yes.

**Q.** And it received approval from the EMA, right?

**A.** I think it did.

**Q.** And there's also the Knoester formulation, right?

**A.** That's the one we heard about yesterday, I believe. Yes.

**Q.** And it's available in Europe, right?

**A.** As a compounded formulation, yes.

**Q.** And they've sold over a million units of it over the last 20 years, right?

**A.** That's what a document said.

**Q.** You have no reason to disagree, right?

**A.** I don't know where that number came from, but that's what the document said.

**Q.** The document was from the Government agency, right?
**A.** It was published by the EMA, yes.
**Q.** And the EMA is the European rough equivalent to the FDA in the United States?
**A.** Yes.
**Q.** Now, Merkus succeeded in getting EMA approval, right? You put the formulation up there today, the successful one?
**A.** Yes.
**Q.** That development occurred between sometime around 2007 or 2008, and he got approval sometime after -- just after 2017, correct?
**A.** I cannot remember when that was approved. I think it was 2022, actually.
**Q.** Well, his development happened on roughly the same timeline as Nayzilam with a Y-Z, correct?
**A.** Well, I guess it was approved after Nayzilam.
**Q.** Well, are you aware that the Merkus formulation has been distributed since 2017 in Europe, right?
**A.** I'm not sure what that means. If it's not approved, I don't know.
**Q.** But in the same document you were referring to earlier from the EMA, thousands of units were distributed in Europe in 2017, right?
**A.** For sure, yeah.

**Q.** And so if he's distributing units to patients in 2017, he's occurring on about the same timeline as Nayzilam, right, which was approved a little later in the U.S., right?
**A.** When you say, "about the same timeline," I'm struggling to figure out what you are actually meaning.
**Q.** Sure. So the Merkus formulation, when did the reformulation that you mentioned today begin?
**A.** It must have been somewhere between 2006 and the approval in 2022.
**Q.** And when was Nayzilam Y-Z approved?
**A.** I believe in 2019.
**Q.** So Merkus has succeeded over roughly the same time frame, correct?
**A.** I mean, a year here or there.
**Q.** Merkus' formulation, Nasolam, is covered by a U.S. patent, correct?
**A.** Yes.
**Q.** And that U.S. patent shares the same Great Britain priority with the Merkus '893 publication that we were just looking at, DTX-2294, right?
**A.** Yes, I believe it does.
**Q.** So that reformulation happened within the scope of the disclosure of the Merkus '893 publication, right?
**A.** So the reformulation from dog study with the bone

remodeling, to the Nasolam 2022 formulation happened within the scope of the priority Great Britain application?

**Q.** Yeah.

**A.** Yes.

**Q.** And, sorry. Let me re-ask that a different way.

So not within the scope of the Great Britain application, but the scope of that publication that claimed priority to Great Britain application. DTX-2294 that we were just looking at.

**A.** Yes, I think so.

**Q.** You gave some opinions on licensing today, right?

**A.** Yes.

**Q.** And you've never personally entered into a license, correct?

**A.** Not as Hugh Smyth entering a licensing agreement. I have been a part of companies that have entered into licensing agreements.

**Q.** You've not done any licensing negotiations, true?

**A.** At my deposition, I said that I hadn't. But I actually recalled later that I had.

**Q.** ITI licensed the patents-in-suit and Nayzilam from Dr. Gizurarson, Hananja, and University of Iceland, correct?

**A.** Yes.

**Q.** You've not testified about the royalty rate in ITI's agreement with Dr. Gizurarson, UI, and Hananja, right?
**A.** No.
**Q.** But it's in the documents that you looked at, right?
**A.** I think it is, yes.
**Q.** And did you not look into the royalty rate for Dr. Wermeling's midazolam formulation, did you?
**A.** No.
**Q.** You did not consider the royalty rate between ITI and the University of Kentucky for the Wermeling midazolam formulation, right?
**A.** That's right.
**Q.** You listed two separate transactions, two separate licenses. One from ITI to Upsher-Smith, and another Upsher Smith to Proximagen, right?
**A.** Yes.
**Q.** And you count the Upsher Smith to Proximagen license as an independent license among the ones that you are counting, correct?
**A.** Yes.
**Q.** But Proximagen is a spin-off of Upsher-Smith, right?
**A.** Yes, it is.
**Q.** So your opinion on the Proximagen-UCB license relies only on the existence of the license, right?
**A.** Can you please repeat the question?

**Q.** Your opinion on the Proximagen-UCB license relies only on the mere existence of the license, right?
**A.** Yes. I looked at the document, yes.
**Q.** You did not consider any UCB internal sources for why UCB entered into the license, correct?
**A.** I don't recall seeing those documents.
**Q.** Did you ask for those documents?
**A.** I was just looking at licensing documents.
**Q.** You were just looking at whatever the attorneys gave you?
**A.** If there was licensing documents, they gave them to me, yes.
**MR. GUINTA:** No further questions, Your Honor.
**THE COURT:** Thank you.

REDIRECT EXAMINATION

**BY MS. HANSEN:**
**Q.** Good afternoon, Dr. Smyth. I have just a few questions on redirect for you.
Do you recall that you were asked about whether a number of tests in the development of formulations generally would have been routine?
**A.** Yes.
**Q.** Would the POSA have known as of January 2007 whether or not to run such tests on mPEG?
**A.** No. Because mPEG wasn't a choice for them to

develop a formulation for intranasal use.

**Q.** And when running these routine tests, is knowing the identity of the excipients important in order to run a test?

**A.** Sure. If you are going to run toxicity testing, you would want to know -- you would want to identify what you were going to run toxicity and safety testing on.

**MS. HANSEN:** Now, let's turn to DTX-2506, if you can pull that up, Mr. Braun.

**BY MS. HANSEN:**

**Q.** And do you recall this is a document that Mr. Guinta asked you questions about during your cross?

**A.** Yes.

**Q.** What is the date of this document?

**A.** September of '10 through March 2011.

**Q.** Is that before or after January 2007?

**A.** That's after.

**MS. HANSEN:** If we could blow back out, Mr. Braun.

**BY MS. HANSEN:**

**Q.** Now, if we take a look down at the bottom under the Upsher Smith logo, what does it say?

**A.** "Confidential."

**Q.** And what does that mean?

**A.** It's an internal document for Upsher Smith

employees.

**Q.** Would this information have been known publicly to a POSA as of January 2007?

**A.** No.

**Q.** As of March -- or September 10, 2010, was USL already working on an mPEG formulation?

**A.** I believe they were, yes.

**Q.** Now, I'd like to turn to DTX-2208.

Do you recall this document, Dr. Smyth?

**A.** Yes.

**Q.** And in particular, I'd like to turn to Paragraph 15 of this document.

Do you recall that you were asked a question to assume that this paragraph contained the words "mPEG 350"?

**A.** Yes.

**Q.** Now, you mentioned something about a laundry list and how it was depicted. And how, if at all, is the addition of the specific word of "mPEG" related to your testimony regarding the laundry list?

**A.** Well, if mPEG was listed in a patent in a laundry list of excipients, it would not necessarily direct a POSA to that particular excipient.

**Q.** And is the word "mPEG" included in Paragraph 15?

**A.** It is not.

**Q.** Now, we talked a little bit earlier about the genus of polyethylene glycols and PEG derivatives.

Could you remind us, again, what the size of that genus would be?

**A.** Hundreds of molecules, different types of chemicals.

**Q.** And would the POSA, at once, envisage mPEG from that laundry list of compounds?

**A.** Not in my opinion.

**Q.** You were also asked a few -- and to clarify, the information -- and there is no information in the '359 application about mPEG in particular, correct?

**A.** That's correct.

**Q.** And outside of counsel adding mPEG artificially to Paragraph 15 what, if any, information would the POSA be able to turn to in the Wermeling application with respect to adding mPEG to a formulation?

**A.** Well, the Wermeling application actually points to, in a different paragraph, to the use of the polyhydroxy alcohols, of which mPEG is not one.

**Q.** Now, you were also asked a few questions regarding the royalty rate of a license between ITI and the University of Kentucky.

Do you recall that?

**A.** Yes.

**Q.** What, if any, documentation -- let me ask you a

different question.

Who would have information regarding a licensing agreement between ITI and the University of Kentucky?

**A.** I guess, the University of Kentucky and ITI.

**Q.** Were you also --

**MS. HANSEN:** Could we pull up the Knoester document, which I believe is PTX-1367. And if we could turn to the formulation on, I believe internal Page 3 of this document. Internal Page 3-1. Page back. If we go to the upper right-hand corner.

**BY MS. HANSEN:**

**Q.** What are the ingredients in this particular Knoester formulation?

**A.** Midazolam hydrochloride, propylene glycol, benzyl alcohol, and distilled water.

**MS. HANSEN:** And if we could turn to Page 4 of this document. Sorry, Page 5. Sorry, Page 6. If we could look at the right-hand column again under "A major drawback."

**BY MS. HANSEN:**

**Q.** What, if anything, does the Knoester reference conclude about the ciliotoxicity of the Knoester formulation?

**A.** It said, "The major drawback of the solution, the formulation was complete irreversible cessation of

ciliary movement. This indicates formulation is ciliotoxic."

And it says, "Further analysis of other formulations is thus required to arrive at a less ciliotoxic composition."

**Q.** Is there anything in this paragraph in particular that points to propylene glycol?

**A.** No.

**MS. HANSEN:** No further questions.

**THE COURT:** Thank you very much. You may step down, Doctor.

**MS. HANSEN:** Your Honor, at this point, UCB rests its case in chief.

And my understanding is that Cipla will be presenting a few additional witnesses responding solely to the issues of objective indicia.

**THE COURT:** Understood. Thank you very much.

So at this point, let's take our final afternoon break. The last one was sort of a mini-break. So it's 3:25 right now. We will be back at 3:40.

(Whereupon, a recess was taken.)

**THE COURT:** Please be seated.

All right. Let's have defendants call their next witness.

**MR. BERLIN:** Good afternoon, Your Honor. Adam

Berlin for the defendants.

We call Dr. Picciolo-Lehrke, head of business development for neurology for UCB. She's UCB's 30(b)(6) witness. The run time for plaintiffs is 12 minutes, 57 seconds; defendants is one hour 1 minute and 49 seconds.

I understand that plaintiffs have some exhibits they would like to seal. They'd like to seal the courtroom for a certain portion of testimony.

**THE COURT:** Okay. Do we know where that portion is?

**MR. BERLIN:** Yes, Your Honor. At 68, 4 to 143, 2.

**THE COURT:** Okay. Do you want to stop the playing when it's time?

**MS. HANSEN:** Yes, if it's possible. I believe they will be controlling the video playing, and they are aware when it happens. And we would just ask that they stop before that happens. We seal the courtroom, continue watching, and then we can reopen.

**THE COURT:** That's fine.

And so is it right, Counsel, that this is going to pretty much take us to around 5:00?

**MR. BERLIN:** I think so, yes.

**THE COURT:** All right. Very good. Thank you.

(Deposition designation of DR. ANNA LISA

PICCIOLO-LEHRKE plays as follows:

**Q.** Dr. Picciolo-Lehrke, could you state your full name current residence and address for the record?

**A.** I will. It is Dr. Anna Lisa Picciolo-Lehrke. It's Herbesthaler Strasse 14, in Koeln, Germany.

**Q.** Have you ever been known by any other names?

**A.** Before I was -- I got married, I was called Anna Lisa Picciolo.

**Q.** Do you understand you're under oath here today?

**A.** I do.

**Q.** And do you understand that the oath is just as binding here as it would be as if you were in a courtroom in front of a judge and a jury?

**A.** I do.

**Q.** Do you understand that you're here to testify on behalf of certain parties today?

**A.** Yes.

**Q.** What parties are you here to testify on behalf of?

**A.** UCB.

**Q.** What is Project Nickel?

**A.** Project Nickel was the potential acquisition of rights of the product Valtoco.

**Q.** Have you ever heard of Project Platinum?

**A.** Yes, I do.

**Q.** What was Project Platinum?

**A.** That was the equivalent but not about Valtoco, it was about Nayzilam.
**Q.** You said you spoke to Matthew Simonian about why you chose one product over the other. You being UCB. Why did UCB choose Nayzilam over Valtoco?
**A.** Because we thought Nayzilam being the better choice for acute repetitive seizures, and we also understood that the pharmacokinetic profile is better compared to Valtoco -- to diazepam. It was a faster onset of action and faster recovery time.
**Q.** You can put that aside for now.
Just to get a sense of who it is that UCB has designated here, can you tell me your educational background beginning after what we call in the United States high school, it may be called secondary school in other places?
**A.** Sure. I'm a trained biologist and I did -- I'm sorry. And I did my PhD at the German Cancer Research Center.
**Q.** Did you -- after you graduated from the German Cancer Research Center, did you have any positions between that time and joining Schwarz Pharma?
**A.** Yes. I spent about four and a half years in the technology transfer office of the German Cancer Research Center.

**Q.** From there, did you go to Schwarz Pharma?
**A.** I did, yes.
**Q.** How long were you at Schwarz Pharma?
**A.** I joined Schwarz Pharma in April of 2005.
And Schwarz Pharma has been acquired by UCB in -- on September -- in September 2006, and I think the closing of the deal was in the course of 2007.
**Q.** When you joined Schwarz Pharma, what was your role?
**A.** I was part of the business development team.
**Q.** Did you have a title?
**A.** My title back then?
**Q.** Yes.
**A.** I don't remember. Sorry. Manager title, but I don't remember the details.
**Q.** What did you do in your role in business development?
**A.** We were creating and scouting outside opportunities, run the evaluation of those, and negotiated deals wherever -- or transactions wherever necessary by management.
**Q.** Did that role change at all during your time at Schwarz Pharma?
**A.** No.
**Q.** Did that role change at all when UCB acquired Schwarz Pharma?

**A.** During the intake into UCB, I became part of UCB's early stage licensing team, yes.

**Q.** What did you do in that role?

**A.** Creating and scouting for opportunities for Phase IIA, and then also managing the transactions. But just at that point in time, only for oncology.

**Q.** Did you have a title at that time?

**A.** Probably, yes. But if you ask about what that title was, I don't know.

**Q.** Did you -- did your role change during your time at UCB?

**A.** I have always been in business development. There's different, let's say, scopes with respect to the licensing. I was heading up the European business development at a certain time, and since a couple of years, I'm heading up the neurology business development at UCB.

**Q.** What is your current title?

**A.** Head of Business Development-Neurology.

**Q.** When did UCB first begin looking at intranasal benzodiazepines for the treatment of seizures?

**A.** I can only talk about the time after the acquisition of Schwarz Pharma. At UCB, it was understood that alternative delivery or administration of benzodiazepines as an acute rescue medication was an attractive addition

to UCB's product portfolio. And when I say alternative, it's alternative to Diastat, and that was a reason why UCB looked at these opportunities.

And in addition I would like to mention that in -- as we or UCB sees itself as being a leader in the field in epilepsy, there's no stone unturned. So we look at everything. But an acute rescue medication was definitely seen as an attractive solution for patients and as a good addition to the portfolio.

**Q.** We have talked about the product that became Valtoco. Was that something that you -- that UCB looked into?

**A.** That is correct.

**Q.** When did UCB begin pursuing the product that is now marketed as Nayzilam?

**A.** We looked at the product when it was still with Ikano. If I remember correctly, that was in 2007 or 2009 -- and/or 2009, and then we started to look in more detail running a due diligence into Nayzilam in 2017.

**Q.** Why was there an eight-year gap between the first time that UCB looked at Nayzilam and then the second time in 2017?

**A.** When we looked at Ikano's project, it was still at a very early stage. And at that time, UCB did not feel comfortable to invest into it. When we looked at the

Proximagen asset, as I already mentioned before, the clinical development was concluded and we felt comfortable in investing into this program and taking it onboard.

**Q.** What was the difference between the product in the hands of Ikano in 2009 and the product in the hands of Proximagen in 2017?

**A.** The clinical program was concluded when we looked at the Proximagen asset. This was not the case when we looked at the program with Ikano.

**Q.** So this was a -- it became a less risky investment because it was further along in the development, is that the idea?

**A.** Programs having all the data at hand are usually less risky, yes, if the data is good.

**Q.** When did UCB acquire Nayzilam?

**A.** UCB acquired Nayzilam in April of 2018.

**Q.** I'm showing you what has been marked as UCB 2 for identification purposes. It bears Bates numbers NAYZILAM_00040345 through NAYZILAM_00040347.

Do you recognize this document?

**A.** I do.

**Q.** What is it, please?

**A.** It's a press release that we had released upon the acquisition of the Nayzilam asset from Proximagen.

**Q.** Did you have any input into the press release?
**A.** Yes, I did.
**Q.** But my question for you is USL261 another name for the product -- for the product that is now Nayzilam?
**A.** That is correct, yes.
**Q.** Is there any difference between what was then known as USL261, which is now marketed as Nayzilam?
**A.** I'm not aware of any difference.
**Q.** The second bullet says "USL261 already granted orphan drug and fast-track designation by the United States Food and Drug Administration due to the high unmet need for patients and caregivers."
Do you see that?
**A.** I do, yes.
**Q.** Is the orphan drug designation one of the reasons why UCB acquired the product?
**A.** UCB acquired the product because we saw that this product would meet a still unmet need for patients and we do care for the need of epilepsy patients.
**Q.** Did the orphan drug designation play any role in UCB's decision to acquire Nayzilam?
**A.** We are a patient-centric company and, therefore, we care for patients. We acquired the asset as is and it came with an orphan drug designation.
**Q.** Do you have any understanding of whether being --

having orphan drug status would entitle the product to a period of exclusivity in the United States?

**A.** I do have this understanding.

**Q.** What is that understanding?

**A.** The understanding is that an orphan drug designation provides you with the opportunity to have an orphan drug exclusivity for a certain number of years.

**Q.** Do you know what that number of years is?

**A.** For Nayzilam, it is seven years.

**Q.** Is the fast-track designation one of the reasons why UCB acquired Nayzilam?

**A.** In my view, the fast-track designation is a recognition that Nayzilam could meet an unmet need.

Coming back to your question, the reason why UCB acquired the asset is that we saw that this would be a very good solution for patients suffering from acute repetitive seizures.

**Q.** So is it fair to say then that the prevention of status epilepticus is not a reason why UCB acquired Nayzilam?

**A.** I think it's fair to say that the prevention, that we see this product as an opportunity to stop acute repetitive seizures and that everything that could be a consequence of acute repetitive seizures could be stopped by stopping the acute repetitive seizures.

**Q.** That includes status epilepticus?

**A.** Status epilepticus being a consequence of a prolonged -- or of a seizure cluster. As I said, everything that is a consequence of an acute repetitive seizure event can be stopped, if the acute repetitive seizure event is being stopped.

**Q.** What are the other available rescue treatment options for acute repetitive seizures?

**A.** My understanding is the only drug that has been approved prior to the approval of Nayzilam was diazepam as a rectal gel, so Diastat.

**Q.** Do you know whether doctors used any other treatments that were not approved to try and treat acute repetitive seizures?

**A.** My understanding is that physicians dealing with epilepsy patients try out solutions off label because of the high unmet need and the limited availability of treatments.

**Q.** In terms of rescue treatment options, what were some of those that physicians used?

**A.** Midazolam was available as an IV solution so this may have been used.

**Q.** I'm just trying to understand what the phrase means there because it's plural, rescue treatment options. It says that they have historically been very limited. To

me that says there is more than one but not too many. I was just trying to figure out what those were.
Do you know of any besides the injectable midazolam?
**A.** In Europe, there is another drug being approved or was approved at that point in time which was Buccolam.
**Q.** What was Buccolam?
**A.** Buccolam was a solution that was administered into the mouth of patients, buccal -- it was a buccal administration, so buccal delivery.
**Q.** Was -- what is the active ingredient in Buccolam?
**A.** It is midazolam.
**Q.** So Buccolam was a product that existed and it was administered into patient's mouth?
**A.** Buccolam was a product that existed but only in Europe and only for pediatric patients up to the age of 18.
**Q.** Did it have an indication for acute repetitive seizures?
**A.** To my understanding, it has an indication for acute repetitive seizures or it has an indication as a rescue medication, yeah.
**Q.** I'm showing you what has been marked as UCB 4 for identification. Do you recognize this document?
**A.** Can you help me? Is that taken from one of the management documents that we have created?

**Q.** As far as my question for you, it's not an excerpt as far as I understand it. It's a free-standing document as it was produced to us.

You know, I don't know.

**A.** Okay. So from the content I assume that this was taken from a management presentation on this opportunity.

**Q.** When you say "management presentation," are you talking about a presentation internally at UCB?

**A.** Yes.

**Q.** Is the value to patients one of the reasons why UCB licensed Nayzilam?

**A.** As I said, UCB is a very patient-centric company, so the patient value is driving, let's say, the interest in an external opportunity, yes.

**Q.** Is strategic fit a reason why UCB licensed Nayzilam?

**A.** A strategic fit is also a consideration when considering that whether an opportunity is an attractive opportunity for UCB.

**Q.** By strategic fit, here it's talking about fitting synergistically within our epilepsy portfolio.

Do you see that?

**A.** Yes.

**Q.** And so you mentioned earlier that UCB is a company that is interested in supporting epilepsy patients, is that fair to say?

I may be paraphrasing what you said.

**A.** That is correct.

**Q.** Is the financial impact one of the reasons why UCB licensed Nayzilam?

**A.** We are a company. We need to justify investments. So there need to be a given return of investment.

**Q.** So the answer is yes, that the financial impact is a reason that UCB licensed Nayzilam?

**A.** The answer is that we need to present the financial impact to management for decision-making on financial investments.

**Q.** That was another question.

Is the answer yes, that the financial impact is a reason why UCB licensed Nayzilam?

**A.** The proposed deal had a positive financial impact and that was important for management to understand.

**Q.** Is that a yes or a no, that UCB acquires products without regard to financial impact?

**A.** I said we are a company and investment needs to come with a justification and this was the justification that the financial impact is positive.

So I am not sure how to answer your question otherwise. We look at several criteria when making investment decisions, and patient value and strategic fit are also taken into consideration together with the

financial impact.
**Q.** If you look, there's a bullet at the bottom of the page, "rationale for recommending Nayzilam."
Do you see that?
**A.** Yes.
**Q.** The third bullet there says that "in the event that there's (1) a significant gap in market entry or (2) the confirmatory DD is not satisfactory, we will continue to finalize the in-depth DD on Neurelis, NRL-1, as an alternative."
Do you see that?
**A.** Yes.
**Q.** We've discussed earlier that that's the product now known as Valtoco, right?
**A.** That is correct.
**Q.** What is referred to as -- what does that mean when it says "significant gap in market entry"?
**A.** We looked at the Proximagen Nayzilam asset in parallel to the Neurelis Valtoco asset and our understanding was that Nayzilam had the potential to be first onto the market with regards to intranasal sprays for the acute rescue medication -- as an acute rescue medication.
**Q.** So the significant gap of market entry has to do with the opportunity for the product to be the first into

the market?

**A.** That is my understanding when reading this sentence, yes.

**Q.** Why is not being available for patients under 12 a limitation of the Nayzilam program?

**A.** There's -- there are also patients -- younger patients that would benefit from such a product, and Diastat had a label allowing patients as of the age of 6 to use the product.

**Q.** Is that being referred to on the second bullet on that page?

**A.** Yes. As Neurelis is referring to -- Neurelis was referring to the label of Diastat with their finding for Valtoco that has the same label claim at the end including the age range.

**Q.** Below that, there's a chart comparing Nayzilam and NRL-1.

Do you see that?

**A.** Yes, I do.

**Q.** It says, "NRL-1 is intended for management of selected, refractory patients 6 years and older," right?

**A.** Yes.

**Q.** And for Nayzilam, it says it's for patients 12 years and older.

Do you see that?

**A.** Yes.

**Q.** In the bottom box on the left-hand side, it says, "regulatory -- reg pathway in U.S. and timelines."

Do you see that?

**A.** I do.

**Q.** Okay. And next to it, it says, "505(b)(2) route."

Do you see that?

**A.** Yes.

**Q.** And then fast-track designation, which we discussed earlier. It says "target submission date 31 May 2018."

Do you know what "target submission" refers to, submission of what?

**A.** That was the submission of the regulatory documents to request for approval at FDA.

**Q.** The next bullet says "likely first to market."

Do you see that?

**A.** Yes.

**Q.** Why would "likely first to market" be highlighted as separate bullet here?

**A.** That was our conclusion due to the findings of having to run a due diligence on those projects.

**Q.** If you can turn to the next page, there's a box there that says, "Our valuation has been established and based on UCB 'base case' scenario as per below chart."

What does "base case" mean?

**A.** When we run valuations of external assets, we usually use different scenarios in order to capture certain risks or certain opportunities. So we have a base case, an outside case, and a worst case or a downside case.

Here, it seems that the assumptions relate to the assumptions used in the base case for the valuation of this opportunity.

(Video paused.)

**MR. SABA:** Your Honor, I think at this time we are moving to the confidential portion, so we would ask that you seal the courtroom.

**THE COURT:** Okay. Let's seal the courtroom.

(Whereupon, the courtroom was sealed.)

**THE COURT:** Okay. The courtroom has been sealed.

(Video resumes.)

**BY MR. GUINTA:**

**Q.** So is this base case a middle ground or is it a most likely ground or a little of both? What is base case compared to the upside case or downside case?

**A.** It's often seen -- so it's middle ground, but it's also often used as -- or in the understanding that it's the most likely case.

**Q.** And so up above the slide, it says "Estimated

Nayzilam US Peak Net Sales." [redacted]

Do you see that?

**A.** I do.

**Q.** And does that indicate that Nayzilam, in the base case, would have net sales of [redacted]

**A.** That is what this slide says.

**Q.** If you turn to the next page, Bates ending 139, it says "Appendix" 3, it says, "Nayzilam -- Valuation Summary." Do you see that?

**A.** Yes.

**Q.** The first bullet says, "In our base case noncost synergized model, the NPV of Nayzilam [redacted]."

Do you see that?

**A.** I do.

**Q.** What does "NPV" mean?

**A.** Net present value.

**Q.** Does that place a dollar value today on the value of Nayzilam over some period of time?

**A.** That was a net present value at that point of time.

**Q.** Do you have an understanding as to what Standalone (Unsynergized) NPV refers to?

**A.** Standalone NPV is looking at the product NPV without taking into consideration that it will be incorporated

into our portfolio.

**Q.** And then so in what ways -- so what does cost synergies mean?

**A.** So I'm not a financial expert. So it's outside of my area of expertise. What I can provide as an explanation is that the UCB cost synergy perspective considers the product being part of the UCB portfolio, meaning shared resources.

**Q.** We talked earlier about being on a fast track and is a fast track incorporated into the base case?

**A.** The assumptions for the base case are being provided on this slide -- on the previous slide. The one on where the headline is "Nayzilam U.S. Market Opportunity in ARS." These are the assumptions of the base case.

**Q.** So it assumes that Nayzilam [redacted]?

**A.** That is what it states, yes.

**Q.** It doesn't say -- we talked about [redacted] earlier. Do you know whether the base case incorporates [redacted]?

**A.** To the extent I can read the text, it's not mentioned here. So I don't know. I can't remember.

**Q.** Do you know whether in other circumstances base case has incorporated [redacted]?

**A.** It may if [redacted] is providing the [redacted]. Otherwise we rely on [redacted]

[redacted]
is taken into consideration for the business case.

**Q.** What's your understanding of what "sensitivity analysis" means?

**A.** We do a sensitivity analysis if there are certain criteria that may come with a certain range with respect to our expectations. That can be the price, it can be the market share and, what we want to show is how a different pricing or a different assumption on market share will influence the overall value of the asset.

**Q.** And so what is your understanding as to what the market is for Nayzilam?

**A.** My understanding is that the market, according to the label that we have our patients suffering from acute repetitive seizures as of the age of 12.

**Q.** So why would the peak market share [redacted]? Is there another product that the patients in the same population use or do some patients not use any products at all? How does that work?

**A.** We were working under the assumption that Diastat as well as Valtoco would be alternative solutions for these patient population.

**Q.** In that base case, if you look at the net revenue, it looks like it starts in 2019. Do you see that?

**A.** Yeah.

**Q.** Would that indicate that that's when the product launches?
**A.** We only estimate net revenues after the launch of the product, after the product -- or when the product is commercially available.
**Q.** So the two dashes under 2018 indicate that it's not on the market yet and the 2019 begins with it on the market; is that right?
**A.** That is correct.
**Q.** Do you see that the numbers [redacted]. Do you see that?
**A.** I do, yes.
**Q.** Do you see [redacted]?
**A.** I do.
**Q.** [redacted] and if you want to look back and check, if you don't remember, but [redacted] was what the peak value -- peak net sales value was on Page 43138; is that right?
**A.** Yes. It's the same number.
**Q.** [redacted]
**A.** It does.
**Q.** [redacted]
Do you see that?
**A.** Yeah.

**Q.** [redacted]

**A.** Yes.

**Q.** [redacted]

**A.** More or less, yes.

**Q.** Showing you what's been marked as UCB 5. Are you familiar with the Orange Book?

**A.** I know what the Orange Book is.

**Q.** What's your understanding of what it is?

**A.** It contains all the products marketed in the U.S.

**Q.** If you look at the second page of what I'm showing you here as an exhibit, it says "Patent and exclusivity for N211321."

Do you see that?

**A.** Yeah.

**Q.** And under the product name, it says "midazolam," and in parens, it says "Nayzilam."

Do you see that?

**A.** I do.

**Q.** Below that there is patent data and exclusivity data. Do you see those two sections?

**A.** Yeah.

**Q.** Do you see, it says at the bottom there, the bottom exclusivity, it says "ODE-243," and then it says, "May 17, 2026"?

**A.** It's hard to read, but I guess that's correct.
**Q.** So is it your understanding that the orphan drug exclusivity for Nayzilam ends in 2026?
**A.** That is what the Orange Book says.
**Q.** If you look above that, do you see that all the patents expire in 2028?
**A.** That is what the Orange Book says.
**Q.** The net revenue [redacted], correct?
**A.** It [redacted].
**Q.** And so does that mean that in the base case scenario, you have assumed that [redacted]?
**MR. SABA:** I'm going to object, seeking privilege information and instruct the witness not to answer.
**BY MR. GUINTA:**
**Q.** Are you going to follow your counsel's instruction on that?
**A.** I do.
**Q.** I'm showing you what's been marked as UCB 6. For identification purposes, it bears Bates number NAYZILAM_0039200 through 00039201.
Do you recognize this document?

**A.** I see an e-mail from Stephan von Dreusche to Elena Cleary. Is that what you're referring to?

**Q.** Do you see that you're cc'd there?

**A.** I see that.

**Q.** Elena Cleary, what was her position?

**A.** She was part of our regulatory team and she was the regulatory lead in due diligence on this asset on Nayzilam.

**Q.** I'm showing you what has been marked as UCB 7 for identification purposes, and you will have to rotate it, which is one of the options at the bottom of the screen there in the Exhibit Share. It bears Bates number NAYZILAM_0068790 through NAYZILAM_0068823.

Do you recognize this document?

**A.** I may have seen it in preparing for this call today, but I don't know all the content or I can't remember all the content of it.

**Q.** If you look on the front of it, it says [redacted] right, and then it says [redacted] at the bottom left.

Do you see that?

**A.** I do.

**Q.** What is [redacted]

**A.** That was [redacted] on the deal that we did.

**Q.** Was this document provided to UCB?
**A.** Obviously, yes, because otherwise we would not have it, but I can't remember the details.
Let me take a look.
It might have been a confidential presentation with which [redacted].
**Q.** Was that part of the value proposition for Nayzilam was [redacted]?
**A.** [redacted]
**Q.** And then two bullets down from there, it says [redacted]
Do you see that?
**A.** I see that.
**Q.** It says [redacted]
Do you see that?
**A.** I do.
**Q.** Do either of those first two bullets distinguish Nayzilam from the NRL-1 product?

**A.** From Valtoco?
**Q.** Yeah.
**A.** They are both intranasal products. They both use a non-invasive route of administration and they are both more convenient and more easy to use for the treatment as rescue medication compared to Diastat.
**Q.** How about the favorable safety and tolerability profile?
**A.** From our perspective, [redacted].
**Q.** What does Artemis-1 refer to?
**A.** I don't recall whether there were two Phase 3 studies done. One was done in the EMU setting, and the other was done at the at-home setting, and I can't remember which one was the Artemis-1.
**Q.** I'm showing you what's been marked as UCB 8 for identification. It bears Bates numbers NAYZILAM_0039216 through NAYZILAM_00039244.
Do you recognize this document?
**A.** I have seen it before.
**Q.** So this is dated November 2017, correct?
**A.** Yes.

**Q.** And this is a UCB-generated presentation, right?
**A.** Yes.
**Q.** Now, were you involved in creating this presentation?
**A.** That is my understanding.
**Q.** What portions were you involved in creating?
**A.** I was leading the due diligence effort.
I was working with all the colleagues who are listed in the document.
**Q.** For safety, in the second bullet point, it says, [redacted]
Do you see that?
**A.** Yeah.
**Q.** What they were finding out in the clinical studies seemed to be that they were [redacted]?
**A.** What is summarized here on this slide is [redacted]
**Q.** What they had seen according to this second bullet point under safety is that [redacted]

[redacted], correct?

**A.** That is what is stated on the slide.

**Q.** And the same was true for the [redacted], right?

**A.** That is what the slide states, yes.

**Q.** It doesn't state here there were [redacted] in the development of intranasal midazolam, does it?

**A.** It doesn't talk about [redacted].

**Q.** Is UCB aware of any [redacted] in the development of intranasal midazolam?

**A.** This is a slide summarizing the findings of Elena Cleary or the regulatory team being involved in the due diligence from the due diligence. So there, [redacted] was stated on this slide.

**Q.** If you turn to page Bates ending 39226, this clinical pharmacology slide?

**A.** Yeah.

**Q.** It says, [redacted] right?

**A.** Yes.

**Q.** I'm showing you what's been marked UCB 11 for identification. It bears Bates number NAYZILAM_0033571 through NAYZILAM_00033723.

Do you recognize this document?

**A.** It's an Asset Purchase Agreement. I recognize the document.

**Q.** Is this the Asset Purchase Agreement in which UCB purchased Nayzilam from Proximagen LLC and Acova Inc.?

**A.** Yes.

**Q.** It's dated April 18, 2018, correct?

**A.** Yes.

**Q.** [redacted] that you referred to earlier?

**A.** Yes.

**Q.** [redacted]

Do you see that?

**A.** Yeah.

**Q.** And you referred to that earlier [redacted] is that correct?

**A.** Yes.

**Q.** [redacted] correct?

**A.** That's correct.

**Q.** I'm showing you -- for whatever reason, it became UCC but it's UCB 12. It bears Bates number NAYZILAM_0095463 through NAYZILAM_00095482. It's titled "Exclusive Patent License Agreement." If you look on Bates page 95465, it says that it is between Hananja HF

and Intranasal Therapeutics, Inc. It is dated 12 September 2007.

Do you see that?

**A.** I do.

**Q.** Is it your understanding that the patent was licensed to ITI when it was Intranasal Therapeutics, Inc.?

**A.** That's what the document states, yes.

**Q.** At some point it became Ikano, and that license was updated, correct?

**A.** Most likely, yes. There was an amendment to this agreement.

**Q.** And then Ikano licensed that to Proximagen, is that -- sorry -- or to Upsher Smith Laboratories?

**A.** That is my understanding.

**Q.** From there to Proximagen?

**A.** Yes.

**Q.** And from Proximagen ultimately to UCB, right?

**A.** That's correct.

**Q.** Showing you what's been marked as UCB 13 for identification. It bears Bates number NAYZILAM_00033935 through NAYZILAM_00033984.

Do you recognize this document?

**A.** It was presented to me in the course of preparation, but I don't know the content of it in detail.

**Q.** If you go to the next Page 33938, the table continues. It gives a royalty rate for cumulative net sales. [redacted]

Do you see that?

**A.** I do.

**Q.** And is it your understanding that net sales are sales revenues less a whole number of deductions that would be defined somewhere in this agreement?

**A.** As it comes with a capital N and a capital S, I see that it is being defined in the agreement.

**Q.** And is it your understanding that would be something less than total revenues?

**A.** That would be my assumption, but I have not seen a definition.

(Video paused.)

**MR. BERLIN:** Your Honor, I think we're ready to unseal the courtroom.

**THE COURT:** All right. Let's do that. I'm seeing no objection from plaintiffs.

**MR. SABA:** No objection to that, Your Honor.

**THE COURT:** Okay.

May I proceed?

**THE COURT:** Okay. Let's proceed.

(Video resumes.)

**BY MR. GUINTA:**

**Q.** I'm showing you what's been marked as UCB 14 for identification purposes. And it's Bates stamped Nayzilam 00196040 through Nayzilam 00196427. Do you recognize this document?

**A.** I can't remember if I have seen it, but it says it is part of the data room.

**Q.** When you say, "data room," what are you referring to?

**A.** The data room that Proximagen provided to UCB in the context of the due diligence review.

**Q.** So this would have been information that Proximagen made available to UCB to consider in determining whether to acquire Nayzilam?

**A.** That is what I assume, yes.

**Q.** The title is the Type C Meeting Package, right?

**A.** That's what the document states, yes.

**Q.** What is a Type C Meeting Package?

**A.** You asked me already on the Type C Meeting. That is the --

**Q.** What's a Type C Meeting Package?

**A.** Yes. Sorry. That is the information that is being provided to the FDA in preparation of the Type C Meeting.

**Q.** The question is, Upsher Smith Laboratories no longer wanted to commercialize Nayzilam, correct?

**A.** That is not what I have read.

**Q.** What is your reading of what Upsher Smith Laboratories wanted to do with regard to Nayzilam?

**A.** I understood that they wanted to sell their generic business, and they transferred, as is my recollection, Nayzilam into Proximagen and sold the generic business elsewhere, and it gets mentioned here, in the bio, Japanese company Sawaii.

So there are differences between generic businesses and Nayzilam. Nayzilam was not considered part of the generic businesses.

**Q.** Right. So they put it in Proximagen, right?

**A.** Yes.

**Q.** So USL put Nayzilam into Proximagen and then spun out Proximagen, correct?

**A.** That is what the text says, yes.

**Q.** And so it is fair to say, then, that USL no longer wanted to commercialize Nayzilam?

**A.** That is not what the text says. They just said that they wanted to sell the generic business and that they put Nayzilam into Proximagen.

**Q.** And then spun off Proximagen, right?

**A.** That is what the text says, yes.

**Q.** So they got rid of Proximagen and they got rid of Nayzilam with it, correct?

**A.** That's your wording, but at the end of the day, Proximagen had access to the program and USL was not involved in the further development of the product. If this is what you mean with "got rid of it," then this is may be a correct summary.

**Q.** So then, it says, "For the generic side of USL's business, there was a subsequent buyer, a Japanese company, Sawaii."

Do you see that?

**A.** I do.

**Q.** And then Sawaii was neither interested in the Nayzilam program, nor the early phase discovery in NME development capabilities, right?

**A.** That is what the text says, but I have no further information on that, and I can't really comment on any of these statements.

**Q.** And as you sit here today, UCB has no reason to believe that Proximagen made false statements to the FDA in this document, do they?

**A.** I can't comment on that. I don't know.

**Q.** So then, let's move to October of 2017. At that point in time, Proximagen was no longer interested in commercializing Nayzilam itself, correct?

**A.** I don't know whether they were or not interested, but they were definitely exploring to find a buyer for this asset.

**Q.** So they were looking to get rid of the asset, correct?

**A.** They were exploring the cost of divesting this asset.

**Q.** I'm showing you what has been marked as UCB 21. Do you recognize this document?

**A.** I have not yet opened it. Give me a second.

**Q.** It wasn't that Dr. Merkus failed, it's just that he failed to be first, right?

**A.** Again, here, it is being said new formulation. It's not about the formulation that Schwarz Pharma had licensed. So the former formulation, using your terminology, failed because of the tox failure. This e-mail is about his new formulation.

**Q.** Right. But you didn't pick up his new formulation, right, because it wasn't going to be first to market?

**A.** This is not what the e-mail says. The e-mail says that we would need to look into that and that he mentioned also that there is competition and that we would need to look into the competition as well. Just that from a commercial perspective and was it a desire to have a product in our portfolio which could be first to

market.

**Q.** And that was the priority, right? It wasn't a matter of whether or not the formulation would work; it was whether it would be the first to work?

**A.** This was in 2008. When we signed the deal with Proximagen, this was in 2018. So ten years later. At that point in time, when we engaged in the acquisition agreement with Proximagen, drivers for engaging into such a deal and getting a product in our pipeline or portfolio was driven by patient value, understanding of the unmet need, and sure, also for financial impact, as we had discussed earlier. So it is, basically, earlier today.

And we had considered that it could be first to market, but if you remember the deal terms that you have definitely studied, we even considered that it would be second to market, but even under that consideration, we were willing to engage into a deal.

So this is an e-mail ten years prior to the actual acquisition, and I would not put too much emphasis on what was said ten years prior to the acquisition.

**Q.** I've put another exhibit, UCB 22. It bears Bates number 00049198. It's Nayzilam number. And through Nayzilam_00049200.

**A.** I can see the e-mail.

**Q.** It is an e-mail from you to Bill Matthew, correct?

**A.** That's correct.

**Q.** And two most important things to him were, one, being first to market, and that's the first thing he says, right?

**A.** Yeah, I see it. I can read it, yes.

**Q.** And then the second to that, he's then saying that Merkus cannot assure us of the safety of his product, right?

**A.** That is the second part of the sentence, yes.

**Q.** Showing you what's been marked as UCB 23. It bears Bates numbers 0050325.

So he's talking about receiving questions from companies about the difference between Nayzilam Y-Z and Nasolam with an S.

Do you see that?

**A.** I see the question and his statement, yes.

**Q.** I'm showing you what's been marked as UCB 26. It bears Bates number Nayzilam_00043367 through 00043368.

So this is an e-mail from you to Paul Newton, yeah?

**A.** I see it. I have it in front of me.

**Q.** You were referring to, we'll call them Buccolam and Viropharma, right?

**A.** Yes.

**Q.** And so why did UCB -- why was UCB interested in Buccolam?

**A.** There was a continuous understanding of the unmet need in an -- on the unmet need for patients, and UCB saw that as a strategic portfolio addition to have solutions for patients, as we had discussed this morning, that would be beyond the chronic treatment. So acute rescue medications. And this was seen as an acute rescue medication, at least in Europe, and at least for young patients. So, therefore, from a strategic perspective, it was seen a good fit. And at that point in time, all the nasal formulations were not ready for the market. They were still in development.

**Q.** And so is UCB still interested in pursuing an oral rescue medication, or did the Nayzilam product -- acquisition of Nayzilam stop it from pursuing an oral product?

**A.** So you are talking about today, right?

**Q.** Yes.

**A.** Okay. I am not aware that UCB is currently looking for oral acute repetitive medications. As you may be aware of, we have acquired another product for a different indication that is currently in Phase III development and which is inhalable acute rescue medication, but not for repetitive seizures, but for the termination of ongoing prolonged seizures.

So that is another drug that we have acquired to

make it part of our portfolio which is addressing a different still unmet need for patients suffering from seizures.

**Q.** Putting a new exhibit. Showing you what what's been marked as UCB 27.

**A.** I have opened the document.

**Q.** Okay. The document bears Bates numbers Nayzilam_00043349 through Nayzilam 00043378.

Do you recognize this document?

**A.** I remember that we have looked into this opportunity and presented it to management. I don't remember all the content of this document.

**Q.** If you turn to Bates page ending 43370.

**A.** 70? Sorry. Yes.

**Q.** It says the potential partner is Viropharma, the product is Buccolam, and it has a centralized pediatric use marketing authorization granted by EMA in September 2011 correct?

**A.** That's what the document states.

**Q.** And the fourth bullet up from the bottom says, "Buccolam intends to replace rectal diazepam that is neither convenient nor socially acceptable. In addition, midazolam has a superior product profile over diazepam, e.g., time to seizure control, sedation.

Do you see that?

**A.** Yes.
**Q.** So it's essentially the same motivation as the intranasal midazolam product for Buccolam, right?
**A.** That's what the document states, yeah. I'm sorry. No, this is not what the document states, but let's say the criteria is the same that we had used for the intranasal delivery product.
**Q.** So once Buccolam is approved in 2011, is there any continuing need for an intranasal -- the Nayzilam product?
**A.** In the U.S., yes, because Buccolam was only approved in Europe.
**Q.** What about in Europe?
**A.** Buccolam has only a label for children, but not for adults. So in adults, there's still a need for a product that would be different from diazepam in the route of administration.
**Q.** I have a new exhibit in the folder. Showing you what's been marked UCB 28.
**A.** I have opened the document.
**Q.** Do you recognize this document?
**A.** No.
**Q.** I mean, I can represent to you that this was an attachment to the e-mail that we marked as UCB 26.
Does it appear to be the Buccolam label?

**A.** Okay. Let me take a look. I don't remember the content. Okay. I mean, I can read it now, but what was your question?

**Q.** This bears Bates numbers Nayzilam_0004399 through Nayzilam_0004 -- 3488.

**A.** Can you say the last three numbers? That would help. Sorry.

**Q.** 43400, the second page.

**A.** The second page. Okay.

**Q.** There, the treatment is indicated therapy indications, item 4.1, it is 3 months to under 18 years old, correct?

**A.** That's what the document states, yeah.

**Q.** Is that your understanding as to what the indicated population is?

**A.** Yes.

**Q.** Now, do you know whether -- this approval was done on its own data or by using data for another project -- product, another form of midazolam?

**A.** Sorry. I don't remember that.

**Q.** And is there a reason why UCB did not ultimately acquire Buccolam?

**A.** Can I talk to that? I mean, yeah, sorry. The answer is to provide here is -- and this is in the public domain, Viropharma was acquired by Ultragenyx. When we

were in discussions with them on Buccolam, and Ultragenyx acquired Viropharma for a different product that they had in their portfolio. I can't remember what the name of this was. So we discontinued our discussions on this product with Viropharma because they were acquired and there was no opportunity anymore to consider a partnership on Buccolam.

**Q.** Any other reason?

**A.** No other reason that I can recall. That was what happened.

**Q.** If I can help, if you look at UCB33, it was an attachment to this e-mail that Matthew Simonian sent to you.

**A.** And when was that?

**Q.** October 6, 2020.

**A.** 2020?

**Q.** Yeah. Under the summary, the first item says, "Unmet need." And it says, "High unmet need for epileptic patients suffering from ARS and SE. The current drugs are all benzodiazepines with limited therapeutic window, limitations in treatment frequency, and inability to perform optimally post dose. Half of ARS and one third of SE patients are resistant to currently available treatments."

Do you see that?

**A.** I see that, although it's hard to read.

**Q.** In this presentation, UCB is saying that Nayzilam does not meet the unmet need for epileptic patients suffering from ARS, correct?

**A.** That is, in my view, not what the document says.

**Q.** It says, "The current drugs are all benzodiazepines with limited therapeutic window," right?

**A.** That is what the document states.

**Q.** Okay. And Nayzilam is one of the current drugs as of October 6, 2020, correct?

**A.** That is correct.

**Q.** And it is a benzodiazepine, right?

**A.** Correct.

**Q.** And it has limitations in treatment frequency, right?

**A.** That is correct. If I remember correctly, the yearly use of Nayzilam is restricted to a certain number, and I don't remember the correct number, but it's something between 15 and 20 uses per year.

**Q.** What's your interpretation of what's being said?

**A.** That, despite that there's still an unmet need for nonbenzodiazepine-containing product, which comes with the opportunities that a nonbenzodiazepine-containing product would provide, which was -- which is including the more frequent treatment.

**Q.** Yes or no, does this say that Nayzilam did not meet an unmet need for patients suffering from ARS?

**A.** I have to repeat that just this slide doesn't talk about what Nayzilam does or does not. It talks about the fact that despite Nayzilam, there is still an unmet need, and this may also have to do with the fact that benzodiazepines come with restrictions that are often in relation of frequency of use. It does not tell anything about the Nayzilam not being effective or safe or not fulfilling the unmet need for which it was developed and approved.

(Video concludes.)

**MR. BERLIN:** Your Honor, plaintiffs would ask that several of these exhibits be filed under seal. And so I'm happy to identify as I go through. You guys can keep me honest.

**THE COURT:** Let's do that for the record.

**MR. BERLIN:** All right. Defendants move to enter DTX-2470; DTX-2479, which they propose to be sealed; DTX-2632; DTX-2462, which they request to be sealed; DTX-2508, which they request to be sealed; DTX-2464, which request to be sealed; DTX-2518, which they request to be sealed; DTX-2522; DTX-2497; DTX-2498; DTX-2480; DTX-2481; DTX-2482; and DTX-2476.

**THE COURT:** Any objections?

**MR. SABA:** No objections, just reiterating that the ones he identified as confidential, we ask that they remain under seal.

**THE COURT:** All right. So we will conditionally put those under seal. We will admit all of them. Is there anything else we need to address --

**MR. BERLIN:** No, Your Honor.

**THE COURT:** -- with respect to exhibits or before we quit for today?

**MR. BERLIN:** Nothing from defendants.

**MR. SABA:** Nothing from plaintiffs, Your Honor.

(Exhibits DTX-2470, DTX-2479, DTX-2632, DTX-2462, DTX-2508, DTX-2464, DTX-2518, DTX-2522, DTX-2497, DTX-2498, DTX-2480, DTX-2481, DTX-2482, and DTX-2476 are admitted into evidence.)

**THE COURT:** All right. We will recess for today. Are we on track to finish on time tomorrow, early?

**MR. PATEL:** Yes, we are. I think -- I don't know the current count on the 12-hour clock, but I don't think it will be a full day.

**THE COURT:** Okay. All right, great. We'll be in recess.

(The proceedings concluded at 5:05 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer
Official Court Reporter
U.S. District Court

**BY MR. GUINTA: [24]** 684/16 684/23 686/1 686/13 686/23 687/15 687/23 689/3 691/12 694/4 694/17 695/23 696/18 698/3 701/4 701/24 703/5 705/2 706/23 709/18 710/9 738/18 744/18 753/3
**BY MR. HALL: [1]** 563/16
**BY MR. PATEL: [2]** 557/20 558/9
**BY MS. HANSEN: [99]** 568/4 568/18 569/8 569/14 571/22 573/6 575/2 575/25 576/23 577/13 585/9 585/16 586/10 587/4 587/19 588/7 589/11 589/24 590/12 591/9 592/12 592/16 593/11 593/18 593/25 594/10 594/22 596/12 597/13 598/11 599/8 600/8 600/18 602/12 603/4 603/20 604/11 607/19 612/10 612/14 614/5 615/15 616/3 616/19 617/21 618/14 618/22 620/23 624/16 629/8 631/15 631/25 634/5 635/12 635/19 636/10 637/23 638/10 639/6 645/16 646/11 648/1 649/2 649/16 650/3 651/24 652/3 653/8 654/12 655/6 655/18 656/7 657/3 657/11 658/3 658/20 659/13 660/7 660/25 661/22 662/8 663/17 664/6 665/23 666/16 668/11 669/6 672/7 672/19 673/5 673/18 679/4 681/3 700/5 716/16 717/10 717/20 720/11 720/20
**BY MS. KEECH: [9]** 530/3 533/21 544/2 547/5 548/7 552/24 553/6 554/23 557/5
**MR. BERLIN: [8]** 721/25 722/11 722/23 752/19 765/13 765/18 766/7 766/10
**MR. GUINTA: [48]** 569/5 574/24 607/16 615/11 631/12 633/25 635/9 655/15 658/17 659/10 660/4 661/10 661/18 663/14 663/25 665/14 665/22 672/16 673/2 673/15 679/1 680/25 684/19 685/24 686/12 686/20 687/13 687/21 689/2 691/10 694/2 694/14 695/22 696/15 698/1 700/2 700/24 701/21 704/3 704/8 704/13 704/15 704/23 705/13 706/17 709/16 710/7 716/13
**MR. HALL: [17]** 529/14 529/17 538/14 538/24 539/2 539/7 539/10 539/14 539/17 543/7 543/17 559/7 559/11 559/14 560/1 563/14 566/9
**MR. PATEL: [14]** 529/12 538/16 543/19 557/17 558/6 559/9 560/4 566/11 566/18 567/2 567/12 656/4 660/22 766/20
**MR. SABA: [5]** 738/10 744/15 752/23 766/1 766/11
**MS. HANSEN: [119]** 529/9 566/14 567/17 568/16 569/3 569/12 571/21 573/5 574/21 575/24 576/22 577/12 585/7 585/15 586/9 587/3 587/9 587/15 588/4 589/10 589/23 590/11 591/8 592/11 592/15 593/10 593/17 593/24 594/9 594/21 596/11 597/12 598/10 599/7 600/4 600/16 602/11 603/3 603/18 604/10 607/14 612/9 612/13 614/4 615/9 616/2 616/17 617/20 618/13 618/20 620/22 624/15 629/7 631/10 631/23 633/23 634/3 635/7 635/17 636/8 637/21 638/9 639/4 645/15 646/9 647/25 648/24 649/15 650/2 650/16 651/2 651/4 651/6 651/9 651/16 651/23 652/1 653/7 654/11 655/5 655/13 656/2 657/2 657/10 657/23 658/15 659/9 660/2 660/20 661/8 661/14 662/7 663/12 663/21 666/11 668/10 669/5 672/5 672/14 672/25 673/13 678/24 680/23 684/4 699/20 700/1 701/1 702/24 703/4 703/24 704/5 704/19 717/8 717/18 720/6 720/16 721/9 721/12 722/15
**MS. KEECH: [7]** 533/19 547/4 548/6 552/23 553/4 554/22 557/3
**THE CLERK: [2]** 567/19 568/2
**THE COURT: [93]** 529/5 529/11 529/13 529/16 529/25 538/17 538/20 539/1 539/4 539/9 539/13 539/16 539/20 543/13 543/22 559/10 559/25 560/2 560/5 566/12 566/16 566/25 567/9 567/13 569/6 574/25 587/7 587/11 587/14 607/17 615/12 631/13 634/1 635/10 650/19 650/23 651/3 651/5 651/7 651/10 651/22 655/16 656/9 658/18 659/11 660/5 660/23 661/11 661/17 661/19 663/15 663/24 664/1 664/4 665/18 666/12 666/15 672/17 673/3 673/16 679/2 681/1 684/6 684/12 684/20 699/22 701/2 703/1 704/1 704/7 704/11 704/14 704/16 705/1 716/14 721/10 721/17 721/22 722/9 722/13 722/20 722/24 738/13 738/15 752/21 752/24 753/1 765/17 765/25 766/4 766/8 766/17 766/23
**THE WITNESS: [5]** 567/21 694/16 700/3 704/2 705/15

**$**

**$100 [1]** 750/9
**$100 million [1]** 750/9
**$178M [1]** 739/1
**$30 [1]** 750/13
**$30 million [1]** 750/13
**$420 [1]** 739/14
**$420 million [1]** 739/14

**'**

**'033 [14]** 587/22 589/8 590/7 594/2 594/5 610/5 613/13 614/7 614/17 614/18 615/7 686/2 687/24 695/8
**'033 Patent [1]** 687/24
**'10 [1]** 717/15
**'322 [15]** 590/1 590/6 590/10 593/19 613/1 614/16 615/4 695/12 699/11 699/13 699/16 700/7 700/11 705/9 705/11
**'359 [70]** 575/6 575/7 588/23 593/13 593/20 593/22 594/4 594/5 594/12 594/16 594/18 595/1 595/11 595/14 608/6 609/15 609/23 610/3 610/7 610/9 611/21 611/24 612/2 612/6 612/20 614/1 616/8 616/15 616/17 616/20 616/22 636/1 636/4 636/7 636/19 637/8 638/2 638/22 639/7 639/11 640/16 641/1 641/5 642/9 642/20 645/13 645/19 646/14 647/21 648/11 675/8 701/5 701/9 701/13 701/16 701/22 701/25 702/3 702/7 702/15 702/22 703/10 703/12 703/16 703/18 703/22 706/2 706/11 706/14 719/10
**'608 [3]** 588/10 624/18 624/19
**'672 [8]** 607/9 620/17 621/11 621/15 622/20 623/1 623/24 624/10
**'893 [18]** 599/2 638/7 638/25 643/11 643/13 643/15 643/16 644/10 644/13 644/20 645/3 645/7 648/25 649/3 709/10 709/11 713/20 713/24
**'90s [1]** 572/5
**'base [1]** 737/24

**.**

**.001 [1]** 589/21
**.001 percent [1]** 589/21
**.05 [1]** 640/24
**.05 milliliters [1]** 640/24
**.07 [1]** 640/12
**.07 millimeter [1]** 640/12
**.1 [2]** 636/16 674/23
**.1 milligrams [1]** 636/16

**/**

**/s [1]** 767/10

**0**

**0.18 mLs [1]** 636/15
**000261 [1]** 531/4
**000318 [1]** 540/20
**00033723 [1]** 749/24
**00033935 [1]** 751/21
**00033984 [1]** 751/22
**00039201 [1]** 744/24
**00039244 [1]** 747/21
**0004 [1]** 762/5
**00040345 [1]** 728/20
**00040347 [1]** 728/20
**00043349 [1]** 760/8
**00043367 [1]** 758/18
**00043368 [1]** 758/18
**00043378 [1]** 760/8
**0004399 [1]** 762/4
**00049198 [1]** 757/22
**00049200 [1]** 757/23
**00095482 [1]** 750/23
**001 [2]** 552/15 552/20
**00196040 [1]** 753/6
**00196427 [1]** 753/6
**002 [2]** 552/19 552/20
**003 [1]** 552/20
**0033571 [1]** 749/23
**0039200 [1]** 744/24
**0039216 [1]** 747/20
**0050325 [1]** 758/11
**00581 [1]** 557/14
**0068790 [1]** 745/13
**0068823 [1]** 745/13
**0095463 [1]** 750/23
**05 [1]** 555/4
**063880 [1]** 552/25
**07 [1]** 555/4
**077801 [2]** 534/24 547/7
**078047 [1]** 554/25
**078329 [1]** 557/2
**079234 [1]** 555/11

**1**

**1 milligram [1]** 636/17
**1 minute [1]** 722/5
**1 mL [1]** 636/17
**1 percent [1]** 752/3
**10 [33]** 534/23 553/2

**1**

**10... [31]** 554/22 554/24 555/10 577/21 581/2 581/7 587/24 590/10 590/13 590/16 590/18 593/19 593/21 600/7 613/1 619/12 683/24 683/25 686/22 687/4 687/5 687/8 687/10 695/12 699/11 699/14 699/17 700/7 700/12 705/9 718/5
**100 [3]** 574/6 578/2 579/17
**1012 [3]** 655/5 655/13 655/17
**1028 [3]** 677/16 678/24 679/3
**1031 [3]** 672/20 672/25 673/4
**1032 [3]** 673/6 673/13 673/17
**1069 [3]** 629/7 631/10 631/14
**1073 [3]** 634/3 635/7 635/11
**1090 [2]** 603/3 603/18
**10s [1]** 586/1
**10th [2]** 541/9 541/14
**11 [3]** 543/11 578/5 749/22
**1101 [3]** 606/8 607/14 607/18
**113 [1]** 743/1
**11726 [1]** 531/8
**11:15 [1]** 587/12
**12 [10]** 543/11 578/16 590/24 661/25 697/22 698/1 736/4 741/15 750/22 751/1
**12 minutes [1]** 722/4
**12 years [1]** 736/23
**12-hour [1]** 766/21
**1206 [5]** 538/15 538/18 567/3 567/15 674/9
**1209 [4]** 539/2 543/15 543/16 559/23
**1210 [6]** 538/15 538/18 567/3 567/14 668/10 672/3
**1211 [6]** 538/15 538/18 567/2 567/14 669/5 672/3
**1212 [4]** 559/8 559/12 567/3 567/15
**1213 [4]** 559/8 559/12 567/2 567/14
**1216 [3]** 672/5 672/14 672/18
**1219 [4]** 538/15 538/18 567/3 567/14
**1220 [3]** 679/15 680/23 681/2
**12245 [1]** 540/25
**1229 [5]** 559/8 559/12 567/3 567/15 681/4
**125 percent [4]** 558/21 558/25 559/2 559/5
**1250 [2]** 566/10 566/13
**127.83 [1]** 696/24
**12:45 [1]** 650/20
**12th [1]** 670/20
**12th day [1]** 658/14
**13 [24]** 555/13 579/23 589/8 589/12 589/16 589/17 593/23 594/2 594/3 610/5 610/8 613/12 614/7 643/19 684/1 684/3 686/4 686/7 686/10 686/14 686/24 695/8 709/17 751/20
**130 [1]** 697/1
**131.61 mgs [1]** 696/22
**132 [1]** 742/23
**133 [1]** 742/11
**1367 [1]** 720/7
**1369 [1]** 559/23
**1370 [1]** 653/7
**1384 [4]** 568/17 568/25 569/4 569/7
**139 [1]** 739/9
**14 [6]** 580/14 648/25 709/17 723/5 742/11 753/4
**14 years [1]** 570/5
**14-day [1]** 632/14
**1415 [1]** 633/5
**143 [1]** 722/12
**144 [1]** 632/9
**15 [16]** 529/23 557/1 557/18 559/19 574/10 581/12 662/13 701/21 701/23 702/6 703/10 703/16 718/11 718/24 719/14 764/19
**150 million [1]** 752/3
**151 million [1]** 752/3
**155 percent [2]** 558/15 558/18
**16 [3]** 582/4 600/16 601/8
**17 [5]** 584/7 600/16 601/9 603/19 743/25
**170 [1]** 742/12
**174 [1]** 742/12
**176 [1]** 573/13
**178 [3]** 742/14 742/16 742/17
**178 million [1]** 739/6
**17th [1]** 532/1
**18 [11]** 557/6 557/24 585/8 644/11 644/12 660/16 661/7 680/1 732/16 750/6 762/11
**19 [2]** 585/15 590/3
**1940s [1]** 618/1
**19th [1]** 674/17
**19th and [1]** 671/3
**1:30 [1]** 650/21

**2**

**2 percent [1]** 752/5
**20 [7]** 540/19 581/2 581/7 586/9 670/17 711/21 764/19
**20 percent [2]** 589/21 619/3
**200 [4]** 599/3 670/18 675/4 688/17
**2000s [2]** 662/5 685/6
**2002 [1]** 690/15
**2004 [1]** 588/21
**2005 [1]** 725/4
**2006 [24]** 573/19 588/14 604/14 604/20 604/24 605/16 606/1 618/19 618/23 619/6 653/4 653/21 654/7 654/21 656/9 656/15 656/20 656/23 657/1 662/19 662/24 708/11 713/9 725/6
**2007 [27]** 591/12 592/9 597/20 603/1 615/24 618/6 620/13 627/25 628/11 628/13 629/1 629/13 646/24 650/6 657/15 658/14 661/25 663/5 688/8 689/17 712/11 716/23 717/16 718/3 725/7 727/17 751/2
**2008 [2]** 712/11 757/5
**2009 [6]** 664/9 664/12 664/15 727/18 727/18 728/6
**2010 [2]** 659/5 718/5
**2011 [3]** 717/15 760/18 761/8
**2012 [1]** 587/24
**2014 [1]** 590/3
**2017 [10]** 657/17 712/12 712/19 712/24 713/2 727/19 727/22 728/7 747/24 755/23
**2018 [17]** 532/2 533/14 547/23 547/25 548/5 562/14 657/19 660/16 661/7 667/23 667/25 668/18 728/17 737/10 742/6 750/6 757/6
**201821047778 [1]** 531/15
**20182104778 [1]** 531/19
**2019 [5]** 553/3 713/12 741/24 742/7 742/11
**2020 [16]** 541/9 541/24 555/2 555/13 557/7 557/24 563/20 667/15 673/23 674/17 678/3 681/11 742/11 763/15 763/16 764/10
**2021 [5]** 606/10 667/18 667/25 679/7 742/11
**2022 [15]** 599/7 601/24 619/11 654/16 654/17 654/20 654/22 655/2 656/10 656/13 656/24 712/14 713/10 714/1 742/11
**2023 [2]** 527/12 742/12
**2024 [1]** 742/12
**2025 [1]** 742/14
**2026 [12]** 664/18 664/22 665/4 665/11 666/1 666/5 742/20 742/22 742/22 743/25 744/3 744/10
**2027 [1]** 743/1
**2028 [5]** 664/19 743/3 743/4 744/6 744/13
**2029 [1]** 743/3
**2030 [1]** 743/4
**2078 [1]** 604/10
**20s [1]** 586/2
**20th ingredient [1]** 671/3
**21 [4]** 587/3 587/16 659/5 756/8
**21-1229-JLH [1]** 527/5
**211321 [1]** 674/14
**2134 [1]** 624/15
**21st [1]** 674/17
**22 [2]** 589/10 757/21
**2208 [9]** 594/9 595/12 610/15 616/18 636/9 639/4 640/4 700/23 718/8
**2211 [1]** 620/22
**2294 [6]** 643/13 648/25 709/3 709/5 713/21 714/9
**23 [6]** 533/19 538/22 543/12 559/22 590/11 758/10
**2324 [4]** 559/8 559/12 567/4 567/15
**2360 [3]** 655/20 656/2 656/6
**24 [2]** 591/8 637/22
**2407 [1]** 631/20
**2409 [4]** 660/8 660/20 660/24 661/16
**2414 [4]** 659/14 660/2 660/6 661/15
**2415 [4]** 661/2 661/9 661/12 661/15
**2416 [4]** 658/21 659/9 659/12 661/15
**2417 [4]** 658/4 658/15 658/19 661/15
**243 [1]** 743/24
**2442 [3]** 662/7 663/13 663/16
**2462 [2]** 765/20 766/13
**2464 [2]** 765/22 766/14
**2470 [2]** 765/19 766/13
**2476 [2]** 765/24 766/15
**2479 [2]** 765/19 766/13
**2480 [2]** 765/24 766/15
**2481 [2]** 765/24 766/15
**2482 [2]** 765/24 766/15
**2497 [2]** 765/23 766/14
**2498 [2]** 765/23 766/15
**25 [4]** 553/5 592/11 671/18 687/25
**25 milligram [1]** 636/14
**2506 [5]** 694/3 694/20 700/25 701/3 717/8
**2508 [2]** 765/21 766/14
**2518 [2]** 765/22 766/14
**2522 [2]** 765/23 766/14
**25322-68-3 [1]** 598/18
**2583 [1]** 618/13
**2586 [4]** 631/23 633/23 634/2 651/1
**26 [3]** 592/15 758/17 761/24
**2632 [2]** 765/20 766/13
**265 [1]** 674/18
**27 [2]** 593/10 760/5
**28 [3]** 547/25 593/17 761/19
**29 [2]** 563/20 593/24
**2:16 right [1]** 684/8

**3**

**3 months [1]** 762/11
**3-19 [1]** 585/15
**30 [5]** 594/21 595/13 610/16 616/25 722/3
**300 [1]** 565/2
**300 million [1]** 752/4
**3001 [5]** 614/24 615/2 615/10 615/13 615/13
**3002 [2]** 615/6 615/10
**3003 [4]** 589/23 686/20

**3**

**3003... [2]** 686/21 705/12
**3004 [4]** 587/18 685/22 685/23 687/21
**301 million [1]** 752/4
**31 [2]** 596/11 737/10
**319 [1]** 706/4
**32 [2]** 597/3 635/18
**33 [1]** 597/12
**33938 [1]** 752/1
**33960 [1]** 658/9
**34 [1]** 598/10
**3488 [1]** 762/5
**35 [1]** 600/21
**350 [51]** 563/23 564/15 564/23 565/11 565/14 565/17 565/21 565/24 566/6 589/21 594/6 594/7 601/12 601/13 601/19 610/13 610/18 611/5 611/18 613/17 613/19 618/25 619/1 619/5 619/8 619/23 630/5 631/7 633/1 633/9 633/11 635/1 641/14 641/18 646/17 647/1 647/8 647/10 648/10 648/19 649/17 680/16 680/20 682/5 689/9 692/2 695/1 696/22 697/10 706/15 718/15
**350's [1]** 633/13
**36 [1]** 608/8
**36778 [1]** 605/13
**36780 [1]** 605/19
**36782 [1]** 604/19
**36784 [1]** 605/1
**37 [4]** 609/18 639/10 639/18 687/22
**38 [2]** 559/19 610/4
**39 [2]** 610/6 646/10
**39.1 million [1]** 662/15
**392 [1]** 614/25
**39226 [1]** 749/16
**3:25 right [1]** 721/20
**3:40 [1]** 721/20

**4**

**4.1 [2]** 696/6 762/11
**4.1.2 [1]** 696/16
**4.2 [1]** 696/16
**4.5 [1]** 544/24
**40 [6]** 561/1 561/2 561/8 561/9 612/9 742/11
**400 [25]** 565/2 566/1 589/22 594/7 599/3 601/12 601/16 610/13 610/19 611/5 611/19 613/20 636/3 636/15 637/10 642/4 647/13 649/21 673/19 674/24 679/22 695/1 696/24 697/10 702/13
**41 [1]** 612/13
**42 [1]** 612/18
**43 [1]** 612/24
**43 seconds [1]** 539/19
**43138 [1]** 742/18
**43370 [1]** 760/13
**43400 [1]** 762/8
**44 [1]** 613/11
**45 [1]** 614/4
**45 minutes [1]** 651/13
**46 [2]** 616/2 621/10
**47 [3]** 616/14 640/4 642/2
**48 [3]** 617/16 620/10 669/23
**48 seconds [1]** 543/11
**49 [4]** 617/20 622/19 622/20 722/5

**5**

**5 grams [1]** 674/23
**5 milligram [5]** 541/1 541/3 541/8 557/12 683/7
**5 milligrams [3]** 669/17 669/18 679/18
**5-milligram [2]** 546/3 670/6
**50 [3]** 586/2 623/8 625/2
**50 mg [1]** 670/3
**50 percent [2]** 710/5 741/17
**50 seconds [1]** 539/14
**500 million [2]** 752/5 752/5
**505 [1]** 737/6
**51 [3]** 622/24 623/3 625/18
**52 [1]** 628/10
**53 [2]** 623/12 638/9
**54 [3]** 606/12 623/20 645/15
**540 [1]** 565/2
**55 [3]** 624/2 624/7 647/25
**559 [1]** 694/13
**56 [1]** 649/15
**560 [1]** 695/21
**562 [1]** 696/4
**57 [2]** 650/2 722/4
**571 [1]** 698/2
**572 [1]** 697/8
**58 [1]** 652/2
**582 [1]** 557/14
**59 [2]** 529/23 652/5
**5:00 [1]** 722/22
**5:05 [1]** 766/25

**6**

**6 years [1]** 736/21
**6/14/2007 [1]** 629/13
**60 [1]** 652/10
**600 [1]** 565/2
**61 [1]** 652/15
**62 [2]** 654/11 656/8
**63 [2]** 657/2 706/20
**64 [2]** 657/10 663/18
**65 [1]** 666/17
**66 [5]** 667/8 671/12 673/22 677/1 679/5
**68 [2]** 679/12 722/11
**69 [1]** 682/11

**7**

**70 [2]** 682/15 760/14
**71 [2]** 682/20 683/1
**75-milligram [5]** 695/4 695/7 695/11 695/15 695/24
**78 [1]** 743/3
**79 [1]** 743/3

**8**

**80 [3]** 674/24 689/9 743/4
**80 percent [1]** 637/5
**81 [1]** 742/11
**844 [1]** 527/15
**85 [6]** 558/20 559/4 636/8 636/12 637/4 675/7
**88 [5]** 621/14 621/20 621/25 622/3 622/10
**89 [1]** 618/20

**9**

**9004-74-4 [1]** 598/19
**95465 [1]** 750/25
**9:30 [2]** 527/12 529/4

**A**

**a.m [2]** 527/12 529/4
**ability [2]** 582/8 583/23
**able [18]** 532/21 542/2 542/11 565/11 565/14 565/17 571/1 575/12 575/15 576/2 611/17 620/11 641/21 642/4 666/25 700/20 707/20 719/15
**about [205]** 535/1 537/20 538/21 539/14 542/19 549/12 556/10 556/12 556/16 556/19 557/21 558/10 558/15 558/23 560/2 561/1 561/8 561/16 561/21 562/2 562/4 562/20 565/7 570/5 573/10 573/11 573/13 573/19 573/22 574/4 574/6 574/9 575/5 575/15 577/22 578/2 578/11 580/16 580/25 581/2 581/15 582/13 584/16 585/10 586/13 586/19 587/5 587/16 588/1 588/2 588/10 588/20 588/25 589/7 593/23 595/14 599/10 600/2 601/11 602/18 603/14 603/23 603/25 604/5 604/16 604/21 605/9 606/13 609/19 614/16 615/19 616/22 616/24 617/2 617/4 617/23 617/24 618/12 618/23 619/4 619/14 619/16 620/5 621/6 621/7 623/4 623/9 623/14 623/22 624/4 626/7 626/10 626/17 626/22 627/3 627/8 627/10 628/10 628/20 628/25 629/4 629/21 629/24 630/3 630/3 630/6 630/8 630/11 631/6 637/2 638/1 638/21 638/25 639/8 639/11 639/12 639/15 640/9 640/12 640/24 641/9 642/12 643/10 643/17 643/22 644/11 644/13 644/24 645/4 645/25 646/24 647/1 647/5 649/4 650/16 650/25 651/13 652/24 653/9 661/23 662/10 665/19 665/25 667/16 668/5 668/7 669/21 670/17 671/13 672/3 673/23 678/5 680/17 682/12 683/1 684/24 688/9 688/16 691/9 692/8 699/23 699/24 701/6 701/8 703/2 707/2 708/25 709/15 709/22 710/5 710/19 710/25 711/16 713/2 713/5 715/1 716/19 717/12 718/17 719/1 719/11 720/22 724/1 724/2 724/3 724/23 726/8 726/22 727/10 733/8 733/19 739/6 740/9 740/17 747/7 749/8 756/14 756/17 758/12 758/13 759/16 761/13 765/4 765/4 765/9
**above [8]** 554/6 554/14 558/18 558/25 559/1 706/11 738/25 744/5
**absolute [1]** 679/23
**absorbed [3]** 577/9 580/2 581/7
**absorption [10]** 576/13 579/24 580/3 580/7 583/5 583/10 584/12 625/16 631/3 648/8
**abstract [2]** 598/15 694/15
**acceptability [1]** 584/23
**acceptable [7]** 550/7 550/8 589/20 591/2 686/17 702/4 760/22
**acceptance [1]** 558/14
**accepted [1]** 532/5
**access [2]** 576/11 755/4
**accommodate [1]** 640/15
**accompany [1]** 569/10
**according [8]** 536/6 547/10 638/4 640/22 678/6 710/14 741/13 748/24
**accordingly [1]** 639/25
**accurate [3]** 535/13 535/21 767/8
**accurately [3]** 544/18 560/20 568/25
**accused [1]** 652/12
**acetate [2]** 561/14 561/15
**acetic [1]** 624/9
**achieve [1]** 579/16
**achieved [3]** 645/20 683/5 683/9
**achieves [1]** 680/21
**achieving [3]** 625/23 637/18 680/5
**acid [12]** 542/3 542/5 542/10 542/13 542/15 542/20 542/23 554/20 624/8 624/9 671/5 674/25
**acidic [1]** 578/10
**acids [1]** 624/8
**Acova [1]** 750/4
**acquire [4]** 728/16

A


**acquire... [3]** 729/21 753/16 762/22
**acquired [16]** 653/17 657/19 725/5 725/24 728/17 729/16 729/17 729/23 730/11 730/15 730/19 759/20 759/25 762/25 763/2 763/5
**acquires [1]** 734/17
**acquisition [8]** 723/21 726/22 728/25 746/7 757/7 757/19 757/20 759/14
**across [4]** 571/15 583/8 583/9 601/1
**act [1]** 586/7
**action [4]** 701/18 724/9 746/21 747/11
**active [7]** 538/12 577/17 586/8 597/25 732/10 747/10 747/13
**actives [1]** 579/22
**activities [4]** 571/6 571/10 695/17 697/23
**actual [2]** 620/11 757/18
**actually [21]** 546/11 546/20 551/5 554/7 554/11 580/12 593/7 636/7 638/18 640/3 677/4 680/11 682/21 684/7 685/11 688/19 708/5 712/14 713/6 714/21 719/17
**acute [22]** 576/4 576/7 724/7 726/25 727/7 730/16 730/22 730/24 730/25 731/4 731/5 731/8 731/13 732/17 732/19 735/22 735/22 741/14 759/5 759/6 759/19 759/22
**ADAM [2]** 528/6 721/25
**add [6]** 554/11 563/14 635/21 648/10 648/10 649/11
**added [1]** 655/1
**adding [9]** 642/25 645/19 646/17 648/2 648/5 648/18 648/19 719/13 719/16
**addition [9]** 615/18 662/18 683/8 718/19 726/25 727/4 727/9 759/3 760/22
**additional [7]** 539/12 540/13 540/17 568/24 607/21 633/22 721/15
**address [4]** 529/7 625/20 723/3 766/6
**addressing [1]** 760/1
**adjust [1]** 578/13
**adjusting [1]** 671/8
**administered [8]** 576/14 626/12 627/6 642/5 645/21 683/6 732/7 732/13
**administration [36]** 532/4 546/14 548/19 549/24 550/22 552/2 552/3 552/7 552/11 552/16 571/16 576/8 576/10 589/19 590/21 614/10 614/21 621/21 621/24 627/4 627/9 635/2 637/17 639/1 644/23 646/25 699/18 700/9 700/13 708/9 726/24 729/11 732/9 746/16 747/4 761/17
**admit [10]** 543/15 543/17 567/1 615/9 661/8 672/14 672/25 673/13 678/24 766/5
**admitted [53]** 538/17 538/19 539/6 539/7 543/16 559/10 559/13 566/12 566/13 567/15 569/6 569/7 607/17 607/18 615/12 615/13 631/13 631/14 634/1 634/2 635/10 635/11 651/3 655/16 655/17 656/5 656/6 658/18 658/19 659/11 659/12 660/5 660/6 660/23 660/24 661/11 661/12 663/15 663/16 672/17 672/18 673/3 673/4 673/16 673/17 679/2 679/3 681/1 681/2 699/24 701/2 701/3 766/16
**admitting [1]** 651/7
**adult [1]** 746/16
**adults [2]** 761/15 761/15
**advance [4]** 662/20 670/25 704/21 706/22
**advanced [1]** 663/8
**adverse [2]** 748/11 748/25
**advisors [1]** 745/24
**aerosol [1]** 621/22
**aerosols [1]** 570/12
**affect [9]** 579/20 597/15 625/16 626/10 626/18 626/22 641/18 678/13 678/16
**affects [4]** 583/19 597/17 597/18 643/1
**affirmed [1]** 567/24
**after [25]** 532/18 551/24 554/1 556/19 569/22 570/1 580/3 581/8 614/1 629/22 677/2 679/8 684/8 712/11 712/12 712/17 717/16 717/17 724/14 724/20 726/22 742/3 742/4 743/4 747/12
**afternoon [6]** 530/4 544/3 684/17 716/17 721/19 721/25
**afterwards [1]** 543/20
**again [25]** 553/12 556/18 589/4 605/22 610/15 610/16 616/18 616/25 630/23 634/8 639/5 645/17 648/24 648/25 656/8 664/19 666/3 670/5 691/4 696/16 710/13 719/3 720/18 742/22 756/13
**against [1]** 581/19
**age [4]** 732/15 736/8 736/15 741/15
**agency [4]** 633/13 634/20 634/22 712/9
**agent [2]** 623/18 639/19
**agenting [1]** 671/8
**agents [14]** 581/17 581/18 622/23 623/2 623/7 623/25 624/5 624/7 624/11 638/20 639/12 643/23 644/1 644/5
**ago [3]** 557/22 558/11 570/6
**agree [30]** 535/11 563/21 566/3 590/8 593/14 595/1 602/4 609/16 610/20 611/11 612/5 612/22 619/24 620/20 621/17 625/22 628/2 633/13 637/6 637/19 638/13 646/18 647/23 650/4 656/21 665/10 666/3 695/9 695/13 702/15
**agreement [22]** 658/12 658/13 659/2 659/4 659/21 659/22 660/13 660/15 661/3 661/4 661/6 663/6 714/16 715/2 720/3 750/1 750/3 750/24 751/12 752/11 752/13 757/8
**agreements [2]** 657/8 714/18
**ahead [3]** 543/23 566/16 704/14
**air [1]** 580/18
**alcohol [16]** 595/22 596/2 596/3 596/5 596/7 596/9 596/20 597/9 597/10 617/14 617/15 671/20 679/23 707/14 708/7 720/15
**alcohols [10]** 595/18 595/19 596/1 609/14 609/20 609/21 609/23 617/12 617/12 719/19
**Alcon [1]** 568/14
**ALEXA [1]** 527/22
**aligns [1]** 746/14
**alkoxy [2]** 687/24 688/3
**alkylene [1]** 631/5
**all [74]** 529/11 529/13 537/14 538/17 539/9 539/20 543/22 553/21 560/5 562/24 564/24 565/21 567/13 574/25 578/20 579/12 581/6 583/4 583/13 592/1 597/14 597/20 599/25 602/20 602/25 603/11 604/2 606/4 607/25 608/21 610/24 621/23 625/13 641/16 646/6 661/19 663/3 664/1 665/18 665/25 666/12 669/24 683/13 684/8 684/12 684/13 688/25 690/23 692/25 697/21 697/22 705/1 718/18 721/23 722/24 725/21 725/24 728/14 741/19 743/10 744/5 745/16 745/16 748/8 752/21 759/9 760/11 763/20 764/6 765/18 766/4 766/5 766/13 766/23
**allow [5]** 613/25 632/12 637/17 638/23 683/5
**allowability [2]** 615/7 615/10
**allowance [1]** 615/3
**allowed [1]** 683/19
**allowing [1]** 736/8
**allows [1]** 747/11
**almost [1]** 621/23
**alone [1]** 706/14
**along [3]** 631/9 653/18 728/12
**already [22]** 539/6 539/7 540/14 540/15 576/9 577/25 578/8 580/16 581/20 586/22 587/1 599/11 613/24 616/20 623/9 644/17 672/3 708/25 718/6 728/1 729/9 753/21
**also [56]** 532/4 534/12 537/6 549/7 553/15 556/8 563/3 570/18 571/14 571/19 572/7 578/12 579/20 581/9 581/19 582/11 582/20 583/23 586/7 590/15 591/1 597/18 597/24 599/17 601/15 609/13 611/7 618/4 619/9 623/22 631/3 642/7 647/20 648/8 649/21 654/25 664/17 683/9 692/19 693/3 697/12 698/11 706/6 711/15 719/9 719/20 720/5 724/7 726/5 733/16 734/25 736/6 738/23 756/22 757/11 765/6
**alter [2]** 566/21 578/11
**altered [1]** 535/17
**alternative [9]** 667/5 667/16 668/1 673/24 726/24 727/1 727/2 735/10 741/21
**alternatives [1]** 648/14
**although [2]** 554/9 764/1
**always [13]** 532/13 592/24 604/6 604/7 606/1 606/5 606/6 607/6 607/12 607/22 643/7 643/7 726/12
**am [4]** 544/21 553/23 734/22 759/18
**Amended [1]** 659/20
**amendment [3]** 658/6 659/20 751/11
**American [1]** 574/20
**among [2]** 619/22 715/18
**amongst [1]** 607/25
**amount [6]** 542/15 554/12 590/22 626/17 641/17 697/13
**amounts [4]** 689/19 690/12 690/16 690/24
**analysis [8]** 592/18 612/16 663/7 683/23 705/18 721/3 741/4 741/5
**ANDA [23]** 531/10 537/4 537/13 537/16 537/17

**A**


**ANDA... [18]** 537/19 537/24 541/16 542/3 542/8 542/11 542/15 542/17 542/21 543/2 545/9 545/17 545/20 667/18 677/4 677/11 678/9 679/6
**anhydrous [1]** 561/14
**ANIL [1]** 528/5
**animal [1]** 551/25
**animals [2]** 552/6 693/23
**Anirban [1]** 555/1
**ANNA [3]** 722/25 723/4 723/8
**Anna Lisa [1]** 723/8
**another [22]** 539/5 555/18 579/11 582/5 598/6 599/5 604/9 623/22 633/7 656/14 673/8 706/3 715/14 729/3 732/4 734/12 741/17 757/21 759/20 759/25 762/18 762/19
**answer [12]** 665/19 685/16 686/18 688/21 699/22 703/6 734/7 734/9 734/13 734/22 744/17 762/24
**answered [1]** 703/2
**answering [2]** 544/18 560/20
**anticipate [9]** 575/7 593/21 594/5 703/13 703/19 703/22 705/6 705/18 706/7
**anticipated [3]** 593/13 594/3 610/5
**anticipates [2]** 593/4 612/6
**anticipation [2]** 592/14 617/1
**antioxidants [1]** 585/22
**any [121]** 537/2 537/10 537/20 538/10 540/7 544/25 545/8 545/11 545/16 545/24 546/1 546/17 546/23 548/17 549/16 550/4 550/17 556/2 560/2 562/4 564/12 564/24 568/21 569/9 570/14 570/20 571/17 571/23 573/7 573/14 573/20 574/7 574/11 574/11 576/6 576/19 578/22 578/24 580/6 581/23 584/11 584/14 586/4 586/21 592/22 594/13 594/15 598/25 602/13 611/21 611/24 612/2 615/23 616/5 616/7 616/11 616/23 620/7 620/12 621/25 625/25 626/7 626/17 626/18 626/23 629/3 630/3 631/16 636/18 636/23 638/4 639/14 639/18 641/22 643/2 645/3 645/11 648/2 650/12 654/21 661/17 662/18 662/25 663/24 664/11 664/13 664/14 664/21 665/7 665/9 665/24 665/25 666/2 667/5 668/24 673/19 675/15 676/7 679/24 704/6 704/7 714/19 716/4 719/14 719/25 723/6 724/21 729/1 729/6 729/8 729/20 729/25 731/12 732/3 741/19 749/6 749/9 755/17 761/8 763/8 765/25
**anybody [1]** 547/15
**anymore [1]** 763/6
**anyone [2]** 535/18 540/16
**anything [31]** 529/7 544/17 560/19 562/20 603/23 603/25 604/4 616/21 617/2 619/4 620/10 620/15 626/6 626/9 626/16 626/21 627/2 627/7 628/20 639/7 641/9 643/16 644/21 645/6 649/3 710/19 710/20 720/21 721/6 765/8 766/6
**anywhere [4]** 543/4 642/10 642/13 709/21
**API [3]** 548/20 562/17 680/6
**apologies [4]** 600/6 614/16 667/20 682/21
**apologize [1]** 607/20
**appear [2]** 594/15 761/25
**APPEARANCES [2]** 527/20 528/1
**Appendix [1]** 739/10
**applicant [3]** 606/11 678/9 678/11
**application [33]** 531/14 531/15 531/16 531/18 531/19 532/1 533/4 533/11 542/11 588/21 588/23 595/16 606/10 606/13 607/8 616/9 620/25 621/3 622/1 636/4 638/2 640/17 640/22 642/13 642/20 643/25 645/19 714/3 714/8 714/9 719/11 719/15 719/17
**applications [6]** 588/20 600/25 601/5 619/18 619/19 620/2
**applicator [1]** 640/12
**applied [3]** 580/1 592/17 612/15
**applies [1]** 686/14
**apply [3]** 592/5 628/5 698/24
**appreciated [1]** 567/11
**appreciation [1]** 678/21
**approach [4]** 553/7 565/23 594/25 684/19
**appropriate [3]** 634/20 634/24 747/10
**appropriately [2]** 665/20 699/24
**approval [14]** 542/7 543/3 671/1 675/15 676/6 677/11 711/13 712/6 712/11 713/10 731/10 737/14 750/8 762/17
**approve [1]** 678/17
**approved [27]** 553/13 586/22 618/1 618/12 618/24 628/11 628/14 635/1 654/20 678/23 708/14 708/16 708/17 708/17 708/22 712/13 712/17 712/20 713/3 713/11 731/10 731/13 732/4 732/5 761/8 761/11 765/11
**approximately [4]** 670/15 671/14 671/22 681/10
**April [5]** 660/16 661/7 725/4 728/17 750/6
**April 18 [3]** 660/16 661/7 750/6
**aqueous [12]** 611/8 611/13 623/5 640/21 640/23 649/6 649/14 685/15 709/23 709/25 710/2 710/5
**Archer [2]** 767/10 767/11
**are [189]** 530/13 530/19 530/22 530/25 534/14 534/23 535/22 536/6 537/10 537/16 537/17 538/5 544/14 546/21 547/1 547/2 548/22 549/9 549/13 549/13 549/19 550/4 550/17 551/12 551/15 552/5 552/5 552/6 555/6 556/2 557/15 559/10 559/13 560/13 561/24 563/6 563/12 563/13 565/4 567/15 568/10 569/15 571/4 572/16 572/17 573/7 574/7 576/6 576/19 577/4 577/18 578/21 578/24 579/14 580/6 581/23 583/1 583/25 584/8 584/14 585/5 585/19 585/25 586/21 588/2 593/12 595/6 595/15 595/18 596/23 597/6 598/16 598/20 598/20 601/7 602/3 602/13 602/20 603/16 604/5 605/20 606/5 606/6 606/23 607/12 607/25 609/20 612/19 615/13 616/5 617/11 619/17 620/3 620/4 620/7 623/17 623/22 624/6 628/7 633/7 633/20 636/18 636/23 638/4 638/20 639/14 641/15 642/23 644/15 644/17 647/19 648/21 651/7 651/12 654/6 654/21 659/22 661/4 664/21 667/4 669/21 670/1 670/16 671/4 674/8 674/16 675/17 675/18 676/3 678/1 679/20 680/15 680/19 682/4 682/22 682/23 688/4 688/22 692/21 693/17 693/17 694/16 694/18 698/20 699/16 700/7 700/11 700/16 707/5 707/11 708/16 708/16 708/17 709/20 712/18 713/6 715/18 717/5 720/12 722/16 723/18 728/14 729/22 731/7 733/7 734/5 734/19 734/25 736/6 738/11 740/11 740/14 741/5 743/6 744/19 747/3 747/4 748/8 752/9 753/10 754/11 759/16 763/20 763/23 764/6 765/7 766/15 766/18 766/20
**area [2]** 583/9 740/5
**aren't [1]** 585/4
**argue [6]** 664/17 665/10 665/19 666/4 699/24 703/2
**argues [1]** 612/18
**argument [1]** 699/23
**around [19]** 541/18 541/18 541/21 545/7 588/21 602/24 618/19 629/5 630/5 637/5 666/9 666/25 667/14 667/21 668/3 674/17 708/6 712/10 722/22
**arrive [1]** 721/4
**ARS [5]** 740/14 763/19 763/23 764/4 765/2
**art [21]** 588/5 591/6 591/11 592/23 592/25 595/9 615/18 617/10 624/12 638/5 647/5 688/11 689/16 691/14 691/18 691/24 699/4 702/19 705/5 706/24 707/19
**Artemis [2]** 747/14 747/18
**Artemis-1 [2]** 747/14 747/18
**articles [5]** 535/7 535/16 535/17 535/22 620/14
**artificially [1]** 719/13
**arts [1]** 650/13
**as [282]**
**aside [2]** 699/10 724/11
**ask [16]** 538/20 633/13 658/1 661/14 666/3 682/21 691/4 710/13 714/6 716/7 719/25 722/17 726/8 738/11 765/13 766/2
**asked [8]** 651/17 689/10 716/19 717/12 718/13 719/9 719/20 753/21
**asking [9]** 557/21 558/10 632/10 632/11 632/17 633/6 633/7 634/19 692/8
**aspect [2]** 578/23 749/20
**aspects [2]** 630/7 646/5
**assert [1]** 621/15
**asserted [17]** 575/7 575/9 575/11 587/5 587/17 593/12 612/6 612/19 613/25 686/4 702/21 703/13 703/19 703/23 705/6 706/7

**A**
**asserted... [1]** 706/8
**assess [1]** 541/6
**asset [16]** 660/13 661/3 728/1 728/9 728/25 729/23 730/15 735/18 735/19 741/10 745/7 750/1 750/3 756/3 756/4 756/7
**assets [1]** 738/1
**assigned [1]** 657/17
**assisted [1]** 569/9
**associated [6]** 536/2 536/7 549/16 549/20 550/4 690/7
**Association [1]** 574/20
**assume [8]** 608/3 611/3 622/18 638/1 645/17 718/14 733/5 753/17
**assumed [1]** 744/12
**assumes [1]** 740/15
**assumption [3]** 741/9 741/20 752/16
**assumptions [4]** 738/6 738/7 740/11 740/14
**assure [1]** 758/7
**asterisk [2]** 588/17 589/4
**attached [3]** 531/13 547/12 668/18
**attachment [2]** 761/24 763/12
**attempt [2]** 671/15 671/24
**attempted [1]** 654/6
**attempting [1]** 668/3
**attempts [3]** 532/11 667/13 667/21
**attorneys [1]** 716/9
**attractive [3]** 726/25 727/8 733/17
**attributed [1]** 690/7
**AUC [1]** 558/22
**audio [1]** 532/14
**August [3]** 590/3 662/13 678/3
**August 15 [1]** 662/13
**August 19 [1]** 590/3
**Austin [4]** 568/11 568/13 570/6 571/4
**author [1]** 573/7
**authored [2]** 573/12 573/20
**authorization [1]** 760/17
**availability [3]** 533/8 533/15 731/17
**available [26]** 540/9 540/14 540/17 548/12 548/22 596/24 597/24 597/24 602/25 610/24 617/25 639/2 641/24 644/18 688/4 688/7 688/17 688/22 688/23 711/18 731/7 731/21 736/4 742/5 753/15 763/24
**avoid [2]** 584/20 598/25
**aware [17]** 565/20 594/15 602/13 620/4 620/7 636/23 654/6 664/21 667/4 676/3 691/25 712/18 722/17 729/8 749/9 759/18
759/20

**B**
**back [27]** 553/4 572/5 573/19 582/2 587/12 587/16 595/12 601/24 615/20 616/25 620/10 630/18 633/19 650/24 657/15 663/18 673/22 677/1 682/20 684/9 687/21 717/18 720/9 721/20 725/11 730/14 742/16
**backbone [1]** 596/22
**background [10]** 532/7 533/1 533/7 569/1 569/20 575/23 674/19 676/4 684/24 724/14
**backup [1]** 566/6
**bacteria [1]** 579/9
**bad [1]** 582/2
**balance [7]** 579/13 581/19 584/3 584/5 585/13 625/4 646/1
**balancing [1]** 683/19
**banner [1]** 551/19
**base [37]** 591/1 591/2 591/3 605/20 613/9 637/6 648/12 648/14 648/16 648/20 649/4 649/6 649/12 649/13 686/9 686/15 687/5 696/13 699/12 702/4 709/11 709/25 737/25 738/4 738/7 738/19 738/20 739/1 739/5 739/13 740/10 740/11 740/14 740/18 740/22 741/23 744/11
**based [15]** 533/6 535/24 536/9 536/21 548/24 549/23 550/13 551/15 558/24 621/8 624/10 671/16 671/25 683/21 737/24
**basic [1]** 537/12
**basically [2]** 584/10 757/12
**basis [4]** 532/25 551/17 552/7 632/17
**batch [4]** 538/5 551/15 669/16 695/15
**batches [1]** 669/21
**Bates [39]** 531/4 534/24 540/19 547/7 552/25 554/25 555/10 557/1 604/19 605/1 605/13 605/19 632/9 633/5 658/9 674/18 694/13 694/18 695/21 696/4 697/8 698/2 728/19 739/9 744/23 745/12 747/20 749/16 749/23 750/22 750/25 751/21 753/5 757/21 758/11 758/18 760/7 760/13 762/4
**Bates 265 [1]** 674/18
**Bates 36778 [1]** 605/13
**Bates 36780 [1]** 605/19
**Bates page 95465 [1]** 750/25
**be [246]**
**beagle [1]** 632/16
**bear [1]** 590/5
**bears [12]** 728/19 744/23 745/12 747/20 749/23 750/22 751/21 757/21 758/10 758/18 760/7 762/4
**beating [1]** 580/22
**became [5]** 726/1 727/10 728/11 750/21 751/9
**because [52]** 531/20 533/12 534/14 539/5 541/25 542/3 549/13 550/1 550/17 550/17 553/11 553/11 554/17 555/24 565/23 566/5 577/18 582/24 584/12 594/6 595/2 595/6 596/21 607/6 607/25 609/10 616/12 627/21 628/19 632/20 632/24 647/18 665/12 666/5 666/24 677/14 683/7 684/8 698/24 706/7 716/25 724/6 728/12 729/17 731/16 731/24 746/2 747/10 756/16 756/19 761/11 763/5
**Bechgaard [2]** 588/10 624/18
**Bechgaard '608 [1]** 624/18
**become [2]** 579/8 694/22
**been [113]** 531/3 531/12 532/20 533/3 534/23 535/7 535/9 535/21 538/3 539/6 539/7 541/19 544/23 546/7 546/18 546/23 547/6 564/12 567/23 568/21 572/1 572/3 575/19 584/17 586/22 593/4 597/22 598/1 613/5 613/7 613/16 613/18 614/9 614/19 615/24 616/4 616/10 617/17 618/1 618/4 619/2 619/5 619/9 620/8 625/5 625/8 625/11 626/8 626/15 626/20 626/25 627/14 627/16 627/21 628/12 628/14 629/20 633/11 635/1 638/14 641/22 642/25 647/7 649/19 650/7 650/10 652/14 653/14 654/24 657/6 664/5 664/14 666/15 680/10 682/5 682/10 682/18 683/17 690/12 690/21 691/25 710/24 712/19 713/9 714/17 716/21 718/2 723/6 725/5 726/12 728/18 731/9 731/22 731/25 732/22 737/23 738/15 743/6 744/22 745/9 746/5 747/19 749/22 750/16 750/19 751/20 753/4 753/14 756/8 758/10 758/17 760/4 761/19
**before [44]** 527/17 529/7 538/20 543/14 545/17 545/20 548/2 562/2 562/25 563/3 566/21 572/20 572/22 575/21 587/25 600/10 626/6 626/9 626/16 626/21 627/2 627/7 627/14 627/22 627/25 628/13 632/21 641/25 643/1 650/24 682/10 683/18 683/18 685/19 689/17 700/24 701/9 710/14 717/16 722/18 723/7 728/1 747/23 766/9
**began [3]** 545/17 558/11 667/12
**begin [6]** 650/25 667/21 684/13 713/8 726/20 727/14
**beginning [4]** 529/3 676/10 704/20 724/14
**begins [1]** 742/7
**behalf [8]** 529/15 530/23 531/1 572/19 572/25 573/3 723/16 723/18
**behave [1]** 626/25
**being [34]** 537/7 546/21 547/3 564/20 567/24 581/8 600/22 606/11 628/20 629/25 641/16 653/24 680/20 682/5 701/20 724/4 724/6 727/5 729/25 731/2 731/6 732/4 736/4 736/10 740/7 740/9 740/11 749/12 752/13 753/24 756/13 758/3 764/20 765/9
**Belgium [1]** 711/4
**belief [1]** 531/25
**believe [30]** 531/23 533/13 533/18 534/16 535/6 535/8 535/10 536/9 537/12 538/10 540/16 557/7 600/7 630/4 632/4 651/6 654/9 659/23 672/9 677/19 694/24 709/6 711/16 713/12 713/22 718/7 720/7 720/8 722/15 755/20
**believed [3]** 532/4 533/12 533/14
**believes [2]** 532/7 639/25
**below [4]** 531/18 736/16 737/24 743/20
**Bench [1]** 527/13
**benefit [1]** 736/7
**benefits [6]** 576/6 586/21 639/14 639/15 682/17 682/25
**benzalkonium [1]** 586/7
**benzodiazepine [7]** 576/20 662/5 662/21 663/4 685/1 746/11 764/12
**benzodiazepines [12]** 549/25 550/16 550/18 550/23 550/24 662/25 726/21 726/24 746/9 763/20 764/6 765/7
**benzyl [2]** 671/20 720/14
**BERLIN [2]** 528/6 722/1

**B**

**besides [1]** 732/3
**best [18]** 531/24 533/2 545/14 547/21 549/9 549/18 550/9 550/20 551/15 552/12 552/17 553/11 554/7 554/17 555/19 556/4 662/24 670/24
**beta [1]** 671/21
**beta-cyclodextrin [1]** 671/21
**better [2]** 724/6 724/8
**between [32]** 558/20 584/5 586/4 597/15 600/1 602/9 606/20 642/24 654/21 657/15 658/7 659/2 659/23 662/3 667/15 667/25 677/18 688/18 698/24 712/10 713/9 715/9 719/21 720/3 724/22 727/20 728/5 729/6 750/25 754/11 758/13 764/19
**beyond [6]** 649/24 699/21 702/25 703/24 744/13 759/5
**big [1]** 600/19
**bill [3]** 672/21 673/8 757/25
**binder [9]** 539/4 539/5 618/16 658/10 685/22 685/23 706/5 709/3 709/7
**binding [1]** 723/12
**bio [1]** 754/9
**bioavailability [13]** 552/10 552/19 552/21 558/23 559/2 559/3 574/18 576/17 675/13 675/17 675/19 710/19 710/22
**bioequivalence [9]** 574/18 674/15 675/16 675/21 675/25 676/12 676/17 676/21 676/25
**bioequivalent [4]** 552/11 552/16 557/12 675/18
**biological [2]** 708/13 708/20
**biologist [1]** 724/17
**BIOPHARMA [1]** 527/3
**bit [15]** 557/9 580/16 584/16 586/19 587/5 591/13 602/19 615/19 642/12 643/10 661/23 668/5 684/24 701/6 719/1
**blanked [1]** 692/7
**blended [1]** 685/19
**blood [1]** 580/2
**blow [6]** 651/13 694/14 696/15 696/17 709/16 717/18
**BMO [3]** 745/19 745/23 746/6
**boards [2]** 574/11 574/17
**bonded [1]** 595/24
**bonding [1]** 699/1
**bone [5]** 653/4 653/24 653/25 654/1 713/25
**Bonnie [2]** 767/10 767/11
**book [5]** 573/20 743/7 743/8 744/4 744/7
**books [5]** 573/20 573/22 573/23 574/19 586/14
**both [17]** 534/14 552/20 571/19 573/2 584/11 596/17 598/15 600/14 638/18 638/20 665/17 697/1 738/20 746/16 747/3 747/3 747/4
**bottom [17]** 549/4 551/19 555/12 558/7 563/19 588/9 588/25 619/18 681/15 717/21 735/2 737/2 743/23 743/23 745/11 745/20 760/20
**box [4]** 536/15 549/4 737/2 737/22
**boxes [1]** 601/5
**brackets [3]** 596/15 670/11 681/25
**branched [1]** 608/21
**branded [1]** 573/1
**Braun [8]** 568/16 569/12 587/15 587/17 588/5 652/1 717/9 717/19
**break [11]** 543/23 562/2 587/7 587/9 587/12 639/3 650/17 650/20 684/8 721/19 721/19
**breathe [1]** 580/18
**breathing [1]** 580/19
**brief [1]** 617/22
**briefing [3]** 665/20 699/25 703/3
**briefly [4]** 574/14 575/23 625/20 664/1
**bring [3]** 587/16 652/1 686/21
**Britain [4]** 713/19 714/2 714/7 714/9
**broadly [1]** 624/12
**brochure [16]** 575/8 599/10 599/15 599/20 600/1 600/24 601/22 602/2 602/7 602/8 612/21 614/2 619/11 619/14 620/2 691/14
**BSF [2]** 565/8 565/14
**buccal [5]** 536/2 536/7 732/8 732/8 732/9
**Buccolam [18]** 732/5 732/6 732/7 732/10 732/12 732/14 758/21 758/25 760/16 760/21 761/3 761/8 761/11 761/14 761/25 762/22 763/1 763/7
**bulk [1]** 695/14
**bullet [18]** 535/25 535/25 549/5 549/7 549/11 617/16 697/17 697/20 729/9 735/2 735/6 736/10 737/15 737/19 739/13 748/10 748/24 760/20
**bullets [2]** 746/13 746/24
**bunch [1]** 689/5
**BURLING [1]** 527/21
**business [12]** 722/2 725/9 725/15 726/12 726/14 726/16 726/19 741/2 754/7 754/8 754/22 755/9
**businesses [2]** 754/11 754/13
**butylated [2]** 636/15 647/13
**butylparaben [1]** 561/11
**buy [1]** 561/24
**buyer [2]** 755/9 756/2
**buying [1]** 564/23

**C**

**C-H-A-R-L-E-S [1]** 567/22
**C.A [1]** 527/5
**call [10]** 529/17 543/7 567/17 599/18 654/17 721/23 722/2 724/14 745/15 758/21
**call-out [1]** 599/18
**called [10]** 539/24 567/23 600/5 600/6 657/16 657/18 674/3 701/20 723/7 724/15
**came [2]** 711/24 729/24
**can [141]** 530/6 533/20 536/11 538/20 538/24 543/14 548/6 550/3 551/22 552/23 553/4 553/9 554/11 554/11 557/9 557/10 557/13 557/18 557/23 558/6 558/7 558/12 558/16 558/23 559/5 563/14 567/10 568/16 575/3 575/4 576/13 576/14 576/16 576/22 577/17 579/20 581/17 581/21 582/1 582/2 582/18 582/24 583/1 583/8 585/7 585/15 587/1 589/4 593/2 593/7 593/8 596/17 597/7 598/12 598/24 599/7 600/12 600/14 600/22 601/14 602/11 605/12 608/18 608/20 608/21 608/21 614/25 615/6 617/20 617/22 618/20 619/12 621/20 624/13 625/23 630/13 633/5 634/4 640/24 643/5 643/23 653/19 661/21 662/1 665/21 666/11 666/23 675/23 678/23 684/22 685/21 685/22 686/9 686/12 687/13 688/21 690/9 693/2 693/3 694/2 694/14 695/21 695/22 696/15 698/5 698/21 699/1 699/24 701/21 701/22 703/2 703/15 704/9 704/10 706/17 709/3 709/16 710/7 715/25 717/9 722/19 724/11 724/13 726/22 731/5 732/24 737/22 740/5 740/20 741/7 741/7 746/11 757/24 758/5 761/23 762/2 762/6 762/23 763/9 763/11 765/15
**can't [8]** 740/21 745/16 746/3 747/19 753/8 755/17 755/22 763/3
**Cancer [3]** 724/18 724/21 724/24
**cannot [4]** 535/17 709/12 712/13 758/7
**capabilities [1]** 755/15
**capacity [3]** 530/20 578/1 616/23
**capital [4]** 745/19 745/23 752/12 752/12
**capsules [1]** 601/19
**capture [3]** 582/17 684/22 738/2
**captures [1]** 580/18
**carbon [2]** 595/24 596/22
**Carbowax [21]** 575/8 599/10 599/12 599/14 599/15 599/20 599/25 600/24 601/1 601/1 601/3 602/2 602/7 612/20 614/2 619/14 619/15 691/14 701/13 701/14 701/17
**carboxymethylcellulose [1]** 639/21
**care [2]** 729/19 729/23
**caregivers [1]** 729/12
**Carolina [5]** 569/24 570/4 570/8 570/16 572/6
**CAS [6]** 534/21 598/14 598/20 598/24 599/1 599/3
**case [42]** 530/5 544/4 546/12 564/19 591/4 591/11 614/1 629/15 634/10 655/11 655/25 668/15 672/12 672/23 673/11 681/13 683/22 694/6 721/13 728/9 737/25 738/4 738/4 738/4 738/5 738/7 738/19 738/20 738/21 738/21 738/24 739/2 739/6 739/13 740/10 740/11 740/14 740/18 740/22 741/2 741/23 744/11
**case' [1]** 737/24
**categories [1]** 608/15
**category [3]** 586/3 605/15 605/24
**cause [3]** 583/2 584/11 689/19
**caused [1]** 707/17
**cavity [9]** 577/25 578/9 578/12 580/4 580/10 581/8 582/1 583/8 584/12
**cc'd [1]** 745/3
**Centennial [1]** 568/14
**Center [3]** 724/19 724/21 724/25
**centralized [1]** 760/16
**centric [2]** 729/22 733/12
**certain [15]** 530/23 531/1 577/19 584/17 665/4 686/7 722/8 723/16 726/15 730/7 738/3 738/3 741/5 741/6

C


**certain... [1]** 764/17
**certainly [3]** 689/21 704/21 709/13
**CERTIFICATE [1]** 767/5
**certify [1]** 767/7
**cessation [1]** 720/25
**challenge [1]** 565/5
**challenges [4]** 554/4 570/20 571/1 576/19
**change [16]** 578/11 578/15 579/18 592/5 607/11 607/21 608/5 622/17 641/20 646/4 648/5 648/8 699/1 725/21 725/24 726/10
**changed [1]** 646/7
**changes [3]** 578/15 641/20 678/16
**Chapel [1]** 569/25
**Chapel Hill [1]** 569/25
**chapter [2]** 603/22 603/23
**chapters [2]** 573/21 573/23
**character [1]** 580/9
**characterize [3]** 582/18 582/24 584/4
**characterized [1]** 582/14
**characterizes [1]** 678/11
**characterizing [2]** 680/20 682/4
**CHARLES [3]** 527/23 567/21 567/23
**chart [5]** 601/8 601/20 638/1 736/16 737/24
**check [1]** 742/16
**checked [2]** 565/8 566/5
**chemical [22]** 534/20 536/22 579/4 579/5 588/13 597/17 598/3 598/14 598/22 598/24 600/6 600/9 600/11 600/13 600/14 601/15 601/18 618/4 624/25 630/16 708/13 708/20
**chemicals [5]** 595/7 599/22 630/15 692/24 719/5
**chemistry [1]** 591/17
**chief [2]** 574/15 721/13
**children [1]** 761/14
**Chip [1]** 529/14
**chloride [2]** 561/14 586/7
**choice [2]** 716/25 724/6
**choose [3]** 586/1 679/9 724/5
**chose [4]** 665/8 665/11 666/4 724/4
**chosen [3]** 665/4 675/20 675/24
**chronic [3]** 634/21 635/3 759/5
**cilia [4]** 580/21 580/22 584/18 628/25
**ciliary [1]** 721/1
**ciliotoxic [2]** 721/2 721/4
**ciliotoxicity [3]** 584/17 628/24 720/22
**CIPLA [100]** 527/7 527/7 529/20 530/12 530/23 531/1 531/4 532/4 532/6 532/10 532/19 532/22 532/23 532/25 533/6 533/12 533/14 534/24 537/23 538/8 539/3 540/4 540/20 541/9 541/11 541/15 541/23 542/6 543/3 543/9 544/11 544/12 544/21 545/2 545/6 545/8 545/12 545/16 547/7 549/23 550/14 550/21 551/2 552/9 552/15 552/25 554/5 554/5 554/14 554/25 555/4 555/11 557/2 559/17 561/9 561/21 562/18 566/19 566/19 573/3 606/11 656/12 664/7 664/17 665/10 666/4 667/1 667/3 667/4 667/12 667/16 667/18 667/21 667/24 668/24 670/21 670/24 671/6 671/15 671/23 673/19 673/23 674/21 675/20 675/24 676/11 676/13 677/4 677/9 677/18 679/6 679/9 679/20 680/19 681/8 682/4 682/9 710/10 710/14 721/14
**Cipla's [14]** 529/20 531/10 531/24 533/2 545/17 545/20 546/2 546/25 557/15 667/10 668/6 668/22 669/3 680/2
**circulation [2]** 576/12 580/3
**circumstances [1]** 740/22
**circumvents [1]** 536/1
**citation [1]** 614/25
**citations [1]** 614/24
**cited [8]** 588/6 588/18 589/1 589/6 621/14 655/19 672/2 674/9
**claim [58]** 588/1 589/8 589/12 589/12 589/13 589/14 589/16 589/17 590/10 590/13 590/13 590/14 590/15 590/16 590/18 590/25 593/16 593/19 593/21 593/23 594/2 594/3 610/5 610/8 612/24 613/1 613/12 614/7 683/24 683/25 684/1 684/3 686/4 686/5 686/7 686/10 686/10 686/12 686/14 686/16 686/22 686/24 687/4 687/5 687/8 687/8 687/10 687/10 695/8 695/12 699/11 699/14 699/17 700/7 700/12 705/9 705/16 736/14
**Claim 1 [5]** 686/10 686/12 686/16 687/8 687/10
**Claim 10 [21]** 590/10 590/13 590/16 590/18 593/19 593/21 613/1 683/24 683/25 686/22 687/4 687/5 687/8 687/10 695/12 699/11 699/14 699/17 700/7 700/12 705/9
**Claim 13 [19]** 589/8 589/12 589/16 589/17 593/23 594/2 594/3 610/5 610/8 613/12 614/7 684/1 684/3 686/4 686/7 686/10 686/14 686/24 695/8
**claim's [1]** 682/17
**claimed [5]** 593/5 593/8 614/12 652/14 714/9
**claims [27]** 575/7 575/9 575/11 587/6 587/17 589/15 590/16 593/12 612/7 612/19 613/25 614/1 656/15 685/24 686/21 700/19 702/20 702/20 702/20 703/13 703/19 703/23 705/6 705/13 706/7 706/8 707/10
**clarify [3]** 559/21 690/19 719/9
**class [4]** 593/9 746/10 748/11 749/1
**classes [2]** 585/19 585/24
**clear [6]** 537/22 554/13 580/25 653/14 654/3 665/24
**clearance [6]** 580/10 580/15 580/20 581/4 581/19 639/17
**clearly [1]** 657/1
**Cleary [3]** 745/2 745/5 749/12
**clinical [15]** 536/22 548/25 549/12 632/13 632/24 633/4 633/17 664/14 696/1 728/2 728/8 746/15 748/17 749/17 749/19
**clinically [1]** 663/8
**clip [4]** 529/22 539/12 559/14 559/18
**clock [1]** 766/21
**close [1]** 663/21
**closes [1]** 662/15
**closing [1]** 725/6
**cluster [1]** 731/3
**Cmax [3]** 558/15 558/17 558/22
**code [1]** 678/6
**colleagues [1]** 748/8
**collection [1]** 606/25
**column [6]** 539/23 670/9 670/10 670/10 687/22 720/18
**Column 6 [1]** 687/22
**Column E [2]** 539/23 670/10
**columns [2]** 538/6 538/7
**combination [15]** 575/8 582/9 594/7 610/8 610/13 610/18 611/5 611/18 612/19 612/25 613/12 637/10 701/12 701/16 701/20
**combinations [11]** 571/9 595/21 610/17 610/22 610/23 610/24 611/1 611/9 611/13 611/16 623/6
**combine [1]** 613/19
**come [7]** 549/7 567/7 622/25 666/9 734/19 741/6 765/7
**comes [2]** 752/12 764/22
**comfortable [2]** 727/25 728/3
**coming [3]** 540/22 540/24 730/14
**commenced [1]** 529/3
**comment [3]** 560/2 755/17 755/22
**commercial [4]** 600/25 644/22 683/10 756/24
**commercialize [2]** 754/2 754/20
**commercializing [1]** 755/25
**commercially [9]** 596/24 617/25 639/1 644/18 688/4 688/14 688/17 688/23 742/5
**committee [1]** 574/19
**communication [1]** 667/15
**communications [1]** 629/23
**companies [9]** 572/3 572/8 572/10 657/7 657/8 676/23 678/20 714/17 758/13
**company [16]** 572/14 572/20 572/25 573/1 588/13 653/16 657/18 665/2 711/2 729/22 733/12 733/23 734/5 734/19 754/10 755/10
**comparable [5]** 552/4 552/21 559/5 641/15 697/10
**compare [4]** 597/2 641/13 647/10 669/18
**compared [8]** 558/24 576/17 601/12 675/11 724/8 738/21 747/6 747/12
**comparing [1]** 736/16
**comparison [4]** 552/3 552/20 553/16 559/3
**compendia [1]** 586/15
**competition [2]** 756/22 756/23
**competitors [1]** 666/9
**compilation [2]** 538/4 548/21
**complete [1]** 720/25
**completed [2]** 544/24 664/14
**complex [5]** 642/23 643/6 693/2 693/4 693/8
**complicated [2]** 656/16 692/17
**comply [2]** 537/15 558/14
**components [1]** 692/3
**composition [14]** 538/6 589/18 590/20 614/10 614/20 637/9 648/6 648/22 668/4 678/5 698/25 700/8 700/13 721/5

C


**compositions [12]** 621/4 621/9 640/13 640/15 640/18 640/23 641/2 644/15 669/16 670/6 670/7 699/18
**compound [3]** 563/10 563/12 595/23
**compounded [1]** 711/19
**compounds [13]** 584/17 593/6 597/16 600/12 608/10 608/24 609/4 609/20 609/25 619/22 624/25 692/25 719/7
**comprise [8]** 533/23 553/13 606/16 610/10 610/11 640/13 655/2 671/9
**comprises [1]** 548/21
**comprising [5]** 589/19 590/21 614/11 614/21 648/11
**concentrated [1]** 533/17
**concentration [11]** 551/14 554/5 577/14 577/19 578/4 579/16 589/20 619/3 637/3 646/22 654/25
**concentrations [3]** 533/9 533/17 698/6
**concept [5]** 546/22 548/17 551/5 551/13 553/10
**concern [1]** 630/5
**concerning [1]** 571/17
**concerns [6]** 584/14 629/4 629/24 630/3 645/22 648/2
**conclude [8]** 549/23 550/14 552/9 552/15 558/23 614/6 631/6 720/22
**concluded [8]** 532/19 533/7 548/25 552/12 653/25 728/2 728/8 766/25
**concludes [5]** 538/13 543/6 559/6 566/8 765/12
**conclusion [5]** 552/1 552/18 656/21 737/20 747/12
**concur [1]** 634/20
**conditionally [2]** 567/1 766/5
**conduct [1]** 676/17
**conducted [1]** 632/15
**confer [2]** 538/25 566/17
**confess [1]** 704/21
**confidential [8]** 566/24 567/6 654/5 663/23 717/23 738/11 746/5 766/2
**confirmatory [1]** 735/8
**confusion [1]** 598/25
**connect [1]** 598/5
**connection [1]** 707/9
**consent [1]** 658/6
**consequence [3]** 730/24 731/2 731/4
**consider [29]** 550/21 563/9 577/5 577/23 578/7 578/18 581/3 581/13 585/17 589/15 590/10 591/5 596/19 608/2 613/23 615/22 616/1 616/6 623/24 624/21 625/23 629/14 629/19 641/21 656/8 715/9 716/4 753/15 763/6
**considerable [1]** 551/12
**considerate [1]** 581/9
**consideration [6]** 580/5 733/16 734/25 739/25 741/2 757/16
**considerations [6]** 580/6 584/8 625/25 628/23 645/23 645/24
**considered [26]** 542/22 543/2 550/1 552/8 559/5 606/5 606/7 607/6 613/3 613/14 614/13 616/5 623/18 664/7 665/16 665/20 694/6 701/12 701/15 708/14 708/21 710/5 710/22 754/12 757/13 757/15
**considering [6]** 590/16 594/2 614/1 622/9 623/19 733/17
**considers [3]** 582/11 625/14 740/7
**consistently [1]** 605/16
**consisting [1]** 694/25
**constitute [1]** 682/7
**constitutes [3]** 641/2 641/6 652/16
**consultations [1]** 572/11
**consultative [1]** 532/17
**consulted [1]** 602/21
**consulting [4]** 572/7 572/9 678/19 745/24
**consuming [1]** 693/20
**contain [7]** 553/21 636/21 640/19 675/2 675/4 678/7 679/24
**contained [5]** 531/25 637/9 670/18 670/22 718/14
**containing [10]** 626/14 627/11 670/25 674/23 693/7 693/15 708/21 710/2 764/22 764/23
**contains [8]** 593/5 632/25 633/9 634/13 636/2 643/3 692/2 743/10
**contaminated [1]** 579/9
**contamination [1]** 709/1
**content [10]** 590/5 590/7 634/12 646/15 733/5 745/16 745/17 751/25 760/12 762/2
**contents [2]** 679/19 698/5
**context [4]** 577/15 602/22 652/15 753/13
**continue [5]** 565/24 675/20 675/24 722/19 735/8
**continued [2]** 528/1 654/9
**continues [1]** 752/2
**continuing [1]** 761/9
**continuous [1]** 759/1
**control [1]** 760/24
**controlled [8]** 531/7 531/9 540/24 541/1 541/2 674/12 677/18 677/20
**controlling [1]** 722/16
**convenient [3]** 746/20 747/5 760/22
**conversion [2]** 630/8 631/4
**convert [1]** 542/24
**copied [4]** 555/13 667/2 667/3 710/14
**copies [1]** 704/10
**copy [7]** 531/14 667/11 676/1 677/5 677/6 704/6 704/11
**copying [6]** 652/8 666/20 666/21 666/23 666/23 667/5
**corner [1]** 720/10
**corporate [1]** 529/20
**correct [127]** 532/1 533/12 555/20 563/7 563/15 608/3 608/4 645/18 685/1 685/2 685/4 685/5 685/7 685/18 685/20 686/2 686/7 686/25 687/2 687/6 687/8 687/11 687/12 687/16 687/17 687/20 688/1 688/13 688/15 688/22 689/1 689/5 689/9 689/14 689/24 690/5 690/8 690/11 690/15 690/25 691/25 692/2 692/6 692/12 692/16 692/20 692/22 693/4 693/13 693/25 694/7 694/11 694/23 695/5 695/19 696/5 696/10 696/13 697/5 698/7 698/12 698/19 699/5 700/17 701/13 701/18 702/1 702/10 702/13 702/16 702/17 702/22 703/6 703/14 705/10 706/15 707/1 707/21 708/9 708/10 708/12 708/15 710/2 710/11 710/17 710/23 712/12 712/16 713/14 713/17 714/15 714/24 715/19 716/5 719/11 719/12 727/13 729/5 734/2 735/15 742/9 744/1 744/9 747/24 749/1 750/6 750/17 750/19 750/20 751/10 751/19 754/2 754/17 755/2 755/7 755/25 756/5 757/25 758/1 760/18 762/12 764/4 764/10 764/11 764/13 764/16 764/18
**correctly [2]** 727/17 764/16
**correspondence [13]** 531/8 531/9 540/25 541/1 541/3 541/21 629/12 629/17 674/11 674/13 677/18 677/21 678/2
**Correspondence-11726 [1]** 531/8
**corresponding [1]** 548/13
**corticosteroids [2]** 572/15 572/16
**cosolvent [7]** 553/7 556/8 586/8 638/13 643/12 647/4 681/25
**cosolvents [4]** 554/20 556/7 585/22 649/25
**cost [3]** 740/2 740/6 756/6
**could [128]** 532/6 532/9 532/13 532/16 532/25 533/10 533/19 535/8 540/25 541/4 543/1 544/5 544/8 547/4 554/3 554/4 554/22 557/3 560/8 561/13 562/4 566/1 568/7 569/12 569/19 571/21 572/12 573/5 573/24 574/14 575/23 575/24 586/2 586/7 587/15 587/17 588/4 588/11 588/19 588/24 590/11 591/21 592/15 593/17 593/24 596/14 599/23 600/21 601/14 601/24 604/10 606/12 608/1 608/13 608/16 609/11 610/24 611/4 611/14 615/1 615/5 618/9 618/13 618/16 626/11 628/11 628/17 630/18 632/9 635/17 636/8 639/4 640/6 641/12 643/19 644/11 645/20 650/1 650/2 652/1 652/5 652/10 657/4 657/12 658/21 663/18 666/7 666/8 666/17 667/9 672/5 674/19 675/20 675/24 679/6 683/8 683/9 683/10 685/24 689/11 690/12 690/21 691/10 691/15 691/21 692/4 692/10 692/14 693/8 693/19 700/23 705/13 705/19 707/7 707/11 710/24 717/18 719/3 720/6 720/7 720/16 720/18 723/2 730/13 730/23 730/24 756/25 757/13
**coun [1]** 558/5
**counsel [10]** 527/24 528/8 557/21 558/10 566/17 587/8 704/12 704/16 719/13 722/21
**counsel's [1]** 744/19
**count [3]** 631/1 715/17 766/21
**counting [2]** 670/15 715/19
**couple [8]** 572/13 572/24 581/6 581/16 588/1 655/4 669/22 726/15
**course [7]** 539/1 571/11 586/16 671/13 711/5 725/7 751/24
**courses [1]** 571/17
**court [13]** 527/1 527/17 530/17 560/17 600/22

## C


**court... [8]** 643/20 653/19 658/2 661/15 684/22 767/5 767/11 767/12
**courtroom [24]** 529/3 543/15 566/22 631/19 651/20 653/3 663/22 664/2 664/3 664/5 666/11 666/13 666/14 666/15 668/6 669/2 722/8 722/18 723/12 738/12 738/13 738/14 738/15 752/20
**covalently [1]** 595/24
**cover [3]** 575/23 604/15 658/4
**coverage [1]** 583/12
**covered [4]** 610/2 657/13 663/10 713/16
**covers [3]** 591/1 591/3 686/15
**COVINGTON [1]** 527/21
**cream [1]** 598/2
**created [1]** 732/25
**creating [4]** 725/17 726/4 748/3 748/6
**credentials [1]** 591/5
**criteria [6]** 537/14 558/14 558/20 734/23 741/6 761/6
**Croda [3]** 565/8 565/11 566/1
**cross [7]** 684/14 684/15 704/6 704/17 704/20 704/21 717/12
**cross-examination [3]** 684/14 704/17 704/20
**cumulative [1]** 752/2
**current [14]** 530/11 544/10 544/11 544/12 544/13 545/14 633/21 663/19 723/3 726/18 763/20 764/6 764/9 766/21
**currently [6]** 568/10 571/3 662/22 759/18 759/21 763/24
**curriculum [1]** 571/19
**customers [4]** 563/25 564/18 564/23 565/2
**cut [1]** 601/7
**CV [2]** 568/20 568/21
**cyclodextrin [1]** 671/21


## D


**D-A-V-I-D [1]** 567/22
**damage [2]** 689/20 707/17
**dashes [1]** 742/6
**data [18]** 535/19 551/16 551/24 630/12 630/16 630/25 645/3 645/5 728/14 728/15 743/20 743/21 748/23 753/9 753/10 753/12 762/18 762/18
**database [7]** 540/2 540/12 586/14 618/19 633/10 670/14 691/22
**date [29]** 541/20 547/22 573/17 591/12 617/23 626/6 626/9 626/16 626/21 627/2 627/7 629/5 629/12 629/18 629/21 629/22 658/13 659/4 660/15 661/6 662/12 665/5 665/8 665/11 666/1 666/5 681/10 717/14 737/10
**dated [5]** 547/24 557/24 747/24 750/6 751/1
**dates [3]** 541/17 674/16 678/1
**David [2]** 567/21 567/23
**day [9]** 529/6 532/1 539/11 539/12 543/10 632/14 658/14 755/3 766/22
**days [2]** 541/18 576/10
**DD [2]** 735/8 735/9
**DDX [1]** 618/13
**DDX-2583 [1]** 618/13
**deal [7]** 725/7 734/15 745/25 757/5 757/9 757/14 757/17
**dealing [1]** 731/15
**deals [1]** 725/18
**December [2]** 532/2 533/14
**December 2018 [2]** 532/2 533/14
**decide [3]** 541/15 541/23 549/11
**decides [1]** 562/21
**deciding [1]** 561/21
**decision [5]** 546/2 546/4 562/4 729/21 734/10
**decision-making [1]** 734/10
**decisions [1]** 734/24
**deck [3]** 548/11 549/14 552/19
**declined [1]** 664/8
**decrease [5]** 637/16 638/15 641/24 642/8 644/9
**decreased [2]** 644/7 697/13
**decreasing [2]** 643/8 643/17
**deductions [1]** 752/10
**defendants [11]** 527/8 528/8 529/12 529/24 543/12 559/20 721/23 722/1 722/5 765/18 766/10
**defendants' [1]** 539/18
**defense [1]** 581/10
**define [3]** 537/14 599/14 652/19
**defined [3]** 536/23 752/11 752/13
**defines [1]** 599/15
**definitely [3]** 727/8 756/2 757/15
**definition [8]** 591/13 591/24 591/25 592/1 592/6 592/9 710/6 752/17
**degradation [1]** 579/4
**degrades [1]** 579/5
**degree [3]** 569/22 591/14 591/21
**DELAWARE [2]** 527/2 527/15
**deliver [5]** 577/3 577/19 579/15 621/24 674/22
**delivered [2]** 578/3 683/10
**delivering [1]** 571/13
**delivery [26]** 532/20 533/2 536/1 549/1 549/15 549/25 550/14 550/15 550/19 551/3 570/12 570/13 571/13 571/14 571/15 571/15 576/12 591/18 621/22 640/10 644/16 726/24 732/9 748/12 749/3 761/7
**demand [1]** 564/8
**demonstrated [1]** 697/12
**demonstrating [1]** 678/12
**demonstrative [1]** 704/25
**demonstratives [3]** 704/6 704/7 704/17
**department [1]** 548/16
**dependent [6]** 589/13 589/14 590/14 590/15 590/17 686/16
**depending [1]** 576/16
**depends [3]** 589/15 687/8 705/24
**depict [2]** 669/15 670/4
**depicted [2]** 598/12 718/18
**deposit [2]** 582/17 583/8
**deposited [1]** 581/8
**deposition [15]** 529/18 530/1 539/11 539/21 543/24 543/25 559/14 560/6 572/20 575/18 575/19 580/4 689/10 714/20 722/25
**depth [1]** 735/9
**deputy [3]** 543/15 559/16 651/20
**derivative [4]** 608/12 608/25 609/1 611/25
**derivatives [14]** 608/13 609/5 609/6 609/11 609/19 610/23 616/22 616/24 617/3 617/5 689/1 689/4 689/12 719/2
**derived [2]** 600/11 609/2
**describe [11]** 574/14 593/7 596/14 598/12 608/16 623/2 658/5 667/9 668/21 674/20 681/23
**described [10]** 533/6 556/2 556/8 592/25 636/11 639/8 640/5 640/17 668/24 706/2
**describes [3]** 557/11 647/3 668/22
**describing [2]** 602/13 655/22
**design [4]** 666/25 667/14 667/21 668/3
**designated [1]** 724/13
**designation [15]** 530/1 539/21 543/25 560/6 664/24 664/25 722/25 729/10 729/15 729/20 729/24 730/5 730/10 730/12 737/9
**designations [1]** 566/23
**designed [2]** 654/14 666/9
**designing [2]** 562/23 585/10
**desirable [3]** 646/1 680/21 746/16
**desire [1]** 756/24
**desired [1]** 680/5
**despite [3]** 663/8 764/21 765/5
**detail [2]** 727/19 751/25
**details [2]** 725/14 746/3
**detergents [2]** 601/14 601/17
**determine [5]** 692/4 692/10 693/18 706/25 707/8
**determining [1]** 753/15
**develop [23]** 540/12 545/16 551/13 553/12 554/2 572/14 584/10 625/4 662/19 665/2 667/5 667/10 667/13 668/1 668/22 671/16 671/24 674/21 675/21 675/25 677/9 680/15 717/1
**developed [8]** 537/7 545/8 552/5 572/2 600/20 667/17 710/18 765/10
**developing [20]** 540/5 545/17 545/20 546/11 546/12 570/21 576/19 576/24 578/18 580/7 581/14 581/16 584/8 585/18 602/22 632/21 637/9 644/6 653/16 662/4
**development [52]** 529/20 536/24 536/25 537/3 537/13 540/8 540/17 544/25 545/10 546/25 548/13 554/6 562/15 571/6 571/9 571/10 571/18 572/12 574/2 574/16 574/23 577/15 577/24 581/4 591/15 663/5 668/8 671/14 677/2 679/8 695/16 695/17 697/23 712/10 712/15 716/20 722/3 725/9 725/16 726/12 726/15 726/16 726/19 728/2 728/12 746/14 749/7 749/9 755/5 755/15 759/11 759/22
**Development-Neurology [1]** 726/19
**device [19]** 571/9 572/13 581/22 582/9 583/24 637/17 638/22 639/25 640/2 640/10 640/21 641/3 641/7 641/12 642/5 642/24 644/16 645/21 683/11
**devices [10]** 570/19 585/14 639/2 640/9

D

**devices... [6]** 644/11 644/14 644/17 644/19 644/22 644/24
**devoid [1]** 638/20
**diagram [1]** 650/11
**Dial [1]** 628/15
**diameter [3]** 582/18 640/24 640/25
**Diastat [6]** 727/2 731/11 736/8 736/13 741/20 747/6
**diazepam [6]** 724/9 731/10 747/12 760/21 760/23 761/16
**did [131]** 538/8 540/4 541/15 541/23 543/14 545/5 545/16 546/13 546/17 547/15 547/18 547/19 547/20 548/2 548/8 548/10 548/15 549/7 549/11 549/23 550/14 550/21 551/10 552/9 552/15 554/5 555/4 555/22 556/16 562/10 564/3 564/16 564/20 565/23 565/24 566/5 569/23 570/8 570/14 570/20 571/2 587/23 590/2 591/4 591/10 592/8 597/20 613/25 614/6 629/14 629/19 632/23 634/9 652/19 655/10 655/24 659/6 659/24 660/17 662/18 662/24 664/10 664/12 665/12 666/5 667/21 668/14 668/17 668/19 669/11 670/21 670/24 671/9 672/11 673/19 675/2 675/4 675/10 675/21 675/25 676/16 676/20 677/3 677/23 679/6 679/9 681/12 685/11 687/16 687/18 690/16 690/19 703/6 703/8 704/16 707/22 711/14 713/7 715/6 715/7 715/9 716/4 716/7 724/5 724/17 724/18 724/20 724/21 725/1 725/2 725/10 725/15 725/21 725/24 726/3 726/7 726/10 726/10 726/20 727/14 727/24 728/16 729/1 729/2 729/20 732/17 745/25 758/24 759/13 762/21 765/1
**didn't [15]** 545/23 547/21 548/4 552/17 556/4 556/10 556/12 556/13 566/21 676/7 682/21 685/14 690/2 708/5 756/18
**differ [2]** 591/25 597/21
**difference [4]** 728/5 729/6 729/8 758/13
**differences [5]** 597/6 654/21 678/11 678/12 754/11
**different [86]** 534/15 534/17 534/19 537/2 537/4 538/5 538/6 560/22 563/6 563/13 570/10 578/24 583/2 584/25 595/6 595/7 595/7 595/8 595/9 596/23 596/25 597/14 598/16 599/1 599/1 599/17 599/22 601/2 601/3 601/16 604/23 608/12 608/15 608/19 608/20 608/21 609/3 611/16 615/16 622/15 624/25 624/25 628/5 628/6 628/7 636/18 642/1 647/17 647/18 649/25 656/25 669/21 669/25 670/1 670/7 670/16 670/21 671/5 671/18 671/22 674/7 674/8 675/6 675/9 677/6 677/8 678/10 688/25 692/24 693/22 697/6 698/9 698/25 707/6 714/6 719/5 719/18 720/1 726/13 738/2 741/9 741/9 759/21 760/2 761/16 763/2
**differentiating [1]** 606/20
**differently [3]** 535/18 595/8 606/24
**difficult [2]** 566/3 566/7
**diffuse [3]** 582/10 583/7 637/18
**dihydrate [1]** 561/15
**diligence [7]** 727/19 737/21 745/7 748/7 749/13 749/13 753/13
**diluents [8]** 595/15 595/18 611/8 611/8 611/14 617/7 617/9 617/11
**diluted [3]** 691/2 691/5 691/7
**direct [5]** 568/3 617/8 680/2 709/7 718/22
**directed [1]** 554/2
**director [3]** 529/19 535/4 535/12
**disagree [3]** 612/25 613/11 711/23
**discharge [1]** 640/11
**disciplines [1]** 591/15
**disclose [15]** 592/21 592/22 593/2 593/22 594/6 594/7 607/4 609/23 610/3 610/7 612/2 616/21 624/19 638/5 638/12
**disclosed [11]** 592/23 595/15 609/9 636/4 636/7 637/24 644/23 704/18 704/20 705/24 706/9
**discloses [17]** 594/24 595/2 595/3 606/14 607/2 608/6 609/15 610/18 621/15 638/3 638/7 687/24 701/25 702/3 702/7 702/10 702/16
**disclosing [1]** 622/5
**disclosure [11]** 593/2 593/7 609/14 609/22 611/3 640/3 690/8 702/22 705/17 706/9 713/24
**disclosures [1]** 642/2
**discontinued [1]** 763/4
**discovered [1]** 610/2
**discovery [1]** 755/14
**discuss [9]** 543/19 543/22 604/2 621/2 621/12 642/9 653/3 663/22 695/4
**discussed [15]** 559/22 566/20 585/12 595/11 602/16 607/8 616/20 617/13 628/22 634/14 637/24 735/13 737/9 757/12 759/4
**discusses [1]** 695/24
**discussing [1]** 617/1
**discussion [2]** 565/25 644/4
**discussions [2]** 763/1 763/4
**diseases [2]** 576/7 665/3
**disodium [1]** 674/25
**display [1]** 569/12
**displayed [1]** 683/13
**disregard [1]** 691/11
**disrupt [3]** 581/10 584/18 584/19
**dissolve [2]** 577/17 647/8
**distilled [1]** 720/15
**distinct [1]** 598/21
**distinguish [3]** 600/1 602/8 746/24
**distinguished [1]** 620/3
**distortion [1]** 532/14
**distribute [1]** 704/10
**distributed [2]** 712/19 712/23
**distributing [1]** 713/1
**DISTRICT [4]** 527/1 527/2 527/17 767/12
**divesting [1]** 756/6
**dizziness [1]** 748/12
**DMF [1]** 562/17
**DMSO [1]** 624/9
**do [226]** 530/13 530/19 530/22 530/25 531/5 531/6 531/15 533/22 534/25 535/3 535/11 536/4 536/17 537/22 538/2 538/22 539/24 540/21 544/14 546/9 546/15 546/22 547/7 547/9 548/18 549/3 549/5 551/21 553/8 553/14 557/8 558/14 560/13 561/25 562/7 562/20 563/9 563/17 563/21 564/1 566/14 566/23 568/12 571/6 571/10 571/12 571/17 572/9 572/10 573/14 573/16 574/5 574/11 579/10 580/13 584/4 584/21 588/15 590/8 593/14 595/1 597/14 599/1 602/4 602/25 607/21 609/16 609/22 610/6 610/20 611/11 612/5 612/22 612/25 613/11 619/24 620/20 621/17 624/17 625/22 628/2 632/19 634/6 635/4 637/6 637/19 638/13 643/14 646/13 646/18 646/19 647/9 647/23 650/4 651/20 651/21 652/6 652/11 653/9 654/17 656/8 656/17 656/21 658/24 659/17 660/10 665/4 665/6 665/21 668/12 668/24 669/24 671/15 671/22 676/24 677/13 678/13 679/16 680/13 681/5 691/2 691/5 692/13 695/13 699/6 702/15 704/10 704/15 704/24 705/16 706/21 716/19 717/11 718/9 718/13 719/23 722/9 722/13 723/9 723/10 723/11 723/14 723/15 723/24 725/15 726/3 728/21 728/22 729/13 729/14 729/19 729/25 730/3 730/8 731/12 732/3 732/23 733/21 735/4 735/11 735/24 736/18 736/19 736/25 737/4 737/5 737/7 737/11 737/16 739/3 739/4 739/11 739/15 739/16 739/22 740/18 740/22 741/5 741/18 741/24 742/10 742/12 742/13 742/14 742/15 742/24 743/14 743/18 743/19 743/21 743/23 744/5 744/21 744/25 745/3 745/14 745/21 745/22 746/18 746/22 746/23 746/24 747/22 748/15 749/25 750/14 751/3 751/4 751/23 752/7 752/8 752/21 753/6 754/5 755/11 755/12 755/21 756/8 758/15 760/9 760/25 761/21 762/17 763/25 765/6 765/17
**Doctor [1]** 721/11
**doctorate [1]** 591/14
**doctors [1]** 731/12
**document [119]** 531/5 531/14 531/23 532/16 532/17 534/25 538/2 540/21 547/8 547/9 557/9 557/19 557/22 559/22 559/23 563/17 568/19 587/20 588/12 588/12 588/22 589/1 589/25 594/11 599/5 599/9 600/19 603/5 604/12 614/25 618/15 618/21 619/12 624/17 629/9 629/14 629/19 630/1 630/19 632/2 634/4 634/6 634/9 634/12 643/14 655/7 655/8 655/10 655/21 655/24 658/24 659/6 659/17 659/24 660/10

D


**document... [64]** 660/12 660/17 662/9 668/12 668/17 669/11 672/8 672/11 672/20 672/22 673/7 673/10 674/9 674/10 674/16 674/18 676/9 677/17 677/23 679/16 681/5 681/10 681/12 711/22 711/25 712/1 712/22 716/3 717/11 717/14 717/25 718/9 718/12 720/7 720/9 720/17 728/21 732/23 733/2 744/25 745/14 746/1 747/22 748/9 749/25 750/2 751/8 751/23 753/7 753/19 755/21 756/9 760/6 760/7 760/9 760/12 760/19 761/4 761/5 761/20 761/21 762/13 764/5 764/8

**documentation [2]** 664/11 719/25

**documents [25]** 566/20 567/1 588/24 629/3 631/16 655/4 655/19 657/21 664/13 664/17 665/7 665/9 666/2 672/2 676/7 689/21 689/23 694/5 715/4 716/6 716/7 716/8 716/11 732/25 737/13

**does [129]** 540/1 540/15 550/8 551/23 558/17 561/21 564/22 565/1 568/24 575/7 575/8 577/14 580/25 581/3 582/9 583/4 583/13 583/15 584/3 585/10 586/11 591/25 593/22 594/6 594/15 594/17 595/14 597/4 597/5 599/14 599/25 601/11 603/23 604/1 604/4 604/15 604/20 605/16 605/18 606/1 606/4 606/13 606/25 607/3 607/11 608/5 609/23 611/21 611/23 611/24 612/2 616/22 617/2 618/23 619/4 619/13 621/5 621/11 622/20 623/1 623/24 624/19 625/5 630/2 630/10 630/20 631/6 633/13 633/18 634/19 634/23 636/21 636/22 639/7 639/10 639/18 641/1 641/5 641/13 642/9 643/16 644/13 649/3 655/2 655/3 658/4 663/3 664/20 668/20 669/15 669/18 670/4 671/6 678/4 679/24 680/8 680/11 681/23 682/7 686/8 687/10 702/6 702/9 705/5 706/6 706/7 706/11 706/15 713/22 717/22 717/24 720/21 735/16 737/25 739/5 739/17 739/19 740/2 741/19 742/21 744/11 747/14 749/7 761/25 764/3 765/1 765/4 765/4 765/8

**doesn't [19]** 579/8 593/20 594/5 594/6 603/25 607/13 609/14 609/24 610/3 616/21 616/24 637/25 643/7 644/24 680/16 740/17 749/6 749/8 765/3

**dog [2]** 632/12 713/25

**dogs [3]** 632/16 633/16 653/24

**doing [4]** 556/19 572/7 573/10 573/25

**dollar [1]** 739/19

**dollars [1]** 739/7

**domain [9]** 532/8 532/11 532/15 532/19 540/9 548/13 548/23 550/11 762/25

**don't [49]** 532/24 535/8 539/4 540/16 541/17 541/20 543/16 543/20 543/22 557/17 564/18 566/22 566/25 574/10 583/12 596/25 620/5 628/19 650/17 651/6 651/13 669/23 676/7 698/24 701/19 704/11 710/19 710/25 711/24 712/21 716/6 725/13 725/14 726/9 733/4 740/21 742/17 744/13 745/16 747/15 751/25 755/22 756/1 760/11 762/1 762/20 764/18 766/20 766/21

**done [13]** 535/10 535/21 538/11 632/20 692/17 692/21 705/18 709/2 714/19 747/16 747/16 747/17 762/17

**DORSNEY [1]** 528/3

**dosage [2]** 543/9 544/22

**dose [16]** 535/1 551/3 552/22 577/20 578/22 578/22 579/15 579/16 582/2 625/24 644/18 644/19 644/19 668/23 683/6 763/22

**dosed [1]** 552/5

**Dow [10]** 564/19 565/22 565/23 588/13 599/10 601/22 617/25 630/11 630/12 688/7

**down [27]** 540/25 541/4 541/5 553/4 557/3 580/23 581/18 583/2 602/11 619/18 631/8 639/3 640/23 669/23 676/9 687/13 689/2 696/16 706/17 710/7 717/21 721/11 742/20 742/22 744/8 744/10 746/13

**downside [2]** 738/5 738/21

**downsides [1]** 581/23

**dozen [1]** 669/22

**dozens [3]** 597/1 669/22 672/1

**Dr [19]** 568/5 568/19 569/15 569/19 575/4 576/2 589/25 599/9 630/10 630/23 631/6 631/19 658/1 662/9 664/7 673/7 679/16 718/9 722/25

**Dr. [93]** 555/1 567/18 574/22 575/1 575/12 575/15 587/20 587/25 589/7 590/4 591/23 591/25 592/6 592/13 593/12 594/11 594/23 595/1 601/25 602/16 604/12 606/9 607/8 608/3 609/7 609/13 610/17 611/7 611/15 612/5 612/18 612/25 613/3 613/12 615/16 619/21 620/17 621/14 623/10 625/22 627/24 629/9 629/10 630/4 635/15 635/17 635/20 636/1 636/11 637/6 637/13 637/19 637/21 638/4 638/11 638/14 639/23 640/5 642/7 642/12 642/16 643/12 644/25 645/18 646/9 646/13 646/18 646/21 647/3 647/12 647/20 647/23 648/9 651/25 652/24 653/3 654/6 654/13 656/12 665/24 683/22 684/17 687/16 688/16 694/5 714/23 715/2 715/7 716/17 722/2 723/2 723/4 756/11

**Dr. Anirban Thakur [1]** 555/1

**Dr. Anna Lisa Picciolo-Lehrke [1]** 723/4

**Dr. Fisher [2]** 629/10 630/4

**Dr. Gizurarson [3]** 687/16 714/23 715/2

**Dr. Hugh [1]** 567/18

**Dr. Klein [3]** 652/24 653/3 683/22

**Dr. Klein's [1]** 575/15

**Dr. Merkus [3]** 654/6 654/13 756/11

**Dr. Picciolo-Lehrke [2]** 722/2 723/2

**Dr. Smyth [14]** 574/22 575/1 587/20 592/13 594/11 604/12 606/9 629/9 636/11 651/25 665/24 684/17 694/5 716/17

**Dr. Sveinbjorn yesterday [1]** 688/16

**Dr. Wermeling [45]** 587/25 589/7 590/4 593/12 594/23 595/1 601/25 602/16 607/8 608/3 609/7 609/13 610/17 611/7 612/5 612/18 613/3 615/16 619/21 620/17 621/14 623/10 625/22 627/24 635/15 635/20 636/1 637/13 638/4 638/11 638/14 639/23 640/5 642/7 642/12 642/16 643/12 645/18 646/13 646/18 646/21 647/3 647/20 648/9 656/12

**Dr. Wermeling's [16]** 575/12 591/23 591/25 592/6 611/15 612/25 613/12 635/17 637/6 637/19 637/21 644/25 646/9 647/12 647/23 715/7

**drafted [1]** 668/7

**drawback [3]** 639/24 720/19 720/24

**Dreusche [1]** 745/1

**driven [1]** 757/10

**drivers [1]** 757/8

**driving [2]** 733/13 741/1

**droplet [4]** 582/12 582/20 582/21 582/24

**droplets [2]** 582/23 583/1

**drops [2]** 619/20 742/22

**drug [39]** 571/9 571/13 574/15 574/22 576/16 577/3 577/7 577/8 578/3 579/2 579/5 579/17 581/7 591/18 598/6 664/24 664/25 678/9 678/13 680/12 729/10 729/11 729/15 729/20 729/24 730/1 730/5 730/6 731/9 732/4 740/17 740/19 740/24 744/2 744/9 744/13 748/11 749/1 759/25

**drugs [7]** 571/13 576/12 576/13 580/1 763/20 764/6 764/9

**DTX [84]** 559/8 559/12 567/4 567/15 594/9 595/12 599/7 601/24 604/10 610/15 616/18 619/11 620/22 624/15 631/20 631/23 633/23 634/2 636/9 639/4 640/4 643/13 648/25 655/20 656/2 656/6 658/4 658/15 658/19 658/21 659/9 659/12 659/14 660/2 660/6 660/8 660/20 660/24 661/2 661/9 661/12 661/15 662/7 663/13 663/16 694/3 694/20 700/23 700/25 701/3 709/3 709/5 713/21 714/9 717/8 718/8 765/19 765/19 765/20 765/20 765/21 765/22 765/22 765/23 765/23 765/23 765/24 765/24 765/24 765/24 766/13 766/13 766/13 766/13 766/14 766/14 766/14 766/14 766/14 766/15 766/15 766/15 766/15 766/15

**DTX-2022 [3]** 599/7 601/24 619/11

**DTX-2078 [1]** 604/10

**DTX-2134 [1]** 624/15

**DTX-2208 [9]** 594/9 595/12 610/15 616/18

**D**

**DTX-2208... [5]** 636/9 639/4 640/4 700/23 718/8
**DTX-2211 [1]** 620/22
**DTX-2294 [6]** 643/13 648/25 709/3 709/5 713/21 714/9
**DTX-2324 [4]** 559/8 559/12 567/4 567/15
**DTX-2360 [3]** 655/20 656/2 656/6
**DTX-2407 [1]** 631/20
**DTX-2409 [3]** 660/8 660/20 660/24
**DTX-2414 [3]** 659/14 660/2 660/6
**DTX-2415 [3]** 661/2 661/9 661/12
**DTX-2416 [3]** 658/21 659/9 659/12
**DTX-2417 [4]** 658/4 658/15 658/19 661/15
**DTX-2442 [3]** 662/7 663/13 663/16
**DTX-2462 [2]** 765/20 766/13
**DTX-2464 [2]** 765/22 766/14
**DTX-2470 [2]** 765/19 766/13
**DTX-2476 [2]** 765/24 766/15
**DTX-2479 [2]** 765/19 766/13
**DTX-2480 [2]** 765/24 766/15
**DTX-2481 [2]** 765/24 766/15
**DTX-2482 [2]** 765/24 766/15
**DTX-2497 [2]** 765/23 766/14
**DTX-2498 [2]** 765/23 766/15
**DTX-2506 [5]** 694/3 694/20 700/25 701/3 717/8
**DTX-2508 [2]** 765/21 766/14
**DTX-2518 [2]** 765/22 766/14
**DTX-2522 [2]** 765/23 766/14
**DTX-2586 [3]** 631/23 633/23 634/2
**DTX-2632 [2]** 765/20 766/13
**due [9]** 727/19 729/11 737/20 737/21 745/7 748/7 749/13 749/13 753/13
**duly [1]** 567/24
**during [11]** 555/24 570/15 575/13 613/4 613/15 661/24 689/10 717/12 725/21 726/1 726/10

**E**

**e-mail [34]** 547/12 547/24 548/2 555/1 555/12 555/14 555/20 556/9 557/6 557/11 557/24 563/20 564/15 564/25 629/10 629/12 629/17 630/3 630/19 630/21 662/10 662/12 668/18 681/8 745/1 756/17 756/20 756/20 757/18 757/24 757/25 758/19 761/24 763/12
**e.g [4]** 649/8 676/5 748/13 760/24
**each [12]** 580/22 585/24 593/9 594/25 598/21 601/5 603/16 603/16 612/24 696/8 696/20 698/6
**ear [1]** 619/20
**earlier [23]** 532/24 536/21 565/7 617/13 628/10 639/15 643/10 645/25 673/23 687/4 709/10 709/19 712/23 719/1 733/23 735/13 737/10 740/9 740/18 750/10 750/16 757/12 757/12
**earliest [1]** 573/17
**early [8]** 551/4 551/7 662/5 685/6 726/2 727/24 755/14 766/19
**easier [1]** 688/24
**easy [3]** 576/11 746/20 747/5
**edetate [1]** 674/25
**edge [1]** 651/23
**edited [1]** 573/20
**editor [1]** 574/15
**editorial [2]** 574/17 574/19
**educational [3]** 569/1 569/20 724/13
**effect [7]** 530/16 556/11 560/17 625/12 643/2 646/4 689/21
**effective [6]** 577/2 590/21 625/24 626/5 652/23 765/9
**effects [2]** 583/2 628/6
**efficacious [1]** 746/21
**efficacy [3]** 676/5 678/13 678/17
**effort [1]** 748/7
**efforts [6]** 667/10 667/24 668/5 668/8 668/22 679/9
**EHF [1]** 527/3
**eight [2]** 539/18 727/20
**eight seconds [1]** 539/18
**eight-year [1]** 727/20
**either [9]** 573/25 582/17 584/11 592/9 626/15 627/14 674/7 687/19 746/24
**electronic [1]** 672/9
**element [2]** 592/21 592/22
**elements [2]** 643/4 643/5
**Elena [3]** 745/2 745/5 749/12
**Elena Cleary [3]** 745/2 745/5 749/12
**eligibility [1]** 740/19
**else [5]** 641/16 650/17 654/8 709/21 766/6
**elsewhere [1]** 754/9
**EMA [6]** 711/13 712/2 712/3 712/6 712/23 760/17
**embodiment [2]** 695/8 695/12
**embodiments [1]** 643/24
**emphasis [1]** 757/19
**employed [2]** 568/10 570/1
**employees [1]** 718/1
**employer [3]** 530/11 544/10 544/11
**employment [2]** 545/1 545/6
**EMU [1]** 747/16
**enable [2]** 705/5 706/8
**enabled [2]** 614/14 702/21
**encompassed [1]** 608/13
**encompasses [1]** 608/4
**end [4]** 564/6 564/9 736/14 755/3
**ending [14]** 604/19 605/1 605/12 632/9 633/5 658/9 694/13 695/21 696/4 697/8 698/2 739/9 749/16 760/13
**endorse [1]** 532/21
**ends [2]** 596/18 744/3
**enema [1]** 621/22
**engage [1]** 757/17
**engaged [2]** 693/1 757/7
**engaging [1]** 757/8
**engineering [1]** 591/18
**enhance [1]** 583/9
**enhanced [1]** 576/17
**enhancer [4]** 556/9 556/12 586/8 682/1
**enhancers [1]** 585/22
**enhancing [3]** 581/18 643/23 644/1
**enough [3]** 572/1 641/6 684/21
**ensuring [1]** 598/21
**enter [1]** 765/19
**entered [3]** 714/14 714/17 716/5
**entering [1]** 714/16
**entire [3]** 698/16 698/16 698/25
**entitle [1]** 730/1
**entitled [5]** 660/13 669/14 670/2 670/11 672/21
**entity [1]** 534/19
**entrapped [1]** 580/23
**entry [3]** 735/7 735/17 735/24
**envisage [7]** 593/9 609/12 610/1 610/12 611/4 611/18 719/6
**enzymatic [1]** 631/4
**epilepsy [6]** 685/4 727/6 729/19 731/16 733/20 733/24
**epileptic [2]** 763/19 764/3
**epilepticus [3]** 730/19 731/1 731/2
**epithelia [1]** 580/21
**equal [2]** 641/16 641/17
**equilibrium [2]** 696/7 696/8
**equivalence [1]** 558/20
**equivalent [4]** 552/6 552/13 712/3 724/1
**Erik [1]** 686/12
**especially [1]** 602/21
**ESQ [9]** 527/22 527/22 527/23 527/23 528/3 528/5 528/6 528/6 528/7
**essentially [7]** 571/8 582/16 582/22 600/25 632/11 670/12 761/2
**establish [1]** 674/14
**established [3]** 693/17 737/23 746/9
**estimate [4]** 558/15 558/17 558/25 742/3
**Estimated [1]** 738/25
**ethanol [9]** 554/6 554/11 554/12 554/14 554/18 606/18 655/1 674/23 695/1
**ether [12]** 555/17 555/22 555/25 556/3 556/5 556/8 556/13 556/22 556/23 605/4 605/21 681/22
**ethylene [1]** 596/17
**Europe [11]** 654/20 711/7 711/11 711/18 712/19 712/24 732/4 732/15 759/7 761/12 761/13
**European [3]** 711/2 712/3 726/14
**evaluated [1]** 707/12
**evaluating [3]** 635/2 707/1 707/10
**evaluation [3]** 634/24 692/19 725/18
**even [12]** 542/25 609/13 615/21 616/6 677/11 693/15 693/22 702/18 705/4 706/8 757/15 757/16
**evenly [1]** 583/9
**event [3]** 731/5 731/6 735/6
**events [4]** 657/14 748/11 748/25 750/8
**eventually [1]** 654/13
**ever [9]** 545/20 561/19 564/12 572/19 572/22 573/3 670/24 723/6 723/23
**every [3]** 574/5 603/12 671/9
**everybody [2]** 651/12 684/21
**everybody's [1]** 651/12
**everyone [1]** 705/3
**everything [4]** 727/7 730/23 731/4 749/14
**evidence [51]** 538/15 538/19 559/8 559/13 559/24 566/10 566/13 567/16 569/4 569/7 607/15 607/18 615/10 615/14 620/7 631/11 631/14 633/24 634/2 635/8 635/11 655/14 655/17 656/3 656/6 658/16 658/19 659/9

**E**


**evidence... [23]** 659/12 660/3 660/6 660/21 660/24 661/9 661/12 663/13 663/16 666/23 672/15 672/18 673/1 673/4 673/14 673/17 678/25 679/3 680/24 681/2 700/25 701/3 766/16
**evidenced [1]** 695/15
**exact [4]** 531/21 541/17 541/20 547/21
**exactly [3]** 534/21 651/14 674/2
**examination [6]** 568/3 684/14 684/15 704/17 704/20 716/15
**examiner [10]** 588/18 589/6 613/4 613/15 613/25 614/6 614/8 614/18 701/10 701/12
**example [21]** 546/9 570/18 572/18 578/14 586/6 597/23 599/4 601/12 603/15 611/21 611/24 618/5 640/10 640/13 640/24 648/11 688/8 693/10 706/2 706/3 707/14
**examples [10]** 572/13 623/15 624/6 636/18 639/18 639/20 671/19 700/21 700/21 707/13
**Excel [5]** 538/4 669/7 669/8 669/8 679/17
**excellent [3]** 587/9 603/13 647/4
**except [1]** 563/24
**excerpt [1]** 733/1
**excipient [35]** 553/21 555/23 556/3 556/11 556/19 561/18 561/19 564/12 587/1 597/23 603/17 625/10 627/13 632/25 649/23 650/5 650/12 670/13 680/6 680/14 681/25 682/5 687/19 691/15 691/19 692/4 692/10 692/14 696/9 696/20 706/25 707/2 707/8 708/14 718/23
**excipients [67]** 534/15 546/5 546/7 546/17 546/21 546/23 547/1 553/13 553/18 553/24 554/3 561/8 561/21 561/24 562/1 562/3 562/5 562/19 562/21 563/6 579/22 583/23 584/13 585/14 585/17 585/19 585/25 586/2 586/4 586/5 586/12 586/15 586/22 595/10 600/5 603/7 603/14 604/1 605/15 610/8 610/25 622/12 622/25 623/1 623/4 624/22 635/1 641/22 641/22 641/23 642/1 649/19 649/24 671/18 674/20 686/7 686/25 696/7 698/22 698/25 706/1 706/13 707/11 708/16 708/17 717/5 718/22
**exciting [1]** 651/15
**exclusive [4]** 658/11 659/2 659/21 750/24
**exclusivity [19]** 664/18 665/1 665/1 665/5 665/11 666/5 730/2 730/7 740/23 740/24 740/25 741/1 741/1 743/12 743/20 743/24 744/3 744/9 744/14
**excuse [1]** 561/16
**exemplar [1]** 647/12
**exemplary [1]** 612/2
**exercise [1]** 698/16
**exhibit [49]** 531/3 531/6 531/12 534/23 538/22 540/19 543/17 543/21 547/7 547/12 552/25 554/24 554/25 555/10 557/1 557/18 563/15 566/13 567/14 569/7 607/18 631/14 634/2 635/11 651/1 653/9 653/11 655/17 656/6 658/19 659/12 660/6 660/24 661/12 663/16 672/18 673/4 673/17 679/3 681/2 694/19 694/20 699/10 701/3 743/12 745/12 757/21 760/4 761/18
**Exhibit 10 [3]** 534/23 554/24 555/10
**Exhibit 15 [2]** 557/1 557/18
**Exhibit 20 [1]** 540/19
**Exhibit 5 [1]** 547/12
**Exhibit 6 [4]** 531/3 531/6 547/7 563/15
**Exhibit 8 [1]** 552/25
**Exhibit 9 [2]** 531/12 554/25
**exhibits [8]** 538/18 559/12 615/13 706/20 722/7 765/14 766/8 766/13
**existed [2]** 732/12 732/14
**existence [2]** 715/24 716/2
**existing [1]** 615/17
**expect [4]** 642/3 645/18 647/15 647/17
**expectation [11]** 564/5 613/6 613/8 613/16 613/18 616/12 618/9 625/19 625/21 627/19 637/14
**expectations [1]** 741/7
**expected [3]** 748/11 748/19 749/1
**expects [1]** 662/20
**experience [6]** 591/19 591/22 592/4 640/5 642/13 678/19
**experimentation [6]** 692/6 692/12 692/22 693/1 693/3 707/20
**expert [7]** 568/22 574/22 575/1 689/5 705/20 706/4 740/4
**expertise [1]** 740/5
**expire [3]** 664/19 744/6 744/12
**expires [1]** 744/9
**explain [2]** 664/13 665/8
**explanation [1]** 740/6
**exploring [2]** 756/2 756/6
**exposure [1]** 630/24
**expressly [1]** 592/22
**extensively [1]** 695/25
**extent [3]** 567/9 691/8 740/20
**external [2]** 733/14 738/1
**eyes [1]** 630/13


**F**


**face [3]** 588/3 613/24 630/24
**fact [11]** 558/25 581/3 616/20 622/18 625/5 629/4 638/11 663/3 688/7 765/5 765/6
**factor [5]** 577/22 578/6 578/17 582/5 583/19
**factors [6]** 577/4 579/10 585/11 585/13 625/3 650/10
**faculty [3]** 570/3 570/5 570/8
**failed [8]** 652/25 656/20 657/1 710/10 710/15 756/11 756/12 756/16
**fails [1]** 610/7
**failure [7]** 652/7 652/10 652/11 652/16 695/15 710/23 756/16
**fair [9]** 697/3 699/8 710/3 710/4 710/21 730/18 730/21 733/25 754/19
**fall [2]** 608/23 609/4
**false [2]** 535/3 755/20
**familiar [2]** 531/20 743/7
**family [5]** 534/20 602/3 602/8 602/14 609/24
**far [4]** 565/20 702/18 733/1 733/2
**fast [7]** 729/10 730/10 730/12 737/9 740/9 740/10 746/21
**fast-track [4]** 729/10 730/10 730/12 737/9
**faster [3]** 724/9 724/10 747/10
**favorable [1]** 747/7
**FDA [51]** 537/15 539/24 540/1 540/3 540/4 540/9 540/12 541/9 541/12 546/9 553/13 553/18 553/22 553/25 556/1 556/6 556/24 558/19 586/20 586/24 618/1 618/12 618/23 618/24 628/11 631/20 632/23 633/1 633/14 633/18 634/20 634/23 667/16 670/11 670/13 670/25 674/11 675/14 676/6 676/16 676/20 677/14 677/19 678/4 678/15 679/10 712/4 737/14 750/8 753/25 755/20
**FDA's [3]** 618/18 631/16 633/10
**FDA-approved [5]** 553/13 618/1 618/12 618/24 628/11
**FDA-IID [11]** 539/24 540/1 540/4 540/9 540/12 553/18 553/22 553/25 556/1 556/6 670/11
**FDR [1]** 540/3
**February [1]** 555/13
**February 13 [1]** 555/13
**Federal [1]** 678/6
**feedback [1]** 542/23
**feel [2]** 584/24 727/24
**felt [1]** 728/2
**few [16]** 557/22 558/11 561/12 561/13 567/6 568/23 572/3 576/10 607/25 652/24 676/9 684/9 716/17 719/9 719/20 721/15
**field [2]** 591/19 727/5
**figure [4]** 700/20 707/20 713/6 732/2
**figuring [2]** 699/3 700/16
**file [7]** 542/2 542/11 615/3 657/24 679/6 679/10 701/20
**filed [4]** 531/14 667/18 677/4 765/14
**filing [5]** 542/14 542/16 542/21 667/25 675/18
**filter [1]** 580/17
**final [6]** 559/14 600/10 682/12 697/20 698/8 721/18
**finalize [1]** 735/9
**finally [2]** 613/9 661/2
**financial [12]** 734/3 734/7 734/9 734/10 734/13 734/15 734/18 734/21 735/1 740/4 745/24 757/11
**financing [1]** 662/16
**find [3]** 584/5 603/13 756/2
**finding [4]** 654/2 709/6 736/13 748/17
**findings [3]** 737/20 748/21 749/11
**finds [1]** 614/13
**fine [3]** 529/25 567/9 722/20
**finer [1]** 645/6
**finish [1]** 766/18
**finished [1]** 570/1
**finite [1]** 650/13
**first [48]** 538/21 547/20 556/16 562/10 567/24 568/7 577/14 581/6 589/12 590/13 592/13 595/1 595/10 599/25 601/25 613/23 616/14 618/12 621/3 630/20 635/22 635/24 637/13 652/9 657/15 658/4 659/20 661/24 669/14 679/19 726/20

**F**

**first... [17]** 727/20 735/21 735/25 737/15 737/18 739/13 740/15 746/24 750/12 756/12 756/19 756/25 757/4 757/13 758/3 758/3 763/17
**firstly [1]** 613/2
**Fisher [5]** 629/10 630/4 630/10 630/23 631/6
**Fisher's [1]** 631/19
**fit [5]** 733/15 733/16 733/19 734/24 759/9
**fitting [1]** 733/19
**five [4]** 529/22 539/14 559/18 670/23
**five minutes [1]** 539/14
**flag [1]** 651/21
**flat [1]** 743/4
**Flonase [1]** 572/18
**fluticasone [1]** 572/17
**focus [8]** 596/13 622/17 627/17 634/18 635/13 635/24 646/12 648/13
**focuses [1]** 571/8
**folder [1]** 761/18
**follow [2]** 643/7 744/19
**following [5]** 536/23 552/1 552/2 695/14 697/16
**follows [6]** 530/2 539/22 544/1 560/7 567/25 723/1
**Food [1]** 729/11
**force [2]** 530/16 560/16
**foregoing [1]** 767/7
**foreign [3]** 580/18 581/1 588/24
**form [9]** 542/24 554/9 567/10 582/9 582/9 582/23 583/24 636/18 762/19
**former [1]** 756/15
**forming [15]** 591/4 629/14 629/19 634/9 655/10 655/24 659/6 659/24 660/17 668/14 672/11 672/22 677/23 681/12 694/6
**forms [2]** 543/9 544/22
**formula [4]** 590/23 590/24 679/15 679/18
**Formulary [1]** 604/14
**formulate [2]** 622/12 680/4
**formulated [7]** 614/10 614/20 644/16 683/8 699/18 700/9 700/13
**formulation [295]**
**formulations [138]** 532/12 533/8 533/16 533/16 542/14 542/16 542/20 545/1 545/5 545/16 546/8 546/14 546/18 546/19 551/10 551/12 551/25 552/10 557/14 557/15 558/24 560/22 561/1 561/2 561/5 561/8 561/10 562/23 564/21 570/11 570/14 570/17 570/21 571/13 572/6 572/23 573/15 573/18 576/7 576/20 578/20 579/14 580/8 581/5 582/25 583/6 584/5 584/9 584/15 585/1 585/6 585/20 586/12 597/24 600/3 602/24 603/15 604/18 610/9 610/10 611/22 611/25 612/3 613/7 615/17 615/25 616/1 619/7 619/10 620/19 621/11 621/16 622/6 625/11 626/4 626/14 627/1 627/11 627/25 628/1 628/5 628/17 636/19 638/2 638/13 638/23 639/1 639/8 640/16 640/21 641/11 643/1 643/17 644/14 644/23 645/8 645/12 645/23 648/15 649/7 649/20 650/5 652/25 654/10 662/5 663/1 667/5 668/24 669/10 669/24 669/25 670/21 670/23 671/22 673/20 674/3 677/15 678/23 680/5 683/4 683/18 692/5 692/8 692/11 693/18 697/13 697/21 698/7 698/9 698/14 699/7 699/16 700/7 700/11 707/9 716/20 721/3 759/10
**formulator [20]** 540/11 547/17 576/25 577/1 577/4 578/6 578/13 578/17 579/13 581/15 584/3 585/10 585/17 586/11 603/12 625/4 625/14 636/23 645/25 691/9
**formulators [2]** 603/11 680/19
**Forty [1]** 560/24
**forward [2]** 704/25 705/1
**found [6]** 555/24 585/20 612/1 653/23 688/18 707/16
**four [11]** 545/7 545/15 549/5 549/11 573/22 579/10 613/2 633/11 657/14 697/21 724/23
**fourth [2]** 662/17 760/20
**frame [1]** 713/14
**free [4]** 549/2 564/6 709/20 733/2
**free-standing [1]** 733/2
**freely [1]** 550/12
**frequency [3]** 763/21 764/14 765/8
**frequent [1]** 764/25
**frequently [1]** 564/18
**fresh [1]** 607/20
**front [4]** 582/1 723/13 745/18 758/20
**fulfilling [1]** 765/10
**full [9]** 530/6 544/5 560/8 601/8 616/16 630/2 662/17 723/2 766/22
**fully [1]** 614/14
**function [1]** 556/14
**functional [3]** 608/20 681/19 681/23
**functionalities [1]** 608/19
**funding [1]** 662/19
**further [15]** 541/5 551/18 575/21 631/8 640/23 662/19 684/4 697/22 706/15 716/13 721/3 721/9 728/12 755/5 755/16
**furthermore [1]** 614/13
**fuzzy [1]** 704/22

**G**

**G-A-N-D-H-I [1]** 530/10
**Gandhi [9]** 529/17 529/19 530/4 530/8 530/10 538/2 555/13 559/22 669/3
**gap [4]** 727/20 735/7 735/17 735/24
**GATES [1]** 528/5
**gather [1]** 536/24
**gave [6]** 564/7 676/23 705/20 714/12 716/9 716/11
**gel [6]** 618/2 619/2 628/14 628/15 691/23 731/11
**gels [1]** 598/2
**general [12]** 532/9 535/11 537/9 540/7 540/13 548/12 548/15 548/18 548/22 548/24 549/2 578/25
**generally [15]** 546/9 546/15 548/18 548/21 549/3 550/11 550/18 550/19 550/24 578/1 583/16 621/13 634/12 678/7 716/21
**generated [3]** 535/19 642/23 748/1
**generic [17]** 538/1 541/7 541/14 572/15 572/25 667/10 675/16 676/14 676/17 677/2 678/5 754/6 754/8 754/11 754/13 754/22 755/8
**generic's [1]** 678/21
**genus [11]** 593/2 593/3 593/4 593/5 593/7 608/9 609/4 609/19 609/20 719/1 719/4
**German [3]** 724/18 724/20 724/24
**Germany [1]** 723/5
**get [20]** 529/8 554/13 561/25 562/17 562/19 565/21 572/1 575/21 581/7 582/2 583/2 583/12 661/21 688/14 695/22 699/1 708/14 724/12 741/16 756/4
**gets [5]** 583/17 583/18 665/2 705/3 754/9
**getting [9]** 542/7 542/7 554/1 675/14 698/17 708/21 712/6 748/18 757/9
**GHANDI [2]** 530/1 539/21
**GIUNTA [1]** 528/6
**give [8]** 538/24 549/21 574/5 578/21 584/25 629/23 671/19 756/10
**given [16]** 549/19 554/8 555/7 561/22 590/24 611/14 618/8 627/12 642/2 645/11 657/23 664/23 677/14 681/21 690/10 734/6
**gives [6]** 599/17 601/4 604/17 604/22 621/20 752/2
**giving [2]** 542/22 690/14
**Gizurarson [4]** 629/11 687/16 714/23 715/2
**GlaxoWellcome [1]** 572/5
**glycerol [2]** 595/20 596/9
**glycofurol [5]** 624/21 670/21 670/22 670/25 675/2
**glycofurol-containing [1]** 670/25
**glycol [91]** 534/3 534/6 534/9 534/11 534/12 534/17 534/18 545/21 545/24 555/18 556/17 561/11 561/17 562/11 589/21 590/22 594/8 595/20 595/20 596/5 596/7 596/13 596/14 601/3 603/22 604/25 605/4 605/21 606/17 606/18 606/18 610/13 610/19 611/5 611/19 613/19 614/9 614/20 618/21 618/25 623/4 636/3 636/15 636/17 637/3 637/11 638/6 638/8 640/14 640/14 640/20 640/20 641/11 641/17 642/4 646/15 646/16 646/23 647/3 647/10 647/13 647/14 648/10 648/18 649/22 654/23 671/20 674/24 674/25 679/22 679/23 689/16 689/19 690/2 690/4 690/8 690/10 690/17 690/21 690/24 691/2 691/5 695/1 702/8 703/11 703/12 703/17 703/18 703/21 720/14 721/7
**glycol's [1]** 641/13
**glycols [10]** 599/13 599/13 599/16 599/17 601/2 630/9 631/5 687/25 688/4 719/2
**go [62]** 533/19 536/11 540/25 541/4 543/23 548/6 553/4 554/14 557/3 557/18 558/6 559/1 559/2 561/21 566/16 569/18 573/5 575/24 576/22 578/5 580/14 581/12 582/4 585/10 585/15 587/25 588/4 588/11 588/19 588/24 592/15 593/17 593/24 595/12 598/10 601/24 614/4 619/10 630/18 634/4 636/8

**G**

**go... [21]** 652/5 658/9 669/14 673/22 682/20 684/9 685/24 686/12 686/21 687/21 687/22 698/1 700/23 704/14 705/13 709/3 709/15 720/9 725/1 752/1 765/15
**goal [4]** 553/24 576/25 577/1 577/5
**goals [1]** 553/17
**goes [9]** 584/24 669/22 702/18 705/9 742/14 742/20 742/22 744/8 744/10
**going [29]** 548/16 551/3 577/2 577/8 577/9 577/11 578/11 578/21 581/25 583/7 584/11 585/4 585/5 651/12 651/14 661/24 665/18 691/4 691/8 698/17 699/22 704/8 706/22 717/5 717/7 722/22 744/15 744/19 756/19
**gone [1]** 587/2
**good [24]** 529/5 529/14 529/16 530/4 544/3 554/18 560/5 568/5 568/6 573/25 583/6 584/2 585/3 587/7 650/19 684/17 689/17 716/17 721/25 722/24 727/9 728/15 730/16 759/9
**got [16]** 539/13 542/1 572/13 581/6 581/9 596/16 648/22 651/10 688/17 688/19 694/21 712/11 723/7 755/1 755/1 755/6
**Government [1]** 712/1
**grade [5]** 563/24 564/3 564/7 564/10 564/13
**grades [9]** 565/1 565/4 596/23 596/25 599/1 601/2 601/4 604/23 688/5
**graduate [1]** 571/20
**graduated [1]** 724/20
**grams [1]** 674/23
**granted [2]** 729/9 760/17
**great [6]** 557/4 713/19 714/2 714/7 714/9 766/23
**green [1]** 654/24
**ground [3]** 738/19 738/20 738/22
**group [8]** 544/20 595/23 596/4 596/17 597/8 597/8 597/11 605/16
**grouped [1]** 605/20
**grouping [1]** 623/3
**groups [3]** 596/18 597/14 608/20
**guess [19]** 577/1 587/1 591/16 597/1 599/15 601/13 601/23 608/22 623/3 632/20 653/24 663/9 669/9 669/22 670/12 688/19 712/17 720/4 744/1
**guidance [10]** 540/4 541/11 558/19 644/9 673/24 676/16 676/23 677/14 706/12 706/15
**guided [1]** 644/8
**guides [2]** 604/17 709/13
**Guinta [1]** 717/11
**Gupta [2]** 557/6 557/25
**guys [2]** 543/20 765/15

**H**

**H-I-T-E-N-D-R-A [1]** 560/11
**H-U-G-H [1]** 567/22
**had [73]** 532/20 533/3 545/8 545/20 545/24 546/7 546/18 546/23 551/2 553/18 554/14 554/19 560/25 561/7 562/17 562/25 565/24 571/25 587/1 597/22 598/1 615/24 616/10 617/17 618/1 618/4 619/5 619/8 619/9 620/8 625/5 625/11 626/8 626/20 626/24 627/14 627/21 628/12 628/14 630/6 641/22 642/25 649/19 650/7 650/25 657/16 657/22 663/3 664/14 665/4 667/17 675/12 683/17 690/4 698/9 709/21 710/15 710/18 710/21 714/21 728/24 734/15 735/20 736/8 748/22 748/24 755/4 756/14 757/11 757/13 759/4 761/6 763/2
**hadn't [5]** 563/3 616/4 647/7 650/10 714/20
**half [7]** 561/4 561/6 671/24 724/23 752/4 752/6 763/22
**HALL [3]** 527/17 527/23 529/15
**HANANJA [9]** 527/3 657/15 658/7 658/7 662/3 663/6 714/23 715/2 750/25
**hand [6]** 598/1 707/15 720/10 720/18 728/14 737/2
**handbook [5]** 603/6 603/8 603/11 604/1 604/5
**handful [2]** 602/16 606/22
**handle [1]** 651/21
**handled [1]** 545/15
**handling [1]** 544/21
**hands [2]** 728/6 728/6
**HANSEN [1]** 527/22
**happen [3]** 538/22 543/1 651/14
**happened [5]** 710/25 712/15 713/23 714/1 763/10
**happens [3]** 651/22 722/17 722/18
**happy [3]** 704/24 704/24 765/15
**hard [2]** 744/1 764/1
**harm [3]** 691/3 691/6 691/8
**HAROLD [1]** 528/7
**has [69]** 530/16 531/4 534/24 535/21 535/21 540/19 541/19 543/3 547/7 552/25 553/7 554/18 554/24 554/25 555/10 557/1 560/16 575/19 577/25 578/3 579/13 586/24 592/23 593/12 595/23 596/3 596/15 597/7 597/10 598/22 599/3 601/16 603/12 633/11 635/1 637/1 638/11 643/11 649/14 653/14 654/19 664/5 664/7 666/15 669/16 677/14 688/2 712/18 713/13 724/12 725/5 728/18 731/9 732/19 732/20 732/22 735/24 736/14 737/23 738/15 740/23 745/9 747/10 755/19 756/8 760/16 760/23 761/14 764/14
**hasn't [1]** 682/5
**have [198]** 534/22 535/7 535/9 537/20 537/22 539/4 539/11 540/6 542/3 542/6 542/9 542/14 542/16 542/20 543/19 544/23 544/24 545/12 545/14 546/1 546/20 553/12 553/17 553/24 554/3 554/11 555/7 560/22 561/9 561/18 561/19 564/5 564/12 565/2 566/15 568/21 569/9 571/24 571/24 572/19 572/22 573/3 573/4 573/11 573/14 573/20 574/1 574/3 574/4 575/18 576/13 580/1 580/12 581/3 581/19 582/20 583/6 583/7 584/17 585/2 585/3 586/19 586/22 591/21 592/3 592/8 596/18 597/4 597/19 599/1 602/17 602/21 607/20 608/15 613/5 613/7 613/15 613/17 614/8 614/15 614/19 614/24 616/9 618/8 625/8 626/4 626/15 627/16 627/19 628/5 629/3 629/20 631/8 631/16 632/18 632/20 638/14 644/21 645/12 645/20 645/22 648/2 648/7 648/20 649/9 652/13 652/14 656/17 657/6 657/14 662/25 664/11 665/7 665/24 667/20 669/24 670/6 671/15 671/23 675/16 675/20 675/24 678/22 682/18 684/4 685/19 688/24 689/13 689/21 690/12 690/16 690/19 690/21 691/21 691/24 694/18 694/19 698/18 698/24 699/6 709/8 710/24 711/23 713/9 714/17 714/17 716/17 716/21 716/23 718/2 720/2 721/23 722/6 723/6 723/23 724/21 725/10 726/7 726/12 727/10 729/1 729/25 730/3 730/6 731/22 731/25 732/17 732/25 738/3 739/6 739/22 741/14 744/12 745/10 745/15 746/2 746/5 746/6 747/23 750/19 752/16 753/8 753/14 754/3 755/16 756/10 756/25 757/14 758/20 759/3 759/20 759/25 760/6 760/10 761/18 761/20 765/3 765/6
**haven't [5]** 664/13 665/9 666/2 704/7 705/18
**having [9]** 552/6 552/19 552/21 567/23 663/8 728/14 730/1 737/21 750/16
**HCL [1]** 679/24
**he [26]** 535/4 560/3 564/5 564/7 564/15 564/17 564/19 602/17 607/9 607/9 608/4 615/18 630/8 631/1 631/8 637/16 639/25 652/25 654/9 665/16 687/18 712/11 756/11 756/21 758/3 766/2
**he's [7]** 665/17 703/1 709/22 713/1 713/2 758/6 758/12
**head [3]** 548/16 722/2 726/19
**headache [1]** 748/12
**heading [8]** 536/24 599/12 599/24 605/19 619/13 622/22 726/14 726/16
**headline [1]** 740/13
**hear [4]** 562/10 653/3 668/17 669/2
**heard [25]** 561/18 564/14 575/18 576/9 577/25 578/9 580/16 581/20 583/15 584/16 586/13 586/19 588/2 588/10 591/23 599/10 617/24 642/12 652/24 667/12 683/21 683/22 688/16 711/16 723/23
**hearing [1]** 543/15
**help [6]** 547/15 547/18 630/7 732/24 762/7 763/11
**helpful [1]** 550/3
**helping [1]** 572/14
**Hence [1]** 676/10
**her [1]** 745/5
**Herbesthaler [1]** 723/5
**here [86]** 529/6 530/19 530/22 530/25 531/7 533/10 533/20 534/14 535/25 540/15 548/23 552/18 557/4 568/23

**H**

**here... [72]** 572/14 577/6 579/17 579/24 582/5 582/20 585/21 587/6 588/8 590/5 590/19 595/17 598/13 599/18 605/2 605/9 605/15 605/20 606/20 608/16 614/24 615/2 617/4 620/5 623/14 624/10 624/13 630/4 630/23 632/11 633/7 635/24 639/20 640/17 652/7 654/24 655/4 657/14 657/22 669/21 670/16 670/20 672/2 674/9 676/4 680/4 680/8 680/17 681/21 682/3 682/4 686/5 695/4 697/4 706/6 713/15 723/9 723/12 723/15 723/18 724/13 733/19 737/19 738/6 740/21 743/12 748/20 749/6 754/9 755/19 756/13 762/24
**hereby [1]** 767/7
**HF [1]** 750/25
**Hi [1]** 684/18
**high [21]** 551/14 578/4 584/1 604/20 605/5 605/8 658/10 667/9 668/20 669/15 670/4 676/20 689/19 690/12 690/12 690/16 690/24 724/15 729/11 731/17 763/18
**high-concentration [1]** 551/14
**higher [9]** 552/19 640/15 640/17 641/2 675/12 675/17 675/19 710/18 710/21
**highlighted [5]** 588/22 601/25 617/6 654/23 737/18
**highly [2]** 533/9 533/16
**Hill [1]** 569/25
**him [7]** 575/16 590/8 609/16 620/20 665/19 699/22 758/2
**himself [1]** 535/21
**his [17]** 535/21 564/6 564/9 564/18 564/23 595/15 611/11 635/21 639/24 640/5 642/13 658/1 712/15 756/17 756/18 758/7 758/16
**historically [1]** 731/25
**history [4]** 615/4 657/12 701/8 701/20
**Hitendra [1]** 560/10
**HOD [1]** 554/2
**hold [4]** 568/12 574/11 578/1 695/14
**home [1]** 747/17
**homogeneity [1]** 579/1
**honest [1]** 765/16
**Honor [65]** 529/10 529/14 538/14 538/25 539/2 539/8 539/10 543/7 543/18 559/7 559/11 559/21 560/1 566/9 566/14 566/18 567/17 569/3 569/5 574/21 574/24 587/10 607/16 615/11 631/12 635/9 650/16 651/16 656/4 657/23 660/4 660/22 661/14 661/18 663/14 663/21 663/25 665/14 665/22 673/2 673/15 679/1 680/25 684/19 699/20 700/1 700/2 700/24 701/1 702/24 703/24 704/5 704/19 704/23 706/19 716/13 721/12 721/25 722/11 738/10 752/19 752/23 765/13 766/7 766/12
**HONORABLE [1]** 527/17
**hope [1]** 662/19
**hour [2]** 722/5 766/21
**how [88]** 540/11 544/23 545/5 545/12 547/18 548/2 551/10 556/13 556/16 560/22 561/1 561/16 561/21 561/24 562/20 573/11 574/4 574/9 575/15 577/9 577/16 577/22 578/11 579/10 580/25 581/3 581/21 582/13 583/4 583/13 584/3 585/10 585/24 591/25 595/11 596/23 597/14 597/18 597/20 599/5 599/14 599/25 603/11 603/15 606/4 606/25 609/4 609/20 610/23 611/13 624/10 625/5 625/15 626/10 626/17 626/22 626/25 637/24 641/13 641/17 641/23 643/10 643/23 644/5 647/7 647/9 651/21 669/18 669/21 670/15 670/21 671/14 671/22 673/23 675/10 676/20 677/13 688/17 693/17 705/24 708/25 718/18 718/18 725/3 734/22 741/8 741/19 747/7
**however [3]** 579/20 634/25 678/9
**huge [1]** 609/24
**Hugh [5]** 567/18 567/21 567/23 568/9 714/16
**hundreds [4]** 609/6 611/16 706/13 719/5
**hydrochloric [9]** 542/3 542/5 542/10 542/13 542/15 542/19 542/23 671/5 674/25
**hydrochloride [4]** 649/9 671/7 671/10 720/14
**hydrogen [1]** 699/1
**hydroxies [1]** 596/21
**hydroxy [6]** 595/23 596/3 596/7 596/18 597/8 597/11
**hydroxytoluene [2]** 636/16 647/14
**hypromellose [1]** 654/25

**I**

**I'd [46]** 569/3 587/5 587/16 588/1 592/13 598/8 606/8 607/14 612/11 615/19 621/9 623/10 625/20 627/17 631/10 631/23 633/23 635/7 635/13 645/17 648/13 652/4 655/13 656/2 657/4 657/21 658/15 659/9 659/14 660/2 660/20 661/8 661/23 663/21 669/5 672/14 672/25 673/13 678/24 679/19 680/23 697/8 700/25 707/24 718/8 718/11
**I'll [4]** 547/10 553/1 622/25 700/6
**I'm [49]** 531/20 531/20 532/6 532/21 539/10 543/15 568/14 590/4 603/9 650/16 653/14 660/9 665/18 689/22 690/9 691/4 692/7 692/8 694/18 697/17 699/22 700/21 704/24 704/24 705/17 706/22 712/20 713/5 724/17 724/17 726/16 728/18 729/8 731/23 732/22 740/4 743/11 744/15 744/22 745/9 747/19 749/22 750/21 752/21 753/4 756/8 758/17 761/4 765/15
**I've [11]** 564/14 572/1 572/3 573/2 577/6 585/20 588/22 593/4 650/11 654/23 757/21
**ICELAND [3]** 527/4 658/11 714/23
**idea [2]** 728/13 746/9
**identification [8]** 728/19 732/23 744/23 745/10 747/20 749/23 751/21 753/5
**identified [11]** 543/20 559/23 635/20 636/1 637/16 638/12 643/11 643/12 650/4 678/9 766/2
**identifies [2]** 678/11 679/17
**identify [5]** 586/11 615/6 658/2 717/6 765/15
**identifying [2]** 598/22 599/22
**identity [1]** 717/3
**IIA [1]** 726/5
**IID [20]** 539/24 540/1 540/4 540/9 540/12 553/18 553/22 553/25 554/6 554/10 554/14 556/1 556/6 618/23 619/4 670/11 689/9 689/14 707/25 708/8
**III [2]** 527/14 759/21
**Ikano [10]** 657/16 658/7 659/3 659/23 661/5 727/17 728/6 728/10 751/9 751/13
**Ikano's [1]** 727/23
**image [3]** 582/17 635/24 707/24
**immediate [1]** 622/15
**immediate-release [1]** 622/15
**immediately [4]** 609/12 610/1 610/12 611/18
**immune [1]** 581/10
**immunogenicity [1]** 570/24
**impact [13]** 628/25 630/21 653/24 654/1 734/3 734/7 734/10 734/13 734/15 734/18 734/21 735/1 757/11
**impeachment [2]** 704/9 706/21
**implantation [1]** 621/21
**importance [1]** 749/14
**important [7]** 578/22 580/4 584/23 585/2 717/3 734/16 758/2
**improper [1]** 656/19
**improve [3]** 642/8 646/14 647/21
**improved [3]** 621/8 645/8 645/10
**improving [1]** 635/23
**inability [1]** 763/22
**inactive [15]** 540/2 546/10 586/13 586/20 586/24 618/19 633/9 633/10 633/14 670/14 671/14 677/10 678/8 678/10 691/22
**INC [5]** 527/3 527/7 750/4 751/1 751/7
**include [22]** 549/11 595/18 609/14 610/22 611/8 611/9 611/21 611/24 614/9 614/19 617/11 619/19 619/22 631/9 636/24 637/25 638/18 639/20 641/11 644/18 678/10 702/20
**included [10]** 533/11 549/13 567/7 594/18 603/16 608/9 618/1 620/15 706/21 718/24
**includes [9]** 566/19 607/10 609/7 611/4 611/15 619/1 624/8 693/13 731/1
**including [11]** 565/8 646/17 652/12 664/9 703/11 703/17 703/20 705/4 736/15 746/15 764/24
**incorporated [3]** 739/25 740/10 740/23
**incorporates [1]** 740/18
**incorporating [1]** 626/10
**incorporation [2]** 626/17 626/22
**increase [6]** 570/24 583/17 639/13 639/16 644/3 742/10
**increased [3]** 533/9 697/15 748/14
**increases [1]** 643/8
**increasing [7]** 570/23 638/19 639/14 639/19 640/11 644/4 646/16
**IND [4]** 634/8 634/14 655/9 708/8
**Indeed [1]** 746/11

I

**independent [3]** 589/12 590/13 715/18
**India [3]** 545/10 546/3 565/21
**indicate [4]** 644/21 739/5 742/1 742/6
**indicated [4]** 606/23 630/12 762/10 762/14
**indicates [5]** 533/18 619/1 619/7 666/24 721/1
**indicating [4]** 588/17 596/16 627/23 657/8
**indication [4]** 732/17 732/19 732/20 759/21
**indications [1]** 762/11
**indicia [11]** 575/10 613/9 613/21 652/5 652/6 666/18 666/22 679/13 682/12 683/21 721/16
**individual [6]** 585/25 696/9 696/20 698/5 698/5 698/22
**individuals [1]** 558/2
**industrial [1]** 574/16
**industries [2]** 571/24 601/23
**industry [6]** 571/24 595/9 598/9 599/6 601/21 692/18
**influence [5]** 581/21 582/24 583/15 583/23 741/10
**info [1]** 605/5
**inform [3]** 606/4 607/1 627/25
**information [43]** 531/25 531/25 532/8 532/10 532/14 532/19 532/25 533/6 535/7 535/9 535/14 535/15 535/17 535/19 540/9 540/11 540/14 540/17 548/22 549/10 603/14 604/20 605/8 605/10 618/8 638/21 645/11 654/3 655/22 663/23 665/16 665/25 665/25 678/12 718/2 719/10 719/10 719/14 720/2 744/16 753/14 753/24 755/17
**informed [2]** 542/12 593/4
**infringer [1]** 652/13
**ingested [1]** 576/17
**ingredient [19]** 538/12 540/2 540/18 546/10 546/10 564/10 577/17 586/24 597/25 618/19 633/9 670/20 671/3 671/7 680/20 707/24 732/10 747/10 747/13
**ingredients [29]** 546/10 555/16 555/17 560/23 560/25 561/7 586/13 586/20 604/16 619/17 633/10 633/14 670/6 670/13 670/14 670/16 671/4 671/14 674/7 674/8 677/10 678/8 678/10 679/20 681/18 691/22 693/18 702/12 720/12
**inhalable [1]** 759/22
**inhalation [3]** 543/19 544/22 570/12
**inhaled [2]** 571/12 583/1
**inherently [8]** 592/21 592/22 595/2 607/2 607/3 608/6 609/9 609/15
**initiate [2]** 632/13 633/3
**initiating [1]** 633/3
**initiation [1]** 633/17
**injectable [5]** 621/4 621/8 621/11 622/14 732/3
**injection [4]** 532/5 621/22 622/12 675/1
**input [3]** 542/1 542/9 729/1
**inquiry [1]** 541/2
**inserted [1]** 703/20
**instantly [1]** 614/12
**instead [2]** 597/8 646/16
**instruct [1]** 744/16
**instruction [2]** 665/15 744/19
**intake [1]** 726/1
**intend [3]** 575/5 652/6 657/24
**intended [3]** 538/10 586/23 736/20
**intends [1]** 760/21
**interact [1]** 643/5
**interactions [1]** 698/24
**interacts [1]** 581/21
**interest [1]** 733/13
**interested [7]** 663/9 733/24 755/13 755/24 756/1 758/24 759/12
**intermediate [3]** 598/3 600/9 601/18
**intermediates [4]** 600/6 600/13 600/15 601/15
**internal [14]** 566/19 634/16 654/4 664/17 668/22 680/19 681/8 682/4 682/9 694/22 716/4 717/25 720/8 720/9
**internally [1]** 733/8
**international [1]** 574/1
**interpret [1]** 644/5
**interpretation [3]** 621/2 748/21 764/20
**intestinal [1]** 630/25
**intra [1]** 552/2
**intracranial [1]** 621/22
**intramuscular [2]** 536/3 536/8
**intranasal [157]** 536/1 545/1 545/3 545/5 545/12 545/16 545/21 546/18 546/19 546/24 546/25 547/3 550/15 552/2 552/10 552/13 556/14 561/2 561/5 570/14 570/17 570/18 572/15 572/16 572/17 572/22 573/14 573/18 574/22 576/3 576/6 576/13 576/19 576/24 577/15 577/18 577/23 578/7 578/18 580/7 581/14 581/16 582/25 584/9 584/15 584/22 585/18 585/20 586/12 589/19 590/20 591/20 592/4 602/22 602/24 614/10 614/21 615/22 615/24 615/25 616/7 616/11 616/13 616/16 617/18 618/10 619/10 620/8 620/12 620/12 620/15 620/18 621/16 622/1 622/6 625/4 625/6 625/9 625/11 625/12 625/20 626/12 626/18 626/23 627/3 627/8 627/13 627/15 627/20 628/1 628/9 628/18 628/23 629/5 632/7 635/2 636/24 637/9 637/15 640/10 642/25 646/25 648/3 648/15 649/18 649/20 649/24 650/5 650/8 652/18 652/20 654/9 662/4 662/10 662/15 662/21 662/25 663/4 664/8 667/13 668/1 671/16 671/25 676/18 676/21 677/3 682/24 683/2 683/4 683/12 683/17 684/25 685/3 692/5 692/11 699/18 700/9 700/13 702/1 707/25 708/3 708/9 709/12 710/11 710/15 710/16 717/1 726/20 735/21 747/3 749/7 749/10 751/1 751/6 761/3 761/7 761/9
**intranasally [8]** 578/8 627/6 627/21 628/21 629/25 647/2 692/15 707/16
**intravenous [7]** 552/3 552/7 552/11 552/14 552/16 552/22 552/22
**invasive [2]** 746/15 747/4
**invent [2]** 687/16 687/18
**invention [12]** 532/7 533/1 533/23 606/16 614/12 614/13 621/6 643/24 652/14 680/18 682/8 682/17
**inventor [2]** 574/7 629/10
**inventory [1]** 630/16
**invest [1]** 727/25
**investing [1]** 728/3
**investment [4]** 728/11 734/6 734/19 734/24
**investments [2]** 734/5 734/11
**involve [1]** 699/7
**involved [9]** 544/25 546/2 546/4 562/23 572/3 748/3 748/6 749/12 755/5
**irreversible [1]** 720/25
**irreversibly [1]** 584/18
**irritating [4]** 630/13 690/11 690/13 690/24
**irritation [12]** 646/23 689/20 690/7 690/22 692/19 692/24 707/1 707/5 707/6 707/10 748/13 748/13
**is [665]**
**isn't [1]** 594/3
**isopropyl [2]** 707/14 708/6
**issue [4]** 587/23 590/2 630/9 630/23
**issues [4]** 584/11 653/4 708/6 721/16
**it [437]**
**it's [200]** 531/7 532/7 532/7 532/13 532/14 532/15 532/15 532/24 534/19 535/6 535/15 535/16 535/18 535/18 536/9 536/13 536/19 536/25 538/17 539/2 539/5 539/6 539/7 539/14 539/24 540/2 540/2 540/6 540/13 540/15 540/17 540/22 540/24 541/6 542/25 545/7 549/2 564/7 566/12 569/6 572/17 575/6 578/2 580/24 581/25 581/25 582/8 582/8 583/11 585/4 589/2 589/2 589/14 590/15 591/13 591/13 592/2 595/23 597/10 598/5 598/18 598/18 598/21 599/22 600/7 600/24 601/15 601/16 601/18 602/7 603/13 604/25 606/10 607/6 607/17 609/24 614/23 617/15 618/18 619/2 621/23 622/22 629/22 630/15 631/13 632/3 634/1 634/13 635/10 637/5 642/23 643/7 650/20 653/12 654/15 654/24 655/16 656/5 656/19 658/6 658/7 658/18 659/11 659/23 660/5 660/13 660/23 661/11 662/6 663/15 665/1 665/19 667/3 667/25 669/20 670/9 670/12 671/8 672/9 672/17 672/21 673/3 673/16 674/2 674/2 674/3 674/17 675/9 675/12 677/8 679/2 679/17 680/9 681/1 681/8 681/18 681/21 681/21 682/9 682/10 682/17 684/8 686/14 686/16 691/7 691/7 692/17 692/17 701/2 703/21 705/12 706/5 707/15 708/1 708/1 710/4 710/21 710/24 711/9 711/18 712/20 715/4 717/25 721/20 722/14 722/15 723/4 727/2 728/24 730/21 731/24 733/1 733/2 733/19 736/23 738/22

**I**

**it's... [24]** 738/22 738/22 738/23 740/4 740/20 742/6 742/19 742/23 743/1 743/3 743/3 743/4 744/1 750/1 750/6 750/22 750/23 753/5 756/11 756/13 757/22 761/2 764/1 764/18
**item [4]** 559/21 646/12 762/11 763/17
**ITI [24]** 631/20 632/10 632/11 632/12 632/17 633/6 633/7 634/18 657/15 657/16 662/3 662/4 662/18 662/20 662/25 663/3 663/8 714/22 715/9 715/14 719/21 720/3 720/4 751/6
**ITI's [1]** 715/1
**its [32]** 540/5 541/16 542/7 543/3 578/15 584/5 598/22 601/3 604/22 604/22 605/10 618/3 619/14 622/5 625/15 630/7 633/14 646/4 654/24 664/9 665/5 667/10 667/21 671/13 673/19 677/2 677/4 679/6 683/2 710/19 721/13 762/18
**itself [5]** 541/21 687/24 690/3 727/5 755/25
**IV [10]** 536/2 536/7 549/17 549/20 549/21 549/21 549/24 550/2 553/16 731/21

**J**

**JAMES [1]** 528/3
**January [10]** 591/12 592/9 597/20 603/1 618/6 620/13 650/6 716/23 717/16 718/3
**January 2007 [10]** 591/12 592/9 597/20 603/1 618/6 620/13 650/6 716/23 717/16 718/3
**Japanese [2]** 754/10 755/9
**JENNIFER [1]** 527/17
**jet [2]** 582/10 583/11
**Jigar [6]** 559/15 560/6 560/10 563/21 563/23 565/1
**JLH [1]** 527/5
**job [2]** 545/14 573/25
**joined [2]** 725/4 725/8
**joining [1]** 724/22
**Journal [1]** 574/18
**journals [2]** 574/12 574/17
**JTX [13]** 587/18 589/23 614/24 615/2 615/6 615/10 615/13 615/13 685/22 686/20 686/21 687/21 705/12
**JTX-3001 [5]** 614/24 615/2 615/10 615/13 615/13
**JTX-3002 [1]** 615/6
**JTX-3003 [4]** 589/23 686/20 686/21 705/12
**JTX-3004 [2]** 587/18 687/21
**judge [2]** 527/17 723/13
**July [2]** 587/24 681/11
**July 10 [1]** 587/24
**July 2020 [1]** 681/11
**juncture [1]** 665/16
**June [8]** 541/9 541/14 541/24 563/20 659/5 667/17 667/25 679/7
**June 10th [1]** 541/9
**June 2020 [1]** 541/24
**June 21 [1]** 659/5
**June 29 [1]** 563/20
**jury [1]** 723/13
**just [62]** 535/8 538/20 543/10 546/22 548/11 556/7 557/9 560/3 566/6 566/20 567/7 572/9 585/11 591/1 592/2 602/14 605/21 606/22 607/25 608/3 610/2 614/15 616/4 622/4 637/24 646/2 650/24 651/13 651/22 656/24 657/25 667/20 677/7 679/8 684/9 686/24 690/2 690/19 699/7 704/10 704/15 704/25 705/19 705/25 706/22 712/11 713/21 714/10 716/8 716/9 716/17 722/17 723/11 724/12 726/6 731/23 732/2 754/21 756/11 756/23 765/3 766/1
**justification [2]** 734/20 734/20
**justify [1]** 734/5

**K**

**K-A-L-I-N-D-I [1]** 530/9
**Kalinda [1]** 669/3
**Kalinda Gandhi [1]** 669/3
**Kalindi [3]** 529/17 530/8 555/13
**Kalindi Gandhi [1]** 555/13
**KALINIDI [2]** 530/1 539/21
**KAVEH [1]** 527/22
**KEECH [3]** 527/23 530/5 544/4
**keep [5]** 554/15 554/20 566/23 607/20 765/16
**KENNETH [1]** 528/3
**Kentucky [4]** 715/10 719/22 720/3 720/4
**kicked [1]** 561/25
**kind [6]** 550/17 580/17 621/10 640/16 676/11 743/4
**kinds [1]** 585/17
**King [1]** 527/15
**Klein [3]** 652/24 653/3 683/22
**Klein's [2]** 575/15 576/2
**knew [3]** 609/10 647/7 689/8
**Knoester [10]** 689/24 690/2 690/15 690/16 690/19 711/15 720/6 720/12 720/21 720/22
**Knoester's [2]** 690/4 690/8
**know [78]** 538/22 541/17 541/20 556/10 556/12 556/13 556/19 561/23 562/20 562/22 564/11 565/23 570/24 572/12 573/9 574/10 578/21 579/7 580/18 581/20 582/11 582/22 584/4 584/12 584/24 586/1 586/16 588/15 596/25 598/23 603/15 608/18 608/19 611/1 624/13 635/4 637/24 639/22 647/19 648/7 650/17 651/14 651/18 653/23 665/4 669/23 676/7 677/13 688/3 688/11 691/19 698/21 705/16 707/13 710/19 710/25 711/24 712/21 717/6 722/9 726/9 730/8 731/12 732/3 733/4 733/4 737/11 740/18 740/21 740/22 743/8 745/16 749/14 751/25 755/22 756/1 762/17 766/21
**knowing [1]** 717/2
**knowledge [17]** 531/24 533/2 547/21 549/9 549/18 550/9 552/12 552/17 553/11 554/7 554/17 555/19 556/4 604/3 664/16 670/24 671/2
**known [38]** 532/9 589/2 617/22 618/6 624/11 626/7 626/8 626/10 626/13 626/15 626/17 626/22 626/24 627/3 627/5 627/8 628/25 629/2 629/20 629/24 643/1 646/24 647/1 647/5 648/14 654/3 689/16 689/19 689/22 690/1 690/18 690/25 716/23 718/2 723/6 729/6 735/14 746/11
**Koeln [1]** 723/5

**L**

**lab [2]** 571/8 572/2
**label [8]** 556/11 731/16 736/8 736/13 736/14 741/14 761/14 761/25
**labeled [1]** 681/16
**laboratories [4]** 694/9 751/14 754/1 754/5
**laboratory [1]** 672/9
**lack [2]** 604/4 645/11
**lacrimation [1]** 748/14
**lactic [1]** 624/8
**language [1]** 622/9
**large [6]** 571/12 573/9 611/1 618/15 619/17 672/9
**largely [2]** 616/11 618/3
**last [10]** 530/9 553/2 560/2 568/7 574/16 576/10 697/20 711/21 721/19 762/6
**lastly [1]** 613/21
**late [1]** 572/5
**later [3]** 713/3 714/21 757/6
**launch [1]** 742/3
**launches [1]** 742/2
**laundry [6]** 621/20 706/1 718/17 718/20 718/21 719/7
**LAURENCE [1]** 528/3
**laxatives [1]** 597/25
**layer [3]** 580/21 584/18 584/19
**lead [3]** 616/15 642/19 745/7
**leader [1]** 727/5
**leading [1]** 748/7
**leaflet [1]** 655/22
**learn [1]** 556/16
**learned [1]** 711/5
**least [6]** 591/18 614/12 619/6 671/18 759/7 759/7
**led [2]** 556/21 616/9
**left [4]** 670/7 681/15 737/2 745/20
**left-hand [1]** 737/2
**legal [2]** 592/17 612/15
**Lehrke [4]** 722/2 723/1 723/2 723/4
**less [9]** 561/4 561/6 583/17 721/4 728/11 728/15 743/5 752/10 752/15
**let [12]** 535/15 664/4 665/18 684/9 699/22 704/15 706/14 710/13 714/6 719/25 746/4 762/1
**let's [153]** 529/13 535/24 546/11 563/19 575/21 577/12 577/21 578/5 578/16 579/23 581/12 582/4 586/9 587/3 587/11 587/14 589/8 589/10 589/23 590/10 591/8 592/11 593/10 593/16 593/23 594/9 594/21 595/10 595/12 596/11 597/2 597/2 597/12 598/10 599/5 600/4 600/16 600/20 603/3 603/18 604/9 605/1 608/3 608/8 609/18 610/3 610/6 610/15 612/9 612/13 612/24 613/23 614/4 616/2 616/14 616/17 616/25 617/16 617/18 618/12 619/10 620/22 622/17 622/17 622/17 622/19 622/24 623/8 623/12 624/2 624/15 625/2 625/18 629/7 634/3 634/16 636/6 637/21 638/1 638/9 639/3 639/3 639/10 640/3 640/6 643/12 643/19 644/10 644/25 645/15 646/9 646/12

**L**


**let's... [61]** 647/25 648/24 648/25 649/15 650/20 651/22 651/25 652/9 653/7 653/19 654/11 655/5 655/19 656/8 657/2 657/10 658/4 658/9 662/7 666/12 667/8 668/5 668/10 669/14 670/2 670/20 671/3 671/12 672/20 673/6 673/22 674/9 674/18 676/9 677/1 677/16 678/1 679/5 680/1 681/4 682/11 682/15 682/20 682/20 684/8 684/13 704/3 705/1 706/4 709/15 717/8 721/18 721/23 726/13 733/13 738/13 752/21 753/1 755/23 761/5 765/17
**letter [4]** 531/13 541/9 541/11 631/20
**level [12]** 604/20 605/5 605/8 641/1 641/5 658/10 667/9 668/20 669/15 670/4 670/12 676/20
**levels [2]** 674/7 698/9
**library [4]** 586/1 603/13 609/11 649/23
**license [18]** 657/20 658/12 659/2 659/21 661/3 661/24 662/2 714/14 715/17 715/18 715/23 715/24 716/1 716/2 716/5 719/21 750/24 751/9
**licensed [10]** 657/6 714/22 733/11 733/15 734/4 734/8 734/14 751/6 751/13 756/15
**licensees [1]** 694/10
**licenses [1]** 715/14
**licensing [16]** 652/7 657/4 657/5 657/7 657/12 657/14 663/6 714/12 714/16 714/18 714/19 716/8 716/11 720/2 726/2 726/14
**licensor [1]** 663/19
**lies [1]** 580/21
**light [4]** 622/3 638/11 644/4 649/10
**like [103]** 532/13 546/9 558/21 565/1 568/23 569/3 572/17 574/18 575/22 577/7 578/14 579/1 579/6 580/17 582/23 583/11 583/21 583/22 584/23 585/21 585/23 586/2 586/6 587/2 587/5 587/16 588/1 592/13 598/6 598/7 598/8 601/19 602/10 603/16 605/11 606/8 606/19 607/14 608/9 608/10 612/11 615/20 618/16 618/18 620/15 621/1 621/21 623/10 624/9 625/14 625/20 627/17 631/10 631/23 633/23 635/7 635/13 639/19 639/21 639/22 640/19 641/25 645/17 646/5 648/8 648/13 651/18 652/4 655/13 656/2 657/4 657/21 658/15 659/9 659/14 660/2 660/20 661/8 661/23 663/12 663/21 669/5 672/4 672/14 672/25 673/13 674/1 678/24 679/12 679/19 680/1 680/23 697/8 699/1 700/25 704/4 710/20 718/8 718/11 722/7 722/7 727/4 741/24
**likely [5]** 737/15 737/18 738/20 738/24 751/11
**limit [3]** 554/6 554/10 554/14
**limitation [2]** 554/10 736/5
**limitations [2]** 763/21 764/14
**limited [25]** 527/7 529/20 530/12 537/9 543/9 544/11 544/12 545/4 546/15 559/17 578/1 579/17 593/6 593/9 595/18 617/12 649/20 650/14 663/22 688/12 699/12 731/17 731/25 763/20 764/7
**limits [3]** 540/16 553/19 553/25
**Linda [3]** 557/17 558/6 563/14
**line [9]** 557/7 558/3 601/13 643/19 644/12 649/1 654/23 662/17 680/1
**Line 18 [2]** 644/12 680/1
**Line 2 [1]** 649/1
**Line 9 [1]** 643/19
**linear [2]** 608/20 608/25
**lines [2]** 601/7 709/17
**Lines 1 [1]** 709/17
**liquid [14]** 589/18 590/19 597/23 619/13 619/16 619/17 619/22 621/16 622/13 625/8 699/17 700/8 700/12 702/1
**LISA [3]** 722/25 723/4 723/8
**list [28]** 537/10 546/10 553/22 555/16 556/1 556/6 561/25 562/3 562/5 562/17 586/20 586/25 600/25 618/23 621/20 623/15 633/10 633/14 670/18 681/18 702/11 702/11 706/1 706/21 718/17 718/20 718/22 719/7
**listed [43]** 534/2 534/5 534/8 534/14 553/22 555/25 556/6 556/24 558/2 577/6 579/24 582/5 585/20 586/24 588/2 601/17 601/18 601/18 604/25 605/24 653/9 652/7 655/4 657/22 669/21 670/13 670/16 671/4 678/8 680/12 681/20 689/1 689/5 689/7 689/7 701/14 707/25 708/1 708/2 708/8 715/13 718/21 748/8
**listen [3]** 575/12 575/16 576/2
**listing [3]** 605/15 618/21 618/25
**lists [2]** 533/25 601/1
**Literally [1]** 611/16
**literature [29]** 532/8 532/18 535/7 535/24 536/6 536/10 546/6 546/13 547/19 548/12 548/15 548/18 548/24 549/2 549/8 549/19 550/1 550/6 550/10 550/10 550/24 555/24 556/18 556/20 556/21 556/23 586/17 586/17 620/14
**literatures [1]** 549/10
**little [16]** 557/9 580/16 584/16 587/5 588/15 601/4 602/19 642/12 643/10 656/16 661/23 668/5 704/22 713/3 719/1 738/20
**Live [1]** 651/23
**LLC [1]** 750/4
**LLP [2]** 527/21 528/5
**local [2]** 565/8 631/4
**logo [1]** 717/22
**long [6]** 539/15 544/23 580/25 582/1 591/13 725/3
**longer [3]** 754/1 754/19 755/24
**look [76]** 535/24 540/4 540/8 546/6 546/13 567/5 586/18 588/11 588/19 589/8 595/12 596/11 600/17 600/20 601/13 601/16 601/24 604/9 606/12 608/9 610/15 615/1 615/5 616/17 617/6 617/8 618/16 619/11 622/18 622/24 623/8 623/10 623/12 634/16 636/6 640/3 640/4 648/24 650/1 655/19 657/21 658/1 658/21 659/14 660/8 661/20 669/9 670/20 671/3 676/9 679/19 680/1 685/14 689/13 692/23 698/21 704/3 704/4 715/6 717/21 720/18 727/6 727/18 734/23 735/2 741/23 742/16 743/11 744/5 745/18 746/4 750/24 756/21 756/23 762/1 763/11
**looked [24]** 532/10 573/19 606/22 613/23 617/1 622/4 622/10 631/16 677/7 685/15 686/24 691/21 715/4 716/3 727/3 727/11 727/16 727/21 727/23 727/25 728/8 728/10 735/18 760/10
**looking [30]** 532/18 536/15 539/23 549/4 556/7 566/7 570/22 579/15 588/20 598/23 599/23 605/19 622/12 624/12 630/1 630/20 662/17 674/19 676/4 685/16 697/6 707/22 713/21 714/10 716/8 716/9 726/20 739/24 756/4 759/18
**looks [2]** 639/19 741/24
**loose [1]** 564/5
**lorazepam [1]** 662/21
**loss [5]** 582/2 664/18 665/5 665/11 666/4
**lot [4]** 580/18 586/13 609/21 680/10
**loud [1]** 684/21
**low [7]** 564/8 581/23 581/25 584/2 641/6 649/7 649/14
**low-viscosity [1]** 581/23
**lower [2]** 591/21 640/1
**lucky [1]** 572/1
**lunch [3]** 650/18 650/20 650/24
**lung [2]** 571/14 583/2


**M**


**made [19]** 547/13 547/14 547/22 547/22 548/4 548/9 551/2 551/5 551/8 552/1 552/18 617/25 653/14 659/2 667/24 688/19 688/24 753/15 755/20
**magnitude [2]** 647/11 647/19
**mail [35]** 547/12 547/24 548/2 555/1 555/12 555/14 555/20 555/21 556/9 557/6 557/11 557/24 563/20 564/15 564/25 629/10 629/12 629/17 630/3 630/19 630/21 662/10 662/12 668/18 681/8 745/1 756/17 756/20 756/20 757/18 757/24 757/25 758/19 761/24 763/12
**main [1]** 549/20
**maintain [2]** 630/15 630/16
**major [3]** 630/4 720/18 720/24
**make [14]** 532/11 547/18 547/20 548/2 548/8 548/10 554/12 562/4 567/7 577/1 684/21 710/10 710/15 760/1
**makes [1]** 564/10
**making [4]** 579/8 699/7 734/10 734/23
**management [8]** 725/20 732/25 733/6 733/7 734/10 734/16 736/20 760/11
**manager [5]** 543/8

M


**manager... [4]** 544/13 544/20 559/16 725/13
**managing [1]** 726/5
**many [30]** 545/5 545/12 560/22 561/1 565/2 573/11 574/4 574/9 585/20 585/24 596/23 596/25 601/22 602/23 608/12 609/4 609/20 610/23 611/13 624/11 641/23 642/1 649/24 669/21 670/15 670/21 671/14 671/22 689/7 732/1
**March [3]** 588/14 717/15 718/5
**March 2006 [1]** 588/14
**March 2011 [1]** 717/15
**marked [19]** 531/3 531/12 534/23 547/6 728/18 732/22 743/6 744/22 745/9 747/19 749/22 751/20 753/4 756/8 758/10 758/17 760/5 761/19 761/24
**markedly [1]** 647/18
**market [29]** 537/3 537/8 537/12 546/3 665/5 665/11 666/4 735/7 735/17 735/21 735/24 736/1 737/15 737/18 740/13 740/15 741/8 741/9 741/12 741/13 741/16 742/7 742/8 756/19 757/1 757/14 757/16 758/3 759/10
**marketed [14]** 616/10 617/17 619/10 620/8 625/6 633/12 633/15 633/20 654/19 711/6 711/10 727/15 729/7 743/10
**marketing [6]** 599/20 601/22 602/7 619/11 665/1 760/17
**Markets [2]** 745/20 745/23
**married [1]** 723/7
**Marwah [1]** 547/17
**material [4]** 604/9 630/12 672/21 673/8
**materials [1]** 701/15
**matter [7]** 652/17 662/14 663/6 674/12 688/10 688/21 757/3
**Matthew [3]** 724/3 757/25 763/12
**maximum [1]** 619/2
**may [45]** 533/23 533/23 553/2 555/1 567/6 606/16 606/16 623/2 631/2 633/22 636/23 640/10 641/20 641/20 646/6 648/5 648/7 648/8 648/23 656/12 656/12 664/17 666/9 666/25 667/15 667/20 673/23 674/17 675/19 678/9 684/19 706/19 721/10 724/15 731/22 734/1 737/10 740/24 741/6 743/25 745/15 752/25 755/7 759/19 765/6
**May 10 [1]** 553/2
**May 17 [1]** 743/25
**May 2018 [1]** 737/10
**May 2020 [1]** 673/23
**May 7 [1]** 555/1
**maybe [2]** 646/3 648/5
**me [26]** 535/15 538/24 543/14 561/13 561/16 590/5 604/7 606/6 647/9 651/17 704/15 709/20 710/13 714/6 716/12 719/25 724/13 732/1 732/24 746/4 751/24 753/21 756/10 758/20 762/1 765/16
**mean [28]** 532/3 540/1 550/8 550/11 550/12 558/17 562/8 564/4 564/16 564/20 564/22 584/21 644/2 652/21 675/17 680/8 688/23 713/15 717/24 735/16 737/25 739/17 740/3 744/11 755/6 761/23 762/2 762/23
**meaning [3]** 674/3 713/6 740/8
**meaningful [1]** 551/1
**means [5]** 589/5 710/2 712/20 731/23 741/4
**meant [1]** 680/13
**measuring [1]** 698/14
**mechanism [6]** 580/10 580/20 581/11 677/11 748/13 749/3
**medication [10]** 549/22 726/25 727/7 732/21 735/22 735/23 747/6 759/7 759/13 759/23
**medications [8]** 576/18 619/13 619/15 619/16 619/20 621/24 759/6 759/19
**medicine [1]** 591/18
**meet [9]** 576/25 577/5 675/21 675/25 676/4 729/18 730/13 764/3 765/1
**meeting [10]** 632/3 632/4 632/6 634/7 634/13 753/18 753/20 753/21 753/23 753/25
**meetings [1]** 574/2
**Megha [1]** 547/17
**MELISSA [3]** 527/23 530/4 544/3
**member [1]** 593/9
**memorandum [2]** 632/3 634/7
**memory [2]** 543/5 704/21
**mention [1]** 727/4
**mentioned [18]** 538/5 540/15 572/9 582/20 594/13 596/19 604/24 616/4 617/4 689/13 694/10 713/8 718/17 728/1 733/23 740/21 754/9 756/22
**mentioning [1]** 599/20
**mentions [1]** 531/7
**mere [1]** 716/2
**merely [1]** 642/19
**Merkus [33]** 589/2 638/7 638/25 643/11 643/15 643/20 644/6 644/9 644/10 644/20 644/24 645/3 649/3 653/2 653/4 653/21 654/6 654/7 654/13 654/21 656/9 656/15 656/19 709/11 711/10 712/6 712/18 713/7 713/13 713/20 713/24 756/11 758/7
**Merkus 2006 [6]** 653/4 653/21 654/7 654/21 656/9 656/15
**Merkus' [2]** 656/25 713/16
**metadata [2]** 547/11 553/1
**method [1]** 609/3
**methods [3]** 582/15 604/23 605/11
**methoxy [20]** 534/3 534/11 534/17 545/21 545/24 555/18 556/16 562/11 590/22 597/8 599/13 599/17 601/3 606/17 614/9 614/20 618/21 618/25 703/12 703/18
**methoxy-polyethylene [18]** 534/3 534/11 534/17 545/21 545/24 555/18 556/16 562/11 590/22 599/13 599/17 606/17 614/9 614/20 618/21 618/25 703/12 703/18
**methyl [10]** 555/17 555/22 555/25 556/3 556/5 556/8 556/13 556/21 556/23 681/21
**methylcellulose [1]** 639/21
**Mexico [1]** 570/5
**mg [1]** 670/3
**mgs [3]** 696/22 696/24 697/1
**microbes [1]** 579/9
**microbiological [2]** 579/7 709/1
**microemulsion [1]** 547/2
**microliters [2]** 578/2 579/17
**microphone [1]** 573/24
**Mid [5]** 552/15 552/19 552/20 552/20 552/20
**Mid-001 [2]** 552/15 552/20
**Mid-002 [2]** 552/19 552/20
**Mid-003 [1]** 552/20
**MIDA [8]** 531/4 534/24 540/20 547/7 552/25 554/25 555/11 557/2
**midazolam [158]** 532/12 532/20 533/3 533/9 533/17 535/1 536/16 536/22 538/9 540/5 540/6 541/7 542/24 546/3 546/12 546/17 546/25 554/15 554/17 554/20 557/12 562/12 562/16 562/24 562/25 563/4 578/14 589/19 590/22 591/1 591/1 613/9 613/19 614/11 614/21 615/17 615/22 616/7 618/19 622/13 625/9 625/25 626/7 626/11 626/13 627/13 627/15 632/7 632/15 633/8 634/8 634/25 636/2 636/14 636/25 637/1 637/10 637/15 638/6 638/7 647/7 648/3 648/4 648/6 648/12 648/14 648/15 648/15 648/17 648/20 648/21 648/23 649/4 649/4 649/6 649/7 649/8 649/11 649/13 649/17 653/13 653/17 654/10 655/9 664/9 667/13 668/1 668/8 668/23 669/9 669/17 670/2 670/5 670/15 671/16 671/25 674/14 674/22 674/23 676/17 676/21 677/3 677/22 679/18 679/22 681/8 682/24 683/2 683/4 683/5 683/12 683/18 686/9 686/10 686/11 686/15 686/17 687/5 687/5 689/17 693/7 693/10 693/12 693/16 694/25 695/5 696/6 696/11 696/19 696/20 697/6 697/9 697/14 698/6 698/8 698/10 699/12 702/3 702/4 702/8 709/11 709/14 709/25 710/11 710/16 715/7 715/11 720/14 731/21 732/3 732/11 743/16 747/9 749/7 749/10 760/23 761/3 762/19
**midazolam's [1]** 647/5
**middle [6]** 533/20 560/11 588/20 651/19 738/19 738/22
**might [9]** 532/13 580/12 585/17 614/15 645/22 646/3 684/7 693/22 746/5
**milestone [3]** 750/8 750/8 750/12
**milestones [2]** 664/21 667/10
**milligram [14]** 541/1 541/3 541/8 546/3 557/12 636/14 636/17 670/6 683/7 695/4 695/7 695/11 695/15 695/24
**milligrams [4]** 636/16 669/17 669/18 679/18
**milliliter [1]** 695/7
**milliliters [1]** 640/24
**millimeter [1]** 640/12
**million [12]** 662/15 711/20 739/6 739/14 750/9 750/13 752/3 752/3 752/4 752/4 752/5 752/5
**mind [4]** 557/17 566/14 656/17 700/3
**mineral [1]** 595/21
**mini [1]** 721/19
**mini-break [1]** 721/19
**minimal [1]** 641/20

## M


**minimized [1]** 554/4
**mining [1]** 601/15
**minute [1]** 722/5
**minutes [20]** 529/22 529/23 539/14 539/18 539/19 543/11 543/11 557/22 558/11 559/18 559/19 566/21 581/2 581/7 632/3 634/7 634/13 651/13 684/9 722/4
**missed [1]** 667/20
**Mittal [8]** 543/8 543/8 543/25 544/3 544/7 557/21 668/7 668/17
**mL [9]** 636/17 670/3 695/4 695/11 695/15 695/24 696/22 696/24 697/1
**mLs [2]** 636/15 674/23
**model [1]** 739/14
**models [1]** 707/6
**modification [4]** 638/23 640/22 641/3 641/7
**modified [5]** 639/25 640/2 640/10 641/12 644/22
**modify [3]** 635/21 637/7 645/12
**modifying [1]** 644/24
**molecule [3]** 598/5 598/6 598/6
**molecules [2]** 599/18 719/5
**moment [2]** 538/24 608/4
**Monday [1]** 591/23
**monograph [2]** 603/16 605/2
**monohydroxy [2]** 597/10 617/15
**monomethyl [2]** 605/4 605/21
**month [1]** 634/21
**months [1]** 762/11
**more [20]** 559/3 559/21 561/13 579/1 591/21 596/3 602/23 609/21 610/10 631/9 637/18 648/21 688/12 727/18 732/1 743/5 747/5 747/5 747/9 764/25
**more alcohols [1]** 609/21
**morning [9]** 529/5 529/14 529/16 568/5 568/6 587/12 667/12 694/10 759/4
**MORRIS [1]** 528/3
**most [5]** 630/19 738/19 738/24 751/11 758/2
**Mostly [1]** 574/17
**motivated [25]** 613/5 613/8 613/16 613/18 615/21 616/6 625/8 627/13 627/16 635/15 635/21 637/7 637/14 638/14 642/8 642/15 645/1 646/13 646/19 646/22 647/21 648/20 648/23 649/11 649/21
**motivation [3]** 645/12 645/14 761/2
**mouth [2]** 732/8 732/13
**move [31]** 538/14 538/20 543/17 559/7 566/9 569/3 571/21 575/3 575/21 607/14 615/9 633/23 635/7 650/16 655/13 656/2 658/15 659/9 660/2 660/20 661/8 663/12 680/23 700/24 700/25 704/23 704/25 705/1 706/22 755/23 765/18
**moved [2]** 570/4 570/6
**movement [1]** 721/1
**moving [2]** 580/22 738/11
**mPEG [240]** 562/7 562/10 563/3 563/6 563/12 563/23 564/15 564/23 565/11 565/14 565/17 565/21 565/24 566/4 566/6 589/21 593/22 594/6 594/7 594/13 594/15 594/18 594/24 595/2 595/6 597/2 597/4 597/7 597/9 597/15 597/21 598/1 598/8 598/15 598/18 599/6 599/14 599/21 600/1 601/12 601/13 601/19 602/2 602/14 602/14 602/18 602/21 603/1 603/24 603/25 604/2 604/4 604/5 604/24 605/6 605/9 605/16 605/20 605/23 606/1 606/5 606/6 606/14 606/20 606/23 607/2 607/4 607/11 607/22 608/5 608/6 608/10 608/11 608/14 608/23 609/2 609/3 609/8 609/8 609/12 609/14 609/15 609/23 609/24 610/1 610/3 610/13 610/18 611/4 611/5 611/15 611/18 613/6 613/17 613/19 615/18 615/22 615/24 616/6 616/9 616/9 616/12 616/15 616/21 617/13 617/17 617/23 617/25 618/9 618/24 619/1 619/5 619/8 619/9 619/22 620/8 620/15 620/18 624/19 624/21 625/5 625/8 625/10 625/12 625/19 626/7 626/10 626/14 626/14 626/17 626/22 626/24 627/3 627/5 627/8 627/11 627/20 627/21 627/24 628/1 628/11 628/12 628/16 628/25 629/4 629/21 629/25 630/3 630/5 630/7 630/9 630/11 630/13 630/21 631/4 631/7 631/17 633/1 633/9 633/11 633/13 635/1 635/16 635/22 637/10 637/15 641/14 641/18 642/3 642/15 642/25 645/19 645/24 646/3 646/17 646/22 646/24 647/1 647/6 647/8 647/10 647/15 648/10 648/19 649/17 650/4 650/8 655/2 668/25 671/16 671/25 680/16 680/20 681/20 682/5 682/24 683/1 683/4 683/8 683/13 683/17 683/19 687/16 687/18 689/9 689/9 691/15 691/19 691/23 692/2 693/7 693/10 693/13 693/15 695/1 696/22 697/10 699/12 702/16 702/20 703/20 705/4 705/17 705/24 706/9 706/12 706/14 708/8 716/24 716/25 718/6 718/14 718/19 718/21 718/24 719/6 719/11 719/13 719/16 719/19
**mPEG's [3]** 618/6 620/11 681/23
**mPEG-350 [17]** 594/6 594/7 601/12 601/13 601/19 610/13 610/18 611/5 630/5 641/14 641/18 682/5 689/9 692/2 695/1 696/22 697/10
**mPEG-containing [4]** 626/14 627/11 693/7 693/15
**mPEGs [8]** 588/13 600/12 600/14 602/9 607/10 620/3 620/5 685/19
**Mr [4]** 543/8 544/3 559/16 563/17
**Mr. [28]** 557/21 568/16 569/12 587/15 587/17 588/5 652/1 668/7 668/17 685/25 686/20 687/14 687/22 689/2 691/10 694/2 694/14 695/22 696/15 698/2 701/22 705/14 706/18 709/16 710/8 717/9 717/11 717/19
**Mr. Braun [8]** 568/16 569/12 587/15 587/17 588/5 652/1 717/9 717/19
**Mr. Guinta [1]** 717/11
**Mr. Mittal [3]** 557/21 668/7 668/17
**Mr. Thorsnes [16]** 685/25 686/20 687/14 687/22 689/2 691/10 694/2 694/14 695/22 696/15 698/2 701/22 705/14 706/18 709/16 710/8
**Ms [3]** 530/4 538/2 559/22
**Ms. [1]** 529/19
**Ms. Gandhi [1]** 529/19
**MSDS [2]** 630/11 630/14
**MTF [2]** 555/4 555/4
**MTF-05 [1]** 555/4
**MTF-07 [1]** 555/4
**much [8]** 539/9 614/23 688/11 710/25 721/10 721/17 722/22 757/19
**mucociliary [6]** 580/9 580/15 580/20 581/4 581/18 639/17
**mucosa [15]** 576/14 580/1 580/2 583/9 583/12 628/7 630/21 630/24 631/1 631/3 691/3 691/6 691/8 707/12 707/18
**mucosal [5]** 570/12 581/10 584/18 584/19 689/20
**mucus [2]** 580/21 580/23
**multiple [7]** 586/5 611/22 643/3 644/18 646/1 657/7 657/8
**must [3]** 708/13 708/21 713/9
**my [68]** 530/4 530/8 539/4 543/5 543/15 544/3 544/11 544/13 545/14 547/21 549/9 549/18 550/9 552/12 552/17 553/11 554/7 554/17 555/19 556/4 560/10 564/5 568/20 569/22 571/8 573/9 575/6 600/6 604/3 607/3 611/6 614/16 642/18 650/11 651/17 662/6 664/16 666/3 667/3 671/2 675/12 682/20 689/10 694/1 704/19 704/21 711/8 711/12 714/20 719/8 721/14 724/18 725/11 729/3 730/12 731/9 731/15 732/19 733/1 736/2 740/5 741/13 748/5 751/15 752/16 754/7 764/5 767/8


## N


**N211321 [1]** 743/13
**name [25]** 530/4 530/6 530/8 530/9 530/9 544/3 544/5 544/8 555/18 557/7 560/8 560/11 561/12 561/13 567/19 568/7 594/15 654/20 673/25 681/21 694/22 723/2 729/3 743/16 763/3
**named [2]** 547/17 574/7
**names [1]** 723/6
**narrow [1]** 583/11
**narrower [2]** 583/18 583/18
**nasal [85]** 532/11 532/20 533/2 533/8 533/15 533/16 535/2 536/16 540/5 540/7 541/7 543/8 544/21 546/5 546/7 546/12 549/25 570/12 570/21 571/14 576/10 576/14 577/25 578/9 578/12 579/24 580/1 580/2 580/3 580/4 580/10 581/4 581/8 581/22 582/1 582/7 583/8 583/8 584/12 615/17 619/5 619/7 622/13 625/16 627/1 628/7 630/21 630/24 631/3 632/7

**N**

**nasal... [35]** 632/15 632/21 633/8 634/8 639/16 641/12 646/2 648/8 653/13 653/17 655/9 667/13 668/8 668/23 669/9 669/17 670/5 670/11 674/22 677/22 678/5 678/7 679/18 681/9 682/6 683/10 683/20 691/6 691/8 707/12 707/17 707/22 708/2 748/13 759/10
**Nasolam [12]** 654/16 654/20 654/22 655/2 655/23 656/10 656/13 656/24 711/10 713/16 714/1 758/14
**Nasolam 2022 [4]** 654/16 654/22 655/2 656/10
**national [2]** 574/1 604/13
**native [1]** 669/7
**nature [2]** 582/3 625/17
**Nayzilam [125]** 541/12 555/16 556/24 631/17 664/8 664/12 664/14 664/18 664/22 664/23 667/2 667/6 667/11 667/14 667/19 667/22 668/2 668/3 669/19 674/1 675/11 675/22 676/1 676/12 677/5 679/11 680/9 681/16 681/18 694/10 694/23 711/6 712/16 712/17 713/3 713/11 714/22 724/2 724/5 724/6 727/15 727/19 727/21 728/16 728/17 728/20 728/20 728/25 729/4 729/7 729/21 730/9 730/11 730/13 730/20 731/10 733/11 733/15 734/4 734/8 734/14 735/3 735/18 735/20 736/5 736/16 736/23 739/1 739/5 739/10 739/14 739/20 740/13 740/15 741/12 743/17 744/3 744/24 745/8 745/13 745/13 746/8 746/14 746/25 747/20 747/21 749/23 749/24 750/4 750/23 750/23 751/21 751/22 753/5 753/6 753/16 754/2 754/5 754/8 754/12 754/12 754/16 754/20 754/23 755/2 755/14 755/25 757/22 757/23 758/13 758/18 759/13 759/14 760/8 760/8 761/9 762/4 762/5 764/2 764/9 764/17 765/1 765/4 765/5 765/9
**Nayzilam's [1]** 631/21
**NDA [4]** 537/20 537/22 674/14 675/18
**near [2]** 649/5 663/5
**necessarily [8]** 592/24 606/7 607/6 628/8 642/21 666/7 710/22 718/22
**necessary [4]** 633/22 676/5 683/5 725/19
**need [49]** 529/7 533/8 533/15 537/15 548/25 549/12 549/24 550/14 550/15 553/14 562/1 562/21 567/6 570/20 576/3 577/23 578/20 579/15 581/13 621/7 631/6 644/22 645/10 692/13 706/21 729/12 729/18 729/19 730/13 731/17 734/5 734/6 734/9 756/21 756/23 757/11 759/2 759/2 760/2 761/9 761/15 763/18 763/18 764/3 764/21 765/2 765/5 765/10 766/6
**needed [3]** 633/3 689/13 704/18
**needs [8]** 577/5 578/4 578/6 578/17 625/4 645/8 734/19 746/15
**negative [1]** 584/19
**negotiated [1]** 725/18
**negotiations [1]** 714/19
**neither [2]** 755/13 760/22
**net [11]** 739/1 739/6 739/18 739/21 741/23 742/3 742/18 744/8 750/12 752/2 752/9
**Neurelis [4]** 735/9 735/19 736/12 736/12
**neurology [3]** 722/3 726/16 726/19
**neutral [1]** 649/6
**never [16]** 615/24 625/11 626/8 627/14 627/21 627/22 642/25 650/7 682/10 683/17 684/25 685/3 685/19 701/12 701/17 714/14
**new [14]** 569/23 570/5 633/2 634/25 657/18 678/17 682/10 708/14 711/10 756/13 756/17 756/18 760/4 761/18
**New Mexico [1]** 570/5
**New Zealand [1]** 569/23
**Newton [1]** 758/19
**next [17]** 529/17 543/7 543/23 588/15 588/19 630/10 657/4 666/17 679/12 695/21 696/14 721/24 737/6 737/15 737/22 739/9 752/1
**nice [1]** 583/7
**Nickel [2]** 723/20 723/21
**NIH [1]** 572/7
**NME [1]** 755/14
**no [169]** 527/5 538/16 542/18 543/5 544/19 545/10 545/19 545/23 546/1 546/4 549/18 551/4 556/15 559/9 560/4 560/21 562/6 562/22 563/2 563/5 563/11 563/13 564/8 564/22 565/5 565/13 565/16 565/19 566/5 566/11 569/5 574/24 592/7 593/15 594/14 594/20 595/4 597/5 597/10 601/10 601/22 602/5 602/15 602/23 603/2 604/25 605/21 605/25 606/3 607/13 607/16 607/23 608/7 609/3 609/17 610/21 611/12 611/20 612/1 612/4 612/8 612/23 615/11 616/12 617/15 618/11 619/7 619/25 620/9 620/14 620/21 621/18 622/8 622/14 624/20 624/23 625/19 626/2 626/24 627/10 627/22 628/3 630/25 631/12 632/24 633/19 633/25 635/9 636/5 636/20 637/12 637/20 638/16 639/9 640/23 641/4 641/8 642/11 642/14 642/21 645/5 645/14 646/20 647/24 649/13 650/7 650/10 650/15 654/4 655/15 656/4 656/11 656/22 658/17 659/10 660/4 660/22 661/10 661/18 663/14 663/25 664/13 665/6 669/1 670/19 671/11 672/16 673/2 673/15 673/21 675/3 675/5 677/12 678/18 679/1 679/25 680/25 684/4 685/16 701/1 708/5 711/8 711/23 715/3 715/8 716/13 716/25 718/4 719/10 721/8 721/9 725/23 727/6 734/17 749/19 752/22 752/23 754/1 754/19 755/16 755/19 755/24 761/5 761/22 763/6 763/9 765/1 766/1 766/7
**Nobody [1]** 647/7
**non [23]** 542/2 542/13 543/3 545/9 545/11 557/15 575/10 612/12 613/10 613/22 666/24 671/16 671/25 674/3 674/20 675/10 676/18 676/21 677/14 678/22 679/18 746/15 747/4
**non-invasive [2]** 746/15 747/4
**non-mPEG-based [2]** 671/16 671/25
**non-obviousness [5]** 575/10 612/12 613/10 613/22 666/24
**non-Q1/Q2 [13]** 542/2 542/13 543/3 545/9 545/11 557/15 674/3 674/20 675/10 676/18 676/21 677/14 678/22
**non-Q1Q2 [1]** 679/18
**nonaqueous [16]** 595/14 595/17 611/8 611/13 617/7 617/9 617/11 638/23 640/13 640/19 641/10 642/6 685/9 685/12 685/14 685/17
**nonbenzodiazepine [2]** 764/22 764/23
**nonbenzodiazepine-containing [2]** 764/22 764/23
**nonclinical [2]** 632/14 633/16
**noncost [1]** 739/13
**none [6]** 610/9 610/10 622/2 685/9 685/12 750/19
**nonetheless [1]** 693/25
**noninvasive [1]** 576/11
**nonionic [1]** 623/23
**nonmedical [1]** 576/15
**nonobvious [1]** 614/13
**nonpharmaceutical [1]** 618/2
**normally [1]** 632/18
**North [5]** 569/24 570/4 570/8 570/16 572/6
**North Carolina [5]** 569/24 570/4 570/8 570/16 572/6
**Nosalam [1]** 654/17
**nose [6]** 570/24 580/7 580/17 580/25 619/15 619/20
**nosepiece [1]** 640/12
**nostril [1]** 578/2
**not [251]**
**Note [1]** 678/4
**notebook [7]** 615/1 615/5 658/1 658/22 659/15 660/8 672/10
**notes [2]** 651/17 767/8
**nothing [10]** 529/9 529/12 617/4 626/8 629/2 643/18 645/9 647/1 766/10 766/11
**notice [3]** 566/18 615/3 615/7
**notices [1]** 615/9
**novel [7]** 555/22 556/3 632/25 681/25 682/3 682/5 682/10
**November [1]** 747/24
**November 2017 [1]** 747/24
**now [124]** 531/3 531/12 534/23 540/24 547/6 553/7 553/17 562/2 563/15 571/3 572/9 579/10 582/13 586/19 587/7 589/7 589/23 590/4 594/23 595/10 596/19 598/8 598/8 600/19 601/7 601/11 601/20 601/25 602/16 606/22 607/8 608/3 609/1 609/4 609/18 611/7 612/11 615/16 616/20 617/6 619/9 619/21 620/17 621/1 621/10 621/14 622/3 622/17 622/24 623/8 627/24 628/22 629/17 630/10 630/18 632/23 635/13 635/20 636/1 637/13 637/24 639/23 640/3 640/16 642/12 643/10 643/25 644/10 644/25 645/17 646/12 646/21 647/3 648/6

**N**

**now... [50]** 648/9 651/8 652/4 652/24 653/14 656/12 661/23 663/12 665/24 666/3 667/20 668/5 669/14 670/20 671/3 673/23 680/1 680/17 683/21 684/8 687/4 687/8 687/24 695/4 698/13 699/11 701/12 701/25 703/10 704/12 704/24 705/23 709/19 711/2 712/6 717/8 717/21 718/8 718/17 719/1 719/20 721/20 724/11 727/14 729/4 729/7 735/13 748/3 762/2 762/17
**NPV [5]** 739/14 739/17 739/23 739/24 739/24
**NRL [4]** 735/9 736/17 736/20 746/25
**NRL-1 [4]** 735/9 736/17 736/20 746/25
**number [38]** 531/15 531/16 531/19 534/21 558/13 590/23 593/6 594/23 598/22 598/25 599/3 608/15 611/2 615/16 650/14 651/1 687/25 688/11 694/19 694/20 709/4 711/24 716/20 730/7 730/8 742/19 742/20 744/23 745/12 749/23 750/22 751/21 752/10 757/22 757/22 758/18 764/17 764/18
**Number 1 [1]** 558/13
**Number 201821047778 [1]** 531/15
**numbers [14]** 538/5 598/14 598/15 598/17 598/20 599/2 669/16 728/19 742/10 747/20 758/11 760/7 762/4 762/6
**numerous [2]** 573/22 624/13

**O**

**oath [6]** 530/13 530/16 544/14 567/24 723/9 723/11
**object [1]** 744/15
**objection [35]** 538/16 559/9 566/11 569/5 574/24 607/16 615/11 631/12 633/25 635/9 655/15 656/4 658/17 659/10 660/4 660/22 661/10 661/17 661/18 663/14 663/24 663/25 665/14 672/16 673/2 673/15 679/1 680/25 699/20 701/1 702/24 703/1 703/24 752/22 752/23
**objections [2]** 765/25 766/1
**objective [13]** 553/20 575/10 613/9 613/21 652/4 652/6 666/18 666/22 679/12 680/4 682/12 683/21 721/16
**objectives [1]** 680/2
**observation [5]** 551/16 555/8 558/13 695/16 695/17
**observations [2]** 558/8 558/11
**observe [1]** 630/11
**obvious [10]** 575/9 612/19 613/1 613/13 614/9 614/19 683/24 683/25 684/2 684/3
**obviously [5]** 577/10 586/19 651/16 663/11 746/2
**obviousness [5]** 575/10 612/12 613/10 613/22 666/24
**occur [1]** 664/22
**occurred [1]** 712/10
**occurring [1]** 713/2
**October [7]** 527/12 547/25 668/18 678/3 755/23 763/15 764/10
**October 2018 [1]** 668/18
**October 28 [1]** 547/25
**October 6 [2]** 763/15 764/10
**October of [1]** 678/3
**ODE [1]** 743/24
**ODE-243 [1]** 743/24
**off [5]** 561/25 567/7 715/21 731/16 754/24
**offer [1]** 566/6
**offered [2]** 587/25 589/7
**offering [2]** 569/10 666/18
**office [2]** 701/18 724/24
**Official [1]** 767/11
**often [4]** 564/23 738/22 738/23 765/7
**oftentimes [2]** 576/16 578/10
**Oh [3]** 533/16 540/23 580/13
**oil [1]** 595/20
**oils [1]** 595/21
**Ointment [1]** 605/19
**okay [66]** 531/22 531/24 532/10 532/18 532/23 533/14 533/19 533/20 533/25 535/15 535/24 536/13 537/6 537/25 538/8 539/16 539/23 540/19 541/9 542/5 547/6 549/4 554/24 555/10 555/16 556/7 556/13 557/1 557/11 566/25 580/13 610/2 612/9 614/18 636/6 650/24 651/7 651/10 657/21 658/23 659/16 660/9 660/10 661/17 663/24 684/10 685/16 692/9 697/18 704/13 709/9 722/9 722/13 733/5 737/6 738/13 738/15 752/24 753/1 759/18 760/7 762/1 762/2 762/9 764/9 766/23
**old [1]** 762/12
**older [2]** 736/21 736/24
**onboard [1]** 728/4
**once [5]** 561/25 593/8 611/4 719/6 761/8
**oncology [1]** 726/6
**one [82]** 534/2 534/5 534/8 538/24 539/11 540/10 540/22 543/10 552/13 553/17 553/20 555/16 556/23 558/2 559/21 563/24 578/10 579/11 580/9 580/12 581/17 586/14 587/21 587/21 588/18 591/3 593/16 596/3 597/10 603/12 608/13 610/10 615/7 618/1 628/10 628/22 632/22 634/25 639/15 639/23 649/25 650/25 651/8 652/9 654/15 657/15 673/8 686/24 689/23 690/14 692/3 692/4 692/10 692/13 694/5 694/9 699/11 706/1 710/6 710/18 710/21 711/16 712/8 715/14 719/19 721/19 722/5 724/4 729/15 730/10 732/1 732/24 733/10 734/3 740/12 745/11 747/16 747/18 750/9 758/2 763/23 764/9
**one's [1]** 704/1
**ones [8]** 640/19 652/7 688/22 689/8 700/16 715/18 750/19 766/2
**ongoing [1]** 759/24
**only [28]** 539/10 547/23 548/11 556/8 565/20 583/19 593/5 597/10 600/2 637/24 687/5 688/4 688/7 688/22 689/8 692/6 692/12 715/24 716/2 726/6 726/22 731/9 732/14 732/15 741/16 742/3 761/11 761/14
**onset [3]** 724/9 746/21 747/11
**opened [3]** 756/10 760/6 761/20
**opening [2]** 649/23 650/12
**opine [5]** 609/22 610/6 652/6 656/12 656/12
**opined [18]** 593/12 602/1 602/17 615/16 619/9 620/17 627/24 635/15 637/13 639/23 642/7 646/21 647/20 648/9 652/25 664/7 691/13 709/10
**opines [4]** 607/9 610/17 615/18 646/13
**opining [2]** 679/13 682/13
**opinion [40]** 575/6 593/20 594/3 606/4 607/1 607/3 607/11 607/21 608/5 609/8 610/5 611/6 611/11 611/15 611/17 615/21 622/9 625/7 637/19 642/18 666/19 667/1 667/3 667/24 682/7 683/23 684/1 690/10 690/15 694/1 702/18 703/6 703/9 703/14 703/21 705/4 705/20 715/23 716/1 719/8
**opinions [32]** 575/4 575/22 589/7 591/4 592/5 592/13 594/23 612/11 629/15 629/20 634/10 637/6 647/23 652/4 652/15 655/11 655/25 657/5 659/7 659/25 660/18 668/14 669/12 672/12 672/23 673/11 677/24 681/13 682/22 682/23 694/6 714/12
**opportunities [5]** 725/17 726/4 727/3 738/3 764/23
**opportunity [13]** 730/6 730/22 733/6 733/14 733/17 733/18 735/25 738/8 740/13 746/6 746/7 760/10 763/6
**opposed [2]** 632/18 640/4
**optimal [2]** 614/11 614/22
**optimally [1]** 763/22
**optimize [2]** 642/16 645/2
**optimized [4]** 632/14 632/22 633/8 642/19
**option [3]** 550/20 676/13 676/24
**options [9]** 585/24 623/11 650/14 688/11 688/14 731/8 731/19 731/24 745/11
**oral [5]** 550/22 576/17 759/12 759/14 759/19
**Orange [4]** 743/7 743/8 744/4 744/7
**order [12]** 554/15 565/21 640/14 645/1 647/11 647/19 677/10 678/17 704/16 706/19 717/3 738/2
**ordinary [24]** 586/17 591/5 591/11 608/1 609/10 609/25 610/12 617/10 644/8 645/9 646/8 682/19 688/10 691/13 691/18 691/21 691/24 699/4 700/20 702/19 705/5 706/24 707/19 709/13
**organic [9]** 533/25 534/2 534/5 534/8 606/16 611/9 623/5 624/4 624/8
**orifice [1]** 640/11
**original [2]** 657/20 662/2
**orphan [17]** 664/24 664/25 665/2 729/10 729/15 729/20 729/24 730/1 730/5 730/6 740/17 740/19 740/23 740/24 744/2 744/9 744/13

## O


**osmolarity [1]** 584/25
**Otago [1]** 569/23
**other [69]** 532/11 546/7 546/14 546/23 549/16 550/2 550/4 556/2 564/12 565/1 565/7 568/24 571/15 571/23 572/2 572/7 573/23 574/17 576/8 578/13 580/22 586/17 588/11 590/1 598/1 601/10 602/13 616/5 617/8 619/19 619/22 620/7 623/11 625/25 628/12 628/14 630/25 636/18 638/4 644/25 645/23 646/5 646/12 655/19 662/4 662/25 663/4 664/21 666/9 666/10 673/19 690/3 690/20 690/20 691/20 703/19 706/13 709/7 721/3 723/6 724/4 724/16 731/7 731/12 740/22 747/17 750/19 763/8 763/9
**others [5]** 652/7 652/10 652/11 652/12 666/25
**otherwise [6]** 578/21 676/4 691/19 734/23 740/25 746/2
**our [26]** 541/25 542/4 554/2 559/14 571/19 587/11 650/20 684/22 721/18 733/20 735/19 737/20 737/23 739/13 740/1 741/7 741/14 745/6 747/9 747/12 748/21 748/22 756/25 757/9 760/1 763/4
**out [26]** 566/22 579/2 579/3 582/1 599/18 602/23 603/13 609/21 627/22 630/8 648/7 649/18 688/12 692/7 698/4 699/3 700/16 700/20 701/20 707/20 713/6 717/18 731/16 732/2 748/17 754/17
**outcomes [1]** 646/1
**outside [7]** 535/23 543/4 621/25 719/13 725/17 738/4 740/4
**Outstanding [1]** 587/11
**over [18]** 543/10 574/6 576/8 576/9 579/5 583/12 614/25 657/7 670/7 671/23 711/20 711/20 713/13 724/4 724/5 739/20 752/5 760/23
**overall [3]** 577/1 653/20 741/10
**overarching [2]** 576/25 577/5
**overcome [2]** 570/21 639/16
**overlap [1]** 586/4
**overruled [1]** 704/1
**oversee [2]** 571/6 571/11
**own [4]** 535/22 598/22 683/23 762/18
**oxide [1]** 596/17
**oxidizes [1]** 579/6


## P


**P-A-T-E-L [1]** 560/12
**p.m [1]** 766/25
**package [5]** 655/22 698/16 753/18 753/20 753/23
**packs [1]** 564/6
**page [72]** 533/19 533/20 538/22 555/12 557/3 557/18 558/6 558/7 559/22 563/19 563/20 585/7 588/19 599/12 599/23 600/7 601/25 603/19 604/19 605/1 605/12 606/12 614/25 618/20 619/12 621/14 630/1 630/2 630/19 631/24 632/9 633/5 634/4 634/16 643/19 644/11 648/25 658/5 658/9 658/10 672/6 674/18 678/1 678/4 681/15 681/16 694/13 694/15 695/21 696/4 696/14 697/8 698/2 709/17 720/8 720/9 720/9 720/16 720/17 720/17 735/3 736/11 737/22 739/9 742/18 743/11 749/16 750/25 752/1 760/13 762/8 762/9
**Page 1 [1]** 630/19
**Page 10 [2]** 600/7 619/12
**Page 13 [1]** 643/19
**Page 14 [2]** 648/25 709/17
**Page 17 [1]** 603/19
**Page 18 [1]** 644/11
**Page 2 [6]** 563/19 630/1 631/24 634/4 672/6 678/1
**Page 23 [3]** 533/19 538/22 559/22
**Page 3 [4]** 557/3 557/18 678/4 720/8
**Page 3-1 [1]** 720/9
**Page 33938 [1]** 752/1
**Page 4 [4]** 558/7 599/12 601/25 720/16
**Page 43138 [1]** 742/18
**Page 5 [5]** 558/6 606/12 674/18 681/15 720/17
**Page 6 [2]** 621/14 720/17
**Page 8 [1]** 555/12
**Page 89 [1]** 618/20
**Page 9 [2]** 599/23 634/16
**pages [3]** 600/16 601/8 615/1
**Pages 16 [1]** 601/8
**paid [2]** 750/17 750/19
**painful [1]** 532/5
**paper [3]** 630/8 689/24 690/15
**paragraph [61]** 536/5 595/13 599/25 602/1 606/12 606/13 606/15 610/16 616/25 619/19 621/5 621/10 621/14 621/20 621/25 622/3 622/10 622/19 622/20 622/24 623/3 623/8 623/12 623/13 623/20 623/21 624/2 624/3 624/4 624/7 630/2 630/20 636/8 636/12 637/4 639/10 639/12 639/18 640/4 640/6 640/9 641/10 642/2 643/22 662/17 675/7 676/10 696/17 701/21 701/23 702/6 703/10 703/16 706/4 706/20 718/11 718/14 718/24 719/14 719/18 721/6
**Paragraph 15 [8]** 701/21 701/23 702/6 703/10 703/16 718/11 718/24 719/14
**Paragraph 30 [3]** 595/13 610/16 616/25
**Paragraph 319 [1]** 706/4
**Paragraph 37 [2]** 639/10 639/18
**Paragraph 46 [1]** 621/10
**Paragraph 47 [2]** 640/4 642/2
**Paragraph 49 [2]** 622/19 622/20
**Paragraph 50 [1]** 623/8
**Paragraph 51 [2]** 622/24 623/3
**Paragraph 53 [1]** 623/12
**Paragraph 54 [2]** 606/12 623/20
**Paragraph 55 [2]** 624/2 624/7
**Paragraph 6 [1]** 621/5
**Paragraph 63 [1]** 706/20
**Paragraph 7 [1]** 641/10
**Paragraph 85 [4]** 636/8 636/12 637/4 675/7
**Paragraph 88 [4]** 621/14 621/25 622/3 622/10
**paragraphs [3]** 622/4 622/10 676/9
**parallel [1]** 735/19
**parameters [5]** 558/21 625/13 646/1 652/19 683/20
**paraphrasing [2]** 590/4 734/1
**parens [1]** 743/17
**part [20]** 531/10 538/21 540/3 551/5 553/10 571/7 571/12 573/9 602/14 680/2 714/17 725/9 726/1 740/7 745/6 746/8 753/9 754/12 758/9 760/1
**partial [1]** 542/25
**particle [1]** 582/11
**particular [30]** 540/18 544/20 570/20 576/20 577/19 579/15 579/16 584/14 586/25 593/2 595/11 596/13 598/24 626/18 627/17 630/22 639/7 642/16 648/13 651/18 665/8 673/25 679/21 692/14 706/10 718/11 718/23 719/11 720/12 721/6
**particularly [3]** 595/19 595/25 617/12
**particulates [3]** 580/19 580/23 581/1
**parties [6]** 659/22 661/4 661/20 662/1 723/16 723/18
**partner [1]** 760/15
**partnership [1]** 763/7
**passage [2]** 617/8 709/19
**past [1]** 597/19
**paste [1]** 622/6
**pastes [2]** 621/13 622/11
**PATEL [7]** 528/5 559/15 559/16 560/6 560/10 560/11 563/17
**patent [60]** 531/15 532/1 539/3 587/22 587/23 588/3 588/5 588/18 588/23 588/24 589/6 589/8 590/1 590/2 590/6 590/7 590/10 593/19 594/2 606/10 607/8 610/5 613/1 613/13 613/24 614/7 614/16 614/17 615/4 615/8 616/8 620/25 621/7 624/19 656/14 656/15 658/12 682/19 686/2 687/1 687/24 688/12 695/8 695/12 699/11 699/13 699/16 700/7 700/11 700/19 705/9 705/11 713/17 713/19 718/21 740/25 743/12 743/20 750/24 751/5
**patentability [1]** 614/7
**patents [23]** 574/7 587/22 657/6 657/9 657/13 663/10 663/11 663/19 664/9 664/10 664/19 664/20 665/13 666/6 666/8 666/24 666/25 700/22 702/21 707/9 714/22 744/6 744/12
**pathway [1]** 737/3
**patient [11]** 549/22 584/23 585/2 585/3 625/24 729/22 733/12 733/13 734/24 741/22 757/10
**patient's [1]** 732/13
**patient-centric [2]** 729/22 733/12
**patients [32]** 532/5 585/4 713/1 727/8 729/12 729/18 729/19 729/23 730/16 731/16 732/8 732/15 733/10 733/24 736/4 736/6 736/7 736/8 736/21 736/23 741/14 741/17 741/18 746/17 759/2 759/4 759/8 760/2 763/19 763/23 764/3 765/2
**pattern [2]** 582/19 638/21
**Paul [1]** 758/19

**P**
**paused [2]** 738/9 752/18
**payment [1]** 750/9
**PDX [1]** 679/15
**PDX-1220 [1]** 679/15
**PDX3 [77]** 569/13 569/18 571/21 573/5 575/3 575/21 575/24 576/22 577/12 577/21 578/5 578/16 579/23 580/14 581/12 582/4 584/7 585/8 586/9 587/3 587/16 589/10 590/11 591/8 592/11 592/15 593/10 593/17 593/24 594/21 596/11 597/3 597/12 598/10 600/21 608/8 609/18 610/4 610/6 612/9 612/13 612/18 612/24 613/11 614/4 616/2 616/14 617/16 617/20 620/10 625/2 625/18 628/10 638/9 645/15 647/25 649/15 650/2 652/2 652/5 652/10 652/15 654/11 656/8 657/2 657/10 663/18 666/17 667/8 671/12 677/1 679/5 679/12 682/11 682/15 682/20 683/1
**PDX3-1 [1]** 569/13
**PDX3-10 [1]** 577/21
**PDX3-11 [1]** 578/5
**PDX3-12 [1]** 578/16
**PDX3-13 [1]** 579/23
**PDX3-14 [1]** 580/14
**PDX3-15 [1]** 581/12
**PDX3-16 [1]** 582/4
**PDX3-17 [1]** 584/7
**PDX3-18 [1]** 585/8
**PDX3-2 [1]** 569/18
**PDX3-20 [1]** 586/9
**PDX3-21 [2]** 587/3 587/16
**PDX3-22 [1]** 589/10
**PDX3-23 [1]** 590/11
**PDX3-24 [1]** 591/8
**PDX3-25 [1]** 592/11
**PDX3-26 [1]** 592/15
**PDX3-27 [1]** 593/10
**PDX3-28 [1]** 593/17
**PDX3-29 [1]** 593/24
**PDX3-30 [1]** 594/21
**PDX3-31 [1]** 596/11
**PDX3-32 [1]** 597/3
**PDX3-33 [1]** 597/12
**PDX3-34 [1]** 598/10
**PDX3-35 [1]** 600/21
**PDX3-36 [1]** 608/8
**PDX3-38 [1]** 610/4
**PDX3-39 [1]** 610/6
**PDX3-4 [2]** 571/21 573/5
**PDX3-40 [1]** 612/9
**PDX3-41 [1]** 612/13
**PDX3-42 [1]** 612/18
**PDX3-43 [1]** 612/24
**PDX3-44 [1]** 613/11
**PDX3-45 [1]** 614/4
**PDX3-46 [1]** 616/2
**PDX3-47 [1]** 616/14
**PDX3-48 [2]** 617/16 620/10
**PDX3-49 [1]** 617/20
**PDX3-5 [1]** 575/3
**PDX3-50 [1]** 625/2
**PDX3-51 [1]** 625/18
**PDX3-52 [1]** 628/10
**PDX3-53 [1]** 638/9
**PDX3-54 [1]** 645/15
**PDX3-55 [1]** 647/25
**PDX3-56 [1]** 649/15
**PDX3-57 [1]** 650/2
**PDX3-58 [1]** 652/2
**PDX3-59 [1]** 652/5
**PDX3-6 [1]** 575/21
**PDX3-60 [1]** 652/10
**PDX3-61 [1]** 652/15
**PDX3-62 [2]** 654/11 656/8
**PDX3-63 [1]** 657/2
**PDX3-64 [2]** 657/10 663/18
**PDX3-65 [1]** 666/17
**PDX3-66 [4]** 667/8 671/12 677/1 679/5
**PDX3-68 [1]** 679/12
**PDX3-69 [1]** 682/11
**PDX3-7 [1]** 575/24
**PDX3-70 [1]** 682/15
**PDX3-71 [2]** 682/20 683/1
**PDX3-8 [1]** 576/22
**PDX3-9 [1]** 577/12
**peak [4]** 739/1 741/16 742/17 742/18
**pediatric [3]** 732/15 746/16 760/16
**peer [3]** 573/7 573/11 574/12
**peer-reviewed [3]** 573/7 573/11 574/12
**PEG [120]** 555/17 555/22 555/25 556/2 556/5 556/7 556/13 556/21 556/23 562/25 563/6 563/12 565/2 566/1 589/22 594/7 595/3 595/6 595/11 596/19 597/2 597/4 597/15 597/21 597/22 598/5 598/8 598/15 598/18 599/3 599/3 599/6 599/14 599/20 600/1 601/12 601/16 602/2 602/13 602/14 602/18 602/21 603/1 604/5 604/21 604/23 605/16 605/20 605/24 606/1 606/5 606/6 606/14 606/21 606/23 607/1 607/3 607/10 607/12 607/22 608/4 608/9 608/11 608/12 608/13 608/25 609/1 609/2 609/3 609/5 609/5 609/6 609/7 609/9 609/11 609/13 609/19 609/19 610/10 610/11 610/13 610/19 610/23 610/23 611/3 611/5 611/15 611/18 611/25 611/25 613/19 616/22 616/24 617/3 617/4 636/3 637/10 638/6 638/8 642/4 647/13 649/21 670/18 673/19 673/19 675/4 681/21 688/17 688/25 689/4 689/12 695/1 696/24 697/10 702/13 702/19 703/20 705/4 706/10 719/2
**PEG 400 [1]** 565/2
**PEG-200 [2]** 670/18 688/17
**PEG-400 [11]** 594/7 601/12 601/16 610/13 610/19 611/5 637/10 642/4 695/1 696/24 697/10
**PEG-6 [10]** 555/17 555/22 555/25 556/2 556/5 556/7 556/13 556/21 556/23 681/21
**PEG-plus-PEG [1]** 609/5
**PEGs [14]** 588/13 596/23 599/1 600/3 600/12 600/14 602/9 608/20 611/22 619/17 619/22 620/3 646/16 685/19
**PEGylation [3]** 598/3 598/4 618/5
**penalty [2]** 560/14 560/16
**people [7]** 532/9 576/14 597/18 608/11 680/19 682/4 692/23
**per [24]** 534/20 541/1 541/3 550/1 550/6 550/9 550/24 551/24 556/15 556/15 558/19 578/2 670/3 695/4 695/7 695/11 695/15 695/24 696/22 696/24 697/1 737/24 739/7 764/19
**percent [17]** 558/15 558/18 558/21 558/25 559/2 559/5 589/21 589/21 619/3 637/2 637/5 710/5 741/17 752/3 752/4 752/5 752/6
**perfect [2]** 684/7 696/17
**perform [7]** 538/8 555/4 570/9 572/11 586/5 675/10 763/22
**performed [3]** 635/5 685/6 696/5
**perhaps [1]** 630/25
**period [5]** 663/22 665/1 671/24 730/2 739/20
**perjury [2]** 560/14 560/16
**permeability [4]** 556/9 556/12 584/2 682/1
**permeation [2]** 585/21 586/7
**person [29]** 535/20 535/20 540/8 549/21 586/17 591/5 591/10 591/14 608/1 609/10 609/25 610/11 617/10 644/8 645/9 646/7 682/18 688/10 691/13 691/18 691/21 691/24 699/4 700/19 702/19 705/5 706/24 707/19 709/13
**person's [1]** 535/23
**personal [2]** 530/20 640/5
**personally [1]** 714/14
**personnel [2]** 576/15 682/9
**perspective [4]** 740/6 747/9 756/24 759/8
**pertained [2]** 685/9 685/12
**pertains [2]** 591/11 666/22
**PETER [1]** 528/6
**pH [14]** 577/7 578/6 578/9 578/12 578/12 578/15 579/11 579/18 579/20 649/6 671/8 680/5 680/21 683/9
**pharm [1]** 749/19
**Pharma [14]** 653/12 653/15 654/4 655/8 724/22 725/1 725/3 725/4 725/5 725/8 725/22 725/25 726/23 756/14
**pharmaceutical [39]** 560/22 561/1 561/8 561/22 564/21 570/11 571/24 572/8 572/10 572/20 574/20 578/20 586/15 589/18 590/20 591/15 591/19 592/3 597/22 600/3 601/21 603/7 604/1 604/16 604/17 618/3 619/18 624/12 625/9 641/23 650/13 653/16 678/19 687/18 691/15 691/19 699/17 700/8 700/12
**pharmaceutically [4]** 589/20 591/2 686/17 702/4
**Pharmaceuticals [2]** 545/4 599/24
**pharmaceutics [1]** 591/17
**pharmacokinetic [2]** 676/24 724/8
**pharmacokinetics [1]** 675/11
**pharmacology [2]** 591/17 749/17
**Pharmacopoeia [2]** 604/13 604/15
**Pharmacopoeia-National [1]** 604/13
**pharmacy [3]** 569/22 574/16 591/17
**PharmD [1]** 571/19
**phase [6]** 662/22 726/5 741/1 747/15 755/14 759/21
**Phase 3 [1]** 747/15
**Phase IIA [1]** 726/5
**PhD [3]** 569/22 571/20 724/18
**phones [1]** 651/12
**photocopy [1]** 603/6
**photograph [1]** 533/22
**phrase [1]** 731/23
**physical [8]** 536/22 551/15 555/8 578/25 597/17 603/14 708/13 708/20
**physicians [3]** 585/5 731/15 731/20
**physicochemical [1]** 625/1

P

**physiological [1]** 683/8
**Picciolo [5]** 722/2 723/1 723/2 723/4 723/8
**PICCIOLO-LEHRKE [1]** 723/1
**pick [1]** 756/18
**PIL [1]** 556/24
**pilot [2]** 557/11 632/20
**pipeline [1]** 757/9
**PK [7]** 551/11 551/25 552/1 552/4 553/14 555/5 558/21
**place [2]** 577/3 739/19
**placebo [1]** 697/21
**places [2]** 601/8 724/16
**plaintiffs [21]** 527/5 527/24 529/9 529/15 529/17 529/23 530/5 538/14 543/7 543/11 544/4 559/7 559/19 566/9 566/20 567/17 722/4 722/6 752/22 765/13 766/11
**plaintiffs' [1]** 539/17
**Platinum [2]** 723/23 723/25
**play [1]** 729/20
**played [2]** 539/11 575/19
**playing [2]** 722/14 722/16
**plays [5]** 530/1 539/21 543/25 560/6 723/1
**please [29]** 529/5 530/6 540/25 541/5 544/5 560/8 563/14 563/20 567/19 568/2 568/7 569/19 575/4 587/14 587/17 588/4 650/23 652/2 657/5 657/12 658/22 660/8 667/9 681/15 684/12 686/21 715/25 721/22 728/23
**plume [18]** 582/10 582/12 582/13 583/7 583/7 583/11 583/18 583/24 637/18 642/8 642/16 642/20 643/3 643/8 645/2 645/4 645/5 685/6
**plumes [4]** 642/9 642/23 645/7 645/10
**plural [1]** 731/24
**plus [4]** 601/4 609/5 671/13 671/24
**POC [1]** 554/1
**podium [1]** 574/6
**point [29]** 542/22 547/16 556/10 558/15 558/17 558/25 582/7 609/24 613/23 616/14 617/17 625/18 645/6 697/17 697/20 698/17 700/18 709/20 721/12 721/18 726/6 732/5 739/21 748/10 748/25 751/9 755/24 757/7 759/9
**points [7]** 549/5 549/7 549/12 611/7 630/8 719/17 721/7
**poly [1]** 596/7
**polyethylene [49]** 534/3 534/6 534/11 534/12 534/17 534/18 545/21 545/24 555/18 556/16 561/16 561/17 562/11 590/22 595/20 596/7 596/13 596/14 599/13 599/13 599/16 599/17 601/2 601/3 603/22 604/25 605/4 605/21 606/17 606/18 614/9 614/20 618/21 618/25 623/4 623/9 636/15 640/14 640/20 674/24 679/22 687/25 688/3 703/11 703/12 703/17 703/18 703/21 719/2
**polyhydroxy [10]** 595/19 596/1 596/2 596/5 596/9 596/20 597/9 617/12 617/13 719/18
**polymer [6]** 596/15 621/8 622/11 623/14 623/15 623/17
**polymer-based [1]** 621/8
**polymeric [3]** 621/13 643/4 643/5
**polymers [3]** 608/18 623/5 623/9
**polysorbate [2]** 674/24 689/9
**polysorbate-80 [1]** 689/9
**polysorbates [1]** 623/22
**poor [1]** 637/1
**poorly [1]** 648/4
**population [3]** 741/18 741/22 762/15
**portfolio [10]** 727/1 727/9 733/20 740/1 740/7 756/25 757/9 759/3 760/1 763/3
**portion [3]** 722/8 722/10 738/11
**portions [2]** 592/2 748/6
**POSA [73]** 591/21 591/24 592/1 592/3 592/6 592/8 593/8 602/17 602/20 602/25 611/4 611/17 613/5 613/7 613/15 613/17 615/21 616/5 616/9 616/15 617/8 618/8 619/21 622/4 622/11 622/18 624/12 624/21 625/7 625/22 627/12 627/19 627/25 628/16 635/15 635/21 637/7 637/13 638/14 641/9 641/21 642/3 642/7 642/15 644/2 644/5 645/1 645/12 645/18 645/22 646/13 646/18 646/21 647/12 647/15 647/20 648/2 648/9 648/18 648/20 649/10 649/13 649/17 649/20 688/3 706/8 706/12 707/7 716/23 718/3 718/23 719/6 719/14
**position [3]** 544/23 570/3 745/5
**positions [4]** 568/12 574/11 574/14 724/21
**positive [2]** 734/15 734/21
**possible [1]** 722/15
**post [4]** 665/20 699/25 703/2 763/22
**post-trial [3]** 665/20 699/25 703/2
**postdates [1]** 629/18
**postdoctoral [2]** 569/24 570/2
**posters [1]** 574/5
**potential [7]** 631/4 639/23 641/21 667/16 723/21 735/20 760/15
**potentially [4]** 579/18 610/24 689/20 710/24
**povidone [1]** 671/20
**powder [1]** 636/16
**powders [2]** 685/11 685/15
**PowerPoint [14]** 535/4 547/11 547/11 547/13 547/14 547/18 547/20 548/3 548/16 551/2 553/2 668/13 668/20 668/25
**PowerPoints [1]** 668/7
**practical [11]** 536/1 536/6 549/16 549/23 550/4 550/13 550/21 591/19 688/10 688/15 688/21
**praise [5]** 652/8 679/14 680/17 680/18 682/8
**pre [1]** 655/9
**pre-IND [1]** 655/9
**precipitate [1]** 648/7
**precipitates [1]** 579/2
**preclinical [2]** 555/9 695/25
**predecessor [1]** 694/9
**predict [1]** 664/18
**predictable [1]** 650/9
**predicted [1]** 665/5
**prefer [1]** 657/24
**preferably [1]** 644/15
**preferred [1]** 747/13
**preIND [3]** 631/20 632/3 632/6
**preliminary [3]** 551/16 556/15 696/1
**preparation [2]** 751/24 753/25
**prepare [2]** 535/12 649/7
**prepared [1]** 569/16
**preparing [2]** 569/9 745/15
**prerequisite [3]** 536/23 537/1 537/11
**prerequisites [6]** 536/15 536/19 536/20 537/2 537/10 537/13
**prescribe [1]** 585/6
**presence [6]** 542/5 542/13 542/19 542/23 583/22 633/14
**present [8]** 533/23 535/4 574/5 592/24 606/16 734/9 739/18 739/21
**presentation [15]** 547/14 547/22 548/5 551/4 551/7 551/8 668/13 668/21 733/6 733/7 733/8 746/5 748/1 748/4 764/2
**presentations [1]** 574/6
**presented [7]** 535/18 574/1 574/4 594/23 746/6 751/24 760/11
**presenting [1]** 721/15
**preservative [1]** 586/6
**preservatives [1]** 585/22
**preserved [1]** 703/1
**press [4]** 662/11 662/14 728/24 729/1
**pretrial [2]** 704/16 706/19
**pretty [2]** 614/23 722/22
**prevent [1]** 544/17
**prevented [4]** 542/6 542/14 542/16 542/20
**prevention [2]** 730/18 730/21
**previous [3]** 622/3 687/1 740/12
**previously [4]** 543/16 622/10 628/22 649/19
**price [1]** 741/7
**pricing [1]** 741/9
**primarily [3]** 570/11 577/16 585/14
**printout [2]** 618/18 672/10
**prior [19]** 545/1 545/6 545/8 545/10 546/18 588/4 592/23 592/25 595/9 617/23 620/12 633/3 638/5 646/24 651/4 689/16 731/10 757/18 757/20
**priority [17]** 591/12 617/23 626/6 626/9 626/16 626/21 627/2 627/7 629/5 629/18 629/21 629/22 656/14 713/20 714/2 714/9 757/2
**privacy [1]** 550/12
**private [1]** 629/17
**privilege [2]** 665/15 744/16
**privileged [1]** 665/25
**probability [1]** 543/1
**probably [7]** 532/25 533/5 585/5 647/17 691/7 700/10 726/8
**problem [6]** 549/20 549/24 550/2 652/13 675/14 675/19
**problems [11]** 536/1 536/7 549/16 549/20 550/4 550/13 550/22 615/17 635/13 635/14 648/7
**proceed [4]** 529/13 587/14 752/25 753/1
**proceeding [1]** 767/9
**proceedings [2]** 529/3 766/25
**process [1]** 538/6
**procurement [1]** 562/4
**produced [1]** 733/3
**produces [1]** 682/17
**product [73]** 537/3

P

**product... [72]** 537/7 537/11 538/10 542/8 542/11 545/11 545/18 545/20 548/13 548/14 548/17 562/16 562/24 563/1 563/4 602/1 619/2 628/11 631/17 632/5 678/14 683/20 723/22 724/4 727/1 727/10 727/14 727/16 728/5 728/6 729/4 729/4 729/16 729/17 729/18 730/1 730/22 732/12 732/14 735/13 735/25 736/7 736/9 739/24 740/7 740/25 741/17 742/1 742/4 742/4 742/4 743/16 744/13 746/25 755/5 756/25 757/9 758/7 759/13 759/15 759/20 760/16 760/23 761/3 761/7 761/10 761/15 762/19 763/2 763/5 764/22 764/24
**products [32]** 540/7 545/9 545/12 565/4 586/6 598/2 601/1 604/17 618/2 618/24 619/7 619/15 620/8 628/12 628/19 633/12 633/15 633/20 662/18 663/8 665/2 666/10 676/18 676/22 678/5 708/16 708/18 708/21 734/17 741/19 743/10 747/3
**professional [2]** 568/25 571/23
**professor [2]** 568/14 568/15
**proffer [1]** 574/22
**profile [5]** 545/14 552/4 724/8 747/8 760/23
**profiles [1]** 602/1
**program [6]** 728/3 728/8 728/10 736/5 755/4 755/14
**Programs [1]** 728/14
**prohibit [1]** 560/19
**project [10]** 561/25 562/12 570/22 680/3 723/20 723/21 723/23 723/25 727/23 762/18
**projects [2]** 663/9 737/21
**prolonged [2]** 731/3 759/24
**proof [6]** 546/21 548/17 551/5 551/13 553/10 678/15
**proper [1]** 541/16
**properties [9]** 536/22 595/8 597/15 597/18 602/10 603/14 604/22 618/3 625/1
**propose [1]** 765/19
**proposed [10]** 541/13 631/17 632/24 633/16 633/21 676/14 678/13 697/20 698/8 734/15
**proposing [3]** 674/21 676/11 676/13
**proposition [2]** 689/24 746/8
**propylene [54]** 534/18 561/11 589/21 594/8 595/19 596/5 606/18 610/13 610/18 611/5 611/19 613/19 630/9 636/3 636/17 637/3 637/10 638/6 638/7 640/14 640/20 641/11 641/13 641/17 642/4 646/15 646/16 646/23 647/3 647/9 647/13 647/14 648/10 648/18 649/22 654/23 671/20 674/24 679/22 689/16 689/19 690/2 690/4 690/8 690/10 690/17 690/20 690/24 691/2 691/5 695/1 702/8 720/14 721/7
**prosecution [3]** 613/4 613/15 701/8
**protect [1]** 744/13
**protein [1]** 598/6
**protocol [1]** 632/18
**protocols [1]** 693/17
**prove [2]** 553/13 553/15
**proves [1]** 552/4
**provide [20]** 535/13 604/21 606/13 614/11 614/22 617/2 617/22 619/4 622/21 625/23 639/18 666/23 670/10 671/6 676/16 706/11 706/15 740/5 762/24 764/24
**provided [18]** 567/10 588/8 598/20 605/2 605/9 615/2 615/6 623/12 623/20 624/2 624/7 639/20 678/10 704/5 740/11 746/1 753/12 753/25
**provides [5]** 576/11 640/7 664/11 678/12 730/6
**providing [2]** 562/3 740/24
**provisionally [2]** 661/15 661/16
**Proximagen [34]** 657/18 659/23 660/14 715/15 715/17 715/21 715/23 716/1 728/1 728/7 728/9 728/25 735/18 745/19 745/24 746/6 750/4 751/13 751/16 751/18 753/12 753/14 754/8 754/14 754/16 754/17 754/23 754/24 755/1 755/4 755/20 755/24 757/6 757/8
**Proximagen-UCB [2]** 715/23 716/1
**PTX [74]** 538/15 538/15 538/15 538/15 538/18 538/18 538/18 538/18 539/2 559/8 559/8 559/8 559/12 559/12 559/12 559/23 559/23 566/10 566/13 567/2 567/2 567/3 567/3 567/3 567/3 567/3 567/14 567/14 567/14 567/14 567/15 567/15 567/15 568/17 568/25 569/4 569/7 603/3 603/18 606/8 607/14 607/18 629/7 631/10 631/14 634/3 635/7 635/11 653/7 655/5 655/13 655/17 668/10 669/5 672/3 672/3 672/5 672/14 672/18 672/20 672/25 673/4 673/6 673/13 673/17 673/22 674/9 677/16 678/24 679/3 680/23 681/2 681/4 720/7
**PTX-1012 [3]** 655/5 655/13 655/17
**PTX-1028 [3]** 677/16 678/24 679/3
**PTX-1031 [3]** 672/20 672/25 673/4
**PTX-1032 [3]** 673/6 673/13 673/17
**PTX-1069 [3]** 629/7 631/10 631/14
**PTX-1073 [3]** 634/3 635/7 635/11
**PTX-1090 [2]** 603/3 603/18
**PTX-1101 [3]** 606/8 607/14 607/18
**PTX-1206 [5]** 538/15 538/18 567/3 567/15 674/9
**PTX-1209 [2]** 539/2 559/23
**PTX-1210 [6]** 538/15 538/18 567/3 567/14 668/10 672/3
**PTX-1211 [6]** 538/15 538/18 567/2 567/14 669/5 672/3
**PTX-1212 [4]** 559/8 559/12 567/3 567/15
**PTX-1213 [4]** 559/8 559/12 567/2 567/14
**PTX-1216 [3]** 672/5 672/14 672/18
**PTX-1219 [4]** 538/15 538/18 567/3 567/14
**PTX-1220 [2]** 680/23 681/2
**PTX-1229 [5]** 559/8 559/12 567/3 567/15 681/4
**PTX-1250 [2]** 566/10 566/13
**PTX-1367 [1]** 720/7
**PTX-1369 [1]** 559/23
**PTX-1370 [1]** 653/7
**PTX-1384 [4]** 568/17 568/25 569/4 569/7
**PTX-3-66 [1]** 673/22
**public [10]** 532/8 532/11 532/15 532/19 540/9 548/12 548/23 550/11 550/12 762/24
**publication [74]** 573/17 575/6 575/8 593/13 593/20 594/4 594/12 594/16 594/19 595/2 608/6 609/15 609/23 610/7 611/21 611/24 612/2 612/6 612/20 616/8 616/15 616/18 616/21 616/22 620/18 620/24 621/5 621/11 621/15 623/1 623/14 636/7 636/14 636/19 637/8 638/22 639/7 639/11 641/1 641/5 642/9 642/10 643/11 643/13 643/16 644/10 644/13 644/20 645/4 645/7 648/11 648/25 649/3 701/5 701/9 701/17 701/22 701/25 702/3 702/7 702/15 702/22 703/11 703/12 703/16 703/18 703/22 706/6 706/11 706/14 709/11 713/20 713/24 714/8
**publications [8]** 568/23 568/24 573/8 573/11 573/14 588/11 638/18 638/20
**publicly [6]** 654/3 689/22 690/1 690/18 690/25 718/2
**published [2]** 630/25 712/2
**publishing [1]** 573/10
**pull [34]** 547/4 552/23 554/22 568/16 587/17 589/23 591/8 592/11 594/9 599/7 602/11 603/3 606/8 612/13 618/13 624/15 629/7 631/23 635/17 637/21 639/4 646/9 653/7 655/5 662/7 668/10 669/5 672/5 673/6 687/22 694/2 701/23 717/9 720/6
**pulling [1]** 557/17
**pulmonary [1]** 544/22
**pump [1]** 644/16
**purchase [7]** 598/24 660/13 661/3 664/8 664/12 750/1 750/3
**purchased [1]** 750/4
**purchaser [1]** 660/14
**purely [1]** 704/9
**purified [2]** 679/23 688/19
**purple [1]** 601/13
**purported [1]** 635/14
**purpose [7]** 536/20 564/24 615/23 616/7 621/6 649/8 671/7
**purposes [5]** 704/9 728/19 744/23 745/10 753/5
**pursue [4]** 541/15 541/23 542/1 546/2
**pursuing [3]** 727/14 759/12 759/14
**put [21]** 535/3 535/8 535/15 538/3 579/14 604/10 645/6 657/25 661/15 661/19 687/13 698/14 699/10 712/7 724/11 754/14 754/16 754/23 757/19 757/21 766/5
**puts [1]** 688/12

**P**

**putted [1]** 548/23
**putting [2]** 698/22 760/4

**Q**

**Q1 [22]** 541/2 541/3 541/6 541/12 541/13 541/15 541/19 541/23 542/2 542/13 543/3 545/9 545/11 557/15 674/3 674/20 675/10 676/18 676/21 677/14 677/22 678/22
**Q1/Q2 [7]** 541/6 541/12 541/13 541/15 541/19 541/23 677/22
**Q1Q2 [1]** 679/18
**Q2 [22]** 541/2 541/3 541/6 541/12 541/13 541/15 541/19 541/23 542/2 542/13 543/3 545/9 545/11 557/15 674/3 674/20 675/10 676/18 676/21 677/14 677/22 678/22
**QS [1]** 636/17
**qualifications [1]** 591/10
**qualified [1]** 562/19
**qualify [2]** 562/18 574/25
**qualitatively [4]** 553/22 674/4 674/5 676/14
**quantitative [1]** 553/23
**quantitatively [3]** 674/4 674/5 676/15
**quantities [3]** 691/2 691/5 691/7
**quantity [1]** 542/25
**question [28]** 631/2 632/10 632/23 633/6 633/7 633/18 633/20 634/17 634/18 634/19 666/3 675/23 689/11 690/9 699/23 700/4 703/15 715/25 718/13 720/1 729/3 730/14 733/1 734/12 734/22 754/1 758/16 762/3
**Question 6 [1]** 632/10
**Question 7 [3]** 633/6 633/20 634/17
**questions [10]** 558/10 634/14 650/25 684/4 716/13 716/18 717/12 719/20 721/9 758/12
**quicker [1]** 747/11
**quit [1]** 766/9
**quite [2]** 586/19 701/6
**quote [1]** 640/17
**quote/unquote [1]** 640/17

**R**

**raft [1]** 580/23
**raise [1]** 651/21
**range [4]** 590/23 619/17 736/15 741/6
**rapid [1]** 576/13
**rat [3]** 551/11 555/5 634/20
**rate [5]** 715/1 715/6 715/9 719/21 752/2
**rather [4]** 530/9 667/5 675/25 685/23
**rationale [1]** 735/3
**re [1]** 714/6
**re-ask [1]** 714/6
**reaching [1]** 612/16
**reaction [1]** 598/5
**reactivity [1]** 597/18
**read [13]** 533/10 534/4 536/21 610/22 614/15 619/22 633/1 740/20 744/1 754/3 758/5 762/2 764/1
**reading [3]** 691/14 736/2 754/4
**reads [1]** 606/15
**ready [2]** 752/19 759/10
**realize [3]** 573/24 656/15 682/21
**really [5]** 578/22 592/2 621/23 688/4 755/17
**reason [16]** 610/4 614/12 636/23 644/25 711/23 727/2 730/14 730/19 733/15 734/8 734/14 750/21 755/19 762/21 763/8 763/9
**reasonable [8]** 613/6 613/8 613/16 613/18 618/9 625/20 627/19 637/14
**reasoning [2]** 564/6 666/1
**reasons [13]** 556/2 581/17 613/2 613/14 616/5 630/17 635/20 637/16 706/10 729/15 730/10 733/10 734/3
**reassured [1]** 587/1
**rebuttal [1]** 706/4
**recall [18]** 547/21 548/4 552/17 556/4 556/5 557/21 558/5 558/10 558/12 701/19 716/6 716/19 717/11 718/9 718/13 719/23 747/15 763/9
**recalled [1]** 714/21
**recap [1]** 679/8
**receive [1]** 676/6
**received [3]** 551/24 665/24 711/13
**receiving [1]** 758/12
**recent [1]** 630/19
**recess [6]** 587/13 650/22 684/11 721/21 766/17 766/24
**recognition [1]** 730/13
**recognize [30]** 531/5 531/6 534/25 538/2 540/21 547/8 547/9 563/17 624/17 634/6 643/14 653/9 658/24 659/17 660/10 668/12 679/16 681/5 728/21 732/23 744/25 745/14 747/22 749/25 750/1 751/23 753/6 756/9 760/9 761/21
**recollection [1]** 754/7
**recommend [1]** 676/20
**recommending [1]** 735/3
**reconvene [1]** 650/20
**record [11]** 530/7 544/6 544/8 560/8 567/8 567/20 568/8 598/16 664/4 723/3 765/17
**recovery [2]** 724/10 747/11
**rectal [7]** 536/2 536/7 550/5 550/6 550/13 731/11 760/21
**redacted [2]** 567/10 661/21
**redirect [2]** 716/15 716/18
**reduce [6]** 645/1 645/13 646/3 646/22 646/23 648/10
**reduced [2]** 632/17 654/24
**reducing [14]** 622/22 623/2 623/7 623/18 623/25 624/5 624/7 624/11 635/22 639/8 642/19 645/24 646/15 648/18
**refer [6]** 562/7 577/14 603/8 608/11 633/19 747/14
**reference [25]** 559/4 588/8 588/10 589/3 592/23 592/25 594/13 594/24 595/12 599/24 602/13 604/9 605/14 606/9 607/11 610/3 621/25 622/19 622/20 624/18 637/25 642/1 678/8 680/12 720/21
**references [15]** 588/1 588/5 602/16 602/20 602/23 602/25 606/22 606/25 607/21 607/25 608/1 613/2 613/14 638/5 638/12
**referred [5]** 633/20 735/16 736/10 750/9 750/16
**referring [10]** 532/16 537/17 564/19 603/9 712/22 736/12 736/13 745/2 753/10 758/21
**refers [2]** 737/11 739/23
**reflect [3]** 630/3 630/21 664/4
**reflects [1]** 553/2
**reformulate [1]** 654/7
**reformulation [6]** 695/16 695/17 698/18 713/8 713/23 713/25
**refractory [1]** 736/21
**reg [1]** 737/3
**regard [3]** 657/5 734/18 754/5
**regarded [1]** 654/1
**regarding [16]** 530/23 531/1 556/18 572/22 576/3 631/20 631/21 655/8 667/1 681/8 682/23 683/23 684/1 718/20 719/20 720/2
**regards [2]** 625/14 735/21
**regularly [2]** 564/18 565/4
**regulations [1]** 678/7
**regulatory [13]** 542/1 542/7 542/12 664/21 673/25 677/11 737/3 737/13 745/6 745/7 748/21 748/22 749/12
**reiterating [1]** 766/1
**relate [7]** 579/11 581/4 583/4 583/13 601/5 625/7 738/6
**related [4]** 535/19 548/14 593/6 718/19
**relates [7]** 538/22 577/16 577/16 579/1 579/4 579/7 630/24
**relating [9]** 573/14 573/18 574/2 591/15 594/24 620/11 631/16 664/22 668/7
**relation [2]** 531/21 765/8
**relationship [1]** 642/24
**release [9]** 621/4 621/8 622/6 622/14 622/15 662/11 662/14 728/24 729/1
**released [1]** 728/24
**relevant [2]** 549/13 633/21
**relied [8]** 672/2 672/22 673/10 689/23 690/14 690/23 709/19 709/21
**relies [2]** 715/23 716/1
**rely [11]** 634/9 655/10 655/24 659/6 659/24 660/17 668/14 672/11 677/23 681/12 740/25
**relying [1]** 613/3
**remain [4]** 554/8 554/9 567/6 766/3
**remember [22]** 541/25 561/3 685/21 689/11 712/13 725/13 725/14 727/17 740/21 742/17 745/16 746/3 747/18 753/8 757/14 760/10 760/11 762/1 762/20 763/3 764/16 764/18
**remind [11]** 589/5 600/22 605/22 618/17 628/12 647/9 651/12 653/19 662/1 679/6 719/3
**remodeling [3]** 653/4 653/25 714/1
**removed [1]** 654/25
**render [2]** 575/9 613/12
**rendered [1]** 612/19
**rendering [3]** 592/18 669/11 673/10
**renders [1]** 613/1
**reopen [2]** 666/11 722/19
**repeat [7]** 596/17 675/23 690/9 700/6 703/15 715/25 765/3
**repeated [1]** 596/16
**repeating [1]** 700/3
**repetitive [16]** 576/4 576/8 724/7 730/17 730/23 730/24 730/25 731/4 731/5 731/8 731/14 732/17 732/20 741/15 759/19 759/23
**replace [2]** 647/14

**R**

**replace... [1]** 760/21
**replacing [2]** 641/17 646/16
**report [4]** 689/5 689/8 705/21 706/5
**reported [1]** 626/25
**reporter [3]** 684/22 767/5 767/11
**reports [2]** 568/22 627/10
**represent [5]** 530/5 544/4 547/10 553/1 761/23
**representative [1]** 529/21
**request [7]** 541/6 661/20 737/14 765/20 765/21 765/22 765/23
**requesting [1]** 541/11
**require [9]** 577/19 640/1 640/21 641/3 641/7 678/15 687/11 693/22 705/16
**required [3]** 634/21 677/9 721/4
**requirement [4]** 536/23 537/15 537/23 678/21
**requirements [10]** 537/6 537/7 537/16 537/21 537/23 548/20 628/6 674/14 676/5 705/15
**requires [4]** 549/21 550/12 639/24 686/7
**rescue [16]** 550/18 550/25 550/25 726/25 727/7 731/7 731/19 731/24 732/20 735/22 735/22 747/6 759/5 759/6 759/13 759/22
**research [18]** 570/3 570/8 570/8 571/5 571/7 571/8 571/11 571/12 573/10 574/23 586/16 620/14 685/7 685/9 685/12 724/18 724/21 724/24
**researched [2]** 545/13 625/12
**researching [1]** 545/17
**reserve [1]** 566/23
**reside [1]** 581/25
**residence [1]** 723/3
**resistant [1]** 763/23
**resource [2]** 586/14 603/13
**resources [1]** 740/8
**respect [23]** 548/19 548/19 549/14 552/6 552/21 554/10 555/7 559/3 578/7 578/18 580/6 584/15 607/1 614/6 629/20 641/10 645/22 674/1 675/14 719/15 726/13 741/6 766/8
**responding [1]** 721/15
**response [4]** 632/23 633/18 633/19 634/23
**responsibilities [2]** 571/4 571/23
**responsibility [1]** 535/20
**responsible [1]** 690/21
**rest [1]** 689/12
**Restated [1]** 659/20
**restricted [1]** 764/17
**restrictions [1]** 765/7
**rests [1]** 721/13
**result [2]** 555/7 682/16
**resulting [1]** 647/16
**results [10]** 554/1 650/8 652/8 653/20 682/14 682/18 682/23 683/14 746/21 748/18
**resume [1]** 651/25
**resumes [2]** 738/17 753/2
**retention [2]** 570/23 639/16
**return [2]** 625/2 734/6
**Returning [1]** 625/3
**revenue [2]** 741/23 744/8
**revenues [3]** 742/3 752/10 752/15
**review [4]** 620/11 644/20 669/11 753/13
**reviewed [5]** 549/8 573/7 573/11 574/12 629/3
**rid [4]** 755/1 755/1 755/6 756/4
**right [173]** 529/11 529/13 531/18 533/9 534/7 534/15 537/17 538/17 539/9 539/20 541/12 543/22 547/25 553/19 555/2 555/3 555/14 555/15 557/4 557/12 557/15 557/25 558/1 558/4 560/5 565/2 565/5 565/9 565/12 565/15 565/18 565/22 566/1 566/23 567/13 574/25 577/3 577/3 578/21 605/3 609/7 638/1 651/8 654/15 661/19 664/1 665/18 666/12 670/8 684/8 684/12 684/13 686/9 688/5 688/9 689/17 689/20 690/18 690/23 691/3 691/6 691/16 691/17 691/20 693/2 693/7 693/8 693/16 693/20 693/23 693/24 695/2 696/2 696/11 696/12 696/20 696/22 696/24 697/10 697/24 698/16 699/12 699/19 700/9 701/6 701/10 702/5 702/8 702/23 703/9 704/8 704/24 705/1 705/7 705/8 705/21 707/4 707/10 707/22 707/25 708/1 708/4 708/11 708/22 708/23 708/24 709/12 709/23 709/25 711/2 711/11 711/13 711/15 711/18 711/21 711/23 712/1 712/7 712/19 712/24 713/3 713/4 713/21 713/24 714/12 715/2 715/4 715/11 715/12 715/15 715/21 715/24 716/2 720/10 720/18 721/20 721/23 722/21 722/24 735/14 736/21 742/8 742/18 742/20 743/1 743/4 745/19 748/1 749/4 749/20 751/18 752/21 753/18 754/14 754/14 754/24 755/15 756/12 756/18 756/19 757/2 758/4 758/8 758/22 759/16 761/3 764/7 764/12 764/15 765/18 766/4 766/17 766/23
**right-hand [2]** 720/10 720/18
**rights [5]** 662/25 663/3 664/8 664/12 723/22
**rise [1]** 584/25
**risks [1]** 738/3
**risky [2]** 728/11 728/15
**RLD [10]** 674/1 674/2 674/7 676/15 678/16 680/7 680/8 680/10 680/14 681/16
**role [8]** 562/15 725/8 725/15 725/21 725/24 726/3 726/10 729/20
**roles [2]** 572/10 586/5
**room [3]** 753/9 753/10 753/12
**rotate [1]** 745/10
**rough [1]** 712/3
**roughly [5]** 637/5 641/15 647/11 712/15 713/13
**route [19]** 548/19 549/17 550/2 550/2 550/5 550/6 550/10 550/22 552/22 576/10 576/11 586/23 586/25 629/5 675/15 737/6 746/15 747/4 761/16
**routes [7]** 536/3 536/8 546/14 571/15 576/8 621/21 621/23
**routine [19]** 692/6 692/12 692/16 692/19 692/22 693/3 693/16 693/19 697/5 697/7 698/12 698/18 699/4 699/8 700/17 707/20 708/24 716/21 717/2
**routinely [4]** 692/17 706/25 707/5 707/8
**row [1]** 588/20
**rows [2]** 669/23 670/7
**royalty [5]** 715/1 715/6 715/9 719/21 752/2
**rule [1]** 583/16
**rules [1]** 698/23
**run [9]** 582/1 716/24 717/3 717/5 717/7 722/4 725/18 737/21 738/1
**running [2]** 717/2 727/19

**S**

**S-M-Y-T-H [1]** 567/22
**SABA [1]** 527/22
**saccharin [1]** 636/16
**safe [11]** 577/2 577/11 626/5 627/3 627/5 627/20 627/23 628/8 628/8 652/22 765/9
**safety [32]** 582/25 584/8 584/11 584/14 587/2 625/15 627/17 628/20 629/4 629/21 629/24 630/6 630/12 630/16 630/17 631/7 631/9 632/14 633/16 646/5 648/5 676/5 676/8 678/13 678/16 708/6 710/19 717/7 747/7 748/10 748/25 758/7
**said [29]** 532/24 542/9 542/12 560/3 560/25 561/7 563/6 564/15 565/24 593/7 632/24 662/20 699/13 703/11 703/17 705/3 711/22 711/25 714/20 720/24 724/3 731/3 733/12 734/1 734/19 754/21 756/13 757/20 764/20
**sales [7]** 739/1 739/6 742/18 750/12 752/3 752/9 752/10
**salt [8]** 542/24 589/20 591/2 686/9 686/15 686/17 702/4 709/14
**salts [5]** 648/17 648/21 648/23 649/4 649/8
**same [52]** 530/16 534/19 534/20 534/21 534/21 537/5 537/21 547/11 559/23 560/16 563/9 563/12 590/6 597/4 599/3 605/6 605/10 614/23 638/5 638/13 643/11 647/11 647/19 652/13 656/9 667/18 669/20 669/24 674/2 674/4 674/5 674/6 675/6 676/15 677/6 677/10 678/8 679/11 693/6 707/7 712/15 712/22 713/2 713/5 713/13 713/19 736/14 741/18 742/19 749/3 761/2 761/6
**sameness [2]** 541/6 541/13
**samples [2]** 564/6 564/9
**sanitizer [1]** 707/15
**satisfactory [2]** 555/7 735/8
**Satish [2]** 557/6 557/25
**Satish Gupta [1]** 557/6
**saturated [2]** 595/24 596/21
**saturation [2]** 697/9 697/14
**saw [7]** 547/24 582/15 601/8 675/7 729/17 730/15 759/2
**Sawaii [3]** 754/10 755/10 755/13
**say [48]** 532/6 534/22 535/16 540/6 540/13 565/1 595/14 603/23 603/25 616/22 619/14 632/23 633/18 633/19 633/21 634/23 639/7 639/11 643/16 644/13 647/10 649/4 656/19 678/4 690/23 697/1 697/9 699/8 701/9

**S**

**say... [19]** 702/18 706/6 710/4 710/21 713/5 717/22 726/13 727/1 730/18 730/21 733/7 733/13 733/25 740/17 753/10 754/19 761/5 762/6 765/1
**saying [5]** 551/7 632/13 633/8 758/6 764/2
**says [84]** 535/25 536/15 551/20 558/8 558/13 563/23 588/13 595/17 607/9 614/19 619/19 622/22 624/8 630/4 630/23 631/1 631/8 633/1 640/9 640/23 644/11 644/15 644/17 649/5 658/6 658/11 678/6 680/4 686/10 686/16 695/14 697/19 697/20 703/21 706/20 721/3 729/9 731/25 732/1 735/6 735/17 736/20 736/23 737/2 737/6 737/10 737/15 737/23 738/25 739/1 739/8 739/10 739/10 739/13 743/12 743/16 743/17 743/23 743/24 743/24 744/4 744/7 745/18 745/19 746/13 746/20 748/10 749/19 750/25 753/8 754/18 754/21 754/25 755/8 755/16 756/20 756/20 758/4 760/15 760/20 763/17 763/18 764/5 764/6
**scenario [2]** 737/24 744/12
**scenarios [1]** 738/2
**school [2]** 724/15 724/15
**Schwarz [14]** 653/12 653/15 654/4 655/8 724/22 725/1 725/3 725/4 725/5 725/8 725/22 725/25 726/23 756/14
**Schwarz Pharma [14]** 653/12 653/15 654/4 655/8 724/22 725/1 725/3 725/4 725/5 725/8 725/22 725/25 726/23 756/14
**sciences [1]** 570/12
**scientific [1]** 574/2
**scientist's [1]** 534/22
**scientists [2]** 535/12 574/20
**scope [12]** 535/22 535/23 589/16 590/17 656/14 699/21 702/25 703/25 713/23 714/2 714/7 714/8
**scopes [1]** 726/13
**scouting [2]** 725/17 726/4
**screen [4]** 538/3 541/4 657/25 745/11
**scroll [1]** 558/7
**se [3]** 534/20 763/19 763/23
**seal [12]** 566/22 567/1 657/24 664/1 722/6 722/7 722/18 738/12 738/13 765/14 766/3 766/5
**sealed [11]** 661/16 661/20 664/3 664/5 738/14 738/16 765/20 765/21 765/21 765/22 765/23
**search [9]** 546/6 546/16 548/18 548/24 549/2 555/24 556/15 556/18 556/20
**searching [1]** 546/5
**seated [6]** 529/5 568/2 587/14 650/23 684/12 721/22
**second [25]** 530/9 535/25 535/25 540/22 610/4 617/16 630/2 630/2 635/22 651/11 658/6 709/20 709/22 727/21 729/9 736/10 743/11 748/10 748/24 756/10 757/16 758/6 758/9 762/8 762/9
**secondary [1]** 724/15
**Secondly [1]** 613/5
**seconds [11]** 529/23 529/23 539/14 539/18 539/19 543/11 543/12 559/19 559/19 722/5 722/5
**section [17]** 588/5 595/17 600/2 600/4 600/5 600/6 604/24 605/13 614/15 617/2 639/10 643/20 649/10 674/19 696/6 696/16 709/15
**section 4.1 [1]** 696/6
**sections [2]** 638/19 743/21
**sedation [1]** 760/24
**see [91]** 531/15 533/22 533/24 534/7 536/4 536/5 536/17 536/18 538/4 538/5 539/24 539/25 549/5 549/6 551/21 551/22 553/8 553/9 557/8 557/10 557/13 557/14 557/16 558/16 564/1 567/5 576/17 579/24 582/20 589/4 597/7 599/5 601/7 608/15 614/24 614/25 621/20 624/13 629/17 651/22 655/4 661/21 670/9 672/2 676/7 692/13 698/4 729/13 730/22 733/21 735/4 735/11 736/18 736/25 737/4 737/7 737/16 739/3 739/11 739/15 741/24 742/10 742/12 742/14 742/24 743/14 743/18 743/21 743/23 744/5 745/1 745/3 745/4 745/21 746/18 746/19 746/22 748/15 750/14 751/3 752/7 752/12 755/11 757/24 758/5 758/15 758/16 758/20 760/25 763/25 764/1
**seeing [4]** 624/10 701/19 716/6 752/22
**seek [2]** 657/24 677/10
**seeking [1]** 744/15
**seem [2]** 748/11 748/25
**seemed [1]** 748/18
**seems [2]** 584/1 738/6
**seen [20]** 533/1 644/21 664/11 664/13 665/7 665/9 666/2 689/21 691/22 704/7 727/8 738/22 745/15 747/23 748/22 748/24 752/16 753/8 759/6 759/9
**sees [1]** 727/5
**seizure [5]** 662/18 731/3 731/5 731/6 760/24
**seizures [20]** 549/1 549/12 576/4 576/8 662/22 724/7 726/21 730/17 730/23 730/24 730/25 731/8 731/14 732/18 732/20 741/15 746/12 759/23 759/24 760/3
**select [4]** 546/17 551/10 555/4 706/12
**selected [4]** 546/20 551/2 551/17 736/21
**selecting [1]** 666/1
**selection [1]** 608/23
**sell [3]** 598/23 754/6 754/22
**seller [1]** 660/14
**selling [1]** 564/17
**sending [1]** 651/17
**senior [3]** 543/8 544/13 544/20
**sense [1]** 724/12
**sensitive [1]** 581/9
**sensitivity [2]** 741/3 741/5
**sent [4]** 541/9 541/22 555/1 763/12
**sentence [8]** 595/25 611/7 617/6 630/10 709/20 709/22 736/2 758/9
**separate [3]** 715/13 715/13 737/19
**separately [3]** 599/16 599/16 599/20
**separates [1]** 579/2
**September [12]** 557/6 557/24 658/14 658/14 661/25 663/5 717/15 718/5 725/6 725/6 751/2 760/18
**September 10 [1]** 718/5
**September 12 [1]** 661/25
**September 18 [1]** 557/6
**September 2006 [1]** 725/6
**September 2007 [3]** 658/14 663/5 751/2
**September 2011 [1]** 760/18
**September 2020 [1]** 557/24
**September of [1]** 717/15
**series [2]** 662/15 669/8
**served [2]** 574/15 574/19
**service [2]** 571/5 598/15
**set [2]** 592/8 697/4
**setting [2]** 747/16 747/17
**settle [1]** 677/4
**seven [2]** 529/23 730/9
**seven years [1]** 730/9
**several [8]** 580/9 585/19 657/7 688/4 689/1 734/23 746/14 765/14
**severe [2]** 653/24 654/2
**Shah [1]** 563/21
**shall [1]** 678/7
**shapes [2]** 608/19 608/22
**share [5]** 704/11 741/8 741/10 741/16 745/12
**shared [1]** 740/8
**shares [2]** 656/14 713/19
**she [5]** 538/21 547/18 547/19 745/6 745/6
**She's [1]** 722/3
**sheet [6]** 582/17 630/12 669/14 669/15 670/2 670/4
**sheets [1]** 630/16
**shield [1]** 665/17
**ship [1]** 630/15
**short [2]** 539/11 566/15
**shortly [1]** 635/24
**should [14]** 553/21 553/21 554/2 554/8 554/9 558/20 564/5 607/20 631/1 651/14 676/23 694/18 694/19 694/20
**show [9]** 548/11 601/11 607/10 675/16 676/12 676/21 676/24 741/8 749/19
**showed [2]** 602/2 602/17
**showing [23]** 531/3 531/12 534/23 547/6 629/3 670/5 704/25 728/18 732/22 743/6 743/11 744/22 745/9 747/19 749/22 750/21 751/20 753/4 756/8 758/10 758/17 760/4 761/18
**shown [7]** 584/17 600/22 605/13 650/11 654/15 658/10 697/21
**shows [4]** 602/2 607/9 696/19 696/19
**side [2]** 737/2 755/8
**sidebar [1]** 566/15
**sign [1]** 601/4
**signed [2]** 663/5 757/5
**significance [1]** 599/19
**significant [6]** 653/23 707/17 735/7 735/17 735/24 749/14
**significantly [2]** 654/24 674/8
**similar [7]** 541/12 541/13 541/15 541/23 554/3 613/14 624/22
**Similarly [1]** 594/5
**Simonian [2]** 724/3

S


**Simonian... [1]** 763/12
**simple [1]** 534/21
**since [9]** 568/21 580/17 617/25 625/10 626/13 634/25 648/4 712/19 726/15
**single [1]** 532/16
**sit [1]** 755/19
**site [2]** 540/3 540/9
**six [1]** 634/21
**six-month [1]** 634/21
**size [6]** 582/12 582/20 582/21 582/24 640/11 719/3
**sizes [1]** 608/22
**skill [25]** 586/18 591/5 591/11 592/8 608/1 609/10 609/25 610/12 617/10 644/8 645/9 646/8 682/19 688/10 691/13 691/18 691/21 691/24 699/4 700/20 702/19 705/5 706/24 707/19 709/13
**skin [8]** 571/15 628/5 628/6 628/6 628/8 630/13 707/6 707/16
**slide [54]** 536/11 548/6 548/8 548/9 548/10 548/11 548/21 548/23 549/5 549/12 549/14 551/19 551/23 552/18 553/4 553/7 572/14 575/3 577/6 580/12 581/12 585/7 585/21 589/17 590/19 592/3 597/7 598/12 600/20 609/18 614/4 625/2 625/3 635/18 635/25 637/22 646/10 653/19 654/15 673/22 677/1 679/5 689/4 738/25 739/8 740/12 740/12 748/20 749/2 749/5 749/11 749/15 749/17 765/3
**Slide 24 [1]** 637/22
**Slide 3 [1]** 548/6
**Slide 32 [1]** 635/18
**Slide 39 [1]** 646/10
**Slide 5 [1]** 653/19
**Slide 9 [1]** 536/11
**Slide PDX3-37 [1]** 609/18
**slides [2]** 569/9 569/15
**slightly [2]** 578/10 622/17
**slow [1]** 581/18
**small [6]** 578/3 583/1 683/6 691/2 691/5 691/7
**Smith [14]** 569/15 657/17 657/17 659/3 694/9 715/14 715/15 715/17 715/21 717/22 717/25 751/14 754/1 754/4
**smudge [1]** 588/15
**Smyth [31]** 567/18 567/21 567/23 568/5 568/9 568/19 569/19 574/22 575/1 575/4 587/20 589/25 592/13 594/11 599/9 604/12 606/9 629/9 636/11 651/23 658/1 662/9 664/7 665/24 673/7 679/16 684/17 694/5 714/16 716/17 718/9
**so [288]**
**soaps [4]** 598/2 601/14 601/17 628/15
**socially [3]** 550/7 550/8 760/22
**sodium [4]** 561/14 561/14 561/14 639/21
**Solaraze [4]** 628/14 691/25 692/2 692/3
**sold [2]** 711/20 754/8
**solely [2]** 706/20 721/15
**solubility [39]** 538/8 538/11 554/18 577/7 577/14 577/16 578/14 578/15 579/10 579/19 626/7 626/13 637/1 646/6 647/6 648/6 649/6 649/14 680/6 680/22 683/5 696/5 696/7 696/8 696/11 696/20 697/4 697/6 697/9 697/14 698/11 698/13 698/15 698/17 698/21 698/23 699/1 709/23 709/25
**solubility/concentration [1]** 577/14
**solubilized [3]** 554/12 554/15 554/20
**solubilizer [3]** 597/23 598/2 689/17
**solubilizers [1]** 649/25
**soluble [2]** 648/4 648/21
**solution [14]** 538/11 544/22 554/9 554/13 561/11 674/23 694/25 695/5 702/8 720/24 727/8 730/16 731/21 732/7
**solutions [9]** 678/7 685/10 685/13 685/14 685/15 685/17 731/16 741/21 759/3
**solve [4]** 571/1 615/19 635/16 652/13
**solved [1]** 652/14
**solvent [1]** 707/15
**solvents [10]** 533/25 534/2 534/5 534/8 606/17 611/9 623/5 623/6 624/4 697/7
**some [56]** 533/25 538/4 538/6 546/20 547/1 547/19 550/12 551/16 554/10 554/11 555/6 564/5 566/19 572/1 572/7 572/9 574/17 575/23 576/9 577/4 577/6 579/3 582/15 585/20 586/5 586/6 589/7 601/7 601/10 604/17 604/22 604/23 608/11 608/16 618/2 621/1 623/10 624/6 647/14 663/23 667/9 670/1 671/19 671/19 672/2 685/11 698/20 699/23 701/8 707/13 714/12 722/6 731/19 739/20 741/18 751/9
**somebody [1]** 598/23
**somehow [1]** 706/9
**someone [1]** 586/25
**something [20]** 535/22 577/2 578/12 579/6 581/13 582/23 598/7 600/10 628/7 631/1 650/17 652/17 652/22 654/7 682/10 709/2 718/17 727/11 752/14 764/19
**sometime [2]** 712/10 712/11
**sometimes [2]** 585/14 586/2
**somewhere [7]** 541/18 541/21 561/4 653/18 702/12 713/9 752/11
**somnolence [1]** 748/12
**soon [1]** 548/2
**sophisticated [1]** 678/20
**Sorbitol [1]** 561/11
**sorry [31]** 533/16 536/12 539/10 540/23 548/4 554/24 558/7 600/5 620/4 675/23 682/20 690/9 692/7 694/19 697/16 700/21 703/15 706/22 710/16 714/6 720/17 720/17 724/18 725/13 751/14 753/24 760/14 761/4 762/7 762/20 762/23
**sort [9]** 576/11 651/17 669/23 697/4 698/11 708/5 708/17 708/24 721/19
**sorts [1]** 608/21
**sought [3]** 543/3 569/22 673/24
**sounds [1]** 688/9
**source [13]** 561/22 562/1 562/17 562/17 562/18 565/11 565/14 565/17 566/1 566/3 566/7 630/4 690/23
**sourced [5]** 560/23 561/5 561/7 561/9 561/19
**sources [5]** 546/13 556/21 586/11 691/20 716/4
**sourcing [2]** 559/17 560/25
**space [1]** 673/25
**speak [2]** 573/24 661/23
**speaking [2]** 583/16 684/21
**special [8]** 563/23 564/3 564/7 564/10 564/13 680/6 680/14 680/20
**species [7]** 593/2 593/5 593/8 633/2 634/21 635/3 693/22
**specific [9]** 540/6 558/21 601/20 623/15 635/13 636/3 636/19 701/19 718/19
**specifically [4]** 544/21 547/2 578/8 706/14
**specification [4]** 590/6 590/7 688/2 700/18
**specifics [1]** 704/22
**specify [3]** 641/1 641/5 704/17
**spell [6]** 530/6 530/8 544/5 544/8 560/9 567/19
**spent [1]** 724/23
**spin [1]** 715/21
**spin-off [1]** 715/21
**split [3]** 529/22 543/10 559/18
**spoke [3]** 628/10 673/23 724/3
**spoken [1]** 701/6
**spray [68]** 535/2 540/5 540/7 541/2 541/3 541/7 546/3 577/7 577/22 579/10 579/17 581/22 582/7 582/9 582/13 582/16 582/18 582/22 583/11 584/24 619/20 621/23 622/6 622/15 625/5 626/14 632/7 632/15 632/21 633/8 634/8 637/18 638/21 641/12 642/8 642/9 642/16 642/20 642/23 643/3 643/8 644/11 644/13 644/16 644/16 644/22 645/2 645/4 645/5 645/7 653/13 653/17 655/9 668/8 668/23 669/9 669/17 670/5 674/22 676/18 677/22 679/18 681/9 682/6 683/6 683/11 683/20 685/6
**spray-on [1]** 619/20
**Spray-Q1/Q2 [2]** 541/2 541/3
**sprayability [16]** 577/10 581/20 582/5 582/6 583/4 583/6 583/13 583/16 583/17 583/20 584/2 625/16 626/23 626/24 638/21 646/4
**sprayed [1]** 638/24
**sprays [3]** 546/25 646/2 735/21
**spreadsheet [6]** 538/4 539/23 671/4 671/6 671/9 679/17
**spun [2]** 754/16 754/24
**SRL [1]** 527/3
**stabilities [1]** 578/24
**stability [18]** 551/16 578/17 578/22 578/25 579/4 579/5 579/11 579/20 579/21 646/6 648/7 693/6 693/9 693/12 695/14 708/13 708/20 709/1
**stable [4]** 577/9 578/20 626/5 652/23
**stage [4]** 553/24 554/6 726/2 727/24
**stamped [1]** 753/5
**stand [2]** 567/18 680/11
**Standalone [2]** 739/22 739/24
**standard [2]** 592/17

## S


**standard... [1]** 612/15
**standing [1]** 733/2
**start [8]** 543/14 572/3 639/3 651/17 679/15 698/21 698/22 704/6
**start-up [1]** 572/3
**started [3]** 529/8 727/18 748/19
**starting [5]** 533/22 579/14 593/19 617/7 700/18
**starts [2]** 560/10 741/24
**state [11]** 530/6 544/5 551/23 560/8 567/19 568/7 621/6 682/9 697/12 723/2 749/6
**stated [6]** 551/12 555/6 590/4 706/11 749/2 749/15
**statement [8]** 532/22 532/23 532/24 533/11 535/6 536/21 641/10 758/16
**statements [4]** 535/3 621/1 755/18 755/20
**states [22]** 527/1 527/17 531/13 534/11 534/12 543/4 565/22 595/25 604/13 712/4 724/15 729/11 730/2 740/16 749/5 751/8 753/19 760/19 761/4 761/5 762/13 764/8
**status [4]** 730/1 730/19 731/1 731/2
**stenographic [1]** 767/8
**step [2]** 615/20 721/10
**Stephan [1]** 745/1
**Stephan von Dreusche [1]** 745/1
**sterile [2]** 672/21 673/9
**still [19]** 594/24 609/8 648/20 656/13 663/9 699/3 703/13 703/19 703/22 709/7 727/16 727/23 729/18 759/11 759/12 760/2 761/15 764/21 765/5
**stocked [1]** 565/4
**stone [1]** 727/6
**stop [7]** 533/20 616/16 651/19 722/13 722/18 730/22 759/14
**stopped [3]** 730/24 731/5 731/6
**stoppers [1]** 749/19
**stopping [1]** 730/25
**STOREY [1]** 528/7
**Strasse [1]** 723/5
**strategic [7]** 559/16 733/15 733/16 733/19 734/24 759/3 759/8
**strategies [1]** 536/24
**strategy [8]** 536/25 536/25 537/4 537/5 553/7 553/10 553/17 553/20
**Strategy 4 [4]** 553/7 553/10 553/17 553/20
**stream [1]** 580/2
**Street [1]** 527/15
**strength [3]** 669/17 669/18 695/25
**strengths [2]** 671/5 697/21
**strong [2]** 665/13 666/6
**structure [8]** 534/20 594/18 596/14 597/4 604/22 605/10 653/25 654/1
**structures [2]** 595/7 599/18
**struggling [1]** 713/6
**students [1]** 571/20
**studied [8]** 570/18 615/25 625/11 626/8 626/20 647/7 650/10 757/15
**studies [29]** 551/11 551/13 551/18 551/25 555/9 569/24 570/2 584/4 626/24 627/22 632/13 633/2 633/22 635/3 635/4 653/13 653/20 676/17 676/24 692/13 692/21 692/24 693/15 696/2 699/6 699/6 707/22 747/16 748/17
**study [25]** 538/8 538/11 551/6 552/9 553/10 553/14 555/5 557/12 571/14 632/12 632/14 632/18 632/20 633/16 634/21 654/5 676/11 696/5 697/4 698/4 698/11 698/13 698/17 713/25 748/19
**studying [1]** 693/6
**subject [5]** 551/17 632/5 662/14 674/12 701/17
**subjecting [1]** 551/25
**sublicense [2]** 657/18 657/19
**sublicensed [1]** 657/16
**sublingual [2]** 536/2 536/8
**submission [4]** 737/10 737/11 737/12 737/13
**submitted [3]** 531/10 541/19 568/22
**subsequent [2]** 562/18 755/9
**substance [1]** 575/22
**substitute [1]** 705/19
**substituting [1]** 646/2
**subtleties [1]** 698/20
**succeeded [2]** 712/6 713/13
**success [9]** 551/20 551/23 552/8 613/6 613/8 613/17 613/18 625/21 637/14
**successful [7]** 532/20 533/3 626/1 626/4 683/20 710/24 712/8
**successfully [1]** 618/9
**such [14]** 576/7 593/6 593/8 595/19 606/17 614/8 614/18 614/19 624/8 636/3 641/6 716/24 736/7 757/8
**suffering [6]** 730/16 741/14 760/2 763/19 764/4 765/2
**sufficient [4]** 631/2 632/12 633/16 706/12
**suggest [2]** 635/2 645/7
**suggested [3]** 616/10 617/18 625/6
**suggesting [2]** 620/7 664/19
**suggests [4]** 620/18 638/22 642/17 664/9
**suit [13]** 587/22 590/1 657/6 657/9 657/13 663/10 663/11 663/19 664/19 665/13 666/6 707/9 714/22
**suitability [1]** 572/13
**suitable [14]** 611/8 616/13 623/6 624/4 625/19 628/1 644/17 649/7 652/17 652/20 652/22 697/22 710/10 710/15
**suited [2]** 550/20 551/15
**sulfobutylether [1]** 671/21
**summarize [10]** 548/15 568/25 569/19 575/4 632/10 633/5 640/6 643/19 657/5 657/12
**summarized [3]** 589/17 590/19 748/20
**summarizing [1]** 749/11
**summary [6]** 606/25 612/5 617/22 739/11 755/7 763/17
**superior [1]** 760/23
**suppliers [3]** 565/7 598/23 688/18
**support [4]** 613/10 614/14 630/7 633/17
**supporting [3]** 575/10 613/21 733/24
**suppose [1]** 631/2
**supposed [1]** 633/1
**supra [1]** 559/2
**sure [51]** 531/20 532/6 532/21 539/1 553/23 566/16 567/7 569/21 574/10 575/6 578/25 579/8 584/16 586/5 596/15 598/14 600/24 608/17 610/9 616/8 617/24 639/20 640/8 643/21 653/14 653/22 657/6 657/14 667/12 674/22 675/24 684/21 689/8 689/22 691/1 693/11 693/14 697/17 701/16 703/4 705/12 705/17 705/23 708/19 712/20 712/25 713/7 717/5 724/17 734/22 757/11
**surface [4]** 583/9 583/21 630/22 630/24
**surfactant [1]** 623/23
**surfactants [4]** 583/22 623/5 623/15 623/17
**Surname [1]** 560/11
**surprises [3]** 749/6 749/8 749/9
**surprising [2]** 678/15 683/19
**sustained [4]** 621/4 621/8 622/6 622/14
**sustained-release [4]** 621/4 621/8 622/6 622/14
**Sveinbjorn [2]** 629/11 688/16
**swallowed [1]** 580/24
**sword [1]** 665/17
**sworn [1]** 567/24
**synchrony [1]** 580/22
**synergies [1]** 740/3
**synergistically [1]** 733/20
**synergized [1]** 739/14
**synergy [1]** 740/6
**synthesis [2]** 609/3 618/4
**synthesized [3]** 600/11 608/18 688/19
**system [1]** 551/3
**systemic [3]** 576/12 580/3 631/3
**systemically [1]** 584/13


## T


**T1 [3]** 558/13 558/18 558/24
**T2 [3]** 558/14 558/18 558/24
**tab [12]** 547/4 547/24 552/23 554/22 563/15 615/6 679/15 685/22 694/16 694/18 694/19 705/11
**Tab 10 [1]** 554/22
**Tab 3004 [1]** 685/22
**Tab 5 [1]** 547/24
**Tab 6 [2]** 547/4 563/15
**Tab 8 [1]** 552/23
**table [12]** 600/17 600/23 601/10 601/11 681/16 681/17 681/23 696/16 696/17 697/22 698/1 752/1
**Table 1 [1]** 600/17
**Table 12 [2]** 697/22 698/1
**tablet [1]** 550/25
**take [46]** 546/11 567/5 580/25 587/11 588/19 589/8 593/16 595/12 600/17 600/20 601/24 604/9 610/15 612/24 615/1 615/5 615/20 616/17 617/6 618/16 619/11 622/24 623/8 623/10 623/12 634/16 636/6 640/3 647/12 648/24 652/9 657/21 658/21 659/14 661/20 680/1 684/7 689/2 704/3 706/17 710/7 717/21 721/18 722/22 746/4 762/1
**taken [10]** 549/10 587/13 650/22 684/11 687/10 721/10 732/24 733/6 734/25 741/2
**takes [2]** 592/20 710/5
**taking [2]** 728/3 739/25
**talk [20]** 587/5 587/16 588/1 593/23 600/2 602/18 615/19 616/24

**T**

**talk... [12]** 618/12 620/5 621/7 642/12 644/24 652/24 668/5 688/16 726/22 749/8 762/23 765/3
**talked [14]** 565/7 584/16 609/18 623/9 639/15 643/10 645/25 672/3 684/24 708/25 719/1 727/10 740/9 740/17
**talking [14]** 535/1 538/21 562/2 582/13 614/16 653/1 680/17 707/2 709/15 709/22 733/8 733/19 758/12 759/16
**talks [13]** 582/11 604/16 619/16 623/4 623/14 623/22 624/4 630/8 638/25 639/12 640/9 643/22 765/4
**target [3]** 554/8 737/10 737/11
**taste [2]** 582/2 584/24
**teach [3]** 571/17 638/19 700/19
**teaches [1]** 709/11
**teaching [2]** 571/5 649/13
**team [11]** 542/1 542/12 552/1 562/4 651/17 725/9 726/2 745/6 748/21 748/22 749/12
**technical [1]** 575/23
**technologies [2]** 572/2 657/13
**technology [3]** 592/24 663/10 724/24
**tell [6]** 543/14 604/5 618/23 628/19 724/13 765/8
**telling [1]** 645/9
**tells [3]** 604/7 606/6 617/10
**ten [4]** 574/10 757/6 757/18 757/20
**tens [2]** 624/13 624/14
**tension [1]** 583/21
**tenure [1]** 570/5
**term [6]** 562/10 609/1 643/25 644/2 680/10 682/2
**terminal [1]** 597/14
**termination [1]** 759/24
**terminology [1]** 756/16
**terms [10]** 553/23 602/9 617/8 625/13 641/16 643/6 644/6 675/10 731/19 757/14
**test [10]** 557/14 558/13 558/24 604/23 676/14 690/2 696/8 708/25 709/1 717/4
**tested [1]** 707/5
**testified [12]** 567/25 572/19 572/22 573/2 573/3 609/13 619/21 668/7 687/4 701/8 710/10 715/1
**testify [7]** 530/20 530/23 531/1 575/5 668/17 723/15 723/18
**testifying [5]** 530/13 530/17 544/14 560/13 560/17
**testimony [14]** 538/21 566/19 569/10 572/25 575/12 575/15 575/18 576/2 631/19 669/2 683/22 684/22 718/20 722/8
**testing [11]** 587/2 605/11 631/7 631/9 692/16 693/8 693/22 699/7 708/24 717/5 717/7
**tests [4]** 604/16 716/20 716/24 717/2
**tetrahydrofuran [1]** 624/9
**Texas [4]** 568/11 568/13 570/6 571/3
**text [5]** 740/20 754/18 754/21 754/25 755/16
**Thakur [1]** 555/1
**than [15]** 561/4 561/6 568/24 596/3 610/10 628/14 630/25 667/5 673/19 674/7 676/1 688/12 690/20 732/1 752/15
**thank [22]** 529/11 529/25 530/11 530/19 539/9 539/20 543/13 559/11 560/1 567/12 568/2 587/15 620/6 665/22 684/6 696/17 700/1 700/2 716/14 721/10 721/17 722/24
**Thanks [1]** 694/21
**that [978]**
**that's [85]** 529/25 531/25 532/3 532/23 533/10 533/18 535/10 536/9 537/17 538/2 539/2 555/8 556/8 564/25 567/9 573/9 580/10 584/10 584/19 586/14 588/17 588/23 605/23 607/3 616/18 623/19 628/8 632/25 665/15 668/13 670/11 670/13 671/5 685/2 685/5 685/18 687/12 687/17 687/20 688/6 689/11 691/17 692/3 693/24 694/1 696/6 696/10 696/11 697/3 697/4 697/19 699/11 702/17 702/23 702/24 704/8 705/8 708/1 708/10 708/12 708/23 709/2 710/6 711/6 711/12 711/16 711/22 711/24 715/12 717/17 719/12 722/20 735/13 742/1 744/1 750/20 751/8 751/19 753/19 755/3 758/1 758/3 760/19 761/4 762/13
**their [23]** 584/4 597/17 597/17 597/18 602/9 602/9 603/12 632/13 632/21 633/8 634/14 646/2 649/17 657/18 667/12 667/18 681/18 698/8 708/16 721/23 736/13 754/6 763/3
**them [33]** 540/10 543/19 563/9 565/25 567/6 577/6 585/21 595/9 597/19 598/23 599/15 599/22 608/16 621/2 623/19 624/14 638/23 657/25 658/1 658/2 670/1 671/19 688/14 689/7 689/13 698/14 698/23 699/7 716/11 716/25 758/21 763/1 766/6
**then [61]** 531/18 534/11 540/15 542/19 543/1 564/6 569/23 570/4 573/22 576/16 577/10 579/7 581/8 583/24 586/25 595/25 596/17 601/4 609/22 616/11 619/18 621/2 631/2 638/25 648/22 651/11 657/16 657/16 657/17 657/19 667/17 675/18 689/11 698/22 705/4 707/24 722/19 725/11 726/5 727/18 727/21 729/6 730/18 737/9 740/2 742/20 743/1 743/3 743/24 745/19 746/13 751/13 754/16 754/19 754/24 755/6 755/8 755/13 755/23 758/6 758/6
**therapeutic [2]** 763/21 764/7
**therapeutically [2]** 590/21 625/24
**Therapeutics [7]** 632/8 658/8 659/3 662/10 662/15 751/1 751/6
**therapy [4]** 550/18 550/25 550/25 762/10
**there [148]** 529/7 532/8 532/13 532/15 533/7 533/15 535/6 535/16 535/18 535/18 536/6 537/10 538/5 538/6 538/11 544/17 545/10 546/23 547/1 547/16 547/16 548/17 548/25 549/16 549/24 550/2 550/4 550/14 550/15 550/17 550/21 551/19 551/23 552/3 554/10 555/12 556/2 560/19 565/5 568/14 568/21 568/23 571/4 576/19 578/24 580/6 581/23 583/3 584/14 585/25 586/4 586/21 588/22 589/1 589/17 590/24 592/3 595/17 601/7 601/10 601/10 609/16 609/21 610/24 611/14 615/6 616/5 616/12 620/14 622/1 622/2 623/3 625/19 627/10 627/22 627/22 629/3 636/18 638/4 639/14 645/3 645/5 645/6 648/14 648/22 649/5 650/13 651/18 654/21 660/9 665/14 667/15 670/9 673/24 681/16 684/18 686/9 688/12 693/3 693/17 695/22 698/20 698/20 699/16 700/7 700/11 700/16 706/5 709/6 709/8 709/20 712/7 713/15 716/11 719/10 721/6 725/1 727/20 729/6 731/24 732/1 732/4 734/6 735/6 736/6 737/23 741/5 741/17 743/20 743/23 745/3 745/12 746/13 747/15 749/6 749/13 751/11 751/16 754/11 755/9 756/22 759/1 761/8 762/10 762/21 763/6 765/5 766/6
**there's [35]** 549/5 564/8 575/9 585/19 586/1 586/14 586/16 588/15 589/4 590/24 596/21 596/25 602/23 608/12 609/21 613/9 613/21 617/4 645/9 645/14 649/24 678/22 699/23 707/13 711/15 726/12 727/6 735/2 735/7 736/6 736/16 737/22 750/12 761/15 764/21
**thereby [1]** 637/18
**therefore [10]** 618/3 649/5 649/18 649/21 656/19 657/25 697/22 729/22 747/12 759/8
**thereof [5]** 595/21 610/18 610/22 611/9 623/6
**these [50]** 534/14 537/2 537/6 541/18 549/9 549/11 549/13 549/13 551/10 551/12 551/25 555/6 558/11 569/15 579/10 585/13 593/16 596/15 597/15 600/12 603/12 608/1 613/7 617/11 623/11 623/17 623/24 625/13 627/12 628/15 628/17 630/16 638/18 638/20 643/23 653/20 657/24 667/24 669/24 683/13 683/19 688/25 698/6 698/8 717/2 727/3 740/14 741/21 755/18 765/14
**they [120]** 535/13 542/2 559/10 562/21 563/13 565/24 565/24 566/5 567/5 567/10 576/14 578/21 579/14 579/15 579/18 581/17 581/19 583/1 584/4 585/13 588/2 598/20 598/24 600/2 602/8 608/19 608/21 608/21 609/10 609/11 609/12 616/1 616/4 620/5 621/7 627/16 632/20 632/24 633/7 633/10 633/13 633/19 633/19 633/21 634/14 635/2 635/6

**T**


**they... [73]** 641/15 647/17 648/23 653/17 653/23 653/25 654/25 662/6 662/20 663/11 665/2 667/17 668/3 675/16 676/23 678/22 680/15 688/17 688/17 688/19 688/23 693/19 695/4 696/5 696/8 697/9 697/12 698/4 698/13 699/8 707/16 707/22 708/3 708/5 710/15 710/18 716/11 718/7 722/7 722/16 722/16 722/17 731/25 747/3 747/3 747/4 748/17 748/18 748/18 748/19 748/22 748/24 754/6 754/7 754/14 754/21 754/22 754/22 755/1 755/1 755/21 756/1 756/2 756/4 756/6 759/11 763/2 763/5 765/19 765/20 765/21 765/23 766/3
**They'd [1]** 722/7
**they're [15]** 534/14 534/19 579/15 595/6 595/7 595/8 603/15 604/7 615/12 624/25 632/13 634/19 647/11 697/1 698/14
**they've [1]** 711/20
**thickening [1]** 581/17
**thing [5]** 560/2 584/19 651/11 706/2 758/3
**things [30]** 568/23 577/7 578/13 579/13 580/19 582/2 583/21 584/6 584/23 585/21 585/23 601/19 602/10 603/15 605/11 621/21 624/9 625/16 639/20 639/22 640/19 644/3 648/8 649/24 684/9 690/3 690/14 690/20 699/2 758/2
**think [52]** 535/3 540/22 543/16 543/20 563/15 564/18 567/6 574/6 576/9 580/12 580/16 581/15 582/15 582/16 588/17 589/2 603/12 614/15 614/23 617/24 618/18 630/6 630/23 631/8 632/25 635/6 650/19 653/17 663/2 665/12 666/5 668/19 669/23 670/9 688/16 689/10 694/8 701/14 702/11 705/3 705/22 711/14 712/13 714/11 715/5 722/23 725/6 730/21 738/10 752/19 766/20 766/22
**thinking [1]** 578/10
**third [6]** 529/6 588/8 625/18 697/17 735/6 763/23
**thirdly [1]** 610/11
**thirds [2]** 563/19 588/25
**this [472]**
**Thorsnes [16]** 685/25 686/20 687/14 687/22 689/2 691/10 694/2 694/14 695/22 696/15 698/2 701/22 705/14 706/18 709/16 710/8
**those [68]** 535/9 537/16 542/15 542/20 549/7 557/15 561/2 561/9 565/4 566/23 567/1 567/2 568/24 570/21 571/1 572/4 572/11 572/17 574/14 584/5 585/6 585/24 592/2 598/16 599/18 601/6 602/18 602/20 607/21 607/25 611/1 615/19 623/16 628/19 635/4 635/23 639/1 641/20 643/1 643/5 644/14 645/10 647/18 648/23 650/10 661/19 668/5 671/4 673/8 674/8 688/20 692/13 692/21 699/3 699/6 700/21 707/5 707/22 708/22 716/6 716/7 725/18 731/20 732/2 737/21 743/21 746/24 766/5
**though [1]** 711/9
**thought [7]** 602/17 604/6 604/7 607/12 607/22 666/8 724/6
**thousands [2]** 706/13 712/23
**three [9]** 539/19 551/10 573/22 578/25 677/2 679/8 683/13 688/7 762/6
**three minutes [1]** 539/19
**three years [1]** 677/2
**throat [2]** 580/24 748/13
**through [26]** 580/2 587/2 621/1 639/1 641/25 675/15 677/11 683/10 688/25 689/4 707/20 709/17 717/15 728/20 744/24 745/13 747/21 749/24 750/23 751/22 753/6 757/22 758/18 760/8 762/4 765/15
**throughout [2]** 602/8 620/2
**thumb [1]** 583/16
**thus [1]** 721/4
**time [60]** 529/22 539/17 539/18 541/21 543/10 543/10 547/16 556/10 559/18 561/9 565/20 570/15 570/23 574/21 577/3 579/5 587/7 587/9 593/16 630/6 630/18 639/16 646/7 650/19 651/18 652/9 661/24 663/5 663/22 682/19 684/5 684/7 690/1 692/25 693/19 707/24 713/13 722/4 722/14 724/10 724/22 725/21 726/6 726/7 726/10 726/15 726/22 727/21 727/21 727/24 732/5 738/10 739/20 739/21 748/22 755/24 757/7 759/9 760/24 766/18
**timeframe [1]** 541/18
**timeline [6]** 673/22 677/1 679/5 712/16 713/2 713/5
**timelines [1]** 737/3
**times [3]** 572/24 574/6 747/11
**tissue [1]** 581/10
**tissues [1]** 628/7
**title [12]** 541/2 544/12 544/13 549/14 621/3 725/10 725/11 725/13 726/7 726/8 726/18 753/18
**titled [1]** 750/23
**Tmax [1]** 558/22
**today [23]** 530/14 530/22 530/25 544/15 544/18 560/14 560/20 569/10 575/5 701/6 709/10 712/7 713/8 714/12 723/9 723/16 739/19 745/15 755/19 757/12 759/16 766/9 766/18
**together [17]** 579/14 602/18 603/1 604/6 604/8 605/17 605/20 606/2 606/5 606/7 607/7 607/12 607/22 633/15 687/10 698/23 734/25
**told [2]** 561/24 564/12
**tolerability [15]** 584/21 584/22 585/1 585/3 625/15 627/10 627/18 635/23 646/6 646/15 647/1 647/22 648/5 710/20 747/7
**tolerable [9]** 577/11 585/4 626/5 627/8 627/20 646/25 652/23 680/5 680/21
**tolerance [1]** 653/12
**tomorrow [1]** 766/18
**too [7]** 571/16 581/25 583/1 649/7 710/25 732/1 757/19
**took [1]** 570/3
**top [6]** 588/12 601/1 630/18 630/19 630/20 649/5
**topic [1]** 677/20
**topical [20]** 598/2 618/2 618/2 619/2 627/25 628/12 628/17 628/19 633/11 633/15 672/21 673/9 691/23 692/5 692/8 692/11 692/14 706/25 707/8 708/1
**topically [4]** 707/3 707/4 707/11 707/14
**topics [2]** 530/23 531/1
**Torrent [1]** 545/3
**total [2]** 544/24 752/15
**towards [1]** 609/24
**tox [3]** 630/25 653/13 756/16
**toxicity [18]** 587/2 627/22 628/23 630/9 632/12 632/17 633/2 634/21 635/3 635/4 692/16 693/15 707/1 707/10 707/12 707/17 717/5 717/7
**toxicological [1]** 696/1
**toxicology [6]** 653/12 653/20 653/23 692/13 693/18 707/23
**track [8]** 570/5 729/10 730/10 730/12 737/9 740/9 740/10 766/18
**Tracy [14]** 607/9 620/17 620/25 621/2 621/11 621/15 622/5 622/20 623/1 623/14 623/19 623/24 624/10 641/25
**Tracy '672 [4]** 622/20 623/1 623/24 624/10
**trade [1]** 654/19
**trader [1]** 565/8
**trained [2]** 549/21 724/17
**training [1]** 576/15
**transactions [3]** 715/13 725/19 726/5
**Transchem [2]** 565/9 565/18
**transcript [1]** 767/8
**transdermal [2]** 571/14 572/6
**transfer [1]** 724/24
**transferred [1]** 754/7
**transition [1]** 598/8
**transmucosal [3]** 549/1 549/15 550/19
**treat [3]** 603/1 606/1 731/13
**treated [3]** 595/9 598/9 606/23
**treating [1]** 662/22
**treatment [18]** 576/4 576/7 631/17 652/18 652/20 685/4 726/21 731/7 731/19 731/24 746/12 746/20 747/5 759/5 762/10 763/21 764/14 764/25
**treatments [3]** 731/13 731/18 763/24
**treats [1]** 599/6
**trial [10]** 527/13 529/6 572/20 575/13 575/19 665/20 694/19 694/20 699/25 703/2
**trials [8]** 555/6 633/4 633/17 662/20 662/23 664/14 669/14 670/2
**tried [6]** 555/8 652/13 667/4 671/15 671/23 708/3
**tries [1]** 645/25
**true [14]** 531/14 666/7 685/10 685/13 688/6 688/8 693/6 697/15 700/14 704/2 707/7 714/19 749/3 767/7
**truthfully [2]** 544/18 560/20
**try [6]** 572/1 584/5 585/13 670/22 731/13 731/16
**trying [7]** 576/25 675/20 675/24 680/15

**T**

**trying... [3]** 708/14 731/23 732/2
**turn [118]** 563/19 577/12 577/21 578/16 579/23 584/7 585/7 586/9 587/3 589/10 590/11 592/13 593/10 594/21 594/25 595/10 597/2 597/12 599/5 599/12 599/23 600/4 600/16 603/18 605/1 605/12 608/8 608/13 609/11 609/18 610/3 610/4 610/6 610/15 612/9 612/11 612/24 616/2 616/14 616/25 617/16 617/16 617/20 618/20 619/12 620/22 622/11 622/19 623/20 624/2 625/18 631/24 634/3 634/16 635/23 638/9 639/10 643/13 643/19 644/10 644/11 644/25 645/15 647/25 648/23 648/25 649/15 650/2 652/4 652/10 653/19 654/11 656/8 657/2 657/4 657/10 658/4 663/18 666/17 667/8 670/2 671/12 672/6 672/20 674/9 674/18 677/1 677/16 678/1 678/4 679/5 679/12 679/15 681/4 681/15 682/11 682/15 682/20 683/1 685/22 686/20 694/13 695/21 696/4 696/14 697/8 701/21 706/4 717/8 718/8 718/11 719/15 720/8 720/16 737/22 739/9 749/16 760/13
**turning [14]** 604/19 612/18 612/24 613/11 620/10 621/5 621/10 628/10 630/1 632/9 633/5 652/9 652/15 676/1
**two [29]** 539/12 539/18 557/14 559/19 563/19 563/24 584/3 584/6 588/25 591/18 596/21 633/1 633/2 635/3 635/20 637/16 638/12 650/25 671/13 671/23 671/24 715/13 715/13 742/6 743/21 746/13 746/24 747/15 758/2
**two minutes [1]** 539/18
**two years [1]** 591/18
**two-plus [1]** 671/13
**two-plus-year [1]** 671/24
**two-thirds [2]** 563/19 588/25
**Two-week [1]** 633/1
**type [16]** 563/9 563/12 583/24 595/23 604/20 605/5 605/8 605/10 623/23 673/25 693/1 753/18 753/20 753/21 753/23 753/25
**types [12]** 571/10 572/10 578/24 578/25 585/6 586/2 586/4 608/12 649/25 692/21 692/24 719/5
**typical [2]** 600/25 601/5
**typically [2]** 581/2 693/1

**U**

**U.S [15]** 537/3 537/4 537/7 537/11 537/12 537/23 713/4 713/16 713/19 737/3 739/6 740/13 743/10 761/11 767/12
**U.S. [1]** 674/11
**U.S. FDA [1]** 674/11
**UCB [95]** 527/3 527/3 653/18 657/19 660/13 661/5 663/20 663/23 664/7 664/12 664/17 664/20 665/4 665/8 665/10 665/12 666/4 666/5 666/8 711/2 715/23 716/1 716/4 716/5 721/12 722/3 723/19 724/4 724/5 724/12 725/5 725/24 726/1 726/11 726/17 726/20 726/23 727/3 727/5 727/11 727/14 727/21 727/24 728/16 728/17 728/18 729/16 729/17 730/11 730/14 730/19 732/22 733/8 733/10 733/12 733/15 733/18 733/23 734/3 734/8 734/14 734/17 737/24 740/6 740/7 743/6 744/22 745/9 746/1 747/19 748/1 749/9 749/22 750/3 750/22 751/18 751/20 753/4 753/12 753/15 755/19 756/8 757/21 758/10 758/17 758/24 758/24 759/2 759/12 759/18 760/5 761/19 761/24 762/21 764/2
**UCB 11 [1]** 749/22
**UCB 12 [1]** 750/22
**UCB 13 [1]** 751/20
**UCB 2 [1]** 728/18
**UCB 23 [1]** 758/10
**UCB 26 [1]** 758/17
**UCB 27 [1]** 760/5
**UCB 4 [1]** 732/22
**UCB 5 [1]** 743/6
**UCB 6 [1]** 744/22
**UCB 7 [1]** 745/9
**UCB 8 [1]** 747/19
**UCB's [5]** 666/1 722/3 726/1 727/1 729/21
**UCB-generated [1]** 748/1
**UCB33 [1]** 763/11
**UCC [1]** 750/22
**Uh [1]** 710/12
**UI [1]** 715/2
**ultimate [1]** 641/18
**ultimately [5]** 667/25 676/16 679/9 751/18 762/21
**Ultragenyx [2]** 762/25 763/1
**under [34]** 530/13 537/3 544/14 560/13 567/1 567/24 592/9 599/12 599/24 601/17 602/1 603/9 604/25 605/19 615/1 615/5 619/13 619/16 657/24 703/13 717/21 720/18 723/9 736/4 741/20 742/6 743/16 748/25 757/16 762/11 763/17 765/14 766/3 766/5
**underlined [1]** 592/2
**understand [33]** 530/13 530/19 530/22 530/25 544/14 560/13 562/7 564/3 564/16 564/25 600/19 602/21 603/9 622/5 628/16 634/15 641/9 644/2 652/11 664/23 671/15 671/23 680/13 686/4 691/14 706/9 722/6 723/9 723/11 723/15 731/23 733/2 734/16
**understanding [45]** 537/22 589/16 590/17 590/25 592/20 593/1 611/14 629/23 662/6 662/24 666/21 675/12 678/20 682/2 682/15 686/14 704/19 711/8 711/9 711/12 721/14 729/25 730/3 730/4 730/5 731/9 731/15 732/19 735/20 736/2 738/23 739/22 741/3 741/11 741/13 743/9 744/2 748/5 751/5 751/15 752/9 752/14 757/10 759/1 762/14
**understood [9]** 559/25 564/17 629/21 678/22 702/19 721/17 724/7 726/23 754/6
**undertake [1]** 676/11
**undertaken [1]** 695/18
**undue [1]** 693/25
**unexpected [8]** 652/8 682/14 682/16 682/18 682/23 682/25 683/2 683/12
**Unipharm [2]** 563/21 566/5
**unique [2]** 580/6 580/9
**unit [5]** 535/1 551/3 596/16 644/19 668/23
**UNITED [9]** 527/1 527/17 543/4 565/22 604/13 712/4 724/14 729/10 730/2
**United States [1]** 730/2
**units [3]** 711/20 712/23 713/1
**UNIVERSITY [17]** 527/4 568/11 568/12 569/23 569/24 570/3 570/4 570/6 570/7 570/15 571/3 658/11 714/23 715/10 719/22 720/3 720/4
**unknown [7]** 618/4 625/10 625/14 625/15 626/25 629/24 646/7
**unknowns [1]** 627/12
**unmet [19]** 548/25 549/12 550/14 729/11 729/18 730/13 731/17 746/14 757/10 759/1 759/2 760/2 763/18 763/18 764/3 764/21 765/2 765/5 765/10
**unmodified [3]** 637/17 642/5 645/21
**unpack [1]** 617/19
**unquote [1]** 640/17
**unroutine [1]** 692/23
**unseal [2]** 666/12 752/20
**unsealed [2]** 666/14 666/15
**unsuccessful [1]** 652/14
**Unsynergized [1]** 739/23
**until [2]** 533/3 574/16
**unturned [1]** 727/6
**unusual [1]** 654/2
**up [60]** 547/4 549/10 552/23 554/22 557/18 568/16 572/3 574/16 587/16 587/17 588/25 589/23 591/8 592/11 594/9 599/7 603/3 604/10 606/8 612/13 618/13 622/25 624/15 629/7 631/23 637/21 639/4 646/9 649/23 650/12 651/13 652/1 653/7 655/5 662/7 668/10 669/5 672/5 673/6 686/21 687/22 689/13 694/2 694/14 696/15 697/4 701/23 709/8 709/16 712/7 717/9 720/6 726/14 726/16 732/15 738/25 741/16 742/14 756/18 760/20
**updated [2]** 553/2 751/10
**updates [2]** 535/12 568/21
**upon [6]** 580/21 613/3 624/10 652/6 686/16 728/24
**upper [2]** 605/2 720/10
**Upsher [13]** 657/17 657/17 659/3 694/9 715/14 715/15 715/17 715/21 717/22 717/25 751/14 754/1 754/4
**Upsher-Smith [4]** 657/17 659/3 715/14 715/21
**upside [1]** 738/21
**urgent [2]** 533/7 533/15
**us [19]** 543/21 554/2 573/25 589/5 604/5 605/22 606/10 618/17 628/12 629/23 630/7 662/1 679/6 719/3 722/22 733/3 739/1 746/7 758/7
**USA [1]** 527/7
**usage [1]** 622/7
**use [98]** 536/19 540/11 545/23 546/17 551/3 554/5 554/19 562/5 578/13 579/18 581/17

**U**

**use... [87]** 585/5 586/11 591/10 595/3 598/24 600/2 604/4 610/17 613/6 613/8 613/17 615/22 615/25 616/6 616/10 616/11 616/13 617/17 617/18 618/24 619/10 619/14 620/11 620/18 621/24 622/5 623/7 624/5 624/19 625/6 625/6 625/8 625/20 627/13 627/20 627/23 627/24 628/9 628/16 630/3 630/5 630/7 633/15 633/21 635/16 637/15 638/19 639/24 642/15 646/22 647/21 648/13 649/17 649/21 650/5 652/18 652/19 652/20 662/19 668/25 673/19 676/23 680/16 681/19 681/24 682/2 682/24 683/2 685/20 697/22 704/9 706/13 707/16 709/14 717/1 719/18 736/9 738/2 741/18 741/18 746/20 747/3 747/5 747/12 760/17 764/17 765/8
**used [84]** 545/21 545/24 546/1 546/7 546/18 546/21 546/24 546/24 547/3 550/11 550/18 550/24 551/11 563/24 564/8 564/15 564/20 595/8 597/19 597/22 598/1 600/10 600/13 600/14 601/14 601/14 601/15 603/11 603/15 615/24 616/4 616/10 617/17 618/4 618/10 619/2 619/5 619/8 623/2 625/5 627/14 627/21 628/12 628/15 628/17 628/20 629/25 633/11 641/12 641/22 642/25 643/23 649/9 649/19 650/7 662/21 674/20 677/10 682/5 682/10 683/4 683/10 683/17 691/15 691/23 692/4 692/10 692/15 695/25 698/6 706/20 707/11 707/14 707/15 709/7 709/12 710/6 731/12 731/20 731/22 738/7 738/23 746/11 761/6
**uses [8]** 597/20 601/11 601/16 601/20 602/9 618/12 643/25 764/19
**using [28]** 577/18 583/25 585/13 585/14 586/21 586/25 609/1 616/22 626/24 633/2 635/3 639/12 645/24 648/15 649/4 650/8 665/17 667/18 671/7 679/21 680/6 680/10 680/13 707/2 707/4 707/6 756/15 762/18
**USL [4]** 718/5 754/16 754/19 755/4
**USL's [1]** 755/8
**USL261 [5]** 694/22 694/25 729/3 729/7 729/9
**USP [7]** 604/15 604/20 604/24 605/15 605/16 606/1 636/17
**USP 2006 [4]** 604/20 604/24 605/16 606/1
**usually [2]** 728/14 738/2

**V**

**V-I-P-U-L [1]** 544/9
**vaccine [1]** 570/22
**vaccines [1]** 570/18
**vaginal [1]** 628/15
**validation [2]** 535/9 535/23
**validity [2]** 665/12 666/6
**Valtoco [10]** 723/22 724/1 724/5 724/9 727/11 735/14 735/19 736/14 741/21 747/1
**valuation [3]** 737/23 738/7 739/10
**valuations [2]** 696/1 738/1
**value [14]** 664/10 664/20 733/10 733/13 734/24 739/18 739/19 739/19 739/21 741/10 742/17 742/18 746/8 757/10
**valued [2]** 657/8 663/11
**variations [1]** 688/18
**variety [3]** 570/10 570/17 591/14
**various [6]** 575/18 579/13 582/15 601/7 669/16 689/12
**vegetable [1]** 595/20
**vehicle [1]** 577/17
**vendors [1]** 562/19
**venture [2]** 649/18 662/16
**versa [1]** 643/9
**version [2]** 568/22 662/21
**versions [3]** 572/15 661/21 688/20
**versus [2]** 599/14 649/4
**very [27]** 532/20 533/3 539/9 546/15 551/4 560/5 563/23 564/3 564/7 564/13 564/23 573/25 578/2 582/1 593/5 611/1 618/15 622/14 656/24 663/22 721/10 721/17 722/24 727/24 730/16 731/25 733/12
**via [1]** 631/3
**vials [1]** 644/18
**vice [1]** 643/8
**video [10]** 538/13 543/6 559/6 566/8 722/16 738/9 738/17 752/18 753/2 765/12
**videos [1]** 566/21
**view [5]** 582/7 585/11 599/19 730/12 764/5
**Vipul [4]** 535/3 543/8 543/25 544/7
**virology [1]** 643/6
**Viropharma [5]** 758/22 760/15 762/25 763/2 763/5
**virtually [1]** 638/12
**viscosities [2]** 647/9 647/18
**viscosity [62]** 577/9 581/13 581/15 581/18 581/21 581/23 583/14 583/15 583/17 583/19 584/1 584/2 614/11 614/22 618/6 622/22 623/2 623/7 623/18 623/25 624/5 624/7 624/11 626/18 635/22 637/16 638/15 638/19 639/8 639/11 639/13 639/14 639/19 640/1 640/15 640/18 641/2 641/2 641/6 641/6 641/13 641/16 641/18 641/24 642/8 642/19 643/2 643/6 643/8 643/17 643/23 644/1 644/3 644/4 644/7 644/9 645/1 645/13 645/24 646/3 647/15 683/9
**viscosity-enhancing [2]** 643/23 644/1
**viscosity-increasing [2]** 639/19 644/4
**viscosity-reducing [8]** 622/22 623/2 623/7 623/18 623/25 624/5 624/7 624/11
**visual [3]** 695/16 695/16 705/3
**vivo [2]** 676/13 676/24
**volume [10]** 527/14 577/7 577/22 578/1 578/3 579/11 579/17 626/11 626/14 683/6
**von [1]** 745/1

**W**

**wait [1]** 622/25
**waited [1]** 607/20
**walk [1]** 621/1
**want [18]** 546/22 566/21 566/22 566/23 584/1 584/10 584/20 636/24 650/17 651/20 651/21 665/19 690/19 717/6 717/6 722/13 741/8 742/16
**wanted [8]** 567/7 635/24 651/11 754/2 754/5 754/6 754/20 754/22
**was [293]**
**wasn't [7]** 564/20 566/7 697/16 716/25 756/11 756/19 757/2
**watching [1]** 722/19
**water [41]** 589/22 594/8 610/11 610/14 611/10 611/19 612/3 613/20 636/3 636/21 636/24 637/1 637/11 638/1 638/6 638/8 646/17 647/21 648/2 648/4 648/5 648/10 648/19 648/21 648/22 649/11 649/21 674/25 679/23 686/25 687/11 695/1 697/13 698/5 698/9 702/10 702/11 705/16 710/2 710/5 720/15
**way [13]** 534/21 534/22 535/15 565/21 579/3 588/25 594/13 598/21 631/9 643/6 653/18 705/6 714/6
**ways [2]** 581/6 740/2
**we [258]**
**we'll [11]** 543/19 567/5 594/25 602/18 615/19 651/13 661/19 661/20 684/9 758/21 766/23
**we're [13]** 529/6 531/3 531/12 547/6 573/25 580/19 624/10 650/24 651/8 651/19 676/3 680/17 752/19
**we've [18]** 566/20 576/9 577/25 581/20 583/15 586/13 588/2 599/10 606/22 609/18 610/2 616/20 623/8 680/10 683/22 701/5 708/25 735/13
**website [1]** 556/25
**Wednesday [1]** 527/12
**week [1]** 633/1
**weight [2]** 637/2 637/2
**well [54]** 532/5 541/4 541/25 546/11 553/15 560/9 561/6 562/19 567/11 572/1 573/23 578/8 578/9 579/21 579/21 582/7 582/12 583/25 585/4 585/14 597/7 606/15 619/1 619/16 620/2 623/3 623/25 626/4 626/5 634/4 638/7 638/18 642/23 648/21 665/18 680/19 683/17 688/14 688/15 689/23 690/2 690/19 695/13 701/14 705/24 710/18 712/15 712/17 712/18 718/21 719/17 741/21 746/9 756/23
**went [3]** 641/25 688/25 689/4
**were [117]** 530/17 536/23 538/19 542/9 544/25 546/2 546/5 546/11 546/12 546/23 547/16 549/16 550/21 555/13 556/24 560/17 561/2 561/5 562/2 562/23 565/20 570/1 570/7 570/22 571/1 572/14 575/12 575/15 576/2 592/5 598/8 607/22 609/1 609/7 610/22 611/3 613/3 613/14 618/3 620/10 624/11 626/24 627/10 627/22 629/4 631/19 635/4 635/6 641/21 641/23 643/1 647/12 648/14 649/17 650/8 653/3 653/17 662/1 662/6 663/4 665/10

## W

**were... [56]** 665/13 666/4 666/6 668/3 668/6 669/2 680/2 688/7 688/23 689/8 689/9 689/19 695/17 697/10 698/8 704/5 704/8 706/8 709/15 712/22 712/23 713/20 714/10 716/9 716/19 717/7 718/7 718/13 719/9 719/20 720/5 723/12 725/3 725/17 731/13 731/19 732/2 741/20 746/9 747/15 748/3 748/6 748/17 748/18 749/6 756/1 756/2 756/4 756/6 757/17 758/2 758/21 759/10 759/11 763/1 763/5
**weren't [6]** 562/5 564/23 565/11 565/14 565/17 685/16
**Wermeling [91]** 587/25 588/23 589/7 590/4 593/12 593/13 593/20 593/22 594/3 594/12 594/23 595/1 595/11 595/14 601/25 602/16 607/8 608/3 608/6 609/7 609/13 609/15 610/7 610/17 611/7 612/5 612/6 612/18 612/20 613/3 614/1 615/16 616/8 619/21 620/17 621/14 623/10 625/22 627/24 635/14 635/15 635/20 636/1 636/1 636/4 636/13 637/13 637/25 638/2 638/4 638/11 638/14 638/22 639/23 640/5 640/22 642/2 642/7 642/12 642/16 643/12 645/13 645/18 646/13 646/14 646/18 646/21 647/3 647/20 648/9 656/12 675/7 701/5 701/9 701/13 701/16 701/22 701/25 702/3 702/7 702/15 702/22 703/10 703/16 703/22 705/17 705/25 706/3 715/10 719/15 719/17
**Wermeling '359 [2]** 702/22 703/10
**Wermeling's [16]** 575/12 591/23 591/25 592/6 611/15 612/25 613/12 635/17 637/6 637/19 637/21 644/25 646/9 647/12 647/23 715/7
**what [344]**
**what's [42]** 531/3 531/12 534/23 547/6 579/24 582/21 588/12 589/1 590/17 590/25 594/11 600/22 615/2 615/6 623/12 623/20 624/2 629/12 651/14 652/16 660/15 661/6 662/12 677/20 679/12 682/2 682/15 741/3 743/6 743/9 744/22 747/19 749/22 751/20 753/4 753/25 758/10 758/17 760/4 761/19 764/20 764/20
**whatever [11]** 548/11 548/20 548/22 549/19 550/10 554/4 559/1 579/9 716/9 741/1 750/21
**whatsoever [1]** 666/2
**when [69]** 535/11 541/15 541/19 541/21 542/12 546/12 547/20 547/22 548/4 551/2 558/17 562/10 562/12 562/13 579/13 580/7 581/14 582/13 582/22 583/7 587/23 590/2 593/5 598/22 617/1 622/12 652/12 667/21 668/6 677/4 679/6 682/17 689/7 698/21 698/22 707/16 712/13 713/5 713/7 713/11 717/2 722/14 722/17 725/8 725/24 726/20 727/1 727/14 727/16 727/23 727/25 728/8 728/9 728/16 733/7 733/16 734/23 735/16 736/2 738/1 742/1 742/4 748/19 751/6 753/10 757/5 757/7 762/25 763/14
**whenever [2]** 548/17 630/15
**where [22]** 535/20 558/7 565/5 568/10 570/1 572/14 580/11 580/20 580/24 582/8 582/16 582/18 589/17 598/5 608/23 643/3 698/18 698/20 703/20 711/24 722/9 740/12
**wherein [2]** 590/23 687/25
**Whereupon [5]** 587/13 650/22 684/11 721/21 738/14
**wherever [2]** 725/19 725/19
**whether [45]** 532/6 532/21 550/21 579/1 588/2 590/25 593/1 604/5 606/5 606/14 607/1 608/5 619/5 627/3 627/5 627/8 632/11 646/24 652/19 654/6 665/19 667/1 667/4 676/3 683/23 684/1 692/4 692/10 699/23 704/17 706/25 707/8 716/19 716/23 729/25 731/12 733/17 740/18 740/22 747/15 753/15 756/1 757/3 757/4 762/17
**which [99]** 532/8 532/9 532/14 532/25 534/24 535/6 535/7 535/9 535/16 535/19 535/22 537/14 538/10 540/3 540/14 540/14 540/19 542/22 543/1 546/21 547/2 548/12 548/22 549/2 549/10 549/19 551/5 551/14 551/24 552/4 552/5 552/5 552/18 553/12 554/3 555/7 555/10 556/24 559/1 559/22 559/24 561/21 561/24 562/21 566/6 567/1 589/15 590/16 596/3 600/10 600/12 601/19 606/23 614/24 616/25 618/15 623/8 623/22 631/1 633/11 636/17 642/25 644/17 646/14 651/1 662/22 664/9 666/18 679/13 682/12 694/16 698/1 700/16 701/9 705/11 706/10 713/3 719/19 720/7 729/7 732/5 737/9 744/12 745/11 746/6 747/18 750/3 756/25 759/22 760/1 764/22 764/24 764/24 765/10 765/19 765/20 765/21 765/22 765/22
**while [5]** 570/7 664/18 669/11 680/5 680/21
**white [1]** 651/21
**who [11]** 530/11 544/10 547/13 657/16 659/22 661/4 662/1 663/18 720/2 724/12 748/8
**whole [4]** 583/12 689/4 706/1 752/10
**why [82]** 538/8 540/4 541/23 543/22 548/10 548/15 549/11 551/23 553/24 554/5 554/5 555/4 555/8 555/22 566/25 577/22 578/6 578/17 581/13 585/2 593/20 594/2 594/24 595/5 596/20 598/20 602/6 607/5 607/24 609/8 609/22 610/2 610/3 610/4 610/6 612/25 613/11 616/5 620/1 621/19 624/24 626/3 627/12 627/19 628/4 628/16 629/19 635/20 636/23 637/7 638/17 642/22 654/17 656/23 663/3 664/11 665/4 665/8 667/24 680/17 682/7 683/16 704/11 716/5 724/3 724/4 727/2 727/20 729/16 730/10 730/14 730/19 733/10 733/15 734/3 734/14 736/4 737/18 741/16 758/24 758/24 762/21
**wide [2]** 609/11 633/15
**widely [5]** 563/24 564/8 564/16 564/20 597/22
**will [46]** 542/2 543/17 543/23 550/19 559/1 559/2 566/18 566/25 567/5 567/12 569/10 574/25 578/13 581/15 583/6 587/12 603/8 630/5 631/8 632/15 635/23 653/1 664/1 664/4 666/19 678/16 679/13 686/21 699/17 700/8 700/12 700/16 700/17 704/23 721/14 721/20 722/16 723/4 735/8 739/25 741/10 745/10 766/4 766/5 766/17 766/22
**willing [1]** 757/17
**Wilmington [1]** 527/15
**window [2]** 763/21 764/7
**withdraw [2]** 691/4 710/13
**within [18]** 553/18 553/25 559/4 581/7 582/12 585/24 593/3 600/4 600/5 609/4 656/13 699/16 700/7 700/11 713/23 714/2 714/7 733/20
**without [10]** 576/15 625/25 680/6 680/13 704/10 704/15 704/24 704/25 734/18 739/24
**witness [9]** 529/18 560/17 567/24 665/15 668/6 669/3 721/24 722/4 744/16
**witnesses [1]** 721/15
**wondering [1]** 630/6
**word [3]** 536/19 718/19 718/24
**wording [1]** 755/3
**words [2]** 703/20 718/14
**work [22]** 535/22 544/12 544/13 545/5 547/19 570/15 573/9 654/9 677/2 688/22 692/5 692/11 699/17 700/8 700/12 700/16 707/1 707/9 711/5 741/19 757/3 757/4
**workbook [1]** 669/7
**worked [8]** 545/3 560/25 562/25 563/3 570/17 684/25 685/3 698/4
**workers [1]** 708/6
**working [13]** 545/8 553/15 562/12 570/10 572/6 662/4 700/20 700/21 706/2 708/6 718/6 741/20 748/8
**worksheets [1]** 669/8
**world [1]** 602/23
**worry [1]** 691/9
**worst [1]** 738/4
**would [243]**
**would replacing [1]** 641/17
**wouldn't [9]** 561/3 561/23 562/22 564/11 565/23 627/16 628/16 644/8 697/1
**write [1]** 555/22
**written [1]** 614/14
**wrote [3]** 555/20 555/21 614/8

## Y

**Y-Z [3]** 712/16 713/11 758/13
**yeah [47]** 530/8 532/3 532/13 533/24 534/1

**Y**


**yeah... [42]** 534/4 534/16 535/1 536/5 536/9 536/14 536/18 539/7 539/25 540/24 547/9 549/6 551/22 553/9 557/10 561/16 565/6 571/8 573/9 605/11 620/25 648/17 688/14 699/14 700/6 712/25 714/4 732/21 741/25 742/25 743/15 743/22 747/2 748/16 749/18 750/15 758/5 758/19 761/4 762/13 762/23 763/17
**year [8]** 574/5 574/16 671/24 713/15 727/20 739/7 744/8 764/19
**yearly [1]** 764/17
**years [18]** 544/24 570/5 591/18 657/7 677/2 679/8 711/21 724/23 726/16 730/7 730/8 730/9 736/21 736/23 757/6 757/18 757/20 762/11
**years' [1]** 671/13
**Yep [1]** 557/4
**yes [293]**
**yesterday [5]** 573/13 582/15 617/24 688/16 711/16
**yet [4]** 653/14 708/3 742/7 756/10
**yielded [1]** 682/25
**you [690]**
**you'd [1]** 651/18
**you'll [1]** 694/13
**you're [15]** 551/7 558/2 571/3 582/13 594/15 649/23 650/12 682/13 705/23 707/2 709/6 723/9 723/15 745/2 745/3
**you've [18]** 569/15 579/24 581/6 581/9 592/17 596/16 598/12 600/19 612/15 619/9 648/22 655/4 683/21 684/24 690/10 714/14 714/19 715/1
**young [1]** 759/7
**younger [1]** 736/6
**your [222]** 529/9 529/14 530/6 530/11 530/20 538/14 538/25 539/2 539/8 539/10 543/7 543/18 544/5 544/8 544/10 544/12 545/1 545/6 546/6 557/7 559/7 559/11 559/21 560/1 560/8 561/9 562/15 566/9 566/14 566/18 567/17 567/19 568/7 568/21 568/22 568/25 569/3 569/5 569/19 570/1 570/15 571/4 571/7 571/11 573/17 574/21 574/24 575/22 577/18 578/3 578/11 579/8 581/7 587/9 589/16 590/17 590/25 591/4 591/25 592/5 592/13 592/18 592/20 593/1 593/19 594/3 599/19 606/4 607/1 607/11 607/16 607/21 608/5 609/8 610/4 611/17 612/11 612/16 613/23 614/25 615/1 615/5 615/11 615/21 616/14 617/16 618/15 621/2 622/9 625/3 625/7 625/18 629/14 629/19 631/12 634/9 635/9 644/20 649/23 650/16 651/16 652/4 652/15 655/10 655/24 656/4 657/5 657/23 658/9 658/21 659/6 659/14 659/24 660/4 660/8 660/17 660/22 661/14 661/18 662/24 663/6 663/14 663/21 663/25 665/14 665/22 666/21 667/1 667/24 668/14 669/12 670/24 672/11 672/23 673/2 673/11 673/15 677/23 678/19 678/20 679/1 680/25 681/12 682/2 682/7 682/15 682/21 682/23 683/23 683/23 684/1 684/19 684/24 685/22 685/23 686/14 689/1 689/5 689/8 694/6 699/20 700/1 700/2 700/24 701/1 702/18 702/24 703/1 703/6 703/9 703/13 703/21 703/24 704/5 704/19 704/23 705/4 705/20 706/4 706/19 709/3 709/7 711/9 711/9 715/23 716/1 716/13 717/12 718/19 721/12 721/25 722/11 723/2 724/13 725/8 725/15 725/21 726/10 726/10 726/18 730/14 734/22 738/10 741/3 741/11 743/9 744/2 744/19 751/5 752/9 752/14 752/19 752/23 754/4 755/3 756/15 762/3 762/14 764/20 765/13 766/7 766/11
**Your Honor [12]** 538/25 539/2 539/8 539/10 543/18 569/5 607/16 656/4 684/19 700/1 700/2 701/1
**yourself [1]** 685/19


**Z**


**Zealand [1]** 569/23
**Zero [1]** 752/3
**zoom [1]** 557/9