IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB INC., UCB BIOPHARMA SRL, HANANJA EHF and UNIVERSITY OF ICELAND,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CIPLA LIMITED and CIPLA USA INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1229 (JLH)<br>)<br>)<br>)<br>) |

**NOTICE OF LODGING**

PLEASE TAKE NOTICE that hyperlinked versions of Plaintiffs UCB Inc., UCB Biopharma SRL, Hananja EFH and University of Iceland's post-trial brief and findings of fact (D.I. Nos. 169 and 170) were lodged with the Court via a download link provided via email.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

George F. Pappas
Kaveh V. Saba
Melissa Keech
John Y. Veiszlemlein
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Alexa Hansen
Charles Hall
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

Yiye Fu
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306
(650) 632-4700

March 14, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 14, 2024, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

Anil H. Patel, Esquire                         *VIA ELECTRONIC MAIL*
Adam S. Berlin, Esquire
K&L GATES LLP
1000 Main Street, Suite 2550
Houston, TX  77002
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

Harold Storey, Esquire                         *VIA ELECTRONIC MAIL*
Jenna Bruce, Esquire
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

Peter L. Giunta, Esquire                       *VIA ELECTRONIC MAIL*
K&L GATES LLP
599 Lexington Avenue
New York, NY  10022
*Attorneys for Defendants Cipla Limited and*
*Cipla USA Inc.*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)