IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UCB INC., UCB BIOPHARMA SRL,     )
HANANJA EHF and     )
UNIVERSITY OF ICELAND,     )
     )
     Plaintiffs,     )
     )
     v.     )  C.A. No. 21-1229 (JLH)
     )
CIPLA LIMITED and CIPLA USA INC.,     )
     )
     Defendants.     )

**PLAINTIFFS' MOTION FOR LIMITED EXEMPTION FROM THE STANDING
ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiffs' UCB Inc., UCB Biopharma SRL, Hananja EHF and University of Iceland ("UCB)" moves for an order to exempt Eric Sonnenschein from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, UCB states as follows:

1.     The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.     Closing arguments are being held on May 28, 2024, in Courtroom 6D.

3.      Eric Sonnenschein, counsel for UCB from Covington & Burling LLP, will be attending the closing arguments and will require access to his electronic devices, however Mr. Sonnenschein does not have access to a state-issued bar card.

WHEREFORE, UCB respectfully requests that the Court issue an order, to exempt Mr. Sonnenschein from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

May 28, 2024                          *Attorneys for Plaintiffs*

IT IS SO ORDERED this ___ day of May, 2024.

The Hon. Jennifer L. Hall
U.S. District Judge